IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )       CR No. 22-15
                                         )       Washington, D.C.
        vs.                              )       April 8, 2022
                                         )       10:07 a.m.
ELMER STEWART RHODES III, ET AL.,        )
                                         )
            Defendants.                  )
_____ )


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES VIA ZOOM

For the Government:            Kathryn L. Rakoczy
                               Jeffrey S. Nestler
                               U.S. ATTORNEY'S OFFICE
                               555 Fourth Street, NW
                               Washington, D.C. 20530
                               (202) 252-7277
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:     Phillip A. Linder
                              BARRETT BRIGHT LASSITER LINDER
                              3300 Oak Lawn Avenue
                              Suite 700
                              Dallas, TX 75219
                              (214) 252-9900
                              Email:
                              phillip@thelinderfirm.com


For Defendant
Kelly Meggs:                  Jonathon Alden Moseley
                              JONATHON MOSELEY
                              ATTORNEY AT LAW
                              5765-F Burke Centre Parkway
                              #337
                              Burke, VA 22015
                              (703) 656-1230
                              Email: contact@jonmoseley.com


For Defendant
Kenneth Harrelson:            Bradford L. Geyer
                              FormerFeds LLC
                              2006 Berwick Drive
                              Cinnaminson, NJ 08077
                              (856) 607-5708
                              Email:
                              Bradford@formerfedsgroup.com


For Defendant
Jessica M. Watkins:           Jonathan W. Crisp
                              CRISP AND ASSOCIATES, LLC
                              4031 North Front Street
                              Harrisburg, PA 17110
                              (717) 412-4676
                              Email: jcrisp@crisplegal.com
```

```
APPEARANCES CONTINUED:

For Defendant
Roberto A. Minuta:              Alfred Guillaume, III
                                LAW OFFICE OF
                                ALFRED GUILLAUME III
                                6305 Ivy Ln.
                                Suite 700
                                Greenbelt, MD 20770
                                (301) 377-2158
                                Email: ag3law@gmail.com

                                William Lee Shipley, Jr.
                                LAW OFFICES OF
                                WILLIAM L. SHIPLEY
                                841 Bishop Street
                                Suite 2201
                                Honolulu, HI 96813
                                (808) 521-3336
                                Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                 Angela Halim
                                FEDERAL COMMUNITY
                                DEFENDER OFFICE
                                601 Walnut Street
                                Suite 501 West
                                Philadelphia, PA 19106
                                (215) 928-1100
                                Email: angie_halim@fd.org

For Defendant
David Moerschel:                Scott Weinberg
                                BROWN, SUAREZ, RIOS & WEINBERG
                                265 E. Marion Avenue
                                Suite 114
                                Punta Gorda, FL 33950
                                (941) 575-8000
                                Email: scott@bsrwlegal.com

For Defendant
Brian Ulrich:                   Attilio Joseph Balbo
                                BALBO & GREGG,
                                ATTORNEYS AT LAW, P.C.
                                P.O. Box 1297
                                Richmond Hill, GA 31324
                                (912) 459-1776
                                Email: aj@balbogregg.com
```

```
APPEARANCES CONTINUED:

For Defendant
Thomas E. Caldwell:            David William Fischer, Sr.
                               FISCHER & PUTZI, P.A.
                               7310 Governor Ritchie Highway
                               Empire Towers, Suite 300
                               Glen Burnie, MD 21061-3065
                               (410) 787-0826
                               Email:
                               fischerandputzi@hotmail.com


For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com


Pretrial Services Officer:     Christine Schuck

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S
2          COURTROOM DEPUTY:  All rise.  The Honorable
3   Amit P. Mehta presiding.
4          THE COURT:  Please be seated, everyone.
5          COURTROOM DEPUTY:  Good morning, Your Honor.
6   This is Criminal Case No. 22-15, United States of America
7   versus Elmer Stewart Rhodes III.
8              Defendant No. 2, Kelly Meggs; Defendant No. 3,
9   Kenneth Harrelson; Defendant 4, Jessica Watkins;
10  Defendant 6, Roberto Minuta; Defendant 7, Joseph Hackett;
11  Defendant 8, David Moerschel; Defendant 9, Brian Ulrich;
12  Defendant 10, Thomas Edward Caldwell; and Defendant 11,
13  Edward Vallejo.
14             Kathryn Rakoczy and Jeffrey Nestler for the
15  government.
16             Phillip Linder for Defendant Rhodes.
17             Jonathan Moseley for Defendant Meggs.
18             Bradford Geyer for Defendant Harrelson.
19             Jonathan Crisp for Defendant Watkins.
20             Alfred Guillaume and William Shipley, Jr., for
21  Defendant Minuta.
22             Angela Halim For Defendant Hackett.
23             Scott Weinberg for Defendant Moerschel.
24             A.J. Balbo for Defendant Ulrich.
25             David Fischer for Defendant Caldwell.
```

1          And Matthew Peed for Defendant Vallejo.

2          Defendants Rhodes, Meggs, Harrelson, Watkins, and

3  Vallejo are appearing in person.

4          Defendants Minuta, Hackett, Moerschel, Ulrich, and

5  Caldwell are appearing remotely for this proceeding.

6          THE COURT:  Okay.  Good morning again, everyone.

7  Good to be with everybody.

8          Okay.  So we're here for a status conference to

9  see how things move forward.  Why don't we begin with the

10  status of discovery and turn to government counsel, who I

11  actually don't see on the screen, maybe they're on a

12  different feed.

13          MS. RAKOCZY:  Good morning, Your Honor.  This is

14  Kate Rakoczy on behalf of the United States.

15          THE COURT:  Oh, there you are, Ms. Rakoczy.

16  Good morning.

17          MS. RAKOCZY:  Yes, Your Honor.

18          With respect to discovery since we were last

19  before the Court in this particular case, the government has

20  provided additional discovery materials.  We have provided a

21  significant amount of materials that might be described as

22  civilian witness *Jencks* materials.  I use the word Jencks

23  broadly because not all of the people whose materials we

24  turned over will testify at trial.  But civilian witnesses

25  who've been interviewed in connection with this

1    investigation, some of whom might testify at a trial.  We've

2    turned over the bulk of those materials.

3              We've turned over the grand jury transcripts and

4    exhibits of all civilian witnesses who testified through

5    January 12th of 2022, the date of the last -- of this

6    indictment.  So that means at this point in time, the

7    defense has access to the grand jury transcripts and

8    exhibits for all of the witnesses who've testified before

9    the grand jury, law enforcement, and civilian, through

10   January 12th, 2022.

11             We provided a number of FBI memoranda of

12   interviews, documenting interviews of civilian witnesses,

13   recordings, where available, and transcripts, where

14   available, from those interviews.  And so a number of the

15   civilian witness materials have been turned over.

16             Additionally, there were a number of witnesses, a

17   small number of witnesses from whom the government obtained

18   electronic evidence in the form of data from devices or from

19   social media or email accounts, either through consent or

20   legal process, and the government has turned over a handful

21   of evidence along those lines.

22             So at this point in time, the defense does have a

23   significant amount of the materials that would constitute

24   witness interviews and related materials, civilian witness

25   interviews and materials.

1          There are a small number of civilian witness

2    interviews or materials that we have not turned over at this

3    point in time due to either security concerns or for fear of

4    interfering with the ongoing investigation.  But that is a

5    very small universe of documents, and we do plan to provide

6    that well in advance of the trial.

7          Additionally, the government has provided a number

8    of reports from the FBI files for the ongoing investigation.

9    I believe we are now current through the beginning of

10   February in terms of the FBI's files and having provided the

11   discoverable materials from those files.  We're doing

12   another pass now and hope that in the coming weeks we'll be

13   current through now, through the beginning of April.  And we

14   anticipate that beyond this point, there will not be very

15   many reports generated from the ongoing investigation.

16   There will no doubt be a few, and we'll provide those on a

17   rolling basis, but we're anticipating that we're coming to

18   an end of that process as well.

19          With respect to electronic evidence in terms of

20   devices and accounts, I think I said things along these

21   lines at our last hearing.  But at this point in time, the

22   devices and accounts that have been seized and searched for

23   all of the charged defendants in this case and the related

24   cases have been provided, with the exception of two devices

25   that were seized during the arrest of Mr. Rhodes.  There

1    were a number of devices seized during the arrest of

2    Mr. Rhodes and a search of the premises where he was staying

3    and a vehicle he was using, but I think only two of those

4    devices actually have data that needs to be reviewed by law

5    enforcement, and the FBI's completing its review of those

6    two devices.  It's a laptop and an Apple iPhone.  And so we

7    hope to get that to the defense soon as well.

8           So I think with respect to case-specific

9    discovery, Your Honor, we're coming to an end of that.

10   There is an ongoing investigation.  So to the extent that

11   information continues to be gathered, we will provide that

12   on a rolling basis.  But we are slowing in that aspect of

13   this.  And we are also very mindful of the trials that are

14   upcoming, and so we are not -- we are trying to limit the

15   amount of additional information that comes in and that

16   might be discoverable and relevant to this case.

17          I did want to note, Your Honor, I know we'll turn

18   to trial readiness and the recent motion to continue by the

19   defense as we go forward in this hearing.  But while I have

20   an opportunity to address it, I did want to give some scope

21   or context to the electronic evidence that the government

22   has provided, because I do think it helps the Court to

23   concretely understand the level of evidence that we're

24   dealing with and how the government is sympathetic to the

25   defense's need to get through this and to the time that that

takes, because the government has been spending the last
year and several months going through this data ourselves.

So the government estimates that from the charged
defendants and then from uncharged witnesses and subjects
whose electronic accounts and devices have been looked at,
I think that the government has seized and reviewed close to
200 devices and accounts, it's probably more like 180 or
190, but this is a very significant number of accounts and
devices.  Some 50 or 60 of those devices wound up not having
evidence that the government deemed relevant, and nothing
was seized from those devices and accounts.

But there are approximately 130 to 150 devices and
accounts from which the government has seized data and
determined that that data is relevant and provided a copy to
the defense.  As I mentioned, there are a few outstanding
ones that we need to wrap up and provide to the defense, but
there are not that many at this point.

Our estimate is that the size of the data from
those devices and accounts -- from the evidence from those
devices and accounts that the government has deemed relevant
or potentially relevant is approximately 180 gigabytes of
data.

That's a little bit hard to wrap your mind around,
I think, if you're not a technical person.  So by way of
example, if you take a look at one of the videos that the

government has submitted to this Court, a video that one of the defendants filmed while entering the Capitol, it's a two and a half minute video, that's about 17 megabytes in size. 180 gigabytes is about 180,000 megabytes of data.

So if everything that we seize was a video of about two and a half minutes in length, that would mean that what the government has seized, indeed, as potentially relevant and given to the defense would constitute 10,500 videos.

Now, obviously not everything that we've seized from these devices is videos.  A lot of what we have seized and identified as relevant is a photo or a message, and so it's actually much smaller.  So when you think about the number of concrete, discrete items of evidence that the defense would have to view in terms of messages, videos, and photographs, it's even more than, say, 10,500 videos.

And we articulate that to the Court to just give a sense of the scope of what we're dealing with of potentially relevant evidence that the government has seized and flagged for review and consideration and that we've then given to the defense that they, in turn, used to seize and review and investigate and prepare for trial.

Similarly, among these items of electronic evidence that the government has seized and reviewed, we've identified for the defense about 15 or 16 Signal message

1    chats that we have determined -- or we've categorized as

2    significant planning and coordination chats.

3            We put those all into an Excel spreadsheet that we

4    gave to the defense, I think, in October.  And that

5    spreadsheet has 45,000 rows.  So that means there's 45,000

6    messages in these combined 16 threads that the government

7    has flagged for the defense and the government is treating

8    as important evidence and has suggested that the defense

9    treat that as important evidence.

10           And I think that just helps to give the Court some

11   sense of the scope of what we're dealing with here.  That's

12   an Excel spreadsheet that we provided to the defense in

13   October.  But even in October getting through 45,000

14   messages is a lot, on top of everything else that we've

15   given the defense to review.  And so we just wanted to put

16   that out there to give some sense of the scope and scale of

17   what we're dealing with in this case and why the government

18   understands that, in good faith, the defense needs a lot of

19   time to go through this.

20           Turning now, Your Honor, to the global discovery

21   aspect of this, we will be filing, I understand, in the

22   not-too-distant future, something in writing that our

23   discovery team has put together or is putting together, that

24   gives much more detail on the status of global discovery.

25           But a significant amount of materials have been

1    made available through the two platforms that the

2    government -- that are defense platforms that the government

3    is pushing evidence to, both the Relativity platform and the

4    Evidence.com platform.  There are probably hundreds of

5    thousands of files in both of those two platforms at this

6    time, and so there's a lot of discovery that is out there.

7            I think in terms of understanding where we are

8    with global discovery, it's maybe more helpful to talk about

9    some of the things that are still outstanding in the

10   building of the global discovery database.  And I think the

11   two main things that the government is still working on and

12   should be making very significant progress on in the next

13   two months or so are the FBI files for all of the

14   individuals who have been charged or at least identified for

15   significant investigation in this case.

16           There are, I understand, I think about 380,000

17   files from the FBI investigations, the FBI case files that

18   have been opened into subjects or charged defendants in

19   these cases.  The government is working its way through

20   those files, getting them processed and reviewed and

21   uploaded into the Relativity databases so that the defense

22   can go through them themselves.

23           And that process is ongoing, we're making

24   significant progress, but I think it's -- I think we're

25   really just beginning to release that data to the defense

1    instance of Relativity.  And so I think a lot of progress

2    will be made on that in the coming month or two, but that is

3    a significant dataset that we understand the defense will

4    want to have the ability to go through as they prepare for

5    trial.

6           The other significant part of global discovery

7    that the government is really starting to make very

8    significant progress on now, but really just now, are the

9    digital devices of all the defendants across these cases

10   involving what happened at the Capitol on January 6th.

11          And I understand that there are maybe roughly 1400

12   to 1500 devices and accounts that have been seized and

13   reviewed and data has been seized from them that are

14   being -- in the process of being uploaded to Relativity.

15   I think that there are about 600 that have been processed

16   and put into the government's instance of Relativity, but

17   only maybe 130 that have been pushed over to the defense

18   side.

19          I understand that now that the government has

20   figured out a way to break down and standardize and process

21   the data of all these different kinds of devices, which has

22   been a real hurdle to figure out how to work with all these

23   different media and put them into Relativity, I understand

24   that they're going to move much more quickly, and I think

25   that the processing estimate is maybe about 80 of these

1   devices and accounts will be pushed over to the defense

2   database per week, maybe more.

3          So that is very good progress.  And I think that

4   means within the next four to six weeks, a good chunk of

5   this data is going to be available to this defense.  And I

6   do want to flag that that is about four to six weeks.  And

7   as we approach the July date and a lot of deadlines in the

8   Court's pretrial scheduling order, we are getting to a point

9   in time where we understand why it will be challenging for

10  the defense to effectively utilize that data, while

11  simultaneously prepping for the July date.

12         So I think that is a relatively complete overview

13  of where we stand, both in terms of case-specific discovery

14  and global discovery.

15         THE COURT:  Thank you, Ms. Rakoczy, for that

16  overview.

17         Do you have a sense of, to the extent to which the

18  government will be presenting evidence and witnesses in its

19  case-in-chief, can you estimate what percentage of that

20  evidence has been turned over thus far?

21         MS. RAKOCZY:  I think the bulk of that has been

22  provided so far, Your Honor.

23         There are only a handful of electronic evidence

24  from devices or accounts of subjects who potentially could

25  testify at a trial that haven't been turned over.  And then

1    there may be a small number, I think maybe 10 to 12 civilian

2    witnesses whose statements have not been turned over but we

3    anticipate will be in the next few weeks, hopefully.

4         So I think the bulk of those materials, when you

5    consider everything we turned over in the last week or two

6    in terms of both electronic evidence from accounts and all

7    the civilian witness materials, I think the bulk of that has

8    been turned over.

9         THE COURT:  Okay.

10        All right.  Why don't -- before we turn to defense

11   counsel, does the government have views on defendants it

12   would like to see in the first trial group?

13        MS. RAKOCZY:  I think it depends a little bit on

14   what the defense attorneys say about who can be ready.  We

15   understand the Court's concern for making sure that the

16   detained defendants, and in particular, the detained

17   defendants who've been detained the longest, have the

18   opportunity to be in that first trial if they'd like to be.

19        And so with our understanding that Mr. Meggs and

20   Ms. Watkins and Mr. Harrelson would be, if they want to be,

21   among those three, it would be in a first trial.

22        We have talked amongst ourselves and talked with

23   defense counsel about the fact that it would probably make

24   sense, just in terms of evidence presentation, for

25   Mr. Hackett and Mr. Moerschel to be in that trial grouping

1    as well, because the evidence is somewhat overlapping for

2    those defendants.

3            We are mindful of everyone's desire to get this

4    tried in a maximum of two trials.  And so if some number of

5    the defendants in that group cannot be ready for that trial

6    and the Court permits them to not be part of that first

7    trial, there are other defendants who we might propose to go

8    in that first trial.

9            You know, for example, we've talked to

10   Mr. Fischer, Mr. Caldwell has been in this case for a while,

11   and there's some level of overlapping evidence where it

12   would make sense for Mr. Caldwell to be in that grouping if

13   one of the five who I first mentioned cannot be.  If we go

14   beyond there, we might have alternate thoughts, but I think

15   we're -- that's the general outline that we were thinking

16   for a first trial, assuming that Mr. Meggs and Ms. Watkins

17   and Mr. Harrelson are all in that first trial.

18           THE COURT:  Okay.

19           All right.  Well, that's helpful to get your

20   perspective on that.

21           All right.  Why don't we then turn -- unless

22   there's anything else from the government, let's turn to

23   defense counsel, any issues anybody wants to raise or any

24   matters they'd like to discuss that are sort of more global

25   in nature.  There are some issues toward the end involving

1    specific defendants for whom motions have been filed,

2    including issues relating to counsel, which I intend to save

3    toward the end.

4           So why don't we just start at the top with

5    Mr. Bright and Mr. Linder.

6           MR. LINDER:  Yes, sir.  Phillip Linder for

7    Mr. Rhodes.  Mr. Bright is in another hearing at this time,

8    so I'll cover it.

9           I believe Ms. Rakoczy's statement of the evidence

10   was very accurate, I appreciate her doing that for us.  It

11   is a lot of evidence, Your Honor.  I mean, I've only been on

12   this case since January, but it is a lot.  And we hired --

13   Mr. Bright and I hired an associate a month ago just to work

14   on evidence in this case.  And so we've -- there is just a

15   lot to process.  I think the stuff that Ms. Rakoczy has

16   recently turned over has been the most relevant to us, the

17   grand jury testimony, witness statements, the FBI 302s,

18   things like that.  But we've just received that and it takes

19   a while to go through it.

20          Even though -- and in your order, Your Honor,

21   where you mentioned that some of these things don't have --

22   we don't have to go -- some of it's not relevant to

23   individual defendants.

24          We, as defense counsel, as you're aware, we have

25   to go through a lot of it, we have to look at it.  There may

```
 1   be a lot of it that's not relevant at the end of the day,
 2   but I can't, in good faith, go to trial if I haven't laid a
 3   hand or looked at some part of the evidence, all of it, on
 4   some level or had an associate go through it to make sure
 5   I don't need it.  So there's a lot here.
 6             THE COURT:  So let me just say the following.  All
 7   of you may know that before taking the bench, I spent my
 8   career doing what you all are doing right now.  There wasn't
 9   a day in my professional life where I prosecuted anybody;
10   all I did was defend people.  So I understand the position
11   each of you find yourself in quite well, perhaps more than
12   most judges do.
13             I recognize the level and the degree and the
14   mountain of evidence everybody's facing.  Do not think for a
15   moment I don't understand that.  However, cases come down
16   to -- every single case that I've ever been involved in,
17   whether it's a white-collar case involving millions of pages
18   of documents, to a robbery case involving one defendant,
19   comes down to a handful of material, okay?  It comes down to
20   a discrete universe of evidence that really matters, and
21   that's what you all need to figure out what it is and
22   identify and be prepared to address at trial.
23             Now, you know, I understand you've been given
24   terabytes and gigabytes of information.  I would bet the
25   vast majority of it is not at all relevant to a single one
```

```
1    of these defendants.  I cannot imagine a video of something
2    that happens on the other side of the Capitol building hours
3    later from when these gentlemen and Ms. Watkins entered the
4    building has any relevance to your defense.  Now, you can
5    spend time hunting those videos down, trying to look at them
6    and identify something, that's fine, but I cannot imagine,
7    I cannot fathom how that's going to be at all relevant to
8    what you need to do it defend these folks.
9              And given, in particular, the fact that this case
10   is about the state of mind of these people, what's on those
11   videos isn't going to reveal what's their state of mind.
12   The videos will speak for themselves.
13             What's going to matter is what's in these chats,
14   what's in the social media, what is in these witness
15   interviews, and what's being said to the grand jury.  That's
16   what's going to matter.  It's going to matter what they said
17   to one another, it's going to matter what people overheard,
18   and it's going to matter what ultimately the jury concludes
19   about what their intent was.  That's what this case is
20   about.  It's what's their intent.
21             And when you think about it and look at it through
22   that lens, I assure you the vast majority of what you all
23   are concerned about can be put to the side because it has
24   absolutely no relevance on that key issue.
25             I mean, does anybody disagree with that?  I mean,
```

1    every one of these folks have been charged with an intent

2    crime; to conspire and to intend to do something, whether

3    it's seditious conspiracy or to interfere with the

4    congressional proceeding.  Tell me how the thousands and

5    thousands of hours of videos and social media postings from

6    people who are not at all related to this case has any

7    bearing or relevance to what is in anybody's mind.

8              MR. LINDER:  Your Honor, I will start.

9              And you are correct.  With all due respect, you

10   are correct; however, when the government gives you 10,000

11   videos, there's no description of what these videos are, you

12   have to click on them and open them.

13             You may click on and open it and realize, well,

14   this is not relevant, it's two hours later, but you have to

15   go through them and click on it to realize it's irrelevant.

16             THE COURT:  No, you don't.

17             I mean, my understanding is the videos are

18   identified by camera, time stamp, and location, okay?  So if

19   you have that information -- and correct me if I am wrong,

20   that's my understanding, Ms. Rakoczy will tell me if I'm

21   wrong -- you ought to be able to identify the key places and

22   times where your clients were and would be captured on video

23   on January the 6th.

24             MR. GEYER:  Your Honor, this is Brad Geyer.  Maybe

25   I can shine some light on this issue for the group.

1          THE COURT:  And, by the way, I think a lot of

2     these videos you've had for a very long time.  Not you,

3     Mr. Linder, because you're recent to this, but some of the

4     defense counsel who've been in this case for over a year.

5          MR. GEYER:  As a practical matter, Your Honor, we

6     only had constructive access over the materials on, for

7     instance, Evidence.com, which is 23,580 videos, for the last

8     two months at most.

9          The January 6th defendants that are currently

10    incarcerated pretrial have only had access to that in the

11    last 30 days to 45 days.  They have been reviewing the

12    evidence.

13         And it is not a simple matter to find actual

14    fields of view associated with cameras, or cameras

15    associated with their geolocations.  This is somewhat of a

16    hunt and peck.

17         And what was described to me yesterday is they

18    literally go through and put four-digit numbers in, finding

19    the different cameras.  And they built the entire structure.

20    They did that based on a map that was in the back of an

21    Abraham Lincoln -- a book that they found in the prison

22    library.

23         We will be in a position in the not-too-distant

24    future to be able to document every single moment, every

25    single interaction of the Oath Keepers from the moment they

1    got to the Ellipse to the moment they left the Ellipse.

2    This includes up to and including in front of the Columbus

3    Door, on the steps, inside the video [sic], in relation to

4    coming to the defense, heroically, of Officer Dunn inside

5    the Capitol.

6             So had we had this information -- if two sets of

7    counsels ago back in May had had this information, they

8    would have been able to establish to the Court's

9    satisfaction that not only did our defendants not engage in

10   any violence, not breach the door, not break the windows,

11   but now we can see -- in the last 45 days, we can look at it

12   in high-definition video that's been provided to us now

13   since the new year, where we could actually identify the

14   people who actually broke the windows.

15             THE COURT:  Okay.

16             So, Mr. Geyer --

17             MR. GEYER:  And when you start --

18             THE COURT:  Hang on.

19             You've told me exactly what you're going to

20   present in your defense.

21             You've now told me that you're in a position --

22             MR. GEYER:  We don't have information on --

23             THE COURT:  Hang on.

24             You've now told me that you're in a position to

25   chart out through videos, or soon will be, the movements of

 1   these defendants during -- on the day of January the 6th.

 2           You know, it sounds like you are well along the

 3   way of identifying what videos matter, where they are, and

 4   what camera angles and body-cam footage really is at issue

 5   here.

 6           And, look, you know, if -- as I said, you can try

 7   and look at every single video here and spend whatever time

 8   you want looking at stuff that's not relevant and tell me

 9   that it really makes a difference.  But you're not going to

10   convince me of that, you're just not.

11           And, you know --

12           MR. GEYER:  Your Honor, those individuals, as an

13   example -- and we've had internal correspondence about

14   this -- the two individuals who are just two of the

15   individuals -- there's about 50.  Two of these individuals

16   can be clearly seen on the video breaking a window.  One of

17   them comes through and actually uses some kind of military

18   move to pull an officer down.

19           THE COURT:  Can I tell you something?  If your

20   defense is based upon who's breaking the window, I'm telling

21   you right now, you're looking at the wrong place.

22           The government has never alleged that any one of

23   these people broke a window.  That has never been an

24   allegation.  There's never been an allegation that any

25   single defendant took to a window and broke it and entered

1    the Capitol building that way.  So if your defense is built

2    upon pointing the finger at somebody else who broke into the

3    Capitol building through a window, let me tell you, you're

4    looking in the wrong place.  It's just not what the

5    government's case is.

6              And, Ms. Rakoczy, tell me if I'm wrong, but you've

7    never alleged that anybody's broken a window.  And, in fact,

8    the destruction of property claim -- count, it's not a

9    direct count, it's an aiding-and-abetting count.  The

10   government's very charge doesn't assert that any particular

11   defendant in this case damaged any property directly, as far

12   as I'm aware.

13             Am I wrong about that, Ms. Rakoczy?

14             MS. RAKOCZY:  No, Your Honor.

15             MR. GEYER:  So -- but, Your Honor, I don't have --

16             THE COURT:  So I've been sitting here without

17   having had access to any of this evidence for the last year

18   plus and I know that and you -- and you're telling me that

19   you don't understand that at this point?

20             MR. GEYER:  I understand that they're held

21   accountable on an aiding-and-abetting theory and that's one

22   of the bases that was used to argue for their continued

23   detainment, when my client, for instance, has a clean prior

24   record and no passport.  And there were questions raised

25   about what happened in front of that door, where I suspect

```
 1   the Court, when this information's been made known to the
 2   Court, the Court may conclude that that's new information
 3   that warrants their release.
 4            The government can't have it both ways.
 5            THE COURT:  Mr. Geyer -- hang on, Mr. Geyer.
 6   You've had a pending motion for your client's release now
 7   for month, for months.
 8            MR. GEYER:  Right.
 9            THE COURT:  You want to put that motion before me,
10   put it before me, but, you know, that's neither here or
11   there.
12            MR. GEYER:  I've been trying to get through the
13   mountain of discovery, Your Honor.
14            THE COURT:  It's neither here nor there right now.
15   That's not a motion that's before me, Mr. Geyer.
16            And as I said, this is -- you know, I cannot
17   impress upon all of you enough, unlike a lot of the other
18   defendants who've been charged in this case, in the
19   January 6th cases, those cases really are genuinely and
20   primarily about what those people did at the Capitol that
21   day and what they did once they went inside.
22            This case obviously has to do with that,
23   undoubtedly true.  But it is as much, if not more so, about
24   what was said before January 6th, what was done in the days
25   leading up to January 6th, what was done on that date, and
```

1   importantly, what was done after, okay?

2          So I don't think anything that was done before

3   January 6th is captured in a video.  Nothing after

4   January 6th is captured in a video.  It's all in the chats.

5   It's in the social media.  That's where you need to be

6   looking.

7          I mean, that's what's going to tell a jury, not

8   me, I'm not the trier of fact, a jury, whether these folks

9   engaged in a seditious conspiracy or engaged in a conspiracy

10  to interfere with Congress.  That's what they're charged

11  with.

12         And if people don't understand that, read the

13  indictment.

14         MR. LINDER:  Your Honor, I agree.

15         And with all due respect, the chats and the social

16  media stuff is what we've been trying to get ahold of.

17  Ms. Rakoczy gave a whole bunch of it to the other lawyers in

18  October, November, she just stated, not January of last

19  year, and it takes a while for the government to put all

20  that together.

21         We have gotten an expert, we have recently been

22  submitting our electronic devices and downloads to this

23  expert.  But this -- all these chats and social media stuff

24  has only been in the last few months.  I agree that's the

25  most relevant, but this is not stuff they had a year ago.

1          THE COURT:  Well, look, Mr. Linder, you are in a

2    different position and I made that clear.

3          MR. LINDER:  I understand.

4          THE COURT:  Your client and Mr. Vallejo are in a

5    very different position than everyone else.

6          Neither you nor Mr. Peed had access to anything

7    until January at the earliest.  And even then it undoubtedly

8    took weeks for the government to make real substantive

9    evidence available to you.

10          So I understand the position that you're in,

11    I understand the position Mr. Peed is in.  But all these

12    other defendants got these, you know, 45,000 lines in a

13    Signal chat back in October.  So if they're tried in July,

14    it's nine months.  I think I could sit down and read 45,000

15    lines in nine months.  I'm not saying that's the only

16    evidence, but that's going to be a big part of the

17    government's case.

18          MR. CRISP:  May I jump in?  This is Jonathan

19    Crisp.

20          I would note for the record that I was on this

21    case as of the end of January, effectively the beginning of

22    February for Ms. Watkins, and I'm still receiving and just

23    received a number of files yesterday.

24          THE COURT:  You know, Mr. Crisp, I've got to tell

25    you, you know what, every defendant has a right to hire who

```
1     they want to hire.  But I've now got defense lawyers popping

2     in months before a trial is supposed to start, okay?  And at

3     some point, you know, the excuse of I just hired a new

4     lawyer isn't going to cut it.  You come into this case

5     knowing when the trial date is, you've got to be ready for

6     the trial date.  So don't come complaining to me that I just

7     entered an appearance in January.  There was a trial set in

8     April.  So if you didn't think you were going to be ready

9     for that April trial, you shouldn't have entered an

10    appearance in the first place.

11               MR. CRISP:  Your Honor, I don't believe I was

12    complaining.  I think I was making a note for the record.

13    So I wanted to make sure the Court was aware that -- you had

14    indicated that certain attorneys --

15               THE COURT:  Trust me, I'm aware of when people

16    have entered their appearances and what's happening.

