IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:22-cr-00015-APM |
| **KENNETH HARRELSON** | ) |
| | ) |
| **Defendant** | ) |

# MEMORANDUM OF LAW IN SUPPORT OF KENNETH HARRELSON'S MOTION FOR REQUIRED DISCLOSURE OF EXCULPATORY INFORMATION

Defendant, Kenneth Harrelson, by and through undersigned counsel, Bradford L. Geyer, hereby files his Motion for Required Disclosure of Exculpatory Information and Proposed Order.

The undersigned counsel has consulted with the prosecution about the enclosed motions.

Dated: August 19, 2022         RESPECTFULLY SUBMITTED
KENNETH HARRELSON, *By Counsel*
/s/ Brad Geyer

Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2022, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

                                      /s/ Brad Geyer
                                      Bradford L. Geyer, PHV
                                      PA 62998
                                        NJ 022751991
                                        Suite 141 Route 130 S., Suite 303
                                        Cinnaminson, NJ 08077
                                        Brad@FormerFedsGroup.Com
                                        (856) 607-5708