7-1 LIMS (Rev. 10-2-17)

UNCLASSIFIED



# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

| | | | |
|---|---|---|---|
| To: | Christopher Franck<br>Special Agent<br>Tampa | Date: | February 3, 2022 |
| | | Case ID No.: | TP-3439052 |
| | | Lab No.: | 2021-02111-15 |

Communication(s):   December 16, 2021

Agency Reference(s):

Subject(s):

Victim(s):

Discipline(s):   TEDAC DNA

This document may contain personally identifiable information and must be afforded the protections required by applicable law, regulation, and policy. If you are not the intended recipient of this document, please destroy it promptly without further retention or dissemination, unless otherwise required by law.

FBI Laboratory Evidence Designator(s):

Item 18        Two DNA samples from JEREMY MICHAEL BROWN (1B64)

The item listed above was subjected to nuclear deoxyribonucleic acid (DNA) analysis.[1]

**RESULTS OF NUCLEAR DNA EXAMINATIONS:**

The DNA typing results from BROWN were compared to the DNA typing results from items 1-1(1) and 2-1(1) [previously reported under FBI Laboratory Number 2021-02111-4 in the report dated October 25, 2021].

**Item 1-1(1) (Cutting of tape from grenade pin)**

No conclusion regarding sex typing results can be provided for item 1-1(1). Item 1-1(1) was interpreted as originating from two individuals.

BROWN is excluded as a potential contributor to item 1-1(1).[2]

Page 1 of 3

UNCLASSIFIED

**Item 2-1(1) (Cutting of tape from grenade body)**

Male DNA[3] was obtained from item 2-1(1). Item 2-1(1) was interpreted as originating from two individuals.

BROWN is excluded as a potential contributor to item 2-1(1).[2]

**Database Entry Information:**

The DNA results obtained from the tested item are not eligible for entry into the Combined DNA Index System (CODIS).

No other nuclear DNA examinations were conducted.

**Methods/Limitations:**

The following methods and limitations apply to the results/conclusions provided in the results section(s) of this report and are referenced by number in the body of the text for clarity.

[1] DNA analysis was performed using the Quantifiler™ Trio DNA Quantification Kit for the quantitation of human DNA and the GlobalFiler™ PCR Amplification Kit for the DNA typing of short tandem repeats (STRs).

[2] A person of interest is excluded either visually or when the likelihood ratio is less than or equal to 1/100. An exclusion means that the person of interest was not detected in the DNA results.

[3] The presence of male DNA in a mixture may limit the ability to determine if female DNA is also present in that mixture.

**REMARKS:**

The work described in this report was conducted at the Huntsville Laboratory, and the results will be maintained by the FBI Laboratory for possible future comparisons. This report contains the opinions and interpretations of the issuing examiner and is supported by records retained in the FBI Laboratory file. This report conforms to the Department of Justice Uniform Language for Testimony and Reports for Forensic Autosomal DNA Examinations Using Probabilistic Genotyping Systems. For questions about the content of this report, please contact Forensic Examiner Krystal A. Breslin at (256) 678-2393 or kbreslin@fbi.gov.

The submitted item will be returned to you under separate cover. In addition to the evidence in the case, secondary evidence was generated that will also be returned to you. The secondary evidence can be found in a package marked DNA Secondary Evidence.

UNCLASSIFIED

      Please allow a minimum of thirty days from the date of a discovery request for the FBI Laboratory to provide the related materials.  The FBI cannot ensure timely delivery of discovery requests received in less time.

                                              Krystal A. Breslin
                                              Scientific and Biometrics Analysis Unit