**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **No. 22-cr-15 (APM)** |
| **EDWARD VALLEJO,** | |
| *Defendant*. | |

**NOTICE OF JOINDER**

Defendant Edward Vallejo, through counsel, hereby gives notice that he adopts and joins

ECF 521, Defendant Thomas Caldwell's Notice of New Authority and Supplemental Argument as

to Caldwell's Motions for Judgment of Acquittal and New Trial.

April 14, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)
(202) 587-5610 (fax)

*Counsel for Defendant Edward Vallejo*

1