# A

4/3/2019



# HARRELSON, KENNETH

DOB: 11/09/1980
Sex: M
Phone:
Patient ID: 305

Age:
Fasting: N

Specimen: TM074200N
Requisition: 0000972
Lab Reference ID: 7443CE16615
Report Status: FINAL

Collected: 04/03/2019 11:22
Received: 04/03/2019 11:23
Reported: 04/04/2019 00:34

Client #: 66092191
TURBAY, TAMID A
MHM MEDICAL GROUP
835 EXECUTIVE LN STE 140
ROCKLEDGE, FL 32955-8068
Phone: (321) 373-0505
Fax: (321) 806-3290

FASTING: NO

## CBC (H/H, RBC, INDICES, WBC, PLT)

| Analyte | Value | |
|---|---|---|
| WHITE BLOOD CELL COUNT | 4.8 | Reference Range: 3.8-10.8 Thousand/uL |
| RED BLOOD CELL COUNT | 5.00 | Reference Range: 4.20-5.80 Million/uL |
| HEMOGLOBIN | 15.4 | Reference Range: 13.2-17.1 g/dL |
| HEMATOCRIT | 45.0 | Reference Range: 38.5-50.0 % |
| MCV | 90.0 | Reference Range: 80.0-100.0 fL |
| MCH | 30.8 | Reference Range: 27.0-33.0 pg |
| MCHC | 34.2 | Reference Range: 32.0-36.0 g/dL |
| RDW | 13.2 | Reference Range: 11.0-15.0 % |
| PLATELET COUNT | 228 | Reference Range: 140-400 Thousand/uL |
| MPV | 10.7 | Reference Range: 7.5-12.5 fL |

### Performing Sites
TP Quest Diagnostics-Tampa, 4225 E Fowler Ave, Tampa, FL 33617-2026  Laboratory Director: Weston H Rothrock MD

### Key
⦿ Priority Out of Range   ⚠ Out of Range

These results have been sent to the person who ordered the tests. Your receipt of these results should not be viewed as medical advice and is not meant to replace discussion with your doctor or other healthcare professional.

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - '®' and '™' - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2022 Quest Diagnostics Incorporated. All rights reserved.



4/7/2021

# LabCorp

**Patient Report**

Specimen ID: 097-833-5779-0
Control ID: LB102_0039F

Acct #: 09610792  Phone: (407) 665-1307  Rte: 44

**HARRELSON, KENNETH**

Seminole Cty Sheriff- County
211 BUSH BLVD
SANFORD FL 32773

### Patient Details
DOB: 11/09/1980
Age(y/m/d): 040/04/29
Gender: M
Patient ID: 202100001670

### Specimen Details
Date collected: 04/07/2021 0650 Local
Date received: 04/07/2021
Date entered: 04/07/2021
Date reported: 04/08/2021 0812 ET

### Physician Details
Ordering: J Morency,
Referring:
ID:
NPI: 1497210272

**General Comments & Additional Information**
Alternate Control Number: LB102_0039FBDAC      Alternate Patient ID: 202100001670

**Ordered Items**
CBC With Differential/Platelet; Comp. Metabolic Panel (14)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 8.3 | | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 5.20 | | x10E6/uL | 4.14-5.80 | 01 |
| Hemoglobin | 16.3 | | g/dL | 13.0-17.7 | 01 |
| Hematocrit | 49.1 | | % | 37.5-51.0 | 01 |
| MCV | 94 | | fL | 79-97 | 01 |
| MCH | 31.3 | | pg | 26.6-33.0 | 01 |
| MCHC | 33.2 | | g/dL | 31.5-35.7 | 01 |
| RDW | 14.3 | | % | 11.6-15.4 | 01 |
| Platelets | 181 | | x10E3/uL | 150-450 | 01 |
| Neutrophils | 42 | | % | Not Estab. | 01 |
| Lymphs | 48 | | % | Not Estab. | 01 |
| Monocytes | 8 | | % | Not Estab. | 01 |
| Eos | 2 | | % | Not Estab. | 01 |
| Basos | 0 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 3.5 | | x10E3/uL | 1.4-7.0 | 01 |
| Lymphs (Absolute) | 4.0 | High | x10E3/uL | 0.7-3.1 | 01 |
| Monocytes(Absolute) | 0.6 | | x10E3/uL | 0.1-0.9 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 84 | | mg/dL | 65-99 | 01 |
| BUN | 15 | | mg/dL | 6-24 | 01 |
| Creatinine | 1.10 | | mg/dL | 0.76-1.27 | 01 |
| eGFR If NonAfricn Am | 84 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 97 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 14 | | | 9-20 | |
| Sodium | 142 | | mmol/L | 134-144 | 01 |

