IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | Case No. |
| | 22-cr-15 |
| v. | |
| | Assigned to the Honorable |
| | Judge Amit Mehta |
| **KENNETH HARRELSON** | |
| Defendant. | |

## NOTICE OF JOINDER

Defendant, Kenneth Harrelson, by and through his undersigned counsel, Bradford L. Geyer, Esq., hereby gives notice that he adopts and joins:

ECF No. 420: MOTION for Acquittal , MOTION for New Trial by THOMAS EDWARD CALDWELL. (Fischer, David) (Entered: 12/11/2022);

ECF No. 434: MOTION for New Trial by KELLY MEGGS as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, THOMAS EDWARD CALDWELL. (Attachments: # **1** Text of Proposed Order)(Woodward, Stanley) (Entered: 12/23/2022);

ECF No. 462: REPLY TO OPPOSITION to Motion by KELLY MEGGS as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, THOMAS EDWARD CALDWELL re **432** Joint MOTION for Judgment NOV *judgment of acquittal*, **435** Joint MOTION for Leave to File *Amended Memorandum in Support of Defendants R 29 Motion for Acquittal* , REPLY in Support by KELLY MEGGS as to ELMER

1

STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, THOMAS EDWARD CALDWELL re **435** Joint MOTION for Leave to File *Amended Memorandum in Support of Defendants R 29 Motion for Acquittal* (Haller, Juli) (Entered: 01/24/2023)

ECF No. 463: REPLY in Support by KELLY MEGGS as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, THOMAS EDWARD CALDWELL re **434** MOTION for New Trial *Jointly filed* (Haller, Juli) (Entered: 01/24/2023)

ECF No. 477: MOTION for Leave to File *Memorandum in Support of Rule 29 motion* by EDWARD VALLEJO. (Attachments: # **1** Attachment - Vallejo Memorandum in Support of Rule 29 Motion, # **2** Text of Proposed Order)(Peed, Matthew) (Entered: 02/28/2023);

ECF No. 478: MOTION pursuant to Rule 33 for new trial by ROBERTO A. MINUTA. (Shipley, William) (Entered: 03/02/2023);

ECF No. 479: MOTION for Acquittal by ROBERTO A. MINUTA. (Shipley, William) (Entered: 03/02/2023);

ECF No. 521: NOTICE *of New Authority and Supplemental Argument as to Caldwell's Motions for Judgment of Acquittal and New Trial* by THOMAS EDWARD CALDWELL re **434** MOTION for New Trial , **432** Joint MOTION for Judgment NOV *judgment of acquittal* (Fischer, David) (Entered: 04/13/2023);

2

ECF 541, Defendant Thomas Caldwell's Reply to Government's Response to Defendant's Notice of New Authority.

Dated:  June 4, 2023                         RESPECTFULLY SUBMITTED

KENNETH HARRELSON, *By Counsel*

/s/ Brad Geyer

Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

3

## CERTIFICATE OF SERVICE

  I hereby certify that on June 4, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

        /s/ Brad Geyer
        Bradford L. Geyer, PHV
        PA 62998
        NJ 022751991
        Suite 141 Route 130 S., Suite 303
        Cinnaminson, NJ 08077
        Brad@FormerFedsGroup.Com
        (856) 607-5708