```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
           Plaintiff,              )
                                   )    CR No. 22-15
                                   )    Washington, D.C.
           vs.                     )    August 23, 2022
                                   )    2:09 p.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )
           Defendants.             )
_____)


          TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:            Kathryn L. Rakoczy
                               Jeffrey S. Nestler
                               Alexandra Hughes
                               Justin Sher
                               Louis Manzo
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               555 Fourth Street, NW
                               Washington, D.C. 20530
                               (202) 252-7277
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes, III:     Phillip A. Linder
                               James Lee Bright
                               BARRETT BRIGHT LASSITER LINDER
                               3300 Oak Lawn Avenue
                               Suite 700
                               Dallas, TX 75219
                               (214) 252-9900
                               Email:
                               phillip@thelinderfirm.com
                               Email: jlbrightlaw@gmail.com

For Defendant
Jessica M. Watkins:            Jonathan W. Crisp
                               CRISP AND ASSOCIATES, LLC
                               4031 North Front Street
                               Harrisburg, PA 17110
                               (717) 412-4676
                               Email:
                               jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Stanley Edmund Woodward, Jr.
                                    BRAND WOODWARD LAW
                                    1808 Park Road NW
                                    Washington, D.C. 20010
                                    (202) 996-7447
                                    Email:
                                    stanley@brandwoodwardlaw.com

                                    Juli Zsuzsa Haller
                                    LAW OFFICES OF JULIA HALLER
                                    601 Pennsylvania Avenue, NW
                                    Suite 900
                                    S. Building
                                    Washington, D.C. 20036
                                    (202) 352-2615
                                    Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FORMERFEDS LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Roberto A. Minuta:                  William Lee Shipley, Jr.
                                    LAW OFFICES OF
                                    WILLIAM L. SHIPLEY
                                    PO Box 4541
                                    Kailua, HI 96734
                                    (808) 228-1341
                                    Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                     Angela Halim
                                    FEDERAL COMMUNITY
                                    DEFENDER OFFICE
                                    601 Walnut Street
                                    Suite 501 West
                                    Philadelphia, PA 19106
                                    (215) 928-1100
                                    Email: angie_halim@fd.org

APPEARANCES CONTINUED:

For Defendant
David Moerschel:                   David William Fischer, Sr.
                                   Connor Martin
                                   FISCHER & PUTZI, P.A.
                                   7310 Governor Ritchie Highway
                                   Empire Towers, Suite 300
                                   Glen Burnie, MD 21061-3065
                                   (410) 787-0826
                                   Email:
                                   fischerandputzi@hotmail.com

For Defendant
Thomas E. Caldwell:                David William Fischer, Sr.
                                   Connor Martin
                                   FISCHER & PUTZI, P.A.
                                   7310 Governor Ritchie Highway
                                   Empire Towers, Suite 300
                                   Glen Burnie, MD 21061-3065
                                   (410) 787-0826
                                   Email:
                                   fischerandputzi@hotmail.com

For Defendant
Edward Vallejo:                    Matthew J. Peed
                                   CLINTON & PEED
                                   1775 Eye Street, NW
                                   Suite 1150
                                   Washington, D.C. 20006
                                   (202) 919-9491
                                   Email: matt@clintonpeed.com

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.  The Honorable

3    Amit P. Mehta presiding.

4          THE COURT:  Good afternoon, everyone.  Please be

5    seated.

6          COURTROOM DEPUTY:  Good afternoon, Your Honor.

7    This is Criminal Case No. 22-15, United States of America

8    versus Defendant No. 1, Elmer Stewart Rhodes III; Defendant

9    No. 2 Kelly Meggs; Defendant No. 3, Kenneth Harrelson;

10   Defendant 4, Jessica Watkins; Defendant 6, Roberto Minuta,

11   Defendant 7 Joseph Hackett; Defendant 8, David Moerschel;

12   Defendant 10, Thomas Edward Caldwell; and Defendant 11,

13   Edward Vallejo.

14         Kathryn Rakoczy, Jeffrey Nestler, Alexandra

15   Hughes, Lou Manzo, Troy Edwards, and Justin Sher for the

16   government.

17         Phillip Linder and James Bright on behalf of

18   Defendant Rhodes.

19         Stanley Woodward and Juli Haller on behalf of

20   Defendant Meggs.

21         Bradford Geyer on behalf of Defendant Harrelson.

22         Jonathan Crisp on behalf of Defendant Watkins.

23         William Shipley on behalf of Defendant Minuta.

24         Angela Halim on behalf of Defendant Hackett.

25         David Fischer and Connor Martin standing in for

 1    Scott Weinberg on behalf of Defendant Moerschel.

 2              David Fischer also for Defendant Caldwell.

 3              And Matthew Peed on behalf of defendant Vallejo.

 4              Defendants Rhodes, Meggs, Harrelson, and Watkins

 5    are appearing in person for these proceedings.

 6              Defendants Hackett, Moerschel, Caldwell, and

 7    Vallejo are appearing remotely.

 8              And defendant Minuta has had his appearance waived

 9    by counsel.

10              THE COURT:  Hang on, everybody.  Just one minute.

11              (Pause)

12              THE COURT:  Okay.  Welcome again, everybody;

13    I hope everybody is doing well.

14              All right.  So we're here primarily to make sure

15    we're on track for trial.  I also want to accomplish a few

16    other things today concerning sort of next dates in terms of

17    resolving the motions in limine, many of which have become

18    ripe fairly recently.  And I also want to go through some

19    logistical issues concerning trial.

20              So why don't we at least -- let's start where we

21    usually do.  I'll ask Ms. Rakoczy to bring us up to date on

22    anything that she thinks the government should let us know.

23              MS. RAKOCZY:  Thank you, Your Honor.

24              Yes, since we were last before the Court,

25    Your Honor, we have continued to make some very limited

1  discovery productions, mostly more on the order of *Jencks*

2  and *Giglio* type disclosures, but we have made some

3  additional discovery.  We are, we think, current with that

4  right now.

5          We do continue to meet with witnesses as we

6  prepare for trial.  So we've told the defense that we will

7  be providing sort of *Jencks* and *Giglio* on a rolling basis if

8  there are any updated pieces of information that come from

9  those interviews.  But that is the primary discovery that

10 remains outstanding at this point in time.

11         We have also had a number of conversations with

12 the defense in anticipation of the Joint Pretrial Statement

13 that's due to Your Honor on September 7th.  We had a virtual

14 Zoom meeting with defense counsel this past Monday,

15 yesterday, and last Friday, that the defense helpfully set

16 up.

17         We went over stipulations that the government has

18 proposed and a few that have been proposed by the defense.

19 We've discussed the proposed juror questionnaire that

20 we will be submitting to the Court later today.  And we've

21 started a discussion of jury instructions.  And so

22 we believe we're on track to have a fulsome Joint Pretrial

23 submission for the Court's consideration.

24         The government has provided the defense with an

25 outline of statements that we intend to introduce at trial,

1    it's a draft, but it is a very fulsome draft that we hope

2    will assist in having conversations about both admissibility

3    and relevance and rule of completeness prior to that

4    submission.

5              We'll also be providing the defense with our

6    proposed exhibit list and hope to exchange exhibit and

7    witness lists in the next week so that in that Joint

8    Pretrial submission, we can flag for your court major

9    disagreements or categories of disagreement to address at

10   either the pretrial scheduling conference or some other

11   pretrial hearing.

12             I think it is the sincere hope of all the parties

13   that we can have very limited mid-trial objections to

14   evidence on admissibility or relevance grounds.

15             I think those are all of the updates that the

16   government has for the Court.

17             THE COURT:  Okay.

18             MS. RAKOCZY:  Thank you.

19             THE COURT:  Just a few follow-ups, Ms. Rakoczy.

20             Starting with the statements issue, you know,

21   I know Mr. -- I can't remember which counsel it was --

22   Mr. -- wasn't Mr. Geyer.  In any event, somebody had

23   recommended last time that we set something down on the

24   calendar to talk about statements, and in particular,

25   co-conspirator statements.

1          I guess two questions; one is, given where you

2    are, do you foresee there being statements that are

3    admissible only against particular defendants or do you

4    think everything the government will intend to introduce is

5    going to be sought to be qualified as a co-conspirator

6    statement?

7          MS. RAKOCZY:  No, Your Honor.  I do believe there

8    will be some statements that we would acknowledge are

9    admissible against only one defendant.  Primarily what comes

10   to mind are statements after January 6th or after the end

11   period of the conspiracy, where someone made what we would

12   characterize as an admission, particularly an admission

13   about intent, that we would argue is perhaps admissible

14   against only that one person and not a statement in

15   furtherance or some other jointly admissible theory of

16   liability.

17         THE COURT:  Okay.

18         Yeah.  I mean, to state the obvious, it will be

19   important to understand for me what the parameters are of

20   this issue, because if there are -- when there are

21   statements introduced against particular defendants, I'll

22   obviously need to advise the jury of that, that that

23   statement is only admissible as to a particular defendant,

24   so it will be useful to understand where sort of the line of

25   demarcation is at some point.  And I think we can, one of

```
 1    the dates I'd like to put down is for such a -- for such a
 2    conference to talk about statements.
 3              MS. RAKOCZY:  Yes, Your Honor.
 4              THE COURT:  Okay.
 5              One other quick question, and that -- you know,
 6    you've said that there are -- you're anticipating additional
 7    Jencks material as witness prep is happening.
 8    Do you mean that there may be notes, agent notes, of witness
 9    prep sessions that the government is turning over as Jencks
10    material?
11              MS. RAKOCZY:  Yes, Your Honor, agent notes.
12              And we've also asked the agents to prepare what's
13    called an FD-302 report to document that these interviews
14    happened and to note any new information just to make it
15    easier for the defense to spotlight anything new coming out
16    of these interviews.
17              THE COURT:  Okay.
18              MS. RAKOCZY:  Defense and ourselves, frankly.
19              THE COURT:  Right.
20              MS. RAKOCZY:  So that a formal report, a brief
21    report, will accompany notes, and those are the types of
22    additional Jencks materials that we are anticipating.
23              THE COURT:  Okay.  That's helpful to know, because
24    oftentimes there are disputes over agent notes, but it
25    sounds like in this case you all have been producing those
```

1    affirmatively.

2              MS. RAKOCZY:  Yes, Your Honor.

3              THE COURT:  Okay.  Terrific.

4              Okay.  I don't think I have anything else.

5              MS. RAKOCZY:  Thank you, Your Honor.

6              THE COURT:  All right.  Why don't we turn then to

7    defense counsel.  So, Mr. Bright and Mr. Linder.

8              MR. LINDER:  Yes, sir.  Good afternoon,

9    Your Honor.

10             THE COURT:  Good afternoon, Mr. Linder.

11             MR. LINDER:  I've got some housekeeping things for

12   trial, but you said you were going to get into that later so

13   I'll hold off on that for now.

14             I will confer with Ms. Rakoczy in the fact that

15   we believe we've had very constructive Webex meetings with

16   the U.S. Attorney's Office on going through stipulations and

17   the juror questionnaire, which, as she mentioned, the

18   questionnaire should be sent to you today.  Out of 70

19   questions, we're down to about five or six questions that

20   you're going to have to make a decision on, Your Honor.

21             The stipulations, we've gone mostly through those,

22   probably through about three quarters of those, we've got

23   resolved whether we agree or disagree, and so we're kind of

24   getting through that.

25             And, yes, the government is continuing to send us

1    discovery; however, just yesterday, Your Honor, on

2    August 22nd, we got another letter from the Department of

3    Justice, which is not just a little bit of discovery, it's

4    global discovery stuff, that has scores and scores of

5    witness statements, videos again.

6           And I can send this to the Court because I would

7    like to, at this point, just re-urge the motion for

8    continuance that Caldwell filed under docket No. 193 and

9    that we joined with Mr. Rhodes under document No. 194 and

10   201 and Meggs filed under 198.  And in my document numbers,

11   I referenced the February letter from the DOJ, docket No.

12   44, that talked about the voluminous amounts of discovery.

13          I'm going to add to that this letter of

14   August 22nd.  And it specifically says, "Please be advised

15   that the voluminous documents to Relativity can sometimes

16   take several hours or days to upload."

17          We're still getting evidence.  Some of it may be

18   directly relevant, some of it may not be, but I, in good

19   conscience, as the lawyer for my client, cannot just dismiss

20   it as it's global, I don't have to look at it, I've got to

21   get to it at some point.  So just in re-urging my motion for

22   continuance, I wanted to make the Court aware of the

23   voluminous amounts of discovery we're still getting.

24          I anticipate, and as Ms. Rakoczy stated, we will

25   be getting evidence up until the day of trial.  Now, some of

1    that is very focused, client based, and yes, that is much

2    easier to get through.  But when we get these global dumps

3    of discovery, it takes our staff sometimes multiple days to

4    get it uploaded and printed or put in a way we can look at

5    it and then sometimes that generates other witness stuff

6    that we have to do.  So at this point, I would just like to

7    re-urge that.

8           I believe there's a motion to sever that is before

9    you today that Brad Geyer will take the lead on.  We will

10   join in that.  I will let him argue that first.

11          And then there's a motion to extend time for

12   expert designations filed by Ms. Juli Haller that references

13   the notice of experts that we filed on behalf of Mr. Rhodes,

14   and we'll join on that if we need to, Your Honor.  I believe

15   she and Mr. Nestler have had some discussions about

16   extending that a little bit.

17          But we are moving forward, Your Honor, but at this

18   point, I'm still urging -- I'm still asking for a motion for

19   continuance based on the other docket numbers I just

20   referenced.  Thank you.

21          THE COURT:  Okay.  Thank you, Mr. Linder.

22          You know, as I've said all along, I understand

23   that there is quite a bit of discovery in this case.  It

24   doesn't surprise me that there is another global release.

25   But that said, you know, we still remain five weeks out or

1    so from the start of trial.  And, importantly, just the mere

2    fact of a release of discovery doesn't tell me very much as

3    it pertains to this case and whether there is the kind of

4    volume of late-disclosed material that might otherwise

5    warrant a continuance.  And unless I get greater specificity

6    and greater reason to believe that what's in this latest

7    release is the kind of voluminous late disclosure that might

8    warrant a continuance, you know, I'm not going to grant it.

9          Okay.

10          MR. LINDER:  Your Honor, may I respond?

11          THE COURT:  Sure.

12          MR. LINDER:  And I understand the Court's

13   position, I can understand that; however, as you've just

14   made mention, we don't know the specifics of what's in it

15   because we haven't been through it yet.  And so I now have

16   to back up, as does everyone else, from our focused trial

17   prep, to go back and spend several days looking at this

18   global discovery to see if there's something in there I need

19   and if there's witnesses in there that I need to subpoena or

20   interview or I have an investigator.

21          That's the problem is we don't know what's in it.

22   And we're duty-bound to go through it, we're duty-bound to

23   see if there's anything exculpatory in it.  And while the

24   U.S. Attorney's Office has made notice of things and given

25   us focused discovery to date, when we get things like this,

1    I can't ignore it and I have to shut down my focused trial

2    prep to then look at this to see.

3          So, yes, Your Honor, I will go through it.  If we

4    see something that justifies another continuance, we will

5    bring that to the Court's attention; however, I need to

6    continue making a record of our continual trial prep and the

7    magnitude of this evidence.

8          In fact, the letter specifically references and

9    highlights, we just got on August 12th, we got 142 new hours

10   of closed-circuit television from the Capitol security,

11   which we've never had before.  As of August 18th, we've

12   got -- over 2.5 million files have been disclosed to us,

13   just under 4 terabytes; 1149 302s; 82,000 redacted or

14   anonymous tips.  Well, we have been through a lot of that,

15   Your Honor.

16          I will bring to the Court's attention, Mr. Bright

17   and I have been on this case for eight months and this is

18   the largest case we've ever worked on and we've been on this

19   case eight months.  And, in fact, Mr. Shipley has been on

20   the case less.  So I'm just putting that on the record.

21   Thank you.

22          THE COURT:  Understood.

23          I mean, it raises an important question,

24   Ms. Rakoczy:  What to do about the fact that I assume the

25   government is not done in terms of producing "global

 1    discovery."  So where do we stand in that process?

 2         MS. RAKOCZY:  That's correct, Your Honor, the

 3    government -- the global discovery process is ongoing.

 4    I think the primary area that is being -- I won't say

 5    wrapped up but that is still being worked on -- is the

 6    devices of other defendants that have been searched and

 7    seized pursuant to search warrant.  I don't know the exact

 8    number that's up there right now, but I think that in the

 9    defense instance of Relativity, there's several hundred,

10    I don't know exactly where it falls and the precise number

11    of hundreds of devices, but there are certainly more that

12    are out there.

13         And then with respect to other subjects unrelated

14    to this investigation but January 6th subjects whose FBI

15    files exist, those are still being processed and uploaded

16    into the system.  There are lot in there, but certainly

17    there are a large number still being processed.

18         I think from the government's perspective, the

19    reason that we're comfortable proceeding to trial as we have

20    scheduled is that government counsel in this case have been

21    trying to backstop that process -- and this is true for

22    other government counsel in other cases that have gone to

23    trial.  We have access to the FBI databases or we can have

24    access through our agents to the FBI holdings.  And that

25    includes sort of the databases that the tips came into.

1          And so the government has been running -- the

2    government counsel in this case and other cases are running

3    keyword searches for names of defendants and related

4    uncharged subjects or uncharged co-conspirators; keywords

5    like "Oath Keepers," for example, through the larger

6    databases.  So that if a defendant who has no connection

7    otherwise was interviewed by law enforcement and mentioned

8    something about one of these defendants or the Oath Keepers

9    in general or certain other keywords that we're searching,

10   we would then be aware of that 302 and could direct the

11   defense's attention to that.

12          We do have lots of conversations with our

13   colleagues, and have tried, as an individual team of

14   prosecutors, to identify other defendants in the vicinity of

15   our subjects to go and work with our colleagues to look

16   through their holdings, the cell phone dumps and other types

17   of data extractions, to look through those and see if there

18   are, for example, cell phone videos that might capture these

19   defendants.  And we have made a few disclosures over the

20   course of the last year where we have said, we're providing

21   to you three videos that come from charged defendant X who's

22   not part of this case but was there on the 6th and was near

23   your clients.  You'll see at minute marker X, your clients

24   are in this random other defendant's video.

25          We've done the same with the tips.  There are, as

1    Mr. Linder alluded to, something like 80,000 tips that came

2    in that have now been produced to the defense through

3    relativity, but well in advance of that, I think, last

4    winter and then again this spring, we did a production to

5    the defense of what we found in doing keyword searches and

6    sort of did our own production separate and apart from

7    Relativity, where we said here are, you know, let's say,

8    40 or 50 Sentinel reports that document a tip that

9    references one of our clients or references the Oath Keepers

10   in general; here's the report; here's the video from YouTube

11   that came in with the tip, and we've sort of separately

12   isolated that.

13            THE COURT:  I guess here's one question, which is,

14   what do I do if, on the eve of trial, another one of these

15   discovery dumps is made?

16            And, you know, you're right that -- I mean,

17   I think the government has done -- your prosecution team has

18   done what it can to ensure that these -- whatever may be

19   relevant to these defendants is directly provided to the

20   defense counsel.  But, you know, I'm not sure that we know

21   everybody they think is relevant.  You know, if some witness

22   has been interviewed that the government may not think is

23   relevant, actually may be relevant for some reason that --

24   for a defense that may not become clear until trial.

25            And what I'd really like to avoid -- I mean, we're

1  still five weeks out, so this latest disclosure isn't all

2  that troubling, but, you know, if something comes out on the

3  week or so before trial, you know, what's to stop any one of

4  these defense counsel from saying, look, we've got to look

5  at this to make sure that the following items aren't in

6  there that might bolster our defense that the government

7  hasn't thought about.

8          MS. RAKOCZY:  Your Honor, the databases are

9  keyword searchable, and so the defense can at any point in

10 time do a search.  So if they're planning on calling some

11 witness at trial at any point, before trial, during trial,

12 they can be searching for materials that might touch upon

13 that witness or whatever new angle it is that's come to

14 light that they want to pursue.  And so I think that helps a

15 lot, in addition to the fact that the government continues

16 to try to backstop the process.

17         But I think candidly, Your Honor, with the scope

18 of this investigation, there may be subjects who are

19 arrested during or after our trial whose phones are searched

20 and processed and it turns out they were standing next to

21 one of these defendants at a critical moment and anyone

22 might want to have that.

23         But currently all of that is a hypothetical.  It's

24 discovery and evidence that could be relevant but that we

25 don't know about now, and I think if that's discovered,

1  we'll all have to address that.

2          The government is not thrilled that that is a

3  theoretical possibility but it is just a possibility right

4  now.  And so from the government's perspective, the counsel

5  here and our supervisors are comfortable that we've done

6  what we can to process this evidence and to make the

7  appropriate disclosures.

8          But I think that is just -- we have to acknowledge

9  that that is a nature of this case, is that because of its

10  scope and because of the ongoing nature of the

11  investigation, these issues could arise, and if they do

12  arise, I think we're just going to have deal with them as

13  they come up.

14          THE COURT:  Okay.

15          MR. LINDER:  Your Honor --

16          THE COURT:  Hang on for a second, Mr. Linder.

17          MR. LINDER:  -- I do have another point,

18  Your Honor.

19          THE COURT:  Go ahead.

20          MR. LINDER:  If it happens on the eve of trial,

21  that one thing.  I can't hear.  Hello?

22          THE COURT:  We can hear you.

23          MR. LINDER:  Your Honor, may I speak?

24          If it happens on the eve of trial, that's one

25  thing.  But what if we get a data -- a global data dump

1    after trial, some or all of our clients get convicted on

2    some ground, and then November, December or January, we're

3    continuing to get data dumps, you're going to have motions

4    for new trial issues, appellate issues.  It's just a mess.

5              THE COURT:  Sure.

6              MR. LINDER:  And I think Ms. Rakoczy and

7    Mr. Nestler and their team have done a great job getting us

8    what they have.  But they're subject to the people above

9    them, the FBI, discovery team getting them things.

10             This is premature to go to trial while we're still

11   getting global discovery dumps.  Until the government is

12   ready to shut it down and say, we've kind of done

13   everything, then we run that risk and you run this risk of

14   trying this case more than once.

15             THE COURT:  Let me just say the following,

16   Mr. Linder.  That risk, in some sense, always exists in

17   every case.  Now, it's probably more acute in a case like

18   this, I'll admit, given the nature of it and the scope.

19             But, you know, the truth of the matter is, it's

20   not clear to me when the government is going to be done with

21   this.  I mean, this -- every time we're here I'm told, and

22   every judge is told, this is an ongoing investigation.  And

23   we cannot possibly wait until the investigation is over to

24   commence a trial.  I mean, we just can't do that.  And that

25   can be months and months into the future, if not years.

1        So, look, the government is risking the very

2   concerns that you've raised.  If material that isn't

3   presently in their possession comes to light after trial has

4   commenced or after trial is over, you know, there's relief

5   available potentially for defendants if the material is

6   substantial enough.  It's just something that we can't

7   predict whether it's going to happen or not, and I'm not

8   going to move the trial date on the mere possibility that

9   something like that could happen.

10        MR. LINDER:  Understand.  I just need to make a

11   record, Your Honor, and I appreciate you letting me do so.

12        THE COURT:  I don't hold that against you.  Not a

13   problem.

14        Okay.  Why don't we then turn to Ms. Haller and

15   Mr. Woodward on behalf of Mr. Meggs if you'd like to add

16   anything.

17        MR. WOODWARD:  Judge, I'll add some specific

18   information to what we've just been talking about.

19        As Ms. Rakoczy alluded to, they're still

20   processing this civilian video.  And Ms. Rakoczy and I have

21   been talking about the importance of that civilian video to

22   our case in particular.

23        And the government acknowledges that the CCTV

24   footage that they've provided has a significant gap in time

25   where our clients are alleged to be covered.  And so the

1    only source of video for that information is going to be

2    this civilian video.  And the government acknowledges that

3    it has not finished going through the civilian video that it

4    has in its possession, custody or control, and, therefore,

5    has not disclosed it to us.

6            In particular, this is an area in the Rotunda

7    where there is not a camera -- although I'm going to the

8    Capitol this weekend as part of the tour to confirm all of

9    this.  But we submit -- of course, we submit that on behalf

10    of Mr. Meggs, it would -- if we can get video of that six

11    minutes, it's going to be fairly exculpatory for him; we

12    don't have that.

13            The other area.

14            THE COURT:  Well, you're assuming it exists.

15            MR. WOODWARD:  We do believe it exists, because

16    you can see on the CCTV video people holding up their phones

17    and recording the area in question.

18            THE COURT:  Right.

19            MR. WOODWARD:  So there are hundreds of people

20    that are in the Rotunda, many of them have phones, many of

21    them are recording video.  And so we believe that those that

22    have been -- either had their phones seized by the

23    government or voluntarily turned their phones over to the

24    government, that video would be exculpatory.

25            And although there are five weeks until trial --

1    and, please, I've been working as much as I can on this

2    since our last status -- it doesn't really feel like five

3    weeks until trial because of how much we have to accomplish

4    well in advance of trial, well in advance -- we have a

5    Pretrial Conference, we have the conference that I agree we

6    should have with respect to the messages and dealing with

7    completeness and admissibility and how does the government

8    establish that there has been a conspiracy in the trial so

9    that the statements can come in and all of that

10    order-of-operations things.

11            And so while, yes, we'll be working until the eve

12    of trial -- and on a personal note, I still have a trial set

13    for October 3rd that has not been continued.

14            THE COURT:  I thought you were excused from that

15    case.

16            MR. WOODWARD:  I have not yet been excused from

17    the case.  I'm going from here to McFadden's courtroom to

18    continue working on that --

19            THE COURT:  Okay.

20            MR. WOODWARD:  -- but I have not been excused from

21    that case.

22            Another sort of fine point, and I have not talked

23    to the government about this but I will either this

24    afternoon or tomorrow, is that last week, CREW released

25    Secret Service emails that they had obtained via FOIA

1    request about the Proud Boys.  The Secret Service wrote,

2    "On January 6 at an unknown time, the Proud Boys will host

3    an unnamed demonstration in Washington, D.C.  The purpose of

4    this demonstration is to join the pro-Trump demonstrators.

5    There was no indication of civil disobedience.  The group

6    advised that they will not wear their traditional

7    black-and-yellow attire and will dress incognito.  The group

8    self-reported plans to demonstrate in smaller groups

9    throughout D.C.  Current numbers of plan participants was

10   not indicated, but the group stated that they will turn out

11   in record numbers.  Proud Boys is of record for numerous

12   demonstrations at the White House and temporarily protected

13   sites.  Their demonstrations have concluded without arrest."

14          I've been searching our discovery for any

15   reference to Secret Service correspondence and have found

16   none.

17          I think the Court is aware that part of, with

18   respect to Mr. Meggs at least, is that he was present in

19   Washington, D.C., to provide security, was given access to

20   an area that I believe was protected by the Secret Service.

21   And so I have reason to believe that there would be

22   communications, at least about Mr. Meggs if not the Oath

23   Keepers as a whole, that have not been disclosed.  Again,

24   not asking you to do anything, Your Honor, just putting a

25   fine point on some of these discovery issues that remain

1  outstanding.

2          Mr. Linder referenced the production that came on

3  the 22nd.  It is all about the Oath Keepers.  Production 26

4  is the result of a search for Stewart Rhodes, Oath Keepers,

5  different variations of Oath Keepers, of Capitol police

6  records.

7          THE COURT:  I'm sorry, you're talking about a

8  disclosure other than the global discovery?

9          MR. WOODWARD:  It is a "global discovery" in the

10  sense that it was provided to all of the January 6th defense

11  counsel at the same time.

12          But the government, as they should have, properly

13  alerted us to the fact that it is particularized to our

14  clients.  I have not downloaded it yet because it came,

15  I guess, yesterday.

16          THE COURT:  I guess I don't understand what you

17  mean by that.  I mean, given the volume, I can't imagine all

18  of it relates to your clients --

19          MR. WOODWARD:  No, it does not.

20          THE COURT:  -- or even a substantial portion of

21  it.

22          MR. WOODWARD:  I don't know.  I don't know.  But

23  to Mr. Linder's point, I have to go download and I have to

24  go through and look at what was in it and understand what

25  was there.

1          What I point out for the Court is that although
2     it's captioned a global discovery, it is also case-specific
3     discovery, right?  So they're not mutually exclusive.
4     I think any document that references the Oath Keepers is,
5     fair to say, would be case-specific.
6          And then Mr. Linder mentioned the additional CCTV
7     footage we received.  That is also pertinent.  It is CCTV
8     footage that relates to Mr. Rhodes.  And there are some
9     6,000 additional -- between 5- and 6,000 additional files
10    that have to be reviewed.  I don't know whether --
11    Mr. Linder, you had the hours on that, but it's significant.
12         So the discovery issues remain complicated.  And
13    I don't think this is a theoretical matter for Your Honor,
14    I think these are specific issues that I, as counsel, will
15    be present to defend Mr. Meggs if ordered by the Court, but
16    I have very grave concerns about our collective preparation
17    in our clients' defense.
18              THE COURT:  Okay.
19              MR. LINDER:  Mr. Woodward, the video was
20    142 hours, we've been told.
21              MR. WOODWARD:  And, Mr. Linder, relates to our
22    clients?
23              MR. LINDER:  Yes.
24              MR. WOODWARD:  Yeah.
25              MR. LINDER:  It's Capitol video, yes.

 1              THE COURT:  Right, but it's -- all 142 hours of

 2    video is not all relating to your clients.

 3              MR. WOODWARD:  Well, I think some of it relates to

 4    a hotel where our clients were alleging to have been.

 5              THE COURT:  Right.

 6              But, look, my point to all of you is this:  As I

 7    said earlier, if there are -- I understand you've got to

 8    review it.  Presumably the government, as they've said,

 9    they've identified what may be relevant to the case.

10    Presumably it's not a large volume; otherwise, I would have

11    heard that it was a large volume.

12              You know, if there is something that you discover

13    in there that you think makes it impossible for you to

14    prepare over the next five weeks, you will let me know.  But

15    right now, all of this is purely hypothetical.  It may

16    contain something, it may not contain something, we just

17    don't know.

18              And as I said, you know, if it turns out that

19    something gets disclosed after trial, after a conviction,

20    you know, it may be the government that pays the price for

21    that.

22              MR. WOODWARD:  I completely agree and I hear

23    Your Honor on that.

24              I'm trying to make a slightly different point,

25    which is that, assuming we were only working 40-hour weeks

