IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
        vs.                      )    October 13, 2022
                                 )    9:15 a.m.
ELMER STEWART RHODES III, ET AL.,)
                                 )    Day 10
            Defendants.          )    Morning Session
_____ )
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn L. Rakoczy
                               Jeffrey S. Nestler
                               Alexandra Hughes
                               Louis Manzo
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               601 D Street, NW
                               Washington, D.C. 20579
                               (202) 252-7277
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:          Phillip A. Linder
                                   BARRETT BRIGHT LASSITER LINDER
                                   3300 Oak Lawn Avenue
                                   Suite 700
                                   Dallas, TX 75219
                                   (214) 252-9900
                                   Email:
                                   phillip@thelinderfirm.com

                                   James Lee Bright
                                   3300 Oak Lawn Avenue
                                   Suite 700
                                   Dallas, TX 75219
                                   (214) 720-7777
                                   Email: jlbrightlaw@gmail.com

                                   Edward L. Tarpley, Jr.
                                   819 Johnston Street
                                   Alexandria, LA 71301
                                   (318) 487-1460
                                   Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:                Jonathan W. Crisp
                                   CRISP AND ASSOCIATES, LLC
                                   4031 North Front Street
                                   Harrisburg, PA 17110
                                   (717) 412-4676
                                   Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                       Stanley Edmund Woodward, Jr.
                                   BRAND WOODWARD LAW
                                   1808 Park Road NW
                                   Washington, D.C. 20010
                                   (202) 996-7447
                                   Email:
                                   stanley@brandwoodwardlaw.com

                                   Juli Zsuzsa Haller
                                   LAW OFFICES OF JULIA HALLER
                                   601 Pennsylvania Avenue, NW
                                   Suite 900
                                   S. Building
                                   Washington, D.C. 20036
                                   (202) 352-2615
                                   Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                 Bradford L. Geyer
                                   FormerFeds LLC
                                   2006 Berwick Drive
                                   Cinnaminson, NJ 08077
                                   (856) 607-5708
                                   Email:
                                   Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                David William Fischer, Sr.
                                   FISCHER & PUTZI, P.A.
                                   7310 Governor Ritchie Highway
                                   Empire Towers, Suite 300
                                   Glen Burnie, MD 21061-3065
                                   (410) 787-0826
                                   Email:
                                   fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

WITNESSES                DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

SA KELSEY HARRIS    3013  3115
SA KELSEY HARRIS          3116

- - -

INDEX OF EXHIBITS

— — —

| GOVERNMENT'S | ADMITTED |
|---|---|
| 6851 thru —53 | 3017 |
| 6860.2 | 3036 |
| 6860.3 | 3037 |
| 6861 | 3063 |
| 6863.1.1 | 3067 |
| 6863.2 | 3070 |
| 6863.3 | 3073 |
| 6870 | 3081 |
| 6868 | 3085 |
| 6868.1 | 3088 |
| 6868.2 | 3098 |
| 700.1 THRU 700.26 | 3104 |
| 4801.6 | 3106 |
| 35 AND 37 | 3110 |
| 60 AND 61 | 3111 |
| 123 THRU 126 | 3114 |

```
1                    P R O C E E D I N G S
2              COURTROOM DEPUTY:  All rise.  The Honorable
3     Amit P. Mehta presiding.
4              THE COURT:  Please be seated, everyone.
5              COURTROOM DEPUTY:  Good morning, Your Honor.
6              This is Criminal Case No. 22-15, the United States
7     of America versus Defendant No. 1, Elmer Stewart Rhodes III;
8     Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
9     Defendant 4, Jessica Watkins; and Defendant 10,
10    Thomas Edward Caldwell.
11             Kathryn Rakoczy, Jeffrey Nestler,
12    Alexandra Hughes, Troy Edwards, and Louis Manzo for the
13    government.
14             Phillip Linder, James Lee Bright, Edward Tarpley
15    for Defendant Rhodes.
16             Stanley Woodward and Juli Haller for
17    Defendant Meggs.
18             Bradford Geyer for Defendant Harrelson.
19             Jonathan Crisp for Defendant Watkins.
20             And David Fischer for Defendant Caldwell.
21             All named defendants are present in the courtroom
22    for these proceedings.
23             THE COURT:  Okay.  Good morning, everybody.
24    We have everyone with us.  Okay.
25             So there is the outstanding issue of the
```

```
 1   attorney-client privilege communications.  Before I get to
 2   that, is there anything else anybody would like to raise
 3   before we turn to that?
 4              MR. TARPLEY:  Yes, Your Honor.  I had made a
 5   request to the U.S. Attorney's Office to provide me with
 6   Mr. Rhodes' cell phone so that I might have a chance to look
 7   at that.  I never had a chance to do that.
 8              And so I spoke to Ms. Rakoczy.  And they're in
 9   agreement with working with us to try get that done.  I also
10   spoke with the Marshals Office.  Haven't spoke to the head
11   of detail yet.
12              But I think that it's something that we can
13   accomplish.  And if the Court would approve that request,
14   then we could, I think, get that done tomorrow.  If an FBI
15   agent would bring the phone here to the courtroom, I could
16   look at it with Mr. Rhodes.
17              THE COURT:  Okay.
18              MR. TARPLEY:  And I don't think it would take but
19   a few hours to look at the items I'm interested in.  I'd
20   like to try get that done tomorrow.
21              THE COURT:  So when would you be proposing to do
22   that in terms of -- no.  I understand tomorrow, but what
23   time?  You mean after court?
24              MR. TARPLEY:  Well, I'm willing to do it after
25   court, Your Honor, if that would be better for everyone.
```

1    But if they bring it in the morning, I could certainly sit

2    there with Mr. Rhodes and look at it right here during the

3    proceedings.

4              THE COURT:  Well, I'm not going to allow you to

5    sit there and look at it with him during the proceedings to

6    distract him from what's going on.

7              MR. TARPLEY:  Sure.  We could do it immediately

8    following court tomorrow, Your Honor.  I have no problem

9    with staying here to get that done.

10             I did speak to the Marshals, and I think they

11   could transport him after we've concluded review of the

12   phone.

13             THE COURT:  Okay.

14             I guess the bottom line from my perspective is if

15   the government is prepared to provide you with a phone and

16   if the Marshals can accommodate the request for review after

17   tomorrow's proceedings have concluded, then that's fine by

18   me.

19             MR. TARPLEY:  Yeah, that would be great,

20   Your Honor.  I think that would accomplish what I need to

21   do.

22             THE COURT:  All right.  No problem.

23             Okay.  Anything else, Ms. Haller?

24             MS. HALLER:  Yes, Your Honor.

25             I created an index of all the text messages

 1  yesterday that we received from the government for

 2  Agent Harris' testimony.

 3          I can email it to the Court or hand it up.  It's

 4  just -- I can give you a copy.  It's just for organization

 5  purses because we were struggling yesterday with

 6  completeness and how to show whether a text message follows

 7  another text message.

 8          So this is just an index to show the date, the

 9  chat, and the government's exhibit number.  And we can see

10  how many messages were consistent or left out so that we can

11  address the rule of completeness when Your Honor is ready so

12  that we can get messages in within the context of --

13          THE COURT:  Okay.

14          MS. HALLER:  Okay?

15          THE COURT:  All right.

16          MS. HALLER:  Should I hand it up to the Court?

17          THE COURT:  Sure.

18          All right.  Any other preliminary matters?

19          MR. EDWARDS:  I apologize.  I missed the last

20  sentence.

21          THE COURT:  Any other preliminary matters?

22          MR. EDWARDS:  Oh, no.  Nothing except

23  attorney-client.  I didn't know if you want to hear from the

24  parties any more after yesterday.

25          THE COURT:  No, I don't need to hear from the

 1    parties.

 2              MR. EDWARDS:  Thank you, Your Honor.

 3              THE COURT:  So when we left off yesterday, I had

 4    received from government and defense counsel for Mr. Rhodes,

 5    from the government, I had received a sort of series of text

 6    messages or communication -- I don't know whether it's

 7    through text or what the means of communication is.

 8              But it's communications between Mr. Rhodes and

 9    Kellye SoRelle.  Those communications are all on

10    December 29th of 2020 and carry over into December 30th of

11    2020, although that may also be inaccurate because I don't

12    know how the time stamp works.  But either way, that's about

13    the date range of them.

14              And the government has requested that at least

15    four of these messages -- is that right?

16              MR. EDWARDS:  Yes, Your Honor.  There are three or

17    four highlighted in that spreadsheet.

18              THE COURT:  Okay.

19              MR. EDWARDS:  Yeah, those were -- the first three

20    were at issue on Friday of last week.

21              THE COURT:  Right.

22              So there's four messages on December 29th of 2020.

23              And I'm just going to, for record purposes, I'll

24    ask that this be marked as Attorney-Client 1 just for

25    marking purposes.  And so the request is for the

1    government -- the government's asking that these not be

2    treated as attorney-client communications.

3             And then I received from Mr. Linder, which I'll

4    mark as Attorney-Client 2, an email string between

5    Mr. Linder and the taint team attorney, which embeds an

6    email -- or I shouldn't say an email -- it's a Cellebrite

7    extract from -- I assume it's a text message of some kind on

8    some platform that's dated December 10th of 2020.  It's from

9    Mr. Rhodes to Kellye SoRelle.  And then there are two

10   others, Dave Roberts and Greg Smith, who I understand are

11   political consultants of some kind.

12            So, look, I think the answer to this question is

13   fairly straightforward and is squarely addressed by

14   *In Re:  Lindsey*, 148 F.3d 110, D.C. Circuit, 1998.

15            The Court says there, "It is settled that the

16   party claiming the privilege bears the burden of proving

17   that the communications are protected.  As oft-cited

18   definitions of the privilege made clear, only communications

19   that seek 'legal advice' from 'a professional legal advisor

20   in his capacity as such' are protected.  Or, in the

21   formulation we have adopted, the privilege applies only if

22   the person to whom the communication was made is 'a member

23   of the bar of a court' who, 'in connection with the

24   communication is acting as a lawyer' and the communication

25   was made 'for the purpose of securing primarily either an

 1    opinion on law or legal services or assistance in some legal
 2    proceeding.'"
 3            The Court goes on to say, "According to the
 4    Restatement, 'consultation with one admitted to the bar but
 5    not in that person's role as lawyer is not protected.'
 6    Where one consults an attorney not as a lawyer but as a
 7    friend or as a business adviser or banker or negotiator, the
 8    consultation is not professional, nor the statement
 9    privileged.'"
10            And specifically the Court says there, "Thus
11    *Lindsey*'s advice on political, strategic, or policy issues,
12    valuable as it may have been, would not have been shielded
13    from disclosure by the attorney-client privilege."
14            So as to the set of text messages that are
15    Attorney-Client 1 between Mr. Rhodes and Ms. SoRelle on
16    December the 29th, I think it's quite clear from the context
17    of the statements that these are personal text messages
18    between Mr. Rhodes and Ms. SoRelle and they are not -- they
19    don't meet the definition of attorney-client communications.
20    And I don't really need to go any further than that except
21    to characterize them that way.
22            MR. LINDER:  May I have one thing on the record,
23    I guess?
24            Is it still the Court's position that the Court
25    doesn't want to rule if they had an attorney-client

```
 1   relationship during the scope of the conspiracy at this
 2   time?
 3              THE COURT:  I don't think I need to.
 4              MR. LINDER:  Okay.  Thank you.
 5              THE COURT:  I mean, absent a reason to do so, I'm
 6   happy to rule on the narrower ground here as these
 7   particular communications.
 8              MR. LINDER:  Okay.  Thank you.
 9              THE COURT:  As to Attorney-Client 2, which is the
10   text message between Mr. Rhodes and Ms. SoRelle,
11   Dave Roberts, and Greg Smith on December 10th, that, too, is
12   not subject to the attorney-client-communication privilege.
13              One, Mr. Roberts and Mr. Smith are political
14   consultants, is my understanding.  And arguably for that
15   reason alone, because there's a third party on the
16   communication, it's not a privileged communication.
17              But even if somehow there was some understanding
18   of confidentiality among the three, it still doesn't meet
19   the definition of attorney-client communication because my
20   understanding is that Mr. Roberts and Mr. Smith and the
21   discussions concern political matters, is my understanding,
22   matters of -- essentially this is political consulting that
23   was happening.
24              And just as in Lindsey where the Court said, you
25   know, "advice on political, strategic, or policy issues,
```

1    valuable as it may have been, would not be shielded from

2    disclosure by the attorney-client privilege."

3            So I think that's a holding that applies squarely

4    here, okay?

5            And, Mr. Linder, can I ask you to approach

6    ex parte on this for a moment.

7            (Ex parte, sealed bench conference)

```
1   ████████████   ████████████
2   ████████████   ████████████
```

3            (Open court)

4            THE COURT:  All right.  Unless there's anything

5    else, we'll bring our jurors in.

6            (Pause)

7            COURTROOM DEPUTY:  Jury panel.

8            (Jury entered the courtroom.)

9            THE COURT:  Okay.  Please be seated, everyone.

10           Ladies and gentlemen, good morning.  Welcome back.

11   I hope everybody had a nice evening.

12           Before we get started, I want to just sort of

13   reemphasize the same reminder I've been giving throughout

14   about exposure to my media.

15           It's my understanding that the January 6th

16   Committee hearing that you may recall that we talked about

17   during the jury selection process, which had been

18   rescheduled, is actually taking place this afternoon.

19           So during your lunch hour and then certainly

20   afterwards this evening, I'll just ask you to be

21   particularly vigilant about what you're reading.  I have no

22   idea whether what they're discussing will touch upon

23   anything relating to this case.  But out of an abundance of

24   caution, I want to just provide that very specific sort of

25   admonishment to all of you this morning, okay?

1            All right.  Special Agent Harris, I'll ask you to

2    re-take the stand.

3            MR. MANZO:  Just for the record, Mr. Nestler is

4    assisting me in putting 1530, the board, back up.

5                            - - -

6    SA KELSEY HARRIS, WITNESS FOR THE GOVERNMENT, HAVING BEEN

7    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

8    FOLLOWS:

9                    DIRECT EXAMINATION (CONTINUED)

10                           - - -

11   BY MR. MANZO:

12       Q    Agent Harris, do you understand that you're still

13   under oath?

14       A    Yes, sir.

15       Q    Agent Harris, yesterday, do you remember, were you

16   present or did you hear when Terry Cummings was testifying?

17       A    I did.

18       Q    And is that the individual who had to go use the

19   bathroom in the middle of the riot on January 6th?

20       A    Yes, sir.

21       Q    I want to show you Government's Exhibit 5200,

22   which has already been admitted into evidence.

23            Agent Harris, can you see that on your screen?

24       A    I can.

25       Q    Are you familiar with Government's Exhibit 5200?

1        A        Yes, I am.

2        Q        Were you present on or about November 21, 2021,

3    during an interview with Terry Cummings?

4        A        Yes, virtually I was.

5        Q        And did Terry Cummings make the following

6    identifications that were then notated by an FBI agent in

7    the blue marker?

8        A        Yes, he did.

9        Q        I'm just going to walk you through a couple of

10   these slides here.

11               First, where it says TC at the top, are you aware

12   of what that means?

13       A        Those were Mr. Terry Cummings' initials.

14       Q        And then did he identify himself by circling

15   himself in that photo?

16       A        He identified himself, I believe the agent that

17   was present in the room actually circled the photo for him.

18       Q        And then going down to where it says K.H. at the

19   bottom.  Did Terry Cummings make an identification in

20   regards to K. H.?

21       A        Yes, he identified the individual as Mr. Kenneth

22   Harrelson.

23       Q        If we go to the next slide.

24               We're at slide 2 of 5200 now.  Did Terry Cummings

25   make an identification notated with the initials J.D.?

1      A     Yes, he identified the man as Jason Dolan.

2      Q     Can we go to the next slide, please.

3            And then here where it says K.H. and then "Case"

4      at the top, what did Terry Cummings state when this

5      identification was made?

6      A     Mr. Cummings --

7            MR. WOODWARD:  Objection.

8            THE COURT:  Basis?

9            MR. WOODWARD:  Hearsay.

10           THE COURT:  It's overruled.

11           THE WITNESS:  Mr. Cummings stated that the green

12     case on the luggage cart that's closest to the photo on the

13     outer edge, he believed that was Mr. Harrelson's case.

14     BY MR. MANZO:

15     Q     Can we go to next slide, please?

16           THE COURT:  Oh, I'm sorry, that actually will be

17     sustained.  Sorry.

18           That last answer will be stricken, ladies and

19     gentlemen.  I thought he was asking about the initials.  So

20     that last answer will be stricken.

21           MR. MANZO:  Can we take to the phones?

22           THE COURT:  Sure.

23           (Bench conference)

24           MR. MANZO:  Your Honor, I don't think there's

25     anything exception for statements of identification for

1    objects and people that I'm aware of.

2            THE COURT:  I'm not aware of any exception that

3    allows prior out-of-court statements for identification of

4    objects.  I mean, it's prior identification.  I can take a

5    look at the rule, but...

6            MR. MANZO:  We're also looking at the rule.

7    I thought it was squarely within, but we'll also examine.

8    We can come back to this later if we want to keep moving on.

9            THE COURT:  Yes, let's go ahead and do that.

10           MR. MANZO:  Okay.

11           (Open court)

12   BY MR. MANZO:

13       Q    We can move on from this and we'll come back to it

14   if we need to.

15           As part of your investigation, were you aware of

16   an unconventional warfare training that Jeremy Brown gave in

17   a hotel in Florida prior to January 6th?

18       A    Yes, I am.

19       Q    Ms. Rohde, can we pull up 6851 to 6851.3.  And I'm

20   showing the agent 6851 now.  Can I show the agent 6852?

21           And can I show the agent 6853?

22           Sir, have you previously seen these records?

23       A    Yes, I have.

24       Q    And are these business records obtained pursuant

25   to a subpoena?

1          A     Yes.

2                MR. MANZO:  And at this time pursuant to a 902(11)

3     business record certification, we seek to move these into

4     evidence.

5                THE COURT:  I'm sorry, what's the exhibit number?

6                MR. MANZO:  6851, 6852, and 6853.

7                THE COURT:  Any objection?

8                MS. HALLER:  No objection Your Honor.

9                THE COURT:  6851 through 53 will be admitted.

10                         (Government's Exhibit 6851 through -53
                                    received into evidence.)

11    BY MR. MANZO:

12         Q     Ms. Rohde, can we go to 6851.

13                Briefly, can you just walk through the jury what's

14    going on in this record?  Is this a record from the Quality

15    Inn & Suites?

16         A     Yes, it is.

17         Q     And, Ms. Rohde, can you just zoom in on the top.

18                What's the location of this hotel?

19         A     This was in Brooksville, Florida.

20         Q     And what is the check-in time?

21         A     7:21 p.m. on November 21st of 2020.

22         Q     And what's the name on the left side of this

23    record?

24         A     Jeremy Brown.

25         Q     Thank you.

1           Can we go to 6852.

2           And what's the name on the left side of this

3   record?

4       A    Kelly Meggs.

5       Q    And what's the check-in time?

6       A    7:10 p.m. on November 21st of 2020.

7       Q    Thank you.

8           And can we go to 6853.

9           And then if you could just zoom in on the whole

10  top section.

11          Looking over at the right here, what does the

12  status say on this business record?

13      A    It was a shared reservation.

14      Q    Who's the primary guest?

15      A    Mr. Kelly Meggs.

16      Q    What was the arrival date on the right?

17      A    11/21 of 2020.

18      Q    And what was the additional name given to the

19  reservation?

20      A    Joseph Hackett.

21      Q    And can you just step down for a moment and point

22  to Joseph Hackett on the board, please.

23      A    Mr. Hackett is here.  Also known as Ahab.

24      Q    Is that the individual we talked about yesterday

25  in regards to the DPM?

 1    A    Yes, sir.

 2    Q    Ms. Rohde, can we turn now back to 6860, slide 10,

 3  just to reorient the jury.

 4         So we're back at 6860.  What is 6860 generally?

 5    A    This is a Signal message.

 6    Q    And just to reorient the jury one more time, if we

 7  look at the bottom left-hand corner here, what is the 1

 8  signifying?

 9    A    The 1 means it's from Mr. Rhodes' phone.

10    Q    The S?

11    A    It's a Signal message.

12    Q    656?

13    A    That is the number of the chat taken from Signal.

14    Q    So is that the OK Florida Hangout chat?

15    A    That's correct.

16    Q    And 5346?

17    A    That is the actual message from that particular

18  chat.

19         THE COURT:  I'm sorry, Mr. Manzo, one more time

20  the exhibit number, please.

21         MR. MANZO:  This is 6860 that's already been

22  admitted in evidence and we're on slide 10.

23         THE COURT:  Thank you.  Sorry about that.

24  BY MR. MANZO:

25    Q    Are you aware of recruiting efforts in the

```
 1   November to December period of 2020 among the Florida
 2   Oath Keepers?
 3        A    I am.
 4        Q    Looking at slide 10 now, can you tell the jury
 5   who's speaking in slide 10?
 6        A    OK Gator 1, which is Mr. Kelly Meggs.
 7        Q    And what does the text of the message say?
 8        A    "Tampa area Caleb, what's the background?"
 9        Q    Ms. Rohde, can we go to the next slide.
10             And who responds?
11        A    Gator 242.
12        Q    Were you able to identify the true identity of
13   Gator 242?
14        A    Yes, sir.
15        Q    Who's that?
16        A    Mr. Caleb Berry.
17        Q    How were you able to identify Caleb Berry?
18        A    Through subscriber records from the phone, as well
19   as the way it was saved in Mr. Rhodes' phone.
20        Q    And what is Caleb Berry say in this message?
21        A    "Background?  WDYM."
22        Q    And can you step down and just go to the board one
23   more time and point to Caleb Berry on the board?
24        A    Mr. Berry is here, also known as Breacher.
25        Q    And you pointed to the bottom row, second to left?
```

```
 1        A      Yes, sir.

 2        Q      Ms. Rohde, can we go to the next slide.

 3               Does Kelly Meggs respond to Mr. Berry's comment?

 4        A      Yes, he does.

 5        Q      What does he say?

 6        A      "Like where you from, what do you do, what brought

 7   you in."

 8        Q      Next, please.

 9        A      "I skill sets, et cetera."

10        Q      Is that Kelly Meggs still speaking?

11        A      Yes, it is.

12        Q      Can we go to the next slide.

13        A      "I mean not too personal just an overview."

14        Q      Who's speaking?

15        A      Mr. Meggs.

16        Q      Can we go to the next.

17               Does Caleb Berry then respond?

18        A      Yes, he responded by saying, "Ah, I see.  Well, my

19   name is Caleb.  I'm 19 years old and I'm fed up with the

20   bullshit.  I'm sick of being forced to hide my opinions.  I

21   live in Hillsborough County and I'm a line cook currently."

22        Q      Can we go to the next slide, please?

23        A      Mr. Berry followed by saying, "I have training

24   with firearms."

25        Q      The next, please?
```

1        A      "I'm comfortable with them."

2        Q      The next?

3        A      Mr. Meggs responded, "Alright, so patriot."

4        Q      The next slide, please?

5               MS. HALLER:  Objection, Your Honor.  Can we lay

6    the foundation for each question as to the date so that we

7    can show the time and whether it is a response.  So the

8    question assumed it was a response.

9               THE COURT:  I think these are all consecutive,

10   right?

11   BY MR. MANZO:

12       Q      Agent Harris, can you just look at the bottom

13   left-hand portion of the screen where it says 5355 on the

14   message in front of you?

15       A      Yes.

16       Q      Ms. Rohde, can we go back to the previous slide.

17              What is the bottom left-hand side, corner of the

18   screen say?

19       A      5354.

20       Q      What does that mean?

21       A      That it was the previous message posted to that

22   group chat.

23       Q      Thank you very much.

24              MR. MANZO:  Can we go to the next slide, please.

25

```
 1   BY MR. MANZO:
 2       Q    And what does Kelly Meggs say next?
 3       A    He said, "Good.  We will take all we can get.
 4   You're young.  Shouldn't you be on the other side?  LOL."
 5       Q    What does the next slide say?
 6       A    Mr. Berry answered, "Just a regular guy.  Nothing
 7   special.  I'll help where and when I can, and I'll be
 8   active.  Not much else to tell."
 9       Q    Can we go to the next one.
10            And what does P-148 say?
11       A    "We need to get more young people."
12       Q    For the record, is P-148 on the board?
13       A    P-148 is not on the board.
14       Q    Can we go to the next slide.
15       A    "I'm 20."
16       Q    And who's saying that?
17       A    P-148.
18       Q    Can we go to the next slide?
19       A    Mr. Meggs said, "Oh, I agree."
20       Q    Can we go to next.
21       A    Gator 242 responded, "There are others.  But they
22   are afraid."
23       Q    Who's Gator 242 again?
24       A    Mr. Caleb Berry.
25       Q    Okay.  Can we go to the next one.
```

```
 1        A    "Afraid to speak up."

 2        Q    And the next?

 3        A    And Mr. Meggs stated, "It's just a rare find.  My

 4   son's an OK.  He's 21.  I love the generation behind the

 5   millennials.  Lots of patriots in that crowd surprisingly."

 6        Q    Can we go to the next.

 7        A    And Mr. Meggs also responded, "Well, thank you for

 8   stepping up.  That, sir, makes you a badass.  You're better

 9   than them now."

10        Q    Can we go to the next.

11             How does Gator 242, or Caleb Berry, respond at

12   this point?

13        A    "I'm going to be honest.  With the dishonesty in

14   this election, we reach further and further to the brink of

15   no return.  I'm fighting for the future of my family and my

16   children, for their children.  I'll do for it."

17             MR. MANZO:  Okay.  Can we go to the next slide,

18   Ms. Rohde.

19   BY MR. MANZO:

20        Q    Before you begin here, what's the month of this

21   slide?

22        A    This is in December of 2020.

23        Q    So we've jumped forward about a month in time from

24   the previous conversation?

25        A    Yes, sir.  That's correct.
```

```
1        Q    Who's speaking in this slide?

2        A    Mr. Stewart Rhodes.

3        Q    And what message chain is he still speaking on?

4        A    This is the "OK FL" hangout.

5        Q    What's the date and time of this?

6        A    December 21st, 2020, at 11:34 p.m.

7        Q    And what does Mr. Rhodes say?

8        A    "Let's adopt the Q slogan of WWG1WGA.  Where we go

9   one, we go all.  We nullify together.  We defy together.  We

10  resist together.  We defend together.  They come for one of

11  us, they come for all of us."

12       Q    Can we go to the next.

13       A    "When they come for us, we go for them.  When they

14  strike at our leaders, we strike at their leaders.  This is

15  the path of the founders.  It's what they did."

16            MR. MANZO:  Ms. Rohde, can we go back one slide.

17  BY MR. MANZO:

18       Q    Sir, are you familiar with what Q is?

19       A    I am a little.

20       Q    Can you describe what Q is, to the best of your

21  knowledge.

22       A    Q, I believe, is short for QAnon, which is a

23  conspiracy theorist about satanic cabals that eat children

24  and are pretty much conspiring against President Trump or

25  former President Trump.
```

1          MR. MANZO:  Can we go forward to the next slide

2     now.

3     BY MR. MANZO:

4          Q     And where it says at the bottom, "This is the path

5     of the founders," based on your reading of the text messages

6     or Signal messages here, what's your understanding of who

7     the founders are?

8          A     The founders of the United States.

9          Q     Can we go next slide, please.

10               Does Kelly Meggs then respond?

11         A     Yes, he responds.

12         Q     What does he say?

13         A     "We are militia.  We don't have to play by their

14     rules.  We make the rules.  We, the people."

15         Q     What time is this sent?

16         A     11:37 p.m.

17         Q     What date?

18         A     December 21st, 2020.

19         Q     Can we go to the next one.

20               Does Stewart Rhodes respond again?

21         A     Yes, he did.

22         Q     What does he say?

23         A     "But above all, when some secret police goon squad

24     comes for you in the middle of the night, who will be there

25     to stop them or at least to make their lives hell while they

```
 1   try to extract?  Think back to the founders.  What happened
 2   to the redcoat goons who tried to arrest Sam Adams and
 3   John Hancock?  They got the living shit shot out of them on
 4   the way back to Boston."
 5            MR. MANZO:  Can we go to the previous one,
 6   Ms. Rohde.
 7   BY MR. MANZO:
 8       Q    When it describes redcoat goons, do you know what
 9   war that's a reference to?
10       A    I believe the American Revolution.
11       Q    And are the redcoats the British?
12       A    Yes.
13       Q    Was the American Revolution a peaceful revolution?
14       A    No, sir, not at all.
15       Q    Can we go forward.
16            Can we go to the next one, too.
17            What does OK Gator 1, otherwise known as
18   Kelly Meggs, say next?
19       A    "It's easy to chat here.  The real question is:
20   Who's willing to die?  That's what the patriots did by the
21   thousands.  We are worried about getting the day off."
22       Q    Can we go to the next slide, please.
23            What does OK Gator 1 say here?
24       A    "It's going to be wild.  It's going to be wild.
25   He wants us to make it wild.  That's what he's saying.  He
```

```
 1    called us all to the Capitol and wants us to make it wild.
 2    Sir, yes, sir.  Gentlemen, we are headed to D.C.  Pack your
 3    shit."
 4         Q    Do you know what Kelly Meggs is generally
 5    responding to at this point?
 6         A    I believe he was responding to the President.
 7         Q    And what did President Trump set out --
 8              THE COURT:  Could I ask you to -- can we just
 9    pause?
10              (Bench conference)
11              THE COURT:  There hasn't been an objection.  But,
12    Mr. Manzo, I think you need to be careful about asking him
13    what he thinks a defendant is referring to.  You know, he
14    can testify, for example:  Are you aware of a text that the
15    President sent a few days earlier and what did that text
16    say?
17              But I don't think he can say precisely what
18    Mr. Meggs was referring to in the way the question is
19    phrased, okay?
20              MR. MANZO:  Agreed.
21              (Open court)
22    BY MR. MANZO:
23         Q    Sir, are you aware of whether President Trump had
24    sent a tweet out in the time preceding this message?
25         A    Yes, sir.
```

```
 1        Q     And what's the time and date of this message here
 2   on the screen sent from Kelly Meggs?
 3        A     This is on December 22nd, 2020, at 9:49 a.m.
 4        Q     Can we go to the next slide, please.
 5              Who is speaking in this slide?
 6        A     "GG Sol it's Jeremy Brown."
 7        Q     Can you point to Jeremy Brown on the board,
 8   please.
 9        A     Mr. Brown is here.
10        Q     You pointed to the bottom row, fourth from the
11   left; is that correct, sir?
12        A     Yes, sir.
13        Q     What does Jeremy Brown's state on 12/22/20?
14        A     "Anyone advising against the Insurrection Act in
15   the last phases of an insurrection is themselves part of the
16   insurrection.  Period.  Take notes."
17        Q     Can we go to the next slide.
18              Who's speaking here?
19        A     Jason.
20        Q     And do you know the last name of Jason?
21        A     Jason Dolan.
22        Q     Is he on the board?
23        A     Yes.
24        Q     Can you point to him, please.
25        A     Here.  Turmoil on the far left.
```

1      Q    And you pointed to the name on the

2  second-to-bottom row, far left?

3      A    Yes, sir.

4      Q    And what does Mr. Dolan state in this message?

5      A    "Biden should never get in IMO."

6      Q    Based on your experience, what is "IMO" short for?

7      A    "In my opinion."

8      Q    Can we go to the next slide.

9           Did somebody respond?

10     A    Yes.  The user redpillpatriot.

11     Q    What does he say?

12     A    "I think you'll have a tough time finding anyone

13  to disagree with you here, Turmoil.  LOL."

14     Q    And is Redpillpatriot on the board?

15     A    He is not.

16     Q    Can we go to the next slide, please.

17          Did someone named Monk respond?

18     A    Yes.

19     Q    What does he say?

20     A    "Exactly.  We failed to this point to be a

21  well-regulated militia.  We cannot fail, letting these

22  Chi-Comms getting into office."

23     Q    Is Monk on the board?

24     A    Monk is not on the board.

25     Q    What's your understanding of what Chi-Comms means?

1      A      It's usually short for Chinese communists.

2      Q      Going forward to next slide, please.

3             Is there a response?

4      A      Yes, from Gen X.

5      Q      Do you know the real identity of Gen X?

6      A      Yes.  It's Mr. Graydon Young.

7      Q      How did you determine that?

8      A      Through cell phone records.

9      Q      And can you point to Graydon Young on the board?

10     A      Mr. Young is here at the bottom, far left.

11     Q      Thank you.  And you just pointed to the bottom,

12  far-left corner in the picture there.

13            THE COURT:  Mr. Manzo, I'm sorry.  What's the

14  exhibit for that?

15            MR. MANZO:  1530.

16            THE COURT:  All right.  Just make sure the record

17  reflects that anytime the reference is to the board, it's to

18  Exhibit 1530.

19            MR. MANZO:  Thank you, Your Honor.

20  BY MR. MANZO:

21     Q      Does Mr. Young respond?

22     A      Yes, he did.

23     Q      What does he say?

24     A      "I guess I should have said that's their plan.

25  Obviously, I'm all in to disrupt it."

1      Q    Are you aware of what happened on January 6th in

2  the Electoral College vote?

3      A    Yes.

4      Q    What happened?

5      A    The Capitol was breached that day.

6      Q    And the vote itself, do you know what happened to

7  that?

8      A    Yes.  It was delayed.

9           MR. MANZO:  Okay.  Ms. Rohde, going forward, can

10  we go to the next slide.

11  BY MR. MANZO:

12      Q    What is Redpillpatriot say next here on 12/22/20

13  at 1:54 p.m.?

14      A    "The right of the revolution is an inherent one.

15  When people are oppressed by the government, it is a natural

16  right they enjoy to relieve themselves of oppression if they

17  are strong enough, whether by withdrawal from it or by

18  overthrowing it and substituting a government more

19  acceptable.  Ulysses S. Grant."

20      Q    Can we go to the next slide.

21           Does Redpillpatriot continue?

22      A    He did.

23           "I called the BLM and Antifa nuts when they wanted

24  to tear the whole thing down.  Well, by God, I'm starting to

25  agree with them."

1    Q    Is there a response?

2    A    Yes.

3    Q    Who responds?

4    A    Gen X, or Mr. Graydon Young.

5    Q    What does he say?

6    A    We may end up on the same side.

7    Q    Can we go to the next slide, please.

8         So now we're at 12/23/2020 at 8:40 a.m.

9         Who's speaking?

10   A    OK Gator 1, which is Mr. Kelly Meggs.

11   Q    What does he say?

12   A    "We need to surround the Capitol all the way

13   around with patriots screaming so they hear us inside.

14   Scare the hell out of them with about a million surrounding

15   them should do the trick."

16   Q    Can we go to the next slide, please.

17        Does OK Gator 1, otherwise known as Kelly Meggs,

18   continue?

19   A    Yes, he said, "These will be flying Jan. 6th in

20   the front of the Capitol."

21   Q    Did he include a picture.

22   A    Yes, it was an attachment which was a photo of an

23   Oath Keepers flag.

24   Q    Can we go to the next slide, please.

25        On 12/24/2020, does OK Gator 1, otherwise known as

1  Kelly Meggs, continue?

2      A    Yes, he said, "We have 10-12 staying there.  So

3  it's going to be a wild time in D.C.  We got to get the

4  crowd going during the day.  I think we get everyone up good

5  and close to the Capitol building so they can hear us

6  inside.  Then at night, well whatever happens happens."

7      Q    Thank you.  Can you continue to the next slide.

8           What's the next slide say?

9      A    This message was from Gator 242, which is

10 Mr. Caleb Berry.

11     Q    What does he say?

12     A    I'm ready for it.

13     Q    Can we go to the next.

14          Did somebody named Aaron respond?

15     A    Yes, sir.

16     Q    What does Aaron respond with?

17     A    Aaron posted a link to an article on the

18 naturalnews.com website.

19     Q    What was the date that Aaron posted this link?

20     A    December 25th of 2020.

21     Q    Agent Harris --

22          Can we now just pull up 6860.2 for the agent?

23          MS. HALLER:  Objection, Your Honor.  There's a

24 lack of foundation so as to Aaron and this hearsay

25 statement.  I think he needs to lay a predicate because it's

```
 1    hearsay.
 2            THE COURT:  Just ask him a few more questions and
 3    then I'll rule on the objection.
 4    BY MR. MANZO:
 5        Q    Can we go forward, Ms. Rohde, a slide forward
 6    here?
 7            THE COURT:  You can just bring this down before
 8    it's shown to the jury.
 9            MR. MANZO:  Can we go to 6860.  Just go forward
10    one slide.
11    BY MR. MANZO:
12        Q    Okay.  Does Aaron continue on the next slide here?
13        A    Yes, he said "Take heed."
14        Q    And can we go to the next slide.
15            Did somebody named OK Gator 1, otherwise known as
16    Kelly Meggs, respond?
17        A    Yes, he responded by saying, "Great article to
18    post here, Cat Daddy.  Time for a gut check from everyone in
19    this room.  If this is our course, where do you fit in.
20    This is where we are, we have been invaded.  Patriots are
21    going to stand and we have to lead them.  Make sure you are
22    really ready, not just talking.  The country is going to
23    need us."
24        Q    Okay.  Now, going back to two previous slides,
25    did you click on the link associated with Aaron's statement
```

```
 1    here?

 2         A    I did.

 3         Q    And, Ms. Rohde, can you pull up 6860.2.

 4              Agent Harris, is this the screenshot of the link

 5    that Aaron posted?

 6         A    It is.

 7              MR. MANZO:  Your Honor, at this time, I'd seek to

 8    move to 6860.2 into evidence.

 9              MS. HALLER:  Objection, Your Honor.  174 is the

10    reference from OK Gator 1.  This is out of context.  And the

11    response is not direct, so it's still hearsay.

12              THE COURT:  It's overruled.  It's not hearsay.  We

13    can publish the article to the jury.

14                             (Government's Exhibit 6860.2
                                   received into evidence.)
15    BY MR. MANZO:

16         Q    Agent Harris, looking at 6860.2 --

17              MR. MANZO:  Ms. Rohde, can you zoom in on the top

18    portion.

19    BY MR. MANZO:

20         Q    Can you read the headline and author of 6860.2.

21              THE COURT:  Mr. Manzo, if I could just interrupt.

22              Ladies and gentlemen, let me just be clear about

23    one thing.  The article that is 6860.2 is being shown to you

24    not for the truth of what the article contains but, rather,

25    what the article -- the fact that the article because being
```

1  discussed among the speakers on this particular chat.

2  BY MR. MANZO:

3      Q   Agent Harris, can you read the title and the

4  author?

5      A   "Prepare for war:  After Jan. 6, expect all hell

6  to break loose across America."  And the author of that

7  article is Mike Adams.

8      Q   Is Mike Adams the Mike Adams that you know who

9  testified here in court or the Brighteon Mike Adams?

10      A   This is the Brighteon Mike Adams not the same that

11  testified.

12         MR. MANZO:  And, Ms. Rohde, can you pull up 6860.3

13  briefly.

14  BY MR. MANZO:

15      Q   Agent Harris, is this a picture of the individual

16  who's writing the article that you just referred to?

17      A   Yes, sir, it is.

18      Q   And is this the person, Mike Adams who runs

19  Brighteon?

20      A   Yes, sir.

21         MR. MANZO:  Your Honor, at this point I seek to

22  move 6860.3 into evidence.

23         MR. WOODWARD:  Objection; relevance.

24         THE COURT:  It's overruled.  6860.3 is admitted.

25                    (Government's Exhibit 6860.3
                     received into evidence.)

```
1    BY MR. MANZO:
2        Q    Can we go back to 6860.2.  Ms. Rohde, can you zoom
3    in on the third paragraph.
4            Agent Harris, can you read the third paragraph of
5    6860.3?
6        A    "The short summary is that if this election
7    situation is not resolved on January 6th, all hell is going
8    to break loose across America.  The obvious, overwhelming
9    election theft by enemies of America will simply not be
10   tolerated by patriots.  It's already apparent that literally
11   millions of Americans on the verge of activating their
12   Second Amendment duty to defeat tyranny and save the
13   Republic, even if it means possibly dying in the process."
14       Q    Thank you.
15           Ms. Rohde, can you go to the second page and zoom
16   in on header, and the following paragraph underneath, "if
17   Trump will not act."
18           Agent Harris, can you read this paragraph?
19       A    "It's becoming crystal clear.  If Trump will not
20   act and if Congress will not defend the Republic, then we
21   the people will likely move toward action very quickly after
22   January 6th and start fighting to save the Republic using
23   the rights and duties described in the Second Amendment,
24   which was written to allow the people to defeat tyranny."
25       Q    Ms. Rohde, can you now zoom in on the last two
```

 1   paragraphs of the second page.

 2          Agent Harris, can you read this -- these two

 3   paragraphs?

 4      A     "America is an enemy occupied war zone and there

 5   appear to be millions of armed American citizens, patriots,

 6   veterans and members of law enforcement who have reached

 7   that line in the sand.  Moment where they will take up arms

 8   to defend the Republic.  The calendar points squarely to the

 9   days following the January 6th, 2021.  Sadly, President

10   Trump doesn't appear to be poised to do anything to stop

11   this bloodshed from taking place.  He appears paralyzed in

12   the White House, surrounded by treasonous staff members who

13   are actively plotting against him.  If he will not invoke

14   the Insurrection Act, the American people seem likely to

15   initiate their own solution against enemy occupation."

16      Q     Thank you.

17          Ms. Rohde, can we return to 6860 and slide 48.

18          And going forward now from slide 48, can you go to

19   slide 50 here.

20          Just for the record, looking down at the bottom,

21   exhibit numbers or sub exhibit numbers, can you read the

22   final five numbers on the post by Gator 1 talking about how

23   the article previously posted was great?

24      A     10074.

25      Q     Ms. Rohde, can you back up to the previous slide.

```
 1              Can you read the numbers in the bottom?  What's
 2    the previous numbers?
 3         A    10073.
 4         Q    Okay.
 5              And can you read the -- back up to the previous
 6    slide.
 7              What are the numbers there?
 8         A    10072.
 9         Q    So are these consecutive slides?
10         A    Yes, sir, they are.
11         Q    So he's responding to the post that you just read?
12         A    Yes, sir.
13         Q    Okay.  Thank you.
14              Can we go forward.
15              Can we go to the next slide, Ms. Rohde.
16              Okay.  How does GenX respond next?
17         A    GenX, Mr. Graydon Young, says, "We need much
18    larger numbers PDQ."
19         Q    Who is GenX, again?
20         A    Mr. Graydon Young.
21         Q    And what is PDQ short for?
22         A    Either pretty darn quick or pretty damn quick.
23         Q    Can we go to the next slide.
24              Does Kelly Meggs respond?
25         A    Yes, he said, "We have millions."
```

1        Q     Can we go to the next slide.

2        A     Mr. Meggs continued, "Once they see it start."

3        Q     And the next?

4        A     "We need to wait patiently and then be the

5    leaders."

6        Q     And the next?

7        A     This message was by Gator, which is Mr. Kenneth

8    Bittner.

9        Q     And what is the time and date of this message?

10       A     December 25th, 2020.

11       Q     And what does Gator say?

12       A     "If this election situation is not resolved on

13   January 6th, all hell is going to break loose across

14   America. So 'resolved' which way?  (IMHO)  Either way is

15   going to set it off."

16       Q     And the quotation marks here, is that a quotation

17   back to the Michael Adams' article that you read earlier?

18       A     Yes, I believe it is.

19       Q     Can we go to next slide, please.

20             Does Gator continue?

21       A     Yes.  He says, "Not any more. LOL."

22       Q     And the next one please.

23             Who responds next?

24       A     GenX, Mr. Graydon Young.

25             "Sure feels awfully freaking stupid spending all

```
 1    the time and money going to D.C. if we already know we're
 2    going to lose."
 3        Q    Is there a response to that?
 4        A    Yes, user Aaron responded by saying, "Death to
 5    tyrants."
 6        Q    Just to be clear, Aaron is not on the board,
 7    correct?
 8        A    Aaron is not on the board.
 9        Q    Can we go to the next slide.
10        A    Aaron continued, "If you are not in the lead the
11    view never changes."
12        Q    And the next?
13        A    "We are going to be in the lead of 1776.2."
14        Q    What happened in 1776?
15        A    That was the Revolution.
16        Q    Was the Revolution a peaceful revolution?
17        A    No, sir.
18             MR. WOODWARD:  Objection.
19             THE COURT:  Sustained.
20    BY MR. MANZO:
21        Q    Based on your knowledge of history, was the
22    American Revolution a political, peaceful revolution?
23             MR. WOODWARD:  Objection.
24             THE COURT:  Sustained.
25             He doesn't need to characterize it.
```

```
 1              MR. MANZO:  Okay.  We'll move on.

 2              Can we go to the next slide, Ms. Rohde.

 3    BY MR. MANZO:

 4       Q    Did Stewart Rhodes respond that same day?

 5       A    Yes, he did.  He said, "His power and duty to

 6    suppress insurrections is part of that same constitutional

 7    process.  The lying lawyers around him are just not telling

 8    him that.  He needs to look at what Lincoln did."

 9       Q    Can we go to the next slide.

10       A    "You all should know that Mike Adams is on our

11    national intel chat.  And he and I spoke often.  Talked to

12    him in Thursday," with an emoji.

13       Q    Can we go to the next slide, please.

14              What does Stewart Rhodes say here on 12/25/2020 at

15    6:37 p.m.?

16       A    "And the oath we all swore to defend the

17    Constitution, as well as the President's oath to do the

18    same, are also part of that constitutional design.  See

19    Article VI."

20       Q    Can we go to the next slide.

21              Who responds here at 12/25 at 6:38 p.m.?

22       A    Mr. Graydon Young, GenX.

23       Q    What does he say?

24       A    "What's your opinion on the likely outcome on 1/6

25    based on the current situation and Trump's dithering?"
```

1    Q    Can we go to next slide.

2         Did somebody respond next?

3    A    Yes.  It's gator, which is Mr. Kenneth Bittner.

4    Q    What does he say?

5    A    "I'm trying to schedule work, et cetera.  So

6  Tuesday, 5th, is travel day.  Wednesday, 6, is 'action day.'

7  Thursday, 7, back to Florida.  Is was accurate?  Tnx."

8    Q    Are there any notations around "action day"?

9    A    Yes.  There's quotes around the words

10 "action day."

11   Q    Can we go to the next slide, please.

12        Who's speaking here at 12/25 at 6:50 p.m.?

13   A    Mr. Stewart Rhodes.  He says, "He is being advised

14 to wait until the 6th in reliance on Congress.  His

15 'legal advisors' are not actually advising him (not laying

16 out all his actual options like a real staff member should

17 and then let him decide).  They're instead acting as if his

18 only action is to hope Congress does the right thing—which

19 is extremely unlikely."

20   Q    Can you continue to the next slide.

21        Does Stewart Rhodes continue?

22   A    He did.

23        "I'm working to get him to see other options and

24 put them on the table."

25   Q    Can we go to the next slide, please.

1              Does GenX respond at 12:25 at about 6:52 p.m.?

2       A    He said, "That's what I would have guessed.  One

3    damned week left.  I'm going to D.C., but it feels like a

4    fool's errand based on current events."

5       Q    Can you remind the jury who Mr. GenX is.

6       A    Mr. Graydon Young.

7       Q    Can we go to next slide, please.

8              Does Stewart Rhodes then respond at 6:53 p.m.?

9       A    He said, "I think Congress will screw him over.

10   The only chance we/he has is if we scare the shit out of

11   them and convince them it will be torches and pitchforks

12   time is they don't do the right thing.  But I don't think

13   they will listen."

14      Q    Can you go to the next slide, please.

15              And what does Stewart Rhodes respond at 12:25 at

16   6:57 p.m.?

17      A    "It's not a fool's errand.  It has benefits,

18   regardless of outcome and regardless of what we then do.

19              "Trump needs to know we support him in using the

20   Insurrection Act, and that needs to be the message-if

21   Congress rubber-stamps an unconstitutional fraud,

22   President Trump must defend the Constitution.  And we urge

23   him to use the Insurrection Act to do so.  And we will

24   support him with our boots on the ground nationwide, and

25   we will protect him and assist him.  He needs to know that

1    to his bones.  We need to make it clear."

2         Q    Can we continue to the next slide.

3              Agent Harris, can you continue reading.

4         A    "And we need to have that message echoing off

5    every rooftop from now until that day.  Focus like a laser

6    on it."

7         Q    Thank you.

8              MR. MANZO:  Ms. Rohde, can we go to next

9    slide now.

10   BY MR. MANZO:

11        Q    Does Mr. Rhodes continue to speak?

12        A    He said, "And he needs to know that if he fails to

13   act, then we will.  He needs to understand that we will have

14   no choice."

15             MR. MANZO:  Ms. Rohde, can we go to the next

16   slides.

17   BY MR. MANZO:

18        Q    Does Mr. Rhodes continue?

19        A    Yes.  He said, "Don't be surprised to see false

20   flags intended to make patriots look bad."

21        Q    And the next one?

22        A    This message was posted by Gator,

23   Mr. Kenneth Bittner.

24             "How's the SS feel about us 'protecting' him?  And

25   "protecting" is in quotation marks.

1    Q    Can we go to the next slide.

2         What does Mr. Rhodes respond?

3    A    "We need to give President Trump a chance to do

4    his duty.  So for now the focus needs to be on supporting

5    him and using the Insurrection Act if Congress betrays their

6    oaths.  Let that be the message to Congress—make his taking

7    that action be the threat to them.  With our support."

8    Q    Can we go to the next.

9    A    Mr. Rhodes continued, "Obviously, we won't be

10   doing that unless he calls us up as militia (as he has the

11   power to do).  I'm not talking about us just waltzing onto

12   the -- a White House lawn with rifles.  But he needs to know

13   we will answer the call.  If he calls us up as militia, I

14   think the Secret Service would be happy to have us out there

15   (based on prior positive relations with them at a dozen

16   Trump rallies)."

17   Q    And can you go to next slide.

18        How does OK Gator 1 then respond?

19   A    We need to make those Senators very comfortable

20   with all of us being a few hundred feet away.  Our peaceful

21   protest needs to have a little more teeth.  They aren't

22   listening.  Now, we aren't talking about crossing the line,

23   but we need to be standing on the line."

24   Q    Can we go to the next slide.

25        What does OK Gator 1, otherwise known as

1    Kelly Meggs, say next?

2        A    "Yes buy like we've said a million times here."

3        Q    And the next slide, what does he post now on 12/25

4    at 7:28 p.m.?

5        A    It's a photo of a tree with the words "The tree of

6    liberty must be refreshed from time to time with the blood

7    of patriots and tyrants."

8        Q    Can we go to the next slide.

9            At 12:25 at 7:34 p.m., what's does Kelly Meggs

10   say next?

11       A    "It's all bad from here, guys.  We need Trump

12   because it will make our job easier.  There is going to be

13   blood in the streets, no matter what.  But with Trump in

14   office, it's much easier for sure.  Let's see what he does

15   and be ready fur whatever that is.  We can't make up his

16   mind for him.  But we can be ready for whatever the

17   outcome is."

18       Q    Can we go to the next slide.

19            So now we're zoomed forward from Christmas Day to

20   New Year's Day; is that correct?

21       A    Yes, sir.

22       Q    On New Year's Day at 7:04 p.m., there's a message

23   here from GG Sol.  Who is GG Sol?

24       A    Mr. Jeremy Brown.

25       Q    What does Jeremy Brown say here?

1      A      "Ground force one departure plan.  If you can,

2   come to my house anytime Saturday.  You can stop by and drop

3   stuff off or stay the night.  This way we can load plan --

4   route plan, and conduct PCIs (precombat inspections).

5           "I would like to depart by 06:45 on Sunday

6   morning, Jan. 3rd.  Push through to the NC link-up on the

7   3rd, RON (rest overnight) there, then push to D.C. on the

8   4th.  This will give us the 4th/5th to set up, conduct route

9   recons, CTR (close target reconnaissance), and any link-ups

10  needed with D.C. elements.

11          If you need to be picked up, then we will work

12  that into the route plan and will provide exact pickup time

13  by Saturday evening.

14          "Please have everything ready once we arrive.  It

15  will be an ERO (engine running onload).  If you are riding

16  with me, DM me with your plan to come here or be picked up.

17  I will send address via the DM."

18      Q      And can we go to the next slide, please.

19      A      "I'm willing to make adjustments all the way up

20  until we pass your ass heading north, but it is now time to

21  shit or get on someone else's pot.  Ready?  Go."

22          MR. MANZO:  Can we go to the next slide,

23  Ms. Rohde.

24  BY MR. MANZO:

25      Q      All right.  Who's speaking here on 1/1 at

1    10:52 p.m.?

2        A    OK Gator 1, Mr. Kelly Meggs.

3        Q    And what does Mr. Kelly Meggs say here?

4        A    "I prefer Option 1.  If it goes kinetic, I'll take

5    our Pres in office.  Option 2 is also kinetic, just changes

6    op from defense."

7        Q    Is this in response to a message by Jeremy Brown?

8        A    Yes.

9        Q    And what are the two options that Jeremy Brown

10   lays out?

11       A    Those two options were what would happen if --

12   based off of the events of January 6th.

13       Q    What was Option 1?

14       A    Kinetic.

15       Q    And what was the Option 1 in terms of whether

16   President Trump would or would not remain in power?

17       A    I'm sorry.  Can you repeat that question.

18       Q    We can go to the next slide and double back to

19   this.

20            Does GG Sol lay out the options?

21       A    Yes.  I believe this was the message that

22   Mr. Meggs was responding to.

23       Q    Okay.  And what is the first option that

24   Jeremy Brown lays out here?

25       A    He says, "I'm afraid to start another fight.  LOL.

1    I don't look at things that way.  I look at things from an

2    'if this, then this."  If they overturn the fake Biden

3    win" --

4        Q    Let me just stop you right there.  Is that the

5    start of Option 1?

6        A    Yes, sir.  This was Option 1.

7        Q    And can you read the rest of that paragraph.

8        A    "If they overturn the fake Biden win, there will

9    be leftist violence units deployed.  China will decouple

10   from the U.S. dollar and proclaim their new cryptocurrency

11   as the new world currency.  And the U.N. world economic

12   forum and IMF will support it.  This will collapse the U.S.

13   economy.  Then, once military and LEO resources are maxed

14   out due to the leftist guerilla, China, Russia, and Iran

15   will launch military operations from Canada, Mexico, and the

16   islands."

17       Q    Can you continue.

18       A    "If Biden holds on" --

19       Q    Is this Option 2?

20       A    Yes, sir.

21       Q    Can you continue.

22       A    If Biden holds on, COVID will be used to bring

23   them in as 'U.N. assistance' and additional bio weapons

24   attacks under the cover of COVID, in my professional

25   opinion."

 1          MR. MANZO:  Ms. Rohde, can we go back two slides

 2   to now Kelly Meggs' response to this message.

 3   BY MR. MANZO:

 4      Q    Okay.  So how does Kelly Meggs respond to the

 5   message from Jeremy Brown?

 6          MS. HALLER:  Objection to form.

 7          Leading.  Facts not in evidence.

 8          THE COURT:  It's overruled.

 9   BY MR. MANZO:

10      Q    How does Jeremy Brown respond to the previous

11   message?

12      A    Well, Mr. Kelly Meggs --

13          THE COURT:  Can you just make sure it's clear that

14   the slides follow one another?  Because I think they're

15   slightly out of order.

16   BY MR. MANZO:

17      Q    So, Agent Harris, if you look down at the bottom

18   left-hand corner here, what are the final five digits on

19   this slide?

20      A    11478.

21          MR. MANZO:  Okay.  And, Ms. Rohde, can you go

22   forward one slide.

23   BY MR. MANZO:

24      Q    And then here is -- what are the final

25   digits here?

1      A      11475.

2      Q      So Jeremy Brown posts this, and then Kelly Meggs

3  responds; is that correct?

4      A      Yes, sir, that's correct.

5      Q      Okay.

6             Can we go --

7             MS. HALLER:  Objection, Your Honor.

8             THE COURT:  Basis?

9             MS. HALLER:  Well, there's a discrepancy between

10 75, right, the numbers were 75 -- it's more than two slides.

11 It's like four slides.  7, 8.

12            So it's not a direct response.  I'm just asking

13 him to phrase the questions so that he's not answered

14 completely.  Thank you, Your Honor.

15            THE COURT:  If what you're asking is to show all

16 three slides that precede this one, why don't we go ahead

17 and do that.

18 BY MR. MANZO:

19     Q      Agent Harris, are you aware that the defense has

20 every slide created?

21            THE COURT:  That's overruled.

22            Just show him 1147 -- I'm sorry, 11474, which is

23 the first Jeremy Brown slide.

24            MR. MANZO:  Sorry, Your Honor, it's going to take

25 a moment.

1          THE COURT:  I thought you had those, they were

2    coming right up afterwards.

3          MR. MANZO:  We combined the slides into one

4    exhibit and removed the irrelevant ones.

5          (Pause)

6          THE COURT:  Mr. Manzo, Counsel, can you quickly

7    get on the phone please.

8          (Bench conference)

9          THE COURT:  Maybe I was just mis -- I wasn't

10   following this but I thought the slide that begins Hyper

11   Option 1 was 1111478, and then what came after were actually

12   precedent in time from Jeremy Brown, right?  And so the

13   three slides from Brown are consecutively numbered

14   immediately before the response from Meggs, correct?

15         MS. HALLER:  No, Your Honor.

16         THE COURT:  No?

17         MS. HALLER:  No.

18         Maybe Mr. -- can you explain.

19         MR. MANZO:  There's two slides that have nothing

20   to do with anything that we're going to go find out and

21   we're happy to share with Agent Harris.

22         THE COURT:  Wait a minute.  There's a -- two

23   messages between the Brown messages and what's here?

24         MR. MANZO:  Correct.

25         THE COURT:  And Meggs' response?

1        MR. MANZO:  No, there's no response.  It's by a
2   third party about the bombing in Nashville, I believe.
3        MS. HALLER:  There's a few missing messages here,
4   and these guys text a lot within a few minutes.  So if you
5   actually go to the date and time.
6        THE COURT:  Hang on, maybe I'm not following.
7        I thought the government's -- I thought the
8   testimony was that Brown laid out a couple of options and
9   then Mr. Meggs said, I prefer 1 over 2, right.
10       MR. MANZO:  Correct.
11       THE COURT:  So Mr. Brown's text messages preceded
12  Mr. Meggs' response in time?
13       MR. MANZO:  Correct.
14       MS. HALLER:  Your Honor --
15       THE COURT:  Hang on, Ms. Haller.
16       And so what is the sequencing of slides from
17  Mr. Brown's text messages or to his messages to when
18  Mr. Meggs responds?
19       MR. MANZO:  So, Your Honor, I believe there's a
20  message from Mr. Brown and then there's two messages from a
21  third party about the bombing in Nashville that happened at
22  the -- regarding the 5G conspiracy theory.  I don't know if
23  you remember that.  There was a bombing.  And then Brown
24  responds to -- or Meggs responds to Brown.
25       So there's two messages that --

```
 1                 THE COURT:  All right.  So why do we need the two
 2      messages, Ms. Haller, about Nashville bombing?
 3                 MS. HALLER:  Because that's what Mr. Meggs is
 4      responding to, Your Honor.
 5                 THE COURT:  He's responding to a bombing -- the
 6      Nashville bombing text messages?
 7                 MS. HALLER:  Yes, Your Honor.  This is out of
 8      context, that's why I objected.
 9                 THE COURT:  All right.  Okay.  If you want to show
10      them about the Nashville bombing we'll bring him up and show
11      the Nashville bombing.
12                 MS. HALLER:  I'm not doing the questions.
13                 THE COURT:  You're asking to be put in context,
14      right, so I'm asking the government to put up the two that
15      you're asking for so we can learn about the Nashville
16      bombing, which, by the way, I'm not sure is actually very
17      helpful, but, okay, go ahead.
18                 MS. HALLER:  Okay.
19                 MR. MANZO:  Sorry, my memory is incorrect.
20                 Jeremy Brown is talking about guns in the slides
21      between the -- where we laid out the two options.
22                 THE COURT:  He's referring to guns?
23                 MR. MANZO:  Yes.
24                 THE COURT:  Is there a way to bring them up so
25      I can see them?
```

1          MR. NESTLER:  Your Honor, this is 476.

2          Your Honor, so 475 is the slide from Jeremy Brown.

3          THE COURT:  All right.

4          MR. NESTLER:  476 is Jeremy Brown continuing, it's

5   saying "105MM."

6          THE COURT:  Okay.

7          MR. NESTLER:  And then 477 is Jeremy Brown

8   continuing saying "15MM is just too damn heavy."

9          And then 478 is Mr. Meggs responding to

10  Jeremy Brown's posts.

11         THE COURT:  All right.  Well, if the government --

12  I mean, if the defense would like a couple of slides about

13  different calibers of ammunition, which is what I understand

14  those to be; is that right?

15         MR. MANZO:  Yes, Your Honor.

16         THE COURT:  All right.  That's what we want to

17  show to the jury then go ahead and show the different slides

18  about caliber and ammunition.  Is that what you want?

19         MS. HALLER:  Your Honor, if it would be okay, what

20  I was asking for is that the question I objected --

21         THE COURT:  No, Ms. Haller, you asked them to be

22  put in context.

23         MS. HALLER:  I would like it to be recognized that

24  there's a context and that there's a skipping and the

25  question is, is this a response, and I would like the

 1    witness to be able to answer that rather than leading the

 2    nature of it.

 3              I'm simply objecting because it's improper.

 4              THE COURT:  All right.  Okay.  So if you'd like to

 5    ask the open-ended question, did Mr. Meggs respond and he

 6    says yes, then turn to the next slide.  Is that what you

 7    want him to do?

 8              MS. HALLER:  Your Honor, this is going very fast

 9    with the exhibits and they're skipping over exhibits.

10              THE COURT:  Ms. Haller.

11              MS. HALLER:  Yes, Your Honor.

12              THE COURT:  Let's -- Ms. Haller, you've got to

13    figure out what's going on here.  They skipped two messages

14    in between the one from Mr. Brown and Mr. Meggs, correct?

15              MS. HALLER:  Yes, Your Honor.

16              THE COURT:  All right.  So you can either ask him

17    to say, did Mr. Meggs respond, in which case the witness

18    will say yes, and then we'll show the slide, or we can

19    continue in the way that Mr. Manzo has.  You are right in

20    the sense that maybe he is leading a little bit more than he

21    needs to.  If you asking me to have him publish the two text

22    messages about different calibers of ammunition, I will

23    direct the government to do that.  So what do you want me to

24    do?

25              MS. HALLER:  No, Your Honor, you don't have to do

```
 1    that.  Thank you.
 2              THE COURT:  Okay.  Then what are you asking and
 3    what are you objecting to?
 4              MS. HALLER:  As you said, Your Honor, I was
 5    objecting to the leading nature of the question and the lack
 6    of foundation.
 7              THE COURT:  But hang on, hold on, Ms. Haller.  If
 8    you're going to make objections, make sure they are actually
 9    genuine objections.  There's no lack of foundation.  There
10    is a foundation.  These have been admitted.  We know they're
11    from Mr. Rhodes' phone.  We know who's communicating.  So
12    there's plenty of foundation here.
13              So if your objection is to him saying, what did
14    Mr. Meggs respond, fine, I will direct Mr. Manzo to ask, was
15    there a response, who responded, and then we'll show the
16    slide.  Okay?
17              MS. HALLER:  Okay.  Thank you, Your Honor.
18              (Open court)
19              THE COURT:  Mr. Manzo, do you want to start this
20    over again.
21              MR. MANZO:  Yes, Your Honor.
22    BY MR. MANZO:
23       Q    Can we go to --
24              Okay.  Agent Harris?
25       A    Yes, sir.
```

1      Q    On 1/1/21 at 10:49 and 14 seconds, what did

2  Jeremy Brown say?

3      A    "I'm afraid to start another fight.  LOL.  I don't

4  look at things that way.  I look at things from an 'if this,

5  then this.'  If they overturn the fake Biden win, there will

6  be leftist violence units deployed.  China will decouple

7  from the U.S. dollar and will proclaim their new crypto

8  currency as the new world currency in the UN world."

9      Q    All right.  Now can you continue the next slide?

10     A    "Economic forum and IMF will support it.  This

11  will collapse the U.S. economy.  Then, once the military and

12  LEO resources are maxed out due to the leftist guerilla,

13  China, Russia, and Iran will launch military operations from

14  Canada, Mexico and the islands.  If Biden holds on, COVID

15  will be used to bring them in as 'U.N. assistance.'  And

16  additional bio weapons attacks under the cover of COVID.  In

17  my professional opinion."

18     Q    Okay.  Now we're going to go to the two messages

19  that we did not put in the original 6860.

20          And just for the record, do you pick out which

21  messages are included?

22     A    I do not.

23     Q    Does the prosecution team pick out which messages

24  are to be included, consistent with the Rules of Evidence?

25     A    That's correct.

1      Q    So, Agent Harris, can you read the bottom numbers

2  in this slide?

3      A    The last five are 11476.

4      Q    So is this the next slide after Jeremy Brown laid

5  out the two options between Option 1 and Option 2?

6      A    Yes, sir, that's correct.

7      Q    And what is Jeremy Brown say here?

8      A    "105mm."

9      Q    And what is 105mm based on your training and

10 experience as an FBI mean?

11     A    Seems like it's mm is short for millimeter.

12     Q    Okay.  Can we go to the next slide.

13     A    He says in the next message, "155-millimeter is

14 just too damn heavy."

15     Q    Can you go down to the bottom numbers in this

16 slide?

17     A    Yes, this is message 11477.

18     Q    So is this the next slide after the previous one?

19     A    Yes, sir.

20     Q    Now, can we go back to 6860.

21          And can we go to the Option 1 of these slides,

22 please.

23          We're back at 6860 and we're at slide now -- well,

24 the bottom 5 numbers are 11478; is that correct?

25     A    Yes, sir.

1      Q    So that's the consecutive slide from the previous

2  one?

3      A    Yes, sir.

4      Q    What does Mr. Meggs say in this slide?

5      A    "I prefer Option 1.  If it goes kinetic I'll take

6  our Pres in office.  Option 2 is also kinetic, just changes

7  the op from defense."

8      Q    So three slides earlier, Jeremy Brown laid out two

9  options, correct?

10      A    That's correct.

11      Q    Then we have two slides about guns?

12      A    That's correct.

13      Q    And then we had the response to that;

14  is that correct?

15      A    Yes, sir.

16      Q    Thank you.

17           What is the opposite of defense at the bottom of

18  Option 2?

19      A    Offense.

20      Q    Can we go forward to the final slide.

21           Okay.  Now, on 1/2/2021, does OK Gator 1,

22  otherwise known as Kelly Meggs, state anything?

23      A    Yes, he says "Nice weather for full kits."

24      Q    What is a full kit?

25      A    Usually that's referring to your set of armor that

```
 1    you wear, tactical armor.
 2         Q    Let's shift gears for a second.  Have you also in
 3    the course of your investigation, reviewed messages from a
 4    Signal chat called "D.C. Op Jan. 6 2021"?
 5         A    Yes, sir, I have.
 6         Q    Ms. Rohde, can you pull up Exhibit No. 6861.
 7              Looking at 6861, are you aware that this is a copy
 8    from the phone of Paul Taylor?
 9         A    Yes, sir.
10         Q    Have you reviewed 6861 previously?
11         A    I have.
12         Q    And is 6861 a screenshot taken from
13    Paul Taylor's phone?
14         A    Yes, sir, that's correct.
15         Q    And is this a fair and accurate portrayal of the
16    screenshot taken?
17         A    It is.
18         Q    And is this the Signal chat "D.C. Op Jan. 6, '21"?
19         A    Yes, sir.
20              MR. MANZO:  Your Honor, at this time, I'd seek to
21    move in 6861.
22              MR. WOODWARD:  No objection.
23              THE COURT:  6861 will be admitted.
24                                  (Government's Exhibit 6861
                                      received into evidence.)
25
```

1    BY MR. MANZO:

2        Q    And, Agent Harris, can you briefly remind the jury

3    about how Signal works in terms of end-to-end encryption?

4        A    Yes.  Signal end-to-end encryption means that

5    only -- when trying to retrieve the messages, only the

6    sender and receiver of the message has access to it.

7        Q    So if you went and swore out a warrant in front of

8    a judge and then served it on Signal, would you go get the

9    content of that messages back from Signal?

10       A    No, you wouldn't be able to get the content of the

11   messages sent or received.

12       Q    So is it fair to say, then, during the course of

13   your investigation you and members of the FBI have extracted

14   phones from a wide variety of individuals?

15       A    Yes, sir, that's correct.

16       Q    Is this phone that we're looking at now, 6861,

17   extracted from Paul Taylor?

18       A    Yes, sir.

19       Q    Is this a screenshot?

20       A    Yes, sir.

21       Q    Can you read who's stating the message at the top

22   of the screen?

23       A    OK Gator 1, Mr. Kelly Meggs.

24       Q    What does he say?

25       A    "Two reasons to go to D.C.

1          "No. 1, celebrate republic is saved.

2          "No. 2, Trump's one of them, and the mission

3    becomes a more critical and important with repercussions

4    beyond imagination."

5          Q    What is the date of that message?

6          A    December 28 of 2020.

7               MR. MANZO:  Okay.  Ms. Rohde, can you now pull

8    up 6863.

9               Agent Harris, have you reviewed 6863 prior to your

10   testimony?

11         A    Yes, sir, I have.

12         Q    And what is 6863?

13         A    It is a Signal message taken from the

14   "D.C. Op Jan. 6, '21" Signal.

15         Q    And is 6863 a series of Signal messages taken from

16   that "D.C. Op Jan. 6, '21" chat?

17         A    It is.

18         Q    And were these fair and accurate copies put in a

19   more-readable format for the jury?

20         A    That's correct.

21         Q    Have you checked to make sure that these are

22   accurate?

23         A    I have.

24              MR. MANZO:  Your Honor, at this time, I'd seek to

25   move in 6863 into evidence.

```
 1              THE COURT:  It's already in.

 2              MR. MANZO:  It's already moved, okay.

 3   BY MR. MANZO:

 4       Q    Agent Harris, can you look at the bottom left-hand

 5   corner of the screen here.

 6              We'll just do this one more in time.

 7              What does the "1" mean?

 8       A    That these messages came from Mr. Rhodes' phone.

 9       Q    The "S"?

10       A    Signal.

11       Q    "159"?

12       A    The chat within the phone.

13       Q    And that's the "D.C. Op Jan. 6, '21"?

14       A    Yes, sir.

15       Q    And "25," what does that mean?

16       A    The number of the message within that chat thread.

17       Q    Okay.

18              On 12/30/2020 at 8:16 a.m., does somebody named

19   OK Gator make a statement?

20       A    It's OK Gator 1, Mr. Meggs.  He said, "I'm not

21   making any suggestions in any way.  But this was sent as an

22   FYI," followed by a link to a rumble.com article.

23       Q    Agent Harris, have you clicked on that Rumble link

24   at the bottom of the screen?

25       A    Yes, I have.
```

```
 1              MR. MANZO:  Ms. Rohde, can you pull up 6863.1.1.

 2         And just play it for two seconds.

 3         Thank you.

 4  BY MR. MANZO:

 5      Q    Agent Harris, have you reviewed 6863.1.1?

 6      A    I have.

 7      Q    And is this an excerpt from the Rumble link that

 8  was on the previous slide?

 9      A    It is.

10              MR. MANZO:  Your Honor, at this time, I'd seek to

11  move 6863.1.1 into evidence, consistent with the other

12  limiting instructions that you've provided.

13              MR. WOODWARD:  Subject to our prior objection,

14  which was overruled.

15              THE COURT:  Okay.  6863.1.1 will be admitted.

16                          (Government's Exhibit 6863.1.1
                                 received into evidence.)
17

18              THE COURT:  Ladies and gentlemen, just like the

19  article that you saw previously, the contents of the video

20  are not being admitted for the purpose of establishing the

21  truth of whatever those contents may say but, rather, to

22  provide context for the dialogue on the chat among the

23  defendants and others.

24              MR. MANZO:  Ms. Rohde can you play 6863.1.1.

25         (Video played)
```

```
 1              MR. MANZO:  Ms. Rohde, can you return to

 2   55 seconds, approximately.

 3              Can you play forward from 52 seconds.

 4              (Video played)

 5   BY MR. MANZO:

 6        Q    Agent Harris, between 52 seconds and 57 seconds,

 7   did you see kind of a flash on the screen.

 8        A    I did.

 9        Q    Were we editing that, or was that already edited?

10        A    That was the way the original video played.

11              Thank you.

12              MR. MANZO:  Ms. Rohde, can we go back to 6863.

13   BY MR. MANZO:

14        Q    Okay.

15              And just to reorient the jury, we're at

16   December 30th, and Mr. Meggs has just posted the Rumble

17   link?

18        A    Yes, sir.

19        Q    Can you continue to the next slide.

20              What does Mr. Meggs say now on 12/30/2020 at

21   8:18 a.m.?

22        A    "It's from a few weeks back, but it's making its

23   rounds on the Internet groups."

24        Q    Next slide?

25        A    "I've called the same here I agree other than QRF
```

 1    teams outside the city like we have done prior.  My point is
 2    we should at least know this is going around."
 3         Q    And the next slide?
 4         A    "As the clock struck midnight 2020, I was on the
 5    couch not a care in the world.  As the clock strikes
 6    midnight 2021, well, you know the rest of that story.  So
 7    here we are surrounded by patriots, watching tyrants rule
 8    our world."
 9         Q    This is now a new conversation on January 1st,
10    2021, at about 1:25 a.m.?
11         A    Yes, sir, it is.
12         Q    And who's stating this information?
13         A    Mr. Meggs.
14         Q    Can we go to the next slide.
15              All right.  Now, later on 1/1 at 5:41 p.m., what
16    does OK Gator 1, otherwise known as Kelly Meggs, say?
17         A    "I've bringing an OK flag on a nice, thick piece
18    of wood," with an emoji of a tree stump.
19         Q    Can we go to the next slide.
20              What does Gator Meggs -- or not Gator Meggs, but
21    Kelly Meggs say next?
22         A    "That will be enough for me.  Hacksaw Jim Duggan
23    style."
24         Q    Are you familiar with who Hacksaw Jim Duggan is?
25         A    Yes.  He's a wrestler.

3070

```
1        Q    Can you pull up 6863.2.

2             And, Agent Harris, have you -- are you familiar

3   with this picture?

4        A    That's the picture of Hacksaw Jim Duggan.

5        Q    And is it a fair and accurate picture of

6   Hacksaw Jim Duggan?

7        A    It is.

8             MR. MANZO:  We seek move this into evidence,

9   Your Honor, 6863.2.

10            MR. WOODWARD:  No objection.

11                          (Government's Exhibit 6863.2
                                  received into evidence.)
12

13  BY MR. MANZO:

14       Q    Agent Harris, have you watched clips of

15  Hacksaw Jim Duggan in action?

16       A    I have.

17       Q    What does he use that object in his left hand for?

18       A    He uses it to beat up his opponents in the ring.

19       Q    And what is the object in his left hand?

20       A    A 2-by-4 piece of wood.

21            MR. MANZO:  Okay.  Can we go back to 6863 now.

22            And can we go to the next slide, Ms. Rohde.

23  BY MR. MANZO:

24       Q    Okay.  On 1/21 at 5:42 p.m., what does somebody

25  named Don state?
```

1    A    "Lots of folks had some very stout walking sticks

2    during the last one, didn't see PD say anything."

3        Q    To be clear, is Don on the board, which is 1530?

4    A    Yes.

5        Q    No.  Don -- yes, Don is on the board?

6    A    Yes.

7        Q    Can you point him out.

8    A    Don is Mr. Donald Siekerman right here.

9        Q    Thank you.

10          Can we go to the next slide.

11          How does OK Gator 1, otherwise known as

12   Kelly Meggs, respond?

13   A    "Cattle prods aren't mentioned in the banned

14   items."

15       Q    What is a cattle prod?

16   A    It's used to shock cattle.

17       Q    With what?

18   A    Electricity.

19       Q    Can we go to the next item or the next slide.

20          What does Kelly Meggs respond here?

21   A    "Will advise same RP as discussed before.

22   Tuesday, OK shirts and tan combat or jeans.  OK stuff all

23   the way.  Wednesday, we will be full battle rattle."

24       Q    What's the date and time in this statement?

25   A    January 3rd, 2020, at 1:06 a.m.

1    Q    Can we go to the next slide.

2         What does this slide state?

3    A    Added Gator 6 ground team lead in Florida.

4    He needs to be in the call as well, so I will repost.

5    Q    Who sends this message?

6    A    OK Gator 1, Mr. Kelly Meggs.

7    Q    Now, I want you to remember back to your testimony

8    earlier yesterday when we were looking at your GoToMeeting

9    summaries.

10        Do you remember that?

11   A    Yes, sir.

12   Q    What moniker did Kenneth Harrelson change his name

13   to after the November 2020 Presidential election?

14   A    Gator 6.

15   Q    Can we go forward a slide, Ms. Rohde.

16        And what is OK Gator 1 posting here?

17   A    It says, "OK state/team leader meeting Sunday,

18   January 3rd, 2021, 8:30 p.m. to 9:30 p.m. Eastern Standard

19   Time.  Please join my meeting from your computer, tablet, or

20   smartphone," followed by a link to GoToMeeting.

21        "You can also dial in using your phone.  For

22   supported devices, tap a one-touch."

23   Q    When we're talking about GoToMeeting, this is the

24   summaries that you made that you testified to yesterday?

25   A    Yes, sir.

1    Q    Can we go to the next slide.

2         Okay.  Agent Harris, what's going on here on

3    January 5th, '21, at 9:19 a.m.?

4    A    Mr. Meggs posts a link to a Dropbox MP4 file,

5    which is usually a video, followed by the message, "We are

6    ready.  Should be in D.C. by moon."

7    Q    Agent Harris, have you clicked on that Dropbox

8    link?

9    A    I have.

10   Q    Could we pull up 6863.3.

11        Can you pause it for a moment.

12        Agent Harris, looking at 6863.3, is this the video

13   that appears when you click on the link?

14   A    Yes, it is.

15        MR. MANZO:  Your Honor, at this point, I seek to

16   admit 6863.3 into evidence.

17        MR. WOODWARD:  No objection.

18        THE COURT:  6863.3 will be admitted.

19                           (Government's Exhibit 6863.3

                                  received into evidence.)

20

21        MR. MANZO:  Ms. Rohde, can you play it start to

22   finish and then I'll double back with a few questions.

23        (Video played)

24   BY MR. MANZO:

25   Q    Ms. Rohde, can you now go to 38 seconds.

```
 1              Thank you.  We're at 38 seconds.

 2              Agent Harris, do you recognize what's on the frame

 3   at 38 seconds?

 4      A    Yes, it is the logo for the Ares training

 5   facility.

 6      Q    What's the significance of this in the

 7   investigation?

 8      A    The Ares Training Facility is where Combat Art

 9   hosts their training.

10      Q    Is that the video that we watched yesterday?

11      A    Yes, it is.

12      Q    Can we go to 41 seconds.

13              Agent Harris, do you recognize anyone in 41

14   seconds here?

15      A    Yes.  On the left is Mr. Kenneth Harrelson.  And

16   on the right is Andrew Smrecek, the owner of Combat Art

17   Training.

18      Q    Can we go to 50 seconds.

19              Agent Harris, at 50 seconds, who is visible?

20      A    Mr. Meggs.

21      Q    At 54 seconds, who's visible here?

22      A    That's Ms. Connie Meggs and Andrew Smrecek.

23      Q    At one minute.  Can you identify individuals in

24   this photo or this still at one minute?

25      A    Starting on the left, second from the left, is
```

1  Mr. Kenneth Harrelson.  Mr. Dolan, Jason Dolan.  My

2  apologies, Joseph Hackett.

3           In the center is Mr. Andrew Smrecek.  To his right

4  or to my right, his left, is Mr. Meggs, the son of

5  Mr. Meggs.  And then to his left is Ms. Connie Meggs.

6      Q    And if you recall earlier, did Mr. Meggs identify

7  whether or not his son was in the Oath Keepers as well?

8      A    He did.

9      Q    The two people at either end of the photo here,

10 are they on the board, and when I say board, I mean 1530?

11     A    They are not.

12     Q    Can we go to 102.

13          Can you identify anyone in 102?

14     A    It's Mr. Hackett.

15     Q    Can you go to 111.

16          Can you anyone identify anyone in 111?

17     A    I believe that's Ms. Watkins.

18     Q    Can you go to 135.

19          Can you identify this individual?

20     A    That is Mr. Holden Haney.

21     Q    And how do you know who Mr. Holden Haney is?

22     A    Just throughout the investigation, I've seen his

23 photograph.

24     Q    We go to 148.

25          What are we looking at here at 148?

1      A    This is a map of Louisville, Kentucky, and

2  I believe it was tracking where protests were happening

3  throughout the city.

4      Q    And can we go to 149.

5           Who's visible in 149?

6      A    On the left is Mr. Kenneth Harrelson and on the

7  right is Mr. Kelly Meggs.

8      Q    Were you able to identify the business in the

9  background?

10     A    Yes, Adams Ordnance, it's in Louisville, Kentucky.

11     Q    Can we go to 152.

12          Who's visible on the left of the screen in 152?

13     A    That's Mr. Michael Greene.

14     Q    Is he on the board?

15     A    He is.

16     Q    Can you point to him.

17     A    Mr. Green is in the center here at the very top.

18     Q    And so you pointed to the very top row, second to

19  the left.

20          Can we go to 201.

21          And can you actually go -- can we turn the sound

22  off, actually.

23          Can you read the text of 201 as we play it forward

24  for a second here?

25     A    "DefendAmericaNow.com is a completely secure

```
1    public networking forum to help connect patriots all

2    throughout the nation.  You do not need to be a member of

3    the Oath Keepers to join.  The forum has a section for each

4    of the states to help organize by state level.  Come and

5    join us to help.  Defend America Now."

6         Q    And are you aware of what organization hosts the

7    Defend America Now servers?

8         A    Yes, it's called Liquid Web.

9         Q    And does Liquid Web host the Oath Keepers server?

10        A    Yes, it does.

11             MR. MANZO:  Your Honor, I'm going to turn to a new

12   subject here.

13             THE COURT:  Okay.  Why don't we break -- take our

14   morning break.  It's now a little bit before 11:00.  Why

15   don't we plan to resume at 11:15.  Thank you, everyone.

16             COURTROOM DEPUTY:  All rise.

17             (Jury exited the courtroom.)

18             THE COURT:  All right, Agent Harris, you can step

19   down.

20             Have a seat, everybody.

21             Just the one loose end concerned the prior

22   identification of the container in one of the photographs.

23   Rule 802 -- sorry, Rule 801(d)(1)(C) defines as not hearsay

24   "A statement that meets the following conditions is not

25   hearsay.  The declarant testifies and is subject to
```

```
 1   cross-examination about a prior statement and the
 2   statement" -- this is subsection (C) -- "identifies a person
 3   as someone the declarant perceived earlier."  So I think the
 4   rule is limited.
 5           Now, I don't know whether the rule has been more
 6   expansively interpreted to include surrounding items that
 7   would help identify the person, but...
 8           MR. NESTLER:  The answer to that is yes.  We point
 9   the Court to United States versus Davis, 181 F.3d 147 a
10   D.C. Circuit case from 1999.  That the Rule 801(d)(1)(C)
11   also applied to the witness-declarant's description of a
12   person's clothing.
13           We understand that's not necessarily all inanimate
14   objects, but our position is that this is the item belonging
15   to the person in the screen, part of the description of the
16   person.
17           THE COURT:  All right.  Let me take a look at it
18   and I'll be back after the break, all right?
19           It's 181 F.3d 147, you said?
20           MR. NESTLER:  Yes, Your Honor.
21           THE COURT:  Thanks, everybody.
22           See you shortly.
23           COURTROOM DEPUTY:  All rise.  The Court stands in
24   recess.
25           (Recess from 11:00 a.m. to 11:16 a.m.)
```

```
1              COURTROOM DEPUTY:  All rise.

2              THE COURT:  Please be seated, everyone.

3              All right.  I had a chance to look at the Davis

4   decision over our break and I think it's a close call.

5   I think ultimately I'm going to err on the side of not

6   including the testimony and excluding ing the prior

7   identification of the container.

8              I think it's clear that if the identification is

9   linked to the identification of the person in such a way

10  that something that's arguably inanimate like clothing in an

11  identification of clothing, that would come in under the

12  exception.

13             But something that is not specific to the

14  identification of the individual, and I think the testimony

15  was who did the box belong to as opposed to does the box

16  help you identify who the person is next to the luggage

17  cart.

18             So I think it falls outside the exclusion, so I'll

19  sustain the objection.  And I think I had done that already

20  given the response to Mr. Woodward and instructed the jury

21  to ignore the testimony.

22             MR. MANZO:  We'll redact it appropriately.

23             THE COURT:  Thank you.

24             (Pause)

25             COURTROOM DEPUTY:  Jury panel.
```

```
 1                (Jury entered the courtroom.)

 2           THE COURT:  Okay.  Have a seat, everyone.

 3           Agent Harris, why don't you come on back up and

 4  we'll resume with your testimony.

 5  BY MR. MANZO:

 6      Q    Agent Harris, you understand that you're still

 7  under oath?

 8      A    Yes, sir.

 9      Q    Mr. Nestler is just setting up the board, 1530,

10  again.

11           Agent Harris, I've pulled up 6870.

12  Do you recognize 6870?

13      A    Yes, it is a Signal message.

14      Q    And is this a fair and accurate copy of the Signal

15  messages obtained from William Isaacs' phone?

16      A    Yes.

17      Q    Have you reviewed these messages to ensure that

18  they're accurate?

19      A    I have.

20      Q    And is this put in just a larger format, so it's

21  easy for the jury to read?

22      A    That's correct.

23           MR. MANZO:  Your Honor, at this point, we'd seek

24  to move to 6870 into evidence.

25
```

```
 1              MR. WOODWARD:  The Court's indulgence.

 2              No objection.

 3              THE COURT:  6870 will be admitted.

 4                                  (Government's Exhibit 6870
                                       received into evidence.)
 5   BY MR. MANZO:

 6    Q    Now, sir, can you read the first message on 6870.

 7         And, actually, before you do that, this is from

 8   William Isaacs' phone; is that correct?

 9    A    Yes, sir.

10    Q    And is Mr. Isaacs on the board?

11    A    Yes.

12    Q    Can you point to him?

13    A    Mr. Isaacs is right here to the right of Jason

14   Dolan.

15    Q    So you pointed to the second to last row, second

16   to last picture to the left on 1530.

17         And just so when you go down to the bottom here --

18   can we blow this up.

19         85, does that mean it's from Williams Isaacs'

20   phone?

21    A    Yes, sir.

22    Q    And then Signal and the remaining information?

23    A    Yes, the S is Signal, and the remaining numbers

24   are corresponding with the messages.

25    Q    Okay.  Can we go forward here.
```

3082

1          So on January 3rd, 2021, at 10:16 p.m. in the OK

2    Florida D.C. Op Jan. 6, what is said?

3          A    "We will be doing a stage guard at Freedom Square,

4    then we will all go to Willard for check-in as VIP security

5    team.  May be one of us or just a few."

6          Q    Who says -- who makes this statement?

7          A    Mr. Meggs.

8          Q    Can we go to the next slide.

9               What is said here?

10         A    "As people arrive you will be additional stage

11    support or crowd observation.  It's going to be very

12    hectic."

13         Q    When is this?

14         A    This is on January 3rd, 2021, at 10:17 p.m.

15         Q    And who's saying these words?

16         A    Mr. Meggs.

17         Q    Can we go to the next slide.

18         A    "That's going to be about it for Tuesday, but they

19    want volunteers for night escorts.  If you want to do it,

20    great.  If not, no big deal.  Not hunting, just waking

21    people out."

22         Q    Who stated this?

23         A    Mr. Meggs.

24         Q    At what time?

25         A    10:17 p.m.

1        Q    I want to return to the bottom line there.

2             What is that again?

3        A    This is our messages from Mr. Isaacs' phone.

4        Q    I'm sorry.  The bottom words where it says, "Not

5   hunting," what does he state there?

6        A    "Not hunting, just waking people out."

7        Q    Are you aware of any hunting grounds in

8   Washington, D.C.?

9        A    I'm not from here, but not to my knowledge within

10  the inner downtown area.

11       Q    Anywhere in Washington, D.C., are there places to

12  hunt animals?

13       A    Not that I know of.

14       Q    And how long have you been in Washington, D.C.,

15  off and on here?

16       A    A few months.

17       Q    Have you seen the term "hunting" come up in other

18  parts of this investigation?

19       A    I have.

20       Q    We'll go to the next slide here.

21             On 1/3/21, what is said?

22       A    "We will gather and discuss Wednesday

23  (the big one) in person.  Tuesday night."

24       Q    Who states this?

25       A    Mr. Kelly Meggs.

3084

```
1        Q    What time?

2        A    At 10:18 p.m. on January 3rd, 2021.

3        Q    Agent Harris, have you also reviewed Facebook

4   records obtained from Kelly Meggs' Facebook account?

5        A    I have.

6             MR. MANZO:  Ms. Rohde, can you pull up 6868.

7   BY MR. MANZO:

8        Q    Agent Harris, have you reviewed 6868?

9        A    Yes, I have.

10       Q    First of all, can you describe what Facebook

11  records look like when they're obtained from Facebook via a

12  search warrant?

13       A    Yes.  They're usually in PDF format with a lot of

14  data, you know, from a user's Facebook account.

15       Q    How many hundreds or thousands of pages have a

16  reviewed Facebook -- returns?

17       A    Usually, just depending on whatever date range was

18  requested on that account, it could be hundreds or thousands

19  of pages.

20       Q    And have you reviewed the Facebook returns for the

21  account associated with Kelly Meggs?

22       A    I have.

23       Q    Are the messages here in 6868 fair and accurate

24  copies but put into a more digestible format for the jury?

25       A    They are.
```

1     Q    And have you reviewed them to ensure that they're

2  accurate here in 6868?

3     A    Yes, I have.

4          MR. MANZO:  Your Honor, we'd seek to move 6868

5  into evidence.

6          MR. WOODWARD:  No objection.

7          THE COURT:  I think it's already in.

8          MR. MANZO:  Thank you.

9  BY MR. MANZO:

10    Q    What is going on here in the first slide of 6868?

11    A    This is a conversation between Mr. Kelly Meggs and

12  another Facebook user named Ray Brennan.

13                              (Government's Exhibit 6868
                                  received into evidence.)

14

15    Q    Is Ray Brennan on the board?

16    A    He is not.

17    Q    What is the time and date of this message?

18    A    This is December 22nd of 2020 at 6:52 p.m.

19    Q    What does Mr. Meggs say?

20    A    "You want to have some fun?"

21    Q    Can we go to the next message.

22         Mr. Brennan responds?

23    A    Mr. Brennan responds, "Sure."

24    Q    Can we go next message.

25         Does Mr. Meggs then respond again?

3086

```
 1        A     He says, "D.C. Jan. 6th."

 2        Q     Can we go to the next message.

 3        A     Mr. Brennan responds, "Going to go off yaye."

 4        Q     Then there's brackets and attachment.  When

 5   Facebook provides records, do we always get to see the

 6   attachment?

 7        A     No we don't.

 8        Q     Can we go to the next slide.

 9              What does Mr. Brennan say here?

10        A     "I want to join the Oath.  I'm tired of

11   this shit."

12        Q     What's the time and date of this message?

13        A     December 22nd of 2020 at 6:52 p.m.

14        Q     Can we go to the next slide.

15              What's going on here?

16        A     Mr. Brennan says, "I will have a 15-person van

17   full.  Tell me what we need.  The van will be full."

18        Q     Can we go to next slide.

19              What's going on here?

20        A     Mr. Meggs says to Mr. Brennan, "I was named state

21   lead of Florida today."

22        Q     Time and date?

23        A     December 22nd of 2020 at 6:52.

24        Q     Can we go to the next slide.

25              Okay.  Are we in a different conversation here?
```

1      A     Yes, we are.

2      Q     What's the time and date of this conversation?

3      A     It's December 22nd of 2020 at 2:06 p.m.

4      Q     Who is speaking?

5      A     Mr. Kelly Meggs.

6      Q     Who's he speaking with?

7      A     Facebook user Jeremy Liggett.

8      Q     And what does Mr. Meggs say in this message?

9      A     "Kelly, the Oath Keeper that trains with Andrew.

10     We are thinking that this is the plan:  He wants us to get

11     shit kicked off."

12     Q     When it says, "Kelly, the Oath Keeper that trains

13     with Andrew" --

14           MR. MANZO:  Ms. Rohde, can we pull up 6868.1.

15     BY MR. MANZO:

16     Q     Agent Harris, are you familiar with 6868.1?

17     A     Yes.  It is a summary exhibit of Mr. Meggs'

18     Facebook returns.

19     Q     And what is it a summary of?

20     A     Mr. Meggs' Facebook profile.

21     Q     Does Mr. Meggs' Facebook return hundreds of

22     thousands of pages?

23     A     That's correct.

24     Q     And is it voluminous in nature?

25     A     Yes, sir.

1      Q    And what is this specifically a summary of?

2      A    This is a summary of searches.  There's some

3  comments and just some other activity on the Facebook

4  account.  But pretty much interactions with Andrew Smrecek?

5      Q    And does it include all interactions or just a

6  certain subset of interactions?

7      A    Just certain interactions.

8           MR. MANZO:  Your Honor, we'd seek to move in

9  6868.1.

10          MR. WOODWARD:  No objection.

11          THE COURT:  6868.1 will be admitted.

12                              (Government's Exhibit 6868.1
                                     received into evidence.)
13

14          MR. MANZO:  Ms. Rohde, can you zoom in on the top

15  portion under page 805.

16  BY MR. MANZO:

17      Q    What's going on here in the portion that Ms. Rohde

18  just zoomed in on?

19      A    It appears to be a notification saying,

20  "Kelly Meggs and Andrew Smrecek are now friends."

21      Q    What's the time and date?

22      A    November 20th, 2020.

23      Q    What time?

24      A    15:40 UTC.

25      Q    And can we go to the next portion of the slide.

1              What's going on here where it says "page 812."
2    What does that mean?
3         A    Page 812, that's the page of the Facebook record.
4         Q    And what is going on in the substance of these
5    messages?
6         A    It's showing that Mr. Meggs replied to a certain
7    comment.
8         Q    And who made the original comment?
9         A    Mr. Andrew Smrecek.
10             So it's showing that Mr. Meggs responded to
11   something that Mr. Smrecek said.
12        Q    What date was this?
13        A    December 31st of 2020.
14        Q    Going down, what happens there at the bottom
15   paragraph?
16        A    It is showing that Mr. Smrecek mentioned Mr. Meggs
17   in a comment.
18        Q    What's the time and date of that?
19        A    That is December 30th of 2020.
20             MR. MANZO:  And, Ms. Rohde, can you go to back to
21   the main 6868.1 and zoom in on page 815 and below.
22   BY MR. MANZO:
23        Q    What's going on here in page 815 and below?
24        A    It is showing some searches that Mr. Kelly Meggs
25   made on Facebook.

1    Q    And what is happening in the first paragraph

2    there?

3    A    The first paragraph, Mr. Meggs searched for

4    "combat art training."

5    Q    What time and date?

6    A    December 24th of 2020 at 18:12 UTC.

7    Q    And what about the second paragraph there?

8    A    It was, again, another search for combat art

9    training.

10   Q    And how does that time compare to the previous

11   time?

12   A    It is just two seconds prior.

13   Q    And then can you go down to the final slide down

14   there -- or the final paragraph down there.

15   A    Yes.  In that final section, Mr. Meggs searched

16   for Andrew Smrecek.

17   Q    What's the time of this?

18   A    11:38 UTC -- my apologies.

19        18:11 UTC.

20   Q    How does this time relate to the times above it?

21   A    It was about a minute prior to the other two

22   searches.

23   Q    Okay.

24        So can we go back to 6868 now.

25        Can you just remind the jury what 6868 says here.

1    A    Yes.  This is a message by Mr. Meggs that says,

2   "Kelly, the Oath Keeper that trains with Andrew.  We are

3   thinking that this is the plan:  He wants us to get shit

4   kicked off."

5    Q    Can we go to the next slide.

6         What's going on here?

7    A    This is another message from Mr. Meggs to

8   Jeremy Liggett.

9    Q    What does Mr. Meggs say?

10   A    Trump said, 'It's going to be wild.  It's going to

11   be wild.  He wants us to make it wild.  That's what he's

12   saying.  He called us all to the Capitol and wants us to

13   make it wild."

14   Q    What's the time and date of this message?

15   A    December 22nd, 2020, at 2:06 p.m.

16   Q    Can we go to the next slide.

17        What's going on here?

18   A    It's another message from Mr. Meggs to Mr. Liggett

19   that says, "Gentlemen, we are headed to D.C.  Pack your

20   shit."

21   Q    Time and date?

22   A    December 22nd, 2020, 2:06 p.m.

23   Q    Next slide.

24        Who's speaking here?

25   A    This is Mr. Jeremy Liggett.

1        Q     What does he say?

2        A     "I will have a ton of men with me."

3        Q     What's the time and date?

4        A     December 22nd, 2020, at 4:23 p.m.

5        Q     Can we go to the next slide.

6              Does Kelly Meggs respond?

7        A     Yes.  He responds to Mr. Liggett and says, "Nice.

8  We will have at least 50-100 OK there."

9        Q     Time and date?

10       A     December 22nd, 2020, at 5:33 p.m.

11       Q     Can we go to the next slide.

12       A     And Mr. Liggett responds, "Hell yeah."

13       Q     Can we go to the next slide.

14             Does Kelly Meggs make another statement?

15       A     Yes.  He says, "Plus we have made contact with PB

16  and they have always have a big group.  Force multiplier."

17       Q     What's the time and the date of this message?

18       A     December 22nd of 2020 at 5:49 p.m.

19       Q     Are you aware of any other groups that were at the

20  Capitol on January 6th with the initials PB?

21       A     I am.

22       Q     What is that?

23       A     Proud Boys.

24       Q     Can we go to the next slide.

25             Does Mr. Liggett respond?

```
 1      A     Yes.  He says, "Yeah.  Are they showing in force?"

 2      Q     Time and date?

 3      A     December 22nd, 2020, at 6:29 p.m.

 4      Q     Can we go to the next slide.

 5            What's going on here?

 6      A     Mr. Meggs responds to Mr. Liggett and says,

 7  "I figure we could splinter off the main group of PB and

 8  come up behind them.  Fucking crush them for good."

 9      Q     Time and date?

10      A     December 22nd of 2020 at 6:41 p.m.

11      Q     Can we go to the next slide.

12            What is going on here?

13      A     Mr. Liggett responds, "Good plan."

14      Q     Who responds -- or what's the time and date?

15      A     December 22nd, 2020, at 6:43 p.m.

16      Q     Can we go to the next slide.

17            What's going on here?

18      A     Mr. Meggs responds at 6:50 p.m. on December 22nd

19  to Mr. Liggett and he says, "We can hang for a while.

20  They'll see one group.  Then we all fall to back of the pack

21  and peel off.  We catch them in the middle.  Game over."

22      Q     Can we go to the next slide.

23            What's going on here?

24      A     Mr. Meggs posts a link in that thread to

25  Mr. Liggett to a rumble.com video.
```

1      Q    What's the time and date of this slide?

2      A    December 30th of 2020 at 9:23 a.m.

3      Q    Ms. Rohde, can we actually back up one slide.

4           And in the previous slide were the statements, "We

5      can hang for a while, they'll see one group then we all fall

6      back, we all fall to back of the pack and peel off.  We

7      catch them in the middle.  Game over."  What's the time and

8      date of this slide?

9      A    December 22nd, 2020, at 6:50 p.m.

10     Q    So, Ms. Rohde, going forward.

11          Agent Harris, does this appear to be a

12     conversation about eight days later?

13     A    Yes, it does.

14     Q    Agent Harris, have you clicked on that rumble

15     video?

16     A    I have.

17     Q    And, Ms. Rohde, can you pull up 6863.1.1., which

18     has already been admitted into evidence.  I'll not play it

19     again, I just want to show the agent.

20          And play it forward.

21          You should pause there at 8 seconds.

22          Agent Harris, is this the rumble video that we

23     talked about earlier in your testimony today?

24     A    Yes, it is.

25     Q    It's the same video excerpt of about two minutes

```
 1  long?
 2       A    Yes, that's correct.
 3       Q    And so Kelly Meggs is now re-posting in it a
 4  Facebook conversation?
 5       A    Yes, he reshared it.
 6       Q    Okay.
 7            Can we go back to 6868.
 8            What's the time and date that he shared that
 9  message?
10       A    9:23 a.m. on December 30th, 2020.
11       Q    Who's it with?
12       A    Jeremy Liggett.
13       Q    Is Jeremy Liggett on the board?
14       A    He's not.
15       Q    When I say board, I mean 1530.
16            Ms. Rohde, can we go to the next slide.
17            What does Mr. Meggs say?
18       A    "You guys going to carry?"
19       Q    What's the time and date?
20       A    December 30th, 2020, at 7:12 p.m.
21       Q    We go to the next slide?
22       A    Mr. Liggett responds and says, "No."
23       Q    Can we go to the next slide.
24            What does Mr. Meggs say next?
25       A    "OK, we aren't either, we have a heavy QRF 10 min
```

3096

```
 1   out though."
 2        Q    Time and date?
 3        A    December 31st, 2020, at 9:00 a.m.
 4        Q    And can we actually now go back to the rumble
 5   video of 6863.1.1.
 6             I'd like to play this now again for the jury.
 7             (Video played)
 8   BY MR. MANZO:
 9        Q    Can we go back to 6868.
10             And can we go to the next slide.
11             Okay.  What's the time and date of this slide?
12        A    This is January 3rd of 2021 at 5:15 a.m.
13        Q    Who's this a conversation now between?
14        A    Kelly Meggs and another person named Lisa Quinter.
15        Q    Is Lisa on the board, 1530?
16        A    Lisa is not on the board.
17        Q    Is this a separate conversation than the previous
18   one we were talking about with the rumble video?
19        A    Yes, this is completely separate.
20        Q    Can you read what Kelly Meggs said in this slide?
21        A    He says, "Florida has taken Roger Stone for 2 days
22   when he moves full kits.  Insurrection Act should be why he
23   is presenting to America.  Now, Pence announces he is going
24   to allow the evidence to be presented to Congress.  That
25   checks all the boxes.  I think this is why we were called
```

```
 1    there.  Anything less would be a terrible mistake."
 2         Q    We can go to the next slide.
 3              What's being said here?
 4         A    Mr. Meggs says, "The natives are very restless.
 5    Tell your friend this isn't a rally."
 6         Q    What's time and date of this slide?
 7         A    January 3rd, 2021, at 5:15 a.m.
 8         Q    Can we go to the next slide.
 9              Who is speaking now?
10         A    This is Mr. Kelly Meggs.
11         Q    Who's he speaking with?
12         A    Mr. Jeremy Liggett.
13         Q    Is this a separate conversation than the one
14    previous with Lisa?
15         A    Yes, it is.
16         Q    What's the time and date?
17         A    January 3rd, 2021, at 7:18 p.m.
18         Q    What does Mr. Meggs say?
19         A    "I'm fucking pumped."
20         Q    The next slide.
21              What happens next here?
22         A    He continues -- Mr. Meggs continues and says,
23    "1776, we are going to make history."
24         Q    What's the time and date of this slide?
25         A    January 3rd, 2021, at 7:18 p.m.
```

1        Q    What happened in 1776?

2        A    The American Revolution.

3        Q    Okay.  Turning now to 6868.2, are you familiar

4   with 6868.2?

5        A    Yes, this appears to be one of the pages from

6   Mr. Meggs' Facebook.

7        Q    And can we go up and down here for the agent

8   first.

9             Do you recognize the pages in here?

10       A    I do.

11       Q    Can we go -- and is this a fair and accurate

12   excerpt from the Facebook return for Kelly Meggs?

13       A    It is.

14       Q    And is this just a few pages of that return which

15   is voluminous?

16       A    That's correct.

17            MR. MANZO:  Your Honor, we'd seek to move in

18   6868.2.

19            MR. WOODWARD:  No objection.

20            THE COURT:  All right.  6868.2 will be admitted.

21                             (Government's Exhibit 6868.2
                                       received into evidence.)
22   BY MR. MANZO:

23       Q    Ms. Rohde, can you zoom on just the bottom

24   paragraph of the first page.

25            Okay.  What's going on here, Agent?

1    A    This shows Mr. Meggs commented on another user's

2  post.

3    Q    And what's the date of that comment?

4    A    December 23rd, 2020.

5    Q    And then there's an open quotation?

6    A    That's correct.

7    Q    Okay.  Can we go to the next page.

8         What's the next image that appeared after the

9  previous notation that you read?

10   A    It was this photo that was attached to the

11  message.

12   Q    Is this the comment that Kelly Meggs just made?

13   A    Yes, this was posted in the comment.

14   Q    Can you read the words in this image?

15   A    It's at the very top, it says "Something you can

16  do with our your $600 stimulus check."  And at the bottom,

17  it says:  DIY projects and ideas."  And it appears to be a

18  Home Depot post.

19   Q    And what's the image?

20   A    The image is of a guillotine.

21   Q    What is a guillotine?

22   A    A guillotine is a device that was used to behead.

23   Q    And is this from a certain time period that you're

24  aware of?

25   A    Yes, I believe it came to be commonly used during

```
 1    the French Revolution.

 2              MS. HALLER:  Objection.

 3              Withdraw, Your Honor.

 4              MR. MANZO:  I can lay a better foundation.

 5              THE COURT:  It's okay.

 6    BY MR. MANZO:

 7         Q    Okay.  Can you go to the next slide, please.

 8              And can you go to zoom in on the top paragraph.

 9              Okay.  Can you tell the jury what's going on here

10    in the top paragraph?

11         A    Yes, this is also a comment made by Mr. Meggs on

12    another user's post on December 23rd, 2020.

13         Q    And what is the comment?

14         A    "We need to get these politicians and let them

15    know who runs this country."

16         Q    And what's the time that is stated at the top of

17    this paragraph?

18         A    This is 16:58:53 UTC time zone.

19         Q    Can we now go back up two pages.

20              And zoom in on that bottom paragraph.

21              And is this bottom paragraph the paragraph that's

22    associated with the picture?

23         A    That's correct.

24         Q    What's the time on this paragraph?

25         A    This is 16:59:15 UTC time zone.
```

1      Q      Have you reviewed the activity log in the Facebook
2  profile for Kelly Meggs?
3      A      Yes, regarding this post, I have.
4      Q      Were there any messages in between the posts about
5  the politicians and the image of the guillotine?
6      A      Not in those returns, no.
7      Q      Okay.  Ms. Rohde, can you go down three pages.
8             And one more.
9             Agent Harris, can you zoom in and speak about the
10  final paragraph on this page, which is, I believe, page 3.
11  What's going on here?
12     A      This summary shows that Mr. Meggs commented on
13  another user's post.
14     Q      What's the time and date?
15     A      January 1st, 2021, at 13:32 UTC.
16     Q      And then you have the open quotations?
17     A      That's correct.
18     Q      Does an image follow the open quotations?
19     A      It does.
20     Q      Ms. Rohde, can you go to that image on the next
21  page.
22             And what do you see here, Agent Harris?
23     A      It's an image of a flag.
24     Q      Do you know the derivation of that flag or what
25  type of flag that is?

```
 1        A     Yes, I believe this was -- this is famously known
 2   as the Betsy Ross flag.
 3        Q     When was the Betsy Ross flag used?
 4        A     Back during the revolution.
 5        Q     The 1/6/21, is that on the Betsy Ross flag?
 6        A     No, it is not.  That looks to be placed on that
 7   flag for that photo.
 8        Q     You can pull that down.
 9              Okay.  Agent Harris, after January 6th, were you
10   involved in a search warrant or a series of search warrants?
11        A     I was.
12        Q     Did the FBI search the residence of Kelly Meggs?
13        A     Yes.
14        Q     Were you present for that search?
15        A     I was not.
16        Q     Did the FBI search the residence of
17   Kenneth Harrelson?
18        A     Yes.
19        Q     Were you present?
20        A     I was.
21        Q     What were your duties during that search?
22        A     I was in charge of searching initially, making
23   contact with Mr. Harrelson at the residence and advising him
24   that we had a search warrant for the residence and then
25   conducting that search.
```

1    Q    Ms. Rohde, can you pull up 700.1.

2         And for the agent just flip forward to 700.26.

3         Have you reviewed what's been previously marked

4    for identification as 700.1 to 700.26?

5    A    Yes.

6    Q    What are those?

7    A    Photographs of -- taken during the search of

8    Mr. Harrelson's residence.

9         MR. MANZO:  And we're going to mark those for

10   identification now and then move in certain subsets of those

11   photos.

12        Ms. Rohde, can you pull up Government's

13   Exhibit 700.2.

14        THE COURT:  Sorry.  Are you offering that series

15   into evidence?

16        MR. MANZO:  We'd move it into evidence in its

17   entirety.  We're just going to show the jury a certain

18   subset of those.

19        THE COURT:  It's not in evidence yet.

20        MR. MANZO:  Not in evidence.

21        We're going to -- I was going to go through the

22   individual photos and move them into evidence.

23        THE COURT:  Oh.

24        Well, let me just ask.

25        Mr. Geyer, is there any objection?

1          MR. GEYER:  No, Your Honor.

2          THE COURT:  So 700.1 through 26, do you want all

3  of them admitted?

4          MR. MANZO:  Yes, Your Honor.  Thank you.

5          THE COURT:  All right.

6          Mr. Geyer thank you.

7                    (Government's Exhibit 700.1 thru 700.26
                                received into evidence.)
8

9  BY MR. MANZO:

10     Q    Okay.  Now we're looking at 700.2, which has now

11  been moved into evidence.

12          Agent Harris, what is 700.2?

13     A    This is a photograph of a GoBag that was on the

14  floor of the living room during -- taken during the search

15  of Mr. Harrelson's residence.

16     Q    When you say "GoBag," what do you mean by that?

17     A    It appeared to be a bag that was prepped in case

18  someone needed to move quickly.

19     Q    What was in the bag?

20     A    If I recall correctly, there was a firearm in the

21  bag, a handgun, a flip phone that was in a small sandwich

22  bag.  I believe a tourniquet was in the bag, as well as a

23  few books, including books about survival.

24     Q    Can we go forward to 700.17.

25          What is 700.17?

1    A    It is a rifle.

2    Q    And can we go forward to 700.19.

3         What is 700.19?

4    A    These were the books that were in the backpack.

5    Q    Can we go forward to 700.24.

6         What's this a photo of?

7    A    This is an interior of a gun safe.

8    Q    And what's inside the gun safe?

9    A    The rifle, as well as various other items,

10   including ammunition.  I believe there were some personal

11   documents and magazines and other miscellaneous containers.

12   Q    Did you seize the weapons in the previous two

13   photos?

14   A    No, sir, I did not.

15   Q    Why not?

16   A    I believe it was just an oversight in what we

17   believe we were legally allowed to seize during that search.

18   Q    At the time of executing the search warrant, were

19   you aware of the video footage that you testified to earlier

20   from the Comfort Inn.

21   A    No, not at the time of the search.

22   Q    When I say "video footage," I mean the stills that

23   you talked about earlier with Terry Cummings.  Did you have

24   that information when you made the search?

25   A    No.  We had not yet obtained that information.

1    Q    Have you reviewed all the photos of the weapons

2    from Mr. Harrelson's house that you photographed?

3    A    I have.

4         MR. MANZO:  Ms. Rohde, can you pull up 4801.6.

5    BY MR. MANZO:

6    Q    I'm looking at 4801.6.

7         Do you recognize what 4801.6 is?

8    A    Yes.  This is a photograph of Mr. Harrelson during

9    the combat art training with Andrew Smrecek.

10         MR. MANZO:  I'd like to move this into evidence.

11   I don't think we actually did this one yesterday.

12         THE COURT:  Mr. Geyer, any objection?

13         MR. GEYER:  No objection, Your Honor.

14         THE COURT:  All right.  4801.6 will be admitted.

15                              (Government's Exhibit 4801.6

                                 received into evidence.)

16

17   BY MR. MANZO:

18   Q    The weapon that you see in Mr. Harrelson's hand,

19   did you see that weapon during the search of his residence?

20   A    No, I did not.

21         MR. MANZO:  And can we go now to Exhibit 5200.

22   BY MR. MANZO:

23   Q    And looking at 5200, which you testified to about

24   earlier, and that Terry Cummings identified the person on

25   the right as Kenneth Harrelson?

```
1              MR. WOODWARD:  Objection.

2              THE COURT:  Sustained.

3              Rephrase the question, please.

4    BY MR. MANZO:

5         Q    Earlier, you testified about observing an

6    identification?

7         A    Yes.

8         Q    Who made the identification on 5200?

9         A    Mr. Cummings.

10        Q    Who did Mr. Cummings identify to the right of the

11   luggage cart on 5200?

12        A    Mr. Kenneth Harrelson.

13        Q    The object to the left in the picture here at the

14   front of the luggage cart, did you see any objects

15   consistent with that during the search of Mr. Harrelson's

16   residence?

17        A    I did not.

18             MR. GEYER:  Objection.

19             (Bench conference)

20             MR. GEYER:  Your Honor, how can he possibly know

21   that?

22             THE COURT:  Hang on.

23             MR. GEYER:  Your Honor, how can he possibly

24   testify about that.  There was a weapon in the safe.  He has

25   no idea, first of all, what kind of case that would be, and
```

1    he has no idea if that case belongs to Mr. Harrelson.  He

2    has no idea what's on that cart.

3              You know, is it consistent?  I mean, yeah, I mean,

4    I guess the whole world carries firearms and other things in

5    plastic cases, but that's about it.

6              THE COURT:  Well, I think, at least as I

7    understood the question, Mr. Geyer, it was limited to:  Did

8    you see an object that resembles this green case during the

9    search of Mr. Harrelson's home?

10             And I think that's the extent of the question at

11   this point.

12             MR. GEYER:  Okay.  Thank you, Your Honor.

13             THE COURT:  Okay.

14             (Open court)

15             THE COURT:  The objection is overruled.

16   BY MR. MANZO:

17        Q    After January 6th, are you aware that the FBI,

18   your colleagues, recovered evidence from Jason Dolan?

19        A    I am aware.

20        Q    Can you step down and point to Jason Dolan on the

21   board, please, 1530.

22        A    Mr. Dolan is here, second row up from the bottom

23   at the far left.

24        Q    Thank you.

25             MR. MANZO:  We're showing to defense now two

```
 1    physical items.

 2              The Court's indulgence.

 3              THE COURT:  All right.  Counsel, are we ready to

 4    present the evidence?

 5              MR. MANZO:  We have a stipulation that we'll read

 6    after we present the evidence on these.

 7    BY MR. MANZO:

 8         Q    Sir, do you have items 35 and 37 in front of you?

 9         A    Yes.  This is item 37.

10              And this is item 35.

11         Q    What is item 35?

12         A    Item 35 is a plastic, green case.

13         Q    Was this recovered from Jason Dolan?

14         A    Yes, it was.

15         Q    What is item -- or Exhibit 37?

16         A    Exhibit 37 is a rifle.

17         Q    Has that rifle been cleared by the U.S. Marshals

18    today?

19         A    Yes.

20         Q    Is it inoperable in court?

21         A    Correct.

22         Q    Can you display it to the jury, please.

23         A    (Witness complies.)

24         Q    Thank you.  At this time, I'd seek to move in 35

25    and 37 into evidence.
```

```
 1              THE COURT:  It will be admitted.

 2                          (Government's Exhibit 35 and 37

 3                              received into evidence.)

 4              THE COURT:  Counsel, let's just make sure it's

 5    admitted before it's shown to the jury.

 6              MR. MANZO:  Apologies, Your Honor.

 7              THE COURT:  Especially with the physical evidence.

 8              (Pause)

 9              THE COURT:  Is there any objection to this

10    exhibit?

11              MR. GEYER:  No, sir.

12              (Bench conference)

13              THE COURT:  Hang on, Mr. Geyer.

14              Mr. Manzo, get on the phone.

15              All right.  Go ahead.

16              MR. GEYER:  Sorry about that.

17              I object to them being admitted for the purpose of

18    being -- if there's any suggestion that they are

19    Mr. Harrelson's weapons, if I understand how it's being

20    admitted, it's being admitted as Mr. Dolan's weapons;

21    is that correct?

22              MR. MANZO:  These are not Mr. Harrelson's weapons.

23              MR. GEYER:  Okay.  I withdraw the objection.

24    Sorry, Your Honor.

25              THE COURT:  All right.  Thank you.
```

```
 1              (Open court)

 2              THE COURT:  The objection has been withdrawn.

 3              What's the exhibit number?

 4              MR. MANZO:  60 and 61.

 5   BY MR. MANZO:

 6         Q    Agent Kelsey, can you open 60 and 61.

 7         A    (Witness complied.)

 8         Q    Do you recognize Exhibits 60 and 61 as items

 9   recovered from Joseph Hackett?

10         A    Yes, sir.

11         Q    Can you point to Joseph Hackett on the board here?

12         A    Mr. Hackett is right here on the third row on the

13   left side.

14         Q    Thank you.

15              MR. MANZO:  This is Government's Exhibit 1530.

16              Your Honor, at this point, we'd seek to move in 60

17   and 61 into evidence.

18              THE COURT:  They've been admitted.

19                           (Government's Exhibits 60 and 61
                                    received into evidence.)
20

21              MR. MANZO:  Thank you.

22   BY MR. MANZO:

23         Q    Agent Harris, can you publish to the jury:

24         A    (Witness complied.)

25         Q    And is items 60 and 61 the rifle and the scope?
```

```
 1        A    That's correct.

 2        Q    Thank you.

 3             MR. MANZO:  And then, finally, we'd seek to move

 4   in -- show to the defense and then move into evidence --

 5             THE COURT:  Mr. Manzo, I may have missed this, but

 6   could you just ask from where this was seized?

 7             MR. MANZO:  Thank you.

 8   BY MR. MANZO:

 9        Q    Was this seized from Mr. Hackett or from

10   Mr. Hackett's residence.

11             MR. MANZO:  We'll read the stipulation, I think,

12   just make things easier.

13             THE COURT:  All right.

14             Maybe that's why I didn't appreciate what

15   happened.

16             MR. MANZO:  Apologies, Your Honor.

17             THE COURT:  That's okay.

18             MR. MANZO:  Okay.  So the parties agree that, via

19   stipulation, that on May 28th, 2021, the FBI collected the

20   following items of evidence from Joseph Hackett's home:

21             Item 60, an AR-15 with a scope attached.

22             Item 61, which is -- we're now actually going to

23   admit at trial here.

24             And then the parties also agree on March 29th,

25   2021, the FBI collected the following items of evidence
```

1  belonging to William Isaacs:

2          A black Samsung Galaxy phone, which is item 85.

3          On June 14th, 2021, the FBI collected the

4  following items of evidence belonging to David Moerschel:

5          Exhibits 123, 124, 125, and 126.  That's a rifle

6  case, a Glock handgun, another Glock handgun, and an AR-15.

7          And then, finally, there's one more stipulation to

8  read in regard to Mr. Dolan.

9          Following Jason Dolan's arrest, the FBI collected

10 the following evidence belonging to Jason Dolan, and that's

11 Exhibit 35 and 37, and that was a green gun case labeled

12 Michael Waddell's Bone Collector.  And then item 37 was an

13 MGG4 rifle with a paracord sling.

14         And finally just to wrap up the stipulation set

15 the parties have agreed to is:  On November 5th and 23rd,

16 2021, the FBI collected the following items of evidence from

17 Paul Taylor; Exhibit 51, a flash drive provided by Paul

18 Taylor containing screenshots of the "D.C. Op Jan. 6, '21"

19 Signal chat.  And item 52, Exhibit 52, is a SanDisk flash

20 drive provided by Paul Taylor containing pictures and videos

21 regarding Jan. 6th.  And this is more fully stipulated and

22 agreed to in a paper document, which is Exhibit 3000.C.

23 BY MR. MANZO:

24     Q    We're showing now to defense 125 and 126.

25         Agent Harris, what do you have in front of you in

1    terms of exhibit numbers?

2        A    Exhibit 125, 126, and 123.  And Exhibit 124.

3        Q    And are these all items -- I should say it this

4    way.  These are all items in stipulation 3000.C that, on

5    June 14th, 2021, the FBI collected the following items of

6    evidence belonging to David Moerschel, 123, 124, 125, and

7    126.

8             Can you look at 123?

9        A    123, this is a rifle casing.

10        Q    Is this the item that was collected by the FBI on

11    June 14th, 2021?

12        A    It is.

13        Q    From David Moerschel?

14        A    That's correct.

15             MR. MANZO:  At this point, we'd seek to move in

16    123, 124, 125, 126 into evidence.

17             THE COURT:  Okay.  I think they have been admitted

18    pursuant to the stipulation.

19                          (Government's Exhibits 123 thru 126
                                    received into evidence.)
20             MR. MANZO:  Thank you.

21    BY MR. MANZO:

22        Q    Can you publish 123 to the jury.

23        A    (Witness complied.)

24        Q    Do you have 124 in front of you?

25        A    Yes, sir.

1    Q    Bring it over.

2    A    This is 124.

3    Q    Can you publish it to the jury?

4    A    (Witness complied.)

5    Q    Do you have 125 in front of you?

6    A    Yes, sir, I do.

7    Q    Has 125 been rendered inoperable today by the U.S.

8  Marshals?

9    A    It has.

10    Q    Can you publish 125 to the jury.

11    A    (Witness complied.)

12    Q    And do you have 126 in front of you?

13    A    Yes, sir, I do.

14    Q    Can you publish 126 to the jury.  And before you

15  do, has 126 been rendered inoperable by the U.S. Marshals?

16    A    Yes, it has.

17    Q    Thank you.  Can you publish it.

18    A    (Witness complied.)

19         MR. MANZO:  No further questions, Your Honor.

20         THE COURT:  Okay.  Mr. Linder.

21                    - - -

22                 CROSS-EXAMINATION

23  BY MR. LINDER:

24    Q    Agent Harris, how are you?

25    A    Good morning, sir.

1      Q     Good morning.

2            I just have a few questions for you.  I represent

3     Mr. Rhodes, so my questions are going to be kind of general.

4            I wanted to ask you, were you involved in looking

5     at a lot of the Signal chats or just the ones that you've

6     testified about here today?

7      A     Generally just the ones I've testified about

8     today.

9      Q     Okay.

10           And would you agree with me that as far as

11    Mr. Rhodes is concerned, it appears that he'll come into a

12    chat, maybe make several comments and then leave for a long

13    time?

14     A     In regards to the messages I reviewed and I

15    testified to, yes, sir.

16     Q     Okay.

17           So there's a lot of times that other people are

18    chatting in this chat without him responding or making any

19    comments about that whatsoever?

20     A     That appears to be the case.

21           Okay.  Thank you very much.  I appreciate it.

22                        - - -

23                   CROSS-EXAMINATION

24    BY MR. FISCHER:

25     Q     Good afternoon, Agent.  How are you doing?

3117

1          A     Good afternoon, sir.

2          Q     Sir, the government has obviously flashed dozens

3    of messages before you regarding these defendants;

4    is that correct?

5          A     Yes.

6          Q     Okay.

7                And the messages that we're -- you're obviously

8    dealing with the southeast region in this investigation;

9    is that correct?

10         A     Yes, sir.

11         Q     And I represent Thomas Caldwell, one of the

12   defendants on trial here today, obviously.

13               And, sir, you would agree none of the messages you

14   flashed up related or involved Mr. Caldwell;

15   is that correct?

16         A     Yeah, I don't remember testifying about

17   Mr. Caldwell through the messages we've presented.

18         Q     Okay.

19               And so to your knowledge, the Signal chats that

20   the Oath Keepers were on, what you're testifying to,

21   Mr. Caldwell was not on any of those Signal chats;

22   is that correct, to your knowledge?

23         A     Yeah, I don't know if he was in the chat or not,

24   but as far as what I've testified to, no, he was not in

25   those chats.

1      Q     Okay.

2            Well, they were leadership chats and I think they

3      were members only chats; is that correct?

4      A     No, the ones I testified to were the "OK FL"

5      hangout chat and the "D.C. Op Jan. 6 '21" chat.

6      Q     Sir, isn't it true that the FBI, you and your team

7      have reviewed tens of thousands of messages?

8      A     I would say so.

9      Q     And, in fact, I don't know if -- is it you or is

10     it the prosecutors who were picking out the messages to use

11     at trial?

12     A     I'm not in charge of picking out what is used for

13     trial.

14     Q     And who is in charge of that?

15     A     I would say the prosecution team.

16     Q     Okay.

17           And, sir, you would agree that not one message

18     that was shown today shows a definitive plan for anybody to

19     enter the United States Capitol on January 6th;

20     is that correct?

21     A     I think we showed messages that had plans to

22     disrupt the election or the peaceful transition of power but

23     not necessarily just to go into the Capitol.

24     Q     Well, that's a different kettle of fish.  There's

25     a difference between having a plan to go into the

1    United States Capitol and some general vague notion of

2    trying to interrupt an election, would you agree with that?

3        A    Yes, but I don't think they're being accused of

4    going into the Capitol.

5        Q    Well, sir, you would agree to stop the transfer

6    of -- lawful transfer of power, you would have to stop the

7    Electoral College from going forward, correct?

8        A    I would agree.

9        Q    Okay.

10        And so to your knowledge, you've produced no

11    evidence today definitive evidence, that any of these

12    defendants were trying to stop the Electoral College on

13    January 6th, correct?

14        A    Well, if I'll go back to my previous statement,

15    I don't think going into the Capitol would be -- physically

16    going into the Capitol would be the only way to interfere

17    with the peaceful transition of power.

18        Q    Okay.  But I think you just testified just a

19    moment ago to stop the election, you would have to stop and

20    enter --

21        A    I wanted to clarify that statement.  I don't think

22    that's the only way to interfere with that transfer is to go

23    into Capitol.

24        Q    But that, sir, was not -- you've been on this

25    investigation since not -- close to January 6th, not far

1   after the events of January 6th; is that correct?

2       A    Yes, sir.

3       Q    And you would agree the original claim that the

4   FBI and the government was making was that there was a

5   specific plan to stop the Electoral College, correct?

6           MR. MANZO:  Object.

7           THE COURT:  Sorry.  Can you restate the question?

8   BY MR. FISCHER:

9       Q    Sir, isn't it true that the original claim that

10  the FBI and the government was making was that these

11  defendants were specifically trying to stop the Electoral

12  College from going forward?

13          MR. MANZO:  Objection; relevance.

14          THE COURT:  Well, I'm not -- if that's the

15  objection, it's overruled.

16          THE WITNESS:  No, sir, I can't speak to what the

17  government believed the plan was as when I initially began

18  this investigation, it was solely into Mr. Harrelson.

19  BY MR. FISCHER:

20      Q    So in other words you're dealing with the

21  southeast region, correct?

22      A    Yes, sir.

23      Q    Well, would it surprise you that one of the

24  earliest allegations against my client, Mr. Caldwell, was

25  that he was in charge of an op to stop the Electoral College

```
 1   certification?

 2            MR. MANZO:  Objection, Your Honor.

 3            THE COURT:  Basis?

 4            MR. MANZO:  Legal.

 5            THE COURT:  Well, get on the phone, please.

 6   Sorry.

 7            (Bench conference)

 8            THE COURT:  Look, I mean, I gather this is from

 9   some prior statement the government has made in a pleading,

10   and I don't know, Mr. Manzo, if that's what you're objecting

11   to, the characterization of whatever pleading or

12   representation the government previously made.

13            MR. MANZO:  Yes, Your Honor.  He's calling for a

14   legal conclusion about what the FBI concluded.  He's also

15   already said that he has no knowledge about anything that

16   Mr. Caldwell did or did not do.

17            THE COURT:  Well, yeah, he has, you're right.  On

18   the other hand -- Mr. Fischer, you can just state the

19   question again right now?

20            MR. FISCHER:  Your Honor, I think my question was

21   were you aware that Mr. Caldwell, my client, was originally,

22   the allegation against him was that he led an op to

23   specifically stop the January 6th Electoral College.

24            MR. MANZO:  Your Honor, I believe he said

25   something about, I thought it was in reference to a prior
```

3122

```
 1    indictment.  If he wants -- if Mr. Fischer wants to get into
 2    prior indictments, then I think that opens the door for us
 3    to include the present indictment and go through it with the
 4    jury.

 5              THE COURT:  Well, I don't know about all that.

 6              Mr. Fischer, if what you're talking about, just to
 7    be clear, is that the initial complaint was to disrupt the
 8    official proceeding, then if you would be more precise in
 9    saying that.  I don't remember, though, that said, whether
10    Mr. Caldwell was the "leader" of that.  He certainly was
11    charged in connection with it, but I don't remember that
12    there was a representation that he "led" it.  But you may
13    remember it better than I do.

14              MR. FISCHER:  Your Honor, there was a
15    representation that Mr. Caldwell, Ms. Watkins and Mr. Crowl
16    had conspired to stop the election, and there were also
17    representations -- I mean, he was the commander of the
18    Oath Keepers, he had a leadership role.

19              THE COURT:  Right, but that's different than he
20    "led."

21              I mean, I think your question is leaving the
22    impression that he was the leader -- the government accused
23    him of being the leader of, in other words, the primary
24    person as opposed to part of a collective, which I think was
25    the initial charge, that did not necessarily single him out
```

```
 1    as the leader.  So if you want to rephrase, then go ahead
 2    and ask the question.
 3             MR. MANZO:  And I would just add that the witness
 4    has already said he has no knowledge of --
 5             THE COURT:  That's all right.  He may say the same
 6    thing, but this is just about the question he's asking.
 7             (Open court)
 8             THE COURT:  Thank you, Counsel.
 9             Mr. Fischer.
10    BY MR. FISCHER:
11        Q    Agent, were you aware that in late January, my
12    client, Mr. Caldwell, was accused specifically of trying to
13    stop the Electoral College certification?
14        A    No, I've never had any hand in investigating
15    Mr. Caldwell, so I'm not aware of anything related to that
16    matter.
17        Q    Well, would you agree that the investigation has
18    changed from one where the allegation was to specifically
19    stop the Electoral College to a more general allegation of
20    trying to stop the election in general?
21        A    No, sir, I wouldn't agree with that.
22        Q    Okay.
23             Isn't it true you have no evidence that any of
24    these defendants brought guns or a 2-by-4 to Washington,
25    D.C., on January 6th?
```

```
 1        A    No.  I believe our evidence shows that their
 2   weapons were stored in Virginia.
 3        Q    Okay.
 4             But my question is, they certainly didn't bring
 5   any -- to your knowledge, they didn't bring anything to the
 6   Capitol, into D.C., on January 6th, correct?
 7        A    Not to my knowledge.  I don't know if they did or
 8   they didn't.
 9        Q    Fair enough.
10             And, sir, just a little background here.  So
11   certainly you would agree -- you're stationed out of
12   Florida, is that correct?
13        A    Yes, sir, that's correct.
14        Q    I know I spoke with you for a moment out in the
15   hallway.  You're from Alabama originally?
16        A    Correct.
17        Q    So you're certainly familiar with Southern
18   culture, correct?  You have to answer --
19             MR. MANZO:  Objection as to sociology.
20             THE COURT:  Why don't we hear the questions.
21   I don't know that he's being asked to be an expert on
22   Southern culture.
23             But go ahead, Mr. Fischer.
24   BY MR. FISCHER:
25        Q    You're certainly familiar with the South, is that
```

1    fair to say?

2         A    It depends on what you mean by "familiar with the

3    South."

4         Q    Well, you've lived there your entire life, sir.

5         A    I've lived in the South, yes, sir.

6         Q    Fair.

7              And you would agree that in the south, the use and

8    possession of guns is fairly ubiquitous?

9              MR. MANZO:  Objection, Your Honor.  He's not an

10   expert in Southern culture.

11             MR. FISCHER:  Well, Your Honor, if they want to

12   throw 30 guns into the case --

13             THE COURT:  Hang on.  Why don't you, if you want

14   to get at the question, I think you can get at it

15   differently without asking him the question you've asked.

16   So if you want to rephrase it and get at it a different way,

17   that's fine.

18   BY MR. FISCHER:

19        Q    Sir, you would agree -- sir, obviously, you live

20   in Florida now, correct?

21        A    That's correct.

22        Q    Okay.

23             And you've done investigations throughout the

24   state of Florida; is that fair to say?

25        A    Somewhat.

3126

```
 1        Q    And you're certainly familiar that outside of
 2   Disney World and perhaps the beaches on the coast, most of
 3   Florida is a rural area; would you agree with that
 4   assessment?
 5        A    Yes.  There are certain areas that are considered
 6   metro versus, you know, the beaches and other areas within
 7   the state.
 8        Q    Yeah, fair enough.
 9             And, I mean it's a largely agricultural state,
10   again, once you get in -- 5 miles away from the beaches,
11   correct?
12        A    I wouldn't say that.  I think, you know, areas up
13   near the Panhandle would be more agricultural.
14        Q    Okay.  Well, sir, you would certainly agree that,
15   as compared to Washington, D.C., Florida has very lax
16   gun-control laws?
17             MR. MANZO:  Objection, Your Honor.  Calls for a
18   legal conclusion.
19             THE COURT:  No.  He can -- I mean, he can
20   answer it.
21             THE WITNESS:  Not living in -- I know guns aren't
22   legal in D.C. as far as carrying, but guns are legal in
23   Florida to carry.
24        Q    Sure.  You can carry concealed; you can carry open
25   firearms in Florida, correct?
```

1    A    No, that's not correct.  Florida has no open-carry

2  law.

3    Q    Well, you can carry it with a permit, right?

4    A    Concealed, not open.

5    MR. MANZO:  Objection.

6    MR. FISCHER:  All right.  I'll withdraw,

7  Your Honor.

8  BY MR. FISCHER:

9    Q    You would agree that hunting and target shooting

10  and target ranges are not unusual in the state of Florida?

11    A    I've been to a range before --

12    Q    Okay.

13    A    -- in Florida.

14    Q    Well, certainly, sir, I think the prosecutor asked

15  you, you certainly know about -- you've heard of deer

16  hunting and tree stands, correct?

17    A    Yes, I know what they are.

18    Q    And certainly that's a popular avocation or a

19  popular sport in Florida?

20    A    I wouldn't say that.  Honestly, I don't know

21  anyone in Florida that hunts.  I know more folks that hunt

22  where I'm from in Alabama.  But I haven't met any hunters

23  since my time in Florida.  So, honestly, I can't speak

24  to that.

25    Q    I understand you can't speak with it, but you

1    don't -- and I don't want to ask you precisely the area, but

2    you don't live in a rural area, I presume?

3        A    I do not.

4        Q    Okay.  Fair enough.

5            And the videos that were shown, the pictures that

6    were shown, you would agree there's nothing illegal about

7    Mr. and Mrs. Meggs and the other people firing a gun on a

8    target range?

9            MR. MANZO:  Objection, Your Honor.  Calls for a

10    legal conclusion.

11            THE COURT:  Sustained.

12            MR. FISCHER:  Okay.

13    BY MR. FISCHER:

14        Q    Sir, the firearms that have been presented in

15    court, you would agree those are semi-automatic firearms?

16        A    I believe they are semi-automatic yes, sir.

17        Q    They shoot one bullet per pull of the trigger.

18    That's what "semi-automatic" means, correct?

19        A    That's what that means, yes, sir.

20        Q    And it doesn't matter whether they're dressed up

21    with a bunch of military-looking things or if it has just a

22    barrel on it; it's going to shoot one bullet per pull of the

23    trigger; is that correct?

24        A    That's what "semi-automatic" means, yes, sir.

25        Q    Basically, all that military-style stuff that's on

1    the firearm does not change the fact that the gun, when you

2    press the -- pull the trigger, it fires a bullet.  That

3    stuff has nothing to do with the power of the gun, correct?

4        A    That's correct.

5        Q    Okay.

6             Agent Harris, I believe you yesterday indicated

7    that you've handled complex fraud and health care fraud

8    cases before you got on the January 6th task force;

9    is that correct?

10       A    No, sir.  I said I investigated complex financial

11   crimes and fraud before I began investigating terrorism,

12   which was -- that's not related to January 6th.  I was doing

13   that prior to January 6th.

14       Q    Understood.  Fair enough.

15            And you would agree, the investigations you've

16   been on typically are ones that take time to build cases

17   with federal prosecutors before you make decisions on who to

18   charge; is that fair to say?

19       A    No, sir.  I've investigated cases before where

20   I've had enough evidence on the first day of investigating

21   to charge someone, and I've worked cases where it's taken

22   years to get enough evidence to charge someone.

23       Q    Well, the cases that you investigate the first

24   day, those would be something that perhaps you observe with

25   your own eyes that somebody committed a crime?

1      A     Not necessarily, no, sir.

2      Q     But you would agree, sir, it would be a better

3   practice that when you're handed a file by a superior to

4   look at, whether a crime was committed, it would be better

5   practice to take your time and go through a thorough and

6   methodical investigation before presenting a charge; would

7   you agree with that?

8      A     No.  Like I said, before, I think it just all

9   depends on the crime itself and what evidence that can be

10  collected, you know, and how long it would take.

11     Q     And before testifying here today, did you have any

12  type of prep session with the U.S. Attorney's Office?

13     A     Yes.

14     Q     And certainly they made you aware of the questions

15  that would be asked of you by defense counsel, correct?

16     A     Somewhat.

17     Q     Okay.

18           And, Agent Harris, in this case, you did a number

19  of investigatory techniques, including interviewing

20  witnesses, correct?

21     A     I have.

22     Q     You used grand jury subpoenas to obtain documents,

23  correct?

24     A     Yes, sir, I have.

25     Q     And you've probably gone through messages, tens --

1    at least thousands of messages; would that be fair to say?

2        A    I wouldn't stick a number on it but, yes, a lot of

3    messages.

4        Q    And, sir, can you tell the jury why it's important

5    for you to go through those techniques of interviewing

6    witnesses and getting documents and going through messages?

7        A    You're speaking in the context of just an overall

8    investigation?

9        Q    Yeah, absolutely.

10       A    You always just want to find as many facts as

11   possible in evidence.

12       Q    And, sir, in this case, do you have supervisors?

13       A    I do.

14       Q    Okay.

15            And so you have individuals who -- just in your

16   relationship, you have individuals who are above you in the

17   investigation; is that fair to say?

18       A    Yes, sir.

19       Q    And, sir, how many people have you interviewed in

20   this case?

21       A    I would say less than a dozen.

22       Q    Okay.

23            And you would agree, sir -- I mean, you've

24   obviously looked at closed-circuit TV of the

25   Capitol Building and the Capitol Hill area as part of this

1    investigation; is that fair to say?

2        A    Yes, sir.

3        Q    And to be clear, sir, obviously, there are three

4    defendants here who basically, they went inside the Capitol,

5    Mr. Meggs, Mr. Harrelson, and Ms. Watkins, correct?

6        A    Yes, sir.

7        Q    Okay.

8             So it's not a mystery to the FBI as to who, as far

9    as the Oath Keepers defendants, as far as who went in or who

10   did not go in the Capitol; is that fair to say?

11       A    Yeah.  I will say, you know, when we found video

12   of who went in, yes, I mean, that's the evidence we have.

13            But in some cases, I don't know if they did or

14   didn't.  Just because we don't have the video, I wouldn't

15   say if they did or didn't.  I couldn't speak in 100 percent

16   certainty to that.

17       Q    Understood.

18            But the bottom line is, you're either on the video

19   or you're not on the video.  It's not difficult to tell if

20   somebody went in or did not go in.  Is that fair to say?

21       A    I would say, the closed-circuit TV from the

22   Capitol wasn't all the video we've had.  We've used video to

23   determine if someone was inside from cell phones or, you

24   know, other media sources that collected video.  So, you

25   know, it's possible that video could exist of someone inside

1    that we haven't had on just closed-circuit cameras from the

2    Capitol.

3         Q    Sure.

4              And so, sir, my point basically is, you've got a

5    lot of video out there, whether it's people on their cell

6    phones doing -- taking videos; there's closed-circuit TV,

7    for the FBI to see people going -- who went into the

8    Capitol; is that fair to say?

9         A    Yes, there is a lot of video out.

10        Q    So the issue, sir, then when you're doing your

11   investigation in this case is not necessarily -- we already

12   know people -- defendants in this case went in; defendants

13   did not go in.  What you're investigating is their intent.

14   Is that fair to say, why they went in or the intent of

15   people that day?

16        A    In this particular investigation, you know,

17   I would say it's -- from the FBI, you know, our

18   investigation is just truth seeking.  You know, we don't

19   make the determination on what elements are needed to pursue

20   a certain legal outcome.  We leave that up to the

21   United States Attorney's Office.

22        Q    Sure.

23             Well, let me just rephrase this.

24             I mean, the unit you're on is specifically called

25   the Capitol Siege Conspiracy Investigation Unit, correct?

1      A     Yes, sir.

2      Q     So you're trying to develop evidence as to whether

3  there was a conspiracy to do something on January 6th,

4  correct?

5      A     That's correct.

6      Q     And so just because somebody goes into the Capitol

7  doesn't mean there was a conspiracy, correct?

8      A     No, I wouldn't agree with that.

9            I wouldn't -- you know, in terms of investigating

10  that, I don't think you necessarily will have had to go into

11  the Capitol to be part of a conspiracy.

12      Q     Okay.

13            Well, sir, that very well may be the case, but the

14  point is what you're investigating is whether somebody was

15  involved in a conspiracy; in other words, a plan or an

16  agreement, to do something specifically illegal on

17  January 6th, is that fair to say?

18      A     Yes, sir.

19      Q     All right.  Sir, as part of this investigation,

20  you had some GoToMeeting records, right?

21      A     Yes, sir.

22      Q     And you got a grand jury subpoena.  You were able

23  to obtain -- in fact, you were able to obtain information, I

24  believe, on 30 GoToMeeting calls.  Does that sound right?

25      A     I wouldn't stick a number on it.  I know there are

1    a lot of GoToMeetings calls.  I wouldn't say just 30, but I

2    wouldn't give you a number.

3         Q    Fair enough.  Fair enough.

4              And I know there was one -- obviously, there was a

5    GoToMeeting on November 9th of 2020 where we have a partial

6    recording of, correct?

7         A    Yes, sir.

8         Q    Do you have recordings of the other GoToMeeting

9    calls?

10        A    Not to my knowledge.

11        Q    Okay.

12             And you would agree that on the GoToMeeting calls,

13   you investigated -- you went through ISP addresses and other

14   investigatory tools to figure out who the participants were

15   on all these calls; is that correct?

16        A    Yes, sir.

17        Q    And you would agree the name Thomas Caldwell does

18   not come up; is that fair to say?

19             As far as these GoToMeeting calls, you have not

20   been able to locate any caller information on

21   Thomas Caldwell being involved in the GoToMeeting calls,

22   correct?

23        A    I wouldn't want to give you an answer on that,

24   because during my investigation, which was, like you said,

25   focusing on the Southeast region and, you know, defendants

3136

1    in that area, I wasn't looking for Mr. Caldwell.  You know,

2    so as I'm going through and reviewing evidence, I'm not --

3    I wasn't particularly searching if he was on those calls.

4    So I can't say if he wasn't or not.

5         Q    Okay.  So you can neither confirm nor deny that?

6         A    Correct.

7         Q    Fair enough.

8              And, in fact, sir, I guess you've indicated you've

9    interviewed about a dozen witnesses; is that right?

10        A    Yes, sir; less than a dozen.

11        Q    And one of those witnesses was Terry Cummings;

12   is that correct?

13        A    Yes, sir.

14        Q    And, in fact, sir, when you wanted -- in September

15   of 2021, it appears that that was about the time when

16   Mr. Cummings came on the FBI radar; is that correct?

17        A    I believe so.

18        Q    Okay.

19             And, in fact, apparently at that time you found

20   out that Mr. Cummings was, I guess, residing in Oregon and

21   not in Florida; is that right?

22        A    Yes, sir.

23        Q    And, in fact, you had to arrange for your

24   colleagues in the State of Oregon with the FBI to interview

25   Mr. Cummings; is that correct?

1      A      Yes, sir.

2      Q      Okay.

3             And, sir, you drafted a 1057 report dated

4    September 29th, 2021, where you gave your Portland division

5    at the FBI directions on how to interview Mr. Cummings;

6    is that correct?

7      A      I believe that's correct.

8      Q      Okay.

9             And, sir, you asked in your report, which you

10   forwarded to the Portland division for your FBI colleagues,

11   you listed about, I'm going to say, 17, 18 questions that

12   you wanted the -- your colleagues in Portland to question

13   Mr. Cummings about; is that right?

14     A      I haven't seen the 1057 in a while.  If you don't

15   mind, I'll take a look at it.  But that may correct.  That's

16   usually standard practice.

17             MR. FISCHER:  Your Honor, if I may approach?

18             If I may approach the witness Your Honor?

19             MR. MANZO:  Could we see the actual exhibit, too.

20             THE COURT:  Do you have a number for this,

21   Mr. Fischer?

22             MR. FISCHER:  Your Honor, I need an exhibit

23   sticker.

24             THE COURT:  Why don't you go ahead and we'll

25   figure that out later.

 1   BY MR. FISCHER:

 2       Q    Sir, you've got a copy of a 1057 in front of you

 3   dated September 29, 2021; is that correct?

 4       A    No, sir, not at this time.

 5       Q    Mr. Manzo, five-fingered it from you, I see.

 6            MR. FISCHER:  The Court's indulgence.

 7   BY MR. FISCHER:

 8       Q    Sir, I'm going to approach you with what's been

 9   marked as Exhibit 114, Caldwell 114.  Give you a chance to

10   read that while Mr. Manzo is reviewing it.

11            Just tell me after you get a chance to read

12   that, sir.

13       A    I've reviewed it, sir.

14            MR. MANZO:  Can we review that document as well?

15            THE COURT:  Isn't it the same document?

16            MR. MANZO:  Same thing.  Okay.

17   BY MR. FISCHER:

18       Q    Sir, directing your attention to page 2, towards

19   the bottom.

20            In your request to the Portland FBI office, you

21   indicated, "It is requested that agents interview Cummings

22   to determine the following."

23            Correct?

24       A    Yes, sir.

25       Q    And then you listed about, I'm going to say, you

3139

1    know, looks like about 15 questions or so; is that correct?

2        A    Yes, that's correct.

3        Q    And without -- I'm not going to have you read all

4    of them.  But if you go to page 3, about two-thirds of the

5    way down, you wanted the agents in Portland -- and before I

6    ask this, Mr. Cummings was a gentleman who was here

7    yesterday who testified; is that correct?

8        A    Yes, sir.

9        Q    And were you in the courtroom when he testified?

10       A    Yes, sir, I was.

11       Q    All right.  And would you agree that -- and you've

12   interviewed -- you had interviewed Mr. Cummings prior to his

13   testimony yesterday; is that right?

14       A    Yes.

15       Q    Okay.  And would you agree that the substance of

16   the testimony he gave yesterday was consistent with the --

17            MR. MANZO:  Objection, Your Honor.

18            THE COURT:  Sustained.

19   BY MR. FISCHER:

20       Q    And, sir, I'm going to direct your attention to

21   the bottom two-thirds.

22            So one of the questions you wanted your agency to

23   ask regarding Mr. Cummings was "What were the comms," or

24   communications, "planned on January 6th?"

25            Is that right?

3140

1    A    Yes, sir.

2    Q    And the next question:  "Who was in charge of the

3 op on January 6th?"

4         Right?

5    A    Yes, that's one of the questions listed.

6    Q    And the next question you wanted that was listed,

7 that you wanted your agents to ask Mr. Cummings during his

8 interview was:  "What were the specific assignments for

9 members on January 6th?"

10        Is that right?

11   A    Yes, sir.

12   Q    And the next question was:  "What was the overall

13 plan for the Oath Keepers at the Capitol?"

14        Is that correct?

15   A    Yes, sir.

16   Q    And then the next was:  "What was the purpose for

17 the guns at the QRF hotel?"

18        Is that correct?

19   A    Yes, sir.

20   Q    So those were obviously questions you were

21 interested in, correct?

22   A    Yes, sir.

23   Q    Because at that time, you were investigating, you

24 know -- obviously, you were investigating whether there was

25 a conspiracy involving the United States Capitol;

3141

1  is that fair to say?

2      A    Yes.

3      Q    And, in fact, those same questions you were asking

4  of individuals -- of other individuals even after

5  September 29th of 2021, correct?

6      A    Personally or just the FBI?

7      Q    The FBI in general.

8      A    I haven't conducted those interviews, so I can't

9  tell you what questions agents asked in their respective

10  interviews.

11      Q    But certainly you're familiar with investigations

12  that are done by other agents in this January 6th task force

13  you're involved in, correct?

14      A    Yes, I'm aware that there are several other agents

15  that are part of this investigation.

16      Q    And do you know approximately what date this

17  specific task force was formed as far as the conspiracy task

18  force, when it was formed?

19      A    I do not know.

20          MR. MANZO:  Objection as to relevance.

21          THE COURT:  It's overruled.

22          THE WITNESS:  No, sir, I do not know when that

23  task force was formed.

24  BY MR. FISCHER:

25      Q    Could you give us, like, an estimate of when it

1    was formed?

2         A    I couldn't.  I couldn't.

3         Q    But the bottom line is, when you're asking these

4    questions -- importantly, you're an FBI agent -- you're

5    trying to gather information to determine whether a

6    conspiracy exists, correct?  That's the purpose of your

7    investigation, right?

8         A    Yes.

9         Q    So -- and obviously you're trying to figure out at

10    that time who was in charge of the op on January 6th, right?

11         A    Yes, sir.

12         Q    And you were trying to figure out what the

13    "overall plan for the Oath Keepers at the Capitol" was;

14    is that correct?

15         A    Yes.

16         Q    And you were also trying to figure out:  "What the

17    purpose for the guns at the QRF hotel?"

18              Correct?

19         A    Correct.

20         Q    So, sir, were you aware that my client,

21    Mr. Caldwell, was charged with conspiracy on January 17th of

22    2021 and arrested two days later; in other words, eight and

23    a half months before you and your agents are asking these

24    questions?  Were you aware of that?

25         A    No, sir.  I don't believe Mr. Caldwell even

1    resides in Florida, so I wasn't keeping up to date with, you

2    know, other people outside of that Florida purview that were

3    charged.

4        Q    I understand you're down in Florida, but you're on

5    an investigation with agents who are out of Washington,

6    D.C., correct?

7        A    As of now I am.  I've been here for a few

8    months now.

9        Q    Well, certainly, the FBI office in Washington,

10   D.C., was in communication with you and giving you

11   instructions or guidance as far as who to investigate and

12   what to investigate regarding January 6th, correct?

13       A    I wouldn't say that's completely correct.

14           As I stated before, I have the investigation into

15   Mr. Kenneth Harrelson.  In any logical investigation, you

16   start with that subject and branch your way out.  That's

17   just part of our logical investigation.

18           As we get more information in and review evidence

19   and we seek call records, we interview people based off of

20   that evidence.  So I wouldn't say everything we did was at

21   the direction of the D.C. office or the

22   U.S. Attorney's Office.

23       Q    Fair enough, sir.  But you realize Mr. Caldwell

24   was accused of having an illegal purpose regarding a QRF

25   hotel.  He was accused of that eight and a half months

1    before you were asking the question:  "What was the purpose

2    for the guns at the QRF hotel?"

3        A    Sir, I would say if we did an interview yesterday

4    or today, we would still ask those same questions if we want

5    to get different people's answers to those questions.  So

6    I don't think it matters, you know, when someone was asked

7    that certain question.

8            You know, if -- I would say if one person answered

9    that question, it's better to get that same answer from ten

10   people than it would be for one person.  So I wouldn't say

11   we would stop answering the same questions.

12       Q    Sir -- well, first of all, sir, you'd agree that

13   you could also read this as being the FBI did not know the

14   answers to those questions, and that's why they kept asking.

15   Wouldn't you agree that would be a fair reading as well?

16       A    No, I wouldn't agree with that at all.

17           Like I said before, one witness is not as

18   important as multiple witnesses.  So, no.  We would continue

19   to ask those questions even if we knew or if we believed --

20   just because one person says one thing doesn't make it true.

21   We have to corroborate it.  And we look to get that

22   information from multiple sources or people.

23       Q    Okay.

24           Well --

25           THE COURT:  Mr. Fischer, I'm sorry to interrupt

1    you.

2              Just for timing purposes, how much --

3              MR. FISCHER:  I think we should take a break,

4    Your Honor.

5              THE COURT:  Okay.  All right.

6              Let's take our lunch break now, ladies and

7    gentlemen.  It is now 12:40.  We'll resume at 1:40.  Enjoy

8    your lunch breaks.  And just the same reminders I gave you

9    this morning.  Thank you very much.

10             COURTROOM DEPUTY:  All rise.

11             (Jury exited the courtroom.)

12             THE COURT:  All right.

13             Agent Harris, you've already stepped down.  Just

14   the same reminder not to discuss your testimony during the

15   lunch break.  Thank you, sir.

16             THE WITNESS:  Yes, sir.

17             THE COURT:  All right.  Anything we need to

18   address before we break for the afternoon?

19             All right.  We'll see everybody after lunch.

20   Thank you.

21             MR. WOODWARD:  Sorry, Your Honor.  What time?

22             THE COURT:  1:40.

23             (Recess from 12:40 p.m. to 1:40 p.m.)

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__October 13, 2022_____    

                     William P. Zaremba, RMR, CRR

3147

**BY MR. FISCHER: [13]**
3116/24 3120/8
3120/19 3123/10
3124/24 3125/18
3127/8 3128/13 3138/1
3138/7 3138/17
3139/19 3141/24
**BY MR. LINDER: [1]**
3115/23
**BY MR. MANZO: [62]**
3013/11 3015/14
3016/12 3017/11
3019/24 3022/11
3022/25 3024/19
3025/17 3026/3 3027/7
3028/22 3031/20
3032/11 3035/4
3035/11 3036/15
3036/19 3037/2
3037/14 3038/1
3042/20 3043/3
3046/10 3046/17
3049/24 3052/3 3052/9
3052/16 3052/23
3053/18 3059/22
3064/1 3066/3 3067/4
3068/5 3068/13
3070/13 3070/23
3073/24 3080/5 3081/5
3084/7 3085/9 3087/15
3088/16 3089/22
3096/8 3098/22 3100/6
3104/9 3106/5 3106/17
3106/22 3107/4
3108/16 3109/7 3111/5
3111/22 3112/8
3113/23 3114/21
**COURTROOM**
**DEPUTY: [8]** 3003/2
3003/5 3012/7 3077/16
3078/23 3079/1
3079/25 3145/10
**MR. EDWARDS: [5]**
3006/19 3006/22
3007/2 3007/16
3007/19
**MR. FISCHER: [9]**
3121/20 3122/14
3125/11 3127/6
3128/12 3137/17
3137/22 3138/6 3145/3
**MR. GEYER: [9]**
3104/1 3106/13
3107/18 3107/20
3107/23 3108/12
3110/11 3110/16
3110/23
**MR. LINDER: [8]**
3009/22 3010/4 3010/8
3011/12 3011/16
3011/20 3011/24
3012/1
**MR. MANZO: [104]**
3013/3 3015/21
3015/24 3016/6
3016/10 3017/2 3017/6
3019/21 3022/24

3024/4 3025/1
3026/1 3027/5 3028/20
3031/15 3031/19
3032/9 3035/9 3036/7
3036/17 3037/12
3037/21 3043/1 3046/8
3046/15 3049/22
3052/1 3052/21
3053/24 3054/3
3054/19 3054/24
3055/1 3055/10
3055/13 3055/19
3056/19 3056/23
3057/15 3059/21
3063/20 3065/7
3065/24 3066/2 3067/1
3067/10 3067/24
3068/1 3068/12 3070/8
3070/21 3073/15
3073/21 3077/11
3079/22 3080/23
3084/6 3085/4 3085/8
3087/14 3088/8
3088/14 3089/20
3098/17 3100/4 3103/9
3103/16 3103/20
3104/4 3106/4 3106/10
3106/21 3108/25
3109/5 3110/6 3110/22
3111/4 3111/15
3111/21 3112/3 3112/7
3112/11 3112/16
3112/18 3114/15
3114/20 3115/19
3120/6 3120/13 3121/2
3121/4 3121/13
3121/24 3123/3
3124/19 3125/9
3126/17 3127/5 3128/9
3137/19 3138/14
3138/16 3139/17
3141/20
**MR. NESTLER: [5]**
3057/1 3057/4 3057/7
3078/1 3078/20
**MR. TARPLEY: [5]**
3004/4 3004/18
3004/24 3005/7
3005/19
**MR. WOODWARD:**
**[15]** 3015/7 3015/9
3037/23 3042/18
3042/23 3063/22
3067/13 3070/10
3073/17 3080/25
3085/6 3088/10
3098/19 3107/1
3145/21
**MS. HALLER: [27]**
3005/24 3006/14
3006/16 3017/8 3022/5
3034/23 3036/9 3052/6
3053/7 3053/9 3054/15
3054/17 3055/3
3055/14 3056/3 3056/7
3056/12 3056/18
3057/19 3057/23
3058/8 3058/11

3059/5 3059/17 3100/2
**THE COURT: [148]**
3003/4 3003/23
3004/17 3004/21
3005/4 3005/13
3005/22 3006/13
3006/15 3006/17
3006/21 3006/25
3007/3 3007/18
3007/21 3010/3 3010/5
3010/9 3011/8 3011/14
3011/17 3011/21
3011/25 3012/2 3012/4
3012/9 3015/8 3015/10
3015/16 3015/22
3016/2 3016/9 3017/5
3017/7 3017/9 3019/19
3019/23 3022/9 3028/8
3028/11 3031/13
3031/16 3035/2 3035/7
3036/12 3036/21
3037/24 3042/19
3042/24 3052/8
3052/13 3053/8
3053/15 3053/21
3054/1 3054/6 3054/9
3054/16 3054/22
3054/25 3055/6
3055/11 3055/15
3056/1 3056/5 3056/9
3056/13 3056/22
3056/24 3057/3 3057/6
3057/11 3057/16
3057/21 3058/4
3058/10 3058/12
3058/16 3059/2 3059/7
3059/19 3063/23
3066/1 3067/15
3067/18 3073/18
3077/13 3077/18
3078/17 3078/21
3079/2 3079/23 3080/2
3081/3 3085/7 3088/11
3098/20 3100/5
3103/14 3103/19
3103/23 3104/2 3104/5
3106/12 3106/14
3107/2 3107/22 3108/6
3108/13 3108/15
3109/3 3110/1 3110/4
3110/7 3110/9 3110/13
3110/25 3111/2
3111/18 3112/5
3112/13 3112/17
3114/17 3115/20
3120/7 3120/14 3121/3
3121/5 3121/8 3121/17
3122/5 3122/19 3123/5
3123/8 3124/20
3125/13 3126/19
3128/11 3137/20
3137/24 3138/15
3139/18 3141/21
3144/25 3145/5
3145/12 3145/17
3145/22
**THE WITNESS: [5]**

3057/25 3058/7
3126/21 3141/22
3145/16

**$**
**$600 [1]** 3099/16

**,**

**'21 [7]** 3063/18 3065/14
3065/16 3066/13
3073/3 3113/18 3118/5
**'a [2]** 3008/19 3008/22
**'action [1]** 3044/6
**'consultation [1]**
3009/4
**'for [1]** 3008/25
**'if [2]** 3051/2 3060/4
**'in [1]** 3008/23
**'It's [1]** 3091/10
**'legal [2]** 3008/19
3044/15
**'legal advisors' [1]**
3044/15
**'protecting' [1]**
3046/24
**'resolved' [1]** 3041/14
**'U.N [2]** 3051/23
3060/15

**-**

**-53 [1]** 3017/10

**0**

**06:45 [1]** 3049/5
**08077 [1]** 2999/13
**0826 [1]** 2999/18

**1**

**1/1 [2]** 3049/25
3069/15
**1/1/21 [1]** 3060/1
**1/2/2021 [1]** 3062/21
**1/21 [1]** 3070/24
**1/3/21 [1]** 3083/21
**1/6 [1]** 3043/24
**1/6/21 [1]** 3102/5
**10 [7]** 2997/7 3003/9
3019/2 3019/22 3020/4
3020/5 3095/25
**10-12 [1]** 3034/2
**100 [1]** 3132/15
**10072 [1]** 3040/8
**10073 [1]** 3040/3
**10074 [1]** 3039/24
**102 [2]** 3075/12
3075/13
**1057 [3]** 3137/3
3137/14 3138/2
**105MM [3]** 3057/5
3061/8 3061/9
**10:16 [1]** 3082/1
**10:17 [1]** 3082/14
**10:17 p.m [1]** 3082/25
**10:18 [1]** 3084/2
**10:49 [1]** 3060/1
**10:52 p.m [1]** 3050/1
**10th [2]** 3008/8
3010/11
**11 [1]** 3017/2

**11 [1]** 3018/17
**110 [1]** 3008/14
**111 [2]** 3075/15
3075/16
**1111478 [1]** 3054/11
**114 [2]** 3138/9 3138/9
**1147 [1]** 3053/22
**11474 [1]** 3053/22
**11475 [1]** 3053/1
**11476 [1]** 3061/3
**11477 [1]** 3061/17
**11478 [2]** 3052/20
3061/24
**11:00 [2]** 3077/14
3078/25
**11:15 [1]** 3077/15
**11:16 [1]** 3078/25
**11:34 [1]** 3025/6
**11:37 [1]** 3026/16
**11:38 UTC [1]** 3090/18
**12 [1]** 3034/2
**12/22/20 [2]** 3029/13
3032/12
**12/23/2020 [1]** 3033/8
**12/24/2020 [1]** 3033/25
**12/25 [3]** 3043/21
3044/12 3048/3
**12/25/2020 [1]** 3043/14
**12/30/2020 [2]** 3066/18
3068/20
**123 [8]** 3113/5 3114/2
3114/6 3114/8 3114/9
3114/16 3114/19
3114/22
**124 [6]** 3113/5 3114/2
3114/6 3114/16
3114/24 3115/2
**125 [8]** 3113/5 3113/24
3114/2 3114/6 3114/16
3115/5 3115/7 3115/10
**126 [9]** 3113/5 3113/24
3114/2 3114/7 3114/16
3114/19 3115/12
3115/14 3115/15
**12:25 [3]** 3045/1
3045/15 3048/9
**12:40 [2]** 3145/7
3145/23
**13 [2]** 2997/5 3146/7
**135 [1]** 3075/18
**13:32 [1]** 3101/15
**14 [1]** 3060/1
**1460 [1]** 2998/12
**147 [2]** 3078/9 3078/19
**148 [6]** 3023/10
3023/12 3023/13
3023/17 3075/24
3075/25
**148 F.3d 110 [1]**
3008/14
**149 [2]** 3076/4 3076/5
**14th [3]** 3113/3 3114/5
3114/11
**15 [5]** 2997/4 3003/6
3112/21 3113/6 3139/1
**15-person [1]** 3086/16
**152 [2]** 3076/1
3076/12

**1**

**1530 [11]** 3013/4
3031/15 3031/18
3071/3 3075/10 3080/9
3081/16 3095/15
3096/15 3108/21
3111/15
**155-millimeter [1]**
3061/13
**159 [1]** 3066/11
**15:40 [1]** 3088/24
**15MM [1]** 3057/8
**16:58:53 [1]** 3100/18
**16:59:15 [1]** 3100/25
**17 [1]** 3137/11
**17110 [1]** 2998/15
**174 [1]** 3036/9
**1776 [3]** 3042/14
3097/23 3098/1
**1776.2 [1]** 3042/13
**17th [1]** 3142/21
**18 [1]** 3137/11
**1808 [1]** 2999/3
**181 [2]** 3078/9 3078/19
**18:11 UTC [1]** 3090/19
**18:12 UTC [1]** 3090/6
**19 [1]** 3021/19
**1998 [1]** 3008/14
**1999 [1]** 3078/10
**1:06 [1]** 3071/25
**1:25 a.m [1]** 3069/10
**1:40 [2]** 3145/7
3145/22
**1:40 p.m [1]** 3145/23
**1:54 [1]** 3032/13
**1st [2]** 3069/9 3101/15

**2**

**20 [3]** 3023/15 3029/13
3032/12
**20001 [1]** 3000/5
**20010 [1]** 2999/4
**20036 [1]** 2999/9
**2006 [1]** 2999/12
**201 [2]** 3076/20
3076/23
**202 [4]** 2997/18 2999/4
2999/9 3000/5
**2020 [47]** 3007/10
3007/11 3007/22
3008/8 3017/21 3018/6
3018/17 3020/1
3024/22 3025/6
3026/18 3029/3 3033/8
3033/25 3034/20
3041/10 3043/14
3065/6 3066/18
3068/20 3069/4
3071/25 3072/13
3085/18 3086/13
3086/23 3087/3
3088/22 3089/13
3089/19 3090/6
3092/4 3092/10
3092/18 3093/3
3093/10 3093/15
3094/2 3094/9 3095/10

3100/12 3135/5
**2021 [26]** 3014/2
3039/9 3062/21 3063/4
3069/6 3069/10
3072/18 3082/1
3082/14 3084/2
3096/12 3097/7
3097/17 3097/25
3101/15 3112/19
3112/25 3113/3
3113/16 3114/5
3114/11 3136/15
3137/4 3138/3 3141/5
3142/22
**2022 [2]** 2997/5 3146/7
**20579 [1]** 2997/17
**20th [1]** 3088/22
**21 [7]** 3014/2 3018/17
3024/4 3060/1 3070/24
3083/21 3102/5
**21061-3065 [1]**
2999/18
**214 [2]** 2998/5 2998/9
**21st [4]** 3017/21
3018/6 3025/6 3026/18
**22-15 [2]** 2997/4
3003/6
**22nd [15]** 3029/3
3085/18 3086/13
3086/23 3087/3
3091/15 3091/22
3092/4 3092/10
3092/18 3093/3
3093/10 3093/15
3093/18 3094/9
**23rd [3]** 3099/4
3100/12 3113/15
**242 [6]** 3020/11
3020/13 3023/21
3023/23 3024/11
3034/9
**24th [1]** 3090/6
**25 [4]** 3043/21 3044/12
3048/3 3066/15
**252-7277 [1]** 2997/18
**252-9900 [1]** 2998/5
**25th [2]** 3034/20
3041/10
**26 [1]** 3104/2
**2615 [1]** 2999/9
**28 [1]** 3065/6
**28th [1]** 3112/19
**29 [1]** 3138/3
**29th [6]** 3007/10
3007/22 3009/16
3112/24 3137/4 3141/5
**2:06 [3]** 3087/3
3091/15 3091/22

**3**

**30 [3]** 3125/12 3134/24
3135/1
**300 [1]** 2999/17
**3000.C [2]** 3113/22
3114/4
**3065 [1]** 2999/18
**30th [6]** 3007/10

3094/2 3095/10
3095/20
**318 [1]** 2998/12
**31st [2]** 3089/13
3096/3
**3249 [1]** 3000/5
**3300 [2]** 2998/3 2998/7
**333 [1]** 3000/4
**35 [7]** 3109/8 3109/10
3109/11 3109/12
3109/24 3110/2
3113/11
**352-2615 [1]** 2999/9
**354-3249 [1]** 3000/5
**37 [8]** 3109/8 3109/9
3109/15 3109/16
3109/25 3110/2
3113/11 3113/12
**38 [3]** 3073/25 3074/1
3074/3
**3rd [11]** 3049/6 3049/7
3071/25 3072/18
3082/1 3082/14 3084/2
3096/12 3097/7
3097/17 3097/25

**4**

**4031 [1]** 2998/15
**41 [2]** 3074/12 3074/13
**410 [1]** 2999/18
**412-4676 [1]** 2998/16
**4676 [1]** 2998/16
**475 [1]** 3057/2
**476 [2]** 3057/1 3057/4
**477 [1]** 3057/7
**478 [1]** 3057/9
**48 [2]** 3039/17 3039/18
**4801.6 [5]** 3106/4
3106/6 3106/7 3106/14
3107/8
**487-1460 [1]** 2998/12
**4:23 [1]** 3092/4
**4th [1]** 3049/8
**4th/5th [1]** 3049/8

**5**

**50 [3]** 3039/19 3074/18
3074/19
**50-100 OK [1]** 3092/8
**51 [1]** 3113/17
**52 [1]** 3113/19 3113/19
**52 seconds [2]** 3068/3
3068/6
**5200 [7]** 3013/21
3013/25 3014/24
3106/21 3106/23
3107/8 3107/11
**53 [2]** 3017/9 3017/10
**5346 [1]** 3019/16
**5354 [1]** 3022/19
**5355 [1]** 3022/13
**54 [1]** 3074/21
**55 seconds [1]** 3068/2
**57 seconds [1]** 3068/6
**5708 [1]** 2999/13
**5:15 [2]** 3096/12
3097/7

**5:41 [1]** 3069/15
**5:42 p.m [1]** 3070/24
**5:49 p.m [1]** 3092/18
**5G [1]** 3055/22
**5th [4]** 3044/6 3049/8
3073/3 3113/15

**6**

**60 [7]** 3111/4 3111/6
3111/8 3111/16
3111/19 3111/25
3112/21
**601 [2]** 2997/17 2999/7
**607-5708 [1]** 2999/13
**61 [7]** 3111/4 3111/6
3111/8 3111/17
3111/19 3111/25
3112/22
**656 [1]** 3019/12
**6851 [6]** 3016/19
3016/20 3017/6 3017/9
3017/10 3017/12
**6851.3 [1]** 3016/19
**6852 [3]** 3016/20
3017/6 3018/1
**6853 [3]** 3016/21
3017/6 3018/8
**6860 [9]** 3019/2 3019/4
3019/4 3019/21 3035/9
3039/17 3060/19
3061/20 3061/23
**6860.2 [8]** 3034/22
3036/3 3036/8 3036/14
3036/16 3036/20
3036/23 3038/2
**6860.3 [5]** 3037/12
3037/22 3037/24
3037/25 3038/5
**6861 [8]** 3063/6 3063/7
3063/10 3063/12
3063/21 3063/23
3063/24 3064/16
**6863 [7]** 3065/8 3065/9
3065/12 3065/15
3065/25 3068/12
3070/21
**6863.1.1 [8]** 3067/1
3067/5 3067/11
3067/15 3067/16
3067/24 3094/17
3096/5
**6863.2 [3]** 3070/1
3070/9 3070/11
**6863.3 [5]** 3073/10
3073/12 3073/16
3073/18 3073/19
**6868 [11]** 3084/6
3084/8 3084/23 3085/2
3085/4 3085/10
3085/13 3090/24
3090/25 3095/7 3096/9
**6868.1 [6]** 3087/14
3087/16 3088/9
3088/11 3088/12
3089/21
**6868.2 [5]** 3098/3
3098/4 3098/18

**6870 [6]** 3080/11
3080/12 3080/24
3081/3 3081/4 3081/6
**6:29 [1]** 3093/3
**6:37 [1]** 3043/15
**6:38 [1]** 3043/21
**6:41 [1]** 3093/10
**6:43 [1]** 3093/15
**6:50 [3]** 3044/12
3093/18 3094/9
**6:52 [4]** 3045/1
3085/18 3086/13
3086/23
**6:53 [1]** 3045/8
**6:57 [1]** 3045/16
**6th [34]** 3012/15
3013/19 3016/17
3032/1 3033/19 3038/7
3038/22 3039/9
3041/13 3044/14
3050/12 3086/1
3092/20 3102/9
3108/17 3113/21
3118/19 3119/13
3119/25 3120/1
3121/23 3123/25
3124/6 3129/8 3129/12
3129/13 3134/3
3134/17 3139/24
3140/3 3140/9 3141/12
3142/10 3143/12

**7**

**700 [2]** 2998/4 2998/8
**700.1 [4]** 3103/1
3103/4 3104/2 3104/7
3104/25
**700.17 [2]** 3104/24
3104/25
**700.19 [2]** 3105/2
3105/3
**700.2 [3]** 3103/13
3104/10 3104/12
**700.24 [1]** 3105/5
**700.26 [3]** 3103/2
3103/4 3104/7
**71301 [1]** 2998/11
**717 [1]** 2998/16
**720-7777 [1]** 2998/9
**7277 [1]** 2997/18
**7310 [1]** 2999/17
**7447 [1]** 2999/4
**75 [2]** 3053/10 3053/10
**75219 [2]** 2998/4
2998/8
**7777 [1]** 2998/9
**787-0826 [1]** 2999/18
**7:04 [1]** 3048/22
**7:10 [1]** 3018/6
**7:12 [1]** 3095/20
**7:18 [2]** 3097/17
3097/25
**7:21 [1]** 3017/21
**7:28 p.m [1]** 3048/4
**7:34 [1]** 3048/9

**8**

**801 [2]** 3077/23

**801... [1]** 3078/10
**802 [1]** 3077/23
**805 [1]** 3088/15
**812 [2]** 3089/1 3089/3
**815 [2]** 3089/21
3089/23
**819 [1]** 2998/11
**85 [2]** 3081/19 3113/2
**856 [1]** 2999/13
**8:16 [1]** 3066/18
**8:18 a.m [1]** 3068/21
**8:30 [1]** 3072/18
**8:40 [1]** 3033/8

**9**

**900 [1]** 2999/8
**902 [1]** 3017/2
**9900 [1]** 2998/5
**996-7447 [1]** 2999/4
**9:00 [1]** 3096/3
**9:15 [1]** 2997/6
**9:19 [1]** 3073/3
**9:23 [2]** 3094/2
3095/10
**9:30 [1]** 3072/18
**9:49 [1]** 3029/3
**9th [1]** 3135/5

**A**

**a.m [15]** 2997/6 3029/3
3033/8 3066/18
3068/21 3069/10
3071/25 3073/3
3078/25 3078/25
3094/2 3095/10 3096/3
3096/12 3097/7
**Aaron [11]** 3034/14
3034/16 3034/17
3034/19 3034/24
3035/12 3036/5 3042/4
3042/6 3042/8 3042/10
**Aaron's [1]** 3035/25
**able [8]** 3020/12
3020/17 3058/1
3064/10 3076/8
3134/22 3134/23
3135/20
**about [68]** 3007/12
3012/14 3012/16
3012/21 3014/2
3015/19 3018/24
3019/23 3024/23
3025/23 3027/21
3028/12 3033/14
3036/22 3039/22
3045/1 3046/24
3047/11 3047/22
3055/2 3055/21 3056/2
3056/10 3056/15
3056/20 3057/12
3057/18 3058/22
3062/11 3064/3
3069/10 3072/23
3078/1 3082/18 3090/7
3090/21 3094/12
3094/23 3094/25
3096/18 3101/4 3101/9

3104/25 3105/23
3106/23 3107/5
3107/24 3108/5
3110/16 3116/6 3116/7
3116/19 3117/16
3121/14 3121/15
3121/25 3122/5 3122/6
3123/6 3127/15 3128/6
3136/9 3136/15
3137/11 3137/13
3138/25 3139/1 3139/4
**above [4]** 3026/23
3090/20 3131/16
3146/4
**above-titled [1]** 3146/4
**absent [1]** 3010/5
**absolutely [1]** 3131/9
**abundance [1]**
3012/23
**acceptable [1]** 3032/19
**access [1]** 3064/6
**accommodate [1]**
3005/16
**accomplish [2]**
3004/13 3005/20
**According [1]** 3009/3
**account [5]** 3084/4
3084/14 3084/18
3084/21 3088/4
**accurate [10]** 3044/7
3063/15 3065/18
3065/22 3070/5
3080/14 3080/18
3084/23 3085/2
3098/11
**accused [5]** 3119/3
3122/22 3123/12
3143/24 3143/25
**across [3]** 3037/6
3038/8 3041/13
**act [9]** 3029/14
3038/17 3038/20
3039/14 3045/20
3045/23 3046/13
3047/5 3096/22
**acting [2]** 3008/24
3044/17
**action [6]** 3038/21
3044/8 3044/10
3044/18 3047/7
3070/15
**action day [1]** 3044/10
**activating [1]** 3038/11
**active [1]** 3023/8
**actively [1]** 3039/13
**activity [2]** 3088/3
3101/1
**actual [3]** 3019/17
3044/16 3137/19
**actually [15]** 3012/18
3014/17 3015/16
3044/15 3054/11
3055/5 3056/16 3059/8
3076/21 3076/22
3081/7 3094/3 3096/4
3106/11 3112/22
**Adams [9]** 3027/2
3037/7 3037/8 3037/8

3037/18 3043/10
3076/10
**Adams' [1]** 3041/17
**add [1]** 3123/3
**Added [1]** 3072/3
**additional [4]** 3018/18
3051/23 3060/16
3082/10
**address [3]** 3006/11
3049/17 3145/18
**addressed [1]** 3008/13
**addresses [1]** 3135/13
**adjustments [1]**
3049/19
**admit [2]** 3073/16
3112/23
**admitted [24]** 3002/3
3009/4 3013/22 3017/9
3019/22 3037/24
3059/10 3063/23
3067/15 3067/20
3073/18 3081/3
3088/11 3094/18
3098/20 3104/3
3106/14 3110/1 3110/5
3110/17 3110/20
3110/20 3111/18
3114/17
**admonishment [1]**
3012/25
**adopt [1]** 3025/8
**adopted [1]** 3008/21
**advice [2]** 3009/11
3010/25
**advice' [1]** 3008/19
**advise [1]** 3071/21
**advised [1]** 3044/13
**adviser [1]** 3009/7
**advising [3]** 3029/14
3044/15 3102/23
**advisor [1]** 3008/19
**advisors' [1]** 3044/15
**afraid [4]** 3023/22
3024/1 3050/25 3060/3
**after [20]** 3004/23
3004/24 3005/11
3005/16 3006/24
3037/5 3038/21
3054/11 3061/4
3061/18 3072/13
3078/18 3099/8 3102/9
3108/17 3109/6 3120/1
3138/11 3141/4
3145/19
**afternoon [4]** 3012/18
3116/25 3117/1
3145/18
**afterwards [2]** 3012/20
3054/2
**again [12]** 3023/23
3026/20 3040/19
3059/20 3080/10
3083/2 3085/25 3090/8
3094/19 3096/6
3121/19 3126/10
**against [6]** 3025/24
3029/14 3039/13

3121/22
**agency [1]** 3139/22
**agent [69]** 3004/15
3006/2 3013/1 3013/12
3013/15 3013/23
3014/6 3014/16
3016/20 3016/20
3016/21 3022/12
3034/21 3034/22
3036/4 3036/16 3037/3
3037/15 3038/4
3038/18 3039/2 3046/3
3052/17 3053/19
3054/21 3059/24
3061/1 3064/2 3065/9
3066/4 3066/23 3067/5
3068/6 3070/2 3070/14
3073/2 3073/7 3073/12
3074/2 3074/13
3074/19 3077/18
3080/3 3080/6 3080/11
3084/3 3084/8 3087/16
3094/11 3094/14
3094/19 3094/22
3098/7 3098/25 3101/9
3101/22 3102/9 3103/2
3104/12 3111/6
3111/23 3113/25
3115/24 3116/25
3123/11 3126/9
3130/18 3142/4
3145/13
**Agent Harris [32]**
3013/12 3046/3
3052/17 3059/24
3064/2 3065/9 3066/4
3066/23 3067/5 3068/6
3070/2 3070/14 3073/2
3073/12 3074/2
3074/13 3074/19
3077/18 3080/3 3084/3
3084/8 3087/16 3101/9
3101/22 3102/9
3104/12 3111/23
3113/25 3115/24
3129/6 3130/18
3145/13
**Agent Harris' [1]**
3006/2
**Agent Kelsey [1]**
3111/6
**agents [8]** 3138/21
3139/5 3140/7 3141/9
3141/12 3141/14
3142/23 3143/5
**ago [1]** 3119/19
**agree [34]** 3023/19
3032/25 3068/25
3112/18 3112/24
3116/10 3117/13
3118/17 3119/2 3119/5
3119/8 3120/3 3123/17
3123/21 3124/11
3125/7 3125/19 3126/3
3126/14 3127/9 3128/6
3128/15 3129/15
3130/2 3130/7 3131/23

3135/17 3139/11
3139/15 3144/12
3144/15 3144/16
**agreed [3]** 3028/20
3113/15 3113/22
**agreement [2]** 3004/9
3134/16
**agricultural [2]** 3126/9
3126/13
**Ah [1]** 3021/18
**Ahab [1]** 3018/23
**ahead [8]** 3016/9
3053/16 3056/17
3057/17 3110/15
3123/1 3124/23
3137/24
**aided [1]** 3000/7
**AL [1]** 2997/6
**Alabama [2]** 3124/15
3127/22
**Alexandra [2]** 2997/15
3003/12
**Alexandra Hughes [1]**
3003/12
**Alexandria [1]** 2998/11
**all [88]** 3003/2 3003/21
3005/22 3005/25
3006/15 3006/18
3007/9 3012/4 3012/25
3013/1 3022/9 3023/3
3025/9 3025/11
3026/23 3027/14
3031/25 3033/12
3037/5 3038/7 3041/13
3041/25 3043/10
3043/16 3044/16
3047/20 3048/11
3049/19 3049/25
3053/15 3056/1 3056/9
3057/3 3057/11
3057/16 3058/4
3058/16 3060/9
3069/15 3071/22
3077/1 3077/16
3077/18 3078/13
3078/17 3078/18
3078/23 3079/1 3079/3
3082/4 3084/10 3088/5
3091/12 3093/20
3094/5 3094/6 3096/25
3098/20 3104/2 3104/5
3106/1 3106/14
3107/25 3109/3
3110/15 3110/25
3112/13 3114/3 3114/4
3122/5 3123/5 3127/6
3128/25 3130/8
3132/22 3134/19
3135/15 3139/3
3139/11 3144/12
3144/16 3145/5
3145/10 3145/12
3145/17 3145/19
**all right [9]** 3006/15
3056/1 3057/3 3057/16
3077/18 3078/18

**all right... [3]** 3112/13 3145/5 3145/12
**allegation [3]** 3121/22 3123/18 3123/19
**allegations [1]** 3120/24
**allow [3]** 3005/4 3038/24 3096/24
**allowed [1]** 3105/17
**allows [1]** 3016/3
**alone [1]** 3010/15
**already [14]** 3013/22 3019/21 3038/10 3042/1 3066/1 3066/2 3068/9 3079/19 3085/7 3094/18 3121/15 3123/4 3133/11 3145/13
**Alright [1]** 3022/3
**also [20]** 3004/9 3007/11 3016/6 3016/7 3018/23 3020/24 3024/7 3043/18 3050/5 3062/6 3063/2 3072/21 3078/11 3084/3 3100/11 3112/16 3121/14 3122/16 3142/16 3144/13
**although [1]** 3007/11
**always [3]** 3086/5 3092/16 3131/10
**am [7]** 3014/1 3016/18 3020/3 3025/19 3092/21 3108/19 3143/7
**Amendment [2]** 3038/12 3038/23
**AMERICA [10]** 2997/3 3003/7 3037/6 3038/18 3038/9 3039/4 3041/14 3077/5 3077/7 3096/23
**American [6]** 3027/10 3027/13 3039/5 3039/14 3042/22 3098/2
**Americans [1]** 3038/11
**AMIT [2]** 2997/9 3003/3
**Amit P. Mehta [1]** 3003/3
**ammunition [4]** 3057/13 3057/18 3058/22 3105/10
**among [4]** 3010/18 3020/1 3037/1 3067/22
**Andrew [11]** 3074/16 3074/22 3075/3 3087/9 3087/13 3088/4 3088/20 3089/9 3090/16 3091/2 3106/9
**Andrew Smrecek [4]** 3088/4 3088/20 3090/16 3106/9
**animals [1]** 3083/12
**announces [1]** 3096/23
**another [14]** 3006/7 3050/25 3052/14 3060/3 3085/12 3090/8

3092/14 3096/14
**3099/1 3100/12 3101/13 3113/6
**answer [10]** 3008/12 3015/18 3015/20 3047/13 3058/1 3078/8 3124/18 3126/20 3135/23 3144/9
**answer it [1]** 3126/20
**answered [3]** 3023/6 3053/13 3144/8
**answering [1]** 3144/11
**answers [2]** 3144/5 3144/14
**Antifa [1]** 3032/23
**any [29]** 3006/18 3006/21 3006/24 3009/20 3016/2 3017/7 3041/21 3044/8 3049/9 3066/21 3066/21 3083/7 3092/19 3101/4 3103/25 3106/12 3107/14 3110/9 3110/18 3116/18 3117/21 3119/11 3123/14 3123/23 3124/5 3127/22 3130/11 3135/20 3143/15
**anybody [2]** 3004/2 3118/18
**anyone [7]** 3029/14 3030/12 3074/13 3075/13 3075/16 3075/16 3127/21
**anything [14]** 3004/2 3005/23 3012/4 3012/23 3015/25 3039/10 3054/20 3062/22 3071/2 3097/1 3121/15 3123/15 3124/5 3145/17
**anytime [2]** 3031/17 3049/2
**Anywhere [1]** 3083/11
**apologies [4]** 3075/2 3090/18 3110/6 3112/16
**apologize [1]** 3006/19
**apparent [1]** 3038/10
**apparently [1]** 3136/19
**appear [3]** 3039/5 3039/10 3094/11
**APPEARANCES [4]** 2997/13 2997/20 2998/17 2999/20
**appeared [2]** 3099/8 3104/17
**appears [8]** 3039/11 3073/13 3088/19 3098/5 3099/17 3116/11 3116/20 3136/15
**applied [1]** 3078/11
**applies [2]** 3008/21 3011/3
**appreciate [2]** 3112/14

**approach [4]** 3011/5 3137/17 3137/18 3138/8
**appropriately [1]** 3079/22
**approve [1]** 3004/13
**approximately [2]** 3068/2 3141/16
**AR [2]** 3112/21 3113/6
**AR-15 [2]** 3112/21 3113/6
**are [116]** 3003/21 3007/9 3007/16 3008/9 3008/10 3008/17 3008/20 3009/14 3009/17 3009/18 3010/13 3013/25 3014/11 3016/24 3019/25 3022/9 3023/21 3023/22 3025/18 3025/24 3026/7 3026/13 3027/11 3027/21 3028/2 3028/14 3028/23 3032/1 3032/15 3032/17 3035/20 3035/20 3035/21 3039/13 3040/7 3040/9 3040/10 3042/10 3042/13 3043/7 3043/18 3044/8 3044/15 3049/15 3050/9 3051/13 3052/18 3052/24 3053/19 3054/13 3058/19 3059/2 3059/3 3059/8 3060/12 3060/21 3060/24 3061/3 3061/24 3063/7 3065/21 3067/20 3069/7 3069/24 3070/2 3073/5 3075/10 3075/11 3075/25 3077/6 3081/24 3083/7 3083/11 3084/23 3084/25 3086/25 3087/1 3087/10 3087/16 3088/20 3091/2 3091/19 3092/19 3093/1 3097/4 3097/23 3098/3 3103/6 3103/14 3108/17 3109/3 3110/18 3110/22 3114/3 3114/4 3115/24 3116/3 3116/17 3116/25 3126/5 3126/5 3126/22 3127/10 3127/17 3128/15 3128/16 3129/16 3131/16 3132/3 3133/19 3134/25 3141/12 3141/14 3141/15 3142/23 3143/5
**area [7]** 3020/8 3083/10 3126/3 3128/1 3128/2 3131/25 3136/1

**areas [3]** 3126/1 3126/6 3126/12
**aren't [5]** 3047/21 3047/22 3071/13 3095/25 3126/21
**Ares [2]** 3074/4 3074/8
**arguably [2]** 3010/14 3079/10
**armed [1]** 3039/5
**armor [2]** 3062/25 3063/1
**arms [1]** 3039/7
**around [5]** 3033/13 3043/7 3044/8 3044/9 3069/2
**arrange [1]** 3136/23
**arrest [2]** 3027/2 3113/9
**arrested [1]** 3142/22
**arrival [1]** 3018/16
**arrive [2]** 3049/14 3082/10
**art [5]** 3074/8 3074/16 3090/4 3090/8 3106/9
**article [14]** 3034/17 3035/17 3036/13 3036/23 3036/24 3036/25 3036/25 3037/7 3037/16 3039/23 3041/17 3043/19 3066/22 3067/19
**as [106]** 3007/24 3008/2 3008/4 3008/17 3008/20 3008/24 3009/5 3009/6 3009/6 3009/7 3009/12 3009/14 3010/6 3010/9 3010/24 3011/1 3013/7 3014/21 3015/1 3016/15 3018/23 3020/18 3020/19 3020/24 3022/6 3027/17 3033/17 3033/25 3034/24 3035/15 3043/17 3043/17 3044/17 3047/10 3047/10 3047/13 3047/25 3051/11 3051/23 3059/4 3060/8 3060/15 3061/10 3062/22 3066/21 3069/4 3069/5 3069/16 3071/11 3071/21 3072/4 3075/7 3076/23 3077/23 3078/3 3079/15 3082/4 3082/10 3102/2 3103/4 3104/22 3104/22 3105/9 3105/9 3106/25 3108/6 3110/20 3111/8 3116/10 3116/10 3117/24 3117/24 3120/17 3122/24 3123/1 3124/19 3126/15 3126/22 3126/22 3131/10 3131/10 3131/25

3132/8 3132/9 3132/9 3132/9 3134/2 3134/19 3135/19 3135/19 3136/2 3138/9 3138/14 3141/17 3141/17 3141/20 3143/7 3143/11 3143/11 3143/14 3143/18 3144/13 3144/15 3144/17 3144/18
**ask [19]** 3007/24 3011/5 3012/20 3013/1 3028/8 3035/2 3058/5 3058/16 3059/14 3103/24 3112/6 3116/4 3123/2 3128/1 3139/6 3139/23 3140/7 3144/4 3144/19
**asked [8]** 3057/21 3124/21 3125/15 3127/14 3130/15 3137/9 3141/9 3144/6
**asking [18]** 3008/1 3015/19 3028/12 3053/12 3053/15 3056/13 3056/14 3056/15 3057/20 3058/21 3059/2 3123/6 3125/15 3141/3 3142/3 3142/23 3144/1 3144/14
**ass [1]** 3049/20
**assessment [1]** 3126/4
**assignments [1]** 3140/8
**assist [1]** 3045/25
**assistance [1]** 3009/1
**assistance' [1]** 3051/23
**assistance.' [1]** 3060/15
**assisting [1]** 3013/4
**associated [3]** 3035/25 3084/21 3100/22
**ASSOCIATES [1]** 2998/14
**assume [1]** 3008/7
**assumed [1]** 3022/8
**att.net [1]** 2998/12
**attached [3]** 3099/10 3112/21
**attachment [3]** 3033/22 3086/4 3086/6
**attacks [2]** 3051/24 3060/16
**attention [2]** 3138/18 3139/20
**attorney [15]** 3004/1 3006/23 3007/24 3008/2 3008/4 3008/5 3009/6 3009/13 3009/15 3009/19 3009/25 3010/9 3010/12 3010/19 3011/2
**ATTORNEY'S [5]** 2997/16 3004/5

**A**

**ATTORNEY'S... [3]**
3130/12 3133/21
3143/22
**Attorney's Office [1]**
3133/21
**attorney-client [8]**
3004/1 3006/23 3008/2
3009/13 3009/19
3009/25 3010/19
3011/2
**Attorney-Client 1 [2]**
3007/24 3009/15
**Attorney-Client 2 [2]**
3008/4 3010/9
**attorney-client-commu
nication [1]** 3010/12
**author [3]** 3036/20
3037/4 3037/6
**automatic [4]** 3128/15
3128/16 3128/18
3128/24
**Avenue [4]** 2998/3
2998/7 2999/7 3000/4
**avocation [1]** 3127/18
**aware [24]** 3014/11
3016/1 3016/2 3016/15
3019/25 3028/14
3028/23 3032/1
3053/19 3063/7 3077/6
3083/7 3092/19
3099/24 3105/19
3108/17 3108/19
3121/21 3123/11
3123/15 3130/14
3141/14 3142/20
3142/24
**away [2]** 3047/20
3126/10
**awfully [1]** 3041/25

**B**

**back [40]** 3012/10
3013/4 3016/8 3016/13
3019/2 3019/4 3022/16
3025/16 3027/1 3027/4
3035/24 3038/2
3039/25 3040/5
3041/17 3044/7
3050/18 3052/1
3061/20 3061/23
3064/9 3068/12
3068/22 3070/21
3072/7 3073/22
3078/18 3080/3
3089/20 3090/24
3093/20 3094/3 3094/4
3094/6 3095/7 3096/4
3096/9 3100/19 3102/4
3119/14
**background [4]** 3020/8
3020/21 3076/9
3124/10
**backpack [1]** 3105/4
**bad [2]** 3046/20
3048/11
**badass [1]** 3024/8
**bag [5]** 3104/17

3104/22 3104/22
**banker [1]** 3009/7
**banned [1]** 3071/13
**bar [2]** 3008/23 3009/4
**barrel [1]** 3128/22
**BARRETT [2]** 2998/3
3000/4
**based [9]** 3026/5
3030/6 3042/21
3043/25 3045/4
3047/15 3050/12
3061/9 3143/19
**basically [3]** 3128/25
3132/4 3133/4
**Basis [3]** 3015/8
3053/8 3121/3
**bathroom [1]** 3013/19
**battle [1]** 3071/23
**be [114]** 3003/4
3004/21 3004/25
3005/19 3007/11
3007/24 3008/1 3011/1
3012/9 3012/20
3015/16 3015/18
3015/20 3017/9 3023/4
3023/7 3024/13
3026/24 3027/24
3027/24 3028/12
3030/20 3033/19
3034/3 3036/22 3038/9
3039/5 3039/10 3041/4
3042/6 3042/13
3045/11 3045/20
3046/19 3047/4 3047/6
3047/7 3047/9 3047/14
3047/23 3048/6
3048/12 3048/15
3048/16 3049/11
3049/15 3049/16
3051/9 3051/22
3056/13 3057/14
3057/19 3057/21
3057/23 3058/1 3060/6
3060/15 3060/24
3063/23 3064/10
3067/15 3069/22
3071/3 3071/23 3072/4
3073/6 3073/18 3077/2
3078/18 3079/2 3081/3
3082/3 3082/5 3082/10
3082/11 3082/18
3084/18 3086/17
3088/11 3088/19
3091/10 3091/11
3094/11 3096/22
3096/24 3097/1 3098/5
3098/20 3099/17
3099/25 3102/6
3104/17 3106/14
3107/25 3110/1 3116/3
3116/20 3119/15
3119/16 3122/7 3122/8
3124/21 3126/13
3129/24 3130/2 3130/4
3130/9 3130/15 3131/1
3132/3 3134/11
3134/13 3144/10

**beaches [3]** 3126/2
3126/6 3126/10
**bears [1]** 3008/16
**beat [1]** 3070/18
**because [15]** 3006/5
3007/11 3010/15
3010/19 3034/25
3036/25 3048/12
3052/14 3056/3 3058/3
3132/14 3134/6
3135/24 3140/23
3144/20
**becomes [1]** 3065/3
**becoming [1]** 3038/19
**been [29]** 3009/12
3009/12 3011/1
3012/13 3012/17
3013/6 3013/22
3019/21 3028/11
3035/20 3059/10
3078/5 3083/14
3094/18 3103/3
3104/11 3109/17
3111/2 3111/18
3114/17 3115/7
3115/15 3119/24
3127/11 3128/14
3129/16 3135/20
3138/8 3143/7
**before [27]** 2997/9
3004/1 3004/3 3012/12
3024/20 3035/7
3054/14 3071/21
3077/14 3081/7 3110/5
3115/14 3117/3
3127/11 3129/8
3129/11 3129/17
3129/19 3130/6 3130/8
3130/11 3139/5
3142/23 3143/14
3144/1 3144/17
3145/18
**began [2]** 3120/17
3129/11
**begin [1]** 3024/20
**begins [1]** 3054/10
**behead [1]** 3099/22
**behind [2]** 3024/4
3093/8
**being [16]** 3021/20
3036/23 3036/25
3044/13 3047/20
3067/20 3097/3
3110/17 3110/18
3110/19 3110/20
3119/3 3122/23
3124/21 3135/21
3144/13
**believe [25]** 3014/16
3025/22 3027/10
3028/6 3041/18
3050/21 3055/2
3055/19 3075/17
3076/2 3099/25
3101/10 3102/1
3104/22 3105/10
3105/16 3115/11

3128/16 3129/6
3134/24 3136/17
3137/7 3142/25
**believed [3]** 3015/13
3120/17 3144/19
**belong [1]** 3079/15
**belonging [5]** 3078/14
3113/1 3113/4 3113/10
3114/6
**belongs [1]** 3108/1
**below [2]** 3089/21
3089/23
**bench [7]** 3011/7
3015/23 3028/10
3054/8 3107/19
3110/12 3121/7
**benefits [1]** 3045/17
**Berry [11]** 3020/16
3020/17 3020/20
3020/23 3020/24
3021/17 3021/23
3023/6 3023/24
3024/11 3034/10
**Berry's [1]** 3021/3
**Berwick [1]** 2999/12
**best [1]** 3025/20
**betrays [1]** 3047/5
**Betsy [3]** 3102/2
3102/3 3102/5
**better [7]** 3004/25
3024/8 3100/4 3122/13
3130/2 3130/4 3144/9
**between [15]** 3007/8
3008/4 3009/15
3009/18 3010/10
3053/9 3054/23
3056/21 3058/14
3061/5 3068/6 3085/11
3096/13 3101/4
3118/25
**beyond [1]** 3065/4
**Biden [7]** 3030/5
3051/2 3051/8 3051/18
3051/22 3060/5
3060/14
**big [3]** 3082/20
3083/23 3092/16
**bio [2]** 3051/23
3060/16
**bit [2]** 3058/20 3077/14
**Bittner [3]** 3041/8
3044/3 3046/23
**black [1]** 3113/2
**BLM [1]** 3032/23
**blood [2]** 3048/6
3048/13
**bloodshed [1]** 3039/11
**blow [1]** 3081/18
**blue [1]** 3014/7
**board [29]** 3013/4
3018/22 3020/22
3020/23 3023/12
3023/13 3029/7
3029/22 3030/14
3030/23 3030/24
3031/9 3031/17 3042/6
3042/8 3071/3 3071/5

3075/10 3075/10
3076/14 3080/9
3081/10 3085/15
3095/13 3095/15
3096/15 3096/16
3108/21 3111/11
**bombing [9]** 3055/2
3055/21 3055/23
3056/2 3056/5 3056/6
3056/10 3056/11
3056/16
**Bone [1]** 3113/12
**bones [1]** 3046/1
**books [3]** 3104/23
3104/23 3105/4
**boots [1]** 3045/24
**Boston [1]** 3027/4
**bottom [33]** 3005/14
3014/19 3019/7
3020/25 3022/12
3022/17 3026/4
3029/10 3030/2
3031/10 3031/11
3039/20 3040/1
3052/17 3061/1
3061/15 3061/24
3062/17 3066/4
3066/24 3081/17
3083/1 3083/4 3089/14
3098/23 3099/16
3100/20 3100/21
3108/22 3132/18
3138/19 3139/21
3142/3
**box [2]** 3079/15
3079/15
**boxes [1]** 3096/25
**Boys [1]** 3092/23
**brackets [1]** 3086/4
**Bradford [3]** 2999/11
2999/14 3003/18
**Bradford Geyer [1]**
3003/18
**branch [1]** 3143/16
**BRAND [1]** 2999/3
**brandwoodwardlaw.c
om [1]** 2999/5
**breached [1]** 3032/5
**Breacher [1]** 3020/24
**break [11]** 3037/6
3038/8 3041/13
3077/13 3077/14
3078/18 3079/4 3145/3
3145/6 3145/15
3145/18
**breaks [1]** 3145/8
**Brennan [8]** 3085/12
3085/15 3085/22
3085/23 3086/3 3086/9
3086/16 3086/20
**briefly [3]** 3017/13
3037/13 3064/2
**BRIGHT [3]** 2998/3
2998/7 3003/14
**Brighteon [3]** 3037/9
3037/10 3037/19
**bring [11]** 3004/15
3005/1 3012/5 3035/7

**B**

bring... [7] 3051/22
3056/10 3056/24
3060/15 3115/1 3124/4
3124/5
bringing [1] 3069/17
brink [1] 3024/14
British [1] 3027/11
Brooksville [1]
3017/19
brought [2] 3021/6
3123/24
Brown [30] 3016/16
3017/24 3029/6 3029/7
3029/9 3048/24
3048/25 3050/7 3050/9
3050/24 3052/5
3052/10 3053/2
3053/23 3054/12
3054/13 3054/23
3055/8 3055/20
3055/23 3055/24
3056/20 3057/2 3057/4
3057/7 3058/14 3060/2
3061/4 3061/7 3062/8
Brown's [4] 3029/13
3055/11 3055/17
3057/10
build [1] 3129/16
building [3] 2999/8
3034/5 3131/25
bullet [3] 3128/17
3128/22 3129/2
bullshit [1] 3021/20
bunch [1] 3128/21
burden [1] 3008/16
Burnie [1] 2999/18
business [5] 3009/7
3016/24 3017/3
3018/12 3076/8
buy [1] 3048/2

**C**

cabals [1] 3025/23
Caldwell [21] 2999/16
3003/10 3003/20
3117/11 3117/14
3117/17 3117/21
3120/24 3121/16
3121/21 3122/10
3122/15 3123/12
3123/15 3135/17
3135/21 3136/1 3138/9
3142/21 3142/25
3143/23
Caleb [10] 3020/8
3020/16 3020/17
3020/20 3020/23
3021/17 3021/19
3023/24 3024/11
3034/10
calendar [1] 3039/8
caliber [1] 3057/18
calibers [2] 3057/13
3058/22
call [4] 3047/13 3072/4
3079/4 3143/19
called [8] 3028/1

3052/25 3063/4
3068/25 3077/8
3091/12 3096/25
3133/24
caller [1] 3135/20
calling [1] 3121/13
calls [12] 3047/10
3047/13 3126/17
3128/9 3134/24 3135/1
3135/9 3135/12
3135/15 3135/19
3135/21 3136/3
came [4] 3054/11
3066/8 3099/25
3136/16
cameras [1] 3133/1
can [291]
can't [6] 3048/15
3120/16 3127/23
3127/25 3136/4 3141/8
Canada [2] 3051/15
3060/14
cannot [1] 3030/21
capacity [1] 3008/20
Capitol [28] 3028/1
3032/5 3033/12
3033/20 3034/5
3091/12 3092/20
3118/19 3118/23
3119/1 3119/4 3119/15
3119/16 3119/23
3124/6 3131/25
3131/25 3132/4
3132/10 3132/22
3133/2 3133/8 3133/25
3134/6 3134/11
3140/13 3140/25
3142/13
Capitol Building [1]
3131/25
Capitol Hill [1]
3131/25
care [2] 3069/5 3129/7
careful [1] 3028/12
carries [1] 3108/4
carry [7] 3007/10
3095/18 3126/24
3126/24 3126/24
3127/1 3127/3
carrying [1] 3126/22
cart [5] 3015/12
3079/17 3107/11
3107/14 3108/2
case [22] 3003/6
3012/23 3015/3
3015/12 3015/13
3058/17 3078/10
3104/17 3107/25
3108/1 3108/8 3109/12
3113/6 3113/11
3116/20 3125/12
3130/18 3131/12
3131/20 3133/11
3133/12 3134/13
cases [7] 3108/5
3129/8 3129/16
3129/19 3129/21
3129/23 3132/13

Cat [1] 3035/14
catch [2] 3093/21
3094/7
cattle [3] 3071/13
3071/15 3071/16
caution [1] 3012/24
celebrate [1] 3065/1
cell [4] 3004/6 3031/8
3132/23 3133/5
Cellebrite [1] 3008/6
center [2] 3075/3
3076/17
certain [9] 3088/6
3088/7 3089/6 3099/23
3103/10 3103/17
3126/5 3133/20 3144/7
certainly [15] 3005/1
3012/19 3122/10
3124/4 3124/11
3124/17 3124/25
3126/1 3126/14
3127/14 3127/15
3127/18 3130/14
3141/11 3143/9
certainty [1] 3132/16
certification [3] 3017/3
3121/1 3123/13
Certified [1] 3000/3
certify [1] 3146/2
cetera [2] 3021/9
3044/5
CH [1] 3000/4
chain [1] 3025/3
chance [7] 3004/6
3004/7 3045/10 3047/3
3079/3 3138/9 3138/11
change [2] 3072/12
3129/1
changed [1] 3123/18
changes [3] 3042/11
3050/5 3062/6
characterization [1]
3121/11
characterize [2]
3009/21 3042/25
charge [11] 3102/22
3118/12 3118/14
3120/25 3122/25
3129/18 3129/21
3129/22 3130/6 3140/2
3142/10
charged [3] 3122/11
3142/21 3143/3
chat [20] 3006/9
3019/13 3019/14
3019/18 3022/22
3027/19 3037/1
3043/11 3063/4
3063/18 3065/16
3066/12 3066/16
3067/22 3113/19
3116/12 3116/18
3117/23 3118/5 3118/5
chats [6] 3116/5
3117/19 3117/21
3117/25 3118/2 3118/3
chatting [1] 3116/18

ending [1] 3142/6
certainty [5] 3026/5
3018/5 3035/18 3082/4
3099/16
check-in [3] 3017/20
3018/5 3082/4
checked [1] 3065/21
checks [1] 3096/25
Chi [2] 3030/22
3030/25
Chi-Comms [2]
3030/22 3030/25
children [3] 3024/16
3024/16 3025/23
China [4] 3051/9
3051/14 3060/6
3060/13
Chinese [1] 3031/1
choice [1] 3046/14
Christmas [1] 3048/19
Christmas Day [1]
3048/19
Cinnaminson [1]
2999/13
circled [1] 3014/17
circling [1] 3014/14
circuit [6] 3008/14
3078/10 3131/24
3132/21 3133/1 3133/6
cited [1] 3008/17
citizens [1] 3039/5
city [2] 3069/1 3076/3
claim [2] 3120/3
3120/9
claiming [1] 3008/16
clarify [1] 3119/21
clear [11] 3008/18
3009/16 3036/22
3038/19 3042/6 3046/1
3052/13 3071/3 3079/8
3122/7 3132/3
cleared [1] 3109/17
click [2] 3035/25
3073/13
clicked [1] 3066/23
3073/7 3094/14
client [17] 3004/1
3006/23 3007/24
3008/2 3008/4 3009/13
3009/15 3009/19
3009/25 3010/9
3010/12 3010/19
3011/2 3120/24
3121/21 3123/12
3142/20
clips [1] 3070/14
clock [2] 3069/4
3069/5
close [4] 3034/5
3049/9 3079/4 3119/25
closed [4] 3131/24
3132/21 3133/1 3133/6
closed-circuit [4]
3131/24 3132/21
3133/1 3133/6
closest [1] 3015/12
clothing [3] 3078/12
3079/10 3079/11
coast [1] 3126/2

course [2] 3051/12
3060/11
colleagues [4] 3108/18
3136/24 3137/10
3137/12
collected [9] 3112/19
3112/25 3113/3 3113/9
3113/16 3114/5
3114/10 3130/10
3132/24
collective [1] 3122/24
Collector [1] 3113/12
College [9] 3032/2
3119/7 3119/12 3120/5
3120/12 3120/25
3121/23 3123/13
3123/19
COLUMBIA [1] 2997/1
combat [6] 3071/22
3074/8 3074/16 3090/4
3090/8 3106/9
combined [1] 3054/3
come [14] 3016/8
3016/13 3025/10
3025/11 3025/13
3049/2 3049/16 3077/4
3079/11 3080/3
3083/17 3093/8
3116/11 3135/18
comes [1] 3026/24
Comfort [1] 3105/20
comfortable [2] 3022/1
3047/19
coming [1] 3054/2
commander [1]
3122/17
comment [9] 3021/3
3089/7 3089/8 3089/17
3099/3 3099/12
3099/13 3100/11
3100/13
commented [2] 3099/1
3101/12
comments [3] 3088/3
3116/12 3116/19
committed [2] 3129/25
3130/4
Committee [1] 3012/16
commonly [1] 3099/25
comms [3] 3030/22
3030/25 3139/23
communicating [1]
3059/11
communication [10]
3007/6 3007/7 3008/22
3008/24 3008/24
3010/12 3010/16
3010/16 3010/19
3143/10
communications [9]
3004/1 3007/8 3007/9
3008/2 3008/17
3008/18 3009/19
3010/7 3139/24
communists [1]
3031/1
compare [1] 3090/12
compared [1] 3126/15

**C**

**complaint [1]** 3122/7
**completely [4]** 3053/14
3076/25 3096/19
3143/13
**completeness [2]**
3006/6 3006/11
**complex [2]** 3129/7
3129/10
**complied [6]** 3111/7
3111/24 3114/23
3115/4 3115/11
3115/18
**complies [1]** 3109/23
**computer [2]** 3000/7
3072/19
**computer-aided [1]**
3000/7
**concealed [2]** 3126/24
3127/4
**concern [1]** 3010/21
**concerned [2]** 3077/21
3116/11
**concluded [3]** 3005/11
3005/17 3121/14
**conclusion [3]**
3121/14 3126/18
3128/10
**conditions [1]** 3077/24
**conduct [2]** 3049/4
3049/8
**conducted [1]** 3141/8
**conducting [1]**
3102/25
**conference [7]** 3011/7
3015/23 3028/10
3054/8 3107/19
3110/12 3121/7
**confidentiality [1]**
3010/18
**confirm [1]** 3136/5
**Congress [8]** 3038/20
3044/14 3044/18
3045/9 3045/21 3047/5
3047/6 3096/24
**Congress-make [1]**
3047/6
**connect [1]** 3077/1
**connection [2]**
3008/23 3122/11
**Connie [2]** 3074/22
3075/5
**consecutive [3]** 3022/9
3040/9 3062/1
**consecutively [1]**
3054/13
**considered [1]** 3126/5
**consistent [6]** 3006/10
3060/24 3067/11
3107/15 3108/3
3139/16
**conspiracy [12]**
3010/1 3025/23
3055/22 3133/25
3134/3 3134/7 3134/11
3134/15 3140/25
3141/17 3142/6
3142/21

**conspired [1]** 3122/10
**conspiring [1]** 3025/24
**Constitution [3]**
3000/4 3043/17
3045/22
**constitutional [2]**
3043/6 3043/18
**consultants [2]**
3008/11 3010/14
**consultation [1]**
3009/8
**consulting [1]** 3010/22
**consults [1]** 3009/6
**contact [2]** 3092/15
3102/23
**container [2]** 3077/22
3079/7
**containers [1]** 3105/11
**containing [2]** 3113/18
3113/20
**contains [1]** 3036/24
**content [2]** 3064/9
3064/10
**contents [2]** 3067/19
3067/21
**context [9]** 3006/12
3009/16 3036/10
3056/8 3056/13
3057/22 3057/24
3067/22 3131/7
**continue [18]** 3032/21
3033/18 3034/1 3034/7
3035/12 3041/20
3044/20 3044/21
3046/2 3046/3 3046/11
3046/18 3051/17
3051/21 3058/19
3060/9 3068/19
3144/18
**continued [7]** 2998/1
2999/1 3000/1 3013/9
3041/2 3042/10 3047/9
**continues [2]** 3097/22
3097/22
**continuing [3]** 3057/4
3057/8
**control [1]** 3126/16
**conversation [10]**
3024/24 3069/9
3085/11 3086/25
3087/2 3094/12 3095/4
3096/13 3096/17
3097/13
**convince [1]** 3045/11
**cook [1]** 3021/21
**copies [2]** 3065/18
3084/24
**copy [4]** 3006/4 3063/7
3080/14 3138/2
**corner [5]** 3019/7
3022/17 3031/12
3052/18 3066/5
**correct [97]** 3019/15
3024/25 3029/11
3042/7 3048/20 3053/3
3053/4 3054/14
3054/24 3055/10
3055/13 3058/14

3061/24 3062/9
3062/10 3062/12
3062/14 3063/14
3064/15 3065/20
3080/22 3081/8
3087/23 3095/2
3098/16 3099/6
3100/23 3101/17
3109/21 3110/21
3112/1 3114/14 3117/4
3117/9 3117/15
3117/22 3118/3
3118/20 3119/7
3119/13 3120/1 3120/5
3120/21 3124/6
3124/12 3124/13
3124/16 3124/18
3125/20 3125/21
3126/11 3126/25
3127/1 3127/16
3128/18 3128/23
3129/3 3129/4 3129/9
3130/15 3130/20
3130/23 3132/5
3133/25 3134/4 3134/5
3134/7 3135/6 3135/15
3135/22 3136/6
3136/12 3136/16
3136/25 3137/6 3137/7
3137/15 3138/3
3138/23 3139/1 3139/2
3139/7 3140/14
3140/18 3140/21
3141/5 3141/13 3142/6
3142/14 3142/18
3142/19 3143/6
3143/12 3143/13
3146/3
**correctly [1]** 3104/20
**corresponding [1]**
3081/24
**corroborate [1]**
3144/21
**couch [1]** 3069/5
**could [16]** 3004/14
3004/15 3005/1 3005/7
3005/11 3018/9 3028/8
3036/21 3073/10
3084/18 3093/7 3112/6
3132/25 3137/19
3141/25 3144/13
**couldn't [3]** 3132/15
3142/2 3142/2
**counsel [6]** 3007/4
3054/6 3109/3 3110/4
3123/8 3130/15
**country [2]** 3035/22
3100/15
**County [1]** 3021/21
**couple [3]** 3014/9
3055/8 3057/12
**course [3]** 3035/19
3063/3 3064/12
**court [27]** 2997/1
3000/2 3000/3 3004/13
3004/23 3004/25
3005/8 3006/3 3006/16

3009/10 3009/24
3010/24 3012/3 3016/3
3016/11 3028/21
3037/9 3059/18 3078/9
3078/23 3108/14
3109/20 3111/1 3123/7
3128/15
**court' [1]** 3008/23
**Court's [4]** 3009/24
3080/25 3109/2 3138/6
**courtroom [7]** 3003/21
3004/15 3012/8
3077/17 3080/1 3139/9
3145/11
**cover [2]** 3051/24
3060/16
**COVID [4]** 3051/22
3051/24 3060/14
3060/16
**CR [1]** 2997/4
**created [2]** 3005/25
3053/20
**crime [3]** 3129/25
3130/4 3130/9
**crimes [1]** 3129/11
**Criminal [1]** 3003/6
**Crisp [3]** 2998/14
2998/14 3003/19
**crisplegal.com [1]**
2998/16
**critical [1]** 3065/3
**cross [4]** 3001/4
3078/1 3115/22
3116/23
**cross-examination [3]**
3078/1 3115/22
3116/23
**crossing [1]** 3047/22
**crowd [3]** 3024/5
3034/4 3082/11
**Crowl [1]** 3122/15
**CRR [2]** 3146/2 3146/8
**crush [1]** 3093/8
**crypto [1]** 3060/7
**cryptocurrency [1]**
3051/10
**crystal [1]** 3038/19
**CTR [1]** 3049/9
**culture [3]** 3124/18
3124/22 3125/10
**Cummings [23]**
3013/16 3014/3 3014/5
3014/19 3014/24
3015/4 3015/6 3015/11
3105/23 3106/24
3107/9 3107/10
3136/11 3136/16
3136/20 3136/25
3137/5 3137/13
3138/21 3139/6
3139/12 3139/23
3140/7
**Cummings' [1]**
3014/13
**currency [3]** 3051/11
3060/8 3060/8
**current [2]** 3043/25

**currently [1]** 3021/21

**D**

**D.C [28]** 2997/5
2997/17 2999/4 2999/9
3000/5 3028/2 3034/3
3042/1 3045/3 3049/7
3049/10 3063/4
3064/25 3073/6 3082/2
3083/8 3083/11
3083/14 3086/1
3091/19 3118/5
3123/25 3124/6
3126/15 3126/22
3143/6 3143/10
3143/21
**D.C. [7]** 3008/14
3063/18 3065/14
3065/16 3066/13
3078/10 3113/18
**D.C. Circuit [2]**
3008/14 3078/10
**D.C. Op Jan. 6, '21 [5]**
3063/18 3065/14
3065/16 3066/13
3113/18
**Daddy [1]** 3035/18
**Dallas [1]** 2998/4
2998/8
**damn [2]** 3040/22
3057/8 3061/14
**damned [1]** 3045/3
**darn [1]** 3040/22
**data [1]** 3084/14
**date [43]** 3006/8
3007/13 3018/16
3022/6 3025/5 3026/17
3029/1 3034/19 3041/9
3055/5 3065/5 3071/24
3084/17 3085/17
3086/12 3086/22
3087/2 3088/21
3089/12 3089/18
3090/5 3091/14
3091/21 3092/3 3092/9
3092/17 3093/2 3093/9
3093/14 3094/1 3094/8
3095/8 3095/19 3096/2
3096/11 3097/6
3097/16 3097/24
3099/3 3101/14
3141/16 3143/1 3146/7
**dated [5]** 3008/8
3137/3 3138/3
**Dave [2]** 3008/10
3010/11
**Dave Roberts [1]**
3010/11
**David [5]** 2999/16
3003/20 3113/4 3114/6
3114/13
**David Fischer [1]**
3003/20
**David Moerschel [2]**
3113/4 3114/6
**Davis [2]** 3078/9
3079/3

**day [15]** 2997/7
3027/21 3032/5 3034/4
3043/4 3044/6 3044/8
3044/10 3046/5
3048/19 3048/20
3048/22 3129/20
3129/24 3133/15
**day.' [1]** 3044/6
**days [5]** 3028/15
3039/9 3094/12
3096/21 3142/22
**deal [1]** 3082/20
**dealing [2]** 3117/8
3120/20
**Death [1]** 3042/4
**December [38]**
3007/10 3007/10
3007/22 3008/8
3009/16 3010/11
3020/1 3024/22 3025/6
3026/18 3029/3
3034/20 3041/10
3065/6 3068/16
3085/18 3086/13
3086/23 3087/3
3089/13 3089/19
3090/6 3091/15
3091/22 3092/4
3092/10 3092/18
3093/3 3093/10
3093/15 3093/18
3094/2 3094/9 3095/10
3095/20 3096/3 3099/4
3100/12
**December 10th [2]**
3008/8 3010/11
**December 21st [2]**
3025/6 3026/18
**December 22nd [15]**
3029/3 3085/18
3086/13 3086/23
3087/3 3091/15
3091/22 3092/4
3092/10 3092/18
3093/3 3093/10
3093/15 3093/18
3094/9
**December 24th [1]**
3090/6
**December 25th [1]**
3034/20
**December 29th [2]**
3007/10 3007/22
**December 30th [4]**
3007/10 3068/16
3089/19 3095/10
**December 31st [2]**
3089/13 3096/3
**decide [1]** 3044/17
**decision [1]** 3079/4
**decisions [1]** 3129/17
**declarant [2]** 3077/25
3078/3
**declarant's [1]** 3078/11
**decouple [2]** 3051/9
3060/6
**deer [1]** 3127/15

**design [1]** 3038/24
3038/24
**defend [7]** 3025/10
3038/20 3039/8
3043/16 3045/22
3077/5 3077/7
**DefendAmericaNow.co
m [1]** 3076/25
**defendant [16]** 2998/2
2998/13 2999/2
2999/11 2999/15
3003/7 3003/8 3003/8
3003/9 3003/9 3003/15
3003/17 3003/18
3003/19 3003/20
3028/13
**Defendant 10 [1]**
3003/9
**Defendant 2 [1]** 3003/8
**Defendant 3 [1]** 3003/8
**Defendant 4 [1]** 3003/9
**Defendant Harrelson
[1]** 3003/18
**Defendant Meggs [1]**
3003/17
**Defendant No. 1 [1]**
3003/7
**Defendant Rhodes [1]**
3003/15
**Defendant Watkins [1]**
3003/19
**defendants [13]**
2997/7 3003/21
3067/23 3117/3
3117/12 3119/12
3120/11 3123/24
3132/4 3132/9 3133/12
3133/12 3135/25
**defense [10]** 3007/4
3050/6 3053/19
3057/12 3062/7
3062/17 3108/25
3130/15
**defines [1]** 3077/23
**definition [2]** 3009/19
3010/19
**definitions [1]** 3008/18
**definitive [2]** 3118/18
3119/11
**defy [1]** 3025/9
**delayed [1]** 3032/8
**deny [1]** 3136/5
**depart [1]** 3049/5
**departure [1]** 3049/1
**depending [1]** 3084/17
**depends [2]** 3125/2
3130/9
**deployed [2]** 3051/9
3060/6
**Depot [1]** 3099/18
**derivation [1]** 3101/24
**describe [2]** 3025/20
3084/10
**described [1]** 3038/23
**describes [1]** 3027/8
**description [2]**
3078/11 3078/15

**detail [1]** 3004/11
**determination [1]**
3133/19
**determine [4]** 3031/7
3132/23 3138/22
3142/5
**develop [1]** 3134/2
**device [1]** 3099/22
**devices [1]** 3072/22
**dial [1]** 3072/21
**dialogue [1]** 3067/22
**did [66]** 3005/10
3013/16 3013/17
3014/5 3014/8 3014/14
3014/19 3014/24
3015/4 3025/15
3026/21 3027/20
3028/7 3028/15 3030/9
3030/17 3031/7
3031/22 3032/22
3033/21 3034/14
3035/15 3035/25
3036/2 3043/4 3043/5
3043/8 3044/2 3044/22
3058/5 3058/17
3059/13 3060/1
3060/19 3068/7 3068/8
3072/12 3075/6 3075/8
3079/15 3102/12
3102/16 3105/12
3105/14 3105/23
3106/11 3106/19
3106/20 3107/10
3107/14 3107/17
3108/7 3121/16
3121/16 3122/25
3124/7 3130/11
3130/18 3132/10
3132/13 3132/15
3132/20 3133/13
3143/20 3144/3
3144/13
**did you [3]** 3031/7
3035/25 3105/12
**didn't [8]** 3006/23
3071/2 3112/14 3124/4
3124/5 3124/8 3132/14
3132/15
**die [1]** 3027/20
**difference [1]** 3118/25
**different [8]** 3057/13
3057/17 3058/22
3086/25 3118/24
3122/19 3125/16
3144/5
**differently [1]** 3125/15
**difficult [1]** 3132/19
**digestible [1]** 3084/24
**digits [2]** 3052/18
3052/25
**digits here [1]** 3052/25
**direct [7]** 3001/4
3013/9 3036/11
3053/12 3058/23
3059/14 3139/20
**directing [1]** 3138/18
**direction [1]** 3143/21

**disagree [1]** 3030/13
**disclosure [2]** 3009/13
3011/2
**discrepancy [1]**
3053/9
**discuss [2]** 3083/22
3145/14
**discussed [2]** 3037/1
3071/21
**discussing [1]** 3012/22
**discussions [1]**
3010/21
**dishonesty [1]**
3024/13
**Disney [1]** 3126/2
**display [1]** 3109/22
**disrupt [3]** 3031/25
3118/22 3122/7
**distract [1]** 3005/6
**DISTRICT [2]** 2997/1
2997/1 2997/10
**dithering [1]** 3043/25
**division [2]** 3137/4
3137/10
**DIY [1]** 3099/17
**DM [2]** 3049/16
3049/17
**do [77]** 3004/7 3004/21
3004/24 3005/7
3005/21 3010/5
3013/12 3013/15
3016/9 3021/6 3021/6
3024/16 3027/8 3028/4
3029/20 3031/5 3032/6
3033/15 3035/19
3039/10 3043/17
3045/12 3045/18
3045/23 3047/3
3047/11 3053/17
3054/20 3056/1 3058/7
3058/23 3058/23
3058/24 3058/25
3059/19 3060/20
3060/22 3066/6
3072/10 3074/2
3074/13 3075/21
3077/2 3080/12 3081/7
3082/19 3086/5 3098/9
3098/10 3099/16
3101/22 3101/24
3104/2 3104/16 3106/7
3109/8 3111/8 3113/25
3114/24 3115/5 3115/6
3115/12 3115/13
3115/15 3121/16
3122/13 3128/3 3129/3
3131/12 3131/13
3134/3 3134/16 3135/8
3137/20 3141/16
3141/19 3141/22
**do you [4]** 3013/12
3035/19 3060/20
3072/10
**do you have [4]**
3114/24 3115/5
3131/12 3137/20
**do you know [5]**

**directions [2]** 3031/8
3075/21 3141/16
**do you recognize [5]**
3074/2 3074/13
3080/12 3098/9 3106/7
**do you remember [1]**
3013/15
**do you see [1]** 3101/22
**document [3]** 3113/22
3138/14 3138/15
**documents [3]**
3105/11 3130/22
3131/6
**does [101]** 3018/11
3020/7 3021/3 3021/4
3021/5 3021/17
3022/20 3023/2 3023/5
3023/10 3024/11
3025/7 3026/10
3026/12 3026/20
3026/22 3027/17
3027/23 3029/13
3030/4 3030/11
3030/19 3031/21
3031/23 3032/21
3033/5 3033/11
3033/17 3033/25
3034/11 3034/16
3035/12 3040/16
3040/24 3041/11
3041/20 3043/14
3043/23 3044/4
3044/18 3044/21
3045/1 3045/8 3045/15
3046/11 3046/18
3047/2 3047/18
3047/25 3048/3 3048/9
3048/14 3048/25
3050/3 3050/20 3052/4
3052/10 3060/23
3062/4 3062/21
3064/24 3066/7
3066/15 3066/18
3068/20 3069/16
3069/20 3070/17
3070/24 3071/11
3071/20 3072/2 3077/9
3077/10 3079/15
3081/19 3083/5
3085/19 3085/25
3086/9 3087/8 3087/21
3088/5 3089/2 3090/10
3090/20 3091/9 3092/1
3092/6 3092/14
3092/25 3094/11
3094/13 3095/17
3095/24 3097/18
3101/18 3101/19
3129/1 3134/24
3135/17
**doesn't [7]** 3009/25
3010/18 3039/10
3042/25 3128/20
3134/7 3144/20
**doing [7]** 3047/10
3056/12 3082/3
3116/25 3129/12
3133/6 3133/10

**Dolan [12]** 3015/1
3029/21 3030/4 3075/1
3075/1 3081/14
3108/18 3108/20
3108/22 3109/13
3113/8 3113/10
**Dolan's [2]** 3110/20
3113/9
**dollar [2]** 3051/10
3060/7
**Don [5]** 3070/25
3071/3 3071/5 3071/5
3071/8
**don't [50]** 3004/18
3006/25 3007/6
3007/11 3009/19
3009/20 3010/3
3015/24 3026/13
3028/17 3045/12
3045/12 3046/19
3051/1 3053/16
3055/22 3058/25
3060/3 3077/13
3077/15 3078/5 3080/3
3086/7 3106/11
3117/16 3117/23
3118/9 3119/3 3119/15
3119/21 3121/10
3122/5 3122/9 3122/11
3124/7 3124/20
3124/21 3125/13
3127/20 3128/1 3128/1
3128/2 3132/13
3132/14 3133/18
3134/10 3137/14
3137/24 3142/25
3144/6
**Donald [1]** 3071/8
**done [8]** 3004/9
3004/14 3004/20
3005/9 3069/1 3079/19
3125/23 3141/12
**door [1]** 3122/2
**double [2]** 3050/18
3073/22
**down [21]** 3014/18
3018/21 3020/22
3032/24 3035/7
3039/20 3052/17
3061/15 3077/19
3081/17 3089/14
3090/13 3090/13
3090/14 3098/7 3101/7
3102/8 3108/20 3139/5
3143/4 3145/13
**downtown [1]** 3083/10
**dozen [4]** 3047/15
3131/21 3136/9
3136/10
**dozens [1]** 3117/2
**DPM [1]** 3018/25
**drafted [1]** 3137/3
**dressed [1]** 3128/20
**drive [3]** 2999/12
3113/17 3113/20
**drop [1]** 3049/2
**Dropbox [2]** 3073/4

**due [2]** 3051/14
3060/12
**Duggan [5]** 3069/22
3069/24 3070/4 3070/6
3070/15
**during [23]** 3005/2
3005/5 3010/1 3012/17
3012/19 3014/3 3034/4
3064/12 3071/2
3099/25 3102/4
3102/21 3103/7
3104/14 3104/14
3105/17 3106/8
3106/19 3107/15
3108/8 3135/24 3140/7
3145/14
**duties [2]** 3038/23
3102/21
**duty [3]** 3038/12
3043/5 3047/4
**dying [1]** 3038/13

## E

**each [2]** 3022/6 3077/3
**earlier [11]** 3028/15
3041/17 3062/8 3072/8
3075/6 3078/3 3094/23
3105/19 3105/23
3106/24 3107/5
**earliest [1]** 3120/24
**easier [3]** 3048/12
3048/14 3112/12
**Eastern [1]** 3072/18
**easy [2]** 3027/19
3080/21
**eat [1]** 3025/23
**echoing [1]** 3046/4
**economic [2]** 3051/11
3060/10
**economy [2]** 3051/13
3060/11
**edge [1]** 3015/13
**edited [1]** 3068/9
**editing [1]** 3068/9
**Edmund [1]** 2999/2
**Edward [3]** 2998/10
3003/10 3003/14
**Edward Tarpley [1]**
3003/14
**Edwards [2]** 2997/16
3003/12
**edwardtarpley [1]**
2998/12
**efforts [1]** 3019/25
**eight [3]** 3094/12
3142/22 3143/25
**either [8]** 3007/12
3008/25 3040/22
3041/14 3058/16
3075/9 3095/25
3132/18
**election [10]** 3024/14
3038/6 3038/9 3041/12
3072/13 3118/22
3119/2 3119/19
3122/16 3123/20
**Electoral [9]** 3032/2

3120/11 3120/25
3121/23 3123/13
3123/19
**Electricity [1]** 3071/18
**elements [2]** 3049/10
3133/19
**ELMER [3]** 2997/6
2998/2 3003/7
**Elmer Stewart Rhodes
III [1]** 3003/7
**else [4]** 3004/2
3005/23 3012/5 3023/8
**else's [1]** 3049/21
**email [14]** 2997/18
2997/19 2998/5 2998/9
2998/12 2998/16
2999/5 2999/10
2999/14 2999/19
3006/3 3008/4 3008/6
3008/6
**embeds [1]** 3008/5
**emoji [2]** 3043/12
3069/18
**Empire [2]** 2999/17
**encryption [2]** 3064/3
3064/4
**end [7]** 3033/6 3064/3
3064/3 3064/4 3064/4
3075/9 3077/21
**ended [1]** 3058/5
**enemies [1]** 3038/9
**enemy [2]** 3039/4
3039/15
**enforcement [1]**
3039/6
**engine [1]** 3049/15
**enjoy [2]** 3032/16
3145/7
**enough [12]** 3032/17
3069/22 3124/9 3126/8
3128/4 3129/14
3129/20 3129/22
3135/3 3135/3 3136/7
3143/23
**ensure [2]** 3080/17
3085/1
**enter [2]** 3118/19
3119/20
**entered [2]** 3012/8
3080/1
**entire [1]** 3125/4
**entirety [1]** 3103/17
**ERO [1]** 3049/15
**err [1]** 3079/5
**errand [2]** 3045/4
3045/17
**escorts [1]** 3082/19
**Especially [1]** 3110/7
**essentially [1]** 3010/22
**establishing [1]**
3067/20
**estimate [1]** 3141/25
**et [3]** 2997/6 3021/9
3044/5
**et cetera [2]** 3021/9
3044/5
**even [5]** 3010/17

3142/25 3144/19
**evening [3]** 3012/11
3012/20 3049/13
**events [3]** 3045/4
3050/12 3120/1
**every [2]** 3046/5
3053/20
**everybody [5]** 3003/23
3012/11 3077/20
3078/21 3145/19
**everyone [1]** 3003/4
3003/24 3004/25
3012/9 3034/4 3035/18
3077/15 3079/2 3080/2
**everything [2]** 3049/14
3143/20
**evidence [65]** 3013/22
3017/4 3017/10
3019/22 3036/8
3036/14 3037/22
3037/25 3052/7
3060/24 3063/24
3065/25 3067/11
3067/16 3070/8
3070/11 3073/16
3073/19 3080/24
3081/4 3085/5 3085/13
3088/12 3094/18
3096/24 3098/21
3103/15 3103/16
3103/19 3103/20
3103/22 3104/7
3104/11 3106/10
3106/15 3108/18
3109/4 3109/6 3109/25
3110/2 3110/7 3111/17
3111/19 3112/4
3112/20 3112/25
3113/4 3113/10
3113/16 3114/6
3114/14 3114/19
3119/11 3119/11
3123/23 3124/1
3129/20 3129/22
3130/9 3131/11
3132/12 3134/2 3136/2
3143/18 3143/20
**ex [2]** 3011/6 3011/7
**ex parte [2]** 3011/6
3011/7
**exact [1]** 3049/12
**Exactly [1]** 3030/20
**examination [4]**
3013/9 3078/1 3115/22
3116/23
**examine [1]** 3016/7
**example [1]** 3028/14
**except [2]** 3006/22
3009/20
**exception [3]** 3015/25
3016/2 3079/12
**excerpt [3]** 3067/7
3094/25 3098/12
**excluding [1]** 3079/6
**exclusion [1]** 3079/18
**executing [1]** 3105/18
**exhibit [43]** 3006/9

3017/5 3017/10
3019/20 3031/14
3031/18 3036/14
3037/25 3039/21
3039/21 3054/4 3063/6
3063/24 3067/16
3070/11 3073/19
3081/4 3085/13
3087/17 3088/12
3098/21 3103/13
3104/7 3106/15
3106/21 3109/15
3109/16 3110/2
3110/10 3111/3
3111/15 3113/11
3113/17 3113/19
3113/22 3114/1 3114/2
3114/2 3137/19
3137/22 3138/9
**Exhibit 37 [2]** 3109/15
3109/16
**Exhibit 5200 [1]**
3106/21
**Exhibit 700.2 [1]**
3103/13
**exhibits [7]** 3002/1
3058/9 3058/9 3111/8
3111/19 3113/5
3114/19
**exist [1]** 3132/25
**exists [1]** 3142/6
**exited [2]** 3077/17
3145/11
**expansively [1]** 3078/6
**expect [1]** 3037/5
**experience [2]** 3030/6
3061/10
**expert [2]** 3124/21
3125/10
**explain [1]** 3054/18
**exposure [1]** 3012/14
**extent [1]** 3108/10
**extract [1]** 3008/7
3027/1
**extracted [1]** 3064/13
3064/17
**extremely [1]** 3044/19
**eyes [1]** 3129/25

## F

**F.3d [3]** 3008/14
3078/9 3078/19
**Facebook [20]** 3084/3
3084/4 3084/10
3084/11 3084/14
3084/16 3084/20
3085/12 3086/5 3087/7
3087/18 3087/20
3087/21 3088/3 3089/3
3089/25 3095/4 3098/6
3098/12 3101/1
**facility [2]** 3074/5
3074/8
**fact [9]** 3036/25 3118/9
3129/1 3134/23 3136/8
3136/14 3136/19
3136/23 3141/3

3156

F

facts [2] 3052/7
3131/10
fail [1] 3030/21
failed [1] 3030/20
fails [1] 3046/12
fair [30] 3063/15
3064/12 3065/18
3070/5 3080/14
3084/23 3098/11
3124/9 3125/1 3125/6
3125/24 3126/8 3128/4
3129/14 3129/18
3131/1 3131/17 3132/1
3132/10 3132/20
3133/8 3133/14
3134/17 3135/3 3135/3
3135/18 3136/7 3141/1
3143/23 3144/15
fairly [2] 3008/13
3125/8
fake [3] 3051/2 3051/8
3060/5
fall [3] 3093/20 3094/5
3094/6
falls [1] 3079/18
false [1] 3046/19
familiar [11] 3013/25
3025/18 3069/24
3070/2 3087/16 3098/3
3124/17 3124/25
3125/2 3126/1 3141/11
family [1] 3024/15
famously [1] 3102/1
far [14] 3029/25 3030/2
3031/10 3031/12
3108/23 3116/10
3117/24 3119/25
3126/22 3132/8 3132/9
3135/19 3141/17
3143/11
far-left [1] 3031/12
fast [1] 3058/8
FBI [31] 3004/14
3014/6 3061/10
3064/13 3102/12
3102/16 3108/17
3112/19 3112/25
3113/3 3113/9 3113/16
3114/5 3114/10 3118/6
3120/4 3120/10
3121/14 3132/8 3133/7
3133/17 3136/16
3137/10 3138/20
3141/6 3141/7 3142/4
3143/9 3144/13
fed [1] 3021/19
federal [1] 3129/17
feel [1] 3046/24
feels [2] 3041/25
3045/3
feet [1] 3047/20
few [14] 3004/19
3028/15 3035/2
3047/20 3055/3 3055/4
3068/22 3073/22
3082/5 3083/16

3058/4 3104/2
3116/2 3143/7
fight [2] 3050/25
3060/3
fighting [2] 3024/15
3038/22
figure [7] 3058/13
3093/7 3135/14
3137/25 3142/9
3142/12 3142/16
file [2] 3073/4 3130/3
final [8] 3039/22
3052/18 3052/24
3062/20 3090/13
3090/14 3090/15
3101/10
finally [3] 3112/3
3113/7 3113/14
financial [1] 3129/10
find [3] 3024/3 3054/20
3131/10
finding [1] 3030/12
fine [3] 3005/17
3059/14 3125/17
fingered [1] 3138/5
finish [1] 3073/22
firearm [2] 3104/20
3129/1
firearms [5] 3021/24
3108/4 3126/25
3128/14 3128/15
fires [1] 3129/2
firing [1] 3128/7
first [15] 3007/19
3014/11 3050/23
3053/23 3081/6
3084/10 3085/10
3090/1 3090/3 3098/8
3098/24 3107/25
3129/20 3129/23
3144/12
Fischer [10] 2999/16
2999/16 3003/20
3121/18 3122/1 3122/6
3123/9 3124/23
3137/21 3144/25
fischerandputzi [1]
2999/19
fish [1] 3118/24
fit [1] 3035/19
five [4] 3039/22
3052/18 3061/3 3138/5
five-fingered [1]
3138/5
FL [2] 3025/4 3118/4
flag [9] 3033/23
3069/17 3101/23
3101/24 3101/25
3102/2 3102/3 3102/5
3102/7
flags [1] 3046/20
flash [3] 3068/7
3113/17 3113/19
flashed [2] 3117/2
3117/14
flip [2] 3103/2 3104/21
floor [1] 3104/14
Florida [26] 3016/17

3020/1 3044/7 3072/3
3082/2 3086/21
3096/21 3124/12
3125/20 3125/24
3126/3 3126/15
3126/23 3126/25
3127/1 3127/10
3127/13 3127/19
3127/21 3127/23
3136/21 3143/1 3143/2
3143/4
flying [1] 3033/19
focus [2] 3046/5
3047/4
focusing [1] 3135/25
folks [2] 3071/1
3127/21
follow [3] 3052/14
3101/18
followed [4] 3021/23
3066/22 3072/20
3073/5
following [15] 3005/8
3014/5 3038/16 3039/9
3054/10 3055/6
3077/24 3112/20
3112/25 3113/4 3113/9
3113/10 3113/16
3114/5 3138/22
follows [3] 3006/6
3013/8
fool's [2] 3045/4
3045/17
footage [2] 3105/19
3105/22
force [8] 3049/1
3092/16 3093/1 3129/8
3141/12 3141/17
3141/18 3141/23
forced [1] 3021/20
foregoing [1] 3146/3
form [1] 3052/6
format [4] 3065/19
3080/20 3084/13
3084/24
formed [4] 3141/17
3141/18 3141/23
3142/1
former [1] 3025/25
FormerFeds [1]
2999/12
formerfedsgroup.com
[1] 2999/14
formulation [1]
3008/21
forum [4] 3051/12
3060/10 3077/1 3077/3
forward [25] 3024/3
3026/1 3027/15 3031/2
3032/9 3035/5 3035/5
3035/9 3039/18
3040/14 3048/19
3052/22 3062/20
3068/3 3072/15
3076/23 3081/25
3094/10 3094/24
3103/2 3104/24 3105/2

forwarded [1] 3137/10
found [2] 3132/11
3136/19
foundation [7] 3022/6
3034/24 3059/6 3059/9
3059/10 3059/12
3100/4
founders [5] 3025/15
3026/5 3026/7 3026/8
3027/1
four [4] 3007/15
3007/17 3007/22
3053/11
fourth [1] 3029/10
frame [1] 3074/2
fraud [4] 3045/21
3129/7 3129/7 3129/11
freaking [1] 3041/25
Freedom [1] 3082/3
French [1] 3100/1
Friday [1] 3007/20
friend [2] 3009/7
3097/5
friends [1] 3088/20
front [11] 2998/15
3022/14 3033/20
3064/7 3107/14 3109/8
3113/25 3114/24
3115/5 3115/12 3138/2
fucking [2] 3093/8
3097/19
full [6] 3062/23
3062/24 3071/23
3086/17 3086/17
3096/22
fully [1] 3113/21
fun [1] 3085/20
fur [1] 3048/15
further [5] 3009/20
3013/7 3024/14
3024/14 3115/19
future [1] 3024/15
FYI [1] 3066/22

G

Galaxy [1] 3113/2
Game [2] 3093/21
3094/7
gather [3] 3083/22
3121/8 3142/5
gator [35] 3020/6
3020/11 3020/13
3023/21 3023/23
3024/11 3027/17
3027/23 3033/10
3033/17 3033/25
3034/9 3035/15
3036/10 3039/22
3041/7 3041/11
3041/20 3044/3
3046/22 3047/18
3047/25 3050/2
3062/21 3064/23
3066/19 3066/20
3069/16 3069/20
3069/20 3071/11
3072/3 3072/6 3072/14

Gator 242 [4] 3023/21
3023/23 3024/11
3034/9
Gator 6 [2] 3072/3
3072/14
gave [4] 3016/16
3137/4 3139/16 3145/8
gears [1] 3063/2
Gen [3] 3031/4 3031/5
3033/4
Gen X [3] 3031/4
3031/5 3033/4
general [5] 3116/3
3119/1 3123/19
3123/20 3141/7
generally [3] 3019/4
3028/4 3116/7
generation [1] 3024/4
gentleman [1] 3139/6
gentlemen [7] 3012/10
3015/19 3028/2
3036/22 3067/18
3091/19 3145/7
genuine [1] 3059/9
GenX [7] 3040/16
3040/17 3040/19
3041/24 3043/22
3045/1 3045/5
get [34] 3004/1 3004/9
3004/14 3004/20
3005/9 3006/12
3012/12 3023/3
3023/11 3030/5 3034/3
3034/4 3044/23
3049/21 3054/7 3064/8
3064/10 3086/5
3087/10 3091/3
3100/14 3110/14
3121/5 3122/1 3125/14
3125/14 3125/16
3126/10 3129/22
3138/11 3143/18
3144/5 3144/9 3144/21
getting [3] 3027/21
3030/22 3131/6
Geyer [7] 2999/11
3003/18 3103/25
3104/6 3106/12 3108/7
3110/13
GG [4] 3029/6 3048/23
3048/23 3050/20
GG Sol [3] 3048/23
3048/23 3050/20
give [7] 3006/4 3047/3
3049/8 3135/2 3135/23
3138/9 3141/25
given [2] 3018/18
3079/20
giving [2] 3012/13
3143/10
Glen [1] 2999/18
Glock [2] 3113/6
3113/6
gmail.com [1] 2998/9
go [185]
go ahead [5] 3016/9
3056/17 3110/15

**G**

go ahead... [2] 3123/1
3124/23
**GoBag [2]** 3104/13
3104/16
**God [1]** 3032/24
**goes [4]** 3009/3 3050/4
3062/5 3134/6
**going [81]** 3005/4
3005/6 3007/23 3014/9
3014/18 3017/14
3024/13 3027/24
3027/24 3031/2 3032/9
3034/3 3034/4 3035/21
3035/22 3035/24
3038/7 3039/18
3041/13 3041/15
3042/1 3042/2 3042/13
3045/3 3048/12
3053/24 3054/20
3058/8 3058/13 3059/8
3060/18 3069/2 3073/2
3077/11 3079/5
3082/11 3082/18
3085/10 3086/3
3086/15 3086/19
3088/17 3089/1 3089/4
3089/14 3089/23
3091/6 3091/10
3091/10 3091/17
3093/5 3093/12
3093/17 3093/23
3094/10 3095/18
3096/23 3097/23
3098/25 3100/9
3101/11 3103/9
3103/17 3103/21
3103/21 3112/22
3116/3 3119/4 3119/7
3119/15 3119/16
3120/12 3128/22
3131/6 3133/7 3136/2
3137/11 3138/8
3138/25 3139/3
3139/20
**gone [1]** 3130/25
**good [11]** 3003/5
3003/23 3012/10
3023/3 3034/4 3093/8
3093/13 3115/25
3116/1 3116/25 3117/1
**good morning [3]**
3012/10 3115/25
3116/1
**goon [1]** 3026/23
**goons [2]** 3027/2
3027/8
**got [7]** 3027/3 3034/3
3058/12 3129/8 3133/4
3134/22 3138/2
**GoToMeeting [10]**
3072/8 3072/20
3072/23 3134/20
3134/24 3135/5 3135/8
3135/12 3135/19
3135/21
**GoToMeetings [1]**
3135/1

**government [2]**
2997/14 3003/13
3005/15 3006/1 3007/4
3007/5 3007/14 3008/1
3013/6 3032/15
3032/18 3056/14
3057/11 3058/23
3117/2 3120/4 3120/10
3120/17 3121/9
3121/12 3122/22
**government's [25]**
3001/5 3002/3 3006/9
3008/1 3013/21
3013/25 3017/10
3036/14 3037/25
3055/7 3063/24
3067/16 3070/11
3073/19 3081/4
3085/13 3088/12
3098/21 3103/12
3104/7 3106/15 3110/2
3111/15 3111/19
3114/19
**government's exhibit
[1]** 3006/9
**Governor [1]** 2999/17
**grand [2]** 3130/22
3134/22
**Grant [1]** 3032/19
**Graydon [8]** 3031/6
3031/9 3033/4 3040/17
3040/20 3041/24
3043/22 3045/6
**Graydon Young [1]**
3031/9
**great [4]** 3005/19
3035/17 3039/23
3082/20
**green [5]** 3015/11
3076/17 3108/8
3109/12 3113/11
**Greene [1]** 3076/13
**Greg [2]** 3008/10
3010/11
**Greg Smith [2]**
3008/10 3010/11
**ground [4]** 3010/6
3045/24 3049/1 3072/3
**grounds [1]** 3083/7
**group [5]** 3022/22
3092/16 3093/7
3093/20 3094/5
**groups [2]** 3068/23
3092/19
**guard [1]** 3082/3
**guerilla [2]** 3051/14
3060/12
**guess [6]** 3005/14
3009/23 3031/24
3108/4 3136/8 3136/20
**guessed [1]** 3045/2
**guest [1]** 3018/14
**guidance [1]** 3143/11
**guillotine [4]** 3099/20
3099/21 3099/22
3101/5
**gun [7]** 3105/7 3105/8
3113/11 3126/16

**gun-control [1]**
3126/16
**guns [11]** 3056/20
3056/22 3062/11
3123/24 3125/8
3125/12 3126/21
3126/22 3140/17
3142/17 3144/2
**gut [1]** 3035/18
**guy [1]** 3023/6
**guys [3]** 3048/11
3055/4 3095/18

─────────────

**H**

**Hackett [9]** 3018/20
3018/22 3018/23
3075/2 3075/14 3111/9
3111/11 3111/12
3112/9
**Hackett's [2]** 3112/10
3112/20
**Hacksaw [5]** 3069/22
3069/24 3070/4 3070/6
3070/15
**Hacksaw Jim Duggan
[5]** 3069/22 3069/24
3070/4 3070/6 3070/15
**had [27]** 3004/4 3004/7
3007/3 3007/5 3009/25
3012/11 3012/17
3013/18 3028/23
3054/1 3062/13 3071/1
3079/3 3079/19
3102/24 3105/25
3118/21 3122/16
3122/18 3123/14
3129/20 3132/22
3133/1 3134/10
3134/20 3136/23
3139/12
**half [2]** 3142/23
3143/25
**Haller [10]** 2999/6
2999/7 3003/16
3005/23 3055/15
3056/2 3057/21
3058/10 3058/12
3059/7
**hallerjulia [1]** 2999/10
**hallway [1]** 3124/15
**Hancock [1]** 3027/3
**hand [12]** 3006/3
3006/16 3019/7
3022/13 3022/17
3052/18 3066/4
3070/17 3070/19
3106/18 3121/18
3123/14
**handed [1]** 3130/3
**handgun [3]** 3104/21
3113/6 3113/6
**handled [1]** 3129/7
**Haney [2]** 3075/20
3075/21
**hang [8]** 3055/6
3055/15 3059/7
3093/19 3094/5

**3125/13
hangout [3]** 3019/14
3025/4 3118/5
**happen [1]** 3050/11
**happened [8]** 3027/1
3032/1 3032/4 3032/6
3042/14 3055/21
3098/1 3112/15
**happening [3]** 3010/23
3076/2 3090/1
**happens [4]** 3034/6
3034/6 3089/14
3097/21
**happy [3]** 3010/6
3047/14 3054/21
**Harrelson [17]** 2999/11
3003/8 3003/18
3014/22 3072/12
3074/15 3075/1 3076/6
3102/17 3102/23
3106/8 3106/25
3107/12 3108/1
3120/18 3132/5
3143/15
**Harrelson's [9]**
3015/13 3103/8
3104/15 3106/2
3106/18 3107/15
3108/9 3110/19
3110/22
**Harris [54]** 3013/1
3013/6 3013/12
3013/15 3013/23
3022/12 3034/21
3036/4 3036/16 3037/3
3037/15 3038/4
3038/18 3039/2 3046/3
3052/17 3053/19
3054/21 3059/24
3061/1 3064/2 3065/9
3066/4 3066/23 3067/5
3068/6 3070/2 3070/14
3073/2 3073/7 3073/12
3074/2 3074/13
3074/19 3077/18
3080/3 3080/6 3080/11
3084/3 3084/8 3087/16
3094/11 3094/14
3094/22 3101/9
3101/22 3102/9
3104/12 3111/23
3113/25 3115/24
3129/6 3130/18
3145/13
**Harris' [1]** 3006/2
**Harrisburg [1]** 2998/15
**has [34]** 3007/14
3013/22 3045/10
3045/17 3047/10
3053/19 3058/19
3064/6 3068/16 3077/3
3078/5 3094/18
3096/21 3104/10
3107/24 3108/1 3108/2
3109/17 3111/2 3115/7
3115/9 3115/15
3115/16 3117/2 3121/9

**3125/13 3121/17
3123/4 3123/4 3123/17
3126/15 3127/1
3128/21 3129/3
**hasn't [1]** 3028/11
**have [117]** 3003/24
3004/6 3005/8 3005/17
3008/21 3009/12
3009/12 3009/22
3011/1 3012/21
3016/22 3016/23
3021/23 3026/13
3030/12 3031/24
3034/2 3035/20
3035/21 3039/6
3040/25 3045/2 3046/4
3046/13 3047/14
3047/21 3049/14
3054/19 3058/21
3058/25 3059/10
3062/11 3063/2 3063/5
3063/10 3063/11
3064/13 3065/9
3065/11 3065/21
3065/23 3066/23
3066/25 3067/5 3067/6
3069/1 3070/2 3070/14
3070/16 3073/7 3073/9
3077/20 3080/2
3080/17 3080/19
3083/14 3083/17
3083/19 3084/3 3084/5
3084/8 3084/9 3084/15
3084/20 3084/22
3085/1 3085/3 3085/20
3086/16 3092/2 3092/8
3092/15 3092/16
3092/19 3094/14
3094/16 3095/25
3101/1 3101/3 3101/16
3103/3 3105/23 3106/1
3106/3 3109/5 3109/8
3112/5 3113/15
3113/25 3114/17
3114/24 3115/5
3115/12 3116/2 3118/7
3119/6 3119/19
3123/23 3124/18
3128/14 3130/11
3130/21 3130/24
3131/12 3131/15
3131/16 3131/19
3132/12 3132/14
3134/10 3135/5 3135/8
3135/19 3137/20
3139/3 3143/14
3144/21
**haven't [5]** 3004/10
3127/22 3133/1
3137/14 3141/8
**having [3]** 3013/6
3118/25 3143/24
**he [130]** 3014/8
3014/14 3014/16
3014/21 3015/1
3015/13 3015/19
3021/4 3021/5 3021/18
3023/3 3025/3 3026/11

he... [117] 3026/12
3026/21 3026/22
3027/25 3027/25
3028/6 3028/13
3028/13 3028/17
3029/22 3030/11
3030/15 3030/19
3031/22 3031/23
3032/22 3033/5
3033/11 3033/19
3033/21 3034/2
3034/11 3034/25
3035/13 3035/17
3039/11 3039/13
3040/25 3041/21
3042/25 3043/5 3043/5
3043/8 3043/11
3043/23 3044/4
3044/13 3044/13
3044/22 3045/2 3045/9
3045/10 3045/25
3046/12 3046/12
3046/12 3046/13
3046/19 3047/10
3047/10 3047/12
3047/13 3048/3
3048/14 3050/25
3058/5 3058/20
3058/20 3061/13
3062/23 3064/24
3066/20 3070/17
3070/18 3072/4 3075/8
3076/14 3076/15
3083/5 3085/16 3086/1
3087/6 3087/10 3091/3
3091/11 3091/12
3092/1 3092/7 3092/15
3093/1 3093/19 3095/5
3095/8 3096/21
3096/22 3096/22
3096/23 3097/13
3097/22 3107/20
3107/23 3107/24
3108/1 3108/1 3117/23
3117/24 3120/25
3121/15 3121/17
3121/22 3121/24
3122/1 3122/10
3122/12 3122/17
3122/18 3122/19
3122/22 3123/4 3123/5
3126/19 3126/19
3136/3 3136/4 3139/9
3139/16 3143/25
he is [1] 3058/20
He needs [1] 3072/4
he said [7] 3023/3
3040/25 3043/5
3046/12 3046/19
3066/20 3121/24
he'll [1] 3116/11
he's [14] 3024/4
3027/25 3040/11
3053/13 3056/5
3056/22 3069/25
3091/11 3095/14
3121/13 3121/14

head [1] 3004/10
headed [2] 3028/2
3091/19
header [1] 3038/16
heading [1] 3049/20
headline [1] 3036/20
health [1] 3129/7
hear [6] 3006/23
3006/25 3013/16
3033/13 3034/5
3124/20
heard [1] 3127/15
hearing [1] 3012/16
hearsay [7] 3015/9
3034/24 3035/1
3036/11 3036/12
3077/23 3077/25
heavy [1] 3057/8
3061/14 3095/25
hectic [1] 3082/12
heed [1] 3035/13
hell [6] 3026/25
3033/14 3037/5 3038/7
3041/13 3092/12
help [6] 3023/7 3077/1
3077/4 3077/5 3078/7
3079/16
helpful [1] 3056/17
here [107] 3004/15
3005/2 3005/9 3010/6
3011/4 3014/10 3015/3
3018/11 3018/23
3019/7 3020/24
3024/20 3026/6
3027/19 3027/23
3029/1 3029/9 3029/18
3029/25 3030/13
3031/10 3032/12
3035/6 3035/12
3035/18 3036/1 3037/9
3039/19 3041/16
3043/14 3043/21
3044/12 3048/2
3048/11 3048/23
3048/25 3049/16
3049/25 3050/3
3050/24 3052/18
3052/24 3052/25
3054/23 3055/3
3058/13 3059/12
3061/7 3066/5 3068/25
3069/7 3071/8 3071/20
3072/16 3073/2
3074/14 3074/21
3075/9 3075/25
3076/17 3076/24
3077/12 3081/13
3081/17 3081/25
3082/9 3083/9 3083/15
3083/20 3084/23
3085/2 3085/10 3086/9
3086/15 3086/19
3086/25 3088/17
3089/1 3089/23
3090/25 3091/6
3091/17 3091/24
3093/5 3093/12

3097/3 3097/21 3098/7
3098/9 3098/25 3100/9
3101/11 3101/22
3107/13 3108/22
3111/11 3111/12
3112/23 3116/6
3117/12 3124/10
3130/11 3132/4 3139/6
3143/7
hide [1] 3021/20
highlighted [1]
3007/17
Highway [1] 2999/17
Hill [1] 3131/25
Hillsborough [1]
3021/21
him [39] 3005/5 3005/6
3005/11 3014/17
3028/12 3029/24
3035/2 3039/13 3043/7
3043/8 3043/12
3044/15 3044/17
3044/23 3045/9
3045/19 3045/23
3045/24 3045/25
3045/25 3046/24
3047/5 3048/16
3053/13 3053/22
3056/10 3058/7
3058/16 3058/21
3059/13 3071/7
3076/16 3081/12
3102/23 3116/18
3121/22 3122/23
3122/25 3125/15
himself [3] 3014/14
3014/15 3014/16
his [22] 3008/20
3043/5 3044/14
3044/16 3044/17
3046/1 3047/4 3047/6
3048/15 3055/17
3070/17 3070/18
3070/19 3072/12
3075/3 3075/4 3075/5
3075/7 3075/22
3106/19 3139/12
3140/7
history [2] 3042/21
3097/23
hold [1] 3059/7
Holden [2] 3075/20
3075/21
holding [1] 3011/3
holds [3] 3051/18
3051/22 3060/14
home [3] 3099/18
3108/9 3112/20
honest [1] 3024/13
honestly [2] 3127/20
3127/23
Honor [75] 3003/5
3004/4 3004/25 3005/8
3005/20 3005/24
3006/11 3007/2
3007/16 3015/24
3017/8 3022/5 3031/19

3037/21 3053/7
3053/14 3053/24
3054/15 3055/14
3055/19 3056/4 3056/7
3057/1 3057/2 3057/15
3057/19 3058/8
3058/11 3058/15
3058/25 3059/4
3059/17 3059/21
3063/20 3065/24
3067/10 3070/9
3073/15 3077/11
3078/20 3080/23
3085/4 3088/8 3098/17
3100/3 3104/1 3104/4
3106/13 3107/20
3107/23 3108/12
3110/6 3110/24
3111/16 3112/16
3115/19 3121/2
3121/13 3121/20
3121/24 3122/14
3125/9 3125/11
3126/17 3127/7 3128/9
3137/17 3137/18
3137/22 3139/17
3145/4 3145/21
HONORABLE [2]
2997/9 3003/2
hope [2] 3012/11
3044/18
host [1] 3077/9
hosts [2] 3074/9
3077/6
hotel [6] 3016/17
3017/18 3140/17
3142/17 3143/25
3144/2
hotmail.com [1]
2999/19
hour [1] 3012/19
hours [1] 3004/19
house [4] 3039/12
3047/12 3049/2 3106/2
how [27] 3006/6
3006/10 3007/12
3020/17 3024/11
3031/7 3039/22
3040/16 3047/18
3052/4 3052/10 3064/3
3071/11 3075/21
3083/14 3084/15
3090/10 3090/20
3107/20 3107/23
3110/19 3115/24
3116/25 3130/10
3131/19 3137/5 3145/2
How's [1] 3046/24
Hughes [2] 2997/15
3003/12
hundred [1] 3047/20
hundreds [3] 3084/15
3084/18 3087/21
hunt [2] 3083/12
3127/21
hunters [1] 3127/22
hunting [7] 3082/20

3083/17 3127/9
3127/16
hunts [1] 3127/21
Hyper [1] 3054/10

I

I also [1] 3004/9
I am [5] 3020/3
3025/19 3092/21
3108/19 3143/7
I apologize [1] 3006/19
I believe [18] 3025/22
3027/10 3028/6
3041/18 3050/21
3055/2 3055/19
3075/17 3076/2
3099/25 3101/10
3102/1 3104/22
3121/24 3124/1
3128/16 3129/6 3137/7
I can [7] 3006/3 3006/4
3013/24 3016/4 3023/7
3056/25 3100/4
I can't [3] 3120/16
3127/23 3141/8
I couldn't [2] 3142/2
3142/2
I did [5] 3005/10
3013/17 3036/2 3068/8
3107/17
I didn't [1] 3112/14
I didn't know [1]
3006/23
I don't [19] 3004/18
3009/20 3010/3
3015/24 3028/17
3045/12 3051/1 3060/3
3106/11 3117/16
3119/3 3119/15
3119/21 3122/9
3122/11 3124/21
3134/10 3142/25
3144/6
I figure [1] 3093/7
I gave [1] 3145/8
I guess [5] 3005/14
3009/23 3031/24
3108/4 3136/8
I have [18] 3005/8
3009/22 3012/21
3021/23 3063/11
3065/23 3067/6
3070/16 3073/9
3080/19 3083/19
3084/5 3094/16 3101/3
3106/3 3130/21
3130/24 3143/14
I haven't [3] 3127/22
3137/14 3141/8
I hope [1] 3012/11
I just [2] 3094/19
3116/2
I know [7] 3083/13
3124/14 3126/21
3127/17 3127/21
3134/25 3135/4
I mean [14] 3010/5

**I**

**I mean... [13]** 3016/4
3021/13 3057/12
3075/10 3095/15
3105/22 3121/8
3122/17 3122/21
3126/9 3126/19
3131/23 3132/12
**I should [2]** 3031/24
3114/3
**I think [36]** 3004/12
3004/14 3005/10
3005/20 3008/12
3009/16 3022/9
3028/12 3030/12
3034/4 3034/25 3045/9
3052/14 3079/4 3079/5
3079/8 3079/14
3079/19 3085/7
3096/25 3108/6
3108/10 3112/11
3114/17 3118/2
3118/21 3119/18
3121/20 3122/2
3122/21 3122/24
3125/14 3126/12
3127/14 3130/8 3145/3
**I thought [7]** 3015/19
3016/7 3054/1 3054/10
3055/7 3055/7 3121/25
**I understand [3]**
3008/10 3057/13
3143/4
**I want [4]** 3012/12
3013/21 3083/1
3086/10
**I wanted [1]** 3116/4
**I was [11]** 3014/4
3054/9 3057/20 3059/4
3069/4 3102/11
3102/15 3102/20
3102/22 3103/21
3129/12
**I wasn't [1]** 3136/3
**I will [7]** 3049/17
3058/22 3059/14
3072/4 3086/16 3092/2
3132/11
**I would [1]** 3133/17
**I wouldn't [10]**
3123/21 3126/12
3127/20 3131/2
3132/14 3134/25
3135/23 3143/13
3143/20 3144/10
**I'd [8]** 3004/19 3036/7
3063/20 3065/24
3067/10 3096/6
3106/10 3109/24
**I'll [17]** 3007/23 3008/3
3012/20 3013/1 3023/7
3023/7 3024/16 3035/3
3050/4 3062/5 3073/22
3078/18 3079/18
3094/18 3119/14
3127/6 3137/15
**I'm [60]** 3004/19
3004/24 3005/4

3007/25 3010/5 3010/7
3015/16 3016/1 3016/2
3016/19 3017/5
3019/19 3021/19
3021/19 3021/20
3021/21 3022/1
3023/15 3024/13
3024/15 3031/13
3031/25 3032/24
3034/12 3044/5
3044/23 3045/3
3047/11 3049/19
3050/17 3050/25
3053/12 3053/22
3055/6 3056/12
3056/14 3056/16
3058/3 3060/3 3066/20
3077/11 3079/5 3083/4
3083/9 3086/10
3097/19 3106/6
3118/12 3120/14
3123/15 3127/22
3136/2 3136/2 3137/11
3138/8 3138/25 3139/3
3139/20 3141/14
3144/25
**I'm going [8]** 3024/13
3045/3 3079/5 3136/2
3137/11 3138/8
3138/25 3139/20
**I'm just [2]** 3014/9
3053/12
**I'm not [8]** 3005/4
3016/2 3055/6 3066/20
3083/9 3118/12
3120/14 3123/15
**I'm not sure [1]**
3056/16
**I'm sorry [6]** 3015/16
3017/5 3019/19
3031/13 3053/22
3083/4
**I've [15]** 3012/13
3068/25 3069/17
3075/22 3080/11
3116/7 3117/24
3123/14 3125/5
3127/11 3129/19
3129/20 3129/21
3138/13 3143/7
**idea [4]** 3012/22
3107/25 3108/1 3108/2
**ideas [1]** 3099/17
**identification [16]**
3014/19 3014/25
3015/5 3015/25 3016/3
3016/4 3077/22 3079/7
3079/8 3079/9 3079/11
3079/14 3103/4
3103/10 3107/6 3107/8
**identifications [1]**
3014/6
**identified [4]** 3014/16
3014/21 3015/1
3106/24
**identifies [1]** 3078/2
**identify [12]** 3014/14
3020/12 3020/17

3075/13 3075/16
3075/19 3076/8 3078/7
3079/16 3107/10
**identity [2]** 3020/12
3031/5
**ignore [1]** 3079/21
**III [3]** 2997/6 2998/2
3003/7
**illegal [3]** 3128/6
3134/16 3143/24
**image [8]** 3099/8
3099/14 3099/19
3099/20 3101/5
3101/18 3101/20
3101/23
**imagination [1]** 3065/4
**IMF [2]** 3051/12
3060/10
**IMHO [1]** 3041/14
**immediately [2]** 3005/7
3054/14
**IMO [2]** 3030/5 3030/6
**important [3]** 3065/3
3131/4 3144/18
**importantly [1]** 3142/4
**impression [1]**
3122/22
**improper [1]** 3058/3
**inaccurate [1]** 3007/11
**inanimate [2]** 3078/13
3079/10
**include [4]** 3033/21
3078/6 3088/5 3122/3
**included [2]** 3060/21
3060/24
**including [4]** 3079/6
3104/23 3105/10
3130/19
**incorrect [1]** 3056/19
**index [4]** 3001/2
3001/8 3005/25 3006/8
**indicated [3]** 3129/6
3136/8 3138/21
**indictment [2]** 3122/1
3122/3
**indictments [1]** 3122/2
**individual [7]** 3013/18
3014/21 3018/24
3037/15 3075/19
3079/14 3103/22
**individuals [6]** 3064/14
3074/23 3131/15
3131/16 3141/4 3141/4
**indulgence [3]** 3081/1
3109/2 3138/6
**information [9]**
3069/12 3081/22
3105/24 3105/25
3134/23 3135/20
3142/5 3143/18
3144/22
**ing [1]** 3079/6
**inherent [1]** 3032/14
**initial [2]** 3122/7
3122/25
**initially [2]** 3102/22
3120/17

3014/25 3015/19
3092/20
**initiate [1]** 3039/15
**Inn [2]** 3017/15
3105/20
**inner [1]** 3083/10
**inoperable [3]** 3109/20
3115/7 3115/15
**inside [6]** 3033/13
3034/6 3105/8 3132/4
3132/23 3132/25
**inspections [1]** 3049/4
**instead [1]** 3044/17
**instructed [1]** 3079/20
**instructions [2]**
3067/12 3143/11
**insurrection [8]**
3029/14 3029/15
3029/16 3039/14
3045/20 3045/23
3047/5 3096/22
**Insurrection Act [6]**
3029/14 3039/14
3045/20 3045/23
3047/5 3096/22
**insurrections [1]**
3043/6
**intel [1]** 3043/11
**intended [1]** 3046/20
**intent [2]** 3133/13
3133/14
**interactions [4]** 3088/4
3088/5 3088/6 3088/7
**interested [3]** 3004/19
3140/21
**interfere [2]** 3119/16
3119/22
**interior [1]** 3105/7
**Internet [1]** 3068/23
**interpreted [1]** 3078/6
**interrupt [3]** 3036/21
3119/2 3144/25
**interview [7]** 3014/3
3136/24 3137/5
3138/21 3140/8
3143/19 3144/3
**interviewed [4]**
3131/19 3136/9
3139/12 3139/12
**interviewing [2]**
3130/19 3131/5
**interviews [2]** 3141/8
3141/10
**invaded [1]** 3035/20
**investigate [3]** 3129/23
3143/11 3143/12
**investigated [3]**
3129/10 3129/19
3135/13
**investigating [8]**
3123/14 3129/11
3129/20 3133/13
3134/9 3134/14
3140/23 3140/24
**investigation [26]**
3016/15 3063/3
3064/13 3074/7

3014/25 3015/19
3092/20
**initiate [1]** 3039/15
3117/8 3119/25
3120/18 3123/17
3130/6 3131/8 3131/17
3132/1 3133/11
3133/16 3133/18
3133/25 3134/19
3135/24 3141/15
3142/7 3143/5 3143/14
3143/15 3143/17
**investigations [3]**
3125/23 3129/15
3141/11
**investigatory [2]**
3130/19 3135/14
**invoke [1]** 3039/13
**involved [6]** 3102/10
3116/4 3117/14
3134/15 3135/21
3141/13
**involving [1]** 3140/25
**Iran [3]** 3051/14
3060/13
**irrelevant [1]** 3054/4
**is [422]**
**is that correct [23]**
3029/11 3048/20
3053/3 3061/24
3062/14 3081/8
3110/21 3117/4 3117/9
3117/15 3117/22
3118/3 3118/20 3129/9
3136/12 3136/16
3136/25 3137/6 3139/1
3139/7 3140/14
3140/18 3142/14
**is that fair [4]** 3125/24
3129/18 3131/17
3141/1
**is that right [1]**
3007/15
**is there [4]** 3031/3
3042/3 3056/24
3125/12
**Isaacs [3]** 3081/10
3081/13 3113/1
**Isaacs' [4]** 3080/15
3081/8 3081/19 3083/3
**islands [2]** 3051/16
3060/14
**isn't [5]** 3097/5 3118/6
3120/9 3123/23
3138/15
**ISP [1]** 3135/13
**issue [3]** 3003/25
3007/20 3133/10
**issues [2]** 3009/11
3010/25
**it [185]**
**it would be [2]**
3057/19 3130/4
**it's [91]** 3004/12
3006/3 3006/4 3007/6
3007/8 3008/6 3008/7
3008/8 3009/16
3010/16 3012/15
3015/10 3016/4 3019/9
3019/11 3024/3

3160

**I**

it's... [75] 3025/15
3027/19 3027/24
3027/24 3029/6 3031/1
3031/6 3031/17 3034/3
3034/25 3035/8
3036/11 3036/12
3036/12 3037/24
3038/10 3038/19
3044/3 3045/17 3048/5
3048/11 3048/14
3052/8 3052/13
3053/10 3053/11
3053/12 3053/24
3055/1 3057/4 3058/3
3061/11 3066/1 3066/2
3066/20 3068/22
3068/22 3071/16
3075/14 3076/10
3077/8 3077/14
3078/19 3079/4 3079/8
3080/20 3081/19
3082/11 3085/7 3087/3
3089/6 3089/10
3091/10 3091/18
3094/25 3099/18
3100/5 3101/23
3103/19 3110/4 3110/5
3110/19 3110/20
3120/15 3126/9
3128/22 3129/21
3131/4 3132/8 3132/19
3132/25 3133/5
3133/17 3141/21
3144/9
It's like [1] 3053/11
item [13] 3071/19
3078/14 3109/9
3109/10 3109/11
3109/12 3109/15
3112/21 3112/22
3113/2 3113/12
3113/19 3114/10
items [15] 3004/19
3071/14 3078/6 3105/9
3109/1 3109/8 3111/8
3111/25 3112/20
3112/25 3113/4
3113/16 3114/3 3114/4
3114/5
its [2] 3068/22 3103/16
itself [2] 3032/6 3130/9

**J**

J.D [1] 3014/25
James [2] 2998/7
3003/14
James Lee Bright [1]
3003/14
Jan [7] 3033/19 3037/5
3063/4 3082/2 3086/1
3113/21 3118/5
Jan. [6] 3049/6
3063/18 3065/14
3065/16 3066/13
3113/18
Jan. 3rd [1] 3049/6
January [44] 3012/15
3053/4 3016/1 Document
3032/1 3038/7 3038/22
3039/9 3041/13
3050/12 3069/9
3071/25 3072/18
3073/3 3082/1 3082/14
3084/2 3092/20
3096/12 3097/7
3097/17 3097/25
3101/15 3102/9
3108/17 3118/19
3119/13 3119/25
3120/1 3121/23
3123/11 3123/25
3124/6 3129/8 3129/12
3129/13 3134/3
3134/17 3139/24
3140/3 3140/9 3141/12
3142/10 3142/21
3143/12
January 1st [1] 3069/9
January 3rd [8]
3072/18 3082/1
3082/14 3084/2
3096/12 3097/7
3097/17 3097/25
January 5th [1] 3073/3
January 6th [29]
3012/15 3013/19
3016/17 3032/1 3038/7
3038/22 3039/9
3041/13 3050/12
3102/9 3108/17
3118/19 3119/13
3119/25 3120/1
3121/23 3123/25
3124/6 3129/8 3129/12
3129/13 3134/3
3134/17 3139/24
3140/3 3140/9 3141/12
3142/10 3143/12
Jason [11] 3015/1
3029/19 3029/20
3029/21 3075/1
3081/13 3108/18
3108/20 3109/13
3113/9 3113/10
Jason Dolan [5]
3029/21 3075/1
3108/18 3109/13
3113/10
Jason Dolan's [1]
3113/9
jcrisp [1] 2998/16
jeans [1] 3071/22
Jeffrey [2] 2997/14
3003/11
jeffrey.nestler [1]
2997/20
Jeremy [30] 3016/16
3017/24 3029/6 3029/7
3029/13 3048/24
3048/25 3050/7 3050/9
3050/24 3052/5
3052/10 3053/2
3053/23 3054/12
3056/20 3057/2 3057/4
3057/7 3057/10 3060/2
3160
3067/25061/Filed 3662/22/202334 31 Page 164 of 178
3087/7 3091/8 3091/25
3095/12 3095/13
3097/12
Jeremy Brown [17]
3016/16 3017/24
3029/6 3048/25 3050/7
3050/9 3050/24 3052/5
3052/10 3053/2
3053/23 3054/12
3057/4 3060/2 3061/4
3061/7 3062/8
Jeremy Brown's [2]
3029/13 3057/10
Jeremy Liggett [4]
3087/7 3091/8 3095/12
3095/13
Jessica [2] 2998/14
3003/9
Jessica Watkins [1]
3003/9
Jim [5] 3069/22
3069/24 3070/4 3070/6
3070/15
jlbrightlaw [1] 2998/9
job [1] 3048/12
John [1] 3027/3
John Hancock [1]
3027/3
Johnston [1] 2998/11
join [4] 3072/19 3077/3
3077/5 3086/10
Jonathan [2] 2998/14
3003/19
Jonathan Crisp [1]
3003/19
Joseph [6] 3018/20
3018/22 3075/2 3111/9
3111/11 3112/20
Joseph Hackett [3]
3075/2 3111/9 3111/11
Joseph Hackett's [1]
3112/20
Jr [2] 2998/10 2999/2
judge [2] 2997/10
3064/8
Juli [2] 2999/6 3003/16
Juli Haller [1] 3003/16
JULIA [1] 2999/7
jumped [1] 3024/23
June [3] 3113/3 3114/5
3114/11
June 14th [1] 3113/3
jurors [1] 3012/5
jury [37] 2997/9 3012/7
3012/8 3012/17
3017/13 3019/3 3019/6
3020/4 3035/8 3036/13
3045/5 3057/17 3064/2
3065/19 3068/15
3077/17 3079/20
3079/25 3080/1
3080/21 3084/24
3090/25 3096/6 3100/9
3103/17 3109/22
3110/5 3111/23
3114/22 3115/3
3115/10 3115/14

**just [109]** 3006/4
3006/4 3006/8 3007/23
3007/24 3010/24
3012/12 3012/20
3012/24 3013/3 3014/9
3017/13 3017/17
3018/9 3018/21 3019/3
3019/6 3020/22
3021/13 3022/12
3023/6 3024/3 3028/8
3031/11 3031/16
3034/22 3035/2 3035/7
3035/9 3035/22
3036/21 3036/22
3037/16 3039/20
3040/11 3042/6 3043/7
3047/11 3050/5 3051/4
3052/13 3053/12
3053/22 3054/9 3057/8
3060/20 3061/14
3062/6 3066/6 3067/2
3067/18 3068/15
3068/16 3075/22
3077/21 3080/9
3080/20 3081/17
3082/5 3082/20 3083/6
3084/17 3088/3 3088/5
3088/7 3088/18
3090/12 3090/25
3094/19 3098/14
3098/23 3099/12
3103/2 3103/17
3103/24 3105/16
3110/4 3112/6 3112/12
3113/14 3116/2 3116/5
3116/7 3118/23
3119/18 3119/18
3121/18 3122/6 3123/3
3123/6 3124/10
3128/21 3130/8 3131/7
3131/10 3131/15
3132/14 3133/1
3133/18 3133/23
3134/6 3135/1 3138/11
3141/6 3143/17
3144/20 3145/2 3145/8
3145/13

**K**

K.H [2] 3014/18 3015/3
Kathryn [2] 2997/14
3003/11
Kathryn Rakoczy [1]
3003/11
kathryn.rakoczy [1]
2997/19
keep [1] 3016/8
Keeper [3] 3087/9
3087/12 3091/2
Keepers [10] 3020/2
3033/23 3075/7 3077/3
3077/9 3117/20
3122/18 3132/9
3140/13 3142/13
keeping [1] 3143/1
Kelly [53] 2999/2
3018/4 3018/15
3020/6 3021/3 3021/10
3023/2 3026/10
3027/18 3028/4 3029/2
3033/10 3033/17
3034/1 3035/16
3040/24 3048/1 3048/9
3050/2 3050/3 3052/2
3052/4 3052/12 3053/2
3062/22 3064/23
3069/16 3069/21
3071/12 3071/20
3072/6 3076/7 3083/25
3084/4 3084/21
3085/11 3087/5 3087/9
3087/12 3088/20
3089/24 3091/2 3092/6
3092/14 3095/3
3096/14 3096/20
3097/10 3098/12
3099/12 3101/2
3102/12
Kelly Meggs [35]
3003/8 3018/4 3018/15
3021/3 3021/10 3023/2
3026/10 3027/18
3028/4 3029/2 3033/10
3033/17 3034/1
3035/16 3040/24
3048/1 3048/9 3052/4
3053/2 3062/22
3069/16 3069/21
3071/12 3071/20
3084/21 3088/20
3092/6 3092/14 3095/3
3096/14 3097/10
3098/12 3099/12
3101/2 3102/12
Kelly Meggs' [2]
3052/2 3084/4
Kellye [2] 3007/9
3008/9
Kellye SoRelle [2]
3007/9 3008/9
KELSEY [2] 3013/6
3111/6
Kenneth [14] 2999/11
3003/8 3014/21 3041/7
3044/3 3046/23
3072/12 3074/15
3075/1 3076/6 3102/17
3106/25 3107/12
3143/15
Kenneth Harrelson [4]
3003/8 3072/12
3102/17 3106/25
Kentucky [2] 3076/1
3076/10
kept [1] 3144/14
kettle [1] 3118/24
kicked [2] 3087/11
3091/4
kind [5] 3008/7
3008/11 3068/7
3107/25 3116/3
kinetic [5] 3050/4
3050/5 3050/14 3062/5
3062/6

# K

kit [1] 3062/24
kits [2] 3062/23
3096/22
knew [1] 3144/19
know [67] 3006/23
3007/6 3007/12
3010/25 3027/8 3028/4
3028/13 3029/20
3031/5 3032/6 3037/8
3042/1 3043/10
3045/19 3045/25
3046/12 3047/12
3055/22 3059/10
3059/11 3069/2 3069/6
3075/21 3078/5
3083/13 3084/14
3100/15 3101/24
3107/20 3108/3
3117/23 3118/9
3121/10 3122/5 3124/7
3124/14 3124/21
3126/6 3126/12
3126/21 3127/15
3127/17 3127/20
3127/21 3130/10
3132/11 3132/13
3132/24 3132/25
3133/12 3133/16
3133/17 3133/18
3134/9 3134/25 3135/4
3135/25 3136/1 3139/1
3140/24 3141/16
3141/19 3141/22
3143/2 3144/6 3144/8
3144/13
knowledge [11]
3025/21 3042/21
3083/9 3117/19
3117/22 3119/10
3121/15 3123/4 3124/5
3124/7 3135/10
known [11] 3018/23
3020/24 3027/17
3033/17 3033/25
3035/15 3047/25
3062/22 3069/16
3071/11 3102/1

# L

LA [1] 2998/11
labeled [1] 3113/11
lack [3] 3034/24
3059/5 3059/9
ladies [5] 3012/10
3015/18 3036/22
3067/18 3145/6
laid [4] 3055/8 3056/21
3061/4 3062/8
largely [1] 3126/9
larger [2] 3040/18
3080/20
laser [1] 3046/5
LASSITER [1] 2998/3
last [11] 3006/19
3007/20 3015/18
3015/20 3029/15
3029/20 3038/25

3081/16
late [1] 3123/11
later [5] 3016/8
3069/15 3094/12
3137/25 3142/22
launch [2] 3051/15
3060/13
law [5] 2999/3 2999/7
3009/1 3039/6 3127/2
lawful [1] 3119/6
lawn [3] 2998/3 2998/7
3047/12
laws [1] 3126/16
lawyer [2] 3009/5
3009/6
lawyer' [1] 3008/24
lawyers [1] 3043/7
lax [1] 3126/15
lay [4] 3022/5 3034/25
3050/20 3100/4
laying [1] 3044/15
lays [2] 3050/10
3050/24
lead [5] 3035/21
3042/10 3042/13
3072/3 3086/21
leader [5] 3072/17
3122/10 3122/22
3122/23 3123/1
leaders [3] 3025/14
3025/14 3041/5
leadership [2] 3118/2
3122/18
leading [4] 3052/7
3058/1 3058/20 3059/5
learn [1] 3056/15
least [6] 3007/14
3026/25 3069/2 3092/8
3108/6 3131/1
leave [2] 3116/12
3133/20
leaving [1] 3122/21
led [3] 3121/22
3122/12 3122/20
Lee [2] 2998/7 3003/14
left [30] 3006/10
3007/3 3017/22 3018/2
3019/7 3020/25
3022/13 3022/17
3029/11 3029/25
3030/2 3031/10
3031/12 3045/3
3052/18 3066/4
3070/17 3070/19
3074/15 3074/25
3074/25 3075/4 3075/5
3076/6 3076/12
3076/19 3081/16
3107/13 3108/23
3111/13
left-hand [5] 3019/7
3022/13 3022/17
3052/18 3066/4
leftist [5] 3051/9
3051/14 3060/6
3060/12
legal [10] 3008/19

3121/14 3126/18
3126/22 3126/22
3128/10 3133/20
legally [1] 3105/17
LEO [2] 3051/13
3060/12
less [1] 3003/9
3131/21 3136/10
let [8] 3036/22 3044/17
3047/6 3051/4 3078/17
3100/14 3103/24
3133/23
let's [7] 3016/9 3025/8
3048/14 3058/12
3063/2 3110/4 3145/6
Let's see [1] 3048/14
letting [1] 3030/21
level [1] 3077/4
liberty [1] 3048/6
life [1] 3125/4
Liggett [15] 3087/7
3091/8 3091/18
3091/25 3092/7
3092/12 3092/25
3093/6 3093/13
3093/19 3093/25
3095/12 3095/13
3095/22 3097/12
like [25] 3004/2
3004/20 3021/6
3044/16 3045/3 3046/5
3048/2 3049/5 3053/11
3057/12 3057/23
3057/25 3058/4
3061/11 3067/18
3069/1 3079/10
3084/11 3096/6
3106/10 3130/8
3135/24 3139/1
3141/25 3144/17
likely [3] 3038/21
3039/14 3043/24
limited [2] 3078/4
3108/7
limiting [1] 3067/12
Lincoln [1] 3043/8
Linder [7] 2998/2
2998/3 3003/14 3008/3
3008/5 3011/5 3115/20
Lindsey [2] 3008/14
3010/24
Lindsey's [1] 3009/11
line [8] 3005/14
3021/21 3039/7
3047/22 3047/23
3083/1 3132/18 3142/3
link [15] 3034/17
3034/19 3035/25
3036/4 3049/6 3049/9
3066/22 3066/23
3067/7 3068/17
3072/20 3073/4 3073/8
3073/13 3093/24
link-up [1] 3049/6
link-ups [1] 3049/9
linked [1] 3079/9
Liquid [3] 3077/8

Lisa [4] 3096/14
3096/15 3096/16
3097/14
Lisa Quinter [1]
3096/14
listed [4] 3137/11
3138/25 3140/5 3140/6
listen [3] 3045/13
listening [1] 3047/22
literally [1] 3038/10
little [5] 3025/19
3047/21 3058/20
3077/14 3124/10
live [3] 3021/21
3125/19 3128/2
lived [2] 3125/4 3125/5
lives [1] 3026/25
living [3] 3027/3
3104/14 3126/21
LLC [2] 2998/14
2999/12
load [1] 3049/3
locate [1] 3135/20
location [1] 3017/18
log [1] 3101/1
logical [2] 3143/15
3143/17
logo [1] 3074/4
LOL [5] 3023/4
3030/13 3041/21
3050/25 3060/3
long [4] 3083/14
3095/1 3116/12
3130/10
look [25] 3004/6
3004/16 3004/19
3005/2 3005/5 3008/12
3016/5 3019/7 3022/12
3043/8 3046/20 3051/1
3051/1 3052/17 3060/4
3060/4 3066/4 3078/17
3079/3 3084/11 3114/8
3121/8 3130/4 3137/15
3144/21
looked [1] 3131/24
looking [16] 3016/6
3018/11 3020/4
3036/16 3039/20
3063/16 3064/16 3072/8
3073/12 3075/25
3104/10 3106/6
3106/23 3116/4
3128/21 3136/1
looks [2] 3102/6
3139/1
loose [4] 3037/6
3038/8 3041/13
3077/21
lose [1] 3042/2
lot [8] 3055/4 3084/13
3116/5 3116/17 3131/2
3133/5 3133/9 3135/1
Lots [2] 3024/5 3071/1
Louis [2] 2997/15
3003/12
Louis Manzo [1]
3003/12

Louisville [2] 3076/1
3076/10
love [1] 3024/4
luggage [4] 3015/12
3079/16 3107/11
3107/14
lunch [5] 3012/19
3145/6 3145/8 3145/15
3145/19
lying [1] 3043/7

# M

made [16] 3004/4
3008/18 3008/22
3008/25 3015/5
3072/24 3089/8
3089/25 3092/15
3099/12 3100/11
3105/24 3107/8 3121/9
3121/12 3130/14
magazines [1] 3105/11
main [2] 3089/21
3093/7
make [31] 3014/5
3014/19 3014/25
3026/14 3026/25
3027/25 3028/1
3031/16 3035/21
3046/1 3046/20 3047/6
3047/19 3048/12
3048/15 3049/19
3052/13 3059/8 3059/8
3065/21 3066/19
3091/11 3091/13
3092/14 3097/23
3110/4 3112/12
3116/12 3129/17
3133/19 3144/20
makes [2] 3024/8
3082/6
making [6] 3066/21
3068/22 3102/22
3116/18 3120/4
man [1] 3015/1
many [4] 3006/10
3084/15 3131/10
3131/19
Manzo [15] 2997/15
3003/12 3019/19
3028/12 3031/13
3036/21 3054/6
3058/19 3059/14
3059/19 3110/14
3112/5 3121/10 3138/5
3138/10
map [1] 3076/1
March [1] 3112/24
March 29th [1]
3112/24
mark [2] 3008/4 3103/9
marked [3] 3007/24
3103/3 3138/9
marker [1] 3014/7
marking [1] 3007/25
marks [2] 3041/16
3046/25
Marshals [6] 3004/10

3162

**M**

**Marshals... [5]** 3005/10
3005/16 3109/17
3115/8 3115/15
**matter [4]** 3048/13
3123/16 3128/20
3146/4
**matters [5]** 3006/18
3006/21 3010/21
3010/22 3144/6
**maxed [2]** 3051/13
3060/12
**may [16]** 3007/11
3009/12 3009/22
3011/1 3012/16 3033/6
3067/21 3082/5 3112/5
3112/19 3122/12
3123/5 3134/13
3137/15 3137/17
3137/18
**May 28th [1]** 3112/19
**maybe [6]** 3054/9
3054/18 3055/6
3058/20 3112/14
3116/12
**MD [1]** 2999/18
**me [17]** 3004/5
3005/18 3013/4
3036/22 3049/16
3049/16 3051/4
3058/21 3058/23
3069/22 3078/17
3086/17 3092/2
3103/24 3116/10
3133/23 3138/11
**mean [27]** 3004/23
3010/5 3016/4 3021/13
3022/20 3057/12
3061/10 3066/7
3066/15 3075/10
3081/19 3089/2
3095/15 3104/16
3105/22 3108/3 3108/3
3121/8 3122/17
3122/21 3125/2 3126/9
3126/19 3131/23
3132/12 3133/24
3134/7
**means [9]** 3007/7
3014/12 3019/9
3030/25 3038/13
3064/4 3128/18
3128/19 3128/24
**mechanical [1]** 3000/6
**media [2]** 3012/14
3132/24
**meet [2]** 3009/19
3010/18
**meeting [2]** 3072/17
3072/19
**meets [1]** 3077/24
**Meggs [110]** 2999/2
3003/8 3003/17 3018/4
3018/15 3020/6 3021/3
3021/10 3021/15
3022/3 3023/2 3023/19
3024/3 3024/7 3026/10
3027/18 3028/4

3033/10 3033/17
3034/1 3035/16
3040/24 3041/2 3048/1
3048/9 3050/2 3050/3
3050/22 3052/4
3052/12 3053/2
3054/14 3055/9
3055/18 3055/24
3056/3 3057/9 3058/5
3058/14 3058/17
3059/14 3062/4
3062/22 3064/23
3066/20 3068/16
3068/20 3069/13
3069/16 3069/20
3069/20 3069/21
3071/12 3071/20
3072/6 3073/4 3074/20
3074/22 3075/4 3075/5
3075/5 3075/6 3076/7
3082/7 3082/16
3082/23 3083/25
3084/21 3085/11
3085/19 3085/25
3086/20 3087/5 3087/8
3088/20 3089/6
3089/10 3089/16
3089/24 3090/3
3090/15 3091/1 3091/7
3091/9 3091/18 3092/6
3092/14 3093/6
3093/18 3093/24
3095/3 3095/17
3095/24 3096/14
3096/20 3097/4
3097/10 3097/18
3097/22 3098/12
3099/1 3099/12
3100/11 3101/2
3101/12 3102/12
3128/7 3132/5
**Meggs' [8]** 3052/2
3054/25 3055/12
3084/4 3087/17
3087/20 3087/21
3098/6
**MEHTA [2]** 2997/9
3003/3
**member [3]** 3008/22
3044/16 3077/2
**members [5]** 3039/6
3039/12 3064/13
3118/3 3140/9
**memory [1]** 3056/19
**men [1]** 3092/2
**mentioned [2]** 3071/13
3089/16
**Merit [1]** 3000/2
**message [54]** 3006/6
3006/7 3008/7 3010/10
3019/5 3019/11
3019/17 3020/7
3020/20 3022/14
3022/21 3025/3
3028/24 3029/1 3030/4
3034/9 3041/7 3041/9
3045/20 3046/4

3048/22 3050/7
3050/21 3052/2 3052/5
3052/11 3055/20
3061/13 3061/17
3064/6 3064/21 3065/5
3065/13 3066/16
3072/5 3073/5 3080/13
3081/6 3085/17
3085/21 3085/24
3086/2 3086/12 3087/8
3091/1 3091/7 3091/14
3091/18 3092/17
3095/9 3099/11
3118/17
**message-if [1]** 3045/20
**messages [50]**
3005/25 3006/10
3006/12 3007/6
3007/15 3007/22
3009/14 3009/17
3026/5 3026/6 3054/23
3054/23 3055/3
3055/11 3055/17
3055/17 3055/20
3055/25 3056/2 3056/6
3058/13 3058/22
3060/18 3060/21
3060/23 3063/3 3064/5
3064/9 3064/11
3065/15 3066/8
3080/15 3080/17
3081/24 3083/3
3084/23 3089/5 3101/4
3116/14 3117/3 3117/7
3117/13 3117/17
3118/7 3118/10
3118/21 3130/25
3131/1 3131/3 3131/6
**met [1]** 3127/22
**methodical [1]** 3130/6
**metro [1]** 3126/6
**Mexico [2]** 3051/15
3060/14
**MGG4 [1]** 3113/13
**Michael [3]** 3041/17
3076/13 3113/12
**middle [4]** 3013/19
3026/24 3093/21
3094/7
**midnight [2]** 3069/4
3069/6
**might [1]** 3004/6
**Mike [7]** 3037/7 3037/8
3037/8 3037/9 3037/10
3037/18 3043/10
**Mike Adams [2]** 3037/8
3043/10
**miles [1]** 3126/10
**military [6]** 3051/15
3051/15 3060/11
3060/13 3128/21
3128/25
**military-looking [1]**
3128/21
**military-style [1]**
3128/25
**militia [4]** 3026/13

3047/13
**millennials [1]** 3024/5
**millimeter [2]** 3061/11
3061/13
**million [2]** 3033/14
3048/2
**millions [3]** 3038/11
3039/5 3040/25
**min [1]** 3095/25
**mind [2]** 3048/16
3137/15
**minute [4]** 3054/22
3074/23 3074/24
3090/21
**minutes [2]** 3055/4
3094/25
**mis [1]** 3054/9
**miscellaneous [1]**
3105/11
**missed [2]** 3006/19
3112/5
**missing [1]** 3055/3
**mission [1]** 3065/2
**mistake [1]** 3097/1
**mm [1]** 3061/11
**Moerschel [3]** 3113/4
3114/6 3114/13
**moment [7]** 3011/6
3018/21 3039/7
3053/25 3073/11
3119/19 3124/14
**money [1]** 3042/1
**moniker [1]** 3072/12
**Monk [3]** 3030/17
3030/23 3030/24
**month [2]** 3024/20
3024/23
**months [4]** 3083/16
3142/23 3143/8
3143/25
**months now [1]**
3143/8
**moon [1]** 3073/6
**more [24]** 3006/24
3019/6 3019/19
3020/23 3023/11
3032/18 3035/2
3041/21 3047/21
3053/10 3058/20
3065/3 3065/19 3066/6
3078/5 3084/24 3101/8
3113/7 3113/21 3122/8
3123/19 3126/13
3127/21 3143/18
**more-readable [1]**
3065/19
**morning [11]** 2997/7
3003/5 3003/23 3005/1
3012/10 3012/25
3049/6 3077/14
3115/25 3116/1 3145/9
**most [1]** 3126/2
**move [24]** 3016/13
3017/3 3036/8 3037/22
3038/21 3043/1
3063/21 3065/25
3067/11 3070/8

3098/17 3103/10
3103/16 3103/22
3104/18 3106/10
3109/24 3111/16
3112/3 3112/4 3114/15
3114/25
**moved [2]** 3066/2
3104/11
**moves [1]** 3096/25
**moving [1]** 3016/8
**MP4 [1]** 3073/4
**Mr [9]** 3014/21 3018/15
3021/23 3033/10
3040/17 3041/2
3054/18 3097/10
3097/12
**Mr. [238]**
**Mr. and [1]** 3128/7
**Mr. Andrew [1]** 3075/3
**Mr. Andrew Smrecek
[1]** 3089/9
**Mr. Berry [2]** 3020/24
3023/6
**Mr. Berry's [1]** 3021/3
**Mr. Brennan [6]**
3085/22 3085/23
3086/3 3086/9 3086/16
3086/20
**Mr. Brown [3]** 3029/9
3055/20 3058/14
**Mr. Brown's [2]**
3055/11 3055/17
**Mr. Caldwell [14]**
3117/14 3117/17
3117/21 3120/24
3121/16 3121/21
3122/10 3122/15
3123/12 3123/15
3136/1 3142/21
3142/25 3143/23
**Mr. Caleb [2]** 3020/16
3034/10
**Mr. Caleb Berry [1]**
3023/24
**Mr. Crowl [1]** 3122/15
**Mr. Cummings [13]**
3015/6 3015/11 3107/9
3107/10 3136/16
3136/20 3136/25
3137/5 3137/13 3139/6
3139/12 3139/23
3140/7
**Mr. Dolan [4]** 3030/4
3075/1 3108/22 3113/8
**Mr. Dolan's [1]**
3110/20
**Mr. Donald Siekerman
[1]** 3071/8
**Mr. Fischer [7]**
3121/18 3122/1 3122/6
3123/9 3124/23
3137/21 3144/25
**Mr. GenX [1]** 3045/5
**Mr. Geyer [5]** 3103/25
3104/6 3106/12 3108/7
3110/13
**Mr. Graydon [1]**
3031/6

**Mr. Graydon Young [5]** 3033/4 3040/20 3041/24 3043/22 3045/6
**Mr. Green [1]** 3076/17
**Mr. Hackett [4]** 3018/23 3075/14 3111/12 3112/9
**Mr. Hackett's [1]** 3112/10
**Mr. Harrelson [5]** 3102/23 3106/8 3108/1 3120/18 3132/5
**Mr. Harrelson's [9]** 3015/13 3103/8 3104/15 3106/2 3106/18 3107/15 3108/9 3110/19 3110/22
**Mr. Holden [2]** 3075/20 3075/21
**Mr. Isaacs [2]** 3081/10 3081/13
**Mr. Isaacs' [1]** 3083/3
**Mr. Jeremy Brown [1]** 3048/24
**Mr. Jeremy Liggett [1]** 3091/25
**Mr. Kelly [1]** 3052/12
**Mr. Kelly Meggs [10]** 3020/6 3050/2 3050/3 3064/23 3072/6 3076/7 3083/25 3085/11 3087/5 3089/24
**Mr. Kenneth [1]** 3041/7
**Mr. Kenneth Bittner [2]** 3044/3 3046/23
**Mr. Kenneth Harrelson [5]** 3074/15 3075/1 3076/6 3107/12 3143/15
**Mr. Liggett [9]** 3091/18 3092/7 3092/12 3092/25 3093/6 3093/13 3093/19 3093/25 3095/22
**Mr. Linder [4]** 3008/3 3008/5 3011/5 3115/20
**Mr. Manzo [13]** 3019/19 3028/12 3031/13 3036/21 3054/6 3058/19 3059/14 3059/19 3110/14 3112/5 3121/10 3138/5 3138/10
**Mr. Meggs [53]** 3021/15 3022/3 3023/19 3024/3 3024/7 3028/18 3050/22 3055/9 3055/18 3056/3 3057/9 3058/5 3058/14 3058/17 3059/14 3062/4 3066/20 3068/16 3068/20 3069/13 3073/4 3074/20 3075/4 3075/5

3082/23 3085/19 3085/25 3086/20 3087/8 3089/6 3089/10 3089/16 3090/3 3090/15 3091/1 3091/7 3091/9 3091/18 3093/6 3093/18 3093/24 3095/17 3095/24 3097/4 3097/18 3097/22 3099/1 3100/11 3101/12 3132/5
**Mr. Meggs' [5]** 3055/12 3087/17 3087/20 3087/21 3098/6
**Mr. Michael Greene [1]** 3076/13
**Mr. Nestler [2]** 3013/3 3080/9
**Mr. Rhodes [15]** 3004/16 3005/2 3007/4 3007/8 3008/9 3009/15 3009/18 3010/10 3025/7 3046/11 3046/18 3047/2 3047/9 3116/3 3116/11
**Mr. Rhodes' [5]** 3004/6 3019/9 3020/19 3059/11 3066/8
**Mr. Roberts [2]** 3010/13 3010/20
**Mr. Smith [2]** 3010/13 3010/20
**Mr. Smrecek [2]** 3089/11 3089/16
**Mr. Stewart [2]** 3025/2 3044/13
**Mr. Terry Cummings' [1]** 3014/13
**Mr. Woodward [1]** 3079/20
**Mr. Young [2]** 3031/10 3031/21
**Mrs. [1]** 3128/7
**Mrs. Meggs [1]** 3128/7
**Ms [2]** 3019/2 3122/15
**Ms. [66]** 3004/8 3005/23 3009/15 3009/18 3010/10 3016/19 3017/12 3017/17 3020/9 3021/2 3022/16 3024/18 3025/16 3027/6 3032/9 3035/5 3036/3 3036/17 3037/12 3038/2 3038/15 3038/25 3039/17 3039/25 3040/15 3043/2 3046/8 3046/15 3049/23 3052/1 3052/21 3055/15 3056/2 3057/21 3058/10 3058/12 3059/7 3063/6 3065/7 3067/1 3067/24 3068/1 3068/12 3070/22 3072/15 3073/21 3073/25

3075/17 3084/6 3087/14 3088/14 3088/17 3089/20 3094/3 3094/10 3094/17 3095/16 3098/23 3101/7 3101/20 3103/1 3103/12 3106/4 3132/5
**Ms. Connie Meggs [2]** 3074/22 3075/5
**Ms. Haller [7]** 3005/23 3055/15 3056/2 3057/21 3058/10 3058/12 3059/7
**Ms. Rakoczy [1]** 3004/8
**Ms. Rohde [51]** 3016/19 3017/12 3017/17 3020/9 3021/2 3022/16 3024/18 3025/16 3027/6 3032/9 3035/5 3036/3 3036/17 3037/12 3038/2 3038/15 3038/25 3039/17 3039/25 3040/15 3043/2 3046/8 3046/15 3049/23 3052/1 3052/21 3063/6 3065/7 3067/1 3067/24 3068/1 3068/12 3070/22 3072/15 3073/21 3073/25 3084/6 3087/14 3088/14 3088/17 3089/20 3094/3 3094/10 3094/17 3095/16 3098/23 3101/7 3101/20 3103/1 3103/12 3106/4
**Ms. SoRelle [3]** 3009/15 3009/18 3010/10
**Ms. Watkins [2]** 3075/17 3132/5
**much [9]** 3022/23 3023/8 3025/24 3040/17 3048/14 3088/4 3116/21 3145/2 3145/9
**multiple [2]** 3144/18 3144/22
**multiplier [1]** 3092/16
**must [2]** 3045/22 3048/6
**my [35]** 3005/14 3010/14 3010/19 3010/21 3012/14 3012/15 3021/18 3021/20 3024/3 3024/15 3024/15 3030/7 3049/2 3051/24 3056/19 3060/17 3069/1 3072/19 3075/1 3075/4 3083/9 3090/18 3116/3 3119/14 3120/24 3121/20 3121/21 3123/11

3133/4 3135/10 3135/24 3142/20
**mystery [1]** 3132/8

**N**

**name [8]** 3017/22 3018/2 3018/18 3021/19 3029/20 3030/1 3072/12 3135/17
**named [9]** 3003/21 3030/17 3034/14 3035/15 3066/18 3070/25 3085/12 3086/20 3096/14
**narrower [1]** 3010/6
**Nashville [7]** 3055/2 3055/21 3056/2 3056/6 3056/10 3056/11 3056/15
**nation [1]** 3077/2
**national [1]** 3043/11
**nationwide [1]** 3045/24
**natives [1]** 3097/4
**natural [1]** 3032/15
**naturalnews.com [1]** 3034/18
**nature [3]** 3058/2 3059/5 3087/24
**NC [1]** 3049/6
**near [1]** 3126/13
**necessarily [6]** 3078/13 3118/23 3122/25 3130/1 3133/11 3134/10
**need [25]** 3005/20 3006/25 3009/20 3010/3 3016/14 3023/11 3028/12 3033/12 3035/23 3040/17 3041/4 3042/25 3046/1 3046/4 3047/3 3047/19 3047/23 3048/11 3049/11 3056/1 3077/2 3086/17 3100/14 3137/22 3145/17
**needed [3]** 3049/10 3104/18 3133/19
**needs [12]** 3034/25 3043/8 3045/19 3045/20 3045/25 3046/12 3046/13 3047/4 3047/12 3047/21 3058/21 3072/4
**negotiator [1]** 3009/7
**neither [1]** 3136/5
**Nestler [4]** 2997/14 3003/11 3013/3 3080/9
**networking [1]** 3077/1
**never [4]** 3004/7 3030/5 3042/11 3123/14
**new [8]** 3048/20 3048/22 3051/10

3069/9 3077/11
**New Year's Day [2]** 3048/20 3048/22
**next [143]** 3014/23 3015/2 3015/15 3020/9 3021/2 3021/8 3021/12 3021/16 3021/22 3021/25 3022/2 3022/4 3022/24 3023/2 3023/5 3023/9 3023/14 3023/18 3023/20 3023/25 3024/2 3024/6 3024/10 3024/17 3025/12 3026/1 3026/9 3026/19 3027/16 3027/18 3027/22 3029/4 3029/17 3030/8 3030/16 3031/2 3032/10 3032/12 3032/20 3033/7 3033/16 3033/24 3034/7 3034/8 3034/13 3035/12 3035/14 3040/15 3040/16 3040/23 3041/1 3041/3 3041/6 3041/19 3041/22 3041/23 3042/9 3042/12 3043/2 3043/9 3043/13 3043/20 3044/1 3044/2 3044/11 3044/20 3044/25 3045/7 3045/14 3046/2 3046/8 3046/15 3046/21 3047/1 3047/8 3047/17 3047/24 3048/1 3048/3 3048/8 3048/10 3048/18 3049/4 3049/22 3050/18 3058/6 3060/9 3061/4 3061/12 3061/13 3061/18 3068/18 3068/24 3069/3 3069/14 3069/19 3069/21 3070/22 3071/10 3071/19 3071/19 3072/1 3073/1 3079/16 3082/8 3082/17 3083/20 3085/21 3085/24 3086/2 3086/8 3086/14 3086/18 3086/24 3088/25 3091/5 3091/16 3091/23 3092/5 3092/11 3092/13 3092/24 3093/4 3093/11 3093/16 3093/22 3095/16 3095/21 3095/23 3095/24 3096/10 3097/2 3097/8 3097/20 3097/21 3099/7 3099/8 3100/7 3101/20 3140/2 3140/6 3140/12 3140/16
**nice [4]** 3012/11 3062/23 3069/17

**N**

nice... [1] 3092/7
night [5] 3026/24
3034/6 3049/3 3082/19
3083/23
NJ [1] 2999/13
no [73] 2997/4 3003/6
3004/22 3005/8
3005/22 3006/22
3006/25 3012/21
3017/8 3024/15
3027/14 3042/17
3046/14 3048/13
3054/15 3054/16
3054/17 3055/1 3055/1
3057/21 3058/25
3059/9 3063/6 3063/22
3064/10 3065/1 3065/2
3070/10 3071/5
3073/17 3081/2
3082/20 3085/6 3086/7
3088/10 3095/22
3098/19 3101/6 3102/6
3104/1 3105/14
3105/21 3105/25
3106/13 3106/20
3107/25 3108/1 3108/2
3110/11 3115/19
3117/24 3118/4
3119/10 3120/16
3121/15 3123/4
3123/14 3123/21
3123/23 3124/1
3126/19 3127/1 3127/1
3129/10 3129/19
3130/1 3130/8 3134/8
3138/4 3141/22
3142/25 3144/16
3144/18
No. [1] 3003/7
none [1] 3117/13
north [2] 2998/15
3049/20
not [126] 3005/4
3008/1 3009/5 3009/5
3009/6 3009/8 3009/12
3009/18 3010/12
3010/16 3011/1 3016/2
3021/13 3023/8
3023/13 3027/14
3030/15 3030/24
3035/22 3036/11
3036/12 3036/24
3037/10 3038/7 3038/9
3038/17 3038/19
3038/20 3039/13
3041/12 3041/21
3042/6 3042/8 3042/10
3043/7 3044/15
3044/15 3045/17
3047/11 3050/16
3052/7 3053/12
3053/13 3055/6
3056/12 3056/16
3060/19 3060/22
3066/20 3067/20
3069/5 3069/20 3075/7
3075/11 3077/2

3078/13 3079/5
3079/13 3082/20
3082/20 3083/4 3083/6
3083/9 3083/9 3083/13
3085/16 3094/18
3095/14 3096/16
3101/6 3102/6 3102/15
3103/19 3103/20
3105/14 3105/15
3105/21 3105/25
3106/20 3107/17
3110/22 3117/21
3117/23 3117/24
3118/12 3118/17
3118/23 3119/24
3119/25 3119/25
3120/14 3121/16
3122/25 3123/15
3124/7 3125/9 3126/21
3127/1 3127/4 3127/10
3128/3 3129/1 3129/12
3130/1 3132/8 3132/10
3132/19 3132/19
3132/20 3133/11
3133/13 3135/10
3135/18 3135/19
3136/2 3136/4 3136/21
3138/4 3139/3 3141/19
3141/22 3144/13
3144/17 3145/14
notated [2] 3014/6
3014/25
notation [1] 3099/9
notations [1] 3044/8
notes [1] 3029/16
nothing [5] 3006/22
3023/6 3054/19 3128/6
3129/3
notification [1]
3088/19
notion [1] 3119/1
November [8] 3014/2
3017/21 3018/6 3020/1
3072/13 3088/22
3113/15 3135/5
November 21 [1]
3014/2
November 9th [1]
3135/5
now [60] 3014/24
3016/20 3019/2 3020/4
3024/9 3026/2 3033/8
3034/22 3035/24
3038/25 3039/18
3046/5 3046/9 3047/4
3047/22 3048/3
3048/19 3049/20
3052/2 3060/9 3060/18
3061/20 3061/23
3062/21 3064/16
3065/7 3068/20 3069/9
3069/15 3070/21
3072/7 3073/25 3077/5
3077/7 3077/14 3078/5
3081/6 3088/20
3090/24 3095/3 3096/4
3096/6 3096/13

3100/19 3103/10
3100/19 3103/10
3104/10 3104/10
3106/21 3108/25
3112/22 3113/24
3121/19 3125/20
3143/7 3143/8 3145/6
3145/7
nullify [1] 3025/9
number [11] 3006/9
3017/5 3019/13
3019/20 3066/16
3111/3 3130/18 3131/2
3134/25 3135/2
3137/20
numbered [1] 3054/13
numbers [13] 3039/21
3039/21 3039/22
3040/1 3040/2 3040/7
3040/18 3053/10
3061/1 3061/5
3061/24 3081/23
3114/1
nuts [1] 3032/23
NW [4] 2997/17 2999/3
2999/7 3000/4

**O**

Oak [2] 2998/3 2998/7
oath [18] 3013/13
3020/2 3033/23
3043/16 3043/17
3075/7 3077/3 3077/9
3080/7 3086/10 3087/9
3087/12 3091/2
3117/20 3122/18
3132/9 3140/13
3142/13
Oath Keeper [3]
3087/9 3087/12 3091/2
Oath Keepers [9]
3020/2 3033/23 3075/7
3077/3 3077/9 3117/20
3122/18 3132/9
3142/13
oaths [2] 3047/6
object [6] 3070/17
3070/19 3107/13
3108/8 3110/17 3120/6
objected [2] 3056/8
3057/20
objecting [4] 3058/3
3059/3 3059/5 3121/10
objection [43] 3015/7
3017/7 3017/8 3022/5
3028/11 3034/23
3035/3 3036/9 3037/23
3042/18 3042/23
3052/6 3053/7 3059/13
3063/22 3067/13
3070/10 3073/17
3079/19 3081/2 3085/6
3088/10 3098/19
3100/2 3103/25
3106/12 3106/13
3107/1 3107/18
3108/15 3110/9
3110/23 3111/2

3096/23 3097/9 3098/13
3121/2 3124/19 3125/9
3126/17 3127/5 3128/9
3139/17 3141/20
objections [2] 3059/8
3059/9
objects [4] 3016/1
3016/4 3078/14
3107/14
observation [1]
3082/11
observe [1] 3129/24
observing [1] 3107/5
obtain [3] 3130/2
3134/23 3134/23
obtained [5] 3016/24
3080/15 3084/4
3084/11 3105/25
obvious [1] 3038/8
obviously [12] 3031/25
3047/9 3117/2 3117/7
3117/12 3125/19
3131/24 3132/3 3135/4
3140/20 3140/24
3142/9
occupation [1]
3039/15
occupied [1] 3039/4
October [2] 2997/5
3146/7
off [15] 3007/3 3027/21
3041/15 3046/4 3049/3
3050/12 3076/22
3083/15 3086/3
3087/11 3091/4 3093/7
3093/21 3094/6
3143/19
Offense [1] 3062/19
offering [1] 3103/14
office [13] 2997/16
3004/5 3004/10
3030/22 3048/14
3050/5 3062/6 3130/12
3133/21 3138/20
3143/9 3143/21
3143/22
OFFICES [1] 2999/7
official [2] 3000/3
3122/8
oft [1] 3008/17
oft-cited [1] 3008/17
often [1] 3043/11
Oh [4] 3006/22
3015/16 3023/19
3103/23
OK [30] 3019/14
3020/6 3024/4 3025/4
3027/17 3027/23
3033/10 3033/17
3033/25 3035/15
3036/10 3047/18
3047/25 3050/2
3062/21 3064/23
3066/19 3066/20
3069/16 3069/17
3071/11 3071/22
3072/6 3072/17

3118/4
OK FL [2] 3025/4
3118/4
OK Gator [2] 3066/19
3066/20
OK Gator 1 [11]
3027/17 3027/23
3036/10 3047/18
3047/25 3050/2
3064/23 3069/16
3071/11 3072/6
3072/17
okay [103] 3003/23
3003/24 3004/17
3005/13 3005/23
3006/13 3006/14
3007/18 3010/4 3010/8
3011/4 3012/9 3012/25
3016/10 3023/25
3024/17 3028/19
3032/9 3035/12
3035/24 3040/4
3040/13 3040/16
3043/1 3050/23 3052/4
3052/21 3053/5 3056/9
3056/17 3056/18
3057/6 3057/19 3058/4
3059/2 3059/16
3059/17 3059/24
3060/18 3061/12
3062/21 3065/7 3066/2
3066/17 3067/15
3068/14 3070/21
3070/24 3073/2
3077/13 3080/2
3081/25 3086/25
3090/23 3095/6
3096/11 3098/3
3098/25 3099/7 3100/5
3100/7 3100/9 3101/7
3102/9 3104/10
3108/12 3108/13
3110/23 3112/17
3112/18 3114/17
3115/20 3116/9
3116/16 3116/21
3117/6 3117/18 3118/1
3118/16 3119/9
3119/18 3123/22
3124/3 3125/22
3126/14 3127/12
3128/4 3128/12 3129/5
3130/17 3131/14
3131/22 3132/7
3134/12 3135/11
3136/5 3136/18 3137/2
3137/8 3138/16
3139/15 3144/23
3145/5
old [1] 3021/19
once [5] 3041/2
3049/14 3051/13
3060/11 3126/10
one [63] 3009/4 3009/6
3009/22 3010/13
3019/6 3019/19
3020/2 3023/9

one... [55] 3023/25
3025/9 3025/10
3025/16 3026/19
3027/5 3027/16
3032/14 3035/10
3036/23 3041/22
3045/2 3046/21 3049/1
3052/14 3052/22
3053/16 3054/3
3058/14 3061/18
3062/2 3065/2 3066/6
3071/2 3072/22
3074/23 3074/24
3077/21 3077/22
3082/5 3083/23
3093/20 3094/3 3094/5
3096/18 3097/13
3098/5 3101/8 3106/11
3113/7 3117/11
3118/17 3120/23
3123/18 3128/17
3128/22 3135/4
3136/11 3139/22
3140/5 3144/8 3144/10
3144/17 3144/20
3144/20
one-touch [1] 3072/22
ones [5] 3054/4 3116/5
3116/7 3118/4 3129/16
onload [1] 3049/15
only [9] 3008/18
3008/21 3044/18
3045/10 3064/5 3064/5
3118/3 3119/16
3119/22
op [14] 3050/6 3062/7
3063/4 3063/18
3065/14 3065/16
3066/13 3082/2
3113/18 3118/5
3120/25 3121/22
3140/3 3142/10
op from [2] 3050/6
3062/7
op on [1] 3142/10
open [15] 3012/3
3016/11 3028/21
3058/5 3059/18 3099/5
3101/16 3101/18
3108/14 3111/1 3111/6
3123/7 3126/24 3127/1
3127/4
open-carry [1] 3127/1
open-ended [1] 3058/5
opens [1] 3122/2
operations [2] 3051/15
3060/13
opinion [5] 3009/1
3030/7 3043/24
3051/25 3060/17
opinions [1] 3021/20
opponents [1] 3070/18
opposed [2] 3079/15
3122/24
opposite [1] 3062/17
oppressed [1] 3032/15
oppression [1]

option [15] 3050/4
3050/5 3050/13
3050/15 3050/23
3051/5 3051/6 3051/19
3054/11 3061/5 3061/5
3061/21 3062/5 3062/6
3062/18
Option 1 [9] 3050/4
3050/13 3050/15
3051/5 3051/6 3054/11
3061/5 3061/21 3062/5
Option 2 [3] 3051/19
3061/5 3062/18
options [9] 3044/16
3044/23 3050/9
3050/11 3050/20
3055/8 3056/21 3061/5
3062/9
order [1] 3052/15
Ordnance [1] 3076/10
Oregon [2] 3136/20
3136/24
organization [2]
3006/4 3077/6
organize [1] 3077/4
original [5] 3060/19
3068/10 3089/8 3120/3
3120/9
originally [2] 3121/21
3124/15
other [28] 3006/18
3006/21 3023/4
3044/23 3067/11
3068/25 3083/17
3088/3 3090/21
3092/19 3105/9
3105/11 3108/4
3116/17 3120/20
3121/18 3122/23
3126/6 3128/7 3132/24
3134/15 3135/8
3135/13 3141/4
3141/12 3141/14
3142/22 3143/2
others [3] 3008/10
3023/21 3067/23
otherwise [8] 3027/17
3033/17 3033/25
3035/15 3047/25
3062/22 3069/16
3071/11
our [21] 3012/5
3025/14 3035/19
3043/10 3045/24
3047/7 3047/20
3048/12 3050/5 3062/6
3067/13 3069/8
3077/13 3078/14
3079/4 3083/3 3099/16
3124/1 3133/17
3143/17 3145/6
out [46] 3006/10
3012/23 3016/3 3027/3
3028/7 3028/24
3033/14 3036/10
3044/16 3045/10
3047/14 3050/10

3051/14 3052/15
3054/20 3055/8 3056/7
3056/21 3058/13
3060/12 3060/20
3060/23 3061/5 3062/8
3064/7 3071/7 3082/21
3083/6 3096/1 3118/10
3118/12 3122/25
3124/11 3124/14
3133/5 3133/9 3135/14
3136/20 3137/25
3142/9 3142/12
3142/16 3143/5
3143/16
outcome [4] 3043/24
3045/18 3048/17
3133/20
outcome is [1]
3048/17
outer [1] 3015/13
outlook.com [1]
2999/10
outside [4] 3069/1
3079/18 3126/1 3143/2
outstanding [1]
3003/25
over [10] 3007/10
3018/11 3045/9 3055/9
3058/9 3059/20 3079/4
3093/21 3094/7 3115/1
overall [3] 3131/7
3140/12 3142/13
overnight [1] 3049/7
overruled [9] 3015/10
3036/12 3037/24
3052/8 3053/21
3067/14 3108/15
3120/15 3141/21
oversight [1] 3105/16
overthrowing [1]
3032/18
overturn [3] 3051/2
3051/8 3060/5
overview [1] 3021/13
overwhelming [1]
3038/8
own [2] 3039/15
3129/25
owner [1] 3074/16

P
P-148 [4] 3023/10
3023/12 3023/13
3023/17
P. [1] 3003/3
P.A [1] 2999/16
p.m [41] 3017/21
3018/6 3025/6 3026/16
3032/13 3043/15
3043/21 3044/12
3045/1 3045/8 3045/16
3048/4 3048/9 3048/22
3050/1 3069/15
3070/24 3072/18
3072/18 3082/1
3082/14 3082/25
3084/2 3085/18

3091/15 3091/22
3092/4 3092/10
3092/18 3093/3
3093/10 3093/15
3093/18 3094/9
3095/20 3097/17
3097/25 3145/23
3145/23
PA [1] 2998/15
pack [4] 3028/2
3091/19 3093/20
3094/6
page [15] 3038/15
3039/1 3088/15 3089/1
3089/3 3089/3 3089/21
3089/23 3098/24
3099/7 3101/10
3101/10 3101/21
3138/18 3139/4
pages [8] 3084/15
3084/19 3087/22
3098/5 3098/9 3098/14
3100/19 3101/7
panel [2] 3012/7
3079/25
Panhandle [1] 3126/13
paper [1] 3113/22
paracord [1] 3113/13
paragraph [19] 3038/3
3038/4 3038/16
3038/18 3051/7
3089/15 3090/1 3090/3
3090/7 3090/14
3098/24 3100/8
3100/10 3100/17
3100/20 3100/21
3100/21 3100/24
3101/10
paragraphs [2] 3039/1
3039/3
paralyzed [1] 3039/11
Park [1] 2999/3
part [11] 3016/15
3029/15 3043/6
3043/18 3078/15
3122/24 3131/25
3134/11 3134/19
3141/15 3143/17
parte [2] 3011/6 3011/7
partial [1] 3135/5
participants [1]
3135/14
particular [4] 3010/7
3019/17 3037/1
3133/16
particularly [2]
3012/21 3136/3
parties [5] 3006/24
3007/1 3112/18
3112/24 3113/15
parts [1] 3083/18
party [4] 3008/16
3010/15 3055/2
3055/21
pass [1] 3049/20
path [2] 3025/15
3026/4

patiently [1] 3041/4
patriot [1] 3022/3
patriots [10] 3024/5
3027/20 3033/13
3035/20 3038/10
3039/5 3046/20 3048/7
3069/7 3077/1
Paul [6] 3063/8
3063/13 3064/17
3113/17 3113/17
3113/20
Paul Taylor [3] 3063/8
3064/17 3113/20
Paul Taylor's phone
[1] 3063/13
pause [7] 3012/6
3028/9 3054/5 3073/11
3079/24 3094/21
3110/8
PB [3] 3092/15
3092/20 3093/7
PCIs [1] 3049/4
PD [1] 3071/2
PDF [1] 3084/13
PDQ [2] 3040/18
3040/21
peaceful [6] 3027/13
3042/16 3042/22
3047/20 3118/22
3119/17
peel [2] 3093/21
3094/6
Pence [1] 3096/23
Pennsylvania [1]
2999/7
people [22] 3016/1
3023/11 3026/14
3032/15 3038/21
3038/24 3039/14
3075/9 3082/10
3082/21 3083/6
3116/17 3128/7
3131/19 3133/5 3133/7
3133/12 3133/15
3143/2 3143/19
3144/10 3144/22
people's [1] 3144/5
per [2] 3128/17
3128/22
perceived [1] 3078/3
percent [1] 3132/15
perhaps [2] 3126/2
3129/24
period [3] 3020/1
3029/16 3099/23
permit [1] 3127/3
person [16] 3008/22
3037/18 3078/2 3078/7
3078/15 3078/16
3079/9 3079/16
3083/23 3086/16
3096/14 3106/24
3122/24 3144/8
3144/10 3144/20
person's [2] 3009/5
3078/12
personal [3] 3009/17
3021/13 3105/10

**Personally** [1] 3141/6
**perspective** [1] 3005/14
**phases** [1] 3029/15
**phillip** [3] 2998/2 2998/6 3003/14
**Phillip Linder** [1] 3003/14
**phone** [24] 3004/6 3004/15 3005/12 3005/15 3019/9 3020/18 3020/19 3031/8 3054/7 3059/11 3063/8 3063/13 3064/16 3066/8 3066/12 3072/21 3080/15 3081/8 3081/20 3083/3 3104/21 3110/14 3113/2 3121/5
**phones** [4] 3015/21 3064/14 3132/23 3133/6
**photo** [10] 3014/15 3014/17 3015/12 3033/22 3048/5 3074/24 3075/9 3099/10 3102/7 3105/6
**photograph** [3] 3075/23 3104/13 3106/8
**photographed** [1] 3106/2
**photographs** [2] 3077/22 3103/7
**photos** [4] 3103/11 3103/22 3105/13 3106/1
**phrase** [1] 3053/13
**phrased** [1] 3028/19
**physical** [2] 3109/1 3110/7
**physically** [1] 3119/15
**pick** [2] 3060/20 3060/23
**picked** [2] 3049/11 3049/16
**picking** [2] 3118/10 3118/12
**pickup** [1] 3049/12
**picture** [9] 3031/12 3033/21 3037/15 3070/3 3070/4 3070/5 3081/16 3100/22 3107/13
**pictures** [2] 3113/20 3128/5
**piece** [2] 3069/17 3070/20
**pitchforks** [1] 3045/11
**place** [2] 3012/18 3039/11
**placed** [1] 3102/6
**places** [1] 3083/11
**Plaintiff** [1] 2997/4
**plan** [17] 3031/24 3049/1 3049/3 3049/4

**planned** [1] 3139/24
**plans** [1] 3118/21
**plastic** [2] 3108/5 3109/12
**platform** [1] 3008/8
**play** [9] 3026/13 3067/2 3067/24 3068/3 3073/21 3076/23 3094/18 3094/20 3096/6
**played** [5] 3067/25 3068/4 3068/10 3073/23 3096/7
**pleading** [2] 3121/9 3121/11
**please** [39] 3003/4 3012/9 3015/2 3015/15 3018/22 3019/20 3021/8 3021/22 3021/25 3022/4 3022/24 3026/9 3027/22 3029/4 3029/8 3029/24 3030/16 3031/2 3033/7 3033/16 3033/24 3041/19 3041/22 3043/13 3044/11 3044/25 3045/7 3045/14 3049/14 3049/18 3054/7 3061/22 3072/19 3079/2 3100/7 3107/3 3108/21 3109/22 3121/5
**plenty** [1] 3059/12
**plotting** [1] 3039/13
**Plus** [1] 3092/15
**point** [23] 3018/21 3020/23 3024/12 3028/5 3029/7 3029/24 3030/20 3031/9 3037/21 3069/1 3071/7 3073/15 3076/16 3078/8 3080/23 3081/12 3108/11 3108/20 3111/11 3111/16 3114/15 3133/4 3134/14
**pointed** [6] 3020/25 3029/10 3030/1 3031/11 3076/18 3081/15
**points** [1] 3039/8
**poised** [1] 3039/10
**police** [1] 3026/23
**policy** [2] 3009/11 3010/25
**political** [7] 3008/11 3009/11 3010/13 3010/21 3010/22 3035/22 3042/22
**politicians** [1] 3100/14

**popular** [2] 3127/18 3127/19
**portion** [5] 3022/13 3036/18 3088/15 3088/17 3088/25
**Portland** [5] 3137/4 3137/10 3137/12 3138/20 3139/5
**portrayal** [1] 3063/15
**position** [2] 3009/24 3078/14
**positive** [1] 3047/15
**possession** [1] 3125/8
**possible** [2] 3131/11 3132/25
**possibly** [3] 3038/13 3107/20 3107/23
**post** [9] 3035/18 3039/22 3040/11 3048/3 3099/2 3099/18 3100/12 3101/3 3101/13
**posted** [8] 3022/21 3034/17 3034/19 3036/5 3039/23 3046/22 3068/16 3099/13
**posting** [2] 3072/16 3095/3
**posts** [5] 3053/2 3057/10 3073/4 3093/24 3101/4
**pot** [1] 3049/21
**power** [7] 3043/5 3047/11 3050/16 3118/22 3119/6 3119/17 3129/3
**practice** [2] 3130/3 3130/5 3137/16
**precede** [1] 3053/16
**preceded** [1] 3055/11
**precedent** [1] 3054/12
**preceding** [1] 3028/24
**precise** [1] 3122/8
**precisely** [2] 3028/17 3128/1
**precombat** [1] 3049/4
**predicate** [1] 3034/25
**prefer** [3] 3050/4 3055/9 3062/5
**preliminary** [2] 3006/18 3006/21
**prep** [1] 3130/12
**Prepare** [1] 3037/5
**prepared** [1] 3005/15
**prepped** [1] 3104/17
**Pres** [2] 3050/5 3062/6
**present** [9] 3003/21 3013/16 3014/2 3014/17 3102/14 3102/19 3109/4 3109/6 3122/3
**presented** [3] 3096/24 3117/17 3128/14
**presenting** [2] 3096/23 3130/6
**President** [10] 3025/24

3028/15 3028/23 3039/9 3045/22 3047/3 3050/16
**President Trump** [6] 3025/24 3025/25 3028/23 3045/22 3047/3 3050/16
**President's** [1] 3043/17
**Presidential** [1] 3072/13
**presiding** [1] 3003/3
**press** [1] 3129/2
**presume** [1] 3128/2
**pretty** [4] 3025/24 3040/22 3040/22 3088/4
**Prettyman** [1] 3000/4
**previous** [19] 3022/16 3022/21 3024/24 3027/5 3035/24 3039/25 3040/2 3040/5 3052/10 3061/18 3062/1 3067/8 3090/10 3094/4 3096/17 3097/14 3099/9 3105/12 3119/14
**previously** [7] 3013/7 3016/22 3039/23 3063/10 3067/19 3103/3 3121/12
**primarily** [1] 3008/25
**primary** [2] 3018/14 3122/23
**prior** [17] 3016/3 3016/4 3016/17 3047/15 3065/9 3067/13 3069/1 3077/21 3078/1 3079/6 3090/12 3090/21 3121/9 3121/25 3122/2 3129/13 3139/12
**privilege** [7] 3004/1 3008/16 3008/18 3008/21 3009/18 3010/12 3011/2
**privileged** [1] 3010/16
**privileged.'** [1] 3009/9
**probably** [1] 3130/25
**problem** [2] 3005/8 3005/22
**proceeding** [1] 3122/8
**proceeding.'** [1] 3009/2
**proceedings** [7] 2997/9 3000/6 3002/22 3005/3 3005/5 3005/17 3146/4
**process** [3] 3012/17 3038/13 3043/7
**proclaim** [2] 3051/10 3060/7
**prod** [1] 3071/15
**prods** [1] 3071/13
**produced** [2] 3000/7 3119/10
**professional** [4]

3028/15 3028/23 3051/24 3060/17
**profile** [2] 3087/20 3101/2
**projects** [1] 3099/17
**proposing** [1] 3004/21
**prosecution** [2] 3060/23 3118/15
**prosecutor** [1] 3127/14
**prosecutors** [2] 3118/10 3129/17
**protect** [1] 3045/25
**protected** [2] 3008/17 3008/20
**protected.'** [1] 3009/5
**protecting** [1] 3046/25
**protest** [1] 3047/21
**protests** [1] 3076/2
**Proud** [1] 3092/23
**Proud Boys** [1] 3092/23
**provide** [5] 3004/5 3005/15 3012/24 3049/12 3067/22
**provided** [3] 3067/12 3113/17 3113/20
**provides** [1] 3086/5
**proving** [1] 3008/16
**public** [1] 3077/1
**publish** [8] 3036/13 3058/21 3111/23 3114/22 3115/3 3115/10 3115/14 3115/17
**pull** [19] 3016/19 3034/22 3036/3 3037/12 3063/6 3065/7 3067/1 3070/1 3073/10 3084/6 3087/14 3094/17 3102/8 3103/1 3103/12 3106/4 3128/17 3128/22 3129/2
**pulled** [1] 3080/11
**pumped** [1] 3097/19
**purpose** [8] 3008/25 3067/20 3110/17 3140/16 3142/6 3142/17 3143/24 3144/1
**purposes** [3] 3007/23 3007/25 3145/2
**purses** [1] 3006/5
**pursuant** [3] 3016/24 3017/2 3114/18
**pursue** [1] 3133/19
**purview** [1] 3143/2
**push** [2] 3049/6 3049/7
**put** [8] 3044/24 3056/13 3056/14 3057/22 3060/19 3065/18 3080/20 3084/24
**putting** [1] 3013/4
**PUTZI** [1] 2999/16

**Q**

**QAnon** [1] 3025/22

**Q**

**QRF [6]** 3068/25
3095/25 3140/17
3142/17 3143/24
3144/2

**Quality [1]** 3017/14

**question [29]** 3008/12
3022/6 3022/8 3027/19
3028/18 3050/17
3057/20 3057/25
3058/5 3059/5 3107/3
3108/7 3108/10 3120/7
3121/19 3121/20
3122/21 3123/2 3123/6
3124/4 3125/14
3125/15 3137/12
3140/2 3140/6 3140/12
3144/1 3144/7 3144/9

**questions [23]** 3035/2
3053/13 3056/12
3073/22 3115/19
3116/2 3116/3 3124/20
3130/14 3137/11
3139/1 3139/22 3140/5
3140/20 3141/3 3141/9
3142/4 3142/24 3144/4
3144/5 3144/11
3144/14 3144/19

**quick [2]** 3040/22
3040/22

**quickly [3]** 3038/21
3054/6 3104/18

**Quinter [1]** 3096/14

**quite [1]** 3009/16

**quotation [4]** 3041/16
3041/16 3046/25
3099/5

**quotations [2]** 3101/16
3101/18

**quotes [1]** 3044/9

**R**

**radar [1]** 3136/16

**raise [1]** 3004/2

**Rakoczy [3]** 2997/14
3003/11 3004/8

**rallies [1]** 3047/16

**rally [1]** 3097/5

**range [4]** 3007/13
3084/17 3127/11
3128/8

**ranges [1]** 3127/10

**rare [1]** 3024/3

**rather [3]** 3036/24
3058/1 3067/21

**rattle [1]** 3071/23

**Ray [2]** 3085/12
3085/15

**Ray Brennan [2]**
3085/12 3085/15

**re [2]** 3013/2 3095/3

**re-posting [1]** 3095/3

**re-take [1]** 3013/2

**Re: [1]** 3008/14

**reach [1]** 3024/14

**reached [1]** 3039/6

**read [26]** 3036/20
3037/3 3038/4 3038/18

3040/5 3040/11
3041/17 3051/7 3061/1
3064/21 3076/23
3080/21 3081/6
3096/20 3099/9
3099/14 3109/5
3112/11 3113/8
3138/10 3138/11
3139/3 3144/13

**readable [1]** 3065/19

**reading [4]** 3012/21
3026/5 3046/3 3144/15

**ready [9]** 3006/11
3034/12 3035/22
3048/15 3048/16
3049/14 3049/21
3073/6 3109/3

**real [3]** 3027/19 3031/5
3044/16

**realize [1]** 3143/23

**really [2]** 3009/20
3035/22

**Realtime [1]** 3000/3

**reason [2]** 3010/5
3010/15

**reasons [1]** 3064/25

**recall [2]** 3012/16
3075/6 3104/20

**received [21]** 3006/1
3007/4 3007/5 3008/3
3017/10 3036/14
3037/25 3063/24
3064/11 3067/16
3070/11 3073/19
3081/4 3085/13
3088/12 3098/21
3104/7 3106/15 3110/2
3111/19 3114/19

**receiver [1]** 3064/6

**recess [3]** 3078/24
3078/25 3145/23

**recognize [6]** 3074/2
3074/13 3080/12
3098/9 3106/7 3111/8

**recognized [1]**
3057/23

**reconnaissance [1]**
3049/9

**recons [1]** 3049/9

**record [15]** 3007/23
3009/22 3013/3 3017/3
3017/14 3017/14
3017/23 3018/3
3018/12 3023/12
3031/16 3039/20
3060/20 3089/3 3146/3

**recorded [1]** 3000/6

**recording [1]** 3135/6

**recordings [1]** 3135/8

**records [9]** 3016/22
3016/24 3020/18
3031/8 3084/4 3084/11
3086/5 3134/20
3143/19

**recovered [3]** 3108/18
3109/13 3111/9

**RECROSS [1]** 3001/4

redact [1] 3079/22

**redcoat [2]** 3027/2
3027/8

**redcoats [1]** 3027/11

**REDIRECT [1]** 3001/4

**redpillpatriot [4]**
3030/10 3030/14
3032/12 3032/21

**reemphasize [1]**
3012/13

**reference [4]** 3027/9
3031/17 3036/10
3121/25

**referred [1]** 3037/16

**referring [4]** 3028/13
3028/18 3056/22
3062/25

**reflects [1]** 3031/17

**refreshed [1]** 3048/6

**regard [1]** 3113/8

**regarding [2]** 3055/22
3101/3 3113/21 3117/3
3139/23 3143/12
3143/24

**regardless [2]** 3045/18
3045/18

**regards [3]** 3014/20
3018/25 3116/14

**region [3]** 3117/8
3120/21 3135/25

**Registered [1]** 3000/2

**regular [1]** 3023/6

**regulated [1]** 3030/21

**relate [1]** 3090/20

**related [3]** 3117/14
3123/15 3129/12

**relating [1]** 3012/23

**relations [1]** 3047/15

**relationship [2]** 3010/1
3131/16

**relevance [3]** 3037/23
3120/13 3141/20

**reliance [1]** 3044/14

**relieve [1]** 3032/16

**remain [1]** 3050/16

**remaining [2]** 3081/22
3081/23

**remember [8]** 3013/15
3055/23 3072/7
3072/10 3117/16
3122/9 3122/11
3122/13

**remind [3]** 3045/5
3064/2 3090/25

**reminder [2]** 3012/13
3145/14

**reminders [1]** 3145/8

**removed [1]** 3054/4

**rendered [2]** 3115/7
3115/15

**reorient [3]** 3019/3
3019/6 3068/15

**repeat [1]** 3050/17

**repercussions [1]**
3065/3

**rephrase [4]** 3107/3
3123/1 3125/16

replied [1] 3089/6

**report [2]** 3137/3
3137/9

**Reporter [4]** 3000/2
3000/2 3000/3 3000/3

**repost [1]** 3072/4

**represent [2]** 3116/2
3117/11

**representation [3]**
3121/12 3122/12
3122/15

**representations [1]**
3122/17

**republic [5]** 3038/13
3038/20 3038/22
3039/8 3065/1

**request [5]** 3004/5
3004/13 3005/16
3007/25 3138/20

**requested [1]** 3007/14
3084/18 3138/21

**rescheduled [1]**
3012/18

**resembles [1]** 3108/8

**reservation [2]**
3018/13 3018/19

**reshared [1]** 3095/5

**residence [9]** 3102/12
3102/16 3102/23
3102/24 3103/8
3104/15 3106/19
3107/16 3112/10

**resides [1]** 3143/1

**residing [1]** 3136/20

**resist [1]** 3025/10

**resolved [2]** 3038/7
3041/12

**resources [2]** 3051/13
3060/12

**respective [1]** 3141/9

**respond [30]** 3021/3
3021/17 3024/11
3026/10 3026/20
3030/9 3030/17
3031/21 3034/14
3034/16 3035/16
3040/16 3040/24
3043/4 3044/2 3045/1
3045/8 3045/15 3047/2
3047/18 3052/4
3052/10 3058/5
3058/17 3059/14
3071/12 3071/20
3085/25 3092/6
3092/25

**responded [8]** 3021/15
3022/3 3023/21 3024/7
3035/17 3042/4
3059/15 3089/10

**responding [8]** 3028/5
3028/6 3040/11
3050/22 3056/4 3056/5
3057/9 3116/18

**responds [19]** 3020/10
3026/11 3033/3
3041/23 3043/21
3053/3 3055/18

3085/22 3085/23
3086/3 3092/7 3092/12
3093/6 3093/13
3093/14 3093/18
3095/22

**response [17]** 3022/7
3022/8 3031/3 3033/1
3036/11 3042/3 3050/7
3052/2 3053/12
3054/14 3054/25
3055/1 3055/12
3057/25 3059/15
3062/13 3079/20

**rest [3]** 3049/7 3051/7
3069/6

**restate [1]** 3120/7

**Restatement [1]**
3009/4

**restless [1]** 3097/4

**resume [3]** 3077/15
3080/4 3145/7

**RESUMED [1]** 3013/7

**retrieve [1]** 3064/5

**return [7]** 3024/15
3039/17 3068/1 3083/1
3087/21 3098/12
3098/14

**returns [4]** 3084/16
3084/20 3087/18
3101/6

**review [4]** 3005/11
3005/16 3138/14
3143/18

**reviewed [16]** 3063/3
3063/10 3065/9 3067/5
3080/17 3084/3 3084/8
3084/16 3084/20
3085/1 3101/1 3103/3
3106/1 3116/14 3118/7
3138/13

**reviewing [2]** 3136/2
3138/10

**revolution [12]**
3027/10 3027/13
3027/13 3032/14
3042/15 3042/16
3042/16 3042/22
3042/22 3098/2 3100/1
3102/4

**RHODES [27]** 2997/6
2998/2 3003/7 3003/15
3004/16 3005/2 3007/4
3007/8 3008/9 3009/15
3009/18 3010/10
3025/2 3025/7 3026/20
3043/4 3043/14
3044/13 3044/21
3045/8 3045/15
3046/11 3046/18
3047/2 3047/9 3116/3
3116/11

**Rhodes' [5]** 3004/6
3019/9 3020/19
3059/11 3066/8

**riding [1]** 3049/15

**rifle [8]** 3105/1 3105/9
3109/16 3109/17

**R**

**rifle... [4]** 3111/25
3113/5 3113/13 3114/9
**rifles [1]** 3047/12
**right [78]** 3005/2
3005/22 3006/15
3006/18 3007/15
3007/21 3012/4 3013/1
3018/11 3018/16
3022/10 3031/16
3032/14 3032/16
3044/18 3045/12
3049/25 3051/4
3053/10 3054/2
3054/12 3055/9 3056/1
3056/9 3056/14 3057/3
3057/11 3057/14
3057/16 3058/4
3058/16 3058/19
3060/9 3069/15 3071/8
3074/16 3075/3 3075/4
3076/7 3077/18
3078/17 3078/18
3079/3 3081/13
3081/13 3098/20
3104/5 3106/14
3106/25 3107/10
3109/3 3110/15
3110/25 3111/12
3112/13 3121/17
3121/19 3122/19
3123/5 3127/3 3127/6
3134/19 3134/20
3134/24 3136/9
3136/21 3137/13
3139/11 3139/13
3139/25 3140/4
3140/10 3142/7
3142/10 3145/5
3145/12 3145/17
3145/19
**rights [1]** 3038/23
**ring [1]** 3070/18
**riot [1]** 3013/19
**rise [5]** 3003/2 3077/16
3078/23 3079/1
3145/10
**Ritchie [1]** 2999/17
**RMR [2]** 3146/2 3146/8
**Road [1]** 2999/3
**Roberts [4]** 3008/10
3010/11 3010/13
3010/20
**Roger [1]** 3096/21
**Roger Stone [1]**
3096/21
**Rohde [52]** 3016/19
3017/12 3017/17
3019/2 3020/9 3021/2
3022/16 3024/18
3025/16 3027/6 3032/9
3035/5 3036/3 3036/17
3037/12 3038/2
3038/15 3038/15
3039/17 3039/25
3040/15 3043/2 3046/8
3046/15 3049/23
3052/1 3052/21 3063/6

3065/4 3067/1 3067/24
3068/1 3068/12
3070/22 3072/15
3073/21 3073/25
3084/6 3087/14
3088/14 3088/17
3089/20 3094/3
3094/10 3094/17
3095/16 3098/23
3101/7 3101/20 3103/1
3103/12 3106/4
**role [2]** 3009/5 3122/18
**RON [1]** 3049/7
**rooftop [1]** 3046/5
**room [3]** 3014/17
3035/19 3104/14
**Ross [3]** 3102/2 3102/3
3102/5
**rounds [1]** 3068/23
**route [3]** 3049/4
3049/8 3049/12
**row [7]** 3020/25
3029/10 3030/2
3076/18 3081/15
3108/22 3111/12
**RP [1]** 3071/21
**rubber [1]** 3045/21
**rubber-stamps [1]**
3045/21
**rule [12]** 3006/11
3009/25 3010/6 3016/5
3016/6 3035/3 3069/7
3077/23 3077/23
3078/4 3078/5 3078/10
**rules [3]** 3026/14
3026/14 3060/24
**rumble [7]** 3066/23
3067/7 3068/16
3094/14 3094/22
3096/4 3096/18
**rumble.com [2]**
3066/22 3093/25
**running [1]** 3049/15
**runs [2]** 3037/18
3100/15
**rural [2]** 3126/3 3128/2
**Russia [2]** 3051/14
3060/13

**S**

**S. [1]** 3032/19
**SA [1]** 3013/6
**Sadly [1]** 3039/9
**safe [33]** 3105/7 3105/8
3107/24
**said [33]** 3010/24
3023/3 3023/19
3031/24 3033/19
3034/2 3035/13
3040/25 3043/5 3045/2
3045/9 3046/12
3046/19 3048/2 3055/9
3059/4 3066/20
3078/19 3082/2 3082/9
3083/21 3089/11
3091/10 3096/20
3097/3 3121/15
3121/24 3122/9 3123/4

3135/24 3144/17
**Sam [1]** 3027/2
**Sam Adams [1]** 3027/2
**same [18]** 3012/13
3033/6 3037/10 3043/4
3043/6 3043/18
3068/25 3071/21
3094/25 3123/5
3138/15 3138/16
3141/3 3144/4 3144/9
3144/11 3145/8
3145/14
**Samsung [1]** 3113/2
**sand [1]** 3039/7
**SanDisk [1]** 3113/19
**sandwich [1]** 3104/21
**satanic [1]** 3025/23
**Saturday [2]** 3049/2
3049/13
**save [2]** 3038/12
3038/22
**saved [2]** 3020/19
3065/1
**saw [1]** 3067/19
**say [90]** 3008/6 3009/3
3018/12 3020/7
3020/20 3021/5
3022/18 3023/2 3023/5
3023/10 3025/7
3026/12 3026/22
3027/18 3027/23
3028/16 3028/17
3030/11 3030/19
3031/23 3032/12
3033/5 3033/11 3034/8
3034/11 3041/11
3043/14 3043/23
3044/4 3048/1 3048/10
3048/25 3050/3
3058/17 3058/18
3060/2 3061/7 3062/4
3064/12 3064/24
3067/21 3068/20
3069/16 3069/21
3071/2 3075/10
3085/19 3086/9 3087/8
3091/9 3092/1 3095/15
3095/17 3095/24
3097/18 3104/16
3105/22 3114/3 3118/8
3118/15 3123/5 3125/1
3125/24 3126/12
3127/20 3129/18
3131/1 3131/17
3131/21 3132/1
3132/10 3132/11
3132/15 3132/20
3132/21 3133/8
3133/14 3133/17
3134/17 3135/1
3135/18 3136/4
3137/11 3138/25
3141/1 3143/13
3143/20 3144/3 3144/8
3144/10
**say next [1]** 3048/10
**saying [13]** 3021/18

3027/25 3035/17
3042/4 3057/5 3057/8
3059/13 3082/15
3088/19 3091/12
3122/9
**says [37]** 3008/15
3009/10 3014/11
3014/18 3015/3
3022/13 3026/4
3040/17 3041/21
3044/13 3050/25
3058/6 3061/13
3062/23 3072/17
3082/6 3083/4 3086/1
3086/16 3086/20
3087/12 3089/1
3090/25 3091/1
3091/19 3092/7
3092/15 3093/1 3093/6
3093/19 3095/22
3096/21 3097/4
3097/22 3099/15
3099/17 3144/20
**scare [2]** 3033/14
3045/10
**schedule [1]** 3044/5
**scope [3]** 3010/1
3111/25 3112/21
**screaming [1]** 3033/13
**screen [10]** 3013/23
3022/13 3022/18
3029/2 3064/22 3066/5
3066/24 3068/7
3076/12 3078/15
**screenshot [4]** 3036/4
3063/12 3063/16
3064/19
**screenshots [1]**
3113/18
**screw [1]** 3045/9
**sealed [1]** 3011/7
**search [19]** 3084/12
3090/8 3102/10
3102/10 3102/12
3102/14 3102/16
3102/21 3102/24
3102/25 3103/7
3104/14 3105/17
3105/18 3105/21
3105/24 3106/19
3107/15 3108/9
**searched [2]** 3090/3
3090/15
**searches [3]** 3088/2
3089/24 3090/22
**searching [2]** 3102/22
3136/3
**seat [2]** 3077/20
3080/2
**seated [3]** 3003/4
3012/9 3079/2
**second [14]** 3020/25
3030/2 3038/12
3038/15 3038/23
3039/1 3063/2 3074/25
3076/18 3076/24
3081/15 3081/15

**seconds [16]** 3060/1
3067/2 3068/2 3068/3
3068/6 3068/6 3073/25
3074/1 3074/3 3074/12
3074/14 3074/18
3074/19 3074/21
3090/12 3094/21
**secret [2]** 3026/23
3047/14
**section [3]** 3018/10
3077/3 3090/15
**secure [1]** 3076/25
**securing [1]** 3008/25
**security [1]** 3082/4
**see [24]** 3006/9
3013/23 3021/18
3041/2 3043/18
3044/23 3046/19
3048/14 3056/25
3068/7 3071/2 3078/22
3086/5 3093/20 3094/5
3101/22 3106/18
3106/19 3107/14
3108/8 3133/7 3137/19
3138/5 3145/19
**seek [18]** 3008/19
3017/3 3036/7 3037/21
3063/20 3065/24
3067/10 3070/8
3073/15 3080/23
3085/4 3088/8 3098/17
3109/24 3111/16
3112/3 3114/15
3143/19
**seeking [1]** 3133/18
**seem [1]** 3039/14
**Seems [1]** 3061/11
**seen [4]** 3016/22
3075/22 3083/17
3137/14
**seize [2]** 3105/12
3105/17
**seized [2]** 3112/6
3112/9
**selection [1]** 3012/17
**semi [4]** 3128/15
3128/16 3128/18
3128/24
**semi-automatic [4]**
3128/15 3128/16
3128/18 3128/24
**Senators [1]** 3047/19
**send [1]** 3049/17
**sender [1]** 3064/6
**sends [1]** 3072/5
**sense [3]** 3058/20
**sent [6]** 3026/15
3028/15 3028/24
3029/2 3064/11
3066/21
**sentence [1]** 3006/20
**separate [3]** 3096/17
3096/19 3097/13
**September [4]** 3136/14
3137/4 3138/3 3141/5
**September 29th [1]**
3141/5

**sequencing [1]**
3055/16
**series [4]** 3007/5
3065/15 3102/10
3103/14
**served [1]** 3064/8
**server [1]** 3077/9
**servers [1]** 3077/7
**Service [1]** 3047/14
**services [1]** 3009/1
**session [2]** 2997/7
3130/12
**set [6]** 3009/14 3028/7
3041/15 3049/8
3062/25 3113/14
**sets [1]** 3021/9
**setting [1]** 3080/9
**settled [1]** 3008/15
**several [2]** 3116/12
3141/14
**share [1]** 3054/21
**shared [2]** 3018/13
3095/8
**shielded [2]** 3009/12
3011/1
**shift [1]** 3063/2
**shirts [1]** 3071/22
**shit [8]** 3027/3 3028/3
3045/10 3049/21
3086/11 3087/11
3091/3 3091/20
**shock [1]** 3071/16
**shoot [2]** 3128/17
3128/22
**shooting [1]** 3127/9
**short [6]** 3025/22
3030/6 3031/1 3038/6
3040/21 3061/11
**shortly [1]** 3078/22
**shot [1]** 3027/3
**should [12]** 3006/16
3030/5 3031/24
3033/15 3043/10
3044/16 3069/2 3073/6
3094/21 3096/22
3114/3 3145/3
**shouldn't [2]** 3008/6
3023/4
**show [17]** 3006/6
3006/8 3013/21
3016/20 3016/21
3022/7 3053/15
3053/22 3056/9
3056/10 3057/17
3057/17 3058/18
3059/15 3094/19
3103/17 3112/4
**showed [1]** 3118/21
**showing [8]** 3016/20
3089/6 3089/10
3089/16 3089/24
3093/1 3108/25
3113/24
**shown [6]** 3035/8
3036/23 3110/5
3118/18 3128/5 3128/6
**shows [4]** 3099/1

3124/1
**sick [1]** 3021/20
**side [7]** 3017/22
3018/2 3022/17 3023/4
3033/6 3079/5 3111/13
**Siege [1]** 3133/25
**Siekerman [1]** 3071/8
**Signal [22]** 3019/5
3019/11 3019/13
3026/6 3063/4 3063/18
3064/3 3064/4 3064/8
3064/9 3065/13
3065/14 3065/15
3066/10 3080/13
3080/14 3081/22
3081/23 3113/19
3116/5 3117/19
3117/21
**significance [1]** 3074/6
**signifying [1]** 3019/8
**simply [2]** 3038/9
3058/3
**since [2]** 3119/25
3127/23
**single [1]** 3122/25
**sir [140]** 3013/14
3013/20 3016/22
3019/1 3020/14 3021/1
3024/8 3024/25
3025/18 3027/14
3028/2 3028/2 3028/23
3028/25 3029/11
3029/12 3030/3
3034/15 3037/17
3037/20 3040/10
3040/12 3042/17
3048/21 3051/6
3051/20 3053/4
3059/25 3061/6
3061/19 3061/25
3062/3 3062/15 3063/5
3063/9 3063/14
3063/19 3064/15
3064/18 3064/20
3065/11 3066/14
3068/18 3069/11
3072/11 3072/25
3080/8 3081/6 3081/9
3081/21 3087/25
3105/14 3109/8
3110/11 3111/10
3114/25 3115/6
3115/13 3115/25
3116/15 3117/1 3117/2
3117/10 3117/13
3118/6 3118/17 3119/5
3119/24 3120/2 3120/9
3120/16 3120/22
3123/21 3124/10
3124/13 3125/4 3125/5
3125/19 3125/19
3126/14 3127/14
3128/14 3128/16
3128/19 3128/24
3129/10 3129/19
3130/1 3130/2 3130/24
3131/4 3131/12

3131/23 3132/2 3132/3
3132/6 3133/4 3133/10
3134/1 3134/13
3134/18 3134/19
3134/21 3135/7
3135/16 3136/8
3136/10 3136/13
3136/14 3136/22
3137/1 3137/3 3137/9
3138/2 3138/4 3138/8
3138/12 3138/13
3138/18 3138/24
3139/8 3139/10
3139/20 3140/1
3140/11 3140/15
3140/19 3140/22
3141/22 3142/11
3142/20 3142/25
3143/23 3144/3
3144/12 3144/12
3145/15 3145/16
**sit [2]** 3005/1 3005/5
**situation [3]** 3038/7
3041/12 3043/25
**skill [1]** 3021/9
**slide now [1]** 3046/9
**slides [19]** 3014/10
3035/24 3040/9
3046/16 3052/1
3052/14 3053/10
3053/11 3053/16
3054/3 3054/13
3054/19 3055/16
3056/20 3057/12
3057/17 3061/21
3062/8 3062/11
**slightly [1]** 3052/15
**sling [1]** 3113/13
**slogan [1]** 3025/8
**small [1]** 3104/21
**smartphone [1]**
3072/20
**Smith [4]** 3008/10
3010/11 3010/13
3010/20
**Smrecek [10]** 3074/16
3074/22 3075/3 3088/4
3088/20 3089/9
3089/11 3089/16
3090/16 3106/9
**so [113]** 3003/25
3004/6 3004/8 3004/21
3006/8 3006/10
3006/11 3007/3
3007/22 3007/25
3008/12 3009/14
3010/5 3011/3 3012/19
3015/19 3019/4
3019/14 3022/3 3022/6
3022/7 3024/23 3033/8
3033/13 3034/2 3034/5
3034/24 3036/11
3040/9 3040/11
3041/14 3044/5
3045/23 3047/4
3048/19 3052/4
3052/17 3053/2
3053/12 3053/13

3062/1 3062/4 3062/20
3067/8 3068/19
3068/24 3069/3
3069/14 3069/19
3070/22 3071/10
3071/19 3072/1 3072/2
3072/15 3073/1 3082/8
3082/17 3083/20
3085/10 3086/8
3086/14 3086/18
3086/24 3088/25
3090/13 3091/5
3091/16 3091/23
3092/5 3092/11
3092/13 3092/24
3093/4 3093/11
3093/16 3093/22
3094/1 3094/3 3094/4
3094/8 3095/16
3095/21 3095/23
3096/10 3096/11
3096/20 3097/2 3097/6
3097/8 3097/20
3097/24 3100/7
**slide now [1]** 3046/9
**slides [19]** 3014/10
3035/24 3040/9
3046/16 3052/1
3052/14 3053/10
3053/11 3053/16
3054/3 3054/13
3054/19 3055/16
3056/20 3057/12
3057/17 3061/21
3062/8 3062/11
**slightly [1]** 3052/15
**sling [1]** 3113/13
**slogan [1]** 3025/8
**small [1]** 3104/21
**smartphone [1]**
3072/20
**Smith [4]** 3008/10
3010/11 3010/13
3010/20
**Smrecek [10]** 3074/16
3074/22 3075/3 3088/4
3088/20 3089/9
3089/11 3089/16
3090/16 3106/9
**so [113]** 3003/25
3004/6 3004/8 3004/21
3006/8 3006/10
3006/11 3007/3
3007/22 3007/25
3008/12 3009/14
3010/5 3011/3 3012/19
3015/19 3019/4
3019/14 3022/3 3022/6
3022/7 3024/23 3033/8
3033/13 3034/2 3034/5
3034/24 3036/11
3040/9 3040/11
3041/14 3044/5
3045/23 3047/4
3048/19 3052/4
3052/17 3053/2
3053/12 3053/13

3055/11 3055/16
3055/19 3055/25
3056/1 3056/14
3056/15 3056/24
3057/2 3058/4 3058/16
3058/23 3059/11
3059/13 3061/1 3061/4
3061/18 3062/1 3062/8
3064/7 3064/12 3069/6
3072/4 3076/18 3078/3
3079/18 3079/18
3080/20 3081/15
3081/17 3082/1
3089/10 3090/24
3094/10 3095/3 3104/2
3112/18 3116/3
3116/17 3117/19
3118/8 3119/10
3120/20 3123/1
3123/15 3124/10
3124/17 3125/16
3127/23 3131/15
3132/8 3132/24 3133/4
3133/10 3134/2 3134/6
3136/2 3136/4 3136/5
3136/17 3139/1
3139/22 3140/20
3141/8 3142/9 3142/20
3143/1 3143/20 3144/5
3144/10 3144/18
**So I think [3]** 3011/3
3078/3 3079/18
**so it's [1]** 3080/20
**So this is [1]** 3006/8
**sociology [1]** 3124/19
**Sol [4]** 3029/6 3048/23
3048/23 3050/20
**solely [1]** 3120/18
**solution [1]** 3039/15
**some [16]** 3008/7
3008/8 3008/11 3009/1
3010/17 3026/23
3071/1 3085/20 3088/2
3088/3 3089/24
3105/10 3119/1 3121/9
3132/13 3134/20
**somebody [10]** 3030/9
3034/14 3035/15
3044/2 3066/18
3070/24 3129/25
3132/20 3134/6
3134/14
**somehow [1]** 3010/17
**someone [9]** 3030/17
3049/21 3078/3
3104/18 3129/21
3129/22 3132/23
3132/25 3144/6
**something [9]** 3004/12
3079/10 3079/13
3089/11 3099/15
3121/25 3129/24
3134/3 3134/16
**Somewhat [2]** 3125/25
3130/16
**son [2]** 3075/4 3075/7
**son's [1]** 3024/4

**SoRelle [5]** 3007/9
3008/9 3009/15
3009/18 3010/10
**sorry [19]** 3015/16
3015/17 3017/5
3019/19 3019/23
3031/13 3050/17
3053/22 3053/24
3056/19 3077/23
3083/4 3103/14
3110/6 3110/24
3120/7 3121/6 3144/25
3145/21
**sort [3]** 3007/5 3012/12
3012/24
**sound [2]** 3076/21
3134/24
**sources [2]** 3132/24
3144/22
**south [4]** 3124/25
3125/3 3125/5 3125/7
**southeast [3]** 3117/8
3120/21 3135/25
**Southern [3]** 3124/17
3124/22 3125/10
**speak [8]** 3005/10
3024/1 3046/11 3101/9
3120/16 3127/23
3127/25 3132/15
**speakers [1]** 3037/1
**speaking [16]** 3020/5
3021/10 3021/14
3025/1 3025/3 3029/5
3029/18 3033/9
3044/12 3049/25
3087/4 3087/6 3091/24
3097/9 3097/11 3131/7
**special [2]** 3013/1
3023/7
**Special Agent Harris
[1]** 3013/1
**specific [5]** 3012/24
3079/13 3120/5 3140/8
3141/17
**specifically [8]**
3009/10 3088/1
3120/11 3121/23
3123/12 3123/18
3133/24 3134/16
**spending [1]** 3041/25
**splinter [1]** 3093/7
**spoke [5]** 3004/8
3004/10 3004/11
3043/11 3124/14
**sport [1]** 3127/19
**spreadsheet [1]**
3007/17
**squad [1]** 3026/23
**Square [1]** 3082/3
**squarely [4]** 3008/13
3011/3 3016/7 3039/8
**Sr [1]** 2999/16
**SS [1]** 3046/24
**staff [2]** 3039/12
3044/16
**stage [2]** 3082/3
3082/10

**stamps [1]** 3045/21
**stand [3]** 3013/2
3013/7 3035/21
**standard [2]** 3072/18
3137/16
**standing [1]** 3047/23
**stands [2]** 3078/23
3127/16
**stanley [3]** 2999/2
2999/5 3003/16
**Stanley Woodward [1]**
3003/16
**start [8]** 3038/22
3041/2 3050/25 3051/5
3059/19 3060/3
3073/21 3143/16
**started [1]** 3012/12
**starting [2]** 3032/24
3074/25
**state [16]** 3015/4
3029/13 3030/4
3062/22 3070/25
3072/2 3072/17 3077/4
3083/5 3086/20
3121/18 3125/24
3126/7 3126/9 3127/10
3136/24
**state/team [1]** 3072/17
**stated [5]** 3015/11
3024/3 3082/22
3100/16 3143/14
**statement [13]** 3009/8
3034/25 3035/25
3066/19 3071/24
3077/24 3078/1 3078/2
3082/6 3092/14
3119/14 3119/21
3121/9
**statements [4]**
3009/17 3015/25
3016/3 3094/4
**states [12]** 2997/1
2997/3 2997/10 3003/6
3026/8 3077/4 3078/9
3083/24 3118/19
3119/1 3133/21
3140/25
**stating [2]** 3064/21
3069/12
**stationed [1]** 3124/11
**status [1]** 3018/12
**stay [1]** 3049/3
**staying [2]** 3005/9
3034/2
**stenography [1]**
3000/6
**step [4]** 3018/21
3020/22 3077/18
3108/20
**stepped [1]** 3145/13
**stepping [1]** 3024/8
**STEWART [11]** 2997/6
2998/2 3003/7 3025/2
3026/20 3043/4
3043/14 3044/21 3045/8
3044/21 3045/8
3045/15

**stamps [1]** 3045/21
3026/20 3043/4
3043/14 3044/21
3045/8 3045/15
**stick [2]** 3131/2
3134/25
**sticker [1]** 3137/23
**sticks [1]** 3071/1
**still [9]** 3009/24
3010/18 3013/12
3021/10 3025/3
3036/11 3074/24
3080/6 3114/4
**stills [1]** 3105/22
**stimulus [1]** 3099/16
**stipulated [1]** 3113/21
**stipulation [7]** 3109/5
3112/11 3112/19
3113/7 3113/14 3114/4
3114/18
**Stone [1]** 3096/21
**stop [18]** 3026/25
3039/10 3049/2 3051/4
3119/5 3119/6 3119/12
3119/19 3119/19
3120/5 3120/11
3120/25 3121/23
3122/16 3123/13
3123/19 3123/20
3144/11
**stored [1]** 3124/2
**story [1]** 3069/6
**stout [1]** 3071/1
**straightforward [1]**
3008/13
**strategic [2]** 3009/11
3010/25
**Street [3]** 2997/17
2998/11 2998/15
**streets [1]** 3048/13
**stricken [2]** 3015/18
3015/20
**strike [2]** 3025/14
3025/14
**strikes [1]** 3069/5
**string [1]** 3008/4
**strong [1]** 3032/17
**struck [1]** 3069/4
**struggling [1]** 3006/5
**stuff [4]** 3049/3
3071/22 3128/25
3129/3
**stump [1]** 3069/18
**stupid [1]** 3041/25
**style [2]** 3069/23
3128/25
**sub [1]** 3039/21
**subject [5]** 3010/12
3067/13 3077/12
3077/25 3143/16
**subpoena [2]** 3016/25
3134/22
**subpoenas [1]**
3130/22
**subscriber [1]** 3020/18
**subsection [1]** 3078/2
**subset [2]** 3088/6
3103/18

**substance [2]** 3089/4
3139/15
**substituting [1]**
3032/18
**such [1]** 3079/9
**such' [1]** 3008/20
**suggestion [1]**
3110/18
**suggestions [1]**
3066/21
**Suite [4]** 2998/4 2998/8
2999/8 2999/17
**Suites [1]** 3017/15
**summaries [2]** 3072/9
3072/24
**summary [6]** 3038/6
3087/17 3087/19
3088/1 3088/2 3101/12
**Sunday [2]** 3049/5
3072/17
**superior [1]** 3130/3
**supervisors [1]**
3131/12
**support [6]** 3045/19
3045/24 3047/7
3051/12 3060/10
3082/11
**supported [1]** 3072/22
**supporting [1]** 3047/4
**suppress [1]** 3043/6
**sure [16]** 3005/7
3006/17 3015/22
3031/16 3035/21
3041/25 3048/14
3052/13 3056/16
3059/8 3065/21
3085/23 3110/4
3126/24 3133/3
3133/22
**surprise [1]** 3120/23
**surprised [1]** 3046/19
**surprisingly [1]** 3024/5
**surround [1]** 3033/12
**surrounded [2]**
3039/12 3069/7
**surrounding [2]**
3033/14 3078/6
**survival [1]** 3104/23
**sustain [1]** 3079/19
**sustained [6]** 3015/17
3042/19 3042/24
3107/2 3128/11
3139/18
**swore [2]** 3043/16
3064/7
**SWORN [1]** 3013/7

**T**

**table [1]** 3044/24
**tablet [1]** 3072/19
**tactical [1]** 3063/1
**taint [1]** 3008/5
**take [19]** 3004/18
3013/2 3015/21 3016/4
3023/3 3029/16
3035/13 3039/7 3050/4
3053/24 3062/5

3129/16 3130/5
3130/10 3137/15
3145/3 3145/6
**taken [9]** 3019/13
3063/12 3063/16
3065/13 3065/15
3096/21 3103/7
3104/14 3129/21
**taking [4]** 3012/18
3039/11 3047/6 3133/6
3018/24 3043/11
3094/23 3105/23
**talking [8]** 3035/22
3039/22 3047/11
3047/22 3056/20
3072/23 3096/18
3122/6
**Tampa [1]** 3020/8
**tan [1]** 3071/22
**tap [1]** 3072/22
**target [2]** 3049/9
3127/9 3127/10 3128/8
**Tarpley [2]** 2998/10
3003/14
**task [5]** 3129/8
3141/12 3141/17
3141/17 3141/23
**Taylor [5]** 3063/8
3064/17 3113/17
3113/18 3113/20
**Taylor's [1]** 3063/13
**TC [1]** 3014/11
**team [7]** 3008/5
3060/23 3072/3
3072/17 3082/5 3118/6
3118/15
**teams [1]** 3069/1
**tear [1]** 3032/24
**techniques [2]**
3130/19 3131/5
**teeth [1]** 3047/21
**tell [9]** 3020/4 3023/8
3086/17 3097/5 3100/9
3131/4 3132/19
3138/11 3141/9
**telling [1]** 3043/7
**ten [1]** 3144/9
**tens [2]** 3118/7
3130/25
**term [1]** 3083/17
**terms [5]** 3004/22
3050/15 3064/3 3114/1
3134/9
**terrible [1]** 3097/1
**terrorism [1]** 3129/11
**Terry [10]** 3013/16
3014/3 3014/5 3014/13
3014/19 3014/24
3015/4 3105/23
3106/24 3136/11
**Terry Cummings [8]**
3013/16 3014/3 3014/5
3014/19 3014/24
3105/23 3106/24
3136/11
**testified [15]** 3013/7

**testified...** **[14]** 3037/9
3037/11 3072/24
3105/19 3106/23
3107/5 3116/6 3116/7
3116/15 3117/24
3118/4 3119/18 3139/7
3139/9
**testifies** **[1]** 3077/25
**testify** **[2]** 3028/14
3107/24
**testifying** **[4]** 3013/16
3117/16 3117/20
3130/11
**testimony** **[12]** 3006/2
3055/8 3065/10 3072/7
3079/6 3079/14
3079/21 3080/4
3094/23 3139/13
3139/16 3145/14
**text** **[19]** 3005/25
3006/6 3006/7 3007/5
3007/7 3008/7 3009/14
3009/17 3010/10
3020/7 3026/5 3028/14
3028/15 3055/4
3055/11 3055/17
3056/6 3058/21
3076/23
**than** **[13]** 3009/20
3024/9 3053/10 3058/1
3058/20 3068/25
3096/17 3097/13
3122/13 3122/19
3131/21 3136/10
3144/10
**thank** **[43]** 3007/2
3010/4 3010/8 3017/25
3018/7 3019/23
3022/23 3024/7
3031/11 3031/19
3034/7 3038/14
3039/16 3040/13
3046/7 3053/14 3059/1
3059/17 3062/16
3067/3 3068/11 3071/9
3074/1 3077/15
3079/23 3085/8 3104/4
3104/6 3108/12
3108/24 3109/24
3110/25 3111/14
3111/21 3112/2 3112/7
3114/20 3115/17
3116/21 3123/8 3145/9
3145/15 3145/20
**thank you** **[32]** 3007/2
3010/4 3010/8 3018/7
3022/23 3031/11
3031/19 3038/14
3039/16 3040/13
3053/14 3059/17
3062/16 3067/3
3068/11 3074/1
3077/15 3079/23
3085/8 3104/6 3108/12
3108/24 3110/25
3111/14 3111/21
3112/2 3112/7 3114/20

3145/19 3145/20
**Thanks** **[1]** 3078/21
**that** **[448]**
**that's** **[80]** 3005/17
3007/12 3008/8 3011/3
3015/12 3019/15
3019/21 3024/25
3027/9 3027/20
3027/25 3031/24
3045/2 3053/4 3053/21
3056/3 3056/8 3057/16
3060/25 3061/6 3062/1
3062/10 3062/12
3062/25 3063/14
3064/15 3065/20
3066/13 3070/4
3074/22 3075/17
3076/13 3078/13
3079/10 3080/22
3082/18 3087/23
3089/3 3091/11 3095/2
3098/16 3099/6
3100/21 3100/23
3101/17 3108/5
3108/10 3112/1
3112/14 3112/17
3113/5 3113/10
3114/14 3118/24
3119/22 3120/14
3121/10 3122/19
3123/5 3124/13
3125/17 3125/21
3127/1 3127/18
3128/18 3128/19
3128/24 3128/25
3129/4 3129/12
3132/12 3134/5 3137/7
3137/15 3139/2 3140/5
3142/6 3143/13
3143/16 3144/14
**that, [1]** 3138/12
**that, sir** **[1]** 3138/12
**theft** **[1]** 3038/9
**their** **[15]** 3024/16
3025/14 3026/13
3026/25 3031/24
3038/11 3039/15
3047/5 3051/10 3060/7
3074/9 3124/1 3133/5
3133/13 3141/9
**thelinderfirm.com** **[1]**
2998/6
**them** **[33]** 3007/13
3009/21 3022/1 3024/9
3025/13 3026/25
3027/3 3032/25
3033/14 3033/15
3035/21 3044/24
3045/11 3045/11
3047/7 3047/15
3051/23 3056/10
3056/24 3056/25
3057/21 3060/15
3065/2 3085/1 3093/8
3093/8 3093/21 3094/7
3100/14 3103/22
3104/3 3110/17 3139/4

3029/15 3032/16
**then** **[70]** 3004/14
3005/17 3008/3 3008/9
3012/19 3014/6
3014/14 3014/18
3015/3 3015/3 3018/9
3021/17 3026/10
3034/6 3035/3 3038/20
3041/4 3044/17 3045/8
3045/18 3046/13
3047/18 3049/7
3049/11 3051/2
3051/13 3052/24
3053/2 3054/11 3055/9
3055/20 3055/23
3057/7 3057/9 3057/17
3058/6 3058/18 3059/2
3059/15 3060/5
3060/11 3062/11
3062/13 3064/8
3064/12 3073/22
3075/5 3081/22 3082/4
3085/25 3086/4
3090/13 3093/20
3094/5 3099/5 3101/16
3102/24 3103/10
3112/3 3112/4 3112/24
3113/7 3113/12
3116/12 3122/2 3122/8
3123/1 3133/10
3138/25 3140/16
**then going** **[1]** 3014/18
**theorist** **[1]** 3025/23
**theory** **[1]** 3055/22
**there** **[63]** 3003/25
3004/2 3005/2 3005/5
3007/16 3008/9
3008/15 3009/10
3010/17 3023/21
3026/24 3028/11
3031/3 3031/12 3033/1
3034/2 3039/4 3040/7
3042/3 3044/8 3047/14
3048/12 3049/7 3051/4
3051/8 3055/23
3056/24 3059/9
3059/15 3060/5 3083/1
3083/5 3083/11
3089/14 3090/2 3090/7
3090/14 3090/14
3092/8 3094/21 3097/1
3101/4 3103/25
3104/20 3105/10
3107/24 3110/9 3120/4
3122/12 3122/14
3122/16 3125/4 3126/5
3132/3 3133/5 3133/9
3134/3 3134/7 3134/25
3135/4 3135/4 3140/24
3141/14
**there's** **[28]** 3007/22
3010/15 3012/4
3015/24 3034/23
3044/9 3048/22 3053/9
3054/19 3054/22
3055/1 3055/3 3055/19
3055/20 3055/25

3059/9 3059/12 3086/4
3088/2 3099/5 3110/18
3113/7 3116/17
3118/24 3128/6 3133/6
**these** **[37]** 3003/22
3007/15 3008/1
3009/17 3010/6
3014/10 3016/22
3016/24 3017/3 3022/9
3030/21 3033/19
3039/2 3040/9 3055/4
3059/10 3061/21
3065/18 3065/21
3066/8 3080/17
3082/15 3089/4
3100/14 3105/4 3109/6
3110/22 3114/3 3114/4
3117/3 3119/11
3120/10 3123/24
3135/15 3135/19
3142/3 3142/23
**they** **[54]** 3005/1
3005/10 3009/18
3009/18 3009/25
3023/21 3025/10
3025/11 3025/13
3025/13 3025/15
3026/25 3027/3
3032/16 3032/16
3032/23 3033/13
3034/5 3039/7 3040/10
3041/2 3045/12
3045/13 3047/21
3051/2 3051/8 3054/1
3058/13 3059/8 3060/5
3075/10 3075/11
3082/18 3084/25
3092/16 3093/1
3110/18 3114/17
3118/2 3118/2 3124/4
3124/5 3124/7 3124/8
3125/11 3127/17
3128/16 3128/17
3130/14 3132/4
3132/13 3132/15
3133/14 3144/14
**they'll** **[2]** 3093/20
3094/5
**they're** **[12]** 3004/8
3012/22 3044/17
3052/14 3058/9
3059/10 3080/18
3084/11 3084/13
3085/1 3119/3 3128/20
**They've** **[1]** 3111/18
**thick** **[1]** 3069/17
**thing** **[8]** 3009/22
3032/24 3036/23
3044/18 3045/12
3123/6 3138/16
3144/20
**thing-which** **[1]**
3044/18
**things** **[7]** 3051/1
3051/1 3060/4 3060/4
3108/4 3112/12
3128/21

**think** **[52]** 3004/12
3004/14 3004/18
3005/10 3005/20
3008/12 3009/16
3010/3 3011/3 3015/24
3022/9 3027/1 3028/12
3028/17 3030/12
3034/4 3034/25 3045/9
3045/12 3047/14
3052/14 3078/3 3079/4
3079/5 3079/8 3079/14
3079/18 3079/19
3085/7 3096/25
3106/11 3108/6
3108/10 3112/11
3114/17 3118/2
3118/21 3119/3
3119/15 3119/18
3119/21 3121/20
3122/2 3122/21
3122/24 3125/14
3126/12 3127/14
3130/8 3134/10 3144/6
3145/3
**thinking** **[2]** 3087/10
3091/3
**thinks** **[1]** 3028/13
**third** **[6]** 3010/15
3038/3 3038/4 3055/2
3055/21 3111/12
**thirds** **[2]** 3139/4
3139/21
**this** **[238]**
**this shit** **[1]** 3086/11
**this.'** **[1]** 3060/5
**Thomas** **[5]** 2999/16
3003/10 3117/11
3135/17 3135/21
**Thomas Caldwell** **[3]**
3117/11 3135/17
3135/21
**Thomas Edward**
**Caldwell** **[1]** 3003/10
**thorough** **[1]** 3130/5
**those** **[27]** 3007/9
3007/19 3014/13
3047/19 3050/11
3054/1 3057/14
3067/21 3101/6 3103/6
3103/9 3103/10
3103/18 3117/21
3117/25 3128/15
3129/24 3131/5 3136/3
3136/11 3140/20
3141/3 3141/8 3144/4
3144/5 3144/14
3144/19
**though** **[2]** 3096/1
3122/9
**thought** **[7]** 3015/19
3016/7 3054/1 3054/10
3055/7 3055/7 3121/25
**thousands** **[6]** 3027/21
3084/15 3084/18
3087/22 3118/7 3131/1
**thread** **[2]** 3066/16
3093/24
**threat** **[1]** 3047/7

**T**

three [8] 3007/16
3007/19 3010/18
3053/16 3054/13
3062/8 3101/7 3132/3
through [18] 3007/7
3014/9 3017/9 3017/10
3017/13 3020/18
3031/8 3049/6 3103/21
3104/2 3117/17 3122/3
3130/5 3130/25 3131/5
3131/6 3135/13 3136/2
throughout [5]
3012/13 3075/22
3076/3 3077/2 3125/23
throw [1] 3125/12
thru [2] 3104/7
3114/19
Thursday [2] 3043/12
3044/7
Thus [1] 3009/10
time [85] 3004/23
3007/12 3010/2 3017/2
3017/20 3018/5 3019/6
3019/19 3020/23
3022/7 3024/23 3025/5
3026/15 3028/24
3029/1 3030/12 3034/3
3035/18 3036/7 3041/9
3042/1 3045/12 3048/6
3048/6 3049/12
3049/20 3054/12
3055/5 3055/12
3063/20 3065/24
3066/6 3067/10
3071/24 3072/19
3082/24 3084/1
3085/17 3086/12
3086/22 3087/2
3088/21 3088/23
3089/18 3090/5
3090/10 3090/11
3090/17 3090/20
3091/14 3091/21
3092/3 3092/9 3092/17
3093/2 3093/9 3093/14
3094/1 3094/7 3095/8
3095/19 3096/2
3096/11 3097/6
3097/16 3097/24
3099/23 3100/16
3100/18 3100/24
3100/25 3101/14
3105/18 3105/21
3109/24 3116/13
3127/23 3129/16
3130/5 3136/15
3136/19 3138/4
3140/23 3142/10
3145/21
times [3] 3048/2
3090/20 3116/17
timing [1] 3145/2
tired [1] 3086/10
title [1] 3037/3
titled [1] 3146/4
Tnx [1] 3044/7
today [11] 3086/21

3115/7 3116/6 3116/8
3117/12 3118/18
3119/11 3130/11
3144/4
together [4] 3025/9
3025/9 3025/10
3025/10
tolerated [1] 3038/10
tomorrow [4] 3004/14
3004/20 3004/22
3005/8
tomorrow's [1]
3005/17
ton [1] 3092/2
too [6] 3010/11
3021/13 3027/16
3057/8 3061/14
3137/19
tools [1] 3135/14
top [13] 3014/11
3015/4 3017/17
3018/10 3036/17
3064/21 3076/17
3076/18 3088/10
3099/15 3100/8
3100/10 3100/16
torches [1] 3045/11
touch [2] 3012/22
3072/22
tough [1] 3030/12
tourniquet [1] 3104/22
toward [1] 3038/21
towards [1] 3138/18
Towers [1] 2999/17
tracking [1] 3076/2
training [10] 3016/16
3021/23 3061/9 3074/4
3074/8 3074/9 3074/17
3090/4 3090/9 3106/9
trains [3] 3087/9
3087/12 3091/2
transcript [3] 2997/9
3000/6 3146/3
transcription [1]
3000/7
transfer [3] 3119/5
3119/6 3119/22
transition [2] 3118/22
3119/17
transport [1] 3005/11
travel [1] 3044/6
treasonous [1]
3039/12
treated [1] 3008/2
tree [4] 3048/5 3048/5
3069/18 3127/16
trial [5] 2997/9 3112/23
3117/12 3118/11
3118/13
trick [1] 3033/15
tried [1] 3027/2
trigger [3] 3128/17
3128/23 3129/2
Troy [2] 2997/16
3003/12
Troy Edwards [1]
3003/12

3120/9 3123/23
3144/20
Trump [15] 3025/24
3025/25 3028/7
3028/23 3038/17
3038/19 3039/10
3045/19 3045/22
3047/3 3047/16
3048/11 3048/13
3050/16 3091/10
Trump's [2] 3043/25
3065/2
truth [3] 3036/24
3067/21 3133/18
try [3] 3004/9 3004/20
3027/1
trying [12] 3044/5
3064/5 3119/2 3119/12
3120/11 3123/12
3123/20 3134/2 3142/5
3142/9 3142/12
3142/16
Tuesday [4] 3044/6
3071/22 3082/18
3083/23
Turmoil [2] 3029/25
3030/13
turn [5] 3004/3 3019/2
3058/6 3076/21
3077/11
Turning [1] 3098/3
TV [3] 3131/24 3132/21
3133/6
tweet [1] 3028/24
two [33] 3008/9
3035/24 3038/25
3039/2 3050/9 3050/11
3052/1 3053/10
3054/19 3054/22
3055/20 3055/25
3056/1 3056/14
3056/21 3058/13
3058/21 3060/18
3061/5 3062/8 3062/11
3064/25 3067/2 3075/9
3090/12 3090/21
3094/25 3100/19
3105/12 3108/25
3139/4 3139/21
3142/22
two-thirds [2] 3139/4
3139/21
TX [2] 2998/4 2998/8
type [2] 3101/25
3130/12
typically [1] 3129/16
tyranny [2] 3038/12
3038/24
tyrants [3] 3042/5
3048/7 3069/7

**U**

U.N [1] 3051/11
U.S [8] 2997/16
3051/10 3051/12
3060/7 3060/11
3109/17 3115/7

U.S. [3] 3004/5
3132/12 3143/22
U.S. Attorney's Office
[3] 3004/5 3130/12
3143/22
ubiquitous [1] 3125/8
ultimately [1] 3079/5
Ulysses [1] 3032/19
Ulysses S. Grant [1]
3032/19
UN [1] 3060/8
unconstitutional [1]
3045/21
unconventional [1]
3016/16
under [6] 3013/13
3051/24 3060/16
3079/11 3080/7
3088/15
underneath [1]
3038/16
understand [10]
3004/22 3008/10
3013/12 3046/13
3057/13 3078/13
3080/6 3110/19
3127/25 3143/4
understanding [7]
3010/14 3010/17
3010/20 3010/21
3012/15 3026/6
3030/25
understood [3] 3108/7
3129/14 3132/17
unit [2] 3133/24
3133/25
UNITED [10] 2997/1
2997/3 2997/10 3003/6
3026/8 3078/9 3118/19
3119/1 3133/21
3140/25
United States [6]
3026/8 3078/9 3118/19
3119/1 3133/21
3140/25
units [2] 3051/9 3060/6
unless [2] 3012/4
3047/10
unlikely [1] 3044/19
until [3] 3044/14
3046/5 3049/20
unusual [1] 3127/10
up [56] 3006/3 3006/16
3013/4 3016/19
3021/19 3024/1 3024/8
3033/6 3034/4 3034/22
3036/3 3037/12 3039/7
3039/25 3040/5
3047/10 3047/13
3048/15 3049/6 3049/8
3049/11 3049/16
3049/19 3054/2
3056/10 3056/14
3056/24 3063/6 3065/8
3067/1 3070/1 3070/18
3073/10 3080/3 3080/9
3080/11 3081/18

3087/14 3093/8 3094/3
3094/17 3098/7
3100/19 3103/1
3103/12 3106/4
3108/22 3113/14
3117/14 3126/12
3128/20 3133/20
3135/18 3143/1
up 6863 [1] 3065/8
upon [1] 3012/22
ups [1] 3049/9
urge [1] 3045/22
us [27] 3003/24 3004/9
3025/11 3025/11
3025/13 3027/25
3028/1 3028/1 3033/13
3034/5 3035/23
3046/24 3047/10
3047/11 3047/13
3047/14 3047/20
3049/8 3077/5 3082/5
3087/10 3091/3
3091/11 3091/12
3091/12 3122/2
3141/25
usdoj.gov [2] 2997/19
2997/20
use [5] 3013/18
3045/23 3070/17
3118/10 3125/7
used [9] 3051/22
3060/15 3071/16
3099/22 3099/25
3102/3 3118/12
3130/22 3132/22
user [4] 3030/10
3042/4 3085/12 3087/7
user's [4] 3084/14
3099/1 3100/12
3101/13
uses [1] 3070/18
using [4] 3038/22
3045/19 3047/5
3072/21
usually [6] 3031/1
3062/25 3073/5
3084/13 3084/17
3137/16
UTC [7] 3088/24
3090/6 3090/18
3090/19 3100/18
3100/25 3101/15

**V**

vague [1] 3119/1
valuable [2] 3009/12
3011/1
van [2] 3086/16
3086/17
variety [1] 3064/14
various [1] 3105/9
verge [1] 3038/11
versus [3] 3003/7
3078/9 3126/6
very [16] 3012/24
3022/23 3038/21
3047/19 3056/16

**V**

**very... [11]** 3058/8
3071/1 3076/17
3076/18 3082/11
3097/4 3099/15
3116/21 3126/15
3134/13 3145/9
**veterans [1]** 3039/6
**VI [1]** 3043/19
**via [3]** 3049/17 3084/11
3112/18
**video [27]** 3067/19
3067/25 3068/4
3068/10 3073/5
3073/12 3073/23
3074/10 3093/25
3094/15 3094/22
3094/25 3096/5 3096/7
3096/18 3105/19
3105/22 3132/11
3132/14 3132/18
3132/19 3132/22
3132/22 3132/24
3132/25 3133/5 3133/9
**videos [3]** 3113/20
3128/5 3133/6
**view [1]** 3042/11
**vigilant [1]** 3012/21
**violence [2]** 3051/9
3060/6
**VIP [1]** 3082/4
**Virginia [1]** 3124/2
**virtually [1]** 3014/4
**visible [4]** 3074/19
3074/21 3076/5
3076/12
**voluminous [2]**
3087/24 3098/15
**volunteers [1]** 3082/19
**vote [2]** 3032/2 3032/6
**vs [1]** 2997/5

**W**

**Waddell's [1]** 3113/12
**wait [3]** 3041/4
3044/14 3054/22
**waking [2]** 3082/20
3083/6
**walk [2]** 3014/9
3017/13
**walking [1]** 3071/1
**waltzing [1]** 3047/11
**want [28]** 3006/23
3009/25 3012/12
3012/24 3013/21
3016/8 3056/9 3057/16
3057/18 3058/7
3058/23 3059/19
3072/7 3082/19
3082/19 3083/1
3085/20 3086/10
3094/19 3104/2 3123/1
3125/11 3125/13
3125/16 3128/1
3131/10 3135/23
3144/4
**wanted [9]** 3032/23
3116/4 3119/21

3139/5 3139/22 3140/6
3140/7
**wants [8]** 3027/25
3028/1 3087/10 3091/3
3091/11 3091/12
3122/1 3122/1
**war [3]** 3027/9 3037/5
3039/4
**warfare [1]** 3016/16
**warrant [5]** 3064/7
3084/12 3102/10
3102/24 3105/18
**warrants [1]** 3102/10
**was [156]**
**Washington [12]**
2997/5 2997/17 2999/4
2999/9 3000/5 3083/8
3083/11 3083/14
3123/24 3126/15
3143/5 3143/9
**wasn't [6]** 3054/9
3132/22 3136/1 3136/3
3136/4 3143/1
**watched [2]** 3070/14
3074/10
**watching [1]** 3069/7
**Watkins [6]** 2998/14
3003/9 3003/19
3075/17 3122/15
3132/5
**way [25]** 3007/12
3009/21 3020/19
3027/4 3028/18
3033/12 3041/14
3041/14 3049/3
3049/19 3051/1
3056/16 3056/24
3058/19 3060/4
3066/21 3068/10
3071/23 3079/9 3114/4
3119/16 3119/22
3125/16 3139/5
3143/16
**WDYM [1]** 3020/21
**we [317]**
**We have [1]** 3003/24
**we will [9]** 3023/3
3045/23 3045/25
3046/13 3046/13
3071/23 3082/3 3082/4
3092/8
**we'd [8]** 3080/23
3085/4 3088/8 3098/17
3103/16 3111/16
3112/3 3114/15
**we'll [16]** 3012/5
3016/7 3016/13 3043/1
3056/10 3058/18
3059/15 3066/6
3079/22 3080/4
3083/20 3109/5
3112/11 3137/24
3145/7 3145/19
**we're [24]** 3014/24
3016/6 3019/4 3019/22
3033/8 3042/1 3048/19
3054/20 3054/21

3061/23 3064/16
3068/15 3072/23
3074/1 3103/9 3103/17
3103/21 3104/10
3108/25 3112/22
3113/24 3117/7
**we've [6]** 3005/11
3024/23 3048/2
3117/17 3132/22
3132/22
**we/he [1]** 3045/10
**weapon [3]** 3106/18
3106/19 3107/24
**weapons [8]** 3051/23
3060/16 3105/12
3106/1 3110/19
3110/20 3110/22
3124/2
**wear [1]** 3063/1
**weather [1]** 3062/23
**Web [2]** 3077/8 3077/9
**website [1]** 3034/18
**Wednesday [3]** 3044/6
3071/23 3083/22
**week [2]** 3007/20
3045/3
**weeks [1]** 3068/22
**Welcome [1]** 3012/10
**well [44]** 3004/24
3005/4 3020/18
3021/18 3024/7
3030/21 3032/24
3034/6 3043/17
3052/12 3053/9
3057/11 3061/23
3069/6 3072/4 3075/7
3103/24 3104/22
3105/9 3108/6 3118/2
3118/24 3119/5
3119/14 3120/14
3120/23 3121/5
3121/17 3122/5
3123/17 3125/4
3125/11 3126/14
3127/3 3127/14
3129/23 3133/23
3134/13 3134/13
3138/14 3143/9
3144/12 3144/15
3144/24
**well-regulated [1]**
3030/21
**went [9]** 3064/7 3132/4
3132/9 3132/12
3132/20 3133/7
3133/12 3133/14
3135/13
**were [65]** 3006/5
3006/10 3007/19
3007/20 3013/15
3014/2 3014/6 3014/13
3016/15 3020/12
3020/17 3050/11
3053/10 3054/1
3054/11 3065/18
3068/9 3072/8 3076/2
3076/8 3092/19 3094/4

3101/4 3102/9 3102/14
3102/19 3102/21
3105/4 3105/4 3105/10
3105/17 3105/18
3116/4 3117/20 3118/2
3118/3 3118/4 3118/10
3119/12 3120/11
3121/21 3122/16
3123/11 3124/2 3128/5
3128/6 3134/22
3134/23 3135/14
3139/9 3139/23 3140/8
3140/20 3140/20
3140/23 3140/24
3141/3 3142/12
3142/16 3142/20
3142/24 3143/2 3144/1
**what [206]**
**what's [67]** 3005/6
3017/5 3017/13
3017/18 3017/22
3018/2 3018/5 3020/8
3024/20 3025/5 3026/6
3029/1 3030/25
3031/13 3034/8 3040/1
3043/24 3048/9
3054/23 3058/13
3071/24 3073/2 3074/2
3074/6 3086/12
3086/15 3086/19
3087/2 3088/17
3088/21 3089/1
3089/18 3089/23
3090/17 3091/6
3091/14 3091/17
3092/3 3092/17 3093/5
3093/14 3093/17
3093/23 3094/1 3094/7
3095/8 3095/19
3096/11 3097/3 3097/6
3097/16 3097/24
3098/25 3099/3 3099/8
3099/19 3100/9
3100/16 3100/24
3101/11 3101/14
3103/3 3105/6 3105/8
3108/2 3111/3 3138/8
**whatever [6]** 3034/6
3048/15 3048/16
3067/21 3084/17
3121/11
**whatsoever [1]**
3116/19
**when [42]** 3004/21
3006/11 3007/3
3013/16 3015/4 3023/7
3025/13 3025/13
3026/23 3027/8
3032/15 3032/23
3055/17 3064/5 3072/8
3072/23 3073/13
3075/10 3081/17
3082/13 3084/1
3086/4 3087/12
3095/15 3096/22
3102/3 3104/16
3105/22 3105/24

3132/11 3133/10
3136/14 3136/15
3139/9 3141/18
3141/22 3141/25
3142/3 3144/6
**where [25]** 3009/6
3010/24 3014/11
3014/18 3015/3 3021/6
3022/13 3023/7 3025/8
3026/4 3035/19
3035/20 3039/7
3056/21 3074/8 3076/2
3083/4 3089/1 3112/6
3123/18 3127/22
3129/19 3129/21
3135/5 3137/4
**whether [17]** 3006/6
3007/6 3012/22 3022/7
3028/23 3032/17
3050/15 3075/7 3078/5
3122/9 3128/20 3130/4
3133/5 3134/2 3134/14
3140/24 3142/5
**which [36]** 3008/3
3008/5 3010/9 3012/17
3013/22 3020/6
3025/22 3033/10
3033/22 3034/9
3038/24 3041/7
3041/14 3044/3
3044/18 3053/22
3056/16 3057/13
3058/17 3060/20
3060/23 3067/14
3071/3 3073/5 3094/17
3098/14 3101/10
3104/10 3106/23
3112/22 3113/2
3113/22 3122/24
3129/12 3135/24
3137/9
**while [5]** 3026/25
3093/19 3094/5
3137/14 3138/10
**White [2]** 3039/12
3047/12
**White House [1]**
3047/12
**who [54]** 3008/10
3008/23 3013/18
3020/10 3026/6
3026/24 3027/2 3029/5
3033/3 3037/8 3037/18
3039/6 3039/12
3040/19 3041/23
3043/21 3045/5
3048/23 3059/15
3069/24 3072/5
3074/19 3075/21
3079/15 3079/16
3082/6 3082/6 3082/22
3083/24 3087/4 3089/8
3093/14 3097/9
3100/15 3107/8
3107/10 3118/10
3118/14 3129/17
3131/15 3131/16

**W**

**who... [13]** 3132/4
3132/8 3132/9 3132/9
3132/12 3133/7
3135/14 3139/6 3139/7
3140/2 3142/10 3143/5
3143/11
**who's [25]** 3018/14
3020/5 3020/15
3021/14 3023/16
3023/23 3025/1
3027/20 3029/18
3033/9 3037/16
3044/12 3049/25
3059/11 3064/21
3069/12 3074/21
3076/5 3076/12
3082/15 3087/6
3091/24 3095/11
3096/13 3097/11
**whole [3]** 3018/9
3032/24 3108/4
**whom [1]** 3008/22
**why [16]** 3053/16
3056/1 3056/8 3077/13
3077/14 3080/3
3096/22 3096/25
3105/15 3112/14
3124/20 3125/13
3131/4 3133/14
3137/24 3144/14
**wide [1]** 3064/14
**wild [9]** 3027/24
3027/24 3027/25
3028/1 3034/3 3091/10
3091/11 3091/11
3091/13
**will [67]** 3012/22
3015/16 3015/18
3015/20 3017/9 3023/3
3026/24 3033/19
3038/9 3038/17
3038/19 3038/20
3038/21 3039/7
3039/13 3045/9
3045/11 3045/13
3045/23 3045/25
3046/13 3046/13
3047/13 3048/12
3049/8 3049/11
3049/12 3049/15
3049/17 3051/8 3051/9
3051/12 3051/12
3051/15 3051/22
3058/18 3058/22
3059/14 3060/5 3060/6
3060/7 3060/10
3060/11 3060/13
3060/15 3063/23
3067/15 3069/22
3071/21 3071/23
3072/4 3073/18 3081/3
3082/3 3082/4 3082/10
3083/22 3086/16
3086/17 3088/11
3092/2 3092/8 3098/20
3106/14 3110/1
3132/11 3134/10

**William [7]** 2999/16
3000/2 3080/15 3081/8
3113/1 3146/2 3146/8
**Williams [1]** 3081/19
**willing [1]** 3004/24
3027/20 3049/19
**win [3]** 3051/3 3051/8
3060/5
**withdraw [3]** 3100/3
3110/23 3127/6
**withdrawal [1]**
3032/17
**withdrawn [1]** 3111/2
**within [7]** 3006/12
3016/7 3055/4 3066/12
3066/16 3083/9 3126/6
**without [3]** 3116/18
3125/15 3139/3
**witness [15]** 3001/2
3013/6 3058/1 3058/17
3078/11 3109/23
3111/7 3111/24
3114/23 3115/4
3115/11 3115/18
3123/3 3137/18
3144/17
**witness-declarant's [1]**
3078/11
**witnesses [6]** 3001/4
3130/20 3131/6 3136/9
3136/11 3144/18
**won't [1]** 3047/9
**wood [2]** 3069/18
3070/20
**Woodward [4]** 2999/2
2999/3 3003/16
3079/20
**words [9]** 3044/9
3048/5 3082/15 3083/4
3099/14 3120/20
3122/23 3134/15
3142/22
**work [2]** 3044/5
3049/11
**worked [1]** 3129/21
**working [2]** 3004/9
3044/23
**works [2]** 3007/12
3064/3
**world [8]** 3051/11
3051/11 3060/8 3060/8
3069/5 3069/8 3108/4
3126/2
**worried [1]** 3027/21
**would [75]** 3004/2
3004/13 3004/15
3004/18 3004/21
3004/25 3005/19
3005/20 3009/12
3011/1 3045/2 3047/14
3049/5 3050/11
3050/16 3050/16
3057/12 3057/19
3057/23 3057/25
3064/8 3078/7 3079/11
3097/1 3107/25
3116/10 3117/13

3118/17 3119/2 3119/5
3119/6 3119/8 3119/15
3119/16 3119/19
3120/3 3120/23 3122/8
3123/3 3123/17
3124/11 3125/7
3125/19 3126/3
3126/13 3126/14
3127/9 3128/6 3128/15
3129/15 3129/24
3130/2 3130/2 3130/4
3130/6 3130/10
3130/15 3131/1
3131/21 3131/23
3132/21 3133/17
3135/12 3135/17
3139/11 3139/15
3144/3 3144/4 3144/8
3144/10 3144/11
3144/15 3144/18
**wouldn't [17]** 3064/10
3123/21 3126/12
3127/20 3131/2
3132/14 3134/8 3134/9
3134/25 3135/1 3135/2
3135/23 3143/13
3143/20 3144/10
3144/15 3144/16
**wrap [1]** 3113/14
**wrestler [1]** 3069/25
**writing [1]** 3037/16
**written [1]** 3038/24
**WWG1WGA [1]** 3025/8

**Y**

**yaye [1]** 3086/3
**yeah [11]** 3005/19
3007/19 3092/12
3093/1 3108/3 3117/16
3117/23 3121/17
3126/8 3131/9 3132/11
**Year's [2]** 3048/20
3048/22
**years [2]** 3021/19
3129/22
**yes [200]**
**yesterday [15]** 3006/1
3006/5 3006/24 3007/3
3013/15 3018/24
3072/8 3072/24
3074/10 3106/11
3129/6 3139/7 3139/13
3139/16 3144/3
**yet [3]** 3004/11
3103/19 3105/25
**you [498]**
**you understand [1]**
3080/6
**you'd [2]** 3058/4
3144/12
**you'll [1]** 3030/12
**you're [38]** 3012/21
3013/12 3023/4 3024/8
3053/15 3056/13
3056/15 3059/8 3080/6
3099/23 3117/7
3117/20 3120/20

3122/6 3124/11
3124/15 3124/17
3124/25 3126/1 3130/3
3131/7 3132/18
3132/19 3133/10
3133/13 3133/24
3134/2 3134/14
3141/11 3141/13
3142/3 3142/4 3142/4
3142/9 3143/4 3143/4
**you've [19]** 3058/12
3067/12 3116/5
3119/10 3119/24
3125/4 3125/15
3125/23 3127/15
3129/7 3129/15
3130/25 3131/23
3133/4 3136/8 3136/8
3138/2 3139/11
3145/13
**young [12]** 3023/4
3023/11 3031/6 3031/9
3031/10 3031/21
3033/4 3040/17
3040/20 3041/24
3043/22 3045/6
**your [131]** 3003/5
3004/4 3004/25 3005/8
3005/20 3005/24
3006/11 3007/2
3007/16 3012/19
3013/23 3015/24
3016/15 3017/8 3022/5
3025/20 3026/5 3026/6
3028/2 3030/6 3030/25
3031/19 3034/23
3036/7 3036/9 3037/21
3042/21 3043/24
3049/16 3049/20
3053/7 3053/14
3053/24 3054/15
3055/14 3055/19
3056/4 3056/7 3057/1
3057/2 3057/15
3057/19 3058/8
3058/11 3058/15
3058/25 3059/4
3059/13 3059/17
3059/21 3061/9
3062/25 3063/3
3063/20 3064/13
3065/9 3065/24
3067/10 3070/9 3072/7
3072/8 3072/19
3072/21 3073/15
3077/11 3078/20
3080/4 3080/23 3085/4
3088/8 3091/19
3094/23 3097/5
3098/17 3099/16
3100/3 3102/21 3104/1
3104/4 3106/13
3107/20 3107/23
3108/12 3108/18
3110/6 3110/24
3111/16 3112/16
3115/19 3117/19

3118/6
3119/10 3121/2
3121/13 3121/20
3121/24 3122/14
3122/21 3124/5 3125/4
3125/9 3125/11
3126/17 3127/7 3128/9
3129/25 3130/5
3131/15 3133/10
3136/23 3137/4 3137/9
3137/10 3137/12
3137/17 3137/18
3137/22 3138/18
3138/20 3139/17
3139/20 3139/22
3140/7 3142/6 3142/23
3143/16 3145/4 3145/8
3145/14 3145/21
**Your Honor [69]**
3003/5 3004/4 3004/25
3005/8 3005/20
3005/24 3006/11
3007/2 3007/16
3015/24 3017/8 3022/5
3031/19 3034/23
3036/7 3036/9 3037/21
3053/7 3053/14
3053/24 3054/15
3055/14 3055/19
3056/4 3056/7 3057/1
3057/15 3057/19
3058/8 3058/11
3058/15 3058/25
3059/4 3059/17
3059/21 3063/20
3065/24 3067/10
3070/9 3073/15
3077/11 3078/20
3085/4 3098/17 3100/3
3104/1 3104/4 3106/13
3107/20 3107/23
3108/12 3110/6
3110/24 3112/16
3115/19 3121/2
3121/13 3121/20
3121/24 3122/14
3125/11 3126/17
3127/7 3128/9 3137/17
3137/18 3139/17
3145/4 3145/21

**Z**

**Zaremba [3]** 3000/2
3146/2 3146/8
**zone [3]** 3039/4
3100/18 3100/25
**zoom [12]** 3017/17
3018/9 3036/17 3038/2
3038/15 3038/25
3088/14 3089/21
3098/23 3100/8
3100/20 3101/9
**zoomed [2]** 3048/19
3088/18
**Zsuzsa [1]** 2999/6