17    I'm aware.

18               MR. MOSELEY:  Your Honor, Jon Moseley.

19               THE COURT:  Mr. Moseley.

20               MR. MOSELEY:  I would rather others make this

21    point, but it's a point that I think may need to be

22    for-the-record consideration that, first of all, who broke

23    the window or damaged property is going to be relevant to

24    whether these Oath Keepers aided and abetted them, including

25    if they ever had contact with them and they weren't even in
```

1   the area when the window was broken.

2          So I think that it is necessary to know who

3   they -- I mean, we have this big dispute about whether or

4   not the government has to tell us before trial, but we have

5   to have witnesses to put on at trial and say, it would be

6   utterly -- it would be metaphysically impossible for these

7   Oath Keepers who are not in the vicinity to aid and abet

8   people they never knew, who damaged any property.

9          And if that's the --

10          THE COURT:  So, Mr. Moseley, that's a great trial

11   argument, and you've just made it.  I suspect the video and

12   the evidence is already there and you could put on that case

13   tomorrow.

14          But let me tell you something.  If I were you and

15   if I was everybody else on this call, it's not what I would

16   be focusing on.

17          If these folks are ultimately convicted of

18   seditious conspiracy and interfering with -- conspiring to

19   interfere with a congressional proceeding, the fact that

20   they also get acquitted or convicted of aiding and abetting

21   and the destruction of property, it's the tail wagging the

22   dog.  Focus on what matters.

23          MR. MOSELEY:  All right.

24          But, Your Honor, also --

25          THE COURT:  Mr. Moseley, look, let me tell you

1    something.  You and I are going to have a longer

2    conversation about what's going to happen with your client

3    after everybody's done.

4              So let me turn to Mr. Bright, because I don't know

5    that he's actually had a chance to finish -- excuse me,

6    Mr. Linder, whether he's had a chance to finish, and then

7    I'll turn to Mr. Geyer and see if he's got anything more to

8    say and then we'll go down the line.

9              MR. LINDER:  Your Honor, yes, thank you.

10             I wanted to say that, yes, I am a recent addition

11   to this case.  But we've been working together as a team.

12   We kind of have a joint defense agreement between all of us.

13   A lot of these lawyers have been -- they've gone through all

14   this for months before me and there's a lot there.  And,

15   yes, we're getting through it, they've gotten through it.

16   But the stuff you're talking about, the chats and the social

17   media, that is the most relevant and I agree is the newer

18   part of the discovery we've received, including the grand

19   jury testimony and the evidence like that that Ms. Rakoczy

20   has just given us in the last several weeks.  That is the

21   most relevant evidence and that's the newest stuff we have.

22             The original stuff everybody got was all the

23   videos, so people spent a lot of time with that last year.

24   So just in kind of standing up for the team, they've been

25   going through this for a long time, but it's relevant

1    evidence that we agree that we need for trial is the newest

2    evidence that everyone received.  And so we're all working

3    together as a team on this.

4            And so now with Mr. Meggs' situation, that's going

5    to change that.  And we'll see what the Court wants to do

6    after this, but that changes the dynamic of the joint

7    defense agreement and what we're going to do.  His new

8    counsel, if he gets one, may or may not want to be part of

9    this.  So that changes the dynamic.

10           And so we are making progress, we're not trying to

11   delay to delay.  But the -- there's just a lot of people

12   doing -- and, for instance, I have an investigator, we've

13   located 12 or 15 witnesses for Mr. Rhodes, but they're in

14   six states across the country.  So trying to coordinate

15   interviewing them and doing things, that's a separate issue

16   in addition to the discovery that we've been given.  So

17   we've got multiple irons in the fire trying to prepare for

18   trial.  So on behalf of Mr. Rhodes, we do need a

19   continuance, but I think the team --

20           THE COURT:  Well, as I said, Mr. Linder, your

21   client doesn't need to go in July.

22           MR. LINDER:  Okay.

23           THE COURT:  You've got a September trial date.

24   You told me when you got involved in this case that you'd be

25   ready for July, but I understand now if that's not something

```
 1    you can do.  But you've got a September trial date and I
 2    remember it very clearly, you told me you'll be ready for a
 3    September trial date.
 4            MR. LINDER:  And we will.  I expect to be ready in
 5    September.
 6            THE COURT:  All right.
 7            So Mr. Rhodes is going to be in the September
 8    trial date, as I would have expected.  Mr. Vallejo will be
 9    in the September trial as I would have expected.  So, you
10    know, that's two folks for September.
11            Now the question is who else is going to go in
12    July.  Mr. Meggs would have been in that group.  And unless
13    he wants to go pro se and defend himself, he's not going to
14    be in July.  And so we'll see where we are.
15            Let's see.  So let's just go -- Mr. Geyer, is
16    there anything else you'd like to add?
17            MR. GEYER:  Well, I'd like to say for the record,
18    you know, I believe it's impossible to be ready by July.
19            I'd also like to express the strong opinion that
20    the group of ten defendants stay together.  There's a number
21    of problems that crop up when you bifurcate the group that
22    way.  I think that Ms. Halim may be referencing some of
23    those issues today.
24            Again, I think I'm entitled to this information.
25    I think the government's obligated to turn it over to me.
```

```
 1    I think that's why when Ms. Rakoczy talks about the 600

 2    devices that she's 130 into and getting ready to move those

 3    over to the platform where they can be reviewed and 470 on

 4    deck, the reason she's racing to get those to me is so that

 5    I can review those prior to trial so we can have a result

 6    that everybody feels comfortable about.  Why are they moving

 7    mountains to get this information reviewed and turn it over

 8    to us if they're not required to turn it over and I'm not

 9    entitled to review it prior to a trial?

10         THE COURT:  Okay.

11         MR. LINDER:  And, Your Honor, may I address one

12    other thing before I step off?

13         THE COURT:  Okay.  Go ahead, Mr. Linder.

14         MR. LINDER:  Mr. Geyer mentioned it briefly but --

15    and I know this is not a popular idea right now, but to

16    bifurcate the trial does cause problems with the defendants.

17         Without revealing trial strategy, per se, we've

18    been working together.  There are some defendants that may

19    want to testify that would be precluded from testifying if

20    they were in the second group and not in the first group.

21    And we can't go into who may do that and who may not.

22         But I know Ms. Rakoczy would like to try this case

23    one time.  I think having two trials may be unfair to some

24    of the defendants, whether they're in the first group or

25    second group, for a myriad of reasons.
```

1              The second group would have the trial

2   transcripts --

3              THE COURT:  Hang on.

4              MR. LINDER:  Yes, sir.

5              THE COURT:  I'd like to try this case one time,

6   too.  But somebody needs to tell me where I can have a case

7   in which 11 defendants, with their counsel, and government

8   counsel, can fit into one room with a jury and have such a

9   case be tried.

10             Now, I've lived in Washington, D.C. for over

11  20-plus years.  I'm not aware of a single courtroom,

12  including our Ceremonial Courtroom, that has the capacity to

13  do that.

14             Now, I guess we could go over to the Convention

15  Center and set up, you know, a room over there, but

16  I'm not sure the Marshals would be okay with that, and I

17  don't know how the heck we'd even do it.  And I'm open to

18  the idea of trying 11 defendants at once, but I don't know

19  where it could happen.

20             MR. LINDER:  And we have talked about that amongst

21  ourselves.  I am unaware of the surroundings there.  I don't

22  know if there's a neighboring county that has a law school

23  or an auditorium or somewhere where we could try this.

24             But trying it together makes a lot of sense for

25  the defendants.  I know it's a little more work for the

```
 1   Marshals.  But the Marshals don't deserve the fair trial,
 2   our clients do.  The Marshals may have to work a little
 3   harder, but our clients deserve a fair trial.
 4             THE COURT:  You're going to get a fair trail, it
 5   just may not be all at once.
 6             MR. LINDER:  I understand.
 7             But the group --
 8             THE COURT:  I'm happy to hear from Ms. Halim, I've
 9   gotten her letter.  I'm not aware of any case law that says
10   it is a violation of due process to split up a large number
11   of defendants into multiple trials.  I'm not aware of any
12   case that stands for that proposition.
13             MR. LINDER:  And I agree, Your Honor.
14             But just for practical purposes, if one four-week
15   trial goes first, the second group would be entitled to all
16   of those transcripts of all of those witnesses from the
17   first trial.  That's a lot of work for the court reporter to
18   get that all ready.
19             Then the second group has a different trial
20   advantage over the first group.  The first group may be
21   denied some defense testimony from the second group because
22   they're in the second group.
23             There's just a lot of logistical issues that can
24   be overcome if there was some way to try it together.
25             THE COURT:  But, Mr. Linder, you've been doing
```

1    this for a long time.

2              MR. LINDER:  Yes, sir.

3              THE COURT:  Those issues aren't unique to this

4    case.  This is an issue in multi-co-defendant cases across

5    the country.  This one just happens to have 11 defendants

6    and probably a little higher profile than most.

7              So, you know, I understand, I have some sympathy

8    for the situation you all find yourselves in.  But unless

9    somebody's got a solution, and I'm open to hearing your

10   thoughts.  But, I mean, I don't know how I can construct a

11   courthouse or a courtroom that can accommodate 11

12   defendants, their counsel, government counsel, the public --

13   let's not forget the public has got to have access to this

14   trial.

15             MR. LINDER:  I don't know if there's auditoriums

16   there at the law schools or in the neighboring counties it

17   could be held in.

18             We've -- I've done a lot of multi-defendants

19   trials and some up to eight defendants here.  We've never

20   split them up before, but that's unique to me.

21             THE COURT:  I might be able to do eight.  I could

22   maybe do eight if I could get the Ceremonial Courtroom.

23   I can't do 11.  I can't do 11.

24             MR. LINDER:  Thank you for letting me put my

25   concerns on the record.  That's all I wanted to say about

```
 1    the trial.
 2              THE COURT:  It's fair.
 3              As I said, I'm open to people's suggestions, but I
 4    don't know quite what to do about the physical restrictions
 5    we have.
 6              All right.  Mr. Crisp, I'll turn to you.
 7              MR. CRISP:  Thank you, Your Honor.
 8              As to the points you had made earlier, it is my
 9    understanding in terms of when the trial date was set that
10    it was actually done prior to my entry -- or after my entry
11    of appearance, because I would take note and exception to
12    the note that I was aware that this was going to be an April
13    trial date.
14              As to the other points, I would ask for a
15    September trial date based on, in large part, that time
16    frame and the preparedness for trial.  I won't rehash what's
17    been argued already, but for that reason, I would articulate
18    a September request for trial for Ms. Watkins.
19              THE COURT:  Okay.
20              I mean, if memory serves, I set the April trial
21    date in Caldwell last year.  Am I misrecollecting that?
22              MR. CRISP:  When I look through the docket --
23    I could be mistaken.  When I look through the docket,
24    I believe I had it set two days after my entry of
25    appearance, which would have been January 24th.  So if it
```

1  was set at a different time, then I was not tracking that

2  upon the time that I entered my appearance.

3         THE COURT:  Ms. Rakoczy, do you remember when I

4  set the first trial for April, when that happened?

5         MS. RAKOCZY:  I think it would have been in the

6  fall, Your Honor.

7         I do think whenever we had our first status,

8  I think after the recent indictments, so I believe that

9  would have been maybe January 28th, it was decided that the

10  April date would just be for the defendants in United States

11  versus Donovan Crowl, et al.  So around the time --

12         THE COURT:  Right.  That's right.  That's my

13  recollection.  That we had April on the calendar last year

14  when it was just United States versus Caldwell.

15         The April trial date was going to be the first

16  trial date.  We then had July as the second trial date.

17  When the cases were split up in January, we said, okay, the

18  April trial date will be for those defendants who are not

19  detained in Caldwell -- excuse me, which became Crowl, and

20  those counsel said we can't go in April, so I kicked that

21  date.  And July became the first date and has always been

22  the first date in this case.

23         In any event, okay, Mr. Guillaume and Mr. Shipley?

24         MR. GUILLAUME:  Your Honor, I'll address the Court

25  first.  And then if I misstated anything, Mr. Shipley,

 1    please correct me.

 2              Your Honor, on behalf of Mr. Minuta, there, of

 3    course -- we're in a bit of a unique position, as I'm sure

 4    the Court will address toward the end of this hearing.

 5              Without going into any further detail about that,

 6    we would also request a September trial date.  You know,

 7    again, not to rehash everything that's already been said,

 8    but just focusing exclusively on what Your Honor mentioned

 9    with respect to chats, social media, video, and grand jury

10    testimony, I think those things that we have received and

11    been sent very recently and especially with the entry of new

12    counsel, who I'm not aware had received these things --

13              THE COURT:  You know, I've got -- Mr. Guillaume,

14    I'll just say this right now and Mr. Minuta is on the line,

15    I'm not sympathetic to the fact that you've got new counsel,

16    okay?

17              New counsel would have known with eyes wide open

18    when these trial dates are set, okay?  And Mr. Guillaume has

19    been in this case since Mr. Minuta has been arrested.

20              And, you know, you cannot come into court and tell

21    a judge that his schedule needs to be changed because I

22    hired a new lawyer.  And if that new lawyer isn't prepared

23    to go to trial when those trial dates are set, you want to

24    think twice before you enter your appearance.

25              MR. GUILLAUME:  Judge, just respectfully, I did

1    come in second to Ms. Wicks who retired.  I came in in

2    November of 2021, but I do understand the point Your Honor

3    is making.

4              THE COURT:  That's right.  I had forgotten that --

5    all right.  That's right.

6              In any event, that comment was not directed at

7    you.

8              MR. GUILLAUME:  Okay.  I apologize.

9              I lost my train of thought there for a second.

10             Just focusing on those particular world of

11   evidence that Your Honor previously mentioned, with or

12   without new counsel, you know, we've made our position

13   previously known to the Court with respect to the September

14   trial date, and it sounds like the government is in

15   agreement that Mr. Minuta is going to be in that second

16   trial group but it's not necessarily, the decision hasn't

17   been -- a final decision hasn't been made.

18             So for the reasons previously stated by

19   co-counsel, and Mr. Shipley, I'm sure, will have his own

20   reasons in a moment, we would also request the united trial.

21   I understand there's logistical concerns of the Court,

22   I don't have an answer for that, Your Honor, but I just

23   wanted to put our position on the record, and also note

24   that, you know, again, we would like to be in that second

25   trial group.  Thank you.

1          THE COURT:  Okay.

2          MR. SHIPLEY:  Your Honor, if I can address the

3    issue.

4          I certainly was aware of the trial date when I

5    agreed to come into this case.  And I've not taken any

6    position yet with regard to the September trial date in the

7    abstract.  But what I would note is, in listening to the

8    government, you know, I heard phrases like, we're coming to

9    the end of that process; now that we've figured it out,

10   we've turned over and provided evidence.  These are all

11   Rule 16 obligations.  We're -- the government is 15 months

12   into this process and it hasn't complied with Rule 16.

13         And the government can't tell you when it's going

14   to comply with Rule 16.  And, in fact, I think something

15   that was not detailed is, this past week, there was a -- the

16   global document production No. 13 went out, and that is, as

17   described by an AUSA in a different case, a massive volume

18   of MPD and USCP reports.  This is the kind of stuff that, in

19   my 22 years as a prosecutor, you got out before you indicted

20   the case or you got out when you indicted the case, not 15

21   months later.

22         We are not at the end of the discovery process.

23   I don't know how we prepare for a trial when there's more

24   discovery on the way.

25         We could represent to the Court that we're

1    prepared --

2             THE COURT:  Mr. Shipley I've got to tell you, you

3    know, the government made a decision in this case to push

4    out every single piece of paper to every single defense

5    counsel.  That's a decision they made.  That is well beyond

6    the scope of their Rule 16 obligations, well beyond the

7    scope of their Rule 16 obligations, okay?  All they need to

8    do is produce and make available information that is

9    relevant to the defense.

10            And I can understand why they've taken the route

11   that they have, but, you know, as I said, as I've said

12   repeatedly, what matters in this case is not some video or

13   some report of an officer that is entirely irrelevant.  The

14   evidence that matters is what you've already got and many of

15   you have had for months.

16            MR. SHIPLEY:  Your Honor --

17            THE COURT:  Mr. Shipley --

18            MR. SHIPLEY:  -- I understand the Court's point of

19   view.

20            THE COURT:  -- I'm going to move on.

21            Ms. Halim.

22            MS. HALIM:  Good morning, Your Honor.

23            THE COURT:  Good morning.

24            MS. HALIM:  As I previewed for the Court in the

25   letter that I sent over this morning, I will be filing a

1    motion for a joint trial, along with the request to adjourn

2    the July 11th, 2022, trial date.  I'm not going to repeat or

3    rehash anything that others have said already today, I'll

4    save that and the Court will get it in the filing when I

5    submit it as to how it prejudices Mr. Hackett to have

6    multiple trials as opposed to one trial.

7            So for right now what I'll focus on is saying,

8    I understand the Court's concern regarding logistics.  I do

9    believe thinking outside the box is necessary here.  There's

10   a lot of brain power and a lot of knowledge and a lot of

11   experience on this Zoom call right now.  I will get on the

12   phone with the government, I'll get on the phone with the

13   Marshals, I'll figure out what the logistics are that we

14   need to iron out to make it possible to move off-site,

15   because I think what I'm hearing is the courthouse just does

16   not have the space to accommodate -- and I think it's 10,

17   Your Honor, 10 defendants, not 11 at this point.  And that

18   will be outlined in the motion that I submit.

19           The other thing that I wanted to raise is the

20   upcoming pretrial motion deadline that is set for

21   April 15th.  I am prepared and have some motions to file

22   pursuant to Rule 12 on Mr. Hackett's behalf.  However,

23   because my discovery review is still ongoing, it's

24   incomplete at this point, I'm not confident that I'm in a

25   position to assess whether or not suppression motions are

1    appropriate by next Friday.  And so I'm asking the Court to

2    amend that portion of the Scheduling Order so that the

3    suppression motions would be due --

4              THE COURT:  Can I ask -- and maybe I'm just

5    mistaken here, but you've got standing to move to suppress

6    evidence that was collected from your client, right?

7              MS. HALIM:  Correct.

8              THE COURT:  If there was a phone taken that you

9    believe was improperly obtained from a different defendant,

10   you don't have standing for that.

11             So I guess I don't quite understand why at this

12   point you're not aware of the evidence that is suppressible.

13   I'm not talking about motions in limine, there's a later

14   deadline for that.  Why the universe of evidence that is

15   potentially suppressible, for which you have standing to

16   suppress, is not evident.

17             MS. HALIM:  Because the decision on whether to

18   file a suppression motion is dependent on understanding the

19   totality of the evidence.  Because it's not just about

20   whether there was a Fourth Amendment violation, it's a

21   decision to be made, do you want to suppress that evidence.

22   And I can't make that assessment until I've got a better

23   understanding of the totality of the evidence and of the

24   government's case.

25             I don't believe -- candidly, I'll tell the Court,

```
 1    I don't think that there are going to be suppression motions
 2    on behalf of Mr. Hackett; however, I also know that there is
 3    a very large quantity of material that I have yet to get
 4    through, and I would be remiss if I didn't raise to the
 5    Court that I think it's a decision better made after I've
 6    gotten more headway into all materials in the government's
 7    case.
 8              THE COURT:  Okay.
 9              All right.  Anything else?
10              MS. HALIM:  Not at this time.
11              THE COURT:  Okay.  Thank you.
12              Mr. Weinberg, on behalf of Mr. Moerschel.
13              MR. WEINBERG:  Good morning, Judge.
14              Your Honor, I'll just reiterate the arguments of
15    my other counsel.  I know the Court has heard this from
16    everybody, but it is a lot of discovery to go over.
17              Mr. Moerschel is currently out of custody.  We
18    really would like a joint trial.  We feel that a joint trial
19    would allow all of the defendants to, in case they wanted to
20    testify, to basically help each other throughout that trial.
21              I know that the courthouse in Washington isn't big
22    enough, but there's some other options, I believe, that
23    could be used:  First, the national museum building; there
24    could be some hotel conference --
25              THE COURT:  So can I ask you a question?
```

```
 1              MR. WEINBERG:  Yes.

 2              THE COURT:  So say we take it over to the national

 3  museum building which is up a few blocks, are you all going

 4  to fund the building of holding cells there?

 5              MR. WEINBERG:  Well, Your Honor --

 6              THE COURT:  What am I going to do about that?

 7  I've got five defendants in front of me who I've ordered, or

 8  another judge has ordered, held.  Typically what has

 9  happened to those folks is, during a break, during lunch,

10  they get put back in a holding cell.

11              The only buildings that I'm aware of in this city

12  that have holding cells are courthouses.

13              MR. WEINBERG:  Well, Judge, I think if the Court

14  would think outside the box, there is other ways to detain

15  defendants.  I mean, I'm sure portable holding cells are

16  available.  Trailers could be used in the parking lot.

17  If there's a will, there's a way, Your Honor, in that

18  situation.  I'm sure the Marshals would have to approve, but

19  I think there's other ideas to hold defendants at an

20  off-site building.

21              THE COURT:  Okay.

22              MR. WEINBERG:  So for those reasons, Judge,

23  Mr. Moerschel would be asking to be put in the September

24  group.  I think the September group gives him his best

25  chance to defend himself, Your Honor.
```

1                    THE COURT:  Okay.

2                    Mr. Balbo on behalf of Mr. Ulrich.

3                    MS. HALIM:  Your Honor?

4                    THE COURT:  I don't know who just raised her hand.

5                    MS. HALIM:  Your Honor, this is Angie Halim --

6                    THE COURT:  Yes.  Hi.

7                    MS. HALIM:  -- on behalf of Mr. Hackett.

8                    I just remembered one point that I did want to

9    raise to the Court if I could speak at this time.

10                   THE COURT:  Sure.  Go ahead.

11                   MS. HALIM:  Thank you.

12                   This is regarding the government's preliminary

13   proposal as to the first grouping of defendants.  If the

14   presumption is that the three defendants in custody proceed,

15   then the government suggests that Mr. Hackett and

16   Mr. Moerschel sort of are more factually overlapped with

17   those folks.

18                   I do object to that particular grouping for this

19   reason.  I think that the fact that four of those five

20   defendants are from Florida is a relatively arbitrary fact.

21   It doesn't -- it's not relevant to the bottom line or the

22   ultimate issue that the jury has to decide; however, when a

23   trial is presented with the optics of just five defendants,

24   four of whom do, in fact, come from Florida and who were

25   geographically closer than the other defendants, lumping

1      those together creates an impression of cohesion, which, in

2      the bigger picture, the scope of the bigger picture, I think

3      is misleading.

4              Part of the reason for making a push for a joint

5      trial is because what we have here is actually a disparate

6      collection of individuals, not a cohesive group of people

7      co-conspiring to effectuate a common mission.  And if we

8      divide the trials up into separate groupings, we could lose

9      the ability --

10             THE COURT:  So here's the thing, Counsel.  And I

11     don't know that I want to keep having this discussion, but

12     we were all together in January, we were all together again

13     probably February and then maybe in March, I don't recall

14     the exact dates.  This is the first time you all as a group

15     have come forward and said we'd like to all be tried

16     together.

17             It will not surprise any one of you that there are

18     other defendants in this courthouse who are before me, that

19     they would like trials.  So what would happen is if I put

20     all ten of these defendants in a single trial, what is

21     currently scheduled to be a four-week trial would turn into

22     an eight- to ten-week trial potentially, which would mean,

23     what am I supposed to do with all the other defendants who

24     are waiting for their trial in October and in November, some

25     of whom are held.

```
 1              MS. HALIM:  Your Honor, with all due --

 2              THE COURT:  You know, there's not -- you all have

 3    to understand.  There's a massive domino effect when you --

 4    in the current environment when you ask a judge to move a

 5    trial, a massive domino effect.  And there are other

 6    interests that I need to be thinking about and am thinking

 7    about in getting people and their cases tried.  These are

 8    not the only defendants before me, and I made that clear in

 9    my order.

10              MS. HALIM:  I do understand and I'm very

11    sympathetic to that point, but two four-week trials is the

12    same as one eight-week trial from a timing standpoint.

13              THE COURT:  It's not.  It's not, because that

14    means everything I've scheduled for October gets bumped,

15    right?

16              MS. HALIM:  Understood.

17              THE COURT:  I'll ask my Courtroom Deputy to send

18    you my docket, and everything in October gets bumped.

19              MS. HALIM:  Lastly, Your Honor, with respect to

20    just raising this now, I hope that the Court can appreciate

21    that a decision of this magnitude, whether or not

22    Mr. Hackett requests a joint trial or whether he goes along

23    with multiple trials, is something that took a great deal of

24    time and effort to determine whether or not -- what was in

25    his best interest, and that required getting through more
```

 1    discovery.  And that is the reason for bringing it to the

 2    Court's attention now, not back in January.

 3              And with that, I don't have anything else at this

 4    time.  Thank you for letting me go out of turn.

 5              (Pause)

 6              MR. GEYER:  Your Honor, if I can make one comment

 7    that is actually good news that I think, perhaps, people

 8    will welcome.

 9              May I speak just for a moment?

10              THE COURT:  Only if it's good news.

11              MR. GEYER:  I think it might be, actually,

12    Your Honor.

13              So I can't speak on behalf of any other defendants

14    who are incarcerated but I can speak on behalf of mine and

15    I have -- I believe that it may turn out to be a position,

16    when they're formally asked, that incarcerated defendants --

17    well, let me just put it in terms of my incarcerated

18    defendant -- my defendant has indicated to me that he would

19    waive speedy trial through the end of the year, if

20    necessary, in order to get what he views to be a fair trial.

21              THE COURT:  All right.  Let me make this clear to

22    everybody right now, because I'll share with you what the

23    schedule is, okay?  And I'll tell you when you're all

24    available for a two-month trial, okay?

25              This case is scheduled to begin when, September --

the second trial is scheduled to begin September 26th, okay?
I've carved out four weeks for that trial.

What that means is I then have a trial starting as
soon as this one is over involving four -- three other held
defendants, United States versus Schwartz.  Two of those
defendants have been held as long as these gentlemen have,
okay?

After that trial, I have scheduled the case in
Crowl, where those defendants, although on release, have
been pending trial for well over a year.

I've got January 6th trials -- or, actually, I've
got a drug conspiracy trial in January, a second January 6th
trial in Crowl in February.

So if you all want to wait until April for a
two-month trial, if we could find room for one, but that's
not going to happen, okay?  These trial dates are going to
stick.

Mr. Balbo for Mr. Ulrich.

MR. BALBO:  Yes, good morning, Your Honor.  Here
for Mr. Ulrich.

I would join with co-counsels' request for unified
trial for all the reasons that have been expressed.  I don't
think I will be able to articulate it any better than they
have.

When it comes to the discovery and evidence issue,

1    Your Honor, I appreciate the arguments that you made about

2    much of it may not be relevant to prepare for the defense of

3    the case.

4            The question that I would have is that some of the

5    other evidence that Ms. Rakoczy said would still be

6    forthcoming, such as FBI reports, 302s, I'm particularly

7    interested in statements of any other co-defendants,

8    co-conspirators, unindicted co-conspirators that they may

9    still have.

10           I guess I would like to know, one, what is still

11    out there of that set; and, two, when would that information

12    be provided?  Because I agree with the Court that from an

13    evidentiary standpoint, that is the most compelling,

14    important evidence that is there.  I just don't know if we

15    have all that up to this date.  I know that Ms. Rakoczy, in

16    her review, said that she provided everything up through

17    February.  Is that everything at that point?  And if so,

18    what else is still out there?  Those are the things I'm

19    concerned about, Judge.

20           THE COURT:  Ms. Rakoczy, if you've got more

21    specifics about those questions.

22           MS. RAKOCZY:  Yes, Your Honor.

23           With respect to FBI reports, it is virtually

24    everything that is discoverable through February.  The

25    exceptions are, as I think I had mentioned at the outset,

1    there are a very small number of witnesses whose statements

2    we have held back for either security concerns or concerns

3    about interfering with the pending investigation.

4            I do anticipate, though, that we would provide

5    that by early May at the latest, because obviously we are

6    mindful of the trial date.  But there are a few witness

7    statements that we've held back that we do think are

8    relevant and discoverable and we do plan to provide those in

9    the next few weeks.

10           THE COURT:  Does that answer your question,

11   Mr. Balbo?

12           MR. BALBO:  It does.

13           So I understand that the government still has some

14   information that -- and I understand that they have reasons

15   why maybe some of this investigation is still going on.

16           But those are concerns that could change the

17   landscape, Judge, depending on what is provided and when

18   it's provided.  So I would just like to bring that to the

19   Court's attention.

20           THE COURT:  Okay.

21           Well, if there's something that gets delivered to

22   your doorstep at the eleventh hour that impacts your

23   preparation, I'll take it up at that point.

24           Mr. Fischer on behalf of Mr. Caldwell.

25           MR. BALBO:  Excuse me, Your Honor.  Before you do

1    switch, would the Court consider or would we be able to into

2    an agreement with the government that maybe there could be a

3    timeline as to when statements of co-defendants or any

4    co-conspirators, any of those FBI reports would be provided?

5            And I understand that normally discovery is an

6    ongoing obligation and if something comes to them late,

7    that's one thing.  But information they've had maybe for

8    months, is there a way we could have a mark in a wall or

9    included in a Pretrial Order that those items would be

10   provided?

11           THE COURT:  Well, look, I mean, you know, I've

12   got -- my Pretrial Order contains deadlines for the

13   government to identify -- to turn over *Jencks* material, turn

14   over -- it's probably closer in time than I probably should

15   have made it but I can always adjust that.

16           MR. BALBO:  With respect, Your Honor.  And I do

17   know that some of those deadlines are close to the trial

18   date.  If the Court would be inclined to maybe consider

19   maybe updating those dates, because I know the Court doesn't

20   want to have last-minute requests for continuance.  Maybe

21   this would be a way to prevent that, Your Honor.

22           THE COURT:  Look, if there are dates on this

23   pretrial schedule that you would like to see moved up

24   instead of moved back, I'm happy to consider that.

25           MR. BALBO:  Thank you, Your Honor.  I'll look at

1   it and put something together, Judge.  Thank you.

2           THE COURT:  Okay.  Thank you.

3           Okay.  Mr. Fischer.

4           MR. FISCHER:  Thank you, Your Honor.

5           If the Court will please, first of all, on behalf

6   of Mr. Caldwell, we would join other counsel in requesting a

7   joint trial and also Mr. Caldwell would like to be in the

8   September trial date.

9           Your Honor, just a couple of points.

10          THE COURT:  Mr. Fischer, if I could just interrupt

11  you for a moment, because I don't know if you're intending

12  to be on video or if you're on the phone, because I don't

13  see him.

14          Oh, he's with Mr. Balbo.

15          MR. BALBO:  Your Honor, this is A.J. Balbo.

16  He's in my office.

17          THE COURT:  All right.  Well, you're faking me

18  out, Mr. Fischer.  I usually look for you standing alone or

19  with your client.

20          MR. FISCHER:  Thank you, Your Honor.  I just

21  happen to be driving through the Savannah, Georgia, area, so

22  I'm at Mr. Balbo's office.

23          But, Your Honor, I'll make a couple of points.

24  First of all -- and I understand that the Court would assume

25  that since most of this -- a bulk of the discovery has been

1   disclosed for some time now, that the Court's inclination

2   would be that the attorneys maybe have been dilatory in

3   reviewing this discovery.

4            Your Honor, I think the Court, perhaps, does not

5   appreciate the impact that the addition of Stewart Rhodes as

6   a defendant in this case has had.

7            And I'll phrase it like this, Your Honor, I'll use

8   this analogy.  It would be like the discovery is a haystack.

9   And if we were to look at one portion of the haystack which

10  I was doing on behalf of Mr. Caldwell which was focusing on

11  a certain set of the bulk of discovery, because, quite

12  frankly, Your Honor, this entire defense team would never

13  get through all this discovery, it's impossible.

14           So what Your Honor was saying is we should focus

15  on the part that is relevant.  Well, I have been focusing on

16  the part that was relevant, but then Mr. Rhodes's addition

17  into the case has now introduced an entire different section

18  of the haystack that has to go through -- that all the

19  attorneys have to go through.  And that's a main reason why

20  I need additional time to be able to try this case

21  effectively.

22           Secondly, Your Honor, respectfully, this Court --

23  this case is a little bit unique in a lot of ways, but it is

24  particularly unique in this way.  Most of the evidence --

25  again, the Court correctly stated it's state-of-mind-type

```
1   evidence.  In particular, with Mr. Rhodes being in the case,

2   the government's theory has changed.  In fact, Mr. Caldwell,

3   you'll obviously recall, used to be on the top of the

4   indictment, he's now, of course, on the near bottom and the

5   government's theory has changed.