Date Issued: 04/17/21 1157 ET      **FINAL REPORT**      Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-877-5227

© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



# Patient Report

**Patient:** HARRELSON, KENNETH
**DOB:** ▮▮▮▮▮▮
**Patient ID:** 202100001670
**Control ID:** LB102_0039F
**Specimen ID:** 097-833-5779-0
**Date collected:** 04/07/2021 0650 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Potassium | 4.8 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 99 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 30 | High | mmol/L | 20-29 | 01 |
| Calcium | 9.9 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 6.9 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.5 | | g/dL | 4.0-5.0 | 01 |
| Globulin, Total | 2.4 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.9 | | | 1.2-2.2 | |
| Bilirubin, Total | <0.2 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 52 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 118 | High | IU/L | 0-40 | 01 |
| ALT (SGPT) | 85 | High | IU/L | 0-44 | 01 |

| 01 | TA | LabCorp Tampa
5610 W LaSalle Street, Tampa, FL 33607-1770 | Dir: Sean Farrier, MD |

For inquiries, the physician may contact **Branch: 800-877-5227 Lab: 800-877-5227**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-877-5227
© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

5/6/2022

**Harrelson, Kenneth**
Patient ID: 377692
Specimen ID: 136-184-4411-0

DOB: 
Age: **41**
Sex: **Male**

**Patient Report**
Account Number: **08755665**
Ordering Physician: **R Aidoo -**



---

Ordered Items: **Basic Metabolic Panel (8); Lipid Panel; Hemoglobin A1c**

| Date Collected: 05/16/2022 | Date Received: 05/16/2022 | Date Reported: 05/17/2022 | | Fasting: **Not Given** |
|---|---|---|---|---|

## Basic Metabolic Panel (8)

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| Glucose 01 | 92 | 84 | 04/07/2021 | mg/dL | 65-99 |
| BUN 01 | 13 | 15 | 04/07/2021 | mg/dL | 6-24 |
| Creatinine 01 | 1.05 | 1.1 | 04/07/2021 | mg/dL | 0.76-1.27 |
| eGFR | 91 | | | mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | 12 | 14 | 04/07/2021 | | 9-20 |
| Sodium 01 | 141 | 142 | 04/07/2021 | mmol/L | 134-144 |
| Potassium 01 | 3.9 | 4.8 | 04/07/2021 | mmol/L | 3.5-5.2 |
| Chloride 01 | 101 | 99 | 04/07/2021 | mmol/L | 96-106 |
| Carbon Dioxide, Total 01 | 25 | 30 | 04/07/2021 | mmol/L | 20-29 |
| Calcium 01 | 9.5 | 9.9 | 04/07/2021 | mg/dL | 8.7-10.2 |

## Lipid Panel

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| Cholesterol, Total 01 | 159 | | 162 | 06/24/2021 | mg/dL | 100-199 |
| Triglycerides 01 | 137 | | 145 | 06/24/2021 | mg/dL | 0-149 |
| ▼ HDL Cholesterol 01 | **31** | **Low** | 34 | 06/24/2021 | mg/dL | >39 |
| VLDL Cholesterol Cal | 25 | | 26 | 06/24/2021 | mg/dL | 5-40 |
| ▲ LDL Chol Calc (NIH) | **103** | **High** | 102 | 06/24/2021 | mg/dL | 0-99 |

## Hemoglobin A1c

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| Hemoglobin A1c 01 | 5.6 | 5.5 | 06/24/2021 | % | 4.8-5.6 |
| Please Note: 01 | | | | | |

```
Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0
```

## Disclaimer
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

## Icon Legend
▲ Out of Reference Range   ■ Critical or Alert

## Performing Labs
01: BN - Labcorp Burlington 1447 York Court, Burlington, NC, 27215-3361 Dir: Sanjai Nagendra, MD
For Inquiries, the physician may contact Branch: 800-859-0391 Lab: 800-762-4344

---

**labcorp**
©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

Date Created and Stored 05/17/22 0937 ET   **Final Report** Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344