```
 1   between now and trial, none of us are, that's 200 hours
 2   between now and trial.  We've just been given 140 hours of
 3   video --
 4              THE COURT:  Right, but you don't need to watch all
 5   142 hours of it.
 6              I mean, my understanding of this global discovery,
 7   and Ms. Rakoczy will correct me if I am wrong, is that this
 8   is likely to be video from all portions and all areas of the
 9   Capitol which have -- or some portion, some -- I imagine
10   it's a substantial portion of which have nothing to do with
11   these defendants.  Don't capture these defendants.  They're
12   on the completely opposite side of the building.  There are
13   times when the defendants weren't even at the Capitol
14   grounds.  You don't have to watch all of that.
15              MR. WOODWARD:  Well, Your Honor, I do know if I --
16              THE COURT:  You can if you want, but I wouldn't
17   waste my time doing it.
18              MR. WOODWARD:  Your advice is well taken.
19              The first category that they delineate and what
20   the video covers is footage from the Hilton Garden Inn in
21   Vienna.  142 hours, in fact, of footage covered.
22              So actually, Mr. Linder, this -- I'm reading the
23   letter now.  It's 142 hours of closed-circuit television
24   from footage of the Hilton Garden Inn Vienna, where
25   I believe several of the defendants were alleged to have
```

1    stayed.  And so that, respectfully, is video that we need to

2    know doesn't contain exculpatory information; somebody has

3    to watch that.

4         And all eight of us don't have to -- 12 of us

5    don't have to do it, but somebody does, and they're not

6    preparing for their clients' defense while they're doing

7    that.  That's 142 hours between now and September 26th.

8         MR. GEYER:  If I may, I have some additional

9    information about that just on this specific issue,

10   Your Honor.

11        So my understanding is that there were 500 --

12   5,726 videos that were added on August 12th that got

13   backdated to July.  And they initially escaped my attention,

14   but Mr. Nestler very kindly included a disclosure about this

15   yesterday, I believe.

16        And of those, we were able -- I agree with what's

17   been said about the hotel information.  But 98 of the

18   videos, we've been unable to find, all but, I believe, 90 --

19   all but one or two.

20        And one of those at least -- and the number is

21   0938, 19 hours, 17 minutes, 04 seconds.  You'll see, it's

22   these barriers in the morning.  And you'll see that the tape

23   counter keep going, it basically just -- the surveillance

24   camera just stops and the tape counter for five minutes.

25   And then the barriers just mysteriously are gone when it

1  goes back on.

2          I think this is the kind of thing that happens

3  when you run this many surveillance cameras; I don't think

4  other than that.  But that's crucial information for us,

5  because as we learn when we narrowly averted catastrophe by

6  accepting a stipulation characterizing the conditions of the

7  Capitol at the time that our respective defendants entered,

8  there is no Rand McNally bright line that, like, divides the

9  states on an atlas.  That isn't how things worked on that

10  day.

11          And, you know, when the barriers were removed --

12          THE COURT:  Mr. Geyer, look, I just want to put

13  this to rest, folks.

14          Again, I don't know if this is 142 hours of the

15  hotel or not, but I expect you don't need to the watch all

16  142 hours because your clients aren't on most of it.  The

17  government can undoubtedly tell you when they're on the

18  video because one of their agents has watched it, and your

19  clients can tell you whether they're likely to have been at

20  the hotel.

21          So, again, it's not like somebody has got to sit

22  there from hour one to hour 142 to watch the thing.  You've

23  got information from the government, and presumably your

24  clients, that can direct you to where you need to go.  So

25  I'm not having any of this, all right?  So let's move on.

1              As I said, if there is something substantial and

2    there is something concrete that causes me to think it will

3    impede your ability to prepare for trial, I'll consider it.

4    But I'm not hearing it.  I'm hearing a lot of hypotheticals

5    and a lot of potentialities, none of which are giving me one

6    ounce of concern right now, okay?

7              MR. WOODWARD:  Thank you, Your Honor.

8              MR. NESTLER:  Your Honor, if I just may make a

9    record on that?

10              THE COURT:  Sure.

11              MR. NESTLER:  Just to be clear, the Hilton Garden

12    Inn video that was produced in global discovery yesterday is

13    from our case.  We produced it to all these defense counsel

14    last summer.  So this is the process of all this video,

15    142 hours, from that hotel making its way from our

16    prosecution team to the global discovery team going to all

17    the other defense counsel.

18              The emails from Capitol Police, there were

19    approximately 30.  We had Capitol Police run searches for

20    certain keyword terms.  We got approximately 30 emails, and

21    we disclosed those also in global discovery and to our

22    defense counsel here.  They're mostly emails regarding

23    public-source reporting before January 6th about the Oath

24    Keepers.  Thank you.

25              THE COURT:  And while you're up there, what about

1    the concern Mr. Woodward has raised about potential Secret

2    Service records?

3            MR. NESTLER:  Well, first of all, this is the

4    first we're hearing about it from Mr. Woodward, so we have

5    to look at that.

6            Additionally, I will say that as part of our

7    prosecution here, the Secret Service is not part of our

8    prosecution team.  The FBI certainly is, and we're, of

9    course, working with Capitol Police.  We will likely have

10   Secret Service witnesses, but we do not believe the Secret

11   Service writ large is part of our prosecution team.

12           I don't know the email that Mr. Woodward is

13   referring to.  If he has a discovery request about it, we're

14   happy to engage with him and we'll look into it.

15           THE COURT:  Okay.

16           All right.  So I think that provides some greater

17   clarity about the 142 hours; that this is not new video that

18   you all have just received, you've had for quite some time,

19   unless somebody has reason to doubt the representation

20   that's has just been made.

21           All right.  Why don't I turn to Mr. Geyer.  Do you

22   want to add anything, Mr. Geyer?

23           MR. GEYER:  Real quick.  Thank you, Your Honor,

24   for that.

25           Yes, the issue in regards to the government making

1    it available to us in the past is that it's the transmission

2    system.  So it will generally go to Box or USAfx, which is a

3    good system, but then at some point it disappears.  And then

4    it goes to Relativity, Mount Everest, which is 1990s

5    technology, it's an absolute disaster, and it's virtually

6    impossible to review video in any meaningful way when it's

7    on Relativity.

8             The Evidence.com database is actually excellent;

9    kudos to putting that together.

10            But Relativity is a disaster.

11            And I would suffice to say that I'm probably one

12   of the few attorneys -- one of the reasons why I'm one of

13   the few guys who's reviewed the video is because I went out

14   and I got my own four terabytes of information from the

15   public space.  That's what I've been working from, because

16   Relativity is impossible.

17            THE COURT:  Okay.

18            All right.  Mr. Crisp, anything you'd like to add

19   on behalf of Ms. Watkins?

20            MR. CRISP:  Your Honor, I would just join in the

21   earlier arguments of counsel, but nothing additional beyond

22   that.  Thank you.

23            THE COURT:  Okay.

24            Mr. Fischer on behalf of Mr. Caldwell.

25            MR. FISCHER:  Thank you, Your Honor.

1          Your Honor, you had referenced earlier a

2    suggestion that had been made regarding having a specific

3    day that we could sit down with the Court.  I had made that

4    suggestion and I think -- we've talked it over with the

5    government; I think the government agrees with us that it

6    might be a good idea.  I don't know if the Court would be

7    inclined, perhaps, to do it in a more informal in-chambers

8    way so that we can make significant headway.

9          Co-counsel are not exaggerating about the volume

10   of data, and especially the volume of social-media messages,

11   we're talking tens of thousands of them.  And I think

12   it would be lot easier to resolve these issues informally if

13   the Court were inclined.  Either way, whether it was

14   informally or formally, I think everybody agrees we need an

15   additional day of the Court's time to resolve these issues.

16         THE COURT:  Okay.

17         Look, I mean, I think the issue, Mr. Fischer, is

18   twofold; one is, obviously the nature of the case is one;

19   the public interest in doing anything informally or off the

20   record presents its own problems.

21         I think the other issue is, to the extent you all

22   are going to be asking me to make rulings about what comes

23   in and what comes out or what's in and what's out, you know,

24   that's got to be all on the record just to preserve any

25   appellate record.

1        So I mean, if you all can conceive of some way in

2   which we can do something informal, if you think that's a

3   more efficient way of proceeding, I'm open to hearing about

4   it.  But, you know, this has got to, at a minimum, be on the

5   record, and two, have some, it seems to me, public

6   accessibility to the issues that are being raised.

7            MR. FISCHER:  Understood, Your Honor.

8            THE COURT:  Okay.

9            Mr. Shipley on behalf of Mr. Minuta.

10           MR. SHIPLEY:  Your Honor, I just want to make one

11  observation.  That's simply that we have received

12  exculpatory evidence from the government in almost every

13  document production.  So the idea that future document

14  productions may not contain any exculpatory evidence is sort

15  of disowned history.

16           I'm confident the materials we received yesterday

17  will have exculpatory evidence, and I'm confident that

18  material that we receive in the future will have exculpatory

19  evidence.  So that's my only observation.

20           THE COURT:  Okay.

21           All right.  Ms. Halim on behalf of Mr. Hackett.

22           MS. HALIM:  Good afternoon, Your Honor.

23  I don't have anything to raise at this time.

24           THE COURT:  Okay.

25           Did I hear correctly, Mr. Fischer, that you're

1    standing in on behalf of Mr. Weinberg for Mr. Moerschel?

2           MR. FISCHER:  Yes, I am, Your Honor.

3           Mr. Martin, Mr. Weinberg's associate, is also on

4    the line.

5           I don't believe there's anything to add, but I

6    would defer to Mr. Martin if he has anything further.

7           MR. MARTIN:  No, Your Honor, we do not have

8    anything further at this time.  Thank you.

9           THE COURT:  Thank you.

10          All right.  Then Mr. Peed on behalf of

11   Mr. Vallejo.

12          MR. PEED:  I don't have anything to add,

13   Your Honor.

14          THE COURT:  Okay.

15          All right.  So let's talk about a couple of

16   logistical matters.

17          First and foremost, we're not going to try the

18   case in this courtroom.  We are going to do it over in Judge

19   Contreras's courtroom, in courtroom 23.  The reason we are

20   not able to do it here is because, just given limitations on

21   other trials going on and wanting to ensure that we have a

22   separate courtroom available to jurors, it's just not

23   something that is feasible in this -- on this hallway, on

24   this floor.

25          So we'll be moving over to 23.  It's in the new

1  part of the building, but it's actually -- I think there's

2  more space over there than we have here.  And so I don't

3  think any of the space constraints that we've been working

4  with are going to remain an issue over there; in fact,

5  I think we may have some extra space than we would have had

6  if the trial were here.

7       So, you know, the next time you all are in town,

8  particularly those of you who are out of town, for the first

9  trial, you know, I'd urge you to head over there and take a

10  look at that courtroom.  Through Mr. Douyon, we can make

11  sure that you can get in there and have a look at it before

12  trial, okay?

13       Jury questionnaire.  I gather that's coming today,

14  and it sounds like there are a few disputes that I'll need

15  to resolve.  I will say, I'll also look at the rest of it to

16  determine whether all of those questions are necessary.  It

17  sounds like you're at 70; is that right?

18       MR. LINDER:  Yes, sir.

19       MS. RAKOCZY:  Yes, Your Honor.

20       I'm going to defer to Mr. Edwards because we did

21  have one follow-up question to the Court about how to submit

22  that.

23       MR. EDWARDS:  Good afternoon, Your Honor.

24       That's right.  I think -- and Mr. Linder can

25  correct me, we've been working together on this.  It sounds

```
 1    like we're at 66 questions total.  There are about five

 2    questions where the parties just have raised a couple

 3    disagreements for the Court.  We'll have a supplemental

 4    notice to highlight those disagreements and the parties'

 5    respective positions.

 6              And Mr. Linder and I spoke about this earlier.

 7    We wanted to request to the Court, if the Court has a

 8    particular way in which you'd receive it.  We were

 9    anticipating just sending it to chambers via email and have

10    the Court process on it and then we can go from there.

11              THE COURT:  Yeah, I think that's the best way to

12    do it.

13              MR. EDWARDS:  Okay.

14              THE COURT:  If you just want to send it to me

15    directly --

16              MR. EDWARDS:  Great.

17              THE COURT:  -- and then I'll have a look at it.

18              And I think -- all right.  So that's where that

19    is.

20              And then we have our jurors set to come in

21    September 13th.  So that's four weeks from -- I'm sorry,

22    three weeks from today.  So I will obviously take a look at

23    the juror questionnaire very quickly and give you back any

24    feedback on it.

25              Right now, we have 170 potential jurors available
```

1    to come in on the 13th.  The process, and, you know, I don't

2    plan to run it, I think we'll have the courtroom staff run

3    that process, and it will simply be -- we're sort of working

4    some of the details out, but the jurors will come in,

5    they'll be handed the questionnaire, they'll complete the

6    questionnaire and they'll leave.  I don't know that there's

7    a whole lot more to it than that.

8              We're still trying to work out whether we should

9    bring them all in at once or whether we can stagger them

10   over the course of the -- because it's going to have to be

11   in the afternoon.  The Ceremonial Courtroom, which is our

12   largest courtroom, is not available that morning, so we'll

13   be bringing the jurors in that afternoon to complete the

14   questionnaire.

15             Once we have all the questionnaires, I think we'll

16   just have to figure out the best way to get those to you.

17   And we haven't exactly figured that out, but I'm sure we'll

18   scan all of the questionnaires and get them to you as

19   quickly as we can.

20             So any thoughts about that or questions,

21   Mr. Edwards?

22             MR. EDWARDS:  One question, Your Honor.

23             MR. LINDER:  I -- oh, go ahead.

24             MS. RAKOCZY:  Go ahead, Mr. Linder.

25             MR. LINDER:  Yes, Judge.

1          Your Honor, on the handful of objections and

2     requests we have on the juror questionnaire, how do you

3     prefer us to be heard on that?  Do you just want to set

4     something up?  I mean, it might not take an hour.  Just for

5     the government and myself and another attorney or two on

6     this side to get with the Court to argue those points.

7          THE COURT:  Yeah, why don't you just -- I'll take

8     a look and we can set something down, if I think I need some

9     argument.  I mean, I may look at it and say, okay, all the

10    five that you want, in which case there will be no need for

11    a hearing.  But let me just take a look at it first and then

12    we can figure out whether there's a need to get together.

13          MR. LINDER:  Okay.  Thank you, Your Honor.

14          MR. EDWARDS:  And the last question is, if the

15    Court -- do you have a particular intro or guidelines?  Some

16    questionnaires in past cases have had kind of a one- or

17    two-page introduction to the jury.  We've got one.  We're

18    happy to -- Mr. Linder and I can kind of exchange it and

19    make sure we're good on it, but we had discussed earlier

20    pulling an example of that and including it, but we want to

21    ask ahead of time whether the Court already has one.

22          THE COURT:  No, I don't have anything like that,

23    so I'm happy to see whatever you all propose.

24          MR. EDWARDS:  Great.  Thanks.

25          THE COURT:  Okay.

1          You know, look --

2          MR. CRISP:  Your Honor, I apologize.  If I may

3    jump in real quick, I do need to excuse myself.

4          THE COURT:  Sure, Mr. Crisp, no problem.

5          So, look, once we have all the questionnaires in,

6    we'll obviously get them distributed to you all.

7          And then, you know, I think the question was

8    raised whether I will be looking to, will I be excusing

9    people based upon on my read of the questionnaires.

10          The answer is, I won't be doing that.  Our jury

11    office will have already screened people for those who say

12    it would be a hardship to serve for the length of the trial,

13    and that's usually an easy way to excuse folks right off the

14    bat.

15          But the 170 that we've gotten in so far have not

16    been disqualified or unable to serve due to hardship given

17    the length of the trial.  So in theory, a good percentage of

18    the jurors who come in to complete questionnaires have

19    already indicated that they will be available to serve for

20    the full four-plus weeks and that what we'll really be

21    focused on is whether there are issues or indicia of bias or

22    prejudice that come forward through the questionnaire, okay?

23          All right.  I want to just raise this issue and

24    I'll -- if the defense wants to be heard on it either today

25    or at another time, I'm happy to hear about it.  The

43

1    question has been posed to me whether I would like to have

2    the jury semi-sequestered.  And what that means is that the

3    jurors would report to an undisclosed location in the

4    morning and all come in together in the morning and then

5    leave together in the evening to an undisclosed location

6    where they would then return home.  Nobody here is talking

7    about putting jurors up in a hotel for four to five weeks,

8    but, rather, it would be what we refer to here as a

9    semi-sequestration so that we don't have jurors walking

10   through the front door with media and members of the public

11   potentially attempting to speak to them, influence them, and

12   the like.

13          So, you know, I've looked and I've got to make

14   some findings at least if I wanted to make a full

15   sequestration, and that's not what I'm doing, I don't know

16   that I need to make similar findings here.  But if there's a

17   defense objection, then I will make whatever findings

18   I think I need to make in order to justify that process.

19          MR. LINDER:  No objection on behalf of Mr. Rhodes,

20   Your Honor.

21          THE COURT:  All right.

22          Any defense counsel either want more time or would

23   like to put an objection on the record now?

24          Okay.  All right.  So hearing no objections, then

25   we will have -- I'll issue an order that does have a

 1    semi-sequestration of the jurors.  As I said, all that

 2    simply means is that they will be coming in together as

 3    opposed to individuals in and out of the courthouse in the

 4    morning and in the evening, all right?

 5            Okay.  The next thing on my list is the ex parte

 6    submission that I asked the government to make last week --

 7    or the last time we were together.  I have received from the

 8    government two binders' worth of -- well, I've received

 9    documents from the government, let's put it that way,

10    pursuant to my request, and the government also filed a

11    memorandum, an ex parte memorandum with that, those set of

12    binders, with that documentation.  I'm still working my way

13    through it.  I may call government counsel in, because I do,

14    at least based on my initial review, have some questions in

15    mind.  So I hope to try and get that taken care of by the

16    end of this week, if time allows, okay?

17            All right.  Does anybody have anything else left?

18    Because the last thing is the 1.8(e) inquiries that have

19    been requested.  I note some counsel would like to take care

20    of that today.  And if we can do that, we'll go ahead and do

21    that; otherwise, we'll put it off till the time that we

22    already have scheduled for that.

23            MR. LINDER:  Your Honor, I have a couple of

24    housekeeping questions.

25            THE COURT:  Sure, Mr. Linder, go ahead.

45

1          MR. LINDER:  You've set Pretrial for 9:30 a.m. on

2    September 14th.

3          THE COURT:  Right.

4          MR. LINDER:  I think Mr. Fischer made a valid

5    point, we've discussed it before.  I think most of the

6    defense counsel are available or I'll let them answer up if

7    they're not, we talked about it before, but I think allowing

8    two days for Pretrial would probably allow us to cover at

9    least these statements and things that Mr. Fischer is

10   alluding to, because we do need a lot of time with that.

11   As you've noticed or learned, this is largely a text-based,

12   social-media-based case, and so we do need to discuss a lot

13   of that.  We can be available for those full two days, and I

14   would like to make that available.

15         THE COURT:  So let me suggest the following.

16         Why don't we at least set right now September the

17   8th, if everybody is available, at 1:30 p.m. to deal with

18   motions in limine.  It sounds like at that point everything

19   will be fully briefed, and I can -- I'll either rule on

20   motions or take argument on motions or both, depending on

21   how complex the motions are.

22         In terms of the statements --

23         MR. LINDER:  Your Honor, Mr. Bright and I start a

24   federal jury trial that starts the Tuesday after Labor Day,

25   which, I believe, is the 6th, and we will be in trial that