6           And as a result, there could be some Crawford --

7   we're concerned there are Crawford issues and confrontation

8   issues, because, for example, the main part of the Rhodes

9   case against or involving Mr. Rhodes's addition is this

10  GoToMeeting, which is a recording, a very lengthy recording

11  where Mr. Rhodes makes a lot of statements, and there are

12  various other social media postings and Signals and chats.

13          THE COURT:  So, Mr. Fischer, if I could interrupt

14  you.

15          I mean, look, those are not confrontation issues.

16  Those are not testimonial statements.  Those are not

17  statements elicited by law enforcement.  You don't have a

18  right to confront co-conspirator statements.

19          And so if what you're saying is that somehow the

20  introduction of Signal chats and the like gives rise to

21  confrontation issues, unless there's some evidence that

22  somehow law enforcement was eliciting the questions --

23  I mean, the responses surreptitiously in those chats,

24  there's no confrontation issue.

25          MR. FISCHER:  Well, Your Honor, maybe not in the
```

```
 1    pure sense as the Court just stated, but...
 2            THE COURT:  That's the only confrontation sense
 3    I'm aware of.
 4            MR. FISCHER:  Well, Your Honor, in this case as,
 5    I believe, one of the prior attorneys noted, there is the
 6    joint defense agreement that we've been operating under; we
 7    are under the assumption that there will likely be at least
 8    one or more defendants who will likely testify.
 9            And without a joint trial, these statements and
10    the statements and these messages and these records, without
11    a joint trial, we will not have the ability of the
12    defendants who made those statements to be able to
13    potentially testify or to have their attorneys at least
14    challenge the government or put the statements in context.
15            And it's very important because a lot of these
16    statements and these recordings, looked at in the abstract,
17    can look highly incriminating.  But when the correct
18    interpretation or the interpretation I believe the
19    defendants have of these statements were to make their way
20    before a jury, that would be highly, highly important for
21    the defendants.
22            So from a confrontation issue, I guess,
23    Your Honor, I guess it's a situation you could -- I could
24    recharacterize it as to put it in correct context for the
25    defendants; otherwise, a lot of these recordings and these
```

```
 1   statements could be out there with myself not having had any
 2   chance to rebut them.  Thank you, Your Honor.
 3              THE COURT:  I see the issue.  Okay.
 4              Mr. Peed.
 5              MR. PEED:  Good morning, Your Honor.
 6              On the global issues, I have one comment.  But
 7   I have a hearing before Judge Moss that's starting, so
 8   I want to make sure to get out what I wanted to say
 9   specifically to Mr. Vallejo.
10              I want to file a bond motion for him by Monday.
11   I was wondering if the Court just set a schedule now for the
12   response and the hearing for that.
13              THE COURT:  If the government wants to get its
14   response in by the 18th.  Is that doable, Ms. Rakoczy?
15              MS. RAKOCZY:  Yes, Your Honor.
16              MR. PEED:  Thank you, Your Honor.
17              THE COURT:  Theoretically do a hearing.
18              MR. PEED:  I'm open that whole week, Your Honor.
19              THE COURT:  4:00 p.m. on the 21st.  We'll have to
20   bring Mr. Vallejo here if we can't do it remotely.
21              COURTROOM DEPUTY:  We can do it at 3:30 with the
22   facility.
23              MR. PEED:  Thank you, Your Honor.  That works.
24              THE COURT:  I think we should done with the
25   Pretrial by then.  I don't know.
```

1          Why don't we just say tentatively 3:30.  And I'm

2    supposed to have a Pretrial in a case that starts the

3    following week.  So hopefully that'll be done by then.

4          MR. PEED:  Thank you, Your Honor.

5          THE COURT:  So 3:30 on the 21st; it will be a

6    remote hearing.

7          MR. PEED:  Thank you, Your Honor.

8          And the Court's already indicated that Mr. Vallejo

9    would come in a second group after September.  I did want to

10   make one comment very briefly just -- I share the Court's

11   view of the evidence and the charges, except for the

12   indictment is a little bit unclear about what actually was

13   supposedly done after the 6th that was criminal.

14         So my concern -- listening to everyone and

15   listening to the Court's characterization of the indictment,

16   my concern is just figuring out what the conspiracy is after

17   the certification.  The certification happened at 3:00 in

18   the morning, but the indictment has two lines about it going

19   forward after that.

20         So I assume they're saying people were seeing

21   stuff happening on the 6th and desiring to continue that

22   kind of behavior even after the certification.

23         And so in my own understanding of the case, it

24   does seem relevant to know at least what people saw on TV

25   during those events, and since we don't have that, you know,

1    it's kind of a proxy for that as what would have been

2    happening in reality, because I agree it's about what's in

3    the minds of these 11 people, but...

4            THE COURT:  I'm not sure what you mean about what

5    they saw on TV.  I mean, they were there for some portion of

6    it.

7            MR. PEED:  Well, Mr. Vallejo, for example, never

8    went into D.C.

9            THE COURT:  Right.  Other than Mr. Vallejo.

10           And Mr. Caldwell never went into the building.

11           MR. PEED:  So there's a text where he says "We'll

12   be back in the morning to do it all again," and I think the

13   government is going to try to make something criminal out of

14   that text.

15           So I just have a question in terms of what the

16   government's theory is for what was seditious about

17   after-the-post-certification events.  And if I understood

18   the government's theory, I might share the Court's view of

19   the irrelevance of some of these videos.  But, you know, to

20   some extent, I think what people on the outside were seeing

21   will have informed what was in their minds and what their

22   statements meant, and that's my question and concern.  Of

23   course, I've spent a lot of time on this, so thank you.

24           THE COURT:  You're free to ask Ms. Rakoczy

25   anything else you might want to ask her.

1          And I don't know how the government would know
2   what somebody else saw on TV, but I'm not -- I guess I'm not
3   following that line entirely, but be that as it may.
4          Okay.  So let's do the following.  Mr. Meggs, can
5   I just ask you -- and we'll talk about this a little bit
6   more in a little bit -- but what is your intention with
7   respect to new counsel?
8          DEFENDANT MEGGS:  Should I use this microphone?
9          THE COURT:  Please.  You can use that, Mr. Meggs.
10  Thank you.
11         DEFENDANT MEGGS:  At this time, I'm not sure.
12         THE COURT:  Let me put the question, perhaps, more
13  concretely, which is that:  Have you decided that you wish
14  to retain new counsel as opposed to proceeding on your own,
15  that is, without a lawyer?
16         DEFENDANT MEGGS:  Again, I haven't decided that
17  yet.  This all just happened a few days ago, so...
18         THE COURT:  Fair enough.  Fair enough.  Okay.
19         All right.  Here's what we're going to do.
20  Our July trial group will consist of the following
21  defendants:  Mr. Watkins, Mr. Harrelson, Mr. Hackett,
22  Mr. Moerschel, and Mr. Caldwell.  The September trial group
23  will consist of Mr. Rhodes, Mr. Vallejo, Mr. Minuta,
24  Mr. Meggs, and Mr. Ulrich.
25         I'm not quite sure what -- I'm going to put a star

```
 1   next to Mr. Meggs because his situation is a little bit
 2   more -- is more fluid than everybody else's.
 3            I would like to have all defense counsel who are
 4   prepared to go in the July trial date for a status
 5   conference on May the 6th at 1:00 p.m., if all of you are
 6   available, and on May the 6th at 2:30 p.m. for everyone
 7   else.  Do those dates and times work?
 8            MR. LINDER:  They work for us, Your Honor, counsel
 9   for Mr. Rhodes.
10            MS. HALIM:  Yes, Your Honor.
11            THE COURT:  Okay.
12            Hearing no dissenters, then we'll fix those as our
13   next dates.
14            So with respect to those defendants who are going
15   in July, is there a position on speedy trial through the
16   trial date and tolling it through the trial date?  This
17   would be for Ms. Watkins, Mr. Harrelson, Mr. Hackett,
18   Mr. Moerschel, and Mr. Caldwell.
19            MS. HALIM:  Your Honor, on behalf Mr. Hackett, he
20   is willing to waive speedy trial through the July 11th trial
21   date.
22            And if I could at this time, just as a
23   housekeeping matter, inquire, the May 6th status conference
24   and also the May 17th motions hearing that's on the
25   schedule, will those be conducted remotely or in person?
```

1          THE COURT:  I think the -- well, certainly the

2     6th, we'll do remotely.  The 17th, I will likely want it to

3     be done in person just because I think a motions hearing of

4     this magnitude probably makes some sense in person.

5          And I'm glad you raised that, Counsel.  You know,

6     I think I've said this previously but I want to reiterate

7     it, which is that, with respect to motions, to the extent

8     any defendant wants to join another defendant's motion,

9     please just file a notice on the record indicating you're

10    joining in some other defendant's motion.  Obviously that

11    can happen after the deadline, so you're having a look to

12    see what's been filed.  I just don't want there to be any

13    question for the appellate record, if there's a need for

14    one, as to what motions individual defendants have joined.

15         Insofar as those of you who are in the September

16    trial group and motions that you'd like to have made with

17    respect to the indictment, I would urge you to file your

18    motions now.  And I say that because, you know, if you're

19    going to raise issues with respect to charges that affect

20    everyone, better to get your arguments in sooner rather than

21    later before I've made a decision on them, okay?

22         MR. CRISP:  Your Honor, I did want to jump in

23    here.  I tried to make a note of it, but apparently I was

24    unable to get through.

25         I am currently scheduled to be in trial the first

```
 1    week of May in the Middle District of Pennsylvania for
 2    another defendant that was set for a special trial term.  So
 3    I may have to have one of my associate attorneys who's not
 4    entered in this case attend in my absence should the case
 5    not be concluded by Friday.
 6               THE COURT:  Okay.  That's fine, Mr. Crisp.  Just
 7    let us know if somebody is going to sub in for you.
 8               MR. CRISP:  Thank you, Judge.
 9               THE COURT:  Okay.
10               Yes, so the question was still outstanding in
11    terms of speedy trial for Ms. Watkins, Mr. Harrelson,
12    Mr. Moerschel, and Mr. Caldwell.
13               MR. CRISP:  As to Ms. Watkins, Judge, Jonathan
14    Crisp again.  We'll waive speedy trial through the current
15    July trial term.
16               THE COURT:  Okay.
17               On behalf of Mr. Harrelson.
18               MR. GEYER:  Yes, Your Honor.  Brad Geyer for
19    Mr. Harrelson.  We're willing to waive speedy trial through
20    the trial date.  Thank you.
21               THE COURT:  Okay.
22               On behalf of Mr. Moerschel, Mr. Weinberg.
23               MR. WEINBERG:  Yes, Your Honor, we would waive
24    speedy trial.
25               THE COURT:  Okay.
```

1            And then Mr. Fischer on behalf of Mr. Caldwell.

2            MR. FISCHER:  Your Honor, we would waive speedy

3    trial.

4            And if I could just briefly -- just one issue,

5    Your Honor.  To be able to be -- to have an opportunity to

6    be prepared for the July trial date, Mr. Caldwell, we would

7    really need to be able to have access to his actual cell

8    phone.

9            It's hard to describe, Your Honor.  I can just

10   tell you the cell phone data that has been turned over, and

11   the government, we're still talking about trying to get it

12   in a form that we can get it to an expert.  But it would be

13   extremely helpful, and I would say necessary for our

14   defense, for Mr. Caldwell, at a minimum, to be able to have

15   access, to go through his cell phone and to have me there to

16   look at it, which would basically save me --

17            THE COURT:  Let me interrupt you, Mr. Fischer.

18            I'll just say the following, which is, that's

19   something I urge you to take up with Ms. Rakoczy, you know,

20   whether you and the government can reach some agreement that

21   would allow Mr. Caldwell and you to have access to his

22   original phone, which might involve stipulations as to chain

23   of custody or waiving any issues with respect to chain of

24   custody and the like.  I'll leave that to you.  And if

25   that's some agreement that you all can come to, all the

1   better, it seems to me, okay?

2           MR. FISCHER:  Thank you, Your Honor.

3           THE COURT:  All right.

4           So I'll find that it is in the interests of

5   justice and it outweighs the interests of the public and the

6   Defendants Watkins, Harrelson, Hackett, Moerschel, and

7   Caldwell to toll time through July the 11th, which is the

8   start of that trial date.

9           I do find, based upon the complexity of the case,

10  the exclusion of time is warranted, as well as the

11  additional time is necessary for the government to complete

12  discovery and for the defense to continue to review which

13  discovery they've received and prepare their defense.

14          With respect to the other defendants, that is,

15  Mr. Rhodes, Mr. Vallejo, Mr. Minuta, Mr. Meggs, and

16  Mr. Ulrich, positions on tolling through the September trial

17  date?

18          MR. LINDER:  Yes, Your Honor.  On behalf of

19  Mr. Rhodes, we will not object to the speedy trial; we'll

20  toll it till the next trial date in September.

21          MR. GUILLAUME:  On behalf of Mr. Minuta, we'd also

22  toll speedy trial through September.

23          THE COURT:  On behalf of Mr. Meggs?

24          MR. PEED:  Same for Mr. Vallejo.

25          THE COURT:  Same for Mr. Vallejo.

```
 1              What about for Mr. Meggs?

 2              MR. MOSELEY:  Do you want him to answer or --

 3              THE COURT:  Well, look, for Mr. Meggs, in a sense,

 4    you know -- well, let me ask him.

 5              Mr. Meggs, are you prepared to toll speedy trial

 6    through the September trial date of September 26th?

 7              DEFENDANT MEGGS:  Yes.

 8              THE COURT:  Okay.  Thank you, sir.

 9              And then for Mr. Ulrich?

10              MR. BALBO:  No objection on behalf of Mr. Ulrich,

11    Your Honor.

12              THE COURT:  All right.  Thank you.

13              So then for those defendants, I will toll time

14    through September 26th.  I do find that due to the

15    complexity of the case and the volume of discovery, the

16    number of defendants, that tolling of time is warranted

17    through the 26th.

18              I also find that it's in the interests of justice,

19    which is outweighed by the interests of the public and the

20    government -- excuse me -- and the defendants in a speedy

21    trial to toll time through that period in order to give the

22    government time to continue to produce discovery and for the

23    defense to receive, review, and consider that discovery in

24    preparing their defenses.  Okay.

25              All right.  So I think that takes care of all the
```

1    issues that apply globally to everyone.  Is there anything

2    else anybody wants to raise as a global matter before I turn

3    to -- I think there's only counsel for Mr. Minuta and

4    counsel for Mr. Meggs that need to hold back.

5              MS. RAKOCZY:  Your Honor, for the government, if

6    we may, we did want to say on the record and for the benefit

7    of all defendants being able to hear it, in light of the

8    Court's finalizing these trial dates and the fact that we

9    have our next status on May 6th, the government would say

10   that for any defendants who may still be considering a

11   potential plea offer with the government, I think we will

12   need to set that next status hearing of May 6th as a

13   deadline of sorts for guilty pleas.

14             I think that the way to articulate it is that by

15   May 6th, if a defendant wishes to accept a plea offer, we

16   need to at the least have signed paperwork and a date on the

17   calendar by May 6th.  If somebody has signed the paperwork,

18   you know, and it's on the calendar for the following week or

19   shortly thereafter, that would be fine, but I think all the

20   parties need have a sense of who this -- who is going to

21   trial if we're going to be having these trial dates and

22   discussing it on May 6th.

23             THE COURT:  Ms. Rakoczy, look, it's not for me to

24   say one way or another what the government does with pleas.

25   But I think just one point of clarification, which is that,

 1    the May 6th, is that applicable to all defendants or only

 2    those defendants who are going in July?

 3              MS. RAKOCZY:  Yes, Your Honor, that'll be

 4    applicable for all defendants, because I think all

 5    defendants, as they are making decisions about who needs to

 6    be tried with whom, both the government and the defendants,

 7    I think, need to know what the universe of defendants in

 8    this case who are going to trial is.

 9              THE COURT:  Okay.

10              MR. GEYER:  Your Honor, this is Brad Geyer.

11    May I make a comment?

12              THE COURT:  Sure.

13              MR. GEYER:  Thank you.

14              Since we're talking about deadlines, can we take

15    it for certain that we will have all the discovery that

16    we're entitled to by that May 6th deadline?  Ms. Rakoczy

17    mentioned these 470 co-defendant files, other co-defendant

18    files, all *Brady* information.

19              THE COURT:  Well, to be clear, I don't think

20    that's what she said.

21              It's not co-defendant files.  Those are files of

22    other individuals who are charged in the January 6th cases.

23              Is that right, Ms. Rakoczy?

24              MS. RAKOCZY:  Yes, Your Honor, that is correct.

25    And I do not believe that global discovery will be complete

1    by May 6th.

2           MR. GEYER:  So just to clarify for the record.

3    So we're not going to have all the material information for

4    our defense and the government will not have complied to its

5    Rule 16 obligations by May 6th; is that correct?

6           MS. RAKOCZY:  From the government's perspective,

7    that is not correct.

8           I think that in terms of the question of the

9    global discovery databases that are being built, I do not

10   think that that will be entirely complete by May 6th.

11          I do think, and we can articulate further for the

12   Court, the government on this case is taking efforts to go

13   through the materials that are in the global discovery and

14   identify and provide to the defense and flag for the defense

15   materials that are relevant and discoverable to these

16   defendants in those global materials, and that is an effort

17   that we are taking to make sure that we comply -- in this

18   particular case, that the attorneys in this case comply with

19   our specific discovery obligations.

20          There will be additional materials, though, that

21   will be available in that database after May 6th.

22          THE COURT:  Okay.

23          MR. GEYER:  So is that a yes or no?

24          THE COURT:  Well, I don't think it's a simple

25   answer, Mr. Geyer, in the sense that, as I observed earlier,

1   you know, the global discovery is well beyond the scope of

2   Rule 16 for any particular case or any particular defendant.

3            And what Ms. Rakoczy has said is that in this

4   case, the government is accelerating its efforts to make

5   sure that everything is produced to these defendants in a

6   timely manner, which does not necessarily mean that all of

7   the global material will necessarily be available by May the

8   6th, okay?

9            MR. GEYER:  Thank you, Your Honor.

10           MR. LINDER:  Your Honor, may I make one comment?

11           THE COURT:  Sure.

12           MR. LINDER:  In light of the plea deadline, if --

13   just kind of thinking outside the box.

14           If a couple of defendants were to enter pleas and

15   the number of defendants going to trial was reduced to

16   eight, would the Court consider trying all of them together

17   on the September trial date?  Because I believe all of the

18   defendants, I think, at this point, want a joint trial, if

19   it can be had.  So I'm just kind of throwing that out there

20   as a thought.

21           THE COURT:  Look, let's put it this way:  There

22   are space constraints.  If we get to a point where there are

23   a number of defendants left that are consistent with those

24   space constraints, then I will consider doing what you all

25   would like me to do.

 1                 MR. LINDER:  Thank you.

 2                 THE COURT:  But that is not in any way should be

 3     interpreted as an observation or a comment about what any

 4     particular defendant ought to do in this case.

 5                 MR. LINDER:  Understood.

 6                 THE COURT:  So let me be clear:  I'm just making

 7     an observation about logistics, not about what any

 8     particular defendant should or shouldn't do with respect to

 9     how they proceed, okay?

10                 MR. LINDER:  Thank you.

11                 THE COURT:  Okay, everyone.  So we'll excuse

12     everybody other than counsel for Mr. Minuta and counsel for

13     Mr. Meggs, and then we'll see everybody in about a month.

14                 DEFENDANT RHODES:  Mr. Linder, can you call me at

15     the jail?  I'm in COVID lockdown.  I can't make phone calls.

16     You have to call me.

17                 MR. LINDER:  All right.

18                 (All defendants exited besides Mr. Meggs.)

19                 THE COURT:  Okay.  Why don't we start with

20     Mr. Minuta.  Is he still on?  Oh, there he is.  Okay.  And

21     Mr. Guillaume.

22                 There was a -- I think it was filed under seal,

23     but there's nothing in here that's not something that could

24     be said on the public record, which is that Mr. Shipley has

25     entered his appearance in this case.  You've requested,

1   Mr. Minuta -- on behalf of Mr. Minuta, Mr. Guillaume to

2   remain as CJA counsel for Mr. Minuta to assist in trial

3   preparation and be trial counsel.

4           I mean, let me ask you this, Mr. Shipley:  Are

5   you -- and I should -- are you a member of the District Bar

6   here in D.C.?

7           MR. SHIPLEY:  Yes, I am, Your Honor, as of the

8   4th, earlier this week, and that was kind of -- had

9   something to do with the timing of my entry; I was waiting

10  for that to come through.  I was advised by the Clerk's

11  Office that I actually missed the deadline in March by one

12  day, so I had to wait until April.

13          THE COURT:  Okay.  So you're not in a position

14  where you need local counsel to sign papers and the like.

15  It sounds like you are a member of the Bar.

16          MR. SHIPLEY:  Yes, correct, I don't need -- it's

17  not a PHV situation, correct.

18          And the reason I raised this, Your Honor, and I

19  raised this with Mr. Guillaume, was based on your comments

20  in the March status conference when I think Mr. Fischer

21  asked if the Court would have a problem with retained

22  counsel asking for a second counsel to be appointed.  And so

23  when that -- and your response was you wouldn't have a

24  problem with that arrangement.  So that's why I've gone

25  about it this way, and that's why I talked to Mr. Guillaume

 1   about that opportunity, and he addressed it with the Federal

 2   Defender.

 3             THE COURT:  So, look, I'd have to go back and look

 4   at precisely what I said.  I mean, I do recall Ms. Halim,

 5   I think, asking about paralegal assistance.  I don't

 6   specifically remember anybody asking about a second counsel,

 7   including a retained counsel.

 8             I mean, look, there's something fundamentally

 9   inconsistent about having somebody have both a retained

10   lawyer and a CJA-appointed lawyer, right?  You know, you get

11   a CJA-appointed lawyer because that person doesn't have the

12   means to afford their own lawyer and not able to retain one.

13             Well, for whatever reason, Mr. Minuta is able to

14   retain you, Mr. Shipley.  And so there's something

15   inconsistent about having Mr. Guillaume stay on as trial

16   counsel when Mr. Minuta apparently has the ability to fund

17   his own defense.

18             And so, you know, I'm disinclined to allow it to

19   happen.  Maybe I'm prepared to think about a period of time

20   where Mr. Guillaume can continue to serve and assist in

21   terms of transition.  But in terms of spending taxpayer

22   dollars for a second lawyer who would be there to support a

23   retained lawyer, I'm not inclined to think that that's

24   appropriate.

25             MR. SHIPLEY:  Again, Your Honor, the only reason I

1    suggested to Mr. Guillaume and we raised it was based on

2    what I understand you to have said at the prior hearing.

3    And I did discuss that with the other attorneys in a Zoom

4    call and everybody had that same recollection.  So that's

5    all I can offer.

6              I understand your point today.  I wouldn't have

7    made the proposal but for your comments.

8              THE COURT:  Okay.

9              Well, you know, I can certainly -- I don't

10   remember everything I've said.

11             MR. SHIPLEY:  Understood.

12             THE COURT:  I mean, I can go back and take a look.

13   But my current thinking now that I'm actually being

14   presented with the issue is as I've just indicated, which

15   is, you know, I think there is something -- there's

16   something inconsistent, at a minimum, with the CJA Act to

17   have a retained counsel back-up or co-counsel with somebody

18   who's funded under the CJA Act.

19             So I think I'm not inclined to allow Mr. Guillaume

20   to remain as co-counsel fully, particularly through trial in

21   this case, especially since Mr. Minuta is in that second

22   trial group.  You know, I think I'll allow it -- I'd be

23   prepared to fund Mr. Guillaume for, say, 60 days, to provide

24   sort of a bridge period and ensure that Mr. Minuta has the

25   support and the benefit of Mr. Guillaume's time and wisdom

1   on this case.

2         But I think beyond that, Mr. Shipley, it's your

3   case and Mr. Minuta's retained you and I think that's the

4   way we'll proceed, okay?

5         MR. GUILLAUME:  Your Honor, if I may, this is

6   Alfred Guillaume.

7         I serve at the pleasure of this Court, Your Honor.

8   And whatever the decision the Court has made, I'm more than

9   willing to, obviously, abide by it.  And I don't want to

10   cause any confusion at all in this case; it's already

11   complicated enough.

12         So I wanted to make the Court aware that that was

13   my understanding as well.  Mr. Shipley and I talked about

14   it.  But even if that's what you said verbatim, Your Honor,

15   I serve at this Court's pleasure.  So I'm more than happy to

16   assist counsel and bring him up to speed and get him all the

17   discovery and everything that he needs.

18         THE COURT:  Okay.

19         Well, look, if I had said something to that effect

20   that's caused people to take steps, I apologize.  You know,

21   I think sometimes I may have said something that I didn't

22   fully think through.

23         You know, if any of this causes Mr. Minuta to

24   rethink how he wants to proceed, then, you know, I'm open to

25   reconsidering, but I think that's my position.

1          MR. GUILLAUME:  Thank you, Judge.  Understood.

2          THE COURT:  Thank you, Counsel.

3          All right.  Is there anything then we need to

4   discuss on behalf of Mr. Minuta?

5          MR. SHIPLEY:  Nothing further, Your Honor.

6          THE COURT:  Okay.  Thank you, everyone.

7          Mr. Shipley, you are free to leave if you'd like.

8          MR. SHIPLEY:  Thank you, Your Honor.

9          THE COURT:  Thank you.

10          Okay.  So that leaves Mr. Moseley, also here with

11   Mr. Meggs, who's present in the courtroom.

12          I know there was some back and forth, Mr. Moseley,

13   about whether any or all of this discussion ought to be --

14   whether it ought to be a matter of public record or not and

15   I think at the end of the day I've concluded it should.

16          You know, I have considered the *U.S. v. Hubbard*

17   factors here in assessing whether this portion of the

18   proceedings should be made public, and I think it should.

19   There is obviously a public need and interest in the

20   information that's about to be discussed.  There has been

21   public reporting about your circumstances; in fact, there

22   have been a number of articles about it, Mr. Moseley, so at

23   least that aspect of this is now in the public record.

24          I don't know if the government is formally

25   objecting to a sealed proceeding.  I don't know.  Are you,

1    Ms. Rakoczy?

2            MS. RAKOCZY:  No, Your Honor.  We defer to the

3    Court.

4            THE COURT:  Okay.

5            So I mean, there's no opposition, but,

6    nevertheless, I think --

7            MR. MOSELEY:  Well, of course, I've registered my

8    opposition to the Clerk, because I think it's --

9            THE COURT:  Well, Mr. Moseley, I'm actually not

10   done.

11           MR. MOSELEY:  Oh, I'm sorry.

12           THE COURT:  That's okay.

13           So the fact that the government isn't opposing is

14   a factor, but I'm not sure it's a -- it's not a dispositive

15   one.

16           You know, in terms of the strength of the privacy

17   interests asserted, as I said, Mr. Moseley obviously has

18   some privacy interests here.  I don't plan to get into

19   anything that sort of would impede on that privacy interest.

20   I'm only going to discuss what is already in the matter of

21   public record, in the press.  And then in terms of the

22   possibility of prejudice to those opposing disclosure,

23   nobody's opposing, but I think there is some prejudice,

24   frankly, to the public interest in doing a full under-seal

25   hearing.  And then obviously what we're about to talk about

affects Mr. Meggs' status in this case and the public has an
interest in understanding that.

So, look, the bottom line is, I need to confirm,
and Mr. Meggs has essentially done that, that he is aware of
recent developments with respect to Mr. Moseley's bar status
in the State of Virginia.

Mr. Meggs, are you aware of that?

DEFENDANT MEGGS:  Yes, Your Honor.

THE COURT:  And are you aware that, as a
consequence of that, what is soon to happen is that, under
our Local Rules, an order of temporary suspension against
Mr. Moseley and his ability -- which will prevent him from
continuing his representation of you in this case -- will
likely be issued.

DEFENDANT MEGGS:  I am now.

THE COURT:  Okay.

So let me just be clear.

So what I'm saying to you is, because of the Bar
discipline that your lawyer has had in Virginia, he has an
obligation, which I believe he's fulfilled, to notify the
Bar of this Court.  This Court has its own separate Bar that
is just sort of an admission policy.

Under our Local Rules, under the rules of this
Court, when a lawyer is disciplined in the manner that your
counsel has been, what the rules say is that once, it's

1    called our disciplinary committee, becomes aware of that

2    discipline elsewhere, it is required to issue an order of

3    temporary suspension and a Show Cause Order.  That temporary

4    suspension order will mean that Mr. Moseley will no longer

5    be able to practice before this Court and, therefore,

6    represent you while that order is in effect, all of which is

7    to mean that Mr. Moseley, in short order, will not be

8    permitted to practice and represent you in this case.  So

9    I want to make sure you are now aware of that.

10             DEFENDANT MEGGS:  Yes, Your Honor.

11             THE COURT:  Okay.

12             So, Mr. Meggs, as a consequence of that, you are

13   now soon to be in a position where you will be without

14   counsel.  And the question is for you, and I think you said

15   earlier and it was reasonable, that you haven't had enough

16   time to think about it, that's fair.

17             But I do think at some point we do need to make a

18   decision or you need to make a decision about how you want

19   to proceed, and there's really three options.  They are as

20   follows, which is:  If you have the resources, you can

21   retain your own counsel; if you qualify, because you don't

22   have the resources, we can -- the Court will appoint you

23   one; and the third option is, you have a right to proceed

24   without counsel.

25             Now, I would caution every defendant to do -- not