**Harrelson, Kenneth**
Patient ID: 377692
Specimen ID: ~~136-184-4411-0~~

DOB: ~~[redacted]~~
Age: 41
Sex: **Male**

**Patient Report**
Account Number: **08755665**
Ordering Physician: **R Aidoo -**



**Patient Details**
**Harrelson, Kenneth**
~~[redacted address]~~

Phone: **377-692-7692**
Date of Birth: **11/09/1980**
Age: **41**
Sex: **Male**
Patient ID: **377692**
Alternate Patient ID: **377692**

**Physician Details**
**R Aidoo -**
**Correctional Treatment**
**1901 E Street SE, Washington, DC, 20003**

Phone: **202-698-0433**
Account Number: **08755665**
Physician ID:
NPI: **1366824385**

**Specimen Details**
Specimen ID: **136-184-4411-0**
Control ID: **40300758**
Alternate Control Number: **40300758**
Date Collected: **05/16/2022 0951** Local
Date Received: **05/16/2022 0000** ET
Date Entered: **05/16/2022 2241** ET
Date Reported: **05/17/2022 0935** ET
Rte: **ML**

---

**labcorp**

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

Date Created and Stored  05/17/22 0937 ET   **Final Report** Page 2 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344

6/24/2021

**Harrelson, Kenneth**
Patient ID: 377692
Specimen ID: 175-184-2310-0

DOB: ▓▓▓▓▓▓▓▓
Age: **40**
Sex: **Male**

**Patient Report**
Account Number: **08755665**
Ordering Physician: **A Amankwah**

**labcorp**

Ordered Items: **Lipid Panel; Hemoglobin A1c; Hep B Surface Ab; Hep A Ab, Total**

Date Collected: **06/24/2021**   Date Received: **06/24/2021**   Date Reported: **06/25/2021**   Fasting: **Not Given**

## Lipid Panel

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Cholesterol, Total [01] | 162 | | mg/dL | 100-199 |
| Triglycerides [01] | 145 | | mg/dL | 0-149 |
| ▼ HDL Cholesterol [01] | 34   Low | | mg/dL | >39 |
| VLDL Cholesterol Cal | 26 | | mg/dL | 5-40 |
| ▲ LDL Chol Calc (NIH) | 102   High | | mg/dL | 0-99 |

## Hemoglobin A1c

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Hemoglobin A1c [01] | 5.5 | | % | 4.8-5.6 |
| Please Note: [01] | | | | |

```
Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0
```

## Hep B Surface Ab

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Hep B Surface Ab, Qual [01] | Non Reactive | | | |

```
                         Non Reactive: Inconsistent with immunity,
                                       less than 10 mIU/mL
                         Reactive:     Consistent with immunity,
                                       greater than 9.9 mIU/mL
```

## Hep A Ab, Total

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| ▶ Hep A Ab, Total [01] | Positive   Abnormal | | | Negative |

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 3 years where there is sufficient patient demographic data to match the result to the patient.

**Icon Legend**
▲ Out of reference range   ■ Critical or Alert

**Performing Labs**
01: BN - LabCorp Burlington 1447 York Court, Burlington, NC, 27215-3361 Dir: Sanjai Nagendra, MD
For Inquiries, the physician can contact Branch: 800-859-0391 Lab: 800-762-4344

**labcorp**

Date Issued  06/25/21 0939 ET   **Final Report**   Page 1 of 2

©1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344.

**Harrelson, Kenneth**    DOB: **11/09/1980**    **Patient Report** 

Patient ID: **377692**    Age: **40**    Account Number: **08755665**
Specimen ID: **175-184-2310-0**    Sex: **Male**    Ordering Physician: **A Amankwah**

---

**Patient Details**
**Harrelson, Kenneth**
~~[redacted]~~
Phone: **377-692-7692**
Date of Birth: **11/09/1980**
Age: **40**
Sex: **Male**
Patient ID: **377692**
Alternate Patient ID: **377692**

**Physician Details**
**A Amankwah**
**Correctional Treatment**
**1901 E Street SE, Washington, DC, 20003**

Phone: **202-698-0433**
Account Number: **08755665**
Physician ID:
NPI: **1598827172**

**Specimen Details**
Specimen ID: **175-184-2310-0**
Control ID: **37965725**
Alternate Control Number: **37965725**
Date Collected: **06/24/2021 1119  Local**
Date Received: **06/24/2021 0000  ET**
Date Entered: **06/24/2021 2203  ET**
Date Reported: **06/25/2021 0935  ET**
Rte: **ML**

---

labcorp      Date Issued 06/25/21 0939 ET  **Final Report** Page 2 of 2

©1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344.