```
1    week leading up to the pretrial week.
2              THE COURT:  Okay.
3              MR. LINDER:  Now, we've cleared the pretrial week
4    because I didn't know if we'd come a day early or a day
5    late.  We've cleared that week.
6              THE COURT:  All right.  Let's do this instead.
7    Can you all come back next Tuesday, and, at a minimum, I can
8    deal with whatever motions in limine are already ripe next
9    Tuesday?
10             MR. LINDER:  I cannot, but Mr. Bright may be able
11   to.
12             MR. BRIGHT:  I can, Your Honor.
13             THE COURT:  All right.
14             So if folks are available next Tuesday at 1:30, we
15   can at least deal with whatever motions in limine have
16   become ripe at that point.  And I think the severance motion
17   may be ripe by then as well.  So let's do that.
18             And then in terms of the statements, you know, I
19   had hoped that we would devote a full day to that.  The only
20   issue that I have -- look, I'm going to have to move some
21   things around, but why don't we also plan to set aside the
22   15th for pretrial.  But, you know, I had thought the
23   suggestion was to come in before then, but given the timing
24   of it, Mr. Linder and Mr. Bright, you're not going to be
25   available the week of the 5th; is that right?
```

1          MR. LINDER:  That is correct.

2          I have two back-to-back one-week federal jury

3     trials, one starting next week and one starting the Tuesday

4     after Labor Day that Mr. Bright is co-counsel on the second

5     one.  So judges here have moved my cases up because they

6     know I'm going to be out through the fall in your case.

7          MR. BRIGHT:  That's correct, Your Honor.

8     I conferred with Mr. Linder that that week we're both going

9     to be out pre trial.

10          THE COURT:  Do you all think -- and, Mr. Bright,

11     it sounds like you would be available on September 2nd, next

12     Friday.

13          MR. BRIGHT:  I could probably join by Zoom,

14     Your Honor.  I'm going to be in Montana on a family vacation

15     from September 1st through the 6th.

16          THE COURT:  Let me just ask the following, which

17     is, if we resolve the statements issue as late as September

18     15th, is that sufficient enough time in advance of trial?

19     If everybody agrees that's enough time in advance of trial,

20     then I won't try and squeeze another date in before then.

21          MR. LINDER:  I think it would be enough.

22          MS. RAKOCZY:  I think the government also thinks

23     it would be fine.

24          MR. BRIGHT:  Based on the conversation we had with

25     the government yesterday, Your Honor, everyone's aware

 1   there's about 120 pages right now of social media, Signal

 2   chats, and all of that.

 3              And yesterday, Mr. Nestler was kind enough to

 4   agree that as the government moves forward prior to our

 5   hearings in D.C. on the 14th and 15th, that any further

 6   additions, as well as retractions, would be, if possible,

 7   given to us kind of as an addendum instead of just a new,

 8   full document, that way it's easily tracked by date and

 9   time.

10              And if the government is willing to still move

11   forward on that, thus making it in the voluminous discovery

12   that we have, if they're willing to do that, that way we can

13   line item the stuff much more easily on the 14th and 15th.

14              THE COURT:  Okay.

15              Well, look, again, my concern is to ensure that

16   whatever rulings you all need are made in sufficient time to

17   prepare for trial and integrate them into your

18   presentations.

19              And what I'm hearing from all of you is that if we

20   wait until the 14th, 15th to deal with statements, that's

21   not going to present -- that's not going to give anybody any

22   heartburn.

23              MS. RAKOCZY:  That's correct for the government,

24   Your Honor.

25              MR. LINDER:  Correct, Your Honor.

1          MR. BRIGHT:  Not from Mr. Rhodes' perspective,

2    Your Honor.

3          THE COURT:  I'm sorry?

4          MR. BRIGHT:  I would concur with Mr. Linder.

5          THE COURT:  Okay.

6          All right.  So that'll be the schedule moving

7    forward.  So we'll get together again next Tuesday to

8    address whatever motions in limine have become ripe by then

9    at 1:30.

10          We will add a second pretrial date on the 15th of

11    September.  Why don't we just keep the time a little bit

12    open right now, but we'll presume it will be -- mark off

13    your calendars for the full day.  I've got to move a few

14    things around in order to do that.

15          MR. WOODWARD:  I have a conflict in the afternoon.

16    There's two us, but I just want to let the Court know that.

17          THE COURT:  Okay.

18          MS. RAKOCZY:  I also have a conflict in the

19    morning, Your Honor, but the government, obviously, can

20    handle that.

21          THE COURT:  Right.  Okay.

22          MR. GEYER:  If I may just to streamline and

23    hopefully frame everybody, because what I'm trying to do is

24    get this plane to land in the event that the decision by the

25    Court is not to sever Mr. Harrelson.

1          We have some anticipated expert witness testimony,

2    we believe, that authenticating them, qualifying them is not

3    going to be an issue based on who they are and what they did

4    and what they do.

5          I've been able to negotiate that they can attend

6    the tour on Saturday with me.

7          I'm hoping we're going to get, perhaps, enhanced

8    access that would allow us to look at certain areas, inspect

9    certain things.  But I don't want to put anybody in a bad

10   position who's providing a tour.  So we may need to see

11   about maybe having a supplemental visit.  I know I'm

12   probably not the only one who would like to get some photos

13   and some video of some areas for purposes of presentation to

14   the jury, also analysis.

15         One of the difficulties in getting everybody and

16   keeping everybody framed on this date is people make, in my

17   view, unfounded assumptions about what kind of case I would

18   be intending to present to a jury.  Trying to get the

19   Federal Government and other components to turn over

20   information to assigned prosecutors so they can turn it over

21   to me, in satisfaction of their *Brady* obligations, that's an

22   important thing to do and it seems to be overlapping

23   somewhat with trial prep.

24         You know, we haven't gotten the 600 investigative

25   files we were promised in May.  And I lay it out pretty

1    thoroughly in the filings about all the things that we

2    didn't get.  Some of those things, I think, in terms of

3    streamlining, we can handle --

4              THE COURT:  Mr. Geyer, if I could interrupt you --

5              MR. GEYER:  Yep.

6              THE COURT:  -- because I haven't read your motion,

7    I haven't read the government's opposition.  So if you give

8    me an opportunity to do that, I promise we can have a longer

9    conversation about it next week, okay?

10             MR. GEYER:  Thank you, Your Honor.

11             THE COURT:  All right.

12             MR. GEYER:  I wanted to just mention that my goal

13   here is to streamline the process and make -- if the wisdom

14   of the Court is that I'm going forward in September, I would

15   expect that the evidence that I'm -- and the path forward

16   that I'm proposing will streamline the process.

17             THE COURT:  Okay.  I'm all in favor of

18   streamlining the process.

19             Ms. Rakoczy.

20             MS. RAKOCZY:  Your Honor, we have a couple of

21   questions about just how the Court plans to proceed with the

22   trial, if the Court has some time for that.

23             First, there were three dates that we wanted to

24   flag for the Court to ask if the Court plans on sitting,

25   because it may be helpful for the jurors to know that

```
 1   information.
 2           September 26th, the first day of our trial, is
 3   actually Rosh Hashanah.  I don't know if that'll be a
 4   problem for that many jurors or counsel or court staff but
 5   we wanted to flag that for the Court.
 6           And then October 5th is Yom Kippur.
 7           THE COURT:  So I think I had raised this, and
 8   you'll forgive me if I didn't, but I think I had asked
 9   whether Rosh Hashanah was a holy day in which those who
10   observe it actually stay home.  And I think the information
11   I got was that that would not be -- that is not a holy day
12   in which observing -- those who are observing would be
13   unable to come in for jury selection.  Does anybody think
14   otherwise?
15           MR. NESTLER:  I think otherwise.
16           THE COURT:  You think otherwise?
17           MR. NESTLER:  Yes.
18           THE COURT:  Okay.
19           Let me figure that out, because if we have -- if
20   we are going to have people unable to attend jury selection,
21   whether it's counsel or jurors, on the 26th because of
22   religious observations, then obviously I want to be mindful
23   of that.
24           MS. RAKOCZY:  We just wanted to flag it for the
25   Court.
```

1          The same with October 10th, which is Columbus

2    Day/Indigenous Peoples' Day.

3          THE COURT:  Right.  That's a Federal Holiday, so

4    we'll be closed.

5          MS. RAKOCZY:  Okay.

6          THE COURT:  You all should just know that my plan

7    right now is to go half-days on Friday.  I've been trying to

8    structure my schedule such that all of my other matters are

9    being pushed into Friday afternoons.  So I'd like to try and

10   get half a day in on Friday instead of only doing a four-day

11   trial week.  So you all should plan accordingly.

12         MS. RAKOCZY:  Thank you, Your Honor.  That was one

13   of our questions.

14         MR. LINDER:  Thank you, Your Honor.

15         MS. RAKOCZY:  Does the Court let jurors ask

16   questions?

17         THE COURT:  No.

18         MS. RAKOCZY:  And does the Court tend to instruct

19   before or after closing statements?

20         THE COURT:  Always before.

21         MS. RAKOCZY:  Okay.  Thank you, Your Honor.

22         For the Court's daily schedule, it would be fairly

23   typical to start at 9:30 and end at 5:00 or 4:45,

24   thereabouts?

25         THE COURT:  You know, for any of your colleagues

```
 1   who have been in front of me, they'll tell you we start at
 2   9:30 and we go till 5:00.  We'll take an hour for lunch,
 3   15-, 20-minute break in the morning and afternoon.  But
 4   otherwise, you should anticipate trying to get in as much
 5   evidence as we can without interruption.
 6            MS. RAKOCZY:  Does the Court allow demonstratives
 7   during opening statements?
 8            THE COURT:  As long as there's no objection to
 9   them.
10            MS. RAKOCZY:  Okay.  Thank you, Your Honor.
11            MR. BRIGHT:  Your Honor -- I'm sorry, Kate,
12   I apologize, I'm interrupting you.
13            MS. RAKOCZY:  No.  That's fine, Mr. Bright.
14            THE COURT:  Mr. Bright, did you have a question?
15            MR. BRIGHT:  I apologize, Your Honor.
16            When you stated half-days on Fridays, is that,
17   from the Court's perspective, noon, kind of typically or
18   11:00, 11:30?  The only reason I ask is there would be times
19   I'd probably want to catch an early flight, that being said,
20   back to Dallas to see my kids, do stuff on the weekends.  So
21   I'm scheduling with that --
22            THE COURT:  Look, I anticipate -- I'd anticipated
23   we go till lunch, which usually is around 12:30.  So my hope
24   was to do sort of do three hours on Friday morning and maybe
25   even three and a half, we might start at 9:00 on Friday
```

1    mornings.

2            But, you know, again, I think you all --

3    I appreciate, I think, everybody's working towards

4    streamlining this case and being as efficient as possible,

5    but we won't know what we have until we actually get into

6    it, and so I want to make sure that we're using our time

7    wisely.

8            MS. RAKOCZY:  Your Honor, with our Joint Pretrial

9    Statement, we are preparing final jury instructions for

10   submission because that's what the Court asked for.  If the

11   parties can come to agreement or want to propose themselves

12   any proposed additions to the Court's typical preliminary

13   instructions, can we submit that at that time?

14           THE COURT:  I mean, if what you mean is -- I mean,

15   I will give opening instructions.  I usually -- I mean, it's

16   fairly standard.  You know, I may have to say a little bit

17   more in this case about not -- about media and the like.

18           But if there's something specific you'd like me to

19   add, I mean, I can share with you what I sort of usually say

20   and what I did for the last January 6th trial.  And if

21   there's something you think I'm missing or I ought to

22   modify, just let me know.

23           MS. RAKOCZY:  We anticipate that one instruction

24   might address the fact that because of the ongoing nature of

25   the case, both parties may have certain personnel coming and

1    in out of the courtroom.  And so we might ask that the Court

2    address that the jury may see that and there's nothing to be

3    made of that.  That type of instruction, we thought we might

4    have a few to propose.

5             THE COURT:  That's fine.

6             MS. RAKOCZY:  Thank you, Your Honor.

7             Thank you for bearing with this list too.

8             THE COURT:  That's okay.

9             MS. RAKOCZY:  You mentioned that obviously we're

10   moving to a new courtroom.  If we could work into the 14th

11   and the 15th some time to do maybe a technological

12   walk-through and just a discussion of the anticipated layout

13   for trial.  I know the defense has had a lot of questions

14   about where everyone is going to sit.  Just so we can all

15   visualize it and prepare, that would be helpful.  I don't

16   know if the Court would like us to reach out to any of the

17   courtroom staff or the courthouse staff who might be needed.

18            THE COURT:  So I think John Cramer had hoped --

19   and I don't know whether by moving, whether this is going to

20   be a problem, but his goal was to have the courtroom set up

21   as it will be set up for trial on the 14th.

22            So he anticipated bringing in larger tables from

23   the Ceremonial Courtroom and bringing them down here to

24   ensure we can get all five defendants on one side of the

25   table, five counsel on the other side, and then have some

```
1    room for additional counsel.

2            And I don't know whether you all -- the defense is

3    going to share a paralegal, for example.  I don't know

4    whether you all are -- what you're thinking about that.

5    But, you know, my point is that on the 14th, the courtroom

6    ought to be set up more or less the way it's going to look

7    for trial, at least that's our goal.

8            MS. RAKOCZY:  Does the Court have any rules about

9    drinking from bottles of water or anything along those lines

10   that we all should prepare for?

11           THE COURT:  No.

12           MS. RAKOCZY:  Okay.  Thank you, Your Honor.

13           THE COURT:  You can stay hydrated during trial.

14   That's okay.

15           MS. RAKOCZY:  Thank you, Your Honor.  We will try

16   to keep it at a minimum, but...

17           MR. LINDER:  Can I bring an espresso machine?

18           THE COURT:  You know, I'm not a coffee drinker, so

19   the answer is no.  But if you've got some good tea, I'm

20   happy to drink that.

21           MS. RAKOCZY:  And I think my only final question

22   that I think we'll probably address in our Joint Pretrial

23   submission is, does the Court have any concerns or policies

24   against having case agent or agents sit at counsels' table?