```
 1   to do that, but I'm just throwing that out there.  And if
 2   ultimately it's something you wish to do, we'll have a
 3   longer discussion about whether that's a wise course.  But
 4   those are your options.
 5              And I think the question is just sort of how much
 6   time you think you need to figure out a way forward.
 7              DEFENDANT MEGGS:  I think the biggest issue for me
 8   right now is I don't have the ability to contact any
 9   attorneys.  Anybody that I have to contact has to be on a
10   phone list that takes seven days to get put on a phone list.
11              So even if I want to talk to somebody about
12   representing me, I have to get their phone number from
13   somewhere that I can't access because I'm not allowed to
14   have Internet or any access while I'm incarcerated.
15              There's no Internet access in there.  I don't have
16   a phone book.  I don't have any access to attorneys.  And
17   even if I said, hey, I want to hire somebody today, I can't
18   call them.  So I can't even try to defend myself at this
19   point.  And I think I should be included to have an
20   opportunity to properly prepare for my defense.
21              THE COURT:  Absolutely.
22              DEFENDANT MEGGS:  And I know that there is a
23   provision for that.
24              THE COURT:  Well, Mr. Meggs, let me ask you this.
25   And I'm not suggesting a course for you, but you tell me
```

 1   whether this is at all feasible.

 2           Your wife is somebody who, presumably, you are in

 3   touch with and can call.

 4           DEFENDANT MEGGS:  Correct.

 5           THE COURT:  Whether she can assist in identifying

 6   potential counsel that might be interested and available to

 7   represent you and we could work it that way.

 8           And then to the extent you need to have a

 9   conversation with that lawyer or a Zoom call with that

10   lawyer, you know, I can assist in trying to make sure that

11   that happens.  But I understand the difficulty of the

12   position you're in.

13           MR. MOSELEY:  Your Honor, that sounds helpful.

14           Can you set up, without the need for extradition

15   by you, some way to make that as straightforward as possible

16   that -- I mean, that sounds like a good line of thinking.

17   So if we can do that without him having to have the same

18   problem of getting your attention as being able to contact

19   out, that might be very helpful.

20           THE COURT:  Well, look, you know, I can send an

21   email and say, this is the situation.  I'd appreciate if

22   Mr. Meggs would be given a little bit of flexibility in

23   terms of outgoing phone calls or having videoconferencing

24   with prospective counsel.

25           DEFENDANT MEGGS:  Thank you.

1            THE COURT:  But I find that unless there's an

2    immediate matter, sometimes these sort of general requests

3    get lost in the ether.

4            But I'll make it and I'll ask.  And if at the end

5    of the day it's not happening for Mr. Meggs, you know,

6    Mr. Moseley -- you could get in touch with Mr. Moseley and

7    Mr. Moseley could contact chambers and we can do what we can

8    to make sure that that can be facilitated.

9            MR. MOSELEY:  And I hope at that point it would --

10   you know, it would be merely just providing a message, not

11   be construed as maybe representing him if at that point

12   that's a problem.

13           I will say that he has somebody that he might call

14   right now, that -- the only person I know who is willing to

15   take these cases and is now suddenly available, I've

16   recommended him and given him the phone number by text, was

17   his son.  But if he has somewhat of an immediate need to

18   call somebody, that's --

19           THE COURT:  Mr. Moseley, I leave to you to talk to

20   Mr. Meggs about possible successor counsel.

21           I don't know what the reasons were or what the

22   circumstances were for the change from Mr. Wilson, I don't

23   know whether Mr. Wilson would be available and willing, and,

24   as importantly or more importantly, whether that's an option

25   you would consider.  That's another thought.  As I said, I

1    don't know what's -- I'm just throwing that out there as a

2    possibility if that's even feasible.

3           But, look, the bottom line is, at some point,

4    Mr. Meggs, we need to figure out what's going to happen and

5    get you counsel.

6           So let's do this.  Why don't we plan to come back

7    in two weeks and see where we are.

8           DEFENDANT MEGGS:  And can we do that by video or

9    do I need to be present?

10          THE COURT:  Yeah, we can do it by video.

11          DEFENDANT MEGGS:  Okay.

12          THE COURT:  We can do it by video.

13          DEFENDANT MEGGS:  Your Honor, and another thing

14   is, you saw yesterday the difficulties we do have at the

15   facility sometimes and getting things that we're supposed to

16   have.

17          THE COURT:  Right.  No, I know.

18          DEFENDANT MEGGS:  And I would also say that having

19   Evidence.com has been a big help for us, but -- and I meant

20   to bring this up earlier, I don't know if I'm allowed to

21   speak in trial -- I don't know how this works, so, you know.

22          If the government is going to bring just generic

23   witnesses in that were there that day, doesn't their data,

24   their videos, their recordings become part of the evidence

25   that has to be gone through?  And we haven't seen any of

1    that evidence.  There's no -- we haven't had an opportunity

2    to go through any other evidence other than the CCTV footage

3    and the body cams.  That's it.

4              THE COURT:  Right.

5              DEFENDANT MEGGS:  We don't have any access to

6    anything else, and I think that's imperative for us to have.

7              THE COURT:  Yeah, and I can understand the

8    frustration.

9              A couple observations:  One is -- this isn't a

10   satisfying response -- the government's under no obligation

11   to make discovery available to any defendant, not just you,

12   but any defendant at a facility, okay?  What's happened in

13   this case is unique and to my knowledge has never happened

14   before, which is that electronic devices are being made

15   available to incarcerated defendants for the purpose of

16   reviewing discovery.  That's one.

17             But, two, and more importantly, you know, your

18   counsel has at least two ways of getting additional

19   discovery to you; they can send electronic discovery on a

20   storage device to you that can be put into a laptop and you

21   can review that material, you can ask to get -- to review

22   that material on the laptop, those laptops are available.

23   The other option is the lawyer can come to the jail and sit

24   down with you and start going through the discovery.  And I

25   don't know if either of those two things have happened.

1          DEFENDANT MEGGS:  They have happened, except for

2    one issue:  The jail will not allow the -- our attorneys to

3    bring in a laptop that has access to the Internet so that we

4    can go through discovery.

5          So it would be something they would already have

6    to go through, know that they're going to be needing that

7    discovery, get it downloaded on something, and then bring it

8    into us, which means they're going to have to download the

9    entire file, which sometimes, like you've mentioned already,

10   they're massive amounts of files and then it takes three or

11   four hours just to unzip them on the laptop.

12         THE COURT:  Right.

13         DEFENDANT MEGGS:  So without the access to

14   directly be able to get on to the Internet, it makes it

15   pretty difficult for them.

16         So if there's a possibility that maybe you could

17   put an order in that our attorneys would be allowed to get

18   us on the Internet with them present, maybe that would be

19   something that would help us.

20         It would allow us to -- from my understanding,

21   some of the stuff that we've seen on Evidence.com on our

22   version does not match what the attorneys are looking at,

23   so, therefore, we're basically speaking two different

24   languages trying to find how it fits together.

25         THE COURT:  Okay.

```
 1              Well, I'll raise both of those issues, both your
 2      representation and the issue of counsel being able to bring
 3      in laptops with Internet access to assist in reviewing
 4      evidence.  I wasn't aware of that, but I'll ask.
 5              DEFENDANT MEGGS:  Thank you, Your Honor.
 6              THE COURT:  All right.
 7              So I think I'd suggested putting a date down here
 8      for us to return to see where things stand.  And as I said,
 9      Mr. Meggs, if you qualify, the other option is to find
10      court-appointed counsel.
11              So why don't we plan, if there's availability with
12      the jail, to come back -- wait to see if Mr. Douyon can
13      confirm availability -- at 10:30 on April 22nd.
14              Ms. Rakoczy, does that work for you?  Mr. Moseley?
15              MS. RAKOCZY:  Yes, Your Honor.
16              MR. MOSELEY:  That's fine.
17              And I will try to clarify this, but it might be
18      good on the record to make sure he understands the
19      difference between court-appointed counsel and a public
20      defender just so he can have that as part of his decision.
21              THE COURT:  I'm sorry, Mr. Moseley.  Hang on.
22      My Courtroom Deputy was just saying we can't do 10:30.
23      We can do 9:00 a.m.  Are you all available at 9:00 a.m.?
24              MS. RAKOCZY:  Yes, Your Honor.
25              MR. MOSELEY:  Sure.
```