3/20/2023



**Federal Bureau of Prisons**

**U.S. Medical Center for Federal Prisons**
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | |
|---|---|
| Name  HARRELSON, KENNETH | Facility  USP Lewisburg |
| Reg #  34096-509 | Order Unit  C02-219L |
| DOB  11/09/1980 | Provider  Jessie Ayers, PA-C |
| Sex  M | |

Collected 03/20/2023 09:01 EDT
Received 03/21/2023 10:22 EDT
Reported 03/21/2023 14:35 EDT
LIS ID  074231373

## CHEMISTRY

| Test | Flag | Result | Range | Units |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 4.1 | 3.5-5.1 | mmol/L |
| Chloride | | 103 | 98-107 | mmol/L |
| Carbon Dioxide | H | 30 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 15 | 6-20 | mg/dL |
| Creatinine | | 1.07 | 0.67-1.17 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Range | Units |
|---|---|---|---|---|
| Calcium | | 9.7 | 8.6-10.0 | mg/dL |
| Glucose | H | 159 * | 74-106 | mg/dL |
| AST | H | 42 | 10-40 | U/L |
| ALT | H | 77 | 8-41 | U/L |
| Alkaline Phosphatase | | 73 | 40-129 | U/L |
| Bilirubin, Total | | 0.3 | <=1.2 | mg/dL |
| Protein, Total | | 7.2 | 6.6-8.7 | g/dL |
| Albumin | | 4.5 | 3.5-5.2 | g/dL |
| Globulin | | 2.8 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.63 | 1.00-2.30 | |
| Anion Gap | | 9.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 14.2 | 5.0-30.0 | |
| Cholesterol, Total | | 153 | <200 | mg/dL |
| Triglycerides | | 134 | <=150 | mg/dL |
| HDL Cholesterol | L | 28 | 40-60 | mg/dL |
| LDL-Cholesterol | | 98 | <=130 | mg/dL |
| Chol/HDLC Ratio | H | 5.5 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| Test | Result | Range | Units |
|---|---|---|---|
| TSH | 2.65 | 0.27-4.20 | uIU/mL |

## HEMATOLOGY

| Test | Flag | Result | Range | Units |
|---|---|---|---|---|
| White Blood Cell Count | | 5.1 | 4.3-11.1 | K/uL |
| Red Blood Cell Count | | 4.68 | 4.46-5.78 | M/uL |
| Hemoglobin | | 14.4 | 13.6-17.6 | g/dL |
| Hematocrit | | 44.2 | 40.2-51.4 | % |
| MCV | | 94.4 | 82.5-96.5 | fL |
| MCH | | 30.8 | 27.1-34.9 | pg |
| MCHC | L | 32.6 | 33.0-37.0 | g/dL |

FLAG LEGEND    L=Low    LI=Low Critical    H=High    HI=High Critical    A=Abnormal    AI=Abnormal Critical

Page 1 of 3



Report Status: **Final**

**HARRELSON, KENNETH**

| Patient Information | Specimen Information | | Client Information |
|---|---|---|---|
| **HARRELSON, KENNETH**<br><br>DOB: 11/09/1980    AGE: 42<br>Gender:   M<br>Patient ID: 34096-509 | Specimen:<br>Collected:<br>Received:<br>Reported: | CF586743Q<br>03/20/2023 / 09:01 EDT<br>03/21/2023 / 01:57 EDT<br>03/26/2023 / 03:28 EDT | Client #: 17837043<br>AYERS, JESSIE |

### Infectious Diseases

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| HCV RNA, QUANTITATIVE REAL TIME PCR | <15 NOT DETECTED | NOT DETECTED IU/mL | Z99 |
| HCV RNA, QUANTITATIVE REAL TIME PCR | <1.18 NOT DETECTED | NOT DETECTED Log IU/mL | Z99 |

This test was performed using Real-Time Polymerase Chain Reaction.

Reportable Range: 15 IU/mL to 100,000,000 IU/mL (1.18 Log IU/mL to 8.00 Log IU/mL).

The analytical performance characteristics of this assay have been determined by Quest Diagnostics. The modifications have not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

For more information on this test, go to: http://education.questdiagnostics.com/faq/FAQ22v1 (This link is being provided for informational/ educational purposes only.)