25           THE COURT:  No.
```

1              I mean, I would have raised this at Pretrial,

2    but -- no.  I mean, my expectation is that there will be at

3    least one case agent, perhaps even a testifying case agent,

4    at counsel table.  That's okay with me.

5              Obviously the defense is -- you know, defense

6    counsel, you can object to that if you'd like, but that's

7    certainly been my practice.  And typically it is a

8    testifying case agent, the lead case agent usually is the

9    one that's at counsel's table for the government.

10             MS. RAKOCZY:  Yes, Your, we will propose that.

11             We've talked about it a little bit with the

12   defense and haven't heard an objection yet but we'll

13   continue to talk about that.

14             The government may propose having multiple

15   testifying case agents just because different case agents

16   have different areas of expertise that they may be

17   testifying about and so it may be useful for them to hear

18   different aspects of the testimony.  But we'll continue to

19   talk to the defense and flag that in our Joint Pretrial

20   submission.

21             THE COURT:  Okay.

22             MS. RAKOCZY:  I think those are all of your

23   questions.  Thank you, Your Honor.

24             THE COURT:  If we're on the issue of housekeeping,

25   just, I mean, I would have raised all this at the Pretrial

1    but just a few more things in terms of the way I run trials.

2            I require the party that is in their case-in-chief

3    to provide 24-hour notice of the witnesses they will be

4    planning to call the next day, the next court day.  So, you

5    know, on Friday, you know, whether it's the defense or the

6    government, should be prepared to announce to the other side

7    who they'll be calling on Monday and so on and so forth.

8            You know, just other basic stuff.  Please avoid

9    the speaking objections.  If there are to be objections

10    made, we will use telephones.  Instead of having everybody

11    come to the bench, you'll see that we'll have telephones,

12    multiple telephones set up on the tables.  Each defendant

13    will have access to a telephone.  I think we'll have at

14    least five for defense counsel.  I can't promise we'll have

15    one for each defense counsel, but we'll do our objections

16    that way instead of having people come up to the bench.

17            I'm going to need -- I don't need it, but I expect

18    at some point the defense is going to ask me for more

19    peremptories.  So if you all had been thinking about that,

20    let me know how many you want so we can talk about that and

21    obviously confer with the government if they -- as to what

22    their thoughts are.

23            I think we had talked about this.  We'll have,

24    obviously, 12 deliberating jurors.  I think we said we were

25    going to have four alternates.  So we can increase,

1    certainly, the number of alternate strikes from one to two,

2    and then you all are just going to have to let me know how

3    many peremptories you want for the regular jurors.  And the

4    same goes for the government, if you think you want more,

5    just ask and we can work all that out.

6            We'll talk about the process of voir dire as we

7    get closer in time, but there will be some different

8    logistics to it than what you might be used to just because

9    of COVID.  And we've been doing voir dire differently.  And

10   I hope to be able to do it in an individualized courtroom as

11   opposed to in the trial courtroom itself.  So we'll just see

12   where how that all shakes out, but we'll talk about that at

13   Pretrial.

14           Yeah, I think that's it.  I mean, I'll go back

15   obviously before the Pretrial and check my list of the usual

16   protocols that I make sure everybody is on the same page

17   about, but that's what comes to mind right now, okay?

18           MR. LINDER:  Your Honor, may I ask one more

19   question?

20           THE COURT:  Sure.

21           MR. LINDER:  Can you hear me?

22           THE COURT:  Yeah, I can hear you, Mr. Linder.

23           MR. LINDER:  In an effort to keep everything

24   organized and streamlined like we have talked about, JC had

25   arranged, through the court manager's office, for us to have

1    the work room on the fourth floor for our trial.

2           I was going to ask if we could get access to that

3    on the first day of our Pretrial on the 14th and 15th so

4    that we could start bringing in documents and equipment the

5    week leading up to trial.  That would make it a lot easier

6    than trying to do that on the first day of jury selection.

7           THE COURT:  I've got our courtroom clerk in here

8    and she's shaking her head.

9           Look, I think -- and the reason we can't give you

10   that is because there are other trials happening in the

11   courthouse --

12          MR. LINDER:  Okay.

13          THE COURT:  -- and other counsel who've made those

14   requests.

15          Look, to the extent you want to store things, we

16   can figure something out.  I mean, if there are -- if

17   there's technology, equipment, boxes, what have you, if you

18   want to bring it in and keep it in the courthouse, we can

19   find a place for it.

20          I mean, I've got an empty juror room behind the

21   courtroom where we can leave things if you'd like to leave

22   it there.

23          MR. LINDER:  Well -- and I assume we're going have

24   the work room, though, when the trial starts, because we

25   reserved that.

1          THE COURT:  Yes, that certainly has been reserved

2    and you'll have a dedicated room for defense counsel during

3    the trial.

4          MR. LINDER:  Okay.  Thank you.

5          THE COURT:  I don't know whether the government

6    has made such a request or not.

7          MS. RAKOCZY:  I believe we have, Your Honor.

8          THE COURT:  Okay.

9          So I think that's taken care of.

10          MR. LINDER:  Thank you, Your Honor.

11          THE COURT:  Okay.

12          All right.  Anything else?

13          MS. RAKOCZY:  Not for the government, Your Honor.

14    Thank you.

15          THE COURT:  All right.

16          Anything else --

17          MR. LINDER:  Not for Mr. Rhodes.

18          THE COURT:  Okay.

19          All right.  So we have our schedule.  So I had --

20    all right.  At this point, why don't we go off the record

21    momentarily.  I'm going to ask everybody who is not

22    associated with either the prosecution or the defense team

23    or the Court staff to leave the courtroom.

24          (Sealed proceedings)

25    ██████████████    ███████████████████████

























































(Ex parte, sealed proceedings)





















25          (Sealed proceedings)

1          THE COURT:  So whenever Mr. Meggs is ready.

































(Proceedings concluded at 4:27 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:  September 20, 2022____     

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 5/2 5/6 63/2
**DEFENDANT HARRELSON: [40]** 79/4 79/14 79/18 79/23 80/2 80/5 80/8 80/14 80/18 81/3 81/23 82/4 82/11 82/20 83/1 83/9 83/13 83/19 84/8 84/14 84/19 85/5 85/11 85/18 85/23 86/1 86/6 86/15 86/19 87/12 87/16 87/20 87/25 88/5 88/11 88/16 88/24 89/5 93/3 93/10
**DEFENDANT MEGGS: [40]** 96/8 97/6 97/8 97/11 97/15 97/20 98/9 98/12 98/19 98/24 99/7 100/20 101/18 101/20 101/24 102/3 102/12 103/7 103/13 103/20 103/23 104/6 104/11 104/18 104/25 105/12 105/17 105/22 106/5 106/11 106/19 106/25 107/3 107/11 107/13 107/18 107/23 109/2 109/8 109/13
**DEFENDANT RHODES: [28]** 68/3 68/5 68/10 68/14 68/21 69/17 69/22 70/1 70/7 70/18 71/1 71/6 71/11 71/18 71/24 72/12 72/20 73/2 73/15 73/24 74/3 74/10 74/19 74/25 75/4 75/25 76/3 76/23
**MR. BRIGHT: [15]** 46/12 47/7 47/13 47/24 49/1 49/4 54/11 54/15 63/15 75/10 75/20 75/24 76/2 77/5 77/7
**MR. CRISP: [2]** 34/20 42/2
**MR. EDWARDS: [6]** 38/23 39/13 39/16 40/22 41/14 41/24
**MR. FISCHER: [3]** 34/25 36/7 37/2
**MR. GEYER: [23]** 30/8 33/23 49/22 51/5 51/10 51/12 63/16 77/21 89/16 89/21 90/5 91/7 91/9 91/12 91/20 92/6 92/16 92/19 93/19 94/12 94/16 95/1 95/9
**MR. LINDER: [44]** 11/8 11/11 14/10 14/12 20/15 20/17 20/20 20/23 21/6 22/10 27/19 27/23 27/25 38/18 40/23 40/25 41/13 43/19 44/23 45/1 45/4 45/23 46/3 46/10 47/1 47/21 48/25 53/14

60/23 61/12 61/23 62/4 62/10 62/17 63/13 65/16 66/9 67/11 67/13 67/17 67/23
**MR. MARTIN: [3]** 37/7 65/8 65/11
**MR. NESTLER: [18]** 32/8 32/11 33/3 52/15 52/17 75/8 76/4 86/23 87/22 89/10 108/1 108/4 111/5 111/10 113/10 114/18 114/24 115/16
**MR. PEED: [1]** 37/12
**MR. SHIPLEY: [1]** 36/10
**MR. WOODWARD: [41]** 22/17 23/15 23/19 24/16 24/20 26/9 26/19 26/22 27/21 27/24 28/3 28/22 29/15 29/18 32/7 49/15 63/19 64/1 64/3 64/9 64/11 96/13 97/5 99/10 99/12 100/1 100/8 100/13 101/2 108/13 109/17 109/21 110/7 111/21 113/7 113/16 113/20 114/12 114/16 115/22 115/25
**MS. HALIM: [3]** 36/22 65/3 65/6
**MS. RAKOCZY: [40]** 6/23 8/18 9/7 10/3 10/11 10/18 10/20 11/2 11/5 16/2 19/8 38/19 40/24 47/22 48/23 49/18 51/20 52/24 53/5 53/12 53/15 53/18 53/21 54/6 54/10 54/13 55/8 55/23 56/6 56/9 57/8 57/12 57/15 57/21 58/10 58/22 62/7 62/13 87/3 111/14
**THE COURT: [283]**
**U.S. MARSHAL: [1]** 64/17

**0**
**04 [1]** 30/21
**08077 [1]** 3/13
**0826 [2]** 4/5 4/11
**0938 [1]** 30/21

**1**
**1.8 [1]** 44/18
**10 [1]** 5/12
**10th [1]** 53/1
**11 [1]** 5/12
**1100 [1]** 3/23
**1149 [1]** 15/13
**1150 [1]** 4/15
**11:00 [1]** 54/18
**11:30 [1]** 54/18
**12 [2]** 30/4 59/24
**120 [1]** 48/1
**12:30 [1]** 54/23
**12th [2]** 15/9 30/12

**13th [2]** 39/21 40/1
**140 [1]** 29/2
**142 [10]** 15/9 28/1 29/5 29/21 29/23 30/7 31/14 31/16 31/22 33/17
**142 hours [2]** 27/20 32/15
**14th [8]** 45/2 48/5 48/13 48/20 56/10 56/21 57/5 61/3
**15 [3]** 1/4 5/7 54/3
**15th [8]** 46/22 47/18 48/5 48/13 48/20 49/10 56/11 61/3
**17 [1]** 30/21
**170 [2]** 39/25 42/15
**17110 [1]** 2/10
**1775 [1]** 2/14
**1808 [1]** 3/3
**18th [1]** 15/11
**19 [1]** 30/21
**19106 [1]** 3/23
**193 [1]** 12/8
**194 [1]** 12/9
**198 [1]** 12/10
**1990s [1]** 34/4
**1:30 [3]** 45/17 46/14 49/9
**1st [1]** 47/15

**2**
**2.5 million [1]** 15/12
**20 [1]** 117/7
**20-minute [1]** 54/3
**200 [1]** 29/1
**20001 [1]** 4/20
**20006 [1]** 4/15
**20010 [1]** 3/4
**20036 [1]** 3/9
**2006 [1]** 3/12
**201 [1]** 12/10
**202 [5]** 1/18 3/4 3/9 4/16 4/21
**2022 [2]** 1/5 117/7
**20530 [1]** 1/18
**21061-3065 [2]** 4/5 4/10
**214 [1]** 2/5
**215 [1]** 3/23
**22-15 [2]** 1/4 5/7
**228-1341 [1]** 3/18
**22nd [3]** 12/2 12/14 26/3
**23 [3]** 1/5 37/19 37/25
**24-hour [1]** 59/3
**252-7277 [1]** 1/18
**252-9900 [1]** 2/5
**26 [1]** 26/3
**2615 [1]** 3/9
**26th [3]** 30/7 52/2 52/21
**2:09 [1]** 1/6
**2nd [1]** 47/11

**3**
**30 [2]** 32/19 32/20
**300 [2]** 4/4 4/10

**302s [1]** 15/13
**3065 [2]** 4/5 4/10
**3249 [1]** 4/21
**3300 [1]** 2/4
**333 [1]** 4/20
**352-2615 [1]** 3/9
**354-3249 [1]** 4/21
**3rd [1]** 24/13

**4**
**40 or [1]** 18/8
**40-hour [1]** 28/25
**4031 [1]** 2/9
**410 [2]** 4/5 4/11
**412-4676 [1]** 2/10
**44 [1]** 12/12
**4541 [1]** 3/17
**4676 [1]** 2/10
**4:27 [1]** 116/7
**4:45 [1]** 53/23

**5**
**5,726 [1]** 30/12
**50 [1]** 18/8
**500 [1]** 30/11
**501 [1]** 3/22
**555 [1]** 1/17
**5708 [1]** 3/13
**5:00 [2]** 53/23 54/2
**5th [2]** 46/25 52/6

**6**
**6,000 [2]** 27/9 27/9
**600 [1]** 50/24
**601 [2]** 3/7 3/22
**607-5708 [1]** 3/13
**66 [1]** 39/1
**6th [8]** 9/10 16/14 17/22 26/10 32/23 45/25 47/15 55/20

**7**
**70 [2]** 11/18 38/17
**700 [1]** 2/4
**717 [1]** 2/10
**7277 [1]** 1/18
**7310 [2]** 4/4 4/9
**7447 [1]** 3/4
**75219 [1]** 2/5
**787-0826 [2]** 4/5 4/11
**7th [1]** 7/13

**8**
**80,000 [1]** 18/1
**808 [1]** 3/18
**808Shipleylaw [1]** 3/19
**82,000 [1]** 15/13
**856 [1]** 3/13
**8th [1]** 45/17

**9**
**90 [1]** 30/18
**900 [1]** 3/8
**919-9491 [1]** 4/16
**928-1100 [1]** 3/23
**9491 [1]** 4/16
**96734 [1]** 3/18
**98 [1]** 30/17

**991 [1]** 2/5
**996-7447 [1]** 3/4
**9:00 [1]** 54/25
**9:30 [3]** 45/1 53/23 54/2

**A**
**a.m [1]** 45/1
**ability [1]** 32/3
**able [5]** 30/16 37/20 46/10 50/5 60/10
**about [61]** 8/2 8/24 9/13 10/2 11/19 11/22 12/12 13/15 15/24 17/8 19/7 19/25 22/18 22/21 24/23 25/1 25/22 26/3 26/7 27/16 30/9 30/14 30/17 32/23 32/25 33/1 33/4 33/13 33/17 35/9 35/22 36/3 37/15 38/21 39/1 39/6 40/20 42/25 43/7 45/7 48/1 50/11 50/17 51/1 51/9 51/21 55/17 55/17 56/14 57/4 57/8 58/11 58/13 58/17 59/19 59/20 59/23 60/6 60/12 60/17 60/24
**above [2]** 21/8 117/4
**above-titled [1]** 117/4
**absolute [1]** 34/5
**accepting [1]** 31/6
**access [6]** 16/23 16/24 25/19 50/8 59/13 61/2
**accessibility [1]** 36/6
**accompany [1]** 10/21
**accomplish [2]** 6/15 24/3
**accordingly [1]** 53/11
**acknowledge [2]** 9/8 20/8
**acknowledges [2]** 22/23 23/2
**actually [7]** 18/23 29/22 34/8 38/1 52/3 52/10 55/5
**acute [1]** 21/17
**add [9]** 12/13 22/15 22/17 33/22 34/18 37/5 37/12 49/10 55/19
**added [1]** 30/12
**addendum [1]** 48/7
**addition [1]** 19/15
**additional [10]** 7/3 10/6 10/22 27/6 27/9 27/9 30/8 34/21 35/15 57/1
**Additionally [1]** 33/6
**additions [2]** 48/6 55/12
**address [6]** 8/9 20/1 49/8 55/24 56/2 57/22
**admissibility [3]** 8/2 8/14 24/7
**admissible [5]** 9/3 9/9 9/13 9/15 9/23
**admission [2]** 9/12 9/12
**admit [1]** 21/18

**A**

advance [5]  18/3 24/4
 24/4 47/18 47/19
advice [1]  29/18
advise [1]  9/22
advised [2]  12/14 25/6
affirmatively [1]  11/1
after [11]  9/10 9/10
 19/19 21/1 22/3 22/4
 28/19 28/19 45/24 47/4
 53/19
afternoon [11]  5/4 5/6
 11/8 11/10 24/24 36/22
 38/23 40/11 40/13
 49/15 54/3
afternoons [1]  53/9
again [9]  6/12 12/5
 18/4 25/23 31/14 31/21
 48/15 49/7 55/2
against [6]  9/3 9/9 9/14
 9/21 22/12 57/24
agent [8]  10/8 10/11
 10/24 57/24 58/3 58/3
 58/8 58/8
agents [6]  10/12 16/24
 31/18 57/24 58/15
 58/15
agree [5]  11/23 24/5
 28/22 30/16 48/4
agreement [1]  55/11
agrees [3]  35/5 35/14
 47/19
ahead [6]  20/19 40/23
 40/24 41/21 44/20
 44/25
aided [1]  4/22
AL [1]  1/6
alerted [1]  26/13
Alexandra [2]  1/15
 5/14
all [90]  5/2 6/14 8/12
 8/15 10/25 11/6 13/22
 19/1 19/23 20/1 21/1
 23/8 24/9 26/3 26/10
 26/17 28/1 28/2 28/6
 28/15 29/4 29/8 29/8
 29/14 30/4 30/18 30/19
 31/15 31/25 32/13
 32/14 32/16 33/3 33/16
 33/18 33/21 34/18
 35/21 35/24 36/1 36/21
 37/10 37/15 38/7 38/16
 39/18 40/9 40/15 40/18
 41/9 41/23 42/5 42/6
 42/23 43/4 43/21 43/24
 44/1 44/4 44/17 44/6
 46/7 46/13 47/10 48/2
 48/16 48/19 49/6 51/1
 51/11 51/17 53/6 53/8
 53/11 55/2 56/14 56/24
 57/2 57/4 57/10 58/22
 58/25 59/19 60/2 60/5
 60/12 62/12 62/15
 62/19 62/20
all right [3]  43/24 44/4
 51/11
alleged [2]  22/25 29/25
alleging [1]  28/4

allow [3]  45/8 50/3
 54/6
allowing [1]  45/7
allows [1]  44/16
alluded [2]  18/1 22/19
alluding [1]  45/10
almost [1]  36/12
along [2]  13/22 57/9
already [5]  41/21 42/11
 42/19 44/22 46/8
also [16]  6/2 6/15 6/18
 7/11 8/5 10/12 27/2
 27/7 32/21 37/3 38/15
 44/10 46/21 47/22
 49/18 50/14
alternate [1]  60/1
alternates [1]  59/25
although [3]  23/7
 23/25 27/1
always [2]  21/16 53/20
am [2]  29/7 37/2
AMERICA [1]  1/3 5/7
AMIT [2]  1/9 5/3
Amit P [1]  5/3
amounts [2]  12/12
 12/23
analysis [1]  50/14
Angela [3]  3/20 5/24
angie [1]  3/24
angle [1]  19/13
announce [1]  59/6
anonymous [1]  15/14
another [9]  12/2 13/24
 15/4 18/14 20/17 24/22
 41/5 42/25 47/20
answer [3]  42/10 45/6
 57/19
anticipate [4]  12/24
 54/4 54/22 55/23
anticipated [4]  50/1
 54/22 56/12 56/22
anticipating [3]  10/6
 10/22 39/9
anticipation [1]  7/12
any [23]  7/8 8/22 10/14
 19/3 19/9 19/11 25/14
 27/4 31/25 34/6 35/24
 36/14 38/3 39/23 40/20
 43/22 48/5 48/21 52/25
 55/12 56/16 57/8 57/23
anybody [4]  44/17
 48/21 50/9 52/13
anyone [1]  19/21
anything [19]  6/22
 10/15 11/4 14/23 22/16
 25/24 33/22 34/18
 35/19 36/23 37/5 37/6
 37/8 37/12 41/22 44/17
 57/9 62/12 62/16
apart [1]  18/6
apologize [3]  42/2
 54/12 54/15
appearance [1]  6/8
APPEARANCES [4]
 1/13 1/21 2/12 3/24
appearing [2]  6/5 6/7
appellate [2]  21/4
 35/25

appreciate [2]  7/20
 55/3
appropriate [1]  20/7
approximately [2]
 32/19 32/20
are [72]  6/5 6/7 7/3 7/8
 8/15 9/2 9/2 9/8 9/10
 9/19 9/20 9/20 10/6
 10/21 10/22 10/24
 13/17 16/11 16/12
 16/15 16/16 16/17 17/2
 17/18 17/24 17/25 18/7
 19/8 19/18 19/19 20/5
 22/25 23/19 23/20
 23/21 23/25 27/8 27/14
 28/7 29/1 29/12 30/25
 32/5 35/9 35/22 36/6
 37/18 37/19 38/4 38/7
 38/8 38/14 38/16 39/1
 42/21 45/6 45/21 46/8
 46/14 48/16 50/3 52/12
 52/20 53/8 55/9 57/4
 58/22 59/9 59/22 60/2
 61/10 61/16
area [5]  16/4 23/6
 23/13 23/17 25/20
areas [4]  29/8 50/8
 50/13 58/16
aren't [2]  19/5 31/16
argue [3]  9/13 13/10
 41/6