```
 1              What's that date?
 2         THE COURT:  April 22nd.
 3              I didn't hear that last part, Mr. Moseley, about a
 4    public defender or...
 5         MR. MOSELEY:  I just think it would be important
 6    to make sure on the record that he understands that there's
 7    a difference between -- everyone talks about a public
 8    defender broadly speaking, but the court-appointed attorneys
 9    that are private counsel who are willing to work under
10    government funding and then there are public defenders who
11    are employees of the Public Defender's Office and he might
12    want to be thinking about that as an outlet.
13         THE COURT:  Look, talk to Mr. Meggs about that.
14    It's actually -- you know, you're right, it's an option that
15    ordinarily is not available -- it would not ordinarily be
16    available in this case because this Public Defender's office
17    is going to be conflicted out of appointing anybody from
18    their office to represent Mr. Meggs because they represented
19    Ms. Watkins for a period of time.
20              But, you know, the January 6th cases have been
21    such that we've been going to Public Defender Offices
22    throughout the country.
23              And there are a lot of very good public defenders
24    out there, Mr. Meggs, and those public defenders would not
25    be -- would not have the conflict that this office does.  So
```

 1    if that's an option and something you would consider,

 2    assuming you qualify, and I think, in theory, I could --

 3    well, I shouldn't get over my skis.  You know, I could ask

 4    Mr. Kramer to start looking into that possibility, okay?

 5               DEFENDANT MEGGS:  Yes, Your Honor.

 6               THE COURT:  So, Mr. Moseley, talk to Mr. Meggs,

 7    see what he'd like to do.  I'll get a message to the jail to

 8    try and facilitate any calls or videoconferences with

 9    prospective counsel, and we'll take it from there, okay?

10               MR. MOSELEY:  All right.

11               And, Your Honor, if I could, I know you're

12    concluding, but I just want to share with the Court that we

13    have not been -- we have been trying to find many lawyers

14    not in civil cases but other cases and have not had -- you

15    know, the issue has not been the Court finding other

16    attorneys.  I want to assure the Court that it has not been

17    hard at all in terms of finding other lawyers.  And maybe a

18    silver lining will be that someone will hear about this and

19    step up.  Who knows.

20               THE COURT:  Okay.  Well, we'll see.  Hopefully,

21    we'll have some clarity in a couple weeks.

22               All right.  Thank you, everyone.

23               COURTROOM DEPUTY:  All rise.

24               This Court stands in recess.

25               (Proceedings concluded at 12:06 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__June 24, 2022_____    

                                 William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [4]** 5/2 5/5 60/21 91/23
**DEFENDANT MEGGS: [20]** 63/8 63/11 63/16 69/7 81/8 81/15 82/10 83/7 83/22 84/4 84/25 86/8 86/11 86/13 86/18 87/5 88/1 88/13 89/5 91/5
**DEFENDANT RHODES: [1]** 74/14
**MR. BALBO: [7]** 52/19 54/12 54/25 55/16 55/25 56/15 69/10
**MR. CRISP: [7]** 28/18 29/11 38/7 38/22 65/22 66/8 66/13
**MR. FISCHER: [6]** 56/4 56/20 58/25 59/4 67/2 68/2
**MR. GEYER: [18]** 21/24 22/5 23/17 23/22 24/12 25/15 25/20 26/8 26/12 33/17 51/6 51/11 66/18 71/10 71/13 72/2 72/23 73/9
**MR. GUILLAUME: [6]** 39/24 40/25 41/8 68/21 78/5 79/1
**MR. LINDER: [24]** 18/6 21/8 27/14 28/3 31/9 32/22 33/4 34/11 34/14 35/4 35/20 36/6 36/13 37/2 37/15 37/24 64/8 68/18 73/10 73/12 74/1 74/5 74/10 74/17
**MR. MOSELEY: [12]** 29/18 29/20 30/23 69/2 80/7 80/11 84/13 85/9 89/16 89/25 90/5 91/10
**MR. PEED: [9]** 60/5 60/16 60/18 60/23 61/4 61/7 62/7 62/11 68/24
**MR. SHIPLEY: [9]** 42/2 43/16 43/18 75/7 75/16 76/25 77/11 79/5 79/8
**MR. WEINBERG: [6]** 46/13 47/1 47/5 47/13 47/22 66/23
**MS. HALIM: [15]** 43/22 43/24 45/7 45/17 46/10 48/3 48/5 48/7 48/11 50/1 50/10 50/16 50/19 64/10 64/19
**MS. RAKOCZY: [15]** 6/13 6/17 15/21 16/13 25/14 39/5 53/22 60/15 70/5 71/3 71/24 72/6 80/2 89/15 89/24
**THE COURT: [146]**

**0**

**08077 [1]** 2/14
**0826 [1]** 4/5

**10 [4]** 5/12 16/1 44/16 44/17
**10,000 [1]** 21/10
**10,500 [2]** 11/8 11/16
**10:07 [1]** 1/6
**10:30 [2]** 89/13 89/22
**11 [9]** 5/12 35/7 35/18 37/5 37/11 37/23 37/23 44/17 62/3
**1100 [1]** 3/15
**114 [1]** 3/18
**1150 [1]** 4/9
**11th [3]** 44/2 64/20 68/7
**12 [3]** 16/1 32/13 44/22
**1230 [1]** 2/10
**1297 [1]** 3/23
**12:06 [1]** 91/25
**12th [2]** 7/5 7/10
**13 [1]** 42/16
**130 [3]** 10/12 14/17 34/2
**1400 [1]** 14/11
**15 [6]** 1/4 5/6 11/25 32/13 42/11 42/20
**150 [1]** 10/12
**1500 [1]** 14/12
**15th [1]** 44/21
**16 [9]** 11/25 12/6 42/11 42/12 42/14 43/6 43/7 72/5 73/2
**17 [1]** 11/3
**17110 [1]** 2/18
**1775 [1]** 4/8
**1776 [1]** 3/24
**17th [2]** 64/24 65/2
**180 [3]** 10/7 10/21 11/4
**180,000 [1]** 11/4
**18th [1]** 60/14
**190 [1]** 10/8
**19106 [1]** 3/14
**1:00 [1]** 64/5

**2**

**20-plus [1]** 35/11
**200 [1]** 10/7
**20001 [1]** 4/15
**20006 [1]** 4/9
**2006 [1]** 2/13
**202 [3]** 1/16 4/10 4/16
**2021 [1]** 41/2
**2022 [5]** 1/5 7/5 7/10 44/2 92/7
**20530 [1]** 1/16
**20770 [1]** 3/5
**21061-3065 [1]** 4/4
**214 [1]** 2/5
**215 [1]** 3/15
**2158 [1]** 3/5
**21st [2]** 60/19 61/5
**22 [1]** 42/19
**22-15 [2]** 1/4 5/6
**2201 [1]** 3/9
**22015 [1]** 2/10
**22nd [2]** 89/13 90/2
**23,580 [1]** 22/7
**24 [1]** 92/7

**24th [1]** 78/25
**252-7277 [1]** 1/16
**252-9900 [1]** 2/5
**265 [1]** 3/18
**26th [4]** 52/1 69/6 69/14 69/17
**28th [1]** 39/9
**2:30 [1]** 64/6

**3**

**30 days [1]** 22/11
**300 [1]** 4/4
**301 [1]** 3/5
**302s [2]** 18/17 53/6
**3065 [1]** 4/4
**31324 [1]** 3/23
**3249 [1]** 4/16
**3300 [1]** 2/3
**333 [1]** 4/15
**3336 [1]** 3/10
**337 [1]** 2/9
**33950 [1]** 3/19
**354-3249 [1]** 4/16
**377-2158 [1]** 3/5
**380,000 [1]** 13/16
**3:00 [1]** 61/17
**3:30 [1]** 60/21 61/1 61/5

**4**

**4031 [1]** 2/18
**410 [1]** 4/5
**412-4676 [1]** 2/19
**45 [2]** 22/11 23/11
**45,000 [5]** 12/5 12/5 12/13 28/12 28/14
**459-1776 [1]** 3/24
**4676 [1]** 2/19
**470 [2]** 34/3 71/17
**4:00 [1]** 60/19
**4th [1]** 75/8

**5**

**50 [2]** 10/9 24/15
**501 [1]** 3/14
**521-3336 [1]** 3/10
**555 [1]** 1/15
**5708 [1]** 2/14
**575-8000 [1]** 3/19
**5765-F [1]** 2/9

**6**

**60 [1]** 10/9
**60 days [1]** 77/23
**600 [2]** 14/15 34/1
**601 [1]** 3/13
**607-5708 [1]** 2/14
**6305 [1]** 3/4
**656-1230 [1]** 2/10
**6th [31]** 14/10 21/23 22/9 24/1 26/19 26/24 26/25 27/3 27/4 52/11 52/12 61/13 61/21 64/5 64/6 64/23 65/2 70/9 70/12 70/15 70/17 70/22 71/1 71/16 71/22 72/1 72/5 72/10 72/21 73/8 90/20

**700 [2]** 2/4 3/4
**703 [1]** 2/10
**717 [1]** 2/19
**7277 [1]** 1/16
**7310 [1]** 4/3
**75219 [1]** 2/4
**787-0826 [1]** 4/5

**8**

**80 [1]** 14/25
**8000 [1]** 3/19
**808 [1]** 3/10
**808Shipleylaw [1]** 3/10
**841 [1]** 3/8
**856 [1]** 2/14

**9**

**912 [1]** 3/24
**919-9491 [1]** 4/10
**928-1100 [1]** 3/15
**941 [1]** 3/19
**9491 [1]** 4/10
**96813 [1]** 3/9
**9900 [1]** 2/5
**9:00 [2]** 89/23 89/23

**A**

**A.J [2]** 5/24 56/15
**a.m [3]** 1/6 89/23 89/23
**abet [1]** 30/7
**abetted [1]** 29/24
**abetting [3]** 25/9 25/21 30/20
**abide [1]** 78/9
**ability [6]** 14/4 49/9 59/11 76/16 81/12 83/8
**able [18]** 21/21 22/24 23/8 37/21 52/23 55/1 57/20 59/12 67/5 67/7 67/14 70/7 76/12 76/13 82/5 84/18 88/14 89/2
**about [79]** 11/3 11/4 11/6 11/13 11/25 13/8 13/16 14/15 14/25 15/6 16/14 16/23 20/10 20/19 20/20 20/21 20/23 24/13 24/15 25/13 25/25 26/20 26/23 30/3 31/2 31/16 38/4 40/5 45/13 45/19 47/6 50/6 50/7 53/1 53/19 53/21 54/3 61/12 61/18 62/2 62/4 62/16 63/5 67/11 69/1 71/5 71/14 74/3 74/7 74/7 74/13 75/25 76/1 76/5 76/6 76/9 76/15 76/19 78/13 79/13 79/20 79/21 79/22 80/25 80/25 82/16 82/18 83/3 83/11 85/20 90/3 90/7 90/12 90/13 91/18
**above [1]** 92/4
**above-titled [1]** 92/4
**Abraham [1]** 22/21
**absence [1]** 66/4

**absolutely [2]** 20/24 83/21
**abstract [2]** 42/7 59/16
**accelerating [1]** 73/4
**accept [1]** 70/15
**access [17]** 7/7 22/6 22/10 25/17 28/6 37/13 67/7 67/15 67/21 83/13 83/14 83/15 83/16 87/5 88/3 88/13 89/3
**accommodate [2]** 37/11 44/16
**accountable [1]** 25/21
**accounts [14]** 7/19 8/20 8/22 10/5 10/7 10/8 10/11 10/13 10/19 10/20 14/12 15/1 15/24 16/6
**accurate [1]** 18/10
**acquitted [1]** 30/20
**across [3]** 14/9 32/14 37/4
**Act [2]** 77/16 77/18
**actual [2]** 22/13 67/7
**actually [17]** 6/11 9/4 11/13 23/13 23/14 24/17 31/5 38/10 49/5 51/7 51/11 52/11 61/12 75/11 77/13 80/9 90/14
**add [1]** 33/16
**addition [5]** 31/10 32/16 57/5 57/16 58/9
**additional [6]** 6/20 9/15 57/20 68/11 72/20 87/18
**Additionally [2]** 7/16 8/7
**address [6]** 9/20 19/22 34/11 39/24 40/4 42/2
**addressed [1]** 76/1
**adjourn [1]** 44/1
**adjust [1]** 55/15
**admission [1]** 81/22
**advance [1]** 8/6
**advantage [1]** 36/20
**advised [1]** 75/10
**affect [1]** 65/19
**affects [1]** 81/1
**afford [1]** 76/12
**after [17]** 27/1 27/3 31/3 32/6 38/10 38/24 39/8 46/5 52/8 61/9 61/13 61/16 61/19 61/22 62/17 65/11 72/21
**after-the-post-certification [1]** 62/17
**ag3law [1]** 3/6
**again [6]** 6/6 33/24 40/7 41/24 49/12 57/25 62/12 63/16 66/14 76/25
**against [2]** 58/9 81/11
**ago [4]** 18/13 23/7 27/25 63/17
**agree [7]** 27/14 27/24 31/17 32/1 36/13 53/12 62/2

94

# A

**agreed** [1] 42/5
**agreement** [7] 31/12 32/7 41/15 55/2 59/6 67/20 67/25
**ahead** [2] 34/13 48/10
**ahold** [1] 27/16
**aid** [1] 30/7
**aided** [2] 4/17 29/24
**aiding** [3] 25/9 25/21 30/20
**aj** [1] 3/24
**al** [2] 1/6 39/11
**Alden** [1] 2/7
**Alfred** [4] 3/2 3/3 5/20 78/6
**all** [108]
**All right** [3] 30/23 74/17 91/10
**allegation** [2] 24/24 24/24
**alleged** [2] 24/22 25/7
**allow** [7] 46/19 67/21 76/18 77/19 77/22 88/2 88/20
**allowed** [3] 83/13 86/20 88/17
**alone** [1] 56/18
**along** [5] 7/21 8/20 24/2 44/1 50/22
**already** [10] 30/12 38/17 40/7 43/14 44/3 61/8 78/10 80/20 88/5 88/9
**also** [14] 9/13 30/20 30/24 33/19 40/6 41/20 41/23 46/2 56/7 64/24 68/21 69/18 79/10 86/18
**alternate** [1] 17/14
**although** [1] 52/9
**always** [2] 39/21 55/15
**am** [12] 21/19 25/13 31/10 35/21 38/21 44/21 47/6 49/23 50/6 65/25 75/7 81/15
**amend** [1] 45/2
**Amendment** [1] 45/20
**AMERICA** [2] 1/3 5/6
**AMIT** [2] 1/10 5/3
**Amit P. Mehta** [1] 5/3
**among** [1] 11/23 16/21
**amongst** [1] 16/22 35/20
**amount** [4] 6/21 7/23 9/15 12/25
**amounts** [1] 88/10
**analogy** [1] 57/8
**Angela** [2] 3/12 5/22
**angie** [2] 3/15 48/5
**angles** [1] 24/4
**another** [9] 8/12 18/7 20/17 47/8 65/8 66/2 70/24 85/25 86/13
**answer** [4] 41/22 54/10 69/2 72/25
**anticipate** [3] 8/14 16/3 54/4

**any** [45] 17/23 17/23 20/4 21/6 23/10 24/22 24/24 25/10 25/11 25/17 30/8 36/9 36/11 39/23 40/5 41/6 42/5 49/17 51/13 52/23 53/7 55/3 55/4 60/1 65/8 65/12 67/23 70/10 73/2 73/2 74/2 74/3 74/7 78/10 78/23 79/13 83/8 83/14 83/16 86/25 87/2 87/5 87/11 87/12 91/8
**anybody** [7] 17/23 19/9 20/25 70/2 76/6 83/9 90/17
**anybody's** [2] 21/7 25/7
**anything** [14] 17/22 27/2 28/6 31/7 33/16 39/25 44/3 46/9 51/3 62/25 70/1 79/3 80/19 87/6
**apologize** [2] 41/8 78/20
**apparently** [2] 65/23 76/16
**appearance** [7] 29/7 29/10 38/11 38/25 39/2 40/24 74/25
**appearances** [5] 1/13 1/19 2/20 4/1 29/16
**appearing** [2] 6/3 6/5
**appellate** [1] 65/13
**Apple** [1] 9/6
**applicable** [2] 71/1 71/4
**apply** [1] 70/1
**appoint** [1] 82/22
**appointed** [6] 75/22 76/10 76/11 89/10 89/19 90/8
**appointing** [1] 90/17
**appreciate** [5] 18/10 50/20 53/1 57/5 84/21
**approach** [1] 15/7
**appropriate** [2] 45/1 76/24
**approve** [1] 47/18
**approximately** [2] 10/12 10/21
**April** [17] 1/5 8/13 29/8 29/9 38/12 38/20 39/4 39/10 39/13 39/15 39/18 39/20 44/21 52/14 75/12 89/13 90/2
**April 15th** [1] 44/21
**arbitrary** [1] 48/20
**are** [126]
**area** [2] 30/1 56/21
**aren't** [1] 37/3
**argue** [1] 25/22
**argued** [1] 38/17
**argument** [1] 30/11
**arguments** [3] 46/14 53/1 65/20
**around** [2] 10/23 39/11
**arrangement** [1] 75/24

**arrested** [1] 40/19
**articles** [1] 79/22
**articulate** [5] 11/17 38/17 52/23 70/14 72/11
**as** [92] 6/21 8/18 9/7 9/19 10/15 11/7 11/12 12/1 12/8 12/9 14/4 15/7 17/1 18/24 18/24 22/5 24/6 24/12 25/11 25/12 26/16 26/23 28/21 31/11 32/3 32/20 33/8 33/9 38/3 38/8 38/14 39/16 40/3 42/16 42/19 43/1 43/11 43/24 44/5 44/6 48/13 49/14 50/12 52/3 52/4 52/6 52/6 53/6 53/25 55/3 57/5 58/6 59/1 59/4 59/24 62/1 63/3 63/14 64/12 64/22 65/14 65/15 66/13 67/22 68/10 68/10 70/2 70/12 71/5 72/25 73/20 74/3 75/2 75/7 76/15 77/14 77/20 78/13 80/17 81/9 82/12 82/19 84/15 84/15 84/18 85/1 85/24 85/25 86/1 89/8 89/20 90/12
**ask** [15] 38/14 45/4 46/25 50/4 50/17 62/24 62/25 63/5 69/4 75/4 83/24 85/4 87/21 89/4 91/3
**asked** [2] 51/16 75/21
**asking** [5] 45/1 47/23 75/22 76/5 76/6
**aspect** [3] 9/12 12/21 79/23
**assert** [1] 25/10
**asserted** [1] 80/17
**assess** [1] 44/25
**assessing** [1] 79/17
**assessment** [1] 45/22
**assist** [6] 75/2 76/20 78/16 84/5 84/10 89/3
**assistance** [1] 76/5
**associate** [3] 18/13 19/4 66/3
**associated** [2] 22/14 22/15
**ASSOCIATES** [1] 2/17
**assume** [2] 56/24 61/20
**assuming** [2] 17/16 91/2
**assumption** [1] 59/7
**assure** [2] 20/22 91/6
**attend** [1] 66/4
**attention** [3] 51/2 54/19 84/18
**Attilio** [1] 3/21
**ATTORNEY** [1] 2/8
**ATTORNEY'S** [1] 1/15
**attorneys** [17] 3/22 16/14 29/14 57/2 57/19

**back** [16] 22/20 23/7 28/13 47/10 51/2 54/2 54/7 55/24 62/12 70/4 76/3 77/12 77/17 79/12 86/6 89/12
**back-up** [1] 77/17
**Balbo** [8] 3/21 3/22 5/24 48/2 52/18 54/11 56/14 56/15
**Balbo's** [1] 56/22
**balbogregg.com** [1] 3/24
**bar** [6] 75/5 75/15 81/5 81/18 81/21 81/21
**BARRETT** [2] 2/3 4/14
**based** [6] 22/20 24/20 38/15 68/9 75/19 77/1
**bases** [1] 25/22
**basically** [3] 46/20 67/16 88/23
**basis** [2] 8/17 9/12
**be** [184]
**bearing** [1] 21/7
**became** [2] 39/19 39/21
**because** [6] 6/23 9/22 10/1 17/1 20/23 22/3 31/4 36/21 38/11 40/21 44/15 44/23 45/17 45/19 49/5 50/13 51/22 53/12 54/5 55/19 56/11 56/12 57/11 58/8 59/15 62/2 64/1 65/3 65/18 71/4 73/17 76/11 80/8 81/18 82/21 83/13 90/16 90/18
**become** [1] 86/24
**becomes** [1] 82/1
**been** [78] 6/25 7/15 8/22 8/24 10/1 10/5 12/25 13/14 13/18 14/12 14/13 14/15 14/17 14/22 15/20

**77/3 83/9 83/16 88/2 88/17 88/22 90/6 90/16**
**auditorium** [1] 35/23
**auditoriums** [1] 37/15
**AUSA** [1] 42/17
**availability** [2] 89/11 89/13
**available** [20] 7/13 7/14 13/1 15/5 28/9 43/8 47/16 51/24 64/6 72/21 73/7 84/6 85/15 85/23 87/11 87/15 87/22 89/23 90/15 90/16
**Avenue** [3] 2/3 3/18 4/15
**aware** [21] 18/24 25/12 29/13 29/15 29/17 35/11 36/9 36/11 38/12 40/12 42/4 45/12 47/11 59/3 78/12 81/4 81/7 81/9 82/1 82/9 89/4

# B

**before** [26] 1/10 6/19 7/8 16/10 19/7 26/9 26/10 26/15 26/24 27/2 29/2 30/4 31/14 34/12 37/20 40/24 42/19 49/18 50/8 54/25 59/20 60/7 65/21 70/2 82/5 87/14
**begin** [3] 6/9 51/25 52/1
**beginning** [4] 8/9 8/13 13/25 28/21
**behalf** [23] 6/14 32/18 40/2 44/22 46/2 46/12 48/2 48/7 51/13 51/14 54/24 56/5 57/10 64/19 66/17 66/22 67/1 68/18 68/21 68/23 69/10 75/1 79/4
**behavior** [1] 61/22
**being** [10] 14/14 14/14 20/15 58/1 70/7 72/9 77/13 84/18 87/14 89/2
**believe** [16] 8/9 18/9 29/11 33/18 38/24 39/8 44/9 45/9 45/25 46/22 51/15 59/5 59/18 71/25 73/17 81/20
**bench** [1] 19/7
**benefit** [2] 70/6 77/25
**Berwick** [1] 2/13
**besides** [1] 74/18
**best** [2] 47/24 50/25
**bet** [1] 19/24
**better** [5] 45/22 46/5 52/23 65/20 68/1
**between** [3] 31/12 89/19 90/7
**beyond** [6] 8/14 17/14 43/5 43/6 73/1 78/2
**bifurcate** [2] 33/21 34/16
**big** [4] 28/16 30/3 46/21 86/19
**bigger** [2] 49/2 49/2
**biggest** [1] 83/7
**Bishop** [1] 3/8
**bit** [9] 10/23 16/13 40/3 57/23 61/12 63/5 63/6 64/1 84/22

05/21 15/25 16/2 16/8 16/17 17/10 18/1 18/11 18/16 19/16 19/23 21/1 22/4 22/11 23/8 23/12 24/23 24/24 25/16 26/1 26/12 26/18 27/16 27/21 27/24 31/11 31/13 31/24 32/16 33/12 34/18 36/25 38/17 38/25 39/5 39/9 39/21 40/7 40/11 40/19 40/19 41/17 41/17 52/6 52/10 52/22 56/25 57/2 57/15 59/6 62/1 65/12 67/10 79/20 79/22 81/25 86/19 90/20 90/21 91/13 91/13 91/15 91/16

**B**

**blocks** [1]  47/3
**body** [2]  24/4 87/3
**body-cam** [1]  24/4
**bond** [1]  60/10
**book** [2]  22/21 83/16
**both** [9]  13/3 13/5
15/13 16/6 26/4 71/6
76/9 89/1 89/1
**bottom** [4]  48/21 58/4
81/3 86/3
**box** [4]  3/23 44/9 47/14
73/13
**Brad** [1]  21/24 66/18
71/10
**Bradford** [3]  2/12 2/15
5/18
**Brady** [1]  71/18
**brain** [1]  44/10
**breach** [1]  23/10
**break** [3]  14/20 23/10
47/9
**breaking** [2]  24/16
24/20
**Brian** [2]  3/21 5/11
**bridge** [1]  77/24
**briefly** [3]  34/14 61/10
67/4
**BRIGHT** [5]  2/3 18/5
18/7 18/13 31/4
**bring** [8]  54/18 60/20
78/16 86/20 86/22 88/3
88/7 89/2
**bringing** [1]  51/1
**broadly** [6]  6/23 90/8
24/25 25/2 29/22
**broke** [5]  23/14 24/23
24/25 25/2 29/22
**broken** [2]  25/7 30/1
**BROWN** [1]  3/17
**bsrwlegal.com** [1]
3/20
**building** [10]  13/10
20/2 20/4 25/1 25/3
46/23 47/3 47/4 47/20
62/10
**buildings** [1]  47/11
**built** [3]  22/19 25/1
72/9
**bulk** [6]  7/2 15/21 16/4
16/7 56/25 57/11
**bumped** [2]  50/14
50/18
**bunch** [1]  27/17
**Burke** [2]  2/9 2/10
**Burnie** [1]  4/4

**C**

**Caldwell** [23]  4/2 5/12
5/25 6/5 17/10 17/12
38/21 39/14 39/19
54/24 56/6 56/7 57/10
58/2 62/10 63/22 64/18
66/12 67/1 67/6 67/14
67/21 68/7
**calendar** [3]  39/13
70/17 70/18
**call** [10]  30/15 44/11
74/14 74/16 77/4 83/18

**called** [1]  82/1
**calls** [3]  74/15 84/23
91/8
**cam** [1]  24/4
**came** [1]  41/1
**camera** [2]  21/18 24/4
**cameras** [3]  22/14
22/14 22/19
**cams** [1]  87/3
**can** [69]  13/22 15/19
16/14 20/4 20/23 21/25
23/11 23/11 24/6 24/16
24/19 33/1 34/3 34/5
34/5 35/6 35/8 36/23
37/10 37/11 42/2 43/10
45/4 46/25 50/20 51/6
51/14 55/15 59/17
60/21 63/4 63/9 65/11
67/9 67/12 67/20 67/25
71/14 72/11 73/19
74/14 76/20 77/5 77/9
77/12 82/20 82/22 84/3
84/5 84/10 84/14 84/17
84/20 85/7 85/7 85/8
86/8 86/10 86/12 87/7
87/19 87/20 87/21
87/21 87/23 88/4 89/12
89/20 89/23
**can't** [15]  19/2 26/4
34/21 37/23 37/23
39/20 42/13 45/22
51/13 60/20 74/15
83/13 83/17 83/18
89/22
**candidly** [1]  45/25
**cannot** [7]  17/5 17/13
20/1 20/6 20/7 26/16
40/20
**capacity** [1]  35/12
**Capitol** [7]  11/2 14/10
20/2 23/5 25/1 25/3
26/20
**captured** [3]  21/22
27/3 27/4
**care** [1]  69/25
**career** [1]  19/8
**carved** [1]  52/2
**case** [81]  5/6 6/19 8/23
9/8 9/16 12/17 13/15
13/17 15/13 15/19
17/10 18/12 18/14
19/16 19/17 19/18 20/9
20/19 21/6 22/4 25/5
25/11 26/18 26/22
28/17 28/21 29/4 30/12
31/11 32/24 34/22 35/5
35/6 35/9 36/9 36/12
37/4 39/22 40/19 42/5
42/17 42/20 42/20 43/3
43/12 45/24 46/7 46/19
51/25 52/8 53/3 57/6
57/17 57/20 57/23 58/1
58/9 59/4 61/2 61/23
66/4 66/4 68/9 69/15
71/8 72/12 72/18 72/18
73/2 73/4 74/4 74/25
77/21 78/1 78/3 78/10

**90/16**
**case-specific** [2]  9/8
15/13
**cases** [14]  8/24 13/19
14/9 15/15 26/19 26/19
37/4 39/17 50/7 71/22
85/15 90/20 91/14
91/14
**categorized** [1]  12/1
**cause** [3]  34/16 78/10
82/3
**caused** [1]  78/20
**causes** [1]  78/23
**caution** [1]  82/25
**CCTV** [1]  87/2
**cell** [4]  47/10 67/7
67/10 67/15
**cells** [3]  47/4 47/12
47/15
**Center** [1]  35/15
**Centre** [1]  2/9
**Ceremonial** [2]  35/12
37/22
**certain** [3]  29/14 57/11
71/15
**certainly** [3]  42/4 65/1
77/9
**certification** [4]  61/17
61/17 61/22 62/17
**Certified** [1]  4/13
**certify** [1]  92/2
**CH** [1]  4/14
**chain** [2]  67/22 67/23
**challenge** [1]  59/14
**challenging** [1]  15/9
**chambers** [1]  85/7
**chance** [4]  31/5 31/6
47/25 60/2
**change** [2]  32/5 54/16
85/22
**changed** [2]  40/21 58/2
58/5
**changes** [2]  32/6 32/9
**characterization** [1]
61/15
**charge** [1]  25/10
**charged** [8]  8/23 10/3
13/14 13/18 21/1 26/18
27/10 71/22
**charges** [2]  61/11
65/19
**chart** [1]  23/25
**chat** [1]  28/13
**chats** [11]  12/1 12/2
20/13 27/4 27/15 27/23
31/16 40/9 58/12 58/20
58/23
**chief** [1]  15/19
**Christine** [1]  4/11
**chunk** [1]  15/4
**Cinnaminson** [1]  2/14
**circumstances** [2]
79/21 85/22
**city** [1]  47/11
**civil** [1]  91/14
**civilian** [10]  6/22 6/24
7/4 7/9 7/12 7/15 7/24

**CJA** [5]  75/2 76/10
76/11 77/16 77/18
**CJA-appointed** [2]
76/10 76/11
**claim** [1]  25/8
**clarification** [1]  70/25
**clarify** [2]  72/2 89/17
**clarity** [1]  91/21
**clean** [1]  25/23
**clear** [6]  28/2 50/8
51/21 71/9 74/6 81/17
**clearly** [2]  24/16 33/2
**Clerk** [1]  80/8
**Clerk's** [1]  75/10
**click** [3]  21/12 21/13
21/15
**client** [6]  25/23 28/4
31/2 32/21 45/6 56/19
**client's** [1]  26/6
**clients** [3]  21/22 36/2
36/3
**CLINTON** [1]  4/8
**clintonpeed.com** [1]
4/10
**close** [2]  10/6 55/17
**closer** [2]  48/25 55/14
**co** [15]  37/4 41/19 49/7
52/21 53/7 53/8 53/8
55/3 55/4 58/18 71/17
71/17 71/21 77/17
77/20
**co-conspirator** [1]
58/18
**co-conspirators** [3]
53/8 53/8 55/4
**co-conspiring** [1]  49/7
**co-counsel** [3]  41/19
77/17 77/20
**co-counsels'** [1]  52/21
**co-defendant** [3]  71/17
71/17 71/21
**co-defendants** [2]  53/7
55/3
**cohesion** [1]  49/1
**cohesive** [1]  49/6
**collar** [1]  19/17
**collected** [1]  45/6
**collection** [1]  49/6
**COLUMBIA** [1]  1/1
**Columbus** [1]  23/2
**combined** [1]  12/6
**come** [14]  19/15 29/4
29/6 40/20 41/1 42/5
48/24 49/15 61/9 67/25
75/10 86/6 87/23 89/12
**comes** [6]  9/15 19/19
19/19 24/17 52/25 55/6
**comfortable** [1]  34/6
**coming** [6]  8/12 8/17
9/9 14/2 23/4 42/8
**comment** [7]  41/6 51/6
60/6 61/10 71/1 73/10
74/3
**comments** [2]  75/19
77/7
**committee** [1]  82/1
**common** [1]  49/7

**COMMUNITY** [1]  3/12
**compelling** [1]  53/13
**complaining** [2]  29/6
29/12
**complete** [4]  15/12
68/11 71/25 72/10
**completing** [1]  9/5
**complexity** [2]  68/9
69/15
**complicated** [1]  78/11
**complied** [2]  42/12
72/4
**comply** [3]  42/14 72/17
72/18
**computer** [1]  4/17
**computer-aided** [1]
4/17
**concern** [5]  16/15 44/8
61/14 61/16 62/22
**concerned** [3]  20/23
53/19 58/7
**concerns** [6]  8/3 37/25
41/21 54/2 54/2 54/16
**conclude** [1]  26/2
**concluded** [3]  66/5
79/15 91/25
**concludes** [1]  20/18
**concluding** [1]  91/12
**concrete** [1]  11/14
**concretely** [2]  9/23
63/13
**conducted** [1]  64/25
**conference** [6]  1/9 6/8
46/24 64/5 64/23 75/20
**confident** [1]  44/24
**confirm** [2]  81/3 89/13
**conflict** [1]  90/25
**conflicted** [1]  90/17
**confront** [1]  58/18
**confrontation** [6]  58/7
58/15 58/21 58/24 59/2
59/22
**confusion** [1]  78/10
**Congress** [1]  27/10
**congressional** [2]  21/4
30/19
**connection** [1]  6/25
**consent** [1]  7/19
**consequence** [2]
81/10 82/12
**consider** [9]  16/5 55/1
55/18 55/24 69/23
73/16 73/24 85/25 91/1
**consideration** [2]
11/20 29/22
**considered** [1]  79/16
**considering** [1]  70/10
**consist** [2]  63/20 63/23
**consistent** [1]  73/23
**conspiracy** [6]  21/3
27/9 27/9 30/18 52/12
61/16
**conspirator** [1]  58/18
**conspirators** [3]  53/8
53/8 55/4
**conspire** [1]  21/2
**conspiring** [2]  30/18
49/7

**C**

constitute [2] 7/23 11/8
Constitution [1] 4/15
constraints [2] 73/22 73/24
construct [1] 37/10
constructive [1] 22/6
construed [1] 85/11
contact [6] 2/11 29/25 83/8 83/9 84/18 85/7
contains [1] 55/12
context [3] 9/21 59/14 59/24
continuance [2] 32/19 55/20
continue [5] 9/18 61/21 68/12 69/22 76/20
continued [4] 2/1 3/1 4/1 25/22
continues [1] 9/11
continuing [1] 81/13
Convention [1] 35/14
conversation [2] 31/2 84/9
convicted [2] 30/17 30/20
convince [1] 24/10
coordinate [1] 32/14
coordination [1] 12/2
copy [1] 10/14
correct [14] 21/9 21/10 21/19 40/1 45/7 59/17 59/24 71/24 72/5 72/7 75/16 75/17 84/4 92/3