Physician Comments:

**PERFORMING SITE:**
AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: PATRICK W. MASON, MD, PHD, CLIA: 49D0221801
Z99    QUEST DIAGNOSTICS CLIFTON, 1 INSIGHTS DRIVE, CLIFTON, NJ 07012-2355 Laboratory Director: PETER E. FISHER, MD, CLIA: 31D0696246

```
LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:
    TESTOSTERONE, TOTAL, MS                    249 L          250-1100 ng/dL                AMD

        For additional information, please refer to
        http://education.questdiagnostics.com/faq/
        TotalTestosteroneLCMSMSFAQ165
        (This link is being provided for informational/
        educational purposes only.)

        This test was developed and its analytical performance
        characteristics have been determined by Quest
        Diagnostics Nichols Institute Chantilly, VA. It has
        not been cleared or approved by the U.S. Food and Drug
        Administration. This assay has been validated pursuant
        to the CLIA regulations and is used for clinical
        purposes.

    TESTOSTERONE, BIOAVAILABLE                 96.1 L         110.0-575.0 ng/dL             AMD
```

 

**Report Status: Final**

**HARRELSON, KENNETH**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| HARRELSON, KENNETH<br>DOB: ███████  AGE: 42<br>Gender: M<br>Phone: NG<br>Patient ID: 34096-509 | Specimen: CF586743Q<br>Requisition: 3719111<br>Lab Ref #: 074231373<br>Collected: 03/20/2023 / 09:01 EDT<br>Received: 03/21/2023 / 01:57 EDT<br>Reported: 03/26/2023 / 03:28 EDT | Client #: 17837043   WI050000<br>AYERS, JESSIE<br>USP LEWISBURG<br>Attn: KEVIN PIGOS, MD<br>2400 ROBERT F MILLER DR<br>LEWISBURG, PA 17837-6850 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TESTOSTERONE, FREE, BIOAVAILABLE AND TOTAL, MS | | | | |
|   TESTOSTERONE, TOTAL, MS | | 249 L | 250-1100 ng/dL | AMD |

For additional information, please refer to
http://education.questdiagnostics.com/faq/
TotalTestosteroneLCMSMSFAQ165
(This link is being provided for informational/
educational purposes only.)

This test was developed and its analytical performance
characteristics have been determined by Quest
Diagnostics Nichols Institute Chantilly, VA. It has
not been cleared or approved by the U.S. Food and Drug
Administration. This assay has been validated pursuant
to the CLIA regulations and is used for clinical
purposes.

| | | | | |
|---|---|---|---|---|
| TESTOSTERONE, FREE AND BIOAVAILABLE | | | | AMD |
|   TESTOSTERONE, FREE | 46.7 | | 46.0-224.0 pg/mL | |
|   TESTOSTERONE, BIOAVAILABLE | | 96.1 L | 110.0-575.0 ng/dL | |
| SEX HORMONE BINDING | | | | AMD |
|   GLOBULIN | 19 | | 10-50 nmol/L | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | AMD |

CLIENT SERVICES: 866.697.8378         SPECIMEN: CF586743Q                      PAGE 1 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**U.S. Medical Center for Federal Prisons**
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| Name HARRELSON, KENNETH | Facility USP Lewisburg | Collected 03/20/2023 09:01 EDT |
| Reg # 34096-509 | Order Unit C02-219L | Received 03/21/2023 10:22 EDT |
| DOB 11/09/1980 | Provider Jessie Ayers, PA-C | Reported 03/21/2023 14:35 EDT |
| Sex M | | LIS ID 074231373 |

### HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| RDW-CV | | 13.4 | 12.0-14.0 | % |
| Platelet Count | | 237 | 130-374 | K/uL |
| MPV | H | 11.3 | 6.9-10.5 | fL |

### HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 5.7 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

### HEPATITIS

| | | |
|---|---|---|
| Hepatitis B Surface Antigen | Non-Reactive | Non-Reactive |
| Hepatitis B Surface Antibody QL | Negative | Negative |
| Hepatitis B Core Ab Total | Non-Reactive | Non-Reactive |
| Hepatitis C Antibody | Non-Reactive | Non-Reactive |

**FLAG LEGEND**   L=Low   LI=Low Critical   H=High   HI=High Critical   A=Abnormal   AI=Abnormal Critical

Page 2 of 3