argument [2]  41/9
 45/20
arguments [1]  34/21
arise [2]  20/11 20/12
around [3]  46/21 49/14
 54/23
arranged [1]  60/25
arrest [1]  25/13
arrested [1]  19/19
as [55]  7/5 9/5 9/12
 9/23 10/7 10/9 11/17
 12/19 12/20 12/24
 13/22 14/2 14/13 14/16
 15/11 16/19 17/13
 17/25 20/12 22/19 23/8
 24/1 24/1 25/23 26/12
 27/14 28/6 28/8 28/18
 31/5 32/1 33/6 40/18
 40/19 43/8 44/1 44/2
 45/11 46/17 47/17
 47/17 48/4 48/6 48/6
 48/7 54/4 54/5 54/8
 54/8 55/4 55/4 56/21
 59/21 60/6 60/10
As you've [1]  45/11
aside [1]  46/21
ask [12]  6/21 41/21
 47/16 51/24 53/15
 54/18 56/1 59/18 60/5
 60/18 61/2 62/21
asked [4]  10/12 44/6
 52/8 55/10
asking [3]  13/18 25/24
 35/22
aspects [1]  58/18
assigned [1]  50/20
assist [1]  8/2

associate [2]  58/13
 55/3
associated [1]  62/22
ASSOCIATES [1]  2/9
assume [2]  15/24
 61/23
assuming [2]  23/14
 28/25
assumptions [1]  50/17
atlas [1]  31/9
attempting [1]  43/11
attend [2]  50/5 52/20
attention [4]  15/5
 15/16 17/11 30/13
attire [1]  25/7
attorney [1]  41/5
ATTORNEY'S [3]  1/17
 11/16 14/24
attorneys [1]  34/12
August [6]  1/5 12/2
 12/14 15/9 15/11 30/12
August 22nd [2]  12/2
 12/14
authenticating [1]  50/2
available [13]  22/5
 34/1 37/22 39/25 40/12
 42/19 45/6 45/13 45/14
 45/17 46/14 46/25
 47/11
Avenue [3]  2/4 3/7 4/20
averted [1]  31/5
avoid [2]  18/25 59/8
aware [4]  12/22 17/10
 25/17 47/25

**B**

back [9]  14/16 14/17
 31/1 39/23 46/7 47/2
 47/2 54/20 60/14
backdated [1]  30/13
backstop [2]  16/21
 19/16
bad [1]  50/9
BARRETT [2]  2/3 4/19
barriers [3]  30/22
 30/25 31/11
based [8]  13/1 13/19
 42/9 44/14 45/11 45/12
 47/24 50/3
basic [1]  59/8
basically [1]  30/23
basis [1]  7/7
bat [1]  42/14
be [100]  5/4 7/7 7/20
 8/5 9/5 9/5 9/8 9/18
 9/24 10/8 11/18 12/14
 12/17 12/18 12/25
 17/10 18/18 18/23
 19/12 19/18 19/24
 21/20 21/25 22/25 23/1
 23/11 23/24 24/11
 25/21 27/5 27/10 27/15
 28/9 28/20 29/8 32/11
 35/6 35/6 35/12 35/22
 35/24 36/4 37/25 40/3
 40/5 40/10 40/13 41/3
 41/10 42/8 42/8 42/10
 42/12 42/19 42/20
 42/22 43/8 44/22 45/13

46/17 46/24 47/6 47/9
 47/11 47/14 47/14 47/21
 47/23 48/6 49/6 49/12
 50/3 50/18 50/22 51/25
 52/3 52/11 52/12 52/22
 53/4 53/22 54/18 56/2
 56/15 56/17 56/20
 56/21 57/6 58/2 58/16
 58/17 59/3 59/6 59/7
 59/9 60/7 60/8 60/10

bearing [1]  56/7
because [33]  9/20
 10/23 12/6 14/15 20/9
 20/10 23/15 24/3 26/14
 31/5 31/16 31/18 34/13
 34/15 37/20 38/20
 40/10 44/13 44/18
 45/10 46/4 47/5 49/23
 51/6 51/25 52/19 52/21
 55/10 55/24 58/15 60/8
 61/10 61/24
become [4]  6/17 18/24
 46/16 49/8
been [44]  7/18 10/25
 14/15 15/12 15/14
 15/17 15/18 15/19 16/6
 16/20 17/1 18/2 18/22
 22/18 22/21 23/22 24/1
 24/8 24/13 24/16 24/20
 25/14 25/23 27/20 28/4
 29/2 30/17 30/18 31/19
 33/20 34/15 35/2 38/3
 38/25 42/16 43/1 44/19
 50/5 53/7 54/1 58/7
 59/19 60/9 62/1
before [15]  1/9 6/24
 13/8 15/11 19/3 19/11
 32/23 38/11 45/5 45/7
 46/23 47/20 53/19
 53/20 60/15
behalf [18]  5/17 5/19
 5/21 5/22 5/23 5/24 6/1
 6/3 13/13 22/15 23/9
 34/19 34/24 36/9 36/21
 37/1 37/10 43/19
behind [1]  61/20
being [9]  9/2 16/4 16/5
 16/15 16/17 36/6 53/9
 54/19 55/4
believe [18]  7/22 9/7
 11/15 13/8 13/14 14/6
 23/15 23/21 25/20
 25/21 29/25 30/15
 30/18 33/10 37/5 45/25
 50/2 62/7
bench [2]  59/11 59/16
Berwick [1]  3/12
best [2]  39/11 40/16
between [4]  27/9 29/1
 29/2 30/7
beyond [1]  34/21
bias [1]  42/21
binders [1]  44/12
binders' [1]  44/8
bit [6]  12/3 13/16 13/23
 49/11 55/16 58/11
black [1]  25/7

**B**

bolster [1] 19/6
both [4] 8/2 45/20 47/8 55/25
bottles [1] 57/9
bound [2] 14/22 14/22
Box [2] 3/17 34/2
boxes [1] 61/17
Boys [3] 25/1 25/2 25/11
Brad [1] 13/9
Bradford [3] 3/11 3/14 5/21
Brady [1] 50/21
BRAND [1] 3/3
brandwoodwardlaw.c om [1] 3/5
break [1] 54/3
brief [1] 10/20
briefed [1] 45/19
bright [13] 2/3 2/3 5/17 11/7 15/16 31/8 45/23 46/10 46/24 47/4 47/10 54/13 54/14
bring [6] 6/21 15/5 15/16 40/9 57/17 61/18
bringing [4] 40/13 56/22 56/23 61/4
building [3] 3/8 29/12 38/1
Burnie [2] 4/5 4/10

**C**

Caldwell [6] 4/8 5/12 6/2 6/6 12/8 34/24
calendar [1] 8/24
calendars [1] 49/13
call [2] 44/13 59/4
called [1] 10/13
calling [2] 19/10 59/7
came [5] 16/25 18/1 18/11 26/2 26/14
camera [2] 23/7 30/24
cameras [1] 31/3
can [64] 8/8 8/13 9/25 12/6 12/15 13/4 14/13 16/23 18/18 19/9 19/12 20/6 20/22 21/25 23/10 23/16 24/1 24/9 29/16 31/17 31/19 31/24 35/8 36/1 36/2 38/10 38/11 38/24 39/10 40/9 40/19 41/8 41/12 41/18 44/20 45/13 45/19 46/7 46/7 46/12 46/15 48/12 49/19 50/5 50/20 51/3 51/8 54/5 55/11 55/13 55/19 56/14 56/24 57/13 57/17 58/6 59/20 59/25 60/5 60/21 60/22 61/16 61/18 61/21
can't [8] 8/21 15/1 20/21 21/24 22/6 26/17 59/14 61/9
candidly [1] 19/17
cannot [3] 12/19 21/23 46/10
Capitol [10] 15/10 23/8

31/7 32/18 32/19 33/9
captioned [1] 27/2
capture [2] 17/18 29/11
care [3] 44/15 44/19 62/9
case [40] 5/7 10/25 13/23 14/3 15/17 15/18 15/19 15/20 16/20 17/2 17/22 20/9 21/14 21/17 21/17 22/22 24/15 24/17 24/21 27/2 27/5 28/9 32/13 35/18 37/18 41/10 45/12 47/6 50/17 55/4 55/17 55/25 57/24 58/3 58/3 58/8 58/8 58/15 58/15 59/2
case-specific [2] 27/2 27/5
cases [4] 16/22 17/2 41/16 47/5
catastrophe [1] 31/5
catch [1] 54/19
categories [1] 8/9
category [1] 29/19
causes [1] 32/2
CCTV [4] 22/23 23/16 27/6 27/7
cell [2] 17/16 17/18
Ceremonial [2] 40/11 56/23
certain [5] 17/9 32/20 50/8 50/9 55/25
certainly [6] 16/11 16/16 33/8 58/7 60/1 62/1
Certified [1] 4/18
certify [1] 117/2
CH [1] 4/19
chambers [2] 35/7 39/9
characterize [1] 9/12
characterizing [1] 31/6
charged [1] 17/21
chats [1] 48/2
check [1] 60/15
chief [1] 59/2
Cinnaminson [1] 3/13
circuit [2] 15/10 29/23
civil [1] 25/5
civilian [4] 22/20 22/21 23/2 23/3
clarity [1] 33/17
clear [3] 18/24 21/20 32/11
cleared [2] 46/3 46/5
clerk [1] 61/7
client [2] 12/19 13/1
clients [13] 17/23 17/23 18/9 21/1 22/25 26/14 26/18 27/22 28/2 28/4 31/16 31/19 31/24
clients' [2] 27/17 30/6
CLINTON [1] 4/14
clintonpeed.com [1] 4/16
closed [3] 15/10 29/23

closed-circuit [2] 15/10 29/23
closer [1] 60/7
closing [1] 53/19
co [5] 8/25 9/5 17/4 35/9 47/4
co-conspirator [2] 8/25 9/5
co-conspirators [1] 17/4
co-counsel [2] 35/9 47/4
coffee [1] 57/18
colleagues [3] 17/13 17/15 53/25
collective [1] 27/16
COLUMBIA [1] 1/1
Columbus [1] 53/1
come [18] 7/8 17/21 19/13 20/13 24/9 39/20 40/1 40/4 42/18 42/22 43/4 46/4 46/7 46/23 52/13 55/11 59/11 59/16
comes [6] 9/9 19/2 22/3 35/22 35/23 60/17
comfortable [2] 16/19 20/5
coming [4] 10/15 38/13 44/2 55/25
commence [1] 21/24
commenced [1] 22/4
communications [1] 25/22
COMMUNITY [1] 3/21
complete [3] 40/5 40/13 42/18
completely [2] 28/22 29/12
completeness [2] 8/3 24/7
complex [1] 45/21
complicated [1] 27/12
components [1] 50/19
computer [1] 4/22
computer-aided [1] 4/22
conceive [1] 36/1
concern [3] 32/6 33/1 48/15
concerning [2] 6/16 6/19
concerns [3] 22/2 27/16 57/23
concluded [2] 25/13 116/7
concrete [1] 32/2
concur [1] 49/4
conditions [1] 31/6
confer [2] 11/14 59/21
conference [5] 1/9 8/10 10/2 24/5 24/5
conferred [1] 47/8
confident [2] 36/16 36/17
confirm [1] 23/8
conflict [2] 49/15 49/18

Connor [3] 4/3 4/8 5/25
conscience [1] 12/19
consider [1] 32/3
consideration [1] 7/23
conspiracy [2] 9/11 24/8
conspirator [2] 8/25 9/5
conspirators [1] 17/4
Constitution [1] 4/20
constraints [1] 38/3
constructive [1] 11/15
contain [4] 28/16 28/16 30/2 36/14
continual [1] 15/6
continuance [6] 12/8 12/22 13/19 14/5 14/8 15/4
continue [5] 7/5 15/6 24/18 58/13 58/18
continued [5] 2/1 3/1 4/1 6/25 24/13
continues [1] 19/15
continuing [2] 11/25 21/3
Contreras's [1] 37/19
control [1] 23/4
conversation [2] 47/24 51/9
conversations [3] 7/11 8/2 17/12
convicted [1] 21/1
conviction [1] 28/19
correct [8] 16/2 29/7 38/25 47/1 47/7 48/23 48/25 117/3
correctly [1] 36/25
correspondence [1] 25/15
could [10] 17/10 19/24 20/11 22/9 35/3 47/13 51/4 56/10 61/2 61/4
counsel [32] 6/9 7/14 8/21 11/7 16/20 16/22 17/2 18/20 19/4 20/4 26/11 27/14 32/13 32/17 32/22 34/21 35/9 43/22 44/13 44/19 45/6 47/4 52/4 52/21 56/25 57/1 58/4 58/6 59/14 59/15 61/13 62/2
counsel's [1] 58/9
counsels' [1] 57/24
counter [2] 30/23 51/20
couple [4] 37/15 39/2 44/23 51/20
course [4] 17/20 23/9 33/9 40/10
court [44] 1/1 4/17 4/19 6/24 7/20 8/8 8/16 12/6 12/22 27/15 27/17 27/15 35/3 35/6 35/13 38/21 39/3 39/7 39/7 39/10 41/6 41/15 41/21 41/6 49/25 51/14

51/21 51/22 51/24 51/24 52/4 52/5 52/25 53/15 53/18 54/6 55/10 56/1 56/16 57/8 57/23 59/4 60/25 62/23
Court's [8] 7/23 14/12 15/5 15/16 35/15 53/22 54/17 55/12
courthouse [4] 44/3 56/17 61/11 61/18
courtroom [20] 24/17 37/18 37/19 37/19 37/22 38/10 40/2 40/11 40/12 56/1 56/10 56/17 56/20 56/23 57/5 60/10 60/11 61/7 61/21 62/23
cover [1] 45/8
covered [2] 22/25 29/21
covers [1] 29/20
COVID [1] 60/9
CR [1] 1/4
Cramer [1] 56/18
CREW [1] 24/24
Criminal [1] 5/7
Crisp [5] 2/8 2/9 5/22 34/18 42/4
crisplegal.com [1] 2/11
critical [1] 19/21
CRR [2] 117/2 117/8
crucial [1] 31/4
current [2] 7/3 25/9
currently [1] 19/23
custody [1] 23/4

**D**

D.C [10] 1/5 1/18 3/4 3/9 4/15 4/20 25/3 25/9 25/19 48/5
daily [1] 53/22
Dallas [2] 2/5 54/20
data [5] 17/17 20/25 20/25 21/3 35/10
database [1] 34/8
databases [4] 16/23 16/25 17/6 19/8
date [8] 6/21 14/25 22/8 47/20 48/8 49/10 50/16 117/7
dates [3] 6/16 10/1 51/23
David [6] 4/2 4/2 4/8 5/11 5/25 6/2
day [21] 12/25 31/10 35/3 35/15 45/24 46/4 46/4 46/19 47/4 49/13 52/2 52/9 52/11 53/2 53/2 53/10 53/10 59/4 59/4 61/3 61/6
Day/Indigenous [1] 53/2
days [7] 12/16 13/3 14/17 45/8 45/13 53/7 54/16
deal [5] 20/12 45/17 46/8 46/15 48/20
dealing [1] 24/6

**D**

December [1] 21/2
decision [2] 11/20
49/24
dedicated [1] 62/2
defend [1] 27/15
defendant [33] 2/2 2/8
3/2 3/11 3/15 3/20 4/2
4/7 4/13 5/8 5/8 5/9
5/10 5/10 5/11 5/11
5/12 5/12 5/18 5/20
5/21 5/22 5/23 5/24 6/1
6/2 6/3 6/8 9/9 9/23
17/6 17/21 59/12
defendant's [1] 17/24
defendants [19] 1/7
6/4 6/6 9/3 9/21 16/6
17/3 17/8 17/14 17/19
18/19 19/21 22/5 29/11
29/11 29/13 29/25 31/7
56/24
DEFENDER [1] 3/21
defense [40] 7/6 7/12
7/14 7/15 7/18 7/24 8/5
10/15 10/18 11/7 16/9
18/2 18/5 18/20 18/24
19/4 19/6 19/9 26/10
27/17 30/6 32/13 32/17
32/22 42/24 43/17
43/22 45/6 56/13 57/2
58/5 58/5 58/12 58/19
59/5 59/14 59/15 59/18
62/2 62/22
defense's [1] 17/11
defer [2] 37/6 38/20
deliberating [1] 59/24
delineate [1] 29/19
demarcation [1] 9/25
demonstrate [1] 25/8
demonstration [1]
25/3 25/4
demonstrations [2]
25/12 25/13
demonstratives [1]
54/6
demonstrators [1]
25/4
Department [1] 12/2
depending [1] 45/20
designations [1] 13/12
details [1] 40/4
determine [1] 38/16
devices [2] 16/6 16/11
devote [1] 46/19
did [7] 18/4 18/6 36/25
38/20 50/3 54/14 55/20
didn't [3] 46/4 51/2
52/8
different [6] 26/5 28/24
58/15 58/16 58/18 60/7
differently [1] 60/9
difficulties [1] 50/15
dire [2] 60/6 60/9
direct [1] 17/10 31/24
directly [3] 12/18 18/19
39/15
disagree [1] 11/23
disagreement [1] 8/9
disappears [1] 34/3
disaster [2] 34/5 34/10
disclosed [6] 14/4
15/12 23/5 25/23 28/19
32/21
disclosure [4] 14/7
19/1 26/8 30/14
disclosures [3] 7/2
17/19 20/7
discover [1] 28/12
discovered [1] 19/25
discovery [32] 7/1 7/3
7/9 12/1 12/3 12/4
12/12 12/23 13/3 13/3
14/2 14/18 14/25 16/1
16/3 18/15 19/24 21/9
21/11 25/14 25/25 26/8
26/9 27/2 27/3 27/12
29/6 32/12 32/16 32/21
33/13 48/11
discuss [1] 45/12
discussed [3] 7/19
41/19 45/5
discussion [2] 7/21
56/12
discussions [1] 13/15
dismiss [1] 12/19
disobedience [1] 25/5
disowned [1] 36/15
disputes [2] 10/24
38/14
disqualified [1] 42/16
distributed [1] 42/6
DISTRICT [3] 1/1 1/1
1/10
divides [1] 31/8
do [55] 6/21 7/5 9/2 9/3
9/7 10/8 13/6 15/24
16/1 17/12 18/14 18/14
19/10 20/11 20/17
21/24 22/11 23/15
25/24 29/10 29/15 30/5
33/10 33/21 35/7 36/2
37/7 37/18 37/20 39/12
41/2 41/3 41/15 42/3
44/13 44/20 44/20
45/10 45/12 46/6 46/17
47/10 48/12 49/14
49/23 50/4 50/22 51/8
54/20 54/24 54/24
56/11 59/15 60/10 61/6
do you [4] 9/2 41/2
41/3 47/10
do you have [1] 41/15
Do you mean that [1]
10/8
docket [3] 12/8 12/11
13/19
document [8] 10/13
12/9 12/10 18/8 27/4
36/13 36/13 48/8
documentation [1]
44/12
documents [1] 12/15
44/9 61/4
does [12] 14/16 24/7
39/3 39/4
52/13 53/15 53/18 54/6
57/8 57/23
doesn't [4] 13/24 14/2
24/2 30/2
doing [9] 6/13 18/5
29/17 30/6 35/19 42/10
43/15 53/10 60/9
DOJ [1] 12/11
don't [51] 6/20 11/4
11/6 12/20 14/14 14/21
16/7 16/10 19/25 22/12
22/14 23/12 26/16
26/22 26/22 27/10
27/13 28/17 29/4 29/11
29/14 30/4 30/5 31/3
31/14 31/15 33/12
33/21 35/6 36/23 37/5
37/12 38/2 40/1 40/6
41/7 41/22 43/9 43/15
45/16 46/21 49/11 50/9
52/3 56/15 56/19 57/2
57/3 59/17 62/5 62/20
done [8] 15/25 17/25
18/17 18/18 20/5 21/7
21/12 21/20
door [1] 43/10
doubt [1] 33/19
Douyon [1] 38/10
down [8] 8/23 10/1
11/19 15/1 21/12 35/3
41/8 56/23
download [1] 26/23
downloaded [1] 26/14
draft [2] 8/1 8/1
dress [1] 25/7
drink [1] 57/20
drinker [1] 57/18
drinking [1] 57/9
Drive [1] 3/12
due [2] 7/13 42/16
dump [1] 20/25
dumps [5] 13/2 17/16
18/15 21/3 21/11
during [5] 19/11 19/19
54/7 57/13 62/2
duty [1] 14/22 14/22
duty-bound [2] 14/22
14/22

**E**

each [2] 59/12 59/15
earlier [5] 28/7 34/21
35/1 39/6 41/19
early [2] 46/4 54/19
easier [4] 10/15 13/2
35/12 61/5
easily [2] 48/8 48/13
easy [1] 42/13
Edmund [1] 3/2
Edward [3] 4/13 5/12
5/13
Edwards [4] 1/16 5/15
38/20 40/21
efficient [2] 36/3 55/4
effort [1] 60/23
eight [3] 15/17 15/19
30/4
52/13 53/18 54/6
24/23 35/13 42/24
43/22 45/19 62/22
ELMER [3] 1/6 2/2 5/8
else [5] 11/4 14/16
44/17 62/12 62/16
email [15] 1/19 1/20
2/6 2/7 2/11 3/5 3/10
3/14 3/19 3/24 4/6 4/11
4/16 33/12 39/9
emails [4] 24/25 32/18
32/20 32/22
Empire [2] 4/4 4/10
empty [1] 61/20
end [3] 9/10 44/16
53/23
enforcement [1] 17/7
engage [1] 33/14
enhanced [1] 50/7
enough [5] 22/6 47/18
47/19 47/21 48/3
ensure [4] 18/18 37/21
48/15 56/24
entered [1] 31/7
equipment [2] 61/4
61/17
escaped [1] 30/13
especially [1] 35/10
espresso [1] 57/17
establish [1] 24/8
ET [1] 1/6
eve [4] 18/14 20/20
20/24 24/11
even [4] 26/20 29/13
54/25 58/3
evening [2] 43/5 44/4
event [8] 8/22 49/24
ever [1] 15/18
Everest [1] 34/4
every [4] 21/17 21/21
21/22 36/12
everybody [13] 6/10
6/12 6/13 18/21 35/14
45/17 47/19 49/23
50/15 50/16 59/10
60/16 62/21
everybody's [1] 55/3
everyone [3] 5/4 14/16
56/14
everyone's [1] 47/25
everything [4] 9/4
21/13 45/18 60/23
evidence [12] 8/14
12/17 12/25 15/7 19/24
20/6 36/12 36/14 36/17
36/19 51/15 54/5
Evidence.com [1] 34/8
ex [3] 44/5 44/11 90/4
exact [1] 16/7
exactly [2] 16/10 40/17
exaggerating [1] 35/9
example [4] 17/5 17/18
41/20 57/3
excellent [1] 34/8
exchange [2] 8/6 41/18
exclusive [1] 27/3
exculpatory [8] 14/23
23/11 23/24 30/2 36/12
disaster    36/17 36/18
excuse [2] 42/3 42/13
excused [3] 24/14
24/16 24/20
excusing [1] 42/8
exhibit [2] 8/6 8/6
exist [1] 16/15
exists [3] 21/16 23/14
23/15
expect [3] 31/15 51/15
59/17
expectation [1] 58/2
expert [2] 13/12 50/1
expertise [1] 58/16
experts [1] 13/13
extend [1] 13/11
extending [1] 13/16
extent [2] 35/21 61/15
extra [1] 38/5
extractions [1] 17/17
Eye [1] 4/14

**F**

fact [10] 11/14 14/2
15/8 15/19 15/24 19/15
26/13 29/21 38/4 55/24
fair [1] 27/5
fairly [4] 6/18 23/11
53/22 55/16
fall [1] 47/6
falls [1] 16/10
family [1] 47/14
far [1] 42/15
favor [1] 51/17
FBI [5] 16/14 16/23
16/24 21/9 33/8
FD [1] 10/13
FD-302 [1] 10/13
fd.org [1] 3/23
feasible [1] 37/23
February [1] 12/11
federal [5] 3/21 45/24
47/2 50/19 53/3
feedback [1] 39/24
feel [1] 24/2
few [6] 6/15 7/18 8/19
17/19 34/12 34/13
38/14 49/13 56/4 59/1
figure [4] 40/16 41/12
52/19 61/16
figured [1] 40/17
filed [5] 12/8 12/10
13/12 13/13 44/10
files [5] 15/12 16/15
27/9 50/25
filings [1] 51/1
final [2] 55/9 57/21
find [2] 30/18 61/19
findings [3] 43/14
43/16 43/17
fine [5] 24/22 25/25
47/23 54/13 56/5
finished [1] 23/3
first [11] 13/10 29/19
33/3 33/4 37/17 38/8
41/11 51/23 52/2 61/3
61/6
Fischer [11] 4/2 4/3 4/8

**F**

Fischer... [8]  4/9 5/25
6/2 34/24 35/17 36/25
45/4 45/9
fischerandputzi [2]  4/6
4/12
five [13]  11/19 13/25
19/1 23/25 24/2 28/14
30/24 39/1 41/10 43/7
56/24 56/25 59/14
flag [5]  8/8 51/24 52/5
52/24 58/19
flight [1]  54/19
floor [2]  37/24 61/1
focused [5]  13/1 14/16
14/25 15/1 42/21
FOIA [1]  24/25
folks [3]  31/13 42/13
46/14
follow [2]  8/19 38/21
follow-up [1]  38/21
follow-ups [1]  8/19
following [4]  19/5
21/15 45/15 47/16
footage [6]  22/24 27/7
27/8 29/20 29/21 29/24
foregoing [1]  117/3
foremost [1]  37/17
foresee [1]  9/2
forgive [1]  52/8
formal [1]  10/20
formally [1]  35/14
FORMERFEDS [1]
3/12
formerfedsgroup.com
[1]  3/14
forth [1]  59/7
forward [7]  13/17
42/22 48/4 48/11 49/7
51/14 51/15
found [2]  18/5 25/15
four [6]  34/14 39/21
42/20 43/7 53/10 59/25
four-day [1]  53/10
four-plus [1]  42/20
fourth [2]  1/17 61/1
frame [1]  49/23
framed [1]  50/16
frankly [1]  10/18
Friday [8]  7/15 47/12
53/7 53/9 53/10 54/24
54/25 59/5
Fridays [1]  54/16
front [3]  2/9 43/10 54/1
full [6]  42/20 43/14
45/13 46/19 48/8 49/13
fully [1]  45/19
fulsome [2]  7/22 8/1
further [3]  37/6 37/8
48/5
furtherance [1]  9/15
future [3]  21/25 36/13
36/18

**G**

gap [1]  22/24
Garden [3]  29/20 29/24
32/11

gather [1]  38/15
general [2]  17/9 18/10
generally [1]  34/2