correctly [1] 57/25
correspondence [1] 24/13
could [37] 15/24 23/13 28/14 30/12 35/14 35/19 35/23 37/17 37/21 37/22 38/23 42/25 46/23 46/24 47/16 48/9 49/8 52/15 54/16 55/2 55/8 56/10 58/6 58/13 59/23 59/23 60/1 64/22 67/4 74/23 84/7 85/6 85/7 88/16 91/2 91/3 91/11
counsel [58] 6/10 16/11 16/23 17/23 18/2 18/24 22/4 32/8 35/7 35/8 37/12 37/12 39/20 40/12 40/15 40/17 41/12 41/19 43/5 46/15 49/10 56/6 63/7 63/14 64/3 64/8 65/5 70/3 70/4 74/12 74/12 75/2 75/3 75/14 75/22 75/22 76/6 76/7 76/16 77/17 77/17 77/20 78/16 79/2 81/25 82/14 82/21 82/24 84/6 84/24 85/20 86/5 87/18 89/2 89/10 89/19 90/9 91/9
counsels [1] 23/7
counsels' [1] 52/21

25/9
counties [1] 37/16
country [3] 32/14 37/5 90/22
county [1] 35/22
couple [5] 56/9 56/23 73/14 87/9 91/21
course [6] 40/3 58/4 62/23 80/7 83/3 83/25
court [60] 1/1 4/12 4/14 6/19 9/22 11/1 11/17 12/10 17/6 26/1 26/2 26/2 29/13 32/5 36/17 39/24 40/4 40/20 41/13 41/21 42/25 43/24 44/4 45/1 45/25 46/5 46/15 47/13 48/9 50/20 53/12 55/1 55/18 55/19 56/5 56/24 57/4 57/22 57/25 59/1 60/11 72/12 73/16 75/21 78/7 78/8 78/12 80/3 81/21 81/21 81/24 82/5 82/22 89/10 89/19 90/8 91/12 91/15 91/16 91/24
Court's [14] 15/8 16/15 23/8 43/18 44/8 51/2 54/19 57/1 61/8 61/10 61/15 62/18 70/8 78/15
court-appointed [3] 89/10 89/19 90/8
courthouse [4] 37/11 44/15 46/21 49/18
courthouses [1] 47/12
courtroom [7] 35/11 35/12 37/11 37/22 50/17 79/11 89/22
cover [1] 18/8
COVID [1] 74/15
CR [1] 1/4
Crawford [2] 58/6 58/7
creates [1] 49/1
crime [1] 21/2
criminal [3] 5/6 61/13 62/13
Crisp [8] 2/17 2/17 5/19 28/19 28/24 38/6 66/6 66/14
crisplegal.com [1] 2/19
crop [1] 33/21
Crowl [4] 39/11 39/19 52/9 52/13
CRR [2] 92/2 92/8
current [5] 8/9 8/13 50/4 66/14 77/13
currently [4] 22/9 46/17 49/21 65/25
custody [4] 46/17 48/14 67/23 67/24
cut [1] 29/4

**D**

D.C [7] 1/5 1/16 4/9 4/15 35/10 62/8 75/6
Dallas [1] 2/4
damaged [3] 25/11

data [15] 7/18 9/4 10/2 10/13 10/14 10/18 10/22 11/4 13/25 14/13 14/21 15/5 15/10 67/10 86/23
database [3] 13/10 15/2 72/21
databases [2] 13/21 72/9
dataset [1] 14/3
date [46] 7/5 15/7 15/11 26/25 29/5 29/6 32/23 33/1 33/3 33/8 38/9 38/13 38/15 38/21 39/10 39/15 39/16 39/16 39/18 39/21 39/21 39/22 40/6 41/14 42/4 42/6 44/2 53/15 54/6 55/18 56/8 64/4 64/16 64/16 64/21 66/20 67/6 68/8 68/17 68/20 69/6 70/16 73/17 89/7 90/1 92/7
dates [10] 40/18 40/23 49/14 52/16 55/19 55/22 64/7 64/13 70/8 70/21
David [4] 3/17 4/2 5/11 5/25
day [8] 19/1 19/9 24/1 26/21 75/12 79/15 85/5 86/23
days [8] 22/11 22/11 23/11 26/24 38/24 63/17 77/23 83/10
deadline [7] 44/20 45/14 65/11 70/13 71/16 73/12 75/11
deadlines [4] 15/7 55/12 55/17 71/14
deal [1] 50/23
dealing [2] 9/24 11/18 12/11 12/17
decide [1] 48/22
decided [3] 39/9 63/13 63/16
decision [13] 41/16 41/17 43/3 43/5 45/17 45/21 46/5 50/21 65/21 78/8 82/18 82/18 89/20
decisions [1] 71/5
deck [1] 34/4
deemed [2] 10/10 10/20
defend [5] 19/10 20/8 33/13 47/25 83/18
defendant [50] 2/2 2/7 2/12 2/16 3/2 3/11 3/16 3/21 4/2 4/7 5/8 5/8 5/9 5/10 5/10 5/11 5/11 5/12 5/12 5/16 5/17 5/18 5/19 5/21 5/22 5/23 5/24 5/25 6/1 19/18 24/25 25/11 28/25 37/4 45/9 51/18 51/18 57/6 65/8 66/2 70/15 71/17 71/17

82/25 87/11 87/12
Defendant 6 [1] 5/10
defendant's [2] 65/8 65/10
defendants [86] 1/7 6/2 6/4 8/23 10/4 11/2 13/18 14/9 16/11 16/16 16/17 17/2 17/5 17/7 18/1 18/23 20/1 22/9 23/9 24/1 26/18 28/12 33/20 34/16 34/18 34/24 35/7 35/18 35/25 36/11 37/5 37/12 37/18 37/19 39/10 39/18 44/17 46/19 47/7 47/15 47/19 48/13 48/14 48/20 48/23 48/25 49/18 49/20 49/23 50/8 51/13 51/16 52/5 52/6 52/9 53/7 55/3 59/8 59/12 59/19 59/21 59/25 63/21 64/14 65/14 68/6 68/14 69/13 69/16 69/20 70/7 70/10 71/1 71/2 71/4 71/5 71/6 71/7 72/16 73/5 73/14 73/15 73/18 73/23 74/18 87/15
defender [6] 3/13 76/2 89/20 90/4 90/8 90/21
Defender's [2] 90/11 90/16
defenders [3] 90/10 90/23 90/24
defense [54] 7/7 7/22 9/7 9/19 10/15 10/16 11/8 11/15 11/21 11/25 12/4 12/7 12/8 12/12 12/15 12/18 13/2 13/21 13/25 14/3 14/17 15/1 15/5 15/10 16/10 16/14 16/23 17/23 18/24 20/4 22/4 23/4 23/20 24/20 25/1 29/1 31/12 32/7 36/21 43/4 43/9 53/2 57/12 59/6 64/3 67/14 68/12 68/13 69/23 72/4 72/14 72/14 76/17 83/20
defense's [1] 9/25
defenses [1] 69/24
defer [1] 80/2
definition [1] 23/12
degree [1] 19/13
delay [2] 32/11 32/11
delivered [1] 54/21
denied [1] 36/21
dependent [1] 45/18
depending [1] 54/17
depends [1] 16/13
Deputy [2] 50/17 89/22
describe [1] 67/9
described [3] 6/21 22/17 42/17
description [1] 21/11
deserve [2] 36/1 36/3
desire [1] 17/3

desiring [1] 61/21
destruction [2] 25/8 30/21
detail [2] 12/24 40/5
detailed [1] 42/15
detain [1] 47/14
detained [4] 16/16 16/16 16/17 39/19
detainment [1] 25/23
determine [1] 50/24
determined [2] 10/14 12/1
developments [1] 81/5
device [1] 87/20
devices [24] 7/18 8/20 8/22 8/24 9/1 9/4 9/6 10/5 10/7 10/9 10/9 10/11 10/12 10/19 10/20 11/11 14/9 14/12 14/21 15/1 15/24 27/22 34/2 87/14
did [13] 9/17 9/20 19/10 22/20 23/9 26/20 26/21 40/25 48/8 61/9 65/22 70/6 77/3
didn't [4] 29/8 46/4 78/21 90/3
difference [3] 24/9 89/19 90/7
different [12] 6/12 14/21 14/23 22/19 28/2 28/5 36/19 39/1 42/17 45/9 57/17 88/23
difficult [1] 88/15
difficulties [1] 86/14
difficulty [1] 84/11
digit [1] 22/18
digital [1] 14/9
dilatory [1] 57/2
direct [1] 25/9
directed [1] 41/6
directly [2] 25/11 88/14
disagree [1] 20/25
disciplinary [1] 82/1
discipline [2] 81/19 82/2
disciplined [1] 81/24
disclosed [1] 57/1
disclosure [1] 80/22
discoverable [5] 8/11 9/16 53/24 54/8 72/15
discovery [47] 6/10 6/18 6/20 9/9 12/20 12/23 12/24 13/6 13/8 13/10 14/6 15/13 15/14 26/13 31/18 32/16 42/22 42/24 44/23 46/16 51/1 52/25 55/5 56/25 57/3 57/8 57/11 57/13 68/12 68/13 69/15 69/22 69/23 71/15 71/25 72/9 72/13 72/19 73/1 78/17 87/11 87/16 87/19 87/19 87/24 88/4 88/7
discrete [2] 11/14 19/20
discuss [4] 17/24 77/3

**D**

discuss... [2]  79/4
80/20
discussed [1]  79/20
discussing [1]  70/22
discussion [3]  49/11
79/13 83/3
disinclined [1]  76/18
disparate [1]  49/5
dispositive [1]  80/14
dispute [1]  30/3
dissenters [1]  64/12
distant [2]  12/22 22/23
DISTRICT [5]  1/1 1/1
1/10 66/1 75/5
divide [1]  49/8
do [73]  8/5 9/22 15/6
15/17 19/12 19/14 20/8
21/2 26/22 32/5 32/7
32/18 33/1 34/21 35/13
35/17 36/2 37/21 37/22
37/23 37/23 38/4 39/3
39/7 41/2 43/8 44/8
45/21 47/6 48/18 48/24
49/23 50/10 54/4 54/7
54/8 54/25 55/16 60/17
60/20 60/21 62/12 63/4
63/19 64/7 65/2 68/9
69/2 69/14 71/25 72/9
72/11 73/25 74/4 74/8
75/9 76/4 82/17 82/17
82/25 83/1 83/2 84/17
85/7 86/6 86/8 86/9
86/10 86/12 86/14
89/22 89/23 91/7
Do you have [1]  15/17
do you remember [1]
39/3
doable [1]  60/14
docket [3]  38/22 38/23
50/18
document [2]  22/24
42/16
documenting [1]  7/12
documents [2]  8/5
19/18
does [14]  7/22 16/11
20/25 34/16 44/15
54/10 54/12 57/4 61/24
70/24 73/6 88/22 89/14
90/25
doesn't [6]  25/10 32/21
48/21 55/19 76/11
86/23
dog [1]  30/22
doing [10]  8/11 18/10
19/8 19/8 32/12 32/15
36/25 57/10 73/24
80/24
dollars [1]  76/22
domino [2]  50/3 50/5
don't [68]  6/9 6/11
16/10 17/21 18/4 18/21
18/22 19/5 19/15 21/16
23/22 25/15 25/19 27/2
27/12 29/6 29/11 31/4
35/17 35/18 35/21 36/1
37/10 37/15 38/4 41/22

45/25 46/4 48/4 49/11
49/13 51/3 52/22 53/14
56/11 56/12 58/17
60/25 61/1 61/25 63/1
65/12 71/19 72/24
74/19 75/16 76/5 77/9
78/9 79/24 79/25 80/18
82/21 83/8 83/15 83/16
85/21 85/22 86/1 86/6
86/20 86/21 87/5 87/25
89/11
done [13]  26/24 26/25
27/1 27/2 31/3 37/18
38/10 60/24 61/3 61/13
65/3 80/10 81/4
Donovan [1]  39/11
door [3]  23/3 23/10
25/25
doorstep [1]  54/22
doubt [1]  8/16
Douyon [1]  89/12
down [10]  14/20 19/15
19/19 19/19 20/5 24/18
28/14 31/8 87/24 89/7
download [1]  88/8
downloaded [1]  88/7
downloads [1]  27/22
Drive [1]  2/13
driving [1]  56/21
drug [1]  52/12
due [7]  8/3 21/9 27/15
36/10 45/3 50/1 69/14
Dunn [1]  23/4
during [6]  8/25 9/1
24/1 47/9 47/9 61/25
dynamic [2]  32/6 32/9

**E**

each [2]  19/11 46/20
earlier [5]  38/8 72/25
75/8 82/15 86/20
earliest [1]  28/7
early [1]  54/5
Edward [3]  4/7 5/12
5/13
effect [4]  50/3 50/5
78/19 82/6
effectively [3]  15/10
28/21 57/21
effectuate [1]  49/7
effort [2]  50/24 72/16
efforts [2]  72/12 73/4
eight [6]  37/19 37/21
37/22 49/22 50/12
73/16
eight-week [1]  50/12
either [4]  7/19 8/3 54/2
87/25
electronic [10]  7/18
8/19 9/21 10/5 11/23
15/23 16/6 27/22 87/14
87/19
eleventh [1]  54/22
elicited [1]  58/17
eliciting [1]  58/22
Ellipse [2]  23/1 23/1
ELMER [3]  1/6 2/2 5/7

asset [1]  25/2
25/2 28/5 30/15 33/11
33/16 46/9 51/3 53/18
62/25 63/2 64/7 70/2
87/6
else's [1]  64/2
elsewhere [1]  82/2
email [15]  1/17 1/18
2/5 2/11 2/15 2/19 3/6
3/10 3/15 3/20 3/24 4/5
4/10 7/19 84/21
Empire [1]  4/4
employees [1]  90/11
end [12]  8/18 9/9 17/25
18/3 19/1 28/21 40/4
42/9 42/22 51/19 79/15
85/4
enforcement [4]  7/9
9/5 58/17 58/22
engage [1]  23/9
engaged [2]  27/9 27/9
enough [6]  26/17
46/22 63/18 63/18
78/11 82/15
ensure [1]  77/24
enter [2]  40/24 73/14
entered [8]  20/3 24/25
29/7 29/9 29/16 39/2
66/4 74/25
entering [1]  11/2
entire [4]  22/19 57/12
57/17 88/9
entirely [3]  43/13 63/3
72/10
entitled [4]  33/24 34/9
36/15 71/16
entry [5]  38/10 38/10
38/24 40/11 75/9
environment [1]  50/4
especially [2]  40/11
77/21
essentially [1]  81/4
establish [1]  23/8
estimate [3]  10/18
14/25 15/19
estimates [1]  10/3
et [2]  1/6 39/11
ether [1]  85/3
even [12]  11/16 12/13
18/20 28/7 29/25 35/17
61/22 78/14 83/11
83/17 83/18 86/2
event [2]  39/23 41/6
events [2]  61/25 62/17
ever [2]  19/16 29/25
every [9]  19/16 21/11
22/24 22/24 24/7 28/25
43/4 43/4 82/25
everybody [10]  6/7
30/15 31/22 34/6 46/16
51/22 64/2 74/12 74/13
77/4
everybody's [2]  19/14
31/3
everyone [12]  5/4 6/6
28/5 32/2 61/14 64/6
65/20 70/1 74/11 79/6
90/7 91/22

everything [13]  11/5
11/10 12/14 16/5 40/7
50/14 50/18 53/16
53/17 53/24 73/5 77/10
78/17
evidence [55]  7/18
7/21 8/19 9/21 9/23
10/10 10/19 11/14
11/19 11/24 12/8 12/9
13/3 15/18 15/20 15/23
16/6 16/24 17/1 17/11
18/9 18/11 18/14 19/3
19/14 19/20 22/12
25/17 28/9 28/16 30/12
31/19 31/21 32/1 32/2
41/11 42/10 43/14 45/6
45/12 45/14 45/19
45/21 45/23 52/25 53/5
53/14 57/24 58/1 58/21
61/11 86/24 87/1 87/2
89/4
Evidence.com [4]  13/4
22/7 86/19 88/21
evident [1]  45/16
evidentiary [1]  53/13
exact [1]  49/14
exactly [1]  23/19
example [5]  10/25 17/9
24/13 58/8 62/7
Excel [2]  12/3 12/12
except [2]  61/11 88/1
exception [2]  8/24
38/11
exceptions [1]  53/25
exclusion [1]  68/10
exclusively [1]  40/8
excuse [6]  29/3 31/5
39/19 54/25 69/20
74/11
exhibits [2]  7/4 7/8
exited [1]  74/18
expect [1]  33/4
expected [2]  33/8 33/9
experience [1]  44/11
expert [3]  27/21 27/23
67/12
express [1]  33/19
expressed [1]  52/22
extent [5]  9/10 15/17
62/20 65/7 84/8
extradition [1]  84/14
extremely [1]  67/13
Eye [1]  4/8
eyes [1]  40/17

**F**

facilitate [1]  91/8
facilitated [1]  85/8
facility [3]  60/22 86/15
87/12
facing [1]  19/14
fact [14]  16/23 20/9
25/7 27/8 30/19 40/15
42/14 48/19 48/20
48/24 58/2 70/8 79/21
80/13
factor [1]  80/14

factors [1]  79/17

factually [1]  48/16
fair [8]  36/1 36/3 36/4
38/2 52/20 63/18 63/18
82/16
faith [2]  12/18 19/2
faking [1]  56/17
fall [1]  39/6
far [3]  15/20 15/22
25/11
fathom [1]  20/7
FBI [9]  7/11 8/8 13/13
13/17 13/17 18/17 53/6
53/23 55/4
FBI's [2]  8/10 9/5
fd.org [1]  3/15
fear [1]  8/3
feasible [2]  84/1 86/2
February [6]  8/10
28/22 49/13 52/13
53/17 53/24
FEDERAL [2]  3/12
76/1
feed [1]  6/12
feel [1]  46/18
feels [1]  34/6
few [8]  8/16 10/15 16/3
27/24 47/3 54/6 54/9
63/17
fields [1]  22/14
figure [5]  14/22 19/21
44/13 83/6 86/4
figured [2]  14/20 42/9
figuring [1]  61/16
file [6]  44/21 45/18
60/10 65/9 65/17 88/9
filed [3]  18/1 65/12
74/22
files [14]  8/8 8/10 8/11
13/5 13/13 13/17 13/17
13/20 28/23 71/17
71/18 71/21 71/21
88/10
filing [3]  12/21 43/25
44/4
filmed [1]  11/2
final [1]  41/17
finalizing [1]  70/8
find [12]  19/11 22/13
37/8 52/15 68/4 68/9
69/14 69/18 85/1 88/24
89/9 91/13
finding [3]  22/18 91/15
91/17
fine [4]  20/6 66/6 70/19
89/16
finger [1]  25/2
finish [2]  31/5 31/6
fire [1]  32/17
first [28]  16/12 16/18
16/21 17/6 17/8 17/13
17/16 17/17 29/10
29/22 34/20 34/24
36/15 36/17 36/20
36/20 39/4 39/7 39/15
39/21 39/22 39/25
46/23 48/13 49/14 56/5
56/24 65/25

**F**

Fischer [12] 4/2 4/3
5/25 17/10 54/24 56/3
56/10 56/18 58/13 67/1
67/17 75/20
fischerandputzi [1] 4/6
fit [1] 35/8
fits [1] 88/24
five [4] 17/13 47/7
48/19 48/23
fix [1] 64/12
FL [1] 3/19
flag [2] 15/6 72/14
flagged [2] 11/19 12/7
flexibility [1] 84/22
Florida [2] 48/20 48/24
fluid [1] 64/2
focus [3] 30/22 44/7
57/14
focusing [5] 30/16
40/8 41/10 57/10 57/15
folks [7] 20/8 21/1 27/8
30/17 33/10 47/9 48/17
following [7] 19/6 61/3
63/3 63/4 63/20 67/18
70/18
follows [1] 82/20
footage [2] 24/4 87/2
foregoing [1] 92/3
forget [1] 37/13
forgotten [1] 41/4
forgotten that [1] 41/4
form [2] 7/18 67/12
formally [2] 51/16
79/24
FormerFeds [1] 2/13
formerfedsgroup.com
[1] 2/15
forth [1] 79/12
forthcoming [1] 53/6
forward [5] 6/9 9/19
49/15 61/19 83/6
found [1] 22/21
four [11] 15/4 15/6
22/18 36/14 48/19
48/24 49/21 50/11 52/2
52/4 88/11
four-digit [1] 22/18
four-week [3] 36/14
49/21 50/11
Fourth [2] 1/15 45/20
frame [1] 38/16
frankly [2] 57/12 80/24
free [2] 62/24 79/7
Friday [2] 45/1 66/5
front [4] 2/18 23/2
25/25 47/7
frustration [1] 87/8
fulfilled [1] 81/20
full [1] 80/24
fully [2] 77/20 78/22
fund [3] 47/4 76/16
77/23
fundamentally [1] 76/8
funded [1] 77/18
funding [1] 90/10
further [3] 40/5 72/11
79/5

**G**

GA [1] 3/23
gathered [1] 9/11
gave [2] 12/4 27/17
general [2] 17/15 85/2
generated [1] 8/15
generic [1] 86/22
gentlemen [2] 20/3
52/6
genuinely [1] 26/19
geographically [1]
48/25
geolocations [1] 22/15
Georgia [1] 56/21
get [40] 9/7 9/25 17/3
17/19 26/12 27/16
30/20 34/4 34/7 36/4
36/18 37/22 44/4 44/11
44/12 46/3 47/10 51/20
57/13 60/8 60/13 65/20
65/24 67/11 67/12
73/22 76/10 78/16
80/18 83/10 83/12 85/3
85/6 86/5 87/21 88/7
88/14 88/17 91/3 91/7
gets [4] 32/8 50/14
50/18 54/21
getting [10] 12/13
13/20 15/8 31/15 34/2
50/7 50/25 84/18 86/15
87/18
Geyer [13] 2/12 5/18
21/24 23/16 26/5 26/5
26/15 31/7 33/15 34/14
66/18 71/10 72/25
gigabytes [3] 10/21
11/4 19/24
give [5] 9/20 11/17
12/10 12/16 69/21
given [9] 11/8 11/20
12/15 19/23 20/9 31/20
32/16 84/22 85/16
gives [4] 12/24 21/10
47/24 58/20
glad [1] 65/5
Glen [1] 4/4
global [16] 12/20 12/24
13/8 13/10 14/6 15/14
17/24 42/16 60/6 70/2
71/25 72/9 72/13 72/16
73/1 73/7
globally [1] 70/1
gmail.com [2] 3/6 3/10
go [36] 9/19 12/19
13/22 14/4 17/7 17/13
18/19 18/22 18/25 19/2
19/4 21/15 22/18 31/8
32/21 33/11 33/13
33/15 34/13 34/21
35/14 39/20 40/23
46/16 48/10 51/4 57/18
57/19 64/4 67/15 72/12
76/3 77/12 87/2 88/4
88/6
Go ahead [1] 34/13
48/10

going [60] 10/2 14/24
15/5 20/7 20/11 20/13
20/16 20/16 20/17
20/18 23/19 24/9 27/7
28/16 29/4 29/8 29/23
31/1 31/2 31/25 32/4
32/7 33/7 33/11 33/13
36/4 38/12 39/15 40/5
41/15 42/13 43/20 44/2
46/1 47/3 47/6 52/16
52/16 54/15 61/18
62/13 63/19 63/25
64/14 65/19 66/7 70/20
70/21 71/2 71/8 72/3
73/15 80/20 86/4 86/22
87/24 88/6 88/8 90/17
90/21
gone [3] 31/13 75/24
86/25
good [19] 5/5 6/6 6/7
6/13 6/16 12/18 15/3
15/4 19/2 43/22 43/23
46/13 51/7 51/10 52/19
60/5 84/16 89/18 90/23
Good morning [1] 5/5
6/6 6/13 6/16 43/22
43/23 60/5
Gorda [1] 3/19
got [26] 23/1 28/12
28/24 29/1 29/5 31/7
31/22 32/17 32/23
32/24 33/1 37/9 37/13
40/13 40/15 42/19
42/20 43/2 43/14 45/5
45/22 47/7 52/11 52/12
53/20 55/12
GoToMeeting [1]
58/10
gotten [4] 27/21 31/15
36/9 46/6
government [70] 1/14
5/15 6/10 6/19 7/17
7/20 8/7 9/21 9/24 10/1
10/3 10/6 10/10 10/13
10/20 11/1 11/7 11/19
11/24 12/6 12/7 12/17
13/2 13/2 13/11 13/19
14/7 14/19 15/18 16/11
17/22 21/10 24/22 26/4
27/19 28/8 30/4 35/7
37/12 41/14 42/8 42/11
42/13 43/3 44/12 48/15
54/13 55/2 55/13 59/14
60/13 62/13 63/1 67/11
67/20 68/11 69/20
69/22 70/5 70/9 70/11
70/24 71/6 72/4 72/12
73/4 79/24 80/13 86/22
90/10
government's [14]
14/16 25/5 25/10 28/17
33/25 45/24 46/6 48/12
58/2 58/5 62/16 62/18
72/6 87/10
Governor [1] 4/3
grand [7] 7/3 7/7 7/9
18/17 20/15 31/18 40/9

goes [2] 73/6 73/7
Greenbelt [1] 3/5
GREGG [1] 3/22
group [29] 16/12 17/5
21/25 33/12 33/20
33/21 34/20 34/20
34/24 34/25 35/1 36/7
36/15 36/19 36/20
36/20 36/21 36/22
41/16 41/25 47/24
47/24 49/6 49/14 61/9
63/20 63/22 65/16
77/22
grouping [4] 16/25
17/12 48/13 48/18
groupings [1] 49/8
guess [6] 35/14 45/11
53/10 59/22 59/23 63/2
Guillaume [16] 3/2 3/3
5/20 39/23 40/13 40/18
74/21 75/1 75/19 75/25
76/15 76/20 77/1 77/19
77/23 78/6
Guillaume's [1] 77/25
guilty [1] 70/13

**H**

Hackett [14] 3/12 5/10
5/22 6/4 16/25 44/5
46/2 48/7 48/15 50/22
63/21 64/17 64/19 68/6
Hackett's [1] 44/22
had [38] 19/4 22/2 22/6
22/10 23/6 23/6 23/7
23/7 24/13 25/17 26/6
27/25 28/6 29/13 29/25
31/5 31/6 38/8 38/24
39/7 39/13 39/16 40/12
41/4 43/15 53/25 55/7
57/6 60/1 73/19 75/8
75/12 77/4 78/19 81/19
82/15 87/1 91/14
half [2] 11/3 11/6
halim [8] 3/12 3/15
5/22 33/22 36/8 43/21
48/5 76/4
hand [2] 19/3 48/4
handful [3] 7/20 15/23
19/19
hang [5] 23/18 23/23
26/5 35/3 89/21
happen [9] 31/2 35/19
49/19 52/16 56/21
65/11 76/19 81/10 86/4
happened [10] 14/10
25/25 39/4 47/9 61/17
63/17 87/12 87/13
87/25 88/1
happening [4] 29/16
61/21 62/2 85/5
happens [3] 20/2 37/5
84/11
happy [3] 36/8 55/24
78/15
hard [3] 10/23 67/9
91/17
harder [1] 36/3
Harrelson [12] 2/12 5/9

great [2] 42/21 90/22
Greenbelt [1] 3/5
GREGG [1] 3/22
group [29] 16/12 17/5
...

98

018 6/2 16/20 17/17
63/21 64/17 66/11
66/17 66/19 68/6
Harrisburg [1] 2/18
has [82] 6/19 7/7 7/20
8/7 9/22 10/1 10/6
10/13 10/20 11/1 11/7
11/19 11/24 12/5 12/7
12/8 12/23 14/13 14/19
14/21 15/20 15/21 16/7
17/10 18/15 18/16 20/4
20/23 21/6 24/22 24/23
25/23 26/22 27/24
28/25 30/4 31/20 35/12
35/22 36/19 37/13
39/21 40/18 40/19
46/15 47/8 47/8 48/22
51/18 54/13 56/25 57/6
57/17 57/18 58/2 58/5
61/18 67/10 70/17 73/3
74/24 76/16 77/24 78/8
79/20 80/17 81/1 81/4
81/19 81/19 81/21
81/25 83/9 85/13 85/17
86/19 86/25 87/13
87/18 88/3 91/15 91/16
hasn't [3] 41/16 41/17
42/12
have [175]
haven't [6] 15/25 19/2
63/16 82/15 86/25 87/1
having [13] 8/10 10/9
25/17 34/23 49/11 60/1
65/11 70/21 76/9 76/15
84/17 84/23 86/18
haystack [3] 57/8 57/9
57/18
he [23] 9/2 9/3 32/8
33/13 50/22 51/18
51/20 62/11 64/19
74/20 74/20 76/1 78/17
78/24 81/4 81/19 85/13
85/13 85/17 89/18
89/20 90/6 90/11
he'd [1] 91/7
he's [8] 31/5 31/6 31/7
33/13 56/14 56/16 58/4
81/20
He's in [1] 56/16
headway [1] 46/6
hear [4] 36/8 70/7 90/3
91/18
heard [2] 42/8 46/15
hearing [16] 8/21 9/19
18/7 37/9 40/4 44/15
60/7 60/12 60/17 61/6
64/12 64/24 65/3 70/12
77/2 80/25
heck [1] 35/17
held [8] 25/20 37/17
47/8 49/25 52/4 52/6
52/2 54/7
help [3] 46/20 86/19
88/19
helpful [5] 13/8 17/19
67/13 84/13 84/19
helps [2] 9/22 12/10
her [5] 18/10 36/9 48/4

**H**

**her...** [2] 53/16 62/25
**here** [21] 6/8 12/11 19/5 24/5 24/7 25/16 26/10 26/14 37/19 44/9 45/5 49/5 52/19 60/20 65/23 74/23 75/6 79/10 79/17 80/18 89/7
**here's** [2] 49/10 63/19
**heroically** [1] 23/4
**hey** [1] 83/17
**HI** [2] 3/9 48/6
**high** [1] 23/12
**high-definition** [1] 23/12
**higher** [1] 37/6
**highly** [3] 59/17 59/20 59/20
**Highway** [1] 4/3
**Hill** [1] 3/23
**him** [12] 47/24 56/13 60/10 69/2 69/4 78/16 78/16 81/12 84/17 85/11 85/16 85/16
**himself** [2] 33/13 47/25
**hire** [3] 28/25 29/1 83/17
**hired** [4] 18/12 18/13 29/3 40/22
**his** [15] 32/7 40/21 41/19 47/24 50/25 64/1 67/7 67/15 67/21 74/25 76/17 81/12 81/13 85/17 89/20
**hold** [2] 47/19 70/4
**holding** [4] 47/4 47/10 47/12 47/15
**Honolulu** [1] 3/9
**Honor** [109]
**HONORABLE** [2] 1/10 5/2
**hope** [4] 8/12 9/7 50/20 85/9
**hopefully** [3] 16/3 61/3 91/20
**hotel** [1] 46/24
**hotmail.com** [1] 4/6
**hour** [1] 54/22
**hours** [4] 20/2 21/5 21/14 88/11
**housekeeping** [1] 64/23
**how** [16] 6/9 9/24 14/22 20/7 21/4 35/17 37/10 42/23 44/5 63/1 74/9 78/24 82/18 83/5 86/21 88/24
**however** [5] 19/15 21/10 44/22 46/2 48/22
**Hubbard** [1] 79/16
**hundreds** [1] 13/4
**hunt** [1] 22/16
**hunting** [1] 20/5
**hurdle** [1] 14/22

**I**

**I also** [2] 46/2 69/18
**I am** [4] 35/21 44/21

**I apologize** [2] 41/8 78/20
**I believe** [11] 8/9 18/9 33/18 38/24 39/8 46/22 51/15 59/5 59/18 73/17 81/20
**I can** [13] 21/25 34/5 35/6 37/10 43/10 51/14 67/9 77/5 77/9 77/12 84/10 84/20 87/7
**I can't** [9] 19/2 37/23 37/23 45/22 51/13 74/15 83/13 83/17 83/18
**I cannot** [3] 20/6 20/7 26/16
**I could** [1] 38/23
**I did** [7] 9/17 9/20 19/10 48/8 61/9 65/22 77/3
**I didn't** [2] 78/21 90/3
**I don't** [14] 19/5 27/2 29/11 42/23 45/11 45/25 46/1 52/22 71/19 72/24 76/5 77/9 79/24 80/18
**I don't have** [5] 41/22 51/3 83/8 83/15 83/6
**I don't recall** [1] 49/13
**I guess** [6] 35/14 45/11 53/10 59/22 59/23 63/2
**I have** [11] 9/19 32/12 37/7 46/3 51/15 52/8 57/15 60/6 60/7 79/16 83/9
**I haven't** [1] 63/16
**I hope** [2] 50/20 85/9
**I just** [9] 29/3 29/6 48/8 53/14 56/20 62/15 65/12 90/5 91/12
**I know** [13] 9/17 25/18 34/15 34/22 35/25 46/15 46/21 53/15 55/19 83/22 85/14 86/17 91/11
**I mean** [13] 20/25 20/25 27/7 37/10 38/20 55/11 58/15 58/23 62/5 75/4 76/4 80/5 84/16
**I say** [1] 65/18
**I should** [2] 75/5 83/19
**I think** [78] 8/20 9/3 10/6 10/24 12/4 12/10 13/7 13/10 13/16 13/24 13/24 14/15 14/24 15/3 15/21 16/1 16/7 16/13 17/14 18/15 22/1 28/14 29/12 29/21 32/19 33/22 33/24 33/25 34/1 39/5 39/8 40/10 42/14 44/15 44/16 46/5 47/13 47/19 47/24 48/19 49/2 51/7 51/11 53/25 57/4 60/24 62/12 62/20 65/1 65/3 65/6 70/3 70/11 70/14 70/19 70/25 71/4 71/7 72/8 73/18 74/22

**I'm actually** [1] 80/9
**I'm aware** [1] 29/17
**I'm going** [2] 43/20 63/25
**I'm just** [5] 45/4 73/19 74/6 83/1 86/1
**I'm not** [17] 27/8 28/15 34/8 35/11 36/9 36/11 40/12 40/15 44/2 44/24 45/13 63/2 63/2 63/25 76/23 83/13 83/25
**I'm not sure** [4] 35/16 62/4 63/11 80/14

**I'm sorry** [2] 80/9 89/21
**I'm sure** [1] 47/15
**I've** [31] 18/11 19/16 25/16 26/12 28/24 29/1 35/10 36/8 37/18 40/13 42/5 43/2 43/11 45/22 46/5 47/7 47/7 50/14 52/2 52/11 52/11 55/11 62/23 65/6 65/21 75/24 77/10 77/14 79/15 80/7 85/15
**idea** [2] 34/15 35/18
**ideas** [1] 47/19
**identified** [4] 11/12 11/25 13/14 21/18
**identify** [6] 19/22 20/6 21/21 23/13 55/13 72/14
**identifying** [2] 24/3 84/5
**III** [5] 1/6 2/2 3/2 3/3 5/7
**imagine** [2] 20/1 20/6
**immediate** [2] 85/2 85/17
**impact** [1] 57/5
**impacts** [1] 54/22
**impede** [1] 80/19
**imperative** [1] 87/6
**important** [6] 12/8 12/9 53/14 59/15 59/20 90/5
**importantly** [4] 27/1 85/24 85/24 87/17
**impossible** [3] 30/6 33/18 57/13
**impress** [1] 26/17
**impression** [1] 49/1
**improperly** [1] 45/9
**incarcerated** [6] 22/10 51/14 51/16 51/17 83/14 87/15
**inclination** [1] 57/1
**inclined** [3] 55/18 76/23 77/19
**included** [2] 55/9 83/19
**includes** [1] 23/2
**including** [6] 18/2 23/2 29/24 31/18 35/12 76/7
**incomplete** [1] 44/24
**inconsistent** [2] 76/9 76/15 77/16
**incriminating** [1] 59/17
**indeed** [1] 11/7
**indicated** [4] 29/14 51/18 61/8 77/14
**indicating** [1] 65/9
**indicted** [2] 42/19 42/20
**indictment** [7] 7/6 27/13 58/4 61/12 61/15 61/18 65/17
**indictments** [1] 39/8
**individual** [2] 18/23 65/14
**individuals** [7] 13/14 24/12 24/14 24/15

**information** [17] 9/11 9/15 19/24 21/19 23/6 23/7 23/22 26/2 33/24 34/7 43/8 53/11 54/14 55/7 71/18 72/3 79/20
**information's** [1] 26/1
**informed** [1] 62/21
**inquire** [1] 64/23
**inside** [3] 23/3 23/4 26/21
**Insofar** [1] 65/15
**instance** [5] 14/1 14/16 22/7 25/23 32/12
**instead** [1] 55/24
**intend** [2] 18/2 21/2
**intending** [1] 56/11
**intent** [3] 20/19 20/20 21/1
**intention** [1] 63/6
**interaction** [1] 22/25
**interest** [5] 50/25 79/19 80/19 80/24 81/2
**interested** [2] 53/7 84/6
**interests** [7] 50/6 68/4 68/5 69/18 69/19 80/17 80/18
**interfere** [3] 21/3 27/10 30/19
**interfering** [3] 8/4 30/18 54/3
**internal** [1] 24/13
**Internet** [6] 83/14 83/15 88/3 88/14 88/18 89/3
**interpretation** [2] 59/18 59/18
**interpreted** [1] 74/3
**interrupt** [3] 56/10 58/13 67/17
**interviewed** [1] 6/25
**interviewing** [1] 32/15
**interviews** [7] 7/12 7/12 7/14 7/24 7/25 8/2 20/15
**introduced** [1] 57/17
**introduction** [1] 58/20
**investigate** [1] 11/22
**investigation** [8] 7/1 8/4 8/8 8/15 9/10 13/15 54/3 54/15
**investigations** [1] 13/17
**investigator** [1] 32/12
**involve** [1] 67/22
**involved** [2] 17/16 32/24
**involving** [6] 14/10 17/25 19/17 19/18 52/4 58/9
**iPhone** [1] 9/6
**iron** [1] 44/14
**irons** [1] 3/22
**irrelevance** [1] 62/19
**irrelevant** [2] 21/15 43/13
**is** [240]

**I**

is that correct [1] 72/5