generates [1]  13/5
get [30]  11/12 12/21
13/2 13/2 13/4 14/5
14/25 20/25 21/1 21/3
23/10 38/11 40/16
40/18 41/6 41/12 42/6
44/15 49/7 49/24 50/7
50/12 50/18 51/2 53/10
54/4 55/5 56/24 60/7
61/2
gets [1]  28/19
getting [8]  11/24 12/17
12/23 12/25 21/7 21/9
21/11 50/15
Geyer [8]  3/11 5/21
8/22 13/9 31/12 33/21
33/22 51/4
Giglio [2]  7/2 7/7
give [5]  39/23 48/21
51/7 55/15 61/9
given [10]  9/1 14/24
21/18 25/19 26/17 29/2
37/20 42/16 46/23 48/7
giving [1]  32/5
Glen [2]  4/5 4/10
global [16]  12/4 12/20
13/2 13/24 14/18 15/25
16/3 20/25 21/11 26/8
26/9 27/2 29/6 32/12
32/16 32/21
gmail.com [2]  2/7 3/19
go [21]  6/18 14/17
14/22 15/3 17/15 20/19
21/10 26/23 26/24
31/24 34/2 39/10 40/23
40/24 44/20 44/25 53/7
54/2 54/23 60/14 62/20
go ahead [5]  20/19
40/23 40/24 44/20
44/25
goal [3]  51/12 56/20
57/7
goes [3]  31/1 34/4 60/4
going [47]  9/5 11/12
11/16 11/20 12/13 14/8
20/12 21/3 21/20 22/7
22/8 23/1 23/3 23/7
23/11 24/17 30/23
32/16 35/22 37/17
37/18 37/21 38/4 38/20
40/10 46/20 46/24 47/6
47/8 47/14 48/21 48/21
50/3 50/7 51/14 52/20
56/14 56/19 57/3 57/6
59/17 59/18 59/25 60/2
61/2 61/23 62/21
gone [3]  11/21 16/22
30/25
good [12]  5/4 5/6 11/8
11/10 12/18 34/3 35/6
36/22 38/23 41/19
42/17 57/19
got [23]  11/11 11/22
12/2 12/20 15/9 15/9
15/12 19/4 28/7 30/12

general [2]  17/9 18/10
34/14 35/24 36/4 41/17
43/13 49/13 52/11
57/19 61/7 61/20
gotten [2]  42/15 50/24
government [58]  1/14
5/16 6/22 7/17 7/24
8/16 9/4 10/9 11/25
15/25 16/3 16/20 16/22
17/1 17/2 18/17 18/22
19/6 19/15 20/2 21/11
21/20 22/1 22/23 23/2
23/23 23/24 24/7 24/23
26/12 28/8 28/20 31/17
31/23 33/25 35/5 35/5
36/12 41/5 44/6 44/8
44/9 44/10 44/13 47/22
47/25 48/4 48/10 48/23
49/19 50/19 58/9 58/14
59/6 59/21 60/4 62/5
62/13
government's [3]
16/18 20/4 51/7
Governor [2]  4/4 4/9
grant [1]  14/8
grave [1]  27/16
great [3]  21/7 39/16
41/24
greater [3]  14/5 14/6
33/16
ground [1]  21/2
grounds [2]  8/14 29/14
group [3]  25/5 25/7
25/10
groups [1]  25/8
guess [4]  9/1 18/13
26/15 26/16
guidelines [1]  41/15
guys [1]  34/13

**H**

Hackett [5]  3/20 5/11
5/24 6/6 36/21
had [29]  6/8 7/11 7/13
8/22 11/15 13/15 15/11
23/22 24/25 27/11
32/19 33/18 35/1 35/2
35/3 38/5 41/16 41/19
46/19 46/22 47/24 52/7
52/8 56/13 56/18 59/19
59/23 60/24 62/19
half [4]  53/7 53/10
54/16 54/25
half-days [2]  53/7
54/16
halim [4]  3/20 3/24
5/24 36/21
Haller [5]  3/6 3/7 5/19
13/12 22/14
hallerjulia [1]  3/10
hallway [1]  37/23
handed [1]  40/5
handful [1]  41/1
handle [2]  49/20 51/3
Hang [2]  6/10 20/16
happen [2]  22/7 22/9
happened [1]  10/14
happening [1]  10/7

happens [3]  20/20
20/24 31/2
happy [5]  33/14 41/18
41/23 42/25 57/20
hardship [2]  42/12
42/16
Harrelson [5]  3/11 5/9
5/21 6/4 49/25
Harrisburg [1]  2/10
has [35]  6/8 7/17 7/24
8/16 12/4 14/24 15/19
17/1 17/6 18/17 18/17
18/22 22/3 22/24 23/3
23/4 23/5 24/8 24/13
30/2 31/18 31/21 33/1
33/13 33/19 33/20 36/4
37/6 39/7 41/21 43/1
51/22 56/13 62/1 62/6
Hashanah [2]  52/3
52/9
hasn't [1]  19/7
have [155]
haven't [6]  14/15 40/17
50/24 51/6 51/7 58/12
having [8]  8/2 31/25
35/2 50/11 57/24 58/14
59/10 59/16
he [4]  25/18 33/13 37/6
56/22
head [2]  38/9 61/8
headway [1]  35/8
hear [8]  20/21 20/22
28/22 36/25 42/25
58/17 60/21 60/22
heard [4]  28/11 41/3
42/24 58/12
hearing [8]  8/11 32/4
32/4 33/4 36/3 41/11
43/24 48/19
hearings [1]  48/5
heartburn [1]  48/22
Hello [1]  20/21
helpful [5]  10/23 51/25
56/15
helpfully [1]  7/15
helps [1]  19/14
her [1]  61/8
here [17]  6/14 18/7
20/5 21/21 24/17 32/22
33/7 37/20 38/2 38/6
43/6 43/8 43/16 47/5
51/13 56/23 61/7
here's [3]  18/10 18/10
18/13
HI [1]  3/18
highlight [1]  39/4
highlights [1]  15/9
Highway [2]  4/4 4/9
Hilton [3]  29/20 29/24
32/11
him [3]  13/10 23/11
33/14
his [2]  6/8 56/20
history [1]  36/15
hold [2]  11/13 22/12
holding [1]  23/16
holdings [2]  16/24

Holiday [1]  53/3
holy [2]  52/9 52/11
home [2]  43/6 52/10
Honor [75]  5/6 6/23
6/25 7/13 9/7 10/3
10/11 11/2 11/5 11/9
11/20 12/1 13/14 13/17
14/10 15/3 15/15 16/2
19/8 19/17 20/15 20/18
20/23 22/11 25/24
27/13 28/23 29/15
30/10 32/7 32/8 33/23
34/20 34/25 35/1 36/7
36/10 36/22 37/2 37/7
37/13 38/19 38/23
40/22 41/1 41/13 42/2
43/20 44/23 45/23
46/12 47/7 47/14 47/25
48/24 48/25 49/2 49/19
51/10 51/20 53/12
53/14 53/21 54/10
54/11 54/15 55/8 56/6
57/12 57/15 58/23
60/18 62/7 62/10 62/13
HONORABLE [2]  1/9
5/2
hope [7]  6/13 8/1 8/6
8/12 44/15 54/23 60/10
hoped [2]  46/19 56/18
hopefully [1]  49/23
hoping [1]  50/7
host [1]  25/2
hotel [6]  28/4 30/17
31/15 31/20 32/15 43/7
hotmail.com [2]  4/6
4/12
hour [6]  28/25 31/22
31/22 41/4 54/2 59/13
hours [17]  12/16 15/9
27/11 27/20 28/1 29/1
29/2 29/5 29/21 29/23
30/7 30/21 31/14 31/16
32/15 33/17 54/24
House [1]  25/12
housekeeping [3]
11/11 44/24 58/24
how [10]  24/3 24/7
31/9 38/21 41/2 45/21
51/21 59/20 60/2 60/12
however [3]  12/1 14/13
15/5
Hughes [2]  1/15 5/15
hundred [1]  16/9
hundreds [2]  16/11
23/19
hydrated [1]  57/13
hypothetical [2]  19/23
28/15
hypotheticals [1]  32/4

**I**

I also [3]  6/15 6/18
49/18
I apologize [3]  42/2
54/12 54/15
I appreciate [1]  55/3
I assume [2]  15/24

**I**

**I assume...** [1] 61/23
**I believe** [8] 13/8 13/14 25/20 29/25 30/15 30/18 45/25 62/7
**I can** [9] 12/6 14/13 24/1 41/18 45/19 46/7 46/12 55/19 60/22
**I can't** [4] 15/1 20/21 26/17 59/14
**I cannot** [1] 46/10
**I conferred** [1] 47/8
**I did** [1] 55/20
**I don't** [9] 11/4 16/10 22/12 27/13 31/3 37/5 38/2 40/1 59/17
**I don't have** [3] 12/20 36/23 41/22
**I guess** [3] 9/1 26/15 26/16
**I had** [1] 35/3
**I have** [17] 11/4 15/1 22/20 24/16 24/20 24/22 25/21 26/14 26/23 26/23 27/16 30/8 44/7 44/23 46/20 47/2 49/15
**I hope** [3] 6/13 44/15 60/10
**I just** [4] 13/19 31/12 36/10 49/16
**I know** [15] 8/21 50/11 56/13
**I mean** [15] 9/18 15/23 18/16 18/25 21/21 21/24 29/6 36/1 55/14 55/14 55/15 55/19 58/1 58/2 58/25
**I think** [52] 8/12 8/15 9/25 16/4 16/8 16/18 18/3 18/17 19/17 19/25 20/8 20/12 21/6 25/17 27/4 27/14 28/3 31/2 35/4 35/5 35/11 35/14 35/17 35/21 38/1 38/5 38/24 39/11 39/18 40/2 40/15 42/7 43/18 45/4 45/5 45/7 46/16 47/21 51/2 52/8 52/10 52/15 55/2 55/3 57/21 57/22 59/13 59/23 59/24 60/14 61/9 62/9
**I thought** [1] 24/14
**I understand** [3] 13/22 14/12 28/7
**I want** [2] 42/23 55/6
**I wanted** [1] 51/12
**I will** [10] 11/14 13/10 15/16 24/23 33/6 38/15 39/22 42/8 43/17 55/15
**I would** [1] 34/20
**I wouldn't** [1] 29/16
**I'd** [6] 10/1 18/25 38/9 53/9 54/19 54/22
**I'll** [15] 9/21 9/21 11/13 21/18 22/17 32/3 38/14 38/15 39/17 41/7 42/24 43/25 45/6 45/19 60/14

01/148 PM 13 1308 instance [1]
13/18 14/8 15/20 18/20 21/21 22/7 23/7 24/17 26/7 28/24 29/22 31/25 36/3 36/16 36/17 38/20 39/21 40/17 41/23 42/25 43/15 44/12 46/20 47/6 47/14 48/19 49/3 49/23 50/7 50/11 51/14 51/15 51/16 51/17 54/11 54/12 54/21 55/21 57/18 57/19 59/17 62/21
**I'm going** [4] 23/7 24/17 38/20 59/17
**I'm just** [1] 15/20
**I'm not** [5] 14/8 22/7 31/25 32/4 57/18
**I'm not sure** [1] 18/20
**I'm sorry** [4] 26/7 39/21 49/3 54/11
**I've** [14] 11/11 12/20 13/22 24/1 25/14 34/15 43/13 43/13 44/8 49/13 50/5 53/7 61/7 61/20
**idea** [2] 35/6 36/13
**identified** [1] 28/9
**identify** [1] 17/14
**ignore** [1] 15/1
**III** [3] 1/6 2/2 5/8
**imagine** [2] 26/17 29/9
**impede** [1] 32/3
**importance** [1] 22/21
**important** [3] 9/19 15/23 50/22
**importantly** [1] 14/1
**impossible** [3] 28/13 34/6 34/16
**inclined** [1] 35/7 35/13
**included** [1] 30/14
**includes** [1] 16/25
**including** [1] 41/20
**incognito** [1] 25/7
**increase** [1] 59/25
**indicated** [2] 25/10 42/19
**indication** [1] 25/5
**indicia** [1] 42/21
**Indigenous** [1] 53/2
**individual** [1] 17/13
**individualized** [1] 60/10
**individuals** [1] 44/3
**influence** [1] 43/11
**informal** [2] 35/7 36/2
**informally** [3] 15/12 35/14 35/19
**information** [13] 7/8 10/14 22/18 23/1 30/2 30/9 30/17 31/4 31/23 34/14 50/10 52/1 52/10
**initial** [1] 44/14
**initially** [1] 30/13
**Inn** [3] 29/20 29/24 32/12
**inquiries** [1] 44/18
**inspect** [1] 50/8

**J**

**James** [2] 2/3 5/17
**January** [7] 9/10 16/14 21/2 25/2 26/10 32/23 55/20
**January 6th** [2] 26/10 55/20
**JC** [1] 60/24

**K**

**Kailua** [1] 3/18
**Kate** [1] 54/11
**Kathryn** [1] 1/14 5/14
**Kathryn Rakoczy** [1] 5/14

instead [5] 46/6 48/7 53/10 59/10 59/16
**instruct** [1] 53/18
**instruction** [2] 55/23 56/3
**instructions** [4] 7/21 55/9 55/13 55/15
**integrate** [1] 48/17
**intend** [2] 7/25 9/4
**intending** [1] 50/18
**intent** [1] 9/13
**interest** [1] 35/19
**interrupt** [1] 51/4
**interrupting** [1] 54/12
**interruption** [1] 54/5
**interview** [1] 14/20
**interviewed** [2] 17/7 18/22
**interviews** [3] 7/9 10/13 10/16
**intro** [1] 41/15
**introduce** [2] 7/25 9/4
**introduced** [1] 9/21
**introduction** [1] 41/17
**investigation** [5] 16/14 19/18 20/11 21/22 21/23
**investigative** [1] 50/24
**investigator** [1] 14/20
**is** [168]
**isn't** [3] 19/1 22/2 31/9
**isolated** [1] 18/12
**issue** [13] 8/20 9/20 30/9 33/25 35/17 35/21 38/4 42/23 43/25 46/20 47/17 50/3 58/24
**issues** [11] 6/19 20/11 21/4 21/4 25/25 27/12 27/14 35/12 35/15 36/6 42/21
**it** [151]
**it would be** [6] 35/12 42/12 43/8 47/21 47/23 53/22
**it's** [32] 8/1 12/3 12/20 19/23 21/4 21/17 21/19 22/6 22/7 23/11 27/2 27/11 27/25 28/1 28/10 29/10 29/23 30/21 31/21 34/1 34/5 34/5 34/6 37/22 37/25 38/1 40/10 48/8 52/21 55/15 57/6 59/5
**item** [1] 48/13
**items** [1] 19/5
**its** [4] 20/9 23/4 32/15 35/20
**itself** [1] 60/11

**J**

**James** [2] 2/3 5/17

Jeffrey [2] 1/14 5/14
**jeffrey.nestler** [1] 1/20
**Jencks** [5] 7/1 7/7 10/7 10/9 10/22
**Jessica** [2] 2/8 5/10
**jlbrightlaw** [1] 2/7
**job** [1] 21/7
**John** [1] 56/18
**join** [5] 13/10 13/14 25/4 34/20 47/13
**joined** [1] 12/9
**Joint** [6] 7/12 7/22 8/7 55/8 57/22 58/19
**jointly** [1] 9/15
**Jonathan** [2] 2/8 5/22
**Joseph** [2] 3/20 5/11
**Jr** [2] 3/2 3/16
**judge** [1] 1/10 21/22 22/17 37/18 40/25
**judges** [1] 47/5
**Juli** [3] 3/6 5/19 13/12
**JULIA** [1] 3/7
**July** [1] 30/13
**jump** [1] 42/3
**juror** [5] 7/19 11/17 39/23 41/2 61/20
**jurors** [16] 37/22 39/20 39/25 40/4 40/13 42/18 43/3 43/7 43/9 44/1 51/25 52/4 52/21 53/15 59/24 60/3
**jury** [15] 7/21 9/22 38/13 41/17 42/10 43/2 45/24 47/2 50/14 50/18 52/13 52/20 55/9 56/2 61/6
**just** [70] 6/10 8/19 10/14 12/1 12/3 12/7 12/19 12/21 13/6 13/19 14/1 14/13 15/9 15/13 15/20 20/3 20/8 20/12 21/4 21/15 21/24 22/6 22/10 22/18 25/24 28/16 29/2 30/9 30/23 30/24 30/25 31/12 32/8 32/11 33/18 33/20 34/20 35/24 36/10 37/20 37/22 39/2 39/9 39/14 40/16 41/3 41/4 41/7 41/11 42/23 47/16 48/7 49/11 49/16 49/22 51/12 51/21 52/24 53/6 55/22 56/12 56/13 58/15 58/25 59/1 59/8 60/2 60/2 62/5
**Justice** [1] 12/3
**justifies** [1] 15/4
**justify** [1] 43/18
**Justin** [2] 1/15 5/15
**Justin Sher** [1] 5/15

**K**

**Kailua** [1] 3/18

kathryn.rakoczy [1] 1/19
**keep** [5] 30/23 49/11 57/16 60/23 61/18
**Keepers** [9] 17/5 17/8 18/9 25/23 26/3 26/4 26/5 27/4 32/24
**keeping** [1] 50/16
**Kelly** [2] 3/2 5/9
**Kenneth** [2] 3/11 5/9
**keyword** [4] 17/3 18/5 19/9 32/20
**keywords** [2] 17/4 17/9
**kids** [1] 54/20
**kind** [11] 11/23 14/3 14/7 21/12 31/2 41/16 41/18 48/3 48/7 50/17 54/17
**kindly** [1] 30/14
**Kippur** [1] 52/6
**know** [75] 6/22 8/20 8/21 10/5 10/23 13/22 13/25 14/8 14/14 14/21 16/7 16/10 18/7 18/16 18/20 18/20 18/21 19/2 19/3 19/25 21/19 22/4 26/22 26/22 27/10 28/12 28/14 28/17 28/18 28/20 29/15 30/2 31/11 31/14 33/12 35/6 35/23 36/4 38/7 38/9 40/1 40/6 42/1 42/7 43/13 43/15 46/4 46/18 46/22 47/6 49/16 50/11 50/24 51/25 52/3 53/6 53/25 55/2 55/5 55/16 55/22 56/13 56/16 56/19 57/2 57/3 57/5 57/18 58/5 59/5 59/5 59/8 59/20 60/2 62/5
**kudos** [1] 34/9

**L**

**Labor** [2] 45/24 47/4
**land** [1] 49/24
**large** [4] 16/17 28/10 28/11 33/11
**largely** [1] 45/11
**larger** [2] 17/5 56/22
**largest** [2] 15/18 40/12
**LASSITER** [1] 2/3
**last** [13] 6/24 7/15 8/23 17/20 18/3 24/2 24/24 32/14 41/14 44/6 44/7 44/18 55/20
**late** [4] 14/4 14/7 46/5 47/17
**late-disclosed** [1] 14/4
**later** [2] 7/20 11/12
**latest** [2] 14/6 19/1
**law** [4] 3/3 3/7 3/16 17/7
**Lawn** [1] 2/4
**lawyer** [1] 12/19
**lay** [1] 50/25
**layout** [1] 56/12
**lead** [2] 13/9 58/8
**leading** [2] 46/1 61/5

124

**L**

**learn [1]** 31/5
**learned [1]** 45/11
**least [12]** 6/20 25/18
25/22 30/20 43/14
44/14 45/9 45/16 46/15
57/7 58/3 59/14
**leave [5]** 40/6 43/5
61/21 61/21 62/23
**Lee [2]** 2/3 3/16
**left [1]** 44/17
**length [2]** 42/12 42/17
**less [2]** 15/20 57/6
**let [14]** 6/22 13/10
21/15 28/14 41/11 45/6
45/15 47/16 49/16
52/19 53/15 55/22
59/20 60/2
**let's [7]** 6/20 18/7
31/25 37/15 44/9 46/6
46/17
**letter [5]** 12/2 12/11
12/13 15/8 29/23
**letting [1]** 22/11
**liability [1]** 9/16
**light [2]** 19/14 22/3
**like [34]** 10/1 10/25
12/7 13/6 14/25 17/5
18/1 18/25 21/17 22/9
22/15 24/2 31/8 31/21
34/18 38/14 38/17 39/1
41/22 43/1 43/12 43/23
44/19 45/14 45/18
47/11 50/12 53/9 55/17
55/18 56/16 58/6 60/24
61/21
**likely [3]** 29/8 31/19
33/9
**limine [5]** 6/17 45/18
46/8 46/15 49/8
**limitations [1]** 37/20
**limited [2]** 6/25 8/13
**Linder [23]** 2/2 2/3
5/17 11/7 11/10 13/21
18/1 20/16 21/16 26/2
27/6 27/11 27/21 29/22
38/24 39/6 40/24 41/18
44/25 46/24 47/8 49/4
60/22
**Linder's [1]** 26/23
**line [4]** 9/24 31/8 37/4
48/13
**lines [1]** 57/9
**list [4]** 8/6 44/5 56/7
60/15
**lists [1]** 8/7
**little [5]** 12/3 13/16
49/11 55/16 58/11
**LLC [2]** 2/9 3/12
**location [1]** 43/3 43/5
**logistical [2]** 6/19
37/16
**logistics [1]** 60/8
**long [1]** 54/8
**longer [1]** 51/8
**look [31]** 12/20 13/4
15/2 17/15 17/17 19/4
19/4 22/1 26/24 28/6

38/10 38/11 38/15
39/17 39/22 41/8 41/9
41/11 42/1 42/5 46/20
48/15 50/8 54/22 57/6
61/9 61/15
**looked [1]** 43/13
**looking [2]** 14/17 42/8
**lot [11]** 15/14 16/16
19/15 32/4 32/5 35/12
40/7 45/10 45/12 56/13
61/5
**lots [1]** 17/12
**Lou [1]** 5/15
**Louis [1]** 1/16
**lunch [2]** 54/2 54/23

**M**

**machine [1]** 57/17
**made [15]** 7/2 9/11
14/14 14/24 17/19
18/15 33/20 35/2 35/3
45/4 48/16 56/3 59/10
61/13 62/6
**magnitude [1]** 15/7
**major [1]** 8/8
**make [27]** 6/14 6/25
10/14 11/20 12/22 19/5
20/6 22/10 28/24 32/8
35/8 35/22 36/10 38/10
41/19 43/13 43/14
43/16 43/17 43/18 44/6
45/14 50/16 51/13 55/6
60/16 61/5
**makes [1]** 28/13
**making [4]** 15/6 32/15
33/25 48/11
**manager's [1]** 60/25
**many [7]** 6/17 23/20
23/20 31/3 52/4 59/20
60/3
**Manzo [2]** 1/16 5/15
**mark [1]** 49/12
**marker [1]** 17/23
**Martin [5]** 4/3 4/8 5/25
37/3 37/6
**material [6]** 10/7 10/10
14/4 22/2 22/5 36/18
**materials [3]** 10/22
19/12 36/16
**matt [1]** 4/16
**matter [3]** 21/19 27/13
117/4
**matters [2]** 37/16 53/8
**Matthew [2]** 4/13 6/3
**may [34]** 10/8 12/17
12/18 14/10 18/18
18/22 18/23 18/24
19/18 20/23 28/9 28/15
28/16 28/20 30/8 32/8
36/14 38/5 41/9 42/2
44/13 46/10 46/17
49/22 50/10 50/25
51/25 55/16 55/25 56/2
58/14 58/16 58/17 60/18
**maybe [3]** 50/11 54/24
56/11

**McNally [1]** 31/8
**MD [2]** 4/5 4/10
**me [31]** 9/19 13/24
14/2 21/15 21/20 22/11
28/14 29/7 32/2 32/5
35/22 36/5 38/25 39/14
41/11 43/1 45/15 47/16
50/6 50/21 51/8 52/8
52/19 54/1 55/18 55/22
58/4 59/18 59/20 60/2
60/21
**mean [25]** 9/18 10/8
15/23 18/16 18/25
21/21 21/24 26/17
26/17 29/6 35/17 36/1
41/4 41/9 55/14 55/14
55/14 55/15 55/19 58/1
58/2 58/25 60/14 61/16
61/20
**meaningful [1]** 34/6
**means [2]** 43/2 44/2
**mechanical [1]** 4/22
**media [5]** 35/10 43/10
45/12 48/1 55/17
**meet [1]** 7/5
**meeting [1]** 7/14
**meetings [1]** 11/15
**Meggs [11]** 3/2 5/9
5/20 6/4 12/10 22/15
23/10 25/18 25/22
27/15 101/1
**MEHTA [2]** 1/9 5/3
**members [1]** 43/10
**memorandum [2]**
44/11 44/11
**mention [2]** 14/14
51/12
**mentioned [4]** 11/17
17/7 27/6 56/9
**mere [2]** 14/1 22/8
**Merit [1]** 4/18
**mess [1]** 21/4
**messages [2]** 24/6
35/10
**mid [1]** 8/13
**mid-trial [1]** 8/13
**might [14]** 14/4 14/7
17/18 19/6 19/12 19/22
35/6 41/4 54/25 55/24
56/1 56/3 56/17 60/8
**million [1]** 15/12
**mind [3]** 9/10 44/15
60/17
**mindful [1]** 52/22
**minimum [3]** 36/4 46/7
57/16
**Minuta [5]** 3/16 5/10
5/23 6/8 36/9
**minute [6]** 6/10 17/23
54/3
**minutes [3]** 23/11
30/21 30/24
**missing [1]** 55/21
**modify [1]** 55/22
**Moerschel [5]** 4/2 5/11
6/1 6/6 37/1
**moment [1]** 37/1

**Monday [2]** 7/14 59/7
**Montana [1]** 47/14
**months [4]** 15/17
15/19 21/25 21/25
**more [16]** 7/1 16/11
21/14 21/17 35/7 36/3
38/2 40/7 43/22 48/13
55/17 57/6 59/1 59/18
60/4 60/18
**morning [8]** 30/22
40/12 43/4 43/4 44/4
49/19 54/3 54/24
**mornings [1]** 55/1
**most [2]** 31/16 45/5
**mostly [3]** 7/1 11/21
32/22
**motion [2]** 12/7 12/21
13/8 13/11 13/18 46/16
51/6
**motions [9]** 6/17 21/3
45/18 45/20 45/20
45/21 46/8 46/15 49/8
**Mount [1]** 34/4
**move [5]** 22/8 31/25
46/20 48/10 49/13
**moved [1]** 47/5
**moves [1]** 48/4
**moving [5]** 13/17 37/25
49/6 56/10 56/19
**Mr [3]** 8/21 8/22 27/19
**Mr. [78]** 8/22 11/7 11/7
11/10 12/9 13/13 13/15
13/21 15/16 15/19 18/1
20/16 21/7 21/16 22/15