Is that right [1] 71/23
is there [3] 64/15 70/1 79/3
isn't [6] 20/11 29/4 40/22 46/21 80/13 87/9
issue [18] 20/24 21/25 24/4 32/15 37/4 42/3 48/22 52/25 58/24 59/22 60/3 67/4 77/14 82/2 83/7 88/2 89/2 91/15
issued [1] 81/14
issues [15] 17/23 17/25 18/2 33/23 36/23 37/3 58/7 58/8 58/15 58/21 60/6 65/19 67/23 70/1 89/1
it [156]
it would be [7] 16/21 30/5 57/8 67/12 85/10 88/5 90/5
it's [66] 9/6 10/7 11/2 11/13 11/16 13/8 13/24 18/22 19/17 20/16 20/17 20/18 20/20 21/3 21/14 21/15 25/4 25/8 25/9 26/14 27/4 27/5 28/14 29/21 30/15 30/21 31/25 33/18 35/25 38/2 41/16 42/13 44/16 44/23 45/19 45/20 46/5 48/21 50/13 50/13 51/10 54/18 55/14 57/13 57/25 59/15 59/23 62/1 62/2 67/9 69/18 70/18 70/23 71/21 72/24 75/16 78/2 78/10 80/8 80/14 80/14 81/25 83/2 85/5 90/14 90/14
items [3] 11/14 11/23 55/9
its [7] 9/5 13/19 15/18 60/13 72/4 73/4 81/21
Ivy [1] 3/4

**J**

jail [5] 74/15 87/23 88/2 89/12 91/7
January [26] 7/5 7/10 14/10 18/12 21/23 22/9 24/1 26/19 26/24 26/25 27/3 27/4 27/18 28/7 28/21 29/7 38/25 39/9 39/17 49/12 51/2 52/11 52/12 52/12 71/22 90/20
January 6th [5] 22/9 26/19 27/4 52/11 90/20
jcrisp [1] 2/19
Jeffrey [2] 1/14 5/14
jeffrey.nestler [1] 1/18
Jencks [3] 6/22 6/22 55/13
Jessica [2] 2/17 5/9
join [3] 52/21 56/6 65/8

joined [1] 86/14
joining [1] 65/10
joint [12] 31/12 32/6 44/1 46/18 46/18 49/4 50/22 56/7 59/6 59/9 59/11 73/18
Jon [1] 29/18
Jon Moseley [1] 29/18
Jonathan [5] 2/17 5/17 5/19 28/18 66/13
Jonathon [2] 2/7 2/8
jonmoseley.com [1] 2/11
Joseph [3] 3/12 3/21 5/10
Jr [2] 3/7 5/20
judge [15] 1/10 40/21 40/25 46/13 47/8 47/13 47/22 50/4 53/19 54/17 56/1 60/7 66/8 66/13 79/1
Judge Moss [1] 60/7
judges [1] 19/12
July [19] 15/7 15/11 28/13 32/21 32/25 33/12 33/14 33/18 39/16 39/21 44/2 63/20 64/4 64/15 64/20 66/15 67/6 68/7 71/2
jump [2] 28/18 65/22
June [1] 92/7
jury [13] 7/3 7/7 7/9 18/17 20/15 20/18 27/7 27/8 31/19 35/8 40/9 48/22 59/20
just [85] 11/17 12/10 12/15 13/25 14/8 16/24 18/4 18/13 18/14 18/18 19/6 24/10 24/14 25/4 27/18 28/22 29/3 29/6 30/11 31/20 31/24 32/11 33/15 36/5 36/14 36/23 37/5 39/10 39/14 40/8 40/14 40/25 41/10 41/22 44/15 45/4 45/19 46/14 48/4 48/8 48/23 50/20 51/9 51/17 53/14 54/18 56/9 56/10 56/20 59/1 60/11 61/1 61/10 61/16 62/15 63/5 63/17 64/22 65/3 65/9 65/12 66/6 67/4 67/4 67/9 67/18 70/25 72/2 73/13 73/19 74/6 77/14 81/7 81/22 83/1 83/5 85/10 86/1 86/22 87/11 88/11 89/20 89/22 90/5 91/12
justice [2] 68/5 69/18

**K**

Kate [1] 6/14
Kate Rakoczy [1] 6/14
Kathryn [2] 1/14 5/14
Kathryn Rakoczy [1] 5/14
kathryn.rakoczy [1] 1/17
keep [1] 49/11

keepers [3] 21/23 24/5 29/24 30/7
Kelly [2] 2/7 5/8
Kenneth [2] 2/12 5/9
key [2] 20/24 21/21
kicked [1] 39/20
kind [9] 24/17 31/12 31/24 42/18 61/22 62/1 73/13 73/19 75/8
kinds [1] 14/21
knew [1] 30/8
know [99]
knowing [1] 29/5
knowledge [2] 44/10 87/13
known [1] 26/1 40/17 41/13
knows [1] 91/19
Kramer [1] 91/4

**L**

laid [1] 19/2
landscape [1] 54/17
languages [1] 88/24
laptop [5] 9/6 87/20 87/22 88/3 88/11
laptops [2] 87/22 89/3
large [3] 36/10 38/15 46/3
LASSITER [1] 2/3
last [17] 6/18 7/5 8/21 10/1 16/5 22/7 22/11 23/11 25/17 27/18 27/24 31/20 31/23 38/21 39/13 55/20 90/3
last-minute [1] 55/20
Lastly [1] 50/19
late [1] 55/6
later [5] 20/3 21/14 42/21 45/13 65/21
latest [1] 54/5
law [11] 2/8 3/3 3/7 3/22 7/9 9/4 35/22 36/9 37/16 58/17 58/22
Lawn [1] 2/3
lawyer [15] 29/4 40/22 40/22 63/15 76/10 76/10 76/11 76/12 76/22 76/23 81/19 81/24 84/9 84/10 87/23
lawyers [5] 27/17 29/1 31/13 91/13 91/17
leading [1] 26/25
least [7] 13/14 59/7 59/13 61/24 70/16 79/23 87/18
leave [1] 67/24 79/7 85/19
leaves [1] 79/10
Lee [1] 3/7
left [2] 23/1 73/23
legal [1] 7/20
length [1] 11/6
lengthy [1] 58/10
lens [1] 20/22
let [15] 19/6 25/3 30/14 30/25 31/4 51/17 51/21 63/12 66/7 67/17 69/4

let's [7] 17/22 33/15 33/15 37/13 63/4 73/21 86/6
letter [2] 36/9 43/25
letting [2] 37/24 51/4
level [4] 9/23 17/11 19/4 19/13
library [1] 22/22
life [1] 19/9
light [3] 21/25 70/7 73/12
like [35] 10/7 16/12 16/18 17/24 18/18 24/2 31/19 33/16 33/17 33/19 34/22 35/5 41/14 41/24 42/8 46/18 49/15 49/19 53/10 54/18 55/23 56/7 57/7 57/8 58/20 64/3 65/16 67/24 73/25 75/14 75/14 75/19 79/7 84/16 88/9 91/7
likely [4] 59/7 59/8 65/2 81/14
limine [1] 45/13
limit [1] 9/14
Lincoln [1] 22/21
Linder [12] 2/2 2/3 5/16 18/5 18/6 22/3 28/1 31/6 32/20 34/13 36/25 74/14
line [7] 31/8 40/14 48/21 63/3 81/3 84/16 86/3
lines [5] 7/21 8/21 28/12 28/15 61/18
lining [1] 91/18
list [2] 83/10 83/10
listening [3] 42/7 61/14 61/15
literally [1] 22/18
little [11] 10/23 16/13 35/25 36/2 37/6 57/23 61/12 63/5 63/6 64/1 84/22
lived [1] 35/10
LLC [2] 2/13 2/17
Ln [1] 3/4
local [3] 75/14 81/11 81/23
located [1] 32/13
location [1] 21/18
lockdown [1] 74/15
logistical [2] 36/23 41/21
logistics [3] 44/8 44/13 74/7
long [4] 22/2 31/25 37/1 52/6
longer [3] 31/1 82/4 83/3
longest [1] 16/17
look [32] 10/25 18/25 20/5 20/21 23/11 24/6 24/7 28/1 30/25 38/22 38/23 55/11 55/22 55/25 56/18 57/9 58/15 59/17 65/11 67/16 69/13

looked [3] 10/5 19/3 59/16
looking [6] 24/8 24/21 25/4 27/6 88/22 91/4
lose [1] 49/8
lost [2] 41/9 85/3
lot [33] 11/11 12/14 12/18 13/6 14/1 15/7 18/11 18/12 18/15 18/25 19/1 19/5 22/1 26/17 31/13 31/14 31/23 32/11 35/24 36/17 36/23 37/18 44/10 44/10 44/10 46/16 47/16 57/23 58/11 59/15 59/25 62/23 90/23
lumping [1] 48/25
lunch [1] 47/9

**M**

made [22] 13/1 14/2 26/1 28/2 30/11 38/8 41/12 41/17 43/3 43/5 45/21 46/5 50/8 53/1 55/15 59/12 65/16 65/21 77/7 78/8 79/18 87/14
magnitude [2] 50/21 65/4
main [3] 13/11 57/19 58/8
majority [2] 19/25 20/22
make [34] 14/7 16/23 17/12 19/4 28/8 29/13 29/20 43/8 44/14 45/22 51/6 51/21 56/23 59/19 60/8 61/10 62/13 65/23 71/1 72/17 73/4 73/10 74/15 78/12 82/9 82/17 82/18 84/10 84/15 85/4 85/8 87/11 89/18 90/6
makes [2] 24/9 35/24 58/11 65/4 88/14
making [9] 13/12 13/23 16/15 29/12 32/10 41/3 49/4 71/5 74/6
manner [2] 73/6 81/24
many [4] 8/15 10/17 43/14 91/13
map [1] 22/20
March [3] 49/13 75/11 75/20
Marion [1] 3/18
mark [1] 55/8
Marshals [5] 35/16 36/1 36/1 36/2 44/13 47/18
massive [4] 42/17 50/3 50/5 88/10
match [1] 88/22
material [7] 19/19 46/3 55/13 72/3 73/7 87/21 87/22

**M**

**materials [20]** 6/20 6/21 6/22 6/23 7/2 7/15 7/23 7/24 7/25 8/2 8/11 12/25 16/4 16/7 22/6 46/6 72/13 72/15 72/16 72/20

**matt [1]** 4/10

**matter [14]** 20/13 20/16 20/16 20/17 20/18 22/5 22/13 24/3 64/23 70/2 79/14 80/20 85/2 92/4

**matters [5]** 17/24 19/20 30/22 43/12 43/14

**Matthew [2]** 4/7 6/1

**maximum [1]** 17/4

**may [49]** 16/1 18/25 19/7 21/13 23/7 26/2 28/18 29/21 32/8 32/8 33/22 34/11 34/18 34/21 34/21 34/23 36/2 36/5 36/20 51/9 51/15 53/2 53/8 54/5 63/3 64/5 64/6 64/23 64/24 66/1 66/3 70/6 70/9 70/10 70/12 70/15 70/17 70/22 71/1 71/11 71/16 72/1 72/5 72/10 72/21 73/7 73/10 78/5 78/21

**May I make [1]** 71/11

**maybe [25]** 6/11 13/8 14/11 14/17 14/25 15/2 16/1 21/24 37/22 39/9 45/4 49/13 54/15 55/2 55/7 55/18 55/19 55/20 57/2 58/25 76/19 85/11 88/16 88/18 91/17

**MD [2]** 3/5 4/4

**me [60]** 19/6 21/4 21/19 21/20 22/17 23/19 23/21 23/24 24/8 24/10 25/3 25/6 25/18 26/9 26/10 26/15 27/8 29/6 29/15 30/14 30/25 31/4 31/5 31/14 32/24 33/2 33/25 34/4 35/6 37/20 37/24 39/19 40/1 47/7 49/18 50/8 51/4 51/17 51/18 51/21 54/25 56/17 63/12 67/15 67/16 67/17 68/1 69/4 69/20 70/23 73/25 74/6 74/14 74/16 75/4 81/17 83/7 83/12 83/24 83/25

**mean [25]** 11/6 18/11 20/25 20/25 21/17 27/7 30/3 37/10 38/20 47/15 49/22 55/11 58/15 58/23 62/4 62/5 73/6 75/4 76/4 76/8 77/12 80/5 82/4 82/7 84/16

**means [7]** 7/6 12/5 15/4 50/14 52/3 76/12 88/8

**mechanical [1]** 4/17

**media [10]** 7/19 14/23 20/14 21/5 27/5 27/16 27/23 31/17 40/9 58/12

**megabytes [2]** 11/3 11/4

**Meggs [33]** 2/7 5/8 5/17 6/2 16/19 17/16 33/12 63/4 63/9 63/24 64/1 68/15 68/23 69/1 69/3 69/5 70/4 74/13 74/18 79/11 81/4 81/7 82/12 83/24 84/22 85/5 85/20 86/4 89/9 90/13 90/18 90/24 91/6

**Meggs' [2]** 32/4 81/1

**MEHTA [1]** 1/10 5/3

**member [2]** 75/5 75/15

**memoranda [1]** 7/11

**memory [1]** 38/20

**mentioned [9]** 10/15 17/13 18/21 34/14 40/8 41/11 53/25 71/17 88/9

**merely [1]** 85/10

**Merit [1]** 4/13

**message [4]** 11/12 11/25 85/10 91/7

**messages [4]** 11/15 12/6 12/14 59/10

**metaphysically [1]** 30/6

**microphone [1]** 63/8

**Middle [1]** 66/1

**might [15]** 6/21 7/1 9/16 17/7 17/14 37/21 51/11 62/18 62/25 67/22 84/6 84/19 85/13 89/17 90/11

**military [1]** 24/17

**millions [1]** 19/17

**mind [5]** 10/23 20/10 20/11 21/7 57/25

**mindful [3]** 9/13 17/3 54/6

**minds [2]** 62/3 62/21

**mine [1]** 51/14

**minimum [2]** 67/14 77/16

**Minuta [23]** 3/2 5/10 5/21 6/4 40/2 40/14 40/19 41/15 63/23 68/15 68/21 70/3 74/12 74/20 75/1 75/1 75/2 76/13 76/16 77/21 77/24 78/23 79/4

**Minuta's [1]** 78/3

**minute [2]** 11/3 55/20

**minutes [1]** 11/6

**misleading [1]** 49/3

**misrecollecting [1]** 38/21

**missed [1]** 75/11

**mission [1]** 49/7

**misstated [1]** 39/25

**mistaken [2]** 38/23 45/5

**Moerschel [14]** 3/17

46/12 46/17 47/23 48/16 63/22 64/18 66/12 66/22 68/6

**moment [7]** 19/15 22/24 22/25 23/1 41/20 51/9 56/11

**Monday [1]** 60/10

**month [6]** 14/2 18/13 26/7 51/24 52/15 74/13

**months [13]** 10/2 13/13 22/8 26/7 27/24 28/14 28/15 29/2 31/14 42/11 42/21 43/15 55/8

**more [25]** 10/7 11/16 12/24 13/8 14/24 15/2 17/24 19/11 26/23 31/7 35/25 42/23 46/6 48/18 50/25 53/20 59/8 63/6 63/12 64/2 64/2 78/8 78/15 85/24 87/17

**morning [12]** 5/5 6/6 6/13 6/16 43/22 43/23 43/25 46/13 52/19 60/5 61/18 62/12

**Moseley [23]** 2/7 2/8 5/17 29/18 29/19 30/10 30/25 79/10 79/12 79/22 80/9 80/17 81/12 82/4 82/7 85/6 85/6 85/7 85/19 89/14 89/21 90/3 91/6

**Moseley's [1]** 81/5

**Moss [1]** 60/7

**most [10]** 18/16 19/12 22/8 27/25 31/17 31/21 37/6 53/13 56/25 57/24 26/9 26/15 44/1 44/18 44/20 45/18 60/10 65/8 65/10

**motion [11]** 9/18 26/6 26/9 26/15 44/1 44/18 44/20 45/18 60/10 65/8 65/10

**motions [12]** 18/1 44/21 44/25 45/3 45/13 46/1 64/24 65/3 65/7 65/14 65/16 65/18

**mountain [2]** 19/14 26/13

**mountains [1]** 34/7

**move [8]** 6/9 14/24 24/18 34/2 43/20 44/14 45/5 50/4

**moved [2]** 55/23 55/24

**movements [1]** 23/25

**moving [1]** 34/6

**MPD [1]** 42/18

**Mr [3]** 68/15 68/25 74/14

**Mr. [212]**

**Mr. Balbo [4]** 48/2 52/18 54/11 56/14

**Mr. Balbo's [1]** 56/22

**Mr. Bright [4]** 18/5 18/7 18/13 31/4

**Mr. Caldwell [15]** 17/10 17/12 54/24 56/6 56/7 57/10 58/2 62/10 63/22 64/18 66/12 67/1 67/6 67/14 67/21

46/12 46/17 47/23 38/6 66/6

**Mr. Douyon [1]** 89/12

**Mr. Fischer [9]** 17/10 54/24 56/3 56/10 56/18 58/13 67/1 67/17 75/20

**Mr. Geyer [8]** 23/16 26/5 26/5 26/15 31/7 33/15 34/14 72/25

**Mr. Guillaume [12]** 39/23 40/13 40/18 74/21 75/1 75/19 75/25 76/15 76/20 77/1 77/19 77/23

**Mr. Guillaume's [1]** 77/25

**Mr. Hackett [9]** 16/25 44/5 46/2 48/7 48/15 50/22 63/21 64/17 64/19

**Mr. Hackett's [1]** 44/22

**Mr. Harrelson [7]** 16/20 17/17 63/21 64/17 66/11 66/17 66/19

**Mr. Kramer [1]** 91/4

**Mr. Linder [7]** 18/5 22/3 28/1 31/6 32/20 34/13 36/25

**Mr. Meggs [29]** 16/19 17/16 33/12 63/4 63/9 63/24 64/1 68/15 68/23 69/1 69/3 69/5 70/4 74/13 74/18 79/11 81/4 81/7 82/12 83/24 84/22 85/5 85/20 86/4 89/9 90/13 90/18 90/24 91/6

**Mr. Meggs' [1]** 32/4 81/1

**Mr. Minuta [19]** 40/2 40/14 40/19 41/15 63/23 68/15 68/21 70/3 74/12 74/20 75/1 75/1 75/2 76/13 76/16 77/21 77/24 78/23 79/4

**Mr. Minuta's [1]** 78/3

**Mr. Moerschel [9]** 16/25 46/12 46/17 47/23 48/16 63/22 64/18 66/12 66/22

**Mr. Moseley [19]** 29/19 30/10 30/25 79/10 79/12 79/22 80/9 80/17 81/12 82/4 82/7 85/6 85/6 85/7 85/19 89/14 89/21 90/3 91/6

**Mr. Moseley's [1]** 81/5

**Mr. Peed [3]** 28/6 28/11 60/4

**Mr. Rhodes [12]** 8/25 9/2 18/7 32/13 32/18 33/7 58/1 58/11 63/23 64/9 68/15 68/19

**Mr. Rhodes's [2]** 57/16 58/9

**Mr. Shipley [11]** 39/23 39/25 41/19 43/2 43/17 74/24 75/4 76/14 78/2

**Mr. Ulrich [7]** 48/2 52/18 52/20 63/24 68/16 69/9 69/10

**Mr. Vallejo [9]** 28/4 33/8 60/9 60/20 61/8 62/7 62/9 63/23 68/24

**Mr. Watkins [1]** 63/21

**Mr. Weinberg [2]** 46/12 66/22

**Mr. Wilson [2]** 85/22 85/23

**Ms. [38]** 6/15 15/15 16/20 17/16 18/9 18/15 20/3 21/20 25/6 25/13 27/17 28/22 31/19 33/22 34/1 34/22 36/8 38/18 39/3 41/1 43/21 53/5 53/15 53/20 60/14 62/24 64/17 66/11 66/13 67/19 70/23 71/16 71/23 73/3 76/4 80/1 89/14 90/19

**Ms. Halim [1]** 33/22 36/8 43/21 76/4

**Ms. Rakoczy [23]** 6/15 15/15 18/15 21/20 25/6 25/13 27/17 31/19 34/1 34/22 39/3 53/5 53/15 53/20 60/14 62/24 67/19 70/23 71/16 71/23 73/3 80/1 89/14

**Ms. Rakoczy's [1]** 18/9

**Ms. Watkins [9]** 16/20 17/16 20/3 28/22 38/18 64/17 66/11 66/13 90/19

**Ms. Wicks [1]** 41/1

**much [6]** 11/13 12/24 14/24 26/23 53/2 83/5

**multi [2]** 37/4

**multi-co-defendant [1]** 37/4

**multi-defendants [1]** 37/18

**multiple [4]** 32/17 36/11 44/6 50/23

**museum [2]** 46/23 47/3

**my [39]** 19/7 19/9 21/17 21/20 23/25 27/4 38/8 38/10 38/10 38/24 39/12 41/9 42/19 44/23 46/15 50/9 50/17 50/18 51/17 51/18 55/12 56/16 61/14 61/16 61/23 62/22 66/3 66/4 75/9 77/13 78/13 78/25 80/7 83/20 87/13 88/20 89/22 91/3

**My Courtroom [1]** 89/22

**myriad [1]** 34/25

**myself [2]** 60/1 83/18

**N**

**national [2]** 46/23 47/2

**nature [1]** 17/25

**N**

near [1] 58/4
necessarily [3] 41/16 73/6 73/7
necessary [5] 30/2 44/9 51/20 67/13 68/11
need [34] 9/25 10/16 19/5 19/21 20/8 27/5 29/21 32/1 32/18 32/21 43/7 44/14 50/6 57/20 65/13 67/7 70/4 70/12 70/16 70/20 71/7 75/14 75/16 79/3 79/19 81/3 82/17 82/18 83/6 84/8 84/14 85/17 86/4 86/9
needing [1] 88/6
needs [6] 9/4 12/18 35/6 40/21 71/5 78/17
neighboring [2] 35/22 37/16
neither [3] 26/10 26/14 28/6
Nestler [2] 1/14 5/14
never [10] 24/22 24/23 24/24 25/7 30/8 37/19 57/12 62/7 62/10 87/13
nevertheless [1] 80/6
new [12] 23/13 26/2 29/3 32/7 40/11 40/15 40/17 40/22 40/22 41/12 63/7 63/14
newer [1] 31/17
newest [2] 31/21 32/1
news [2] 51/7 51/10
next [10] 13/12 15/4 16/3 45/1 54/9 64/1 64/13 68/20 70/9 70/12
nine [2] 28/14 28/15
NJ [1] 2/14
no [22] 1/4 5/6 5/8 5/8 8/16 20/24 21/11 21/16 25/14 25/24 42/16 58/24 64/12 69/10 72/23 80/2 80/5 82/4 83/15 86/17 87/1 87/10
nobody's [1] 80/23
normally [1] 55/5
North [1] 2/18
not [141]
not-too-distant [2] 12/22 22/23
note [8] 9/17 28/20 29/12 38/11 38/12 41/23 42/7 65/23
noted [1] 59/5
nothing [4] 10/10 27/3 74/23 79/5
notice [1] 65/9
notify [1] 81/20
November [3] 27/18 41/2 49/24
now [46] 8/9 8/12 8/13 11/10 12/20 14/8 14/8 14/19 19/8 19/23 20/4 23/11 23/12 23/21 23/24 24/21 26/6 26/14 29/1 32/4 32/25 33/11 34/15 35/10 35/14

**O**

Oak [1] 2/3
Oath [3] 22/25 29/24 30/7
object [2] 48/18 68/19
objecting [1] 79/25
objection [1] 69/10
obligated [1] 33/25
obligation [3] 55/6 81/20 87/10
obligations [5] 42/11 43/6 43/7 72/5 72/19
observation [2] 74/3 74/7
observations [1] 87/9
observed [1] 72/25
obtained [2] 7/17 45/9
obviously [1] 11/10 26/22 54/5 58/3 65/10 78/9 79/19 80/17 80/25
October [8] 12/4 12/13 12/13 27/18 28/13 49/24 50/14 50/18
off [3] 34/12 44/14 47/20
off-site [2] 44/14 47/20
offer [3] 70/11 70/15 77/5
office [10] 1/15 3/3 3/13 56/16 56/22 75/11 90/11 90/16 90/18 90/25
officer [4] 4/11 23/4 24/18 43/13
Officer Dunn [1] 23/4
OFFICES [1] 3/7 90/21
Official [1] 4/14
Oh [4] 6/15 56/14 74/20 80/11
okay [69] 6/6 6/8 16/9 17/18 19/19 21/18 23/15 27/1 29/2 32/22 34/10 34/13 35/16 38/19 39/17 39/23 40/16 40/18 41/8 42/1 43/7 46/8 46/11 47/21 48/1 51/23 51/24 52/1 52/7 52/16 54/20 56/2 56/3 60/3 63/4 63/18 64/11 65/21 66/6 66/9 66/16 66/21 66/25 68/1 69/8 69/24 71/9 72/22 73/8 74/9 74/11 74/19

others [2] 29/20 44/3
otherwise [1] 59/25
ought [4] 21/21 74/4 79/13 79/14
our [24] 8/21 10/18 12/22 16/19 23/9 27/22 35/12 36/2 36/3 39/7 41/12 41/23 63/20 64/12 67/13 70/9 72/4 72/19 81/11 81/23 82/1 88/2 88/17 88/21
Our July [1] 63/20
ourselves [3] 10/2 16/22 35/21
out [32] 12/16 13/6 14/20 14/22 19/21 23/25 42/9 42/16 42/19 42/20 43/4 44/13 44/14 46/17 51/4 51/15 52/2 53/11 53/18 56/18 60/1 60/8 61/16 62/13 73/19 83/1 83/6 84/19 86/1 86/4 90/17 90/24
outgoing [1] 84/23
outlet [1] 90/12
outline [1] 17/15
outlined [1] 44/18
outset [1] 53/25
outside [4] 44/9 47/14 73/7 73/13
outstanding [3] 10/15 13/9 66/10
outweighed [1] 69/19
outweighs [1] 68/5
over [34] 6/24 7/2 7/3 7/15 7/20 8/2 14/17 15/1 15/20 15/25 16/2 16/5 16/8 18/16 22/4 22/6 33/25 34/3 34/7 34/8 35/10 35/14 35/15 36/20 42/10 43/25 46/16 47/2 52/4 52/10 55/13 55/14 67/10 91/3
overcome [1] 36/24
overheard [1] 20/17
overlapped [1] 48/16
overlapping [2] 17/1 17/11
overview [2] 15/12 15/16
own [7] 41/19 61/23 63/14 76/12 76/17 81/21 82/21

**P**

P. [1] 5/3
P.A [1] 4/3
P.C [1] 3/22
p.m [4] 60/19 64/5 64/6 91/25
P.O [1] 3/23
PA [2] 2/18 3/14
pages [1] 19/17
paper [1] 43/4
papers [1] 75/14
paperwork [2] 70/16 70/17

paralegal [1] 76/5
parking [1] 47/16
Parkway [1] 2/2
part [14] 14/6 17/6 19/3 28/16 31/18 32/8 38/15 49/4 57/15 57/16 58/8 86/24 89/20 90/3
particular [12] 6/19 16/16 20/9 25/10 41/10 48/18 58/1 72/18 73/2 73/2 74/4 74/8
particularly [3] 53/6 57/24 77/20
parties [1] 70/20
pass [1] 8/12
passport [1] 25/24
past [1] 42/15
Pause [1] 51/5
peck [1] 22/16
Peed [6] 4/7 4/8 6/1 28/6 28/11 60/4
pending [2] 26/6 52/10 54/3
Pennsylvania [1] 66/1
people [21] 6/23 19/10 20/10 20/17 21/6 23/14 24/23 26/20 27/12 29/15 30/8 31/23 32/11 49/6 50/7 51/7 61/20 61/24 62/3 62/20 78/20
people's [1] 38/3
per [2] 15/2 34/17
percentage [1] 15/19
perhaps [4] 19/11 51/7 57/4 63/12
period [4] 69/21 76/19 77/24 90/19
permits [1] 17/6
permitted [1] 82/8
person [7] 6/3 10/24 64/25 65/3 65/4 76/11 85/14
perspective [2] 17/20 72/6
Philadelphia [1] 3/14
phillip [4] 2/2 2/6 5/16 18/6
phone [15] 44/12 44/12 45/8 56/12 67/8 67/10 67/15 67/22 74/15 83/10 83/10 83/12 83/16 84/23 85/16
photo [1] 11/12
photographs [1] 11/16
phrase [1] 57/7
phrases [1] 42/8
PHV [1] 75/17
physical [1] 38/4
picture [2] 49/2 49/2
piece [1] 43/4
place [3] 24/21 25/4 29/10
places [1] 21/21
Plaintiff [1] 1/4
plan [5] 8/5 54/8 80/18 86/6 89/11
planning [1] 12/2
platform [3] 13/3 13/4

**P**

platform... [1] 34/3
platforms [3] 13/1 13/2
13/5
plea [3] 70/11 70/15
73/12
pleas [3] 70/13 70/24
73/14
please [5] 5/4 40/1
56/5 63/9 65/9
pleasure [2] 78/7 78/15
plus [2] 25/18 35/11
point [29] 7/6 7/22 8/3
8/14 8/21 10/17 15/8
25/19 29/3 29/21 29/21
41/2 43/18 44/17 44/24
45/12 48/8 50/11 53/17
54/23 70/25 73/18
73/22 77/6 82/17 83/19
85/9 85/11 86/3
pointing [1] 25/2
points [4] 38/8 38/14
56/9 56/23
policy [1] 81/22
popping [1] 29/1
popular [1] 34/15
portable [1] 47/15
portion [4] 45/2 57/9
62/5 79/17
position [19] 19/10
22/23 23/21 23/24 28/2
28/5 28/10 28/11 40/3
41/12 41/23 42/6 44/25
51/15 64/15 75/13
78/25 82/13 84/12
positions [1] 68/16
possibility [4] 80/22
86/2 88/16 91/4
possible [3] 44/14
84/15 85/20
post [1] 62/17
postings [2] 21/5
58/12
potential [2] 70/11
84/6
potentially [7] 10/21
11/7 11/18 15/24 45/15
49/22 59/13
power [1] 44/10
practical [2] 22/5 36/14
practice [2] 82/5 82/8
precisely [1] 76/4
precluded [1] 34/19
prejudice [2] 80/22
80/23
prejudices [1] 44/5
preliminary [1] 48/12
premises [1] 9/2
preparation [2] 54/23
75/3
prepare [7] 11/22 14/4
32/17 42/23 53/2 68/13
83/20
prepared [9] 19/22
40/22 43/1 44/21 64/4
67/6 69/5 76/19 77/23
preparedness [1]
38/16

prepping [1] 15/11
present [4] 23/20
79/11 86/9 88/18
presentation [1] 16/24
presented [2] 48/23
77/14
presenting [1] 15/18
presiding [1] 5/3
press [1] 80/21
presumably [1] 84/2
presumption [1] 48/14
pretrial [5] 4/11 15/8
22/10 44/20 55/9 55/12
55/23 60/25 61/2
pretty [1] 88/15
Prettyman [1] 4/14
prevent [2] 55/21
81/12
previewed [1] 43/24
previously [4] 41/11
41/13 41/18 65/6
primarily [1] 26/20
prior [6] 25/23 34/5
34/9 38/10 59/5 77/2
prison [1] 22/21
privacy [3] 80/16 80/18
80/19
private [1] 90/9
pro [1] 33/13
probably [8] 10/7 13/4
16/23 37/6 49/13 55/14
55/14 65/4
problem [4] 75/21
75/24 84/18 85/12
problems [2] 33/21
34/16
proceed [6] 48/14 74/9
78/4 78/24 82/19 82/23
proceeding [5] 6/5
21/4 30/19 63/14 79/13
proceedings [5] 1/9
4/17 79/18 91/25 92/4
process [10] 7/20 8/18
13/23 14/14 14/20
18/15 36/10 42/9 42/12
42/22
processed [2] 13/20
14/15
processing [1] 14/25
produce [2] 43/8 69/22
produced [4] 4/17 73/5
production [1] 42/16
professional [1] 19/9
profile [1] 37/6
progress [6] 13/12
13/24 14/1 14/8 15/3
32/10
properly [1] 83/20
property [5] 25/8 25/11
29/23 30/8 30/21
proposal [2] 48/13
77/7
propose [1] 17/7
proposition [1] 36/12
prosecuted [1] 19/9
prosecutor [1] 42/19
prospective [1] 84/24

provide [8] 8/5 8/16
9/11 10/16 54/4 54/8
72/14 77/23
provided [18] 6/20
6/20 7/11 8/7 8/10 8/24
9/22 10/14 12/12 15/22
23/12 42/10 53/12
53/16 54/17 54/18 55/4
55/10
providing [1] 85/10
provision [1] 83/23
proxy [1] 62/1
public [22] 37/12 37/13
68/5 69/19 74/24 79/14
79/18 79/19 79/21
79/23 80/21 80/24 81/1
89/19 90/4 90/7 90/10
90/11 90/16 90/21
90/23 90/24
pull [1] 24/18
Punta [1] 3/19
pure [1] 59/1
purpose [1] 87/15
purposes [1] 36/14
pursuant [1] 44/22
push [2] 43/3 49/4
pushed [2] 14/17 15/1
pushing [1] 13/3
put [27] 12/3 12/15
12/23 14/16 14/23
20/23 22/18 26/9 26/10
27/19 30/5 30/12 37/24
41/23 47/10 47/23
49/19 51/17 56/1 59/14
59/24 63/12 63/23 65/5
73/21 83/10 87/20
88/17
putting [2] 12/23 89/7
PUTZI [1] 4/3

**Q**

qualify [3] 82/21 89/9
91/2
quantity [1] 46/3
question [12] 33/11
46/25 53/4 54/10 62/15
62/22 63/12 65/13
66/10 72/8 82/14 83/5
questions [3] 25/24
53/21 58/22
quickly [1] 14/24
quite [5] 19/11 38/4
45/11 57/11 63/25

**R**

racing [1] 34/4
raise [7] 17/23 44/19
46/4 48/9 65/19 70/2
89/1
raised [6] 25/24 48/4
65/5 75/18 75/19 77/1
raising [1] 50/20
Rakoczy [26] 1/14 5/14
6/14 6/15 15/15 18/15
21/20 25/6 25/13 27/17
31/19 34/1 34/22 39/3
53/5 53/15 53/20 60/14

reiterate [2] 46/14 65/6
related [3] 7/24 8/23
21/6
relating [1] 18/2
relation [1] 23/3
relatively [2] 15/12
48/20
Relativity [6] 13/3
13/21 14/1 14/14 14/16
14/23
release [4] 13/25 26/3
26/6 52/9
relevance [3] 20/4
20/24 21/7
relevant [28] 9/16
10/10 10/14 10/20
10/21 11/8 11/12 11/19
18/16 18/22 19/1 19/25
20/7 21/14 24/8 27/25
29/23 31/17 31/21
31/25 43/9 48/21 53/2
54/8 57/15 57/16 61/24
72/15
remain [2] 75/2 77/20
remember [4] 33/2
39/3 76/6 77/10
remembered [1] 48/8
remiss [1] 46/4
remote [1] 61/6
remotely [4] 6/5 60/20
64/25 65/2
repeat [1] 44/2
repeatedly [1] 43/12
report [1] 43/13
reporter [5] 4/12 4/13
4/13 4/14 36/17
reporting [1] 79/21
reports [6] 8/8 8/15
42/18 53/6 53/23 55/4
represent [5] 42/25
82/6 82/8 84/7 90/18
representation [2]
81/13 89/2
represented [1] 90/18
representing [2] 83/12
85/11
request [5] 38/18 40/6
41/20 44/1 52/21
requested [1] 74/25
requesting [1] 56/6
requests [3] 50/22
55/20 85/2
required [3] 34/8 50/25
82/2
resources [2] 82/20
82/22
respect [19] 6/18 8/19
9/8 21/9 27/15 40/9
41/13 50/19 53/23
55/16 63/7 64/14 65/7
65/17 65/19 67/23
68/14 74/8 81/5
respectfully [2] 40/25
57/22
response [4] 60/12
60/14 75/23 87/10
responses [1] 58/23
restrictions [1] 38/4

**R**

result [2] 34/5 58/6
retain [4] 63/14 76/12 76/14 82/21
retained [6] 75/21 76/7 76/9 76/23 77/17 78/3
rethink [1] 78/24
retired [1] 41/1
return [1] 89/8
reveal [1] 20/11
revealing [1] 34/17
review [12] 9/5 11/20 11/21 12/15 34/5 34/9 44/23 53/16 68/12 69/23 87/21 87/21
reviewed [7] 9/4 10/6 11/24 13/20 14/13 34/3 34/7
reviewing [4] 22/11 57/3 87/16 89/3
RHODES [19] 1/6 2/2 5/7 5/16 6/2 8/25 9/2 18/7 32/13 32/18 33/7 57/5 58/1 58/8 58/11 63/23 64/9 68/15 68/19
Rhodes's [2] 57/16 58/9
Richmond [1] 3/23