22/15 23/10 25/18
25/22 26/2 26/23 27/6
27/8 27/11 27/15 27/21
29/22 30/14 31/12 33/1
33/4 33/12 33/21 33/22
34/18 34/24 34/24
35/17 36/9 36/9 36/21
36/25 37/1 37/1 37/3
37/3 37/6 37/10 37/11
38/10 38/20 38/24 39/6
40/21 40/24 41/18 42/4
43/19 44/25 45/4 45/9
45/23 46/10 46/24
46/24 47/4 47/8 47/10
48/3 49/1 49/4 49/25
51/4 54/13 54/14 60/22
62/17 101/1
**Mr. Bright [9]** 11/7
15/16 45/23 46/10
46/24 47/4 47/10 54/13
54/14
**Mr. Caldwell [1]** 34/24
**Mr. Crisp [2]** 34/18
42/4
**Mr. Douyon [1]** 38/10
**Mr. Edwards [2]** 38/20
40/21
**Mr. Fischer [5]** 34/24
35/17 36/25 45/4 45/9
**Mr. Geyer [5]** 8/22
31/12 33/21 33/22 51/4
**Mr. Hackett [1]** 36/21
**Mr. Harrelson [1]**

**Mr. Linder [20]** 11/7
11/10 13/21 18/1 20/16
21/16 26/2 27/6 27/11
27/21 29/22 38/24 39/6
40/24 41/18 44/25
46/24 47/8 49/4 60/22
**Mr. Linder's [1]** 26/23
**Mr. Martin [2]** 37/3
37/6
**Mr. Meggs [6]** 22/15
23/10 25/18 25/22
27/15 101/1
**Mr. Minuta [1]** 36/9
**Mr. Moerschel [1]** 37/1
**Mr. Nestler [4]** 13/15
21/7 30/14 48/3
**Mr. Peed [1]** 37/10
**Mr. Rhodes [5]** 12/9
13/13 27/8 43/19 62/17
**Mr. Rhodes' [1]** 49/1
**Mr. Shipley [2]** 15/19
36/9
**Mr. Vallejo [1]** 37/11
**Mr. Weinberg [1]** 37/1
**Mr. Weinberg's [1]**
37/3
**Mr. Woodward [4]**
22/15 33/1 33/4 33/12
**Ms. [14]** 6/21 8/19
11/14 12/24 13/12
15/24 21/6 22/14 22/19
22/20 29/7 34/19 36/21
51/19
**Ms. Halim [1]** 36/21
**Ms. Haller [1]** 22/14
**Ms. Juli [1]** 13/12
**Ms. Rakoczy [10]** 6/21
8/19 11/14 12/24 15/24
21/6 22/19 22/20 29/7
51/19
**Ms. Watkins [1]** 34/19
**much [6]** 13/1 14/2
24/1 24/3 48/13 54/4
**multiple [3]** 13/3 58/14
59/12
**mutually [1]** 27/3
**my [30]** 12/10 12/19
12/21 15/1 28/6 29/6
29/17 30/11 30/13
34/14 36/19 42/9 44/5
44/10 44/12 44/14 47/5
48/15 50/16 51/12 53/6
53/8 53/8 54/20 54/22
57/5 57/21 58/2 58/7
60/15
**myself [2]** 41/5 42/3
**mysteriously [1]** 30/25

**N**

**names [1]** 17/3
**narrowly [1]** 31/5
**nature [5]** 20/9 20/10
21/18 35/18 55/24
**near [1]** 17/22
**necessary [1]** 38/16
**need [24]** 9/22 13/14
14/18 14/19 15/5 22/10

**N**

need... [18]  29/4 30/1
31/15 31/24 35/14
38/14 41/8 41/10 41/12
42/3 43/16 43/18 45/10
45/12 48/16 50/10
59/17 59/17
**needed [1]**  56/17
**negotiate [1]**  50/5
**Nestler [6]**  1/14 5/14
13/15 21/7 30/14 48/3
**never [1]**  15/11
**new [9]**  10/14 10/15
15/9 19/13 21/4 33/17
37/25 48/7 56/10
**next [15]**  6/10 8/7
19/20 28/14 38/7 44/5
46/7 46/8 46/14 47/3
47/11 49/7 51/9 59/4
59/4
**NJ [1]**  3/13
**no [26]**  1/4 5/7 5/8 5/9
5/9 9/7 12/8 12/9 12/11
17/6 25/5 26/19 31/8
37/7 41/10 41/22 42/4
43/19 43/24 53/17 54/8
54/13 57/11 57/19
57/25 58/2
**Nobody [1]**  43/6
**none [3]**  25/16 29/1
32/5
**noon [1]**  54/17
**North [1]**  2/9
**not [67]**  9/14 12/3
12/18 14/8 15/25 17/22
18/20 18/22 18/24 20/2
21/20 21/25 22/7 22/7
22/12 23/3 23/5 23/7
24/13 24/16 24/20
24/22 25/6 25/10 25/22
25/23 25/24 26/14
26/19 27/3 28/2 28/10
28/16 30/5 31/15 31/21
31/25 32/4 33/7 33/10
33/17 35/9 36/14 37/7
37/17 37/20 37/22
40/12 41/4 42/15 43/15
45/7 46/24 48/21 48/21
49/1 49/25 50/2 50/12
52/11 52/11 55/17
57/18 62/6 62/13 62/17
62/21
**note [3]**  10/14 24/12
44/19
**notes [5]**  10/8 10/8
10/11 10/21 10/24
**nothing [3]**  29/10
34/21 56/2
**notice [4]**  13/13 14/24
39/4 59/3
**noticed [1]**  45/11
**November [1]**  21/2
**now [23]**  7/4 11/13
12/25 14/15 16/8 18/2
19/25 20/4 21/17 28/15
29/1 29/2 29/23 30/7
32/6 39/25 43/23 45/16
46/3 48/1 49/12 53/7

**number [6]**  7/11 16/8
16/10 16/17 30/20 60/1
**numbers [4]**  12/10
13/19 25/9 25/11
**numerous [1]**  25/11
**NW [5]**  1/17 3/3 3/7
4/14 4/20

**O**

**Oak [1]**  2/4
**Oath [9]**  17/5 17/8 18/9
25/22 26/3 26/4 26/5
27/4 32/23
**object [1]**  58/6
**objection [5]**  43/17
43/19 43/23 54/8 58/12
**objections [6]**  8/13
41/1 43/24 59/9 59/9
59/15
**obligations [1]**  50/21
**observation [2]**  36/11
36/19
**observations [1]**  52/22
**observe [1]**  52/10
**observing [2]**  52/12
52/12
**obtained [1]**  24/25
**obvious [1]**  9/18
**obviously [11]**  9/22
35/18 39/22 42/6 49/19
52/22 56/9 58/5 59/21
59/24 60/15
**October [3]**  24/13 52/6
53/1
**off [6]**  11/13 35/19
42/13 44/21 49/12
62/20
**office [6]**  1/17 3/21
11/16 14/24 42/11
60/25
**OFFICES [2]**  3/7 3/16
**Official [1]**  4/19
**oftentimes [1]**  10/24
**oh [1]**  40/23
**okay [54]**  6/12 8/17
9/17 10/4 10/17 10/23
11/3 11/4 13/21 14/9
20/14 22/14 24/19
27/18 32/6 33/15 34/17
34/23 35/16 36/8 36/20
36/24 37/14 38/12
39/13 41/9 41/13 41/25
42/22 43/24 44/5 44/16
46/2 48/14 49/5 49/17
49/21 51/9 51/17 52/18
53/5 53/21 54/10 56/8
57/12 57/14 58/4 58/21
60/17 61/12 62/4 62/8
62/11 62/18
**once [4]**  21/14 40/9
40/15 42/5
**one [44]**  6/10 9/1 9/9
9/14 9/25 10/5 17/8
18/9 18/13 18/14 19/3
19/21 20/21 20/24
20/19 30/20 31/18
31/22 32/5 34/11 34/12

36/10 38/21 40/22
41/16 41/17 41/21 47/2
47/3 47/3 47/5 50/12
50/15 53/12 55/23
56/24 58/3 58/9 59/15
60/1 60/18
**one-week [1]**  47/2
**ongoing [4]**  16/3 20/10
21/22 55/24
**only [12]**  9/13 9/9 9/14
9/23 23/1 28/25 36/19
46/19 50/12 53/10
54/18 57/21
**open [2]**  36/3 49/12
**opening [2]**  54/7 55/15
**operations [1]**  24/10
**opportunity [1]**  51/8
**opposed [2]**  44/3
60/11
**opposite [1]**  29/12
**opposition [1]**  51/7
**order [5]**  7/1 24/10
43/18 43/25 49/14
**ordered [1]**  27/15
**organized [1]**  60/24
**other [28]**  6/16 8/10
9/15 10/5 13/5 13/19
16/6 16/13 16/22 16/22
17/2 17/9 17/14 17/16
17/24 23/13 26/8 31/4
32/17 35/21 37/21
50/19 53/8 56/25 59/6
59/8 61/10 61/13
**otherwise [8]**  14/4
17/7 28/10 44/21 52/14
52/15 52/16 54/4
**ought [2]**  55/21 57/6
**ounce [1]**  32/6
**our [46]**  5/8 13/3 14/16
15/6 16/24 17/12 17/15
17/15 18/6 18/9 19/6
19/19 20/5 21/1 22/22
22/25 24/2 25/14 26/13
27/16 27/17 27/21 28/4
31/7 32/13 32/15 32/21
33/6 33/7 33/11 39/20
40/11 42/10 48/4 52/2
53/13 55/6 55/8 57/7
57/22 58/19 59/15 61/1
61/3 61/7 62/19
**ourselves [1]**  10/18
**out [29]**  10/15 11/18
13/25 16/12 19/1 19/2
19/20 25/10 27/1 28/18
34/13 35/23 35/23 38/8
40/4 40/8 40/16 40/17
41/12 44/3 47/6 47/9
50/25 52/19 56/1 56/16
60/5 60/12 61/16
**outline [1]**  7/25
**outlook.com [1]**  3/10
**outstanding [2]**  7/10
26/1
**over [18]**  7/17 10/9
10/24 15/12 17/19
21/23 22/4 23/23 28/14
35/4 37/18 37/25 38/2

50/20
**overlapping [1]**  50/22
**own [3]**  18/6 34/14
35/20

**P**

**P.A [2]**  4/3 4/9
**p.m [3]**  1/6 45/17 116/7
**PA [2]**  2/10 3/23
**page [2]**  41/17 60/16
**pages [1]**  48/1
**paralegal [1]**  57/3
**parameters [1]**  9/19
**Park [1]**  3/3
**part [7]**  17/22 23/8
25/17 33/6 33/7 33/11
38/1
**parte [2]**  44/5 44/11
90/4
**participants [1]**  25/9
**particular [8]**  8/24 9/3
9/21 9/23 22/22 23/6
39/8 41/15
**particularized [1]**
26/13
**particularly [2]**  9/12
38/8
**parties [4]**  8/12 39/2
55/11 55/25
**parties' [1]**  39/4
**party [1]**  59/2
**past [7]**  7/14 34/1
41/16
**path [1]**  51/15
**Pause [1]**  6/11
**pays [1]**  28/20
**Peed [4]**  4/13 4/14 6/3
37/10
**Pennsylvania [1]**  3/7
**people [8]**  21/8 23/16
23/19 42/9 42/11 50/16
52/20 59/16
**Peoples' [1]**  53/2
**percentage [1]**  42/17
**peremptories [2]**  59/19
60/3
**perhaps [4]**  9/13 35/7
50/7 58/3
**period [1]**  9/11
**person [2]**  6/5 9/14
**personal [1]**  24/12
**personnel [1]**  55/25
**perspective [4]**  16/18
20/4 49/1 54/17
**pertains [1]**  14/3
**pertinent [1]**  27/7
**Philadelphia [1]**  3/23
**phillip [3]**  2/2 2/6 5/17
**phone [2]**  17/16 17/18
**phones [5]**  19/19 23/16
23/20 23/22 23/23
**photos [1]**  50/12
**pieces [1]**  7/9
**place [1]**  61/19
**Plaintiff [1]**  1/4
**plan [5]**  25/9 40/2
46/21 53/6 53/11

**plane [1]**  49/24
**planning [2]**  19/10
59/4
**plans [3]**  25/8 51/21
51/24
**please [4]**  5/4 12/14
24/1 59/8
**plus [1]**  42/20
**PO [1]**  3/17
**point [22]**  7/10 9/25
12/7 12/21 13/6 13/18
19/9 19/11 20/17 24/22
25/25 26/23 27/1 28/6
28/24 34/3 45/5 45/18
46/16 57/5 59/18 62/20
**points [1]**  41/6
**police [4]**  26/5 32/18
32/19 33/9
**policies [1]**  57/23
**portion [3]**  26/20 29/9
29/10
**portions [1]**  29/8
**posed [1]**  43/1
**position [2]**  14/13
50/10
**positions [1]**  39/5
**possession [2]**  22/3
23/4
**possibility [3]**  20/3
20/3 22/8
**possible [2]**  48/6 55/4
**possibly [1]**  21/23
**potential [2]**  33/1
39/25
**potentialities [1]**  32/5
**potentially [2]**  22/5
43/11
**practice [1]**  58/7
**pre [1]**  47/9
**precise [1]**  16/10
**predict [1]**  22/7
**prefer [1]**  41/3
**prejudice [1]**  42/22
**preliminary [1]**  55/12
**premature [1]**  21/10
**prep [6]**  10/7 10/9
14/17 15/2 15/6 50/23
**preparation [1]**  27/16
**prepare [7]**  7/6 10/12
28/14 32/3 48/17 56/15
57/10
**prepared [1]**  59/6
**preparing [2]**  30/6 55/9
**present [4]**  25/18
27/15 48/21 50/18
**presentation [1]**  50/13
**presentations [1]**
48/18
**presently [1]**  22/3
**presents [1]**  35/20
**preserve [1]**  35/24
**presiding [1]**  5/3
**presumably [3]**  28/8
28/10 31/23
**presume [1]**  49/12
**pretrial [20]**  7/12 7/22
8/8 8/10 8/11 24/5 45/1
45/8 46/1 46/3 46/22

**P**

pretrial... [9] 49/10
55/8 57/22 58/1 58/19
58/25 60/13 60/15 61/3
pretty [1] 50/25
Prettyman [1] 4/19
price [1] 28/20
primarily [2] 6/14 9/9
primary [2] 7/9 16/4
printed [1] 13/4
prior [2] 8/3 48/4
pro [1] 25/4
pro-Trump [1] 25/4
probably [8] 11/22
21/17 34/11 45/8 47/13
50/12 54/19 57/22
problem [5] 14/21
22/13 42/4 52/4 56/20
problems [1] 35/20
proceed [1] 51/21
proceeding [2] 16/19
36/3
proceedings [8] 1/9
4/22 6/5 62/24 90/4
100/25 116/7 117/4
process [14] 16/1 16/3
16/21 19/16 20/6 32/14
39/10 40/1 40/3 43/18
51/13 51/16 51/18 60/6
processed [3] 16/15
16/17 19/20
processing [1] 22/20
produced [4] 4/22 18/2
32/12 32/13
producing [2] 10/25
15/25
production [5] 18/4
18/6 26/2 26/3 36/13
productions [2] 7/1
36/14
promise [2] 51/8 59/14
promised [1] 50/25
properly [1] 26/12
propose [5] 41/23
55/11 56/4 58/10 58/14
proposed [5] 7/18 7/18
7/19 8/6 55/12
proposing [1] 51/16
prosecution [6] 18/17
32/16 33/7 33/8 33/11
62/22
prosecutors [2] 17/14
50/20
protected [2] 25/12
25/20
protocols [1] 60/16
Proud [3] 25/1 25/2
25/11
provide [2] 25/19 59/3
provided [4] 7/24
18/19 22/24 26/10
provides [1] 33/16
providing [2] 7/7 8/5
17/20 50/10
public [5] 32/23 34/15
35/19 36/5 43/10
public-source [1]
32/23

purely [1] 28/15
purpose [1] 25/3
purposes [1] 50/13
pursuant [2] 16/7
44/10
pursue [1] 19/14
pushed [1] 53/9
put [7] 10/1 13/4 31/12
42/23 44/9 44/21 50/9
putting [4] 15/20 25/24
34/9 43/7
PUTZI [2] 4/3 4/9

**Q**

qualified [1] 9/5
qualifying [1] 50/2
quarters [1] 11/22
question [12] 10/5
15/23 18/13 23/17
38/21 40/22 41/14 42/7
43/1 54/14 57/21 60/19
questionnaire [10]
7/19 11/7 11/18 38/13
39/23 40/5 40/6 40/14
41/2 42/22
questionnaires [6]
40/15 40/18 41/16 42/5
42/9 42/18
questions [14] 9/1
11/19 11/19 38/16 39/1
39/2 40/20 44/14 44/24
51/21 53/13 53/16
56/13 58/23
quick [3] 10/5 33/23
42/3
quickly [2] 39/23 40/19
quite [2] 13/23 33/18

**R**

raise [2] 36/23 42/23
raised [8] 22/2 33/1
36/6 39/2 42/8 52/7
58/1 58/25
raises [1] 15/23
Rakoczy [12] 1/14 5/14
6/21 8/19 11/14 12/24
15/24 21/6 22/19 22/20
29/7 51/19
Rand [1] 31/8
random [1] 17/24
rather [1] 43/8
re [3] 12/7 12/21 13/7
re-urge [2] 12/7 12/21
re-urging [1] 12/21
reach [1] 56/16
read [3] 42/9 51/6 51/7
reading [1] 29/22
ready [2] 21/12 101/1
real [2] 33/23 42/3
really [5] 18/25 24/2
42/20
Realtime [1] 4/18
reason [8] 14/6 16/19
18/23 25/21 33/19
37/19 54/18 61/9
reasons [1] 34/12
receive [1] 36/18 39/8

received [6] 26/19
36/11 36/16 44/7 44/8
recently [1] 6/18
recommended [1] 8/23
record [13] 15/6 15/20
22/11 25/11 25/11 32/7
35/20 35/24 35/25 36/5
43/23 62/20 117/3
recorded [1] 4/22
recording [2] 23/17
23/21
records [2] 26/6 33/2
redacted [1] 15/13
refer [1] 43/8
reference [1] 25/15
referenced [4] 12/11
13/20 26/2 35/1
references [5] 13/12
15/8 18/9 18/9 27/4
referring [1] 33/13
regarding [2] 32/22
35/2
regards [1] 33/25
Registered [4] 4/18
regular [1] 60/3
related [1] 17/3
relates [4] 26/18 27/8
27/21 28/3
relating [1] 28/2
relativity [8] 12/15 16/9
18/3 18/7 34/4 34/7
34/10 34/16
release [3] 13/24 14/2
14/7
released [1] 24/24
relevance [2] 8/3 8/14
relevant [7] 12/18
18/19 18/21 18/23
18/23 19/24 28/9
relief [1] 22/4
religious [1] 52/22
remain [4] 13/25 25/25
27/12 38/4
remains [1] 7/10
remember [1] 8/21
remotely [1] 6/7
removed [1] 31/11
report [5] 10/13 10/20
10/21 18/10 40/3
reported [1] 25/8
Reporter [4] 4/17 4/18
4/18 4/19
reporting [1] 32/23
reports [1] 18/8
representation [1]
33/19
request [5] 25/1 33/13
39/7 44/10 62/6
requested [1] 44/19
requests [2] 41/2
61/14
require [1] 59/2
reserved [2] 61/25 62/1
resolve [4] 35/12 35/15
38/15 47/17
resolved [1] 11/23
resolving [1] 6/17
respect [3] 16/13 24/6

respectfully [1] 30/1
respective [2] 31/7
39/5
respond [1] 14/10
rest [2] 31/13 38/15
result [1] 26/4
retractions [1] 48/6
return [1] 43/6
review [3] 28/8 34/6
44/14
reviewed [2] 27/10
34/13
RHODES [11] 1/6 2/2
5/8 5/18 6/4 12/9 13/13
26/4 27/8 43/19 62/17
Rhodes' [1] 49/1
right [48] 6/14 7/4
10/19 11/6 16/8 18/16
20/3 23/18 27/3 28/1
28/5 28/15 29/4 31/25
32/6 33/16 33/21 34/18
36/21 37/10 37/15
38/17 38/24 39/18
39/25 42/13 42/23
43/21 43/24 44/4 44/17
45/3 45/16 46/6 46/13
46/25 48/1 49/6 49/12
49/21 51/11 53/3 53/7
60/17 62/12 62/15
62/19 62/20
ripe [5] 6/18 46/8 46/16
46/17 49/8
rise [1] 5/2
risk [3] 21/13 21/13
21/16
risking [1] 22/1
Ritchie [2] 4/4 4/9
RMR [2] 117/2 117/8
Road [1] 3/3
Roberto [2] 3/16 5/10
rolling [1] 7/7
room [5] 57/1 61/1
61/20 61/24 62/2
Rosh [2] 52/3 52/9
Rotunda [2] 23/6 23/20
rule [2] 8/3 45/19
rules [1] 57/8
rulings [2] 35/22 48/16
run [7] 21/13 21/13
31/3 32/19 40/2 40/2
59/1
running [2] 17/1 17/2

**S**

said [14] 10/6 11/12
13/22 13/25 17/20 18/7
28/7 28/8 28/18 30/17
32/1 44/1 54/19 59/24
same [5] 17/25 26/11
53/1 60/4 60/16
satisfaction [1] 50/21
Saturday [1] 50/6
say [12] 16/4 18/7
21/12 21/15 27/5 33/6
34/11 38/15 41/9 42/11
55/16 55/19
saying [1] 19/4

scan [1] 40/18
schedule [4] 49/6 53/8
53/22 62/19
scheduled [2] 16/20
44/22
scheduling [2] 8/10
54/21
scope [3] 19/17 20/10
21/18
scores [2] 12/4 12/4
Scott [1] 6/1
screened [1] 42/11
sealed [3] 62/24 90/4
100/25
search [3] 16/7 19/10
26/4
searchable [1] 16/6
searched [2] 16/6
19/19
searches [3] 17/3 18/5
32/19
searching [1] 17/9
19/12 25/14
seated [1] 5/5
second [3] 20/16 47/4
49/10
seconds [3] 30/21
Secret [8] 24/25 25/1
25/15 25/20 33/1 33/7
33/10 33/10
security [2] 15/10
25/19
see [15] 14/18 14/23
15/2 15/4 17/17 17/23
23/16 30/21 30/22
41/23 50/10 54/20 56/2
59/11 60/11
seems [2] 36/5 50/22
seized [2] 16/7 23/22
selection [3] 52/13
52/20 61/6
self [1] 25/8
self-reported [1] 25/8
semi [3] 43/2 43/9 44/1
semi-sequestered [1]
43/2
semi-sequestration [2]
43/9 44/1
send [1] 11/25 12/6
39/14
sending [1] 39/9
sense [2] 21/16 26/10
sent [1] 11/18
Sentinel [1] 18/8
separate [2] 18/6 37/22
separately [1] 18/11
September [12] 7/13
30/7 39/21 45/2 45/16
47/11 47/15 47/17
49/11 51/14 52/2 117/7
sequestered [1] 43/2
sequestration [3] 43/9
43/15 44/1
serve [3] 42/12 42/16
42/19
Service [8] 24/25 25/1
25/15 25/20 33/2 33/7

**Service... [2]** 33/10
33/11
**sessions [1]** 10/9
**set [14]** 7/15 8/23
24/12 39/20 41/3 41/8
44/11 45/1 45/16 46/21
56/20 56/21 57/6 59/12
**sever [2]** 13/8 49/25
**several [4]** 12/16 14/17
16/9 29/25
**severance [1]** 46/16
**shakes [1]** 60/12
**shaking [1]** 61/8
**share [2]** 55/19 57/3
**she [3]** 6/22 11/17
13/15
**she's [1]** 61/8
**Sher [2]** 1/15 5/15
**Shipley [5]** 3/16 3/17
5/23 15/19 36/9
**should [10]** 6/22 11/18
24/6 26/12 40/8 53/6
53/11 54/4 57/10 59/6
**shut [2]** 15/1 21/12
**side [5]** 29/12 41/6
56/24 56/25 59/1
**Signal [1]** 48/1
**significant [3]** 22/24
27/11 35/8
**similar [1]** 43/16
**simply [3]** 36/11 40/3
44/2
**since [2]** 6/24 24/2
**sincere [1]** 8/12
**sir [2]** 11/8 38/18
**sit [4]** 31/21 35/3 56/14
57/24
**sites [1]** 25/13
**sitting [1]** 51/24
**six [2]** 11/19 23/10
**slightly [1]** 28/24
**smaller [1]** 25/8
**so [101]** 6/14 6/20 7/6
7/21 8/7 9/24 10/20
11/7 11/12 11/23 12/21
13/6 14/1 14/15 15/3
15/20 16/1 17/1 17/6
19/1 19/3 19/9 19/10
19/14 20/4 22/1 22/11
22/25 23/19 23/21 24/8
24/11 25/21 27/3 27/12
29/22 30/1 30/11 31/21
31/24 31/25 32/14 33/4
33/16 34/2 35/8 36/1
36/13 36/19 37/15
37/25 38/2 38/7 39/18
39/21 39/22 40/12
40/20 41/23 42/5 42/15
42/17 43/9 43/13 43/24
44/15 45/12 45/15
46/14 46/17 47/5 49/6
49/7 50/10 50/20 51/7
52/7 53/3 53/9 53/11
54/20 54/23 55/6 56/1
56/14 56/18 56/22
57/18 58/17 59/4 59/7
59/7 59/19 59/20 59/25

**so I think [4]** 19/14
33/16 52/7 56/18
**So this is [1]** 32/14
**so this latest [1]** 19/1
**social [3]** 35/10 45/12
48/1
**social-media [1]** 35/10
**social-media-based [1]**
45/12
**some [50]** 6/18 6/25
7/2 8/10 9/8 9/15 9/25
11/11 12/17 12/18
12/21 12/25 13/15
18/21 18/23 19/10 21/1
21/2 21/16 22/17 25/25
27/8 28/3 29/9 29/9
30/8 33/16 33/18 34/3
36/1 36/5 38/5 40/4
41/8 41/15 43/14 44/14
44/19 46/20 50/1 50/12