right [46] 16/10 17/19 17/21 19/8 24/21 26/8 26/14 28/25 30/23 33/6 34/15 38/6 39/12 39/12 40/14 41/4 41/5 41/5 44/7 44/11 45/6 46/9 50/15 51/21 51/22 56/17 58/18 62/9 63/19 68/3 69/12 69/25 71/23 74/17 76/10 79/3 82/23 83/8 85/14 86/17 87/4 88/12 89/6 90/14 91/10 91/22
RIOS [1] 3/17
rise [3] 5/2 58/20 91/23
Ritchie [1] 4/3
RMR [2] 92/2 92/8
robbery [1] 19/18
Roberto [2] 3/2 5/10
rolling [2] 8/17 9/12
room [3] 35/8 35/15 52/15
roughly [1] 14/11
route [1] 43/10
rows [1] 12/5
Rule [8] 42/11 42/12 42/14 43/6 43/7 44/22 72/5 73/2
Rule 12 [1] 44/22
Rule 16 [7] 42/11 42/12 42/14 43/6 43/7 72/5 73/2
rules [4] 81/11 81/23 81/23 81/25

**S**

said [32] 8/20 20/15 20/16 24/6 26/16 26/24 32/20 38/3 39/17 39/20 40/7 43/11 43/11 44/3
71/20 73/3 74/24 76/4 77/2 77/10 78/14 78/19 78/21 80/17 82/14 83/17 85/25 89/8
same [5] 50/12 68/24 68/25 77/4 84/17
satisfaction [1] 23/9
satisfying [1] 87/10
Savannah [1] 56/21
save [3] 18/2 44/4 67/16
saw [4] 61/24 62/5 63/2 86/14
say [23] 11/16 16/14 19/6 30/5 31/8 31/10 33/17 37/25 40/14 47/2 60/8 61/1 65/18 67/13 67/18 70/6 70/9 70/24 77/23 81/25 84/21 85/13 86/18
saying [7] 28/15 44/7 57/14 58/19 61/20 81/18 89/22
says [2] 36/9 62/11
scale [1] 12/16
schedule [5] 40/21 51/23 55/23 60/11 64/25
scheduled [6] 49/21 50/14 51/25 52/1 52/8 65/25
scheduling [2] 15/8 45/2
school [1] 35/22
schools [1] 37/16
Schuck [1] 4/11
Schwartz [1] 52/5
scope [8] 9/20 11/18 12/11 12/16 43/6 43/7 49/2 73/1
scott [3] 3/17 3/20 5/23
screen [1] 6/11
se [2] 33/13 34/17
seal [2] 74/22 80/24
sealed [1] 79/25
search [1] 9/2
searched [1] 8/22
seated [1] 5/4
second [19] 34/20 34/25 35/1 36/15 36/19 36/21 36/22 39/16 41/1 41/9 41/15 41/24 52/1 52/12 61/9 75/22 76/6 76/22 77/21
Secondly [1] 57/22
section [1] 57/17
security [2] 8/3 54/2
seditious [4] 21/3 27/9 30/18 62/16
see [18] 6/9 6/11 16/12 23/11 31/7 32/5 33/14 33/15 55/23 56/13 60/3 65/12 74/13 86/7 89/8 89/12 91/7 91/20
seeing [2] 61/20 62/20
seem [1] 61/24
seems [1] 68/1
88/21
seize [2] 11/5 11/21
seized [13] 8/22 8/25 9/1 10/6 10/11 10/13 11/7 11/10 11/11 11/19 11/24 14/12 14/13
send [3] 50/17 84/20 87/19
sense [13] 11/18 12/11 12/16 15/17 16/24 17/12 35/24 59/1 59/2 65/4 69/3 70/20 72/23
sent [2] 40/11 43/25
separate [3] 32/15 49/8 81/21
September [27] 32/23 33/1 33/3 33/5 33/7 33/9 33/10 38/15 38/18 40/6 41/13 42/6 47/23 47/24 51/25 52/1 56/8 61/9 63/22 65/15 68/16 68/20 68/22 69/6 69/6 69/14 73/17
serve [3] 76/20 78/7 78/15
serves [1] 38/20
Services [1] 4/11
set [16] 29/7 35/15 38/9 38/20 38/24 39/1 39/4 40/18 40/23 44/20 53/11 57/11 60/11 66/2 70/12 84/14
sets [1] 23/6
seven [1] 83/10
several [2] 10/2 31/20
share [4] 51/22 61/10 62/18 91/12
she [4] 27/18 53/16 71/20 84/5
she's [2] 34/2 34/4
shine [1] 21/25
Shipley [14] 3/7 3/8 5/20 39/23 39/25 41/19 43/2 43/17 74/24 75/4 76/14 78/2 78/13 79/7
short [1] 82/7
shortly [1] 70/19
should [13] 13/12 55/14 57/14 60/24 63/8 66/4 74/2 74/8 75/5 79/15 79/18 79/18 83/19
shouldn't [3] 29/9 74/8 91/3
Show [1] 82/3
sic [1] 23/3
side [3] 14/18 20/2 20/23
sign [1] 75/14
Signal [3] 11/25 28/13 58/20
Signals [1] 58/12
signed [2] 70/16 70/17
significant [11] 6/21 7/23 10/8 12/2 12/25 13/12 13/15 13/24 14/3 14/6 14/8
Similarly [1] 11/23
simple [2] 22/13 72/24
simultaneously [1] 15/11
since [8] 6/18 18/12 23/13 40/19 56/25 61/25 71/14 77/21
single [10] 19/16 19/25 22/24 22/25 24/7 24/25 35/11 43/4 43/4 49/20
sir [4] 18/6 35/4 37/2 69/8
sit [2] 28/14 87/23
site [2] 44/14 47/20
sitting [1] 25/16
situation [7] 32/4 37/8 47/18 59/23 64/1 75/17 84/21
six [3] 15/4 15/6 32/14
size [2] 10/18 11/3
skis [1] 91/3
slowing [1] 9/12
small [5] 7/17 8/1 8/5 16/1 54/1
smaller [1] 11/13
so [146]
so I think [8] 9/8 14/1 15/12 16/4 30/2 69/25 77/19 89/7
so it's [1] 11/13
So we're [1] 72/3
social [9] 7/19 20/14 21/5 27/5 27/15 27/23 31/16 40/9 58/12
solution [1] 37/9
some [52] 7/1 9/20 10/9 12/10 12/16 13/9 17/4 17/11 17/25 18/21 18/22 19/3 19/4 21/25 22/3 24/17 29/3 33/22 34/18 34/23 36/21 36/24 37/7 37/19 43/12 43/13 44/21 46/22 46/24 49/24 53/4 54/13 54/15 55/17 57/1 58/6 58/21 62/5 62/19 62/20 65/4 65/10 67/20 67/25 79/12 80/18 80/23 82/17 84/15 86/3 88/21 91/21
somebody [12] 25/2 35/6 63/2 66/7 70/17 76/9 77/17 83/11 83/17 84/2 85/13 85/18
somebody's [1] 37/9
somehow [2] 58/19 58/22
someone [1] 91/18
something [28] 12/22 20/1 20/6 21/2 24/19 30/14 31/1 32/25 42/14 50/23 54/21 55/6 56/1 62/13 67/19 74/23 75/9 76/8 76/14 77/15 77/16 78/19 78/21 83/2 88/5 88/7 88/19 91/1
sometimes [4] 78/21
86/15 86/16 88/9
somewhat [3] 17/1 22/15 85/17
somewhere [2] 35/23 83/13
son [1] 85/17
soon [5] 9/7 23/25 52/4 81/10 82/13
sooner [1] 65/20
sorry [2] 80/11 89/21
sort [7] 17/24 48/16 77/24 80/19 81/22 83/5 85/2
sorts [1] 70/13
sounds [5] 24/2 41/14 75/15 84/13 84/16
space [3] 44/16 73/22 73/24
speak [6] 20/12 48/9 51/9 51/13 51/14 86/21
speaking [2] 88/23 90/8
special [1] 66/2
specific [4] 9/8 15/13 18/1 72/19
specifically [2] 60/9 76/6
specifics [1] 53/21
speed [1] 78/16
speedy [12] 51/19 64/15 64/20 66/11 66/14 66/19 66/24 67/2 68/19 68/22 69/5 69/20
spend [2] 20/5 24/7
spending [2] 10/1 76/21
spent [3] 19/7 31/23 62/23
split [3] 36/10 37/20 39/17
spreadsheet [3] 12/3 12/5 12/12
Sr [1] 4/2
stamp [1] 21/18
stand [2] 15/13 89/8
standardize [1] 14/20
standing [5] 31/24 45/5 45/10 45/15 56/18
standpoint [2] 50/12 53/13
stands [2] 36/12 91/24
star [1] 63/25
start [8] 18/4 21/8 23/17 29/2 68/8 74/19 87/24 91/4
starting [3] 14/7 52/3 60/7
starts [1] 61/2
state [4] 20/10 20/11 57/25 81/6
state-of-mind-type [1] 57/25
stated [4] 27/18 41/18 57/25 59/1
statement [1] 18/9
statements [18] 16/2 18/17 53/7 54/1 54/7 55/3 58/11 58/16 58/17

**S**

statements... [9] 58/18
59/9 59/10 59/12 59/14
59/16 59/19 60/1 62/22
states [9] 1/1 1/3 1/10
5/6 6/14 32/14 39/10
39/14 52/5
status [12] 1/9 6/8 6/10
12/24 39/7 64/4 64/23
70/9 70/12 75/20 81/1
81/5
stay [2] 33/20 76/15
staying [1] 9/2
stenography [1] 4/17
step [2] 34/12 91/19
steps [2] 23/3 78/20
STEWART [4] 1/6 2/2
5/7 57/5
Stewart Rhodes [1]
57/5
stick [1] 52/17
still [14] 13/19 13/11
28/22 44/23 53/5 53/9
53/10 53/18 54/13
54/15 66/10 67/11
70/10 74/20
stipulations [1] 67/22
storage [1] 87/20
straightforward [1]
84/15
strategy [1] 34/17
Street [5] 1/15 2/18 3/8
3/13 4/8
strength [1] 80/16
strong [1] 33/19
structure [1] 22/19
stuff [11] 18/15 24/8
27/16 27/23 27/25
31/16 31/21 31/22
42/18 61/21 88/21
SUAREZ [1] 3/17
sub [1] 66/7
subjects [3] 10/4 13/18
15/24
submit [2] 44/5 44/18
submitted [1] 11/1
submitting [1] 27/22
substantive [1] 28/8
successor [1] 85/20
such [3] 35/8 53/6
90/21
suddenly [1] 85/15
suggested [3] 12/8
77/1 89/7
suggesting [1] 83/25
suggestions [1] 38/3
suggests [1] 48/15
Suite [7] 2/4 3/4 3/9
3/14 3/18 4/4 4/9
support [2] 76/22
77/25
supposed [4] 29/2
49/23 61/2 86/15
supposedly [1] 61/13
suppress [3] 45/5
45/16 45/21
suppressible [2] 45/12
45/15

suppression... [4] 45/17
45/3 45/18 46/1
sure [24] 16/15 19/4
29/13 35/16 40/3 41/19
47/15 47/18 48/10 60/8
62/4 63/11 63/25 71/12
72/17 73/5 73/11 80/14
82/9 84/10 85/8 89/18
89/25 90/6
surprise [1] 49/17
surreptitiously [1]
58/23
surroundings [1]
35/21
suspect [2] 25/25
30/11
suspension [3] 81/11
82/3 82/4
switch [1] 55/1
sympathetic [3] 9/24
40/15 50/11
sympathy [1] 37/7

**T**

tail [1] 30/21
take [10] 10/25 38/11
47/2 54/23 67/19 71/14
77/12 78/20 85/15 91/9
taken [2] 42/5 43/10
45/8
takes [6] 10/1 18/18
27/19 69/25 83/10
88/10
taking [3] 19/7 72/12
72/17
talk [7] 13/8 63/5 80/25
83/11 85/19 90/13 91/6
talked [6] 16/22 16/22
17/9 35/20 75/25 78/13
talking [4] 31/16 45/13
67/11 71/14
talks [2] 34/1 90/7
taxpayer [1] 76/21
team [6] 12/23 31/11
31/24 32/3 32/19 57/12
technical [1] 10/24
tell [19] 21/4 21/20
24/8 24/19 25/3 25/6
27/7 28/24 30/4 30/14
30/25 35/6 40/20 42/13
43/2 45/25 51/23 67/10
83/25
telling [2] 24/20 25/18
temporary [3] 81/11
82/3 82/3
ten [3] 33/20 49/20
49/22
ten-week [1] 49/22
tentatively [1] 61/1
terabytes [1] 19/24
term [2] 66/2 66/15
terms [18] 8/10 8/19
11/15 13/7 15/13 16/6
16/24 38/9 51/17 62/15
66/11 72/8 76/21 76/21
80/16 80/21 84/23
91/17
testified [2] 7/4 7/8

testify [1] 7/6 62/21
15/25 34/19 46/20 59/8
59/13
testifying [1] 34/19
testimonial [1] 58/16
testimony [4] 18/17
31/19 36/21 40/10
text [3] 62/11 62/14
85/16
than [14] 11/16 19/11
28/5 37/6 48/25 52/23
55/14 62/9 64/2 65/20
74/12 78/8 78/15 87/2
thank [37] 15/15 31/9
37/24 38/7 41/25 46/11
48/11 51/4 55/25 56/1
56/2 56/4 56/20 60/2
60/16 60/23 61/4 61/7
62/23 63/10 66/8 66/20
68/2 69/8 69/12 71/13
73/9 74/1 74/10 79/1
79/2 79/6 79/8 79/9
84/25 89/5 91/22
thank you [28] 31/9
37/24 38/7 41/25 46/11
51/4 55/25 56/1 56/2
56/4 56/20 60/2 61/4
61/7 63/10 66/20 68/2
69/8 71/13 73/9 74/1
79/1 79/6 79/8 79/9
84/25 89/5 91/22
that [543]
that'll [2] 61/3 71/3
that's [76] 10/23 11/3
12/11 17/15 17/19 19/1
19/21 20/6 20/7 20/15
20/19 21/20 23/12 24/8
25/21 26/2 26/10 26/15
26/15 27/5 27/7 27/10
27/24 28/15 28/16 30/9
30/10 31/21 32/4 32/15
32/25 33/10 34/1 36/17
37/20 37/25 39/12
39/12 40/7 41/4 41/5
43/5 52/15 55/7 57/19
59/2 60/7 62/22 64/24
66/6 67/18 67/25 71/20
74/23 75/24 75/25
76/23 77/4 78/3 78/14
78/20 78/25 79/20
80/12 82/16 83/3 85/12
85/18 85/24 85/25 86/2
87/3 87/6 87/16 89/16
91/1
their [25] 20/11 20/19
20/20 22/15 25/22 26/3
29/16 35/7 37/12 43/6
43/7 49/24 50/7 59/13
59/19 62/21 62/21
68/13 69/24 76/12
83/12 86/23 86/24
86/24 90/18
thelinderfirm.com [1]
2/6
them [22] 13/20 13/22
14/13 14/23 17/6 20/5
21/12 21/12 21/15
24/17 29/24 29/25

65/21 73/16 83/18
88/11 88/15 88/18
themselves [2] 13/22
20/12
then [31] 10/4 11/20
15/25 17/21 28/7 31/6
31/8 36/19 39/1 39/16
39/25 48/15 49/13 52/3
57/16 60/25 61/3 64/12
67/1 69/9 69/13 73/24
74/13 78/24 79/3 80/21
80/25 84/8 88/7 88/10
90/10
Theoretically [1] 60/17
theory [6] 25/21 58/2
58/5 62/16 62/18 91/2
there [90] 6/15 7/16 8/1
8/14 8/16 8/25 10/10
10/12 10/15 10/17
12/16 13/4 13/6 13/16
14/11 14/15 15/23 16/1
17/7 17/14 17/25 18/14
18/25 19/8 25/24 26/11
26/14 29/7 30/12 31/14
33/16 34/18 35/15
35/21 36/24 37/16 40/2
41/9 42/15 45/8 45/20
46/1 46/2 46/23 47/4
47/14 49/17 50/5 53/11
53/14 53/18 54/1 54/6
55/2 55/8 55/22 58/6
58/7 58/11 59/5 59/7
60/1 62/5 64/15 65/12
67/15 70/1 72/20 73/19
73/21 73/22 74/20
74/22 76/22 77/15 79/3
79/12 79/19 79/20
79/21 80/23 83/1 83/15
83/22 86/1 86/23 90/10
90/23 90/24 91/9
there's [42] 12/5 13/6
17/11 17/22 19/5 21/11
24/15 24/24 31/14
32/11 33/20 35/22
36/23 37/15 41/21
42/23 44/9 45/13 46/22
47/17 47/17 47/19 50/2
50/3 54/21 58/21 58/24
62/11 65/13 70/3 74/23
76/8 76/14 77/15 80/5
82/19 83/15 85/1 87/1
88/16 89/11 90/6
thereafter [1] 70/19
therefore [2] 82/5
88/23
these [54] 8/20 11/11
11/23 12/6 13/19 14/9
14/21 14/22 14/25
18/21 20/1 20/3 20/8
20/10 20/13 20/14 21/1
21/11 22/2 24/1 24/15
24/23 27/8 27/23 28/11
28/12 29/24 30/6 30/17
31/13 40/12 40/18
42/10 49/20 50/7 52/6
52/16 59/9 59/10 59/10
59/15 59/16 59/19

59/25 62/3 62/19
70/8 70/21 71/17 72/15
73/5 85/2 85/15
they [44] 11/21 14/4
16/20 20/16 22/11
22/17 22/19 22/20
22/21 22/25 23/1 23/7
24/3 26/21 26/21 27/25
29/1 29/25 29/25 30/3
30/8 30/20 34/3 34/6
34/20 43/5 43/7 43/11
46/19 47/10 49/19
52/23 53/8 54/14 62/5
62/5 64/8 71/5 74/9
82/19 87/19 88/1 88/5
90/18
they'd [2] 16/18 17/24
they're [14] 6/11 14/24
25/20 27/10 28/13
32/13 34/8 34/24 36/22
51/16 61/20 88/6 88/8
88/10
they've [6] 31/13 31/15
31/24 43/10 55/7 68/13
thing [5] 34/12 44/19
49/10 55/7 86/13
things [13] 6/9 8/20
13/9 13/11 18/18 18/21
32/15 40/10 40/12
53/18 86/15 87/25 89/8
think [112]
thinking [8] 17/15 44/9
50/6 50/6 73/13 77/13
84/16 90/12
third [1] 82/23
this [187]
This is [2] 5/6 6/13
Thomas [2] 4/2 5/12
those [71] 7/2 7/14
7/21 8/11 8/16 9/3 9/5
10/9 10/11 10/19 10/19
12/3 13/5 13/20 16/4
16/21 17/2 20/5 20/10
24/12 26/19 26/20
33/23 34/2 34/4 34/5
36/16 36/16 37/3 39/18
39/20 40/10 40/23
41/10 47/9 47/22 48/17
48/19 49/1 52/5 52/9
53/18 53/21 54/8 54/16
55/4 55/9 55/17 55/19
58/15 58/16 58/16
58/23 59/12 61/25 64/7
64/12 64/14 64/25
65/15 69/13 71/2 71/21
72/16 73/23 80/22 83/4
87/22 87/25 89/1 90/24
though [3] 18/20 54/4
72/20
thought [3] 41/9 73/20
85/25
thoughts [2] 17/14
37/10
thousands [3] 13/5
21/4 21/5
threads [1] 12/6
three [5] 16/21 48/14
52/4 82/19 88/10

**T**

**through [62]** 7/4 7/9
7/19 8/9 8/13 8/13 9/25
10/2 12/13 12/19 13/1
13/19 13/22 14/4 18/19
18/25 19/4 20/21 21/15
22/18 23/25 24/17 25/3
26/12 31/13 31/15
31/15 31/25 38/22
38/23 46/4 50/25 51/19
53/16 53/24 56/21
57/13 57/18 57/19
64/15 64/16 64/20
65/24 66/14 66/19
67/15 68/7 68/16 68/22
69/6 69/14 69/17 69/21
72/13 75/10 77/20
78/22 86/25 87/2 87/24
88/4 88/6
**throughout [2]** 46/20
90/22
**throwing [3]** 73/19
83/1 86/1
**thus [1]** 15/20
**till [1]** 68/20
**time [45]** 7/6 7/22 8/3
8/21 9/25 12/19 13/6
15/9 18/7 20/5 21/18
22/2 24/7 31/23 31/25
34/23 35/5 37/1 38/15
39/1 39/2 39/11 46/10
48/9 49/14 50/24 51/4
55/14 57/1 57/20 62/23
63/11 64/22 68/7 68/10
68/11 69/13 69/16
69/21 69/22 76/19
77/25 82/16 83/6 90/19
**timeline [1]** 55/3
**timely [1]** 73/6
**times [2]** 21/22 64/7
**timing [2]** 50/12 75/9
**titled [1]** 92/4
**today [1]** 33/23 44/3
77/6 83/17
**together [16]** 12/23
12/23 27/20 31/11 32/3
33/20 34/18 35/24
36/24 49/1 49/12 49/12
49/16 56/1 73/16 88/24
**told [5]** 23/19 23/21
23/24 32/24 33/2
**toll [6]** 68/7 68/20
68/22 69/5 69/13 69/21
**tolling [1]** 64/16 68/16
69/16
**tomorrow [1]** 30/13
**too [3]** 12/22 22/23
35/6
**took [3]** 24/25 28/8
50/23
**top [3]** 12/14 18/4 58/3
**totality [2]** 45/19 45/23
**touch [2]** 84/3 85/6
**toward [3]** 17/25 18/3
40/4
**Towers [1]** 4/4
**tracking [1]** 39/1
**trail [1]** 36/4

**train [1]** 41/9
**transcript [3]** 1/9 4/17
92/3
**transcription [1]** 4/17
**transcripts [5]** 7/3 7/7
7/13 35/2 36/16
**transition [1]** 76/21
**treat [1]** 12/9
**treating [1]** 12/7
**trial [141]**
**trials [11]** 9/13 17/4
34/23 36/11 37/19 44/6
49/8 49/19 50/11 50/23
52/11
**tried [7]** 17/4 28/13
35/9 49/15 50/7 65/23
71/6
**trier [1]** 27/8
**true [1]** 26/23
**Trust [1]** 29/15
**try [10]** 24/6 34/22 35/5
35/23 36/24 57/20
62/13 83/18 89/17 91/8
**trying [14]** 9/14 20/5
26/12 27/16 32/10
32/14 32/17 35/18
35/24 67/11 73/16
84/10 88/24 91/13
**turn [18]** 6/10 9/17
11/21 16/10 17/21
17/22 31/4 31/7 33/25
34/7 34/8 38/6 49/21
51/4 51/15 55/13 55/13
70/2
**turned [14]** 6/24 7/2
7/3 7/15 7/20 8/2 15/20
15/25 16/2 16/5 16/8
18/16 42/10 67/10
**Turning [1]** 12/20
**TV [3]** 61/24 62/5 63/2
**twice [1]** 40/24
**two [32]** 8/24 9/3 9/6
11/2 11/6 13/1 13/5
13/11 13/13 14/2 16/5
17/4 21/14 22/8 23/6
24/14 24/14 24/15
33/10 34/23 38/24
50/11 51/24 52/5 52/15
53/11 61/18 86/7 87/17
87/18 87/25 88/23
**two-month [2]** 51/24
52/15
**TX [1]** 2/4
**type [1]** 57/25
**Typically [1]** 47/8

**U**

**U.S [2]** 1/15 79/16
**Ulrich [11]** 3/21 5/11
5/24 6/4 48/2 52/18
52/20 63/24 68/16 69/9
69/10
**ultimate [1]** 48/22
**ultimately [3]** 20/18
30/17 83/2
**unable [1]** 65/24
**unaware [1]** 35/21

**uncharged [1]** 80/24
**unclear [1]** 61/12
**under [10]** 59/6 59/7
74/22 77/18 80/24
81/10 81/23 81/23
87/10 90/9
**under-seal [1]** 80/24
**understand [37]** 9/23
12/21 13/16 14/3 14/11
14/19 14/23 15/9 16/15
19/10 19/15 19/23
25/19 25/20 27/12 28/3
28/10 28/11 32/25 36/6
37/7 41/2 41/21 43/10
43/18 44/8 45/11 50/3
50/10 54/13 54/14 55/5
56/24 77/2 77/6 84/11
87/7
**understanding [11]**
13/7 16/19 21/17 21/20
38/9 45/18 45/23 61/23
78/13 81/2 88/20
**understands [3]** 12/18
89/18 90/6
**understood [5]** 50/16
62/17 74/5 77/11 79/1
**undoubtedly [2]** 26/23
28/7
**unfair [1]** 34/23
**unified [1]** 52/21
**unindicted [1]** 53/8
**unique [6]** 37/3 37/20
40/3 57/23 57/24 87/13
**united [9]** 1/1 1/3 1/10
5/6 6/14 39/10 39/14
41/20 52/5
**United States [3]** 6/14
39/14 52/5
**United States of [1]**
5/6
**universe [4]** 8/5 19/20
45/14 71/7
**unless [5]** 17/21 33/12
37/8 58/21 85/1
**unlike [1]** 26/17
**until [4]** 28/7 45/22
52/14 75/12
**unzip [1]** 88/11
**up [23]** 10/9 10/16 23/2
26/25 31/24 33/21
35/15 36/10 37/19
37/20 39/17 47/3 49/8
53/15 53/16 54/23
55/23 67/19 77/17
78/16 84/14 86/20
91/19
**upcoming [2]** 9/14
44/20
**updating [1]** 55/19
**uploaded [2]** 13/21
14/14
**upon [5]** 24/20 25/2
26/17 39/2 68/9
**urge [2]** 65/17 67/19
**us [16]** 18/10 18/16
23/12 30/4 31/12 31/20
34/8 64/8 66/7 86/19
87/6 88/8 88/18 88/19

**USCP [1]** 42/18
**usdoj.gov [2]** 1/17
1/18
**use [4]** 6/22 57/7 63/8
63/9
**used [5]** 11/21 25/22
46/23 47/16 58/3
**uses [1]** 24/17
**using [1]** 9/3
**usually [1]** 56/18
**utilize [1]** 15/10
**utterly [1]** 30/6

**V**

**VA [1]** 2/10
**Vallejo [15]** 4/7 5/13
6/1 6/3 28/4 33/8 60/9
60/20 61/8 62/7 62/9
63/23 68/15 68/24
68/25
**various [1]** 58/12
**vast [2]** 19/25 20/22
**vehicle [1]** 9/3
**verbatim [1]** 78/14
**version [1]** 88/22
**versus [4]** 5/7 39/11
39/14 52/5
**very [21]** 8/5 8/14 9/13
10/8 13/12 14/7 15/3
18/10 22/2 25/10 28/5
33/2 40/11 46/3 50/10
54/1 58/10 59/15 61/10
84/19 90/23
**VIA [1]** 1/13
**vicinity [1]** 30/7
**video [18]** 11/1 11/3
11/5 20/1 21/22 23/3
23/12 24/7 24/16 27/3
27/4 30/11 40/9 43/12
56/12 86/8 86/10 86/12
**videoconferences [1]**
91/8
**videoconferencing [1]**
84/23
**videos [19]** 10/25 11/9
11/11 11/15 11/16 20/5
20/11 20/12 21/5 21/11
21/11 21/17 22/2 22/7
23/25 24/3 31/23 62/9
86/24
**view [5]** 11/15 22/14
43/19 61/11 62/18
**views [2]** 16/11 51/20
**violation [2]** 36/10
45/20
**violence [1]** 23/10
**Virginia [2]** 81/6 81/19
**virtually [1]** 53/23
**volume [2]** 42/17 69/15
**vs [1]** 1/5

**W**

**wagging [1]** 30/21
**wait [3]** 52/14 75/12
89/12
**waiting [1]** 49/24 75/9
**waive [6]** 51/19 64/20

**waiving [1]** 67/23
**wall [1]** 55/8
**Walnut [1]** 3/13
**want [35]** 9/17 9/20
14/4 15/6 16/20 24/8
26/9 29/1 32/8 34/19
40/23 45/21 48/8 49/11
52/14 55/20 60/8 60/10
61/9 62/25 65/2 65/6
65/12 65/22 69/2 70/6
73/18 78/9 82/9 82/18
83/11 83/17 90/12
91/12 91/16
**wanted [9]** 12/15 29/13
31/10 37/25 41/23
44/19 46/19 60/8 78/12
**wants [7]** 17/23 32/5
33/13 60/13 65/8 70/2
78/24
**warranted [2]** 68/10
69/16
**warrants [1]** 26/3
**was [69]** 9/2 9/3 10/11
11/5 18/10 19/10 20/19
22/17 22/20 25/22
26/24 26/24 26/25 27/1
27/2 28/20 29/7 29/11
29/12 29/13 30/1 30/15
31/22 36/24 38/9 38/10
38/12 38/12 39/1 39/1
39/9 39/14 39/15 41/6
42/4 42/15 42/15 45/6
45/8 45/9 45/20 50/24
57/10 57/10 57/14
57/16 58/22 60/11
61/12 61/13 62/16
62/21 65/23 66/2 66/10
73/15 74/22 74/22 75/8
75/9 75/10 75/19 75/23
77/1 78/12 79/12 82/15
85/16 89/22
**Washington [6]** 1/5
1/16 4/9 4/15 35/10
46/21
**wasn't [2]** 19/8 89/4
**Watkins [15]** 2/17 5/9
5/19 6/2 16/20 17/16
20/3 28/22 38/18 63/21
64/17 66/11 66/13 68/6
90/19
**way [23]** 10/24 13/19
14/20 22/1 24/3 25/1
33/22 36/24 42/24
47/17 55/8 55/21 57/24
59/19 70/14 70/24
73/21 74/2 75/25 78/4
83/6 84/7 84/15
**ways [4]** 26/4 47/14
57/23 87/18
**we [156]**
**We can [1]** 89/23
**we will [8]** 9/11 12/21
22/23 33/4 59/11 68/19
70/11 71/15
**we'd [3]** 35/17 49/15
68/21
**we'll [20]** 8/12 8/16

**W**

we'll... **[18]** 9/17 31/8
32/5 33/14 60/19 62/11
63/5 64/12 65/2 66/14
68/19 74/11 74/13 78/4
83/2 91/9 91/20 91/21
we're **[31]** 6/8 8/11
8/17 8/17 9/9 9/23
11/18 12/11 12/17
13/23 13/24 17/15
31/15 32/2 32/7 32/10
40/3 42/8 42/11 42/25
58/7 63/19 66/19 67/11
70/21 71/14 71/16 72/3
80/25 86/15 88/23
we've **[27]** 7/1 7/3
11/10 11/20 11/24 12/1
12/14 17/9 18/14 18/18
24/13 27/16 31/11
31/18 32/12 32/16
32/17 34/17 37/18
37/19 41/12 42/9 42/10
54/7 59/6 88/21 90/21
week **[13]** 15/2 16/5
36/14 42/15 49/21
49/22 50/11 50/12
60/18 61/3 66/1 70/18
75/8
weeks **[10]** 8/12 15/4
15/6 16/3 28/8 31/20
52/2 54/9 86/7 91/21
Weinberg **[5]** 3/17 3/17
5/23 46/12 66/22
welcome **[1]** 51/8
well **[42]** 8/6 8/18 9/7
17/1 17/19 19/11 21/13
24/2 28/1 32/20 33/17
43/5 43/6 47/5 47/13
51/17 52/10 54/21
55/11 56/17 57/15
58/25 59/4 62/7 65/1
68/10 69/3 69/4 71/19
72/24 73/1 76/13 77/9
78/13 78/19 80/7 80/9
83/24 84/20 89/1 91/3
91/20
went **[4]** 26/21 42/16
62/8 62/10
were **[23]** 6/18 7/16
8/25 9/1 17/15 21/22
25/24 29/8 30/14 34/20
39/17 48/24 49/12
49/12 57/9 59/19 61/20
62/5 62/20 73/14 85/21
85/22 86/23
weren't **[1]** 29/25
West **[1]** 3/14
what **[101]**
what's **[18]** 20/10
20/11 20/13 20/13
20/14 20/15 20/16
20/20 27/7 29/16 31/2
38/16 62/2 65/12 86/1
86/4 87/12 90/1
whatever **[3]** 24/7
76/13 78/8
when **[43]** 11/13 16/4
20/3 20/21 21/10 23/17
30/1 32/24 33/21 34/1
38/9 38/22 39/23 39/3
39/4 39/14 39/17 40/18
40/23 42/4 42/13 42/20
42/23 44/4 48/22 50/3
50/4 51/16 51/23 51/25
52/25 53/11 54/17 55/3
59/17 75/20 75/23
76/16 81/24
whenever **[1]** 39/7
where **[28]** 7/13 7/13
9/2 13/7 15/9 15/13
17/11 18/21 19/9 21/22
23/13 24/3 25/25 27/5
33/14 34/3 35/6 35/19
35/23 52/9 58/11 62/11
73/22 75/14 76/20
82/13 86/7 89/8
whether **[22]** 19/17
21/2 27/8 29/24 30/3
31/6 34/24 44/25 45/17
45/20 50/21 50/22
50/24 67/20 79/13
79/14 79/17 83/3 84/1
84/5 85/23 85/24
which **[34]** 10/13 14/21
15/17 18/2 22/7 35/7
38/25 39/19 45/15 47/3
49/1 49/22 57/9 57/10
58/10 63/13 65/7 67/16
67/18 67/22 68/7 68/12
69/19 70/25 73/6 74/24
77/14 81/12 81/20 82/6
82/20 87/14 88/8 88/9
while **[8]** 9/19 11/2
15/10 17/10 18/19
27/19 82/6 83/1
white **[1]** 19/17
white-collar **[1]** 19/17
who **[46]** 6/10 7/4
13/14 15/24 16/14 17/7
17/13 21/6 23/14 24/14
25/2 28/25 29/22 30/2
30/7 30/8 33/11 34/21
34/21 39/18 40/12 41/1
47/7 48/4 48/24 49/18
49/23 51/14 59/8 59/12
64/3 64/14 65/15 70/10
70/20 70/20 71/2 71/5
71/8 71/22 76/22 84/2
85/14 90/9 90/10 91/19
who's **[4]** 24/20 66/3
77/18 79/11
who've **[5]** 6/25 7/8
16/17 22/4 26/18
whole **[2]** 27/17 60/18
whom **[6]** 7/1 7/17 18/1
48/24 49/25 71/6
whose **[4]** 6/23 10/5
16/2 54/1
why **[19]** 6/9 12/17
15/9 16/10 17/21 18/4
34/1 34/6 43/10 45/11
45/14 54/15 57/19 61/1
74/19 75/24 75/25 86/6
89/11
Wicks **[1]** 41/1
wife **[1]** 84/2
will **[62]** 6/24 8/14 8/16
9/11 12/21 14/2 14/3
15/1 15/9 15/18 16/3
20/12 21/8 21/20 22/23
23/25 33/4 33/8 39/18
40/4 41/19 43/25 44/4
44/11 44/18 47/17
49/17 51/8 52/23 56/5
59/7 59/8 59/11 61/5
62/21 63/20 63/23
64/25 65/2 68/19 69/13
70/11 71/15 71/25 72/4
73/24 81/12 81/13 82/4
82/4 82/7 82/13 82/22
85/13 88/2 89/17 91/18
91/18
William **[7]** 3/7 3/8 4/2
4/12 5/20 92/2 92/8
willing **[6]** 64/20 66/19
78/9 85/14 85/23 90/9
Wilson **[2]** 85/22 85/23
window **[8]** 24/16
24/20 24/23 24/25 25/3
25/7 29/23 30/1
windows **[2]** 23/10
23/14
wisdom **[1]** 77/25
wise **[1]** 83/3
wish **[2]** 63/13 83/2
wishes **[1]** 70/15
within **[1]** 15/4
without **[12]** 25/16
34/17 40/5 41/12 59/9
59/10 63/15 82/13
82/24 84/14 84/17
88/13
witness **[9]** 6/22 7/15
7/24 7/24 8/1 16/7
18/17 20/14 54/6
witnesses **[14]** 6/24
7/4 7/8 7/12 7/16 7/17
10/4 15/18 16/2 30/5
32/13 36/16 54/1 86/23
won't **[1]** 38/16
wondering **[1]** 60/11
word **[1]** 6/22
work **[10]** 14/22 18/13
35/25 36/2 36/17 64/7
64/8 84/7 89/14 90/9
working **[5]** 13/11
13/19 31/11 32/2 34/18
works **[2]** 60/23 86/21
world **[1]** 41/10
would **[108]**
wouldn't **[2]** 75/23
77/6
wound **[1]** 10/9
wrap **[2]** 10/16 10/23
writing **[1]** 12/22
wrong **[6]** 21/19 21/21
24/21 25/4 25/6 25/13

**Y**

Yeah **[2]** 86/10 87/7
year **[11]** 10/2 22/4
27/25 31/23 38/21
39/13 51/19 52/10
years **[2]** 35/11 42/19
yes **[28]** 6/17 18/6 31/9
31/10 31/15 35/4 37/2
47/1 48/6 52/19 53/22
60/15 64/10 66/10
66/18 66/23 68/18 69/7
71/3 71/24 72/23 75/7
75/16 81/8 82/10 89/15
89/24 91/5
yesterday **[3]** 22/17
28/23 86/14
yet **[3]** 42/6 46/3 63/17
you **[269]**
you'd **[4]** 32/24 33/16
65/16 79/7
you'll **[2]** 33/2 58/3
you're **[28]** 10/24 18/24
22/3 23/19 23/21 23/24
24/9 24/10 24/21 25/3
25/18 28/10 31/16 36/4
45/12 51/23 56/11
56/12 56/17 58/19
62/24 65/9 65/11 65/18
75/13 84/12 90/14
91/11
you've **[18]** 19/23 22/2
23/19 23/21 23/24 25/6
26/6 29/5 30/11 32/23
33/1 36/25 40/15 43/14
45/5 53/20 74/25 88/9
your **[146]**
Your Honor **[103]**
yourself **[1]** 19/11
yourselves **[1]** 37/8

**Z**

Zaremba **[3]** 4/12 92/2
92/8
ZOOM **[4]** 1/13 44/11
77/3 84/9