50/13 50/13 51/2 51/22
56/11 56/25 57/19
59/18 60/7
**somebody [5]** 8/22
30/2 30/5 31/21 33/19
**someone [1]** 9/11
**something [21]** 8/23
14/18 15/4 17/8 18/1
19/2 22/6 22/9 28/12
28/16 28/16 28/19 32/1
32/2 36/2 37/23 41/4
41/8 55/18 55/21 61/16
**sometimes [3]** 12/15
13/3 13/5
**somewhat [1]** 50/23
**sorry [4]** 26/7 39/21
49/3 54/11
**sort [11]** 6/16 7/7 9/24
16/25 18/6 18/11 24/22
36/14 40/3 54/24 55/19
**sought [1]** 9/5
**sounds [6]** 10/25 38/14
38/17 38/25 45/18
47/11
**source [2]** 23/1 32/23
**space [4]** 34/15 38/2
38/3 38/5
**speak [2]** 20/23 43/11
**speaking [1]** 59/9
**specific [7]** 22/17 27/2
27/5 27/14 30/9 35/2
55/18
**specifically [2]** 12/14
15/8
**specificity [1]** 14/5
**specifics [1]** 14/14
**spend [1]** 14/17
**spoke [1]** 39/6
**spotlight [1]** 10/15
**spring [1]** 18/4
**squeeze [1]** 47/20
**Sr [2]** 4/2 4/8
**staff [6]** 13/3 40/2 52/4
56/17 56/17 62/23
**stagger [1]** 40/9
**stand [1]** 16/1

**standard [1]** 5/25
**standing [3]** 5/25
19/20 37/1
**stanley [3]** 3/2 3/5 5/19
**start [7]** 6/20 14/1
45/23 53/23 54/1 54/25
61/4
**started [1]** 7/21
**starting [3]** 8/20 47/3
47/3
**starts [2]** 45/24 61/24
**state [1]** 9/18
**stated [3]** 12/24 25/10
54/16
**statement [5]** 7/12 9/6
9/14 9/23 55/9
**statements [18]** 7/25
8/20 8/24 8/25 9/2 9/8
9/10 9/21 10/2 12/5
24/9 45/9 45/22 46/18
47/17 48/20 53/19 54/7
**states [5]** 1/1 1/3 1/10
5/7 31/9
**status [2]** 1/9 24/2
**stay [2]** 52/10 57/13
**stayed [1]** 30/1
**stenography [1]** 4/22
**STEWART [4]** 1/6 2/2
5/8 26/4
**still [15]** 12/17 12/23
13/18 13/18 13/25 16/6
16/15 16/17 19/1 21/10
22/19 24/12 40/8 44/12
48/10
**stipulation [1]** 31/6
**stipulations [3]** 7/17
11/16 11/21
**stop [1]** 19/3
**stops [1]** 30/24
**store [1]** 61/15
**streamline [3]** 49/22
51/13 51/16
**streamlined [1]** 60/24
**streamlining [3]** 51/3
51/18 55/4
**Street [4]** 1/17 2/9 3/22
4/14
**strikes [1]** 60/1
**structure [1]** 53/8
**stuff [5]** 12/4 13/5
48/13 54/20 59/8
**subject [1]** 21/8
**subjects [5]** 16/13
16/14 17/4 17/15 19/18
**submission [1]** 7/23
8/4 8/8 44/6 55/10
57/23 58/20
**submit [4]** 23/9 23/9
38/21 55/13
**submitting [1]** 7/20
**subpoena [1]** 14/19
**substantial [4]** 22/6
26/20 29/10 32/1
**such [4]** 10/1 10/1 53/8
62/6
**suffice [1]** 34/11
**sufficient [2]** 47/18
16

**suggestion [3]** 35/2
35/4 46/23
**Suite [6]** 2/4 3/8 3/22
4/4 4/10 4/15
**summer [1]** 32/14
**supervisors [1]** 20/5
**supplemental [2]** 39/3
50/11
**sure [14]** 6/14 14/11
18/20 19/5 21/5 32/10
38/11 40/17 41/19 42/4
44/25 55/6 60/16 60/20
**surprise [1]** 13/24
**surveillance [2]** 30/23
31/3
**system [3]** 16/16 34/2
34/3

T
**table [4]** 56/25 57/24
58/4 58/9
**tables [2]** 56/22 59/12
**take [10]** 12/16 13/9
38/9 39/22 41/4 41/7
41/11 44/19 45/20 54/2
**taken [3]** 29/18 44/15
62/9
**takes [1]** 13/3
**talk [8]** 8/24 10/2 37/15
58/13 58/19 59/20 60/6
60/12
**talked [7]** 12/12 24/22
35/4 45/7 58/11 59/23
60/24
**talking [2]** 22/18 22/21
26/7 35/11 43/6
**tape [2]** 30/22 30/24
**tea [1]** 57/19
**team [9]** 17/13 18/17
21/7 21/9 32/16 32/16
33/8 33/11 62/22
**technological [1]**
56/11
**technology [2]** 34/5
61/17
**telephone [1]** 59/13
**telephones [3]** 59/10
59/11 59/12
**television [2]** 15/10
29/23
**tell [4]** 14/2 31/17
31/19 54/1
**temporarily [1]** 25/12
**tend [1]** 53/18
**tens [1]** 35/11
**terabytes [2]** 15/13
34/14
**terms [7]** 6/16 15/25
32/20 45/22 46/18 51/2
59/1
**Terrific [1]** 11/3
**testifying [4]** 58/3 58/8
58/15 58/17
**testimony [2]** 50/1
58/18
**text [1]** 45/11
**text-based [1]** 45/11

**Thank [27]** 6/23 8/18
11/5 13/20 13/21 15/21
32/7 32/24 33/23 34/22
34/25 37/8 37/9 41/13
51/10 53/12 53/14
53/21 54/10 56/6 56/7
57/12 57/15 58/23 62/4
62/10 62/14
**Thank you [18]** 6/23
8/18 13/20 13/21 32/7
32/24 34/25 41/13
51/10 53/12 53/14
53/21 54/10 56/6 56/7
57/12 57/15 62/10
**Thanks [1]** 41/24
**that [370]**
**that'll [2]** 49/6 52/3
**that's [43]** 7/13 10/23
14/21 16/2 16/8 19/13
19/25 20/24 29/1 30/7
31/4 33/20 34/15 35/24
36/2 36/11 36/19 38/13
38/24 39/11 39/18
39/21 42/13 43/15 47/7
47/19 48/20 48/21
48/23 50/21 53/3 54/13
55/10 56/5 56/8 57/7
57/14 58/4 58/6 58/9
60/14 60/17 62/9
**their [13]** 17/16 21/7
22/3 23/16 23/22 23/23
25/6 25/13 30/6 31/18
50/21 59/2 59/22
**thelinderfirm.com [1]**
2/6
**them [19]** 20/12 21/9
21/9 23/20 23/21 35/11
40/9 40/9 40/18 42/6
43/11 43/11 45/6 48/17
50/2 50/2 54/9 56/23
58/17
**themselves [1]** 55/11
**then [34]** 11/6 13/5
13/11 15/2 16/13 17/10
18/4 21/2 21/13 22/14
27/6 30/25 34/3 34/3
37/10 39/10 39/17
39/20 41/11 42/7 43/4
43/6 43/17 43/24 46/17
46/18 46/23 47/20
47/20 49/8 52/6 52/22
56/25 60/2
**theoretical [2]** 20/3
27/13
**theory [2]** 9/15 42/17
**there [60]** 7/8 9/2 9/7
9/20 9/20 10/6 10/8
10/24 13/23 13/24 14/3
14/18 14/19 16/8 16/11
16/12 16/16 16/16
16/17 17/17 17/22
17/25 19/6 19/18 23/7
23/19 23/25 24/8 25/5
25/21 26/25 27/8 28/7
28/12 28/13 29/12

**T**

there... [24] 30/11 31/8 31/22 32/1 32/2 32/18 32/25 38/2 38/4 38/9 38/11 38/14 39/1 39/10 41/10 42/21 51/23 54/18 58/2 59/9 60/7 61/10 61/16 61/22

there's [19] 13/8 13/11 14/18 14/19 14/23 16/9 22/4 37/5 38/1 40/6 41/12 43/16 48/1 49/16 54/8 55/18 55/21 56/2 61/17

thereabouts [1] 53/24

therefore [1] 23/4

these [21] 6/5 10/13 10/16 13/2 17/8 17/18 18/14 18/18 18/19 19/4 19/21 20/11 25/25 27/14 29/11 29/11 30/22 32/13 35/12 35/15 45/9

they [25] 18/21 19/12 19/14 19/20 20/11 20/13 21/8 24/25 25/6 25/10 26/12 29/19 30/13 42/19 43/6 44/2 47/5 50/3 50/3 50/4 50/5 50/20 58/16 59/3 59/21

they'll [5] 40/5 40/5 40/6 54/1 59/7

they're [12] 19/10 21/8 22/19 27/3 29/11 30/5 30/6 31/17 31/19 32/22 45/7 48/12

they've [3] 22/24 28/8 28/9

thing [7] 20/21 20/25 31/2 31/22 44/5 44/18 50/22

things [16] 6/16 11/11 14/24 14/25 21/9 24/10 31/9 45/9 46/21 49/14 50/9 51/1 51/2 59/1 61/15 61/21

think [75] 7/3 8/12 8/15 9/4 9/25 11/4 16/4 16/8 16/18 18/3 18/17 18/21 18/22 19/14 19/17 19/25 20/8 20/12 21/6 25/17 27/4 27/13 27/14 28/3 28/13 31/2 31/3 32/2 33/16 35/4 35/5 35/11 35/14 35/17 35/21 36/2 38/1 38/3 38/5 38/24 39/11 39/18 40/2 40/15 41/8 42/7 43/18 45/4 45/5 45/7 46/16 47/10 47/21 47/22 51/2 52/7 52/8 52/10 52/13 52/15 52/16 55/2 55/3 55/21 56/18 57/21 57/22 58/22 59/13 59/23 59/24 60/4 60/14 61/9 62/9

thinks [2] 6/22 47/22

this [90] 5/7 7/10 7/14 9/20 10/25 12/6 12/7 12/13 13/6 13/17 13/23 14/3 14/6 14/17 14/25 15/2 15/7 15/17 15/17 15/18 16/14 16/20 16/21 17/2 17/22 17/24 18/4 19/1 19/5 19/18 20/6 20/9 21/10 21/13 21/14 21/18 21/21 21/21 21/22 22/20 23/2 23/6 23/8 23/9 24/1 24/23 24/23 25/4 27/13 28/6 28/15 29/6 29/7 29/22 30/9 30/14 31/2 31/3 31/13 31/14 31/25 32/14 32/14 33/3 33/17 36/4 36/23 37/8 37/18 37/23 37/23 37/24 38/25 39/6 41/6 42/23 44/16 45/11 46/6 49/24 50/16 52/7 55/4 55/17 56/7 56/19 58/1 58/25 59/23 62/20

This is [1] 5/7

Thomas [2] 4/8 5/12

thoroughly [1] 51/1

those [26] 7/9 8/15 10/21 10/25 11/21 11/22 16/15 17/17 23/21 30/16 30/20 32/21 38/8 38/16 39/4 40/16 41/6 42/11 44/11 45/13 51/2 52/9 52/12 57/9 58/22 61/13

though [1] 61/24

thought [4] 19/7 24/14 46/22 56/3

thoughts [2] 40/20 59/22

thousands [1] 35/11

three [6] 11/22 17/21 39/22 51/23 54/24 54/25

thrilled [1] 20/2

through [25] 6/18 11/16 11/21 11/22 11/24 13/2 14/15 14/22 15/3 15/14 16/24 17/5 17/16 17/17 18/2 23/3 26/24 38/10 42/22 43/10 44/13 47/6 47/15 56/12 60/25

throughout [1] 25/9

thus [1] 48/11

till [3] 44/21 54/2 54/23

time [32] 7/10 8/23 13/11 19/10 21/21 22/24 25/2 26/11 29/17 31/7 33/18 35/15 36/23 37/8 38/7 41/21 42/25 43/22 44/7 44/16 44/21 45/10 47/18 47/19 48/9 48/16 49/11 51/22 55/6 55/13 56/11 60/7

times [2] 29/13 54/18

tip [2] 18/8 18/11

tips [4] 15/14 16/25 17/25 18/1

titled [1] 117/4

today [6] 6/16 7/20 11/18 13/9 38/13 39/22 42/24 44/20

together [8] 34/9 38/25 41/12 43/4 43/5 44/2 44/7 49/7

told [4] 7/6 21/21 21/22 27/20

tomorrow [1] 24/24

too [1] 56/7

total [1] 39/1

touch [1] 19/12

tour [2] 23/8 50/6 50/10

towards [1] 55/3

Towers [2] 4/4 4/10

town [2] 38/7 38/8

track [2] 6/15 7/22

tracked [1] 48/8

traditional [1] 25/6

transcript [3] 1/9 4/22 117/3

transcription [1] 4/22

transmission [1] 34/1

trial [64] 6/15 6/19 7/6 7/25 8/13 11/12 12/25 14/1 14/16 15/1 15/6 16/19 16/23 18/14 18/24 19/3 19/11 19/11 19/11 19/19 20/20 20/24 21/1 21/4 21/10 21/24 22/3 22/4 22/8 23/25 24/3 24/4 24/8 24/12 24/12 28/19 29/1 29/2 32/3 38/6 38/9 38/12 42/12 42/17 45/24 45/25 47/9 47/18 47/19 48/17 50/23 51/22 52/2 53/11 55/20 56/13 56/21 57/7 57/13 60/1 61/1 61/5 61/24 62/3

trials [4] 37/21 47/3 59/1 61/10

tried [1] 17/13

troubling [1] 19/2

Troy [2] 1/16 5/15

true [1] 16/21

Trump [1] 25/4

truth [1] 21/19

try [6] 19/16 37/17 44/15 47/20 53/9 57/15

trying [9] 16/21 21/14 28/24 40/8 49/23 50/18 53/7 54/4 61/6

Tuesday [6] 45/24 46/7 46/9 46/14 47/3 49/7

turn [6] 11/6 22/14 25/10 33/21 50/19 50/20

turned [1] 23/23

turning [1] 10/9

turns [2] 19/20 28/18

**U**

two [23] 11/12 14/15 41/5 41/17 44/8 45/8 45/13 47/2 49/16 60/1

two-page [1] 41/17

twofold [1] 35/18

TX [1] 2/5

type [2] 7/2 56/3

types [2] 10/21 17/16

typical [2] 53/23 55/12

typically [2] 54/17 58/7

**U**

U.S [1] 1/17

U.S. [2] 11/16 14/24

U.S. Attorney's [1] 14/24

U.S. Attorney's Office [1] 11/16

unable [4] 30/18 42/16 52/13 52/20

uncharged [2] 17/4 17/4

under [4] 12/8 12/9 12/10 15/13

understand [9] 9/19 9/24 13/22 14/12 14/13 22/10 26/16 26/24 28/7

understanding [2] 29/6 30/11

Understood [2] 15/22 36/7

undisclosed [2] 43/3 43/5

undoubtedly [1] 31/17

unfounded [1] 50/17

UNITED [4] 1/1 1/3 1/10 5/7

United States of [1] 5/7

unknown [1] 25/2

unless [2] 14/5 33/19

unnamed [1] 25/3

unrelated [1] 16/13

until [9] 12/25 18/24 21/11 21/23 23/25 24/3 24/11 48/20 55/5

up [21] 6/21 7/16 12/25 14/16 16/5 16/8 20/13 23/16 32/25 38/21 41/4 43/7 45/6 46/1 47/5 56/20 56/21 57/6 59/12 59/16 61/5

updated [1] 7/8

updates [1] 8/15

upload [1] 12/16

uploaded [2] 13/4 14/15

upon [2] 19/12 42/9

ups [1] 8/19

urge [3] 12/7 13/7 38/9

urging [2] 12/7 13/7

us [21] 6/21 6/22 11/25 14/25 15/12 21/7 23/5 26/13 29/11 30/4 30/4 31/4 34/1 35/5 41/3 45/8 48/7 49/16 50/8 56/16 60/25

USAfx [1] 34/2

**V**

vacation [1] 47/14

valid [1] 45/4

Vallejo [5] 4/13 5/13 6/3 6/7 37/11

variations [1] 26/5

versus [1] 5/8

very [10] 6/25 8/1 8/13 11/15 13/1 14/2 22/1 27/16 30/14 39/23

via [2] 24/25 39/9

vicinity [1] 17/14

video [25] 17/24 18/10 22/20 22/21 23/1 23/2 23/3 23/10 23/16 23/21 23/24 27/19 27/25 28/2 29/3 29/8 29/20 30/1 31/18 32/12 32/14 33/17 34/6 34/13 50/13

videos [5] 12/5 17/18 17/21 30/12 30/18

Vienna [3] 29/21 29/24 39/8

view [1] 50/17

virtual [1] 7/13

virtually [1] 34/5

visit [1] 50/11

visualize [1] 56/15

voir [2] 60/6 60/9

volume [6] 14/4 26/17 28/10 28/11 35/9 35/10

voluminous [5] 12/12 12/15 12/23 14/7 48/11

voluntarily [1] 23/23

vs [1] 1/5

**W**

wait [2] 21/23 48/20

waived [1] 6/8

walk [1] 56/12

walk-through [1] 56/12

walking [1] 43/9

Walnut [1] 3/22

want [25] 6/15 6/18 19/14 19/22 29/16 31/12 33/22 36/10 39/14 41/3 41/10 41/20 42/23 43/22 49/16 50/9 52/22 54/19 55/6 55/11 59/20 60/3 60/4 61/15 61/18

wanted [7] 12/22 39/7 43/14 51/12 51/23 52/5 52/24

wanting [1] 37/21

wants [1] 42/24

warrant [3] 14/5 14/8 16/7

was [25] 8/21 17/7

**W**

was... [23] 17/22 17/22 25/5 25/9 25/18 25/19 25/20 26/10 26/24 26/25 27/19 28/11 32/12 35/13 42/7 46/23 48/3 52/9 52/11 53/12 54/24 56/20 61/2

Washington [8] 1/5 1/18 3/4 3/9 4/15 4/20 25/3 25/19

wasn't [1] 8/22

waste [1] 29/17

watch [5] 29/4 29/14 30/3 31/15 31/22

watched [1] 31/18

water [1] 57/9

Watkins [5] 2/8 5/10 5/22 6/4 34/19

way [18] 13/4 32/15 34/6 35/8 35/13 36/1 36/3 39/8 39/11 40/16 42/13 44/9 44/12 48/8 48/12 57/6 59/1 59/16

we [201]

we believe [4] 7/22 11/15 23/21 50/2

We wanted [1] 39/7

we will [11] 7/6 7/20 12/24 13/9 15/4 33/9 43/25 45/25 49/10 57/15 59/10

we'd [1] 46/4

we'll [30] 8/5 13/14 20/1 24/11 33/14 37/25 39/3 40/2 40/12 40/15 40/17 42/6 42/20 44/20 44/21 49/7 49/12 53/4 54/2 57/22 58/12 58/18 59/11 59/13 59/14 59/15 59/23 60/6 60/11 60/12

we're [33] 6/14 6/15 7/22 11/19 11/23 12/17 12/23 14/22 14/22 16/19 17/9 17/20 18/25 20/12 21/2 21/10 21/21 33/4 33/8 33/13 35/11 37/17 39/1 40/3 40/8 41/17 41/19 47/8 50/7 55/6 56/9 58/24 61/23

we've [30] 7/6 7/19 7/20 10/12 11/15 11/21 11/22 15/11 15/11 15/18 15/18 17/25 18/11 19/4 20/5 21/12 22/18 27/20 29/2 30/18 35/4 38/3 38/25 41/17 42/15 45/5 46/3 46/5 58/11 60/9

wear [1] 25/6

Webex [1] 11/15

week [16] 8/7 19/3 24/24 44/6 44/16 46/1 46/1 46/3 46/5 46/25 47/2 47/3 47/8 51/9 53/11 61/5

weekend [1] 23/8

weekends [1] 5/20

weeks [10] 13/25 19/1 23/25 24/3 28/14 28/25 39/21 39/22 42/20 43/7

Weinberg [2] 6/1 37/1

Weinberg's [1] 37/3

Welcome [1] 6/12

well [15] 6/13 15/14 18/3 23/14 24/4 24/4 28/3 29/15 29/18 33/3 44/8 46/17 48/6 48/15 61/23

went [2] 7/17 34/13

were [19] 6/24 11/12 19/20 24/14 28/4 28/25 29/25 30/11 30/12 30/16 31/11 32/18 35/13 38/6 39/8 44/7 50/25 51/23 59/24

weren't [1] 29/13

West [1] 3/22

what [41] 9/9 9/11 9/19 15/24 18/5 18/14 18/18 18/25 20/6 20/25 21/8 22/18 26/16 26/24 26/24 27/1 28/9 29/19 32/25 34/15 35/22 35/23 42/20 43/2 43/8 43/15 48/19 49/23 50/3 50/4 50/17 55/5 55/10 55/14 55/19 55/20 57/4 59/21 60/8 60/17 61/17

what's [8] 10/12 14/6 14/14 14/21 19/3 30/16 35/23 35/23

whatever [8] 18/18 19/13 41/23 43/17 46/8 46/15 48/16 49/8

when [13] 9/20 13/2 14/25 21/20 29/13 30/25 31/3 31/5 31/11 31/17 34/6 54/16 61/24

whenever [1] 101/1

where [19] 6/20 9/1 9/11 9/24 16/1 16/10 17/20 18/7 22/25 23/7 28/4 29/24 31/24 39/2 39/18 43/6 56/14 60/12 61/21

whether [22] 11/23 14/3 22/7 27/10 31/19 35/13 38/16 40/8 40/9 41/12 41/21 42/8 42/21 43/1 52/9 52/21 56/19 56/19 57/2 57/4 59/5 62/5

which [22] 6/17 8/21 11/17 12/3 15/11 18/13 28/25 29/9 29/10 32/5 34/2 34/4 36/2 39/8 40/11 41/10 45/25 47/16 52/9 52/12 53/1 54/23

while [5] 14/23 21/10 24/11 30/6 32/25

White [1] 25/12

White House [1] 25/12

who [13] 17/6 19/18

whoever [1] 5/20

whole [2] 25/23 40/7

whose [2] 16/14 19/19

why [10] 6/20 11/6 22/14 33/21 34/12 41/7 45/16 46/21 49/11 62/20

will [56] 7/6 7/20 8/2 9/4 9/8 9/18 9/24 10/21 11/14 12/24 13/9 13/9 13/10 15/3 15/4 15/16 24/23 25/2 25/6 25/7 25/10 27/14 28/14 29/7 32/2 33/6 33/9 34/2 36/17 36/18 38/15 39/22 40/3 40/4 41/10 42/8 42/8 42/11 42/19 43/17 43/25 44/2 45/19 45/25 49/10 49/12 51/16 55/15 56/21 57/15 58/2 58/10 59/3 59/10 59/13 60/7

William [8] 3/16 3/17 4/2 4/8 4/17 5/23 117/2 117/8

willing [2] 48/10 48/12

winter [1] 18/4

wisdom [1] 51/13

wisely [1] 55/7

without [2] 25/13 54/5

witness [9] 8/7 10/7 10/8 12/5 13/5 18/21 19/11 19/13 50/1

witnesses [4] 7/5 14/19 33/10 59/3

won't [4] 16/4 42/10 47/20 55/5

Woodward [8] 3/2 3/3 5/19 22/15 27/19 33/1 33/4 33/12

work [6] 17/15 40/8 56/10 60/5 61/1 61/24

worked [3] 15/18 16/5 31/9

working [11] 24/1 24/11 24/18 28/25 33/9 34/15 38/3 38/25 40/3 44/12 55/3

worth [1] 44/8

would [45] 9/8 9/11 9/13 12/6 13/6 17/10 23/10 23/24 25/21 27/5 28/10 34/11 34/20 35/6 35/12 37/6 38/5 42/12 43/1 43/3 43/6 43/8 43/22 44/19 45/8 45/14 46/19 47/11 47/21 47/23 48/6 49/4 50/8 50/12 50/17 51/14 52/11 52/12 53/22 54/18 56/15 56/16 58/1 58/25 61/5

wouldn't [1] 29/16

wrapped [1] 20/23

writ [1] 33/11

wrong [1] 29/7

wrote [1] 25/1

**Y**

Yeah [6] 9/18 27/24 39/11 41/7 60/14 60/22

year [1] 17/20

years [1] 21/25

yellow [1] 25/7

Yep [1] 51/5

yes [19] 6/24 10/3 10/11 11/2 11/8 11/25 13/1 15/3 24/11 27/23 27/25 33/25 37/2 38/18 38/19 40/25 52/17 58/10 62/1

yesterday [8] 7/15 12/1 26/15 30/15 32/12 36/16 47/25 48/3

yet [4] 14/15 24/16 26/14 58/12

Yom [1] 52/6

you [156]

you know [1] 13/25

you'd [6] 22/15 34/18 39/8 55/18 58/6 61/21

you'll [6] 17/23 30/21 30/22 52/8 59/11 62/2

you're [11] 10/6 11/20 18/16 21/3 23/14 26/7 32/25 36/25 38/17 46/24 57/4

you've [9] 10/6 14/13 22/2 28/7 31/22 33/18 45/1 45/11 57/19

your [93] 5/6 6/23 6/25 7/13 8/8 9/7 10/3 10/11 11/2 11/5 11/9 11/20 12/1 13/14 13/17 14/10 15/3 15/15 16/2 17/23 17/23 18/17 19/8 19/17 20/15 20/18 20/23 22/11 25/24 26/18 27/13 28/22 28/23 29/15 29/18 30/10 31/16 31/18 31/23 32/3 32/7 32/8 33/23 34/20 34/25 35/1 36/7 36/10 36/22 37/2 37/7 37/13 38/19 38/23 40/22 41/1 41/13 42/2 43/20 44/23 45/23 46/12 47/6 47/7 47/14 47/25 48/17 48/24 48/25 49/2 49/13 49/19 51/6 51/10 51/20 53/12 53/14 53/21 53/25 54/10 54/11 54/15 55/8 56/6 57/12 57/15 58/23 60/18 62/7 62/10 62/13

Your Honor [72] 5/6 6/23 6/25 7/13 9/7 10/3 10/11 11/2 11/5 11/9 11/20 12/1 13/14 13/17 14/10 15/3 15/15 16/2 19/8 19/17 20/15 20/18

**W** (right column continued)

27/13 28/23 29/15 30/10 32/7 32/8 34/20 34/25 35/1 36/7 36/10 36/22 37/2 37/7 37/13 38/19 38/23 40/2 40/22 41/1 41/13 43/20 44/23 45/23 47/7 47/14 47/25 48/24 48/25 49/2 49/19 51/10 51/20 53/12 53/14 53/21 54/10 54/11 54/15 55/8 56/6 57/12 57/15 58/23 60/18 62/7 62/10 62/13

YouTube [1] 18/10

**Z**

Zaremba [3] 4/17 117/2 117/8

Zoom [2] 7/14 47/13

Zsuzsa [1] 3/6