1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

2

    * * * * * * * * * * * * * * *  )
3  UNITED STATES OF AMERICA,     )   Criminal Action
                       )    No. 22-00015
4           Plaintiff,     )
                       )
5    vs.                   )   **AFTERNOON SESSION**
                       )
6  ELMER STEWART RHODES, III,    )   Washington, D.C.
  et al.,                )   November 1, 2022
7                       )
          Defendants.    )   1:28 p.m.
8                       )
    * * * * * * * * * * * * * * *  )
9

10            TRANSCRIPT OF JURY TRIAL - DAY 21
11       BEFORE THE HONORABLE AMIT P. MEHTA,
          UNITED STATES DISTRICT JUDGE

12

13
  APPEARANCES:
14
  FOR THE GOVERNMENT:    KATHRYN L. RAKOCZY, ESQ.
15                      TROY A. EDWARDS, JR., ESQ.
                      JEFFREY S. NESTLER, ESQ.
16                      LOUIS MANZO, ESQ.
                      UNITED STATES ATTORNEY'S OFFICE
17                        FOR THE DISTRICT OF COLUMBIA
                      601 D Street, Northwest
18                      Washington, D.C. 20579

19                      ALEXANDRA S. HUGHES, ESQ.
                      JUSTIN T. SHER, ESQ.
20                      U.S. DEPARTMENT OF JUSTICE
                      950 Pennsylvania Avenue, Northwest
21                      Washington, D.C. 20530

22

  FOR THE DEFENDANT     PHILLIP A. LINDER, ESQ.
23        RHODES:       JAMES L. BRIGHT, ESQ.
                      EDWARD L. TARPLEY, JR., ESQ.
24                      BARRETT BRIGHT LASSITER LINDER
                      3300 Oak Lawn Avenue
25                      Suite 700
                      Dallas, Texas 75219

1     APPEARANCES, CONT'D:

2     FOR THE DEFENDANT        JULI HALLER, ESQ.
              MEGGS:         LAW OFFICES OF JULI HALLER
3                            601 Pennsylvania Avenue, Northwest
                             Suite 900
4                            Washington, D.C. 20036

5
      FOR THE DEFENDANT        BRADFORD L. GEYER, ESQ.
6           HARRELSON:       FORMERFEDSGROUP.COM, LLC
                             141 I Route 130 South
7                            Suite 303
                             Cinnaminson, New Jersey 08077
8

9     FOR THE DEFENDANT        JONATHAN W. CRISP, ESQ.
              WATKINS:       CRISP AND ASSOCIATES, LLC
10                           4031 North Front Street
                             Harrisburg, Pennsylvania 17110
11

12    FOR THE DEFENDANT        DAVID W. FISCHER, SR., ESQ.
            CALDWELL:        FISCHER & PUTZI, P.A.
13                           7310 Governor Ritchie Highway
                             Glen Burnie, Maryland 21061
14

15    REPORTED BY:           LISA EDWARDS, RDR, CRR
                             Official Court Reporter
16                           United States District Court for the
                                District of Columbia
17                           333 Constitution Avenue, Northwest
                             Room 6706
18                           Washington, D.C. 20001
                             (202) 354-3269
19

20

21

22

23

24

25

I N D E X

|                                            | Direct | Cross | Red. |
|--------------------------------------------|--------|-------|------|
| **WITNESSES FOR THE GOVERNMENT:**          |        |       |      |
| Kelsey Harris                              |        | 6124  |      |
|                                            |        | 6153  |      |
|                                            |        | 6224  |      |
| Tyler Harmon                               | 6178   | 6208  |      |

| EXHIBITS RECEIVED IN EVIDENCE              | PAGE |
|--------------------------------------------|------|
| Government's Exhibit No. 2001.T.1          | 6181 |
| Government's Exhibit No. 2002.T.61         | 6181 |

1          THE COURT:  Please be seated, everyone.

2          I told the jury an extra 15 minutes so J.C. could

3     get some lunch and we could try and resolve some of this.

4     We had a 1:00 hearing, too.

5          All right.  So where do we stand on where we left

6     off in terms of the statement against penal interest issue?

7          MR. CRISP:  Judge, may I begin?

8          THE COURT:  Yes, of course.

9          MR. CRISP:  Thank you.

10         So I do want to bring to the Court's attention,

11    this is going to hinge, in my opinion, on -- and my

12    objection is going to be I don't believe that the

13    predominant -- the case that I would like to direct the

14    Court's attention to is *Williamson versus United States*,

15    which is, obviously, a Supreme Court case, 512 U.S. 594.

16    And then there's some other cases -- I believe it's *Ojudun*,

17    *United States versus Ojudun*, O-J-U-D-U-N, 915 F.3d 875.

18    Obviously, that stems from *Williamson*.

19         The argument here --

20         THE COURT:  Sorry.  Can you give me that last

21    cite?  915 F.3d --

22         MR. CRISP:  915 F.3d 875.

23         THE COURT:  Okay.

24         MR. CRISP:  So these cases are dealing with the

25    idea that the statements themselves are not against penal

1    interest.  And where I'm going with that is, the courts make

2    a very detailed analysis of whether or not -- whether or not

3    the individual believes it to be true, because, when they

4    made it, it had such a great tendency to expose them to

5    criminal [indiscernible] --

6            THE COURT REPORTER:  I'm sorry?

7            MR. CRISP:  They made the statement -- it had so

8    great a tendency to expose the declarant to criminal

9    liability.

10           Here, in many of these cases -- so while normally

11   one would think of this maybe as a weight versus

12   admissibility assessment, it is not, because if I'm making a

13   statement that I know is not true and I'm bragging in a bar

14   that, Yeah, I went in and I did X, Y and Z in Pelosi's

15   office, to try and brag about what I did, I am clearly

16   exposing myself to criminal liability in that context, but

17   I'm only doing it to impress the woman I'm talking to,

18   thinking she's going to think that's cool.

19           So you have to make a determination in that sense

20   as to whether or not it is truly a credible statement and

21   truly whether I believed the statement in and of itself.

22           Also, the second component:  It exposed me to the

23   criminal liability that I believed it to.  So -- and a

24   similar analogy:  You and I are talking and you said:  Yeah,

25   you went 105 miles an hour on your motorcycle.

 1              Dude, I did 125 in North Carolina.

 2              In Pennsylvania, that's a summary.  I'm not really

 3      worried about it being a summary offense.  I mean, it's not

 4      a great idea; but in North Carolina, it's a misdemeanor.  So

 5      it's a greater culpability.

 6              So if I don't know that when I'm saying what I'm

 7      saying, then I think you have to understand -- and that puts

 8      into context what the courts in *Williamson* are talking

 9      about.  So you still have to make an assessment as to

10      whether or not it is actually a true statement.

11              Did I really believe it was true?  No.  I'm

12      embellishing.  And when you look at the statements the

13      Government is admitting, there are components to them that

14      are clearly incredible.

15              And I think we can go through them and assess even

16      whether or not -- you know, did Mr. Caldwell actually go in?

17      No, he didn't go in.  There's no evidence that he went in.

18              Did he stand there and shout at people?

19              Probably.

20              My client was not where she alleges she was in

21      these statements.  Those are not credible statements.

22              So from that standpoint, I don't believe that

23      these are statements against penal interest.  And moreover,

24      in those cases, you don't look at context.

25              So, for example, there is a -- with regard to

1        Mr. Meggs, there's a predicate statement of looking for

2        Pelosi or heads rolling or something like that.  And

3        Mr. Meggs allegedly comments on that and says:  Yeah, tried

4        to see her, tried to find her.

5                  Your Honor should not and cannot look at the

6        predicate statement.  You have to assess whether the

7        statement on its own is truly against penal interest.

8                  THE COURT:  I'm with you up until that last point.

9                  MR. CRISP:  Okay.  And I understand --

10                 THE COURT:  I mean, it just seems odd to me that

11       you have to look at the statement in a vacuum without

12       considering context.  In other words, if somebody is

13       responding to somebody and they say something that's

14       inculpatory, it would be odd to me to suggest that I

15       couldn't consider the predicate statement.

16                 But --

17                 MR. CRISP:  And I would submit that's what the

18       case that I -- the cases I've cited to support that notion.

19       So now, again, unfortunately, I didn't have as much time as

20       I would like to give a detailed analysis of that, but I

21       think those cases will be somewhat illustrative of what

22       we're discussing.

23                 And at this point, I'll cede the podium to

24       opposing counsel.

25                 MR. NESTLER:  With all due respect, I think

1    Mr. Crisp is wrong.  Your Honor can and should look at the

2    surrounding circumstances.  Rule 804(b)(3)(B) specifically

3    directs the Court to look for, in a criminal case,

4    corroborating circumstances that indicate the statement's

5    trustworthiness.

6         It's quite clear that that provision of the

7    federal rules, as well as the *Williamson* case from the

8    Supreme Court, talk about the Court looking at the

9    surrounding circumstances of whether there are indicia of

10    credibility or trustworthiness as to the statement that the

11    declarant made.

12         THE COURT:  What do I do about the fact that at

13    least Mr. Caldwell's statements clearly don't line up with

14    the truth?  I mean, I think he says -- I can't remember

15    without looking at my notes, but he clearly made some

16    statements that aren't borne out by the evidence.  Does that

17    take it outside the scope of a statement against penal

18    interest?

19         I mean, sure, they perhaps put him there.  But --

20         MR. NESTLER:  We disagree.  Well, maybe if your

21    Honor has a specific example.  I know Mr. Crisp said there

22    were several.  I have not come across any.  Maybe

23    Mr. Caldwell was talking about things not personally, but

24    things that he and his co-conspirators were accomplishing.

25         THE COURT:  For example:  Sharon and I stormed the

1  Capitol.

2          MR. NESTLER:  Right.  And we believe that he did

3  storm the Capitol.  He was part of the mob that pushed the

4  police line back and went up on the parapet on the inaugural

5  stage.  We're not ready to parse words about whether he

6  stormed the physical building or the stage that was attached

7  to the building.  I believe, in common parlance, he did

8  storm the Capitol.

9          THE COURT:  Anyone else?

10          MS. HALLER:  Your Honor, I would only add that, to

11  Mr. Crisp's point, the brief research I was able to do

12  before is that the rule is narrow.  And the reason that they

13  lean toward the idea that the statement itself needs to have

14  culpability is because, in the criminal context, a person

15  has to be on notice that they're making this -- not on the

16  fact that -- not that it's ignorance of the law, but that

17  they have to be making this as an admission that they not

18  only believed it to be true, but, as Jeff said, that it

19  indicates trustworthiness.

20          So to the point that this random outsider that

21  Mr. Meggs is texting with says, I want to see Nancy's head

22  roll down the hill -- and Mr. Meggs responds, "We looked

23  forward her."  That statement -- the word is actually

24  "forward" in the text, but I think the meaning was "We

25  looked for her."

1          But nonetheless, we know from the evidence that's

2    been introduced in the case so far that the sign was not on

3    the door and they spent their entire time around the Rotunda

4    and then mostly -- of the 19 minutes he was inside, 14

5    minutes is in the Rotunda.  The other few minutes -- he

6    spends three minutes by the Columbus doors trying to exit

7    and then, before that, he has about two minutes with the --

8    Officer Dunn.

9          That is -- you know, the whole allegation that he

10   looked for Pelosi -- I know that's a contention, but the

11   evidence doesn't necessarily support that.

12         And his statement "We looked for her," or "forward

13   her," on its own does not suggest criminal culpability that

14   indicates trustworthiness.

15         THE COURT:  Well, let me pause on this for a

16   moment.

17         The statement comes in, period, against Mr. Meggs

18   at a minimum.  The question here is whether it's admissible

19   against others.  Right?  It comes against him as an

20   admission.  So if you're arguing -- if you're suggesting

21   that the statement doesn't come in at all, that's not going

22   to happen.  Right?

23         The question really is whether this comes in

24   against others.  And if it comes in against others, it can

25   only come in as a statement against penal interest, because

1    I don't think any of these statements, with the exception of

2    the one from Ms. Watkins to the group, to the OK FL DC, can

3    really be considered a statement in furtherance of the

4    conspiracy.

5              MS. HALLER:  Okay, your Honor.  I was arguing that

6    it's not actually an admission because it's not actually

7    believed to be true.

8              But as to the other statements, I know Caldwell

9    says, at 7:46 p.m., "Made it upstairs and inside."  That's

10   not actually true.

11             The language that others -- you know, the rule is

12   narrow on admissions for a reason.  But to the point that

13   any of these statements should be attributed to the alleged

14   co-conspirators, I would argue no, because they're all made

15   in the context to somebody else.

16             THE COURT:  Okay.

17             MS. HALLER:  Thank you, your Honor.

18             THE COURT:  Thank you.

19             So here's what I'm going to do:  I want to look at

20   this a little bit more carefully.  If I've got to come back

21   to provide the limiting instruction as to this exhibit, I'll

22   do that.  But I think it's worthwhile, instead of just

23   shooting from the hip here, to look at the cases that

24   Mr. Crisp has cited.

25             Can you send me a PDF of the full exhibit so I can

1    look through it and look -- I mean, I've taken some notes,

2    but I didn't catch every single word.

3              MR. CRISP:  Yes, your Honor.

4              THE COURT:  And that will give me an opportunity

5    to look at it this evening.  And again, if I need to come

6    back and give the limiting instruction, I'll do that either

7    today, if I have the time, or I can do it first thing

8    tomorrow.  I don't think it's the end of the world if the

9    limiting instruction happens later rather than

10    contemporaneous with the evidence when it came in.  Okay?

11              So it's an important enough issue that I want to

12    be thoughtful about it rather than just rush forward.

13              MR. CRISP:  So what those cases do deal with,

14    though, is more about -- the cases' premises are the

15    exculpatory, inculpatory or the minimization.  "Well, I sold

16    the drugs because Brad, you know, told me to drive the car

17    there and it was his car and his drugs."

18              THE COURT:  Right.

19              MR. CRISP:  I'm making an inculpatory statement,

20    but I'm also making an exculpatory statement.

21              THE COURT:  Right.

22              MR. CRISP:  So the case deals with parsing those

23    out and it talks about the difficulties in contextualizing

24    them in that context.  I just wanted to be clear for the

25    Court.  My argument would be --

```
 1              THE COURT:  Yours is the reverse, which is that --
 2              MR. CRISP:  Exactly.
 3              THE COURT:  -- these are attempting to minimize
 4    the conduct and aggrandizing the conduct in a way that's not
 5    consistent with the facts.
 6              MR. CRISP:  What I was going to say is the legal
 7    corollary should apply equally in that context, in my mind.
 8              THE COURT:  Okay.  What exhibits do we have still
 9    left to resolve?
10              MR. FISCHER:  So, your Honor, if we could pull up
11    Government Exhibit 2001.T.1, Facebook.  We'll go to Page 3,
12    about halfway down.  Right here.
13              Your Honor, towards the top there, "We gotta stop
14    before they disarm us."
15              Your Honor, I think the Court may have ruled on
16    this one in our favor, but I could be mistaken because we've
17    gone through a thousand of these messages.  But this one
18    doesn't have any context.  We don't know who sent it.  We
19    don't know what he's commenting on.
20              THE COURT:  I don't recall that this was a
21    statement we dealt with.
22              MR. FISCHER:  For some reason, I thought we did.
23    The Government doesn't agree.  But I know I brought some
24    statements up that had no context.  I know the Court denied
25    some of them, and I thought this one was one the Court sort
```

1    of, like, you know, went in our direction.  But I honestly

2    don't -- I can't say that with 100 percent certainty.

3              THE COURT:  I can't either.  I can't remember.

4              MR. FISCHER:  I can't even verify I'm in D.C. now,

5    your Honor.  I'm so tired.

6              THE COURT:  Okay.  Either way -- and the objection

7    is that this was just a comment to -- what?  Do we know?

8              MR. FISCHER:  We don't know what it's a comment

9    to.

10             MR. MANZO:  So the Government's argument is just

11   that we don't know of any other body that would be disarming

12   other than the government.  And we've heard testimony or

13   questions on the matter of Democrats, I think, getting in

14   power and disarming people.  So we think this is a --

15   circumstantially a statement regarding Caldwell's intent to

16   stop the -- you know, the Democrats from gaining power.  Of

17   course, it's open to cross-examination fully.

18             THE COURT:  I mean, I think it does go to the

19   state of mind.  I'm not sure it's admissible as a

20   co-conspirator statement since we don't know what it's being

21   a comment to or what its purpose is.  But, I mean, it

22   arguably goes to his state of mind at the time he made the

23   statement during the course of the conspiracy.

24             So I think it -- and it's not more prejudicial

25   than probative because we don't know what he's commenting

1 to.  I think --

2    MR. FISCHER:  Your Honor, could we go to Page 51,

3 then, please?

4    Your Honor, this is a joke, an off-color joke.

5 And it has nothing -- there's no relevance whatsoever.

6    THE COURT:  Is this coming in -- are you asking to

7 put this in?

8    MR. MANZO:  Yes, your Honor.  So if we go to the

9 previous page, Page 50 in this exhibit -- this is 2001.T.1.

10    This is in the heart of the 180 messages that

11 Mr. Caldwell deletes or unsends.  And one of the points

12 that, you know, we'd be arguing at closing, or making

13 through a witness, is that this isn't just Mr. Caldwell

14 doing some kind of housekeeping issues, but by the context

15 of these messages, he's deleting information about what he

16 did or saw at the Capitol.  And he's not deleting other

17 information.

18    So --

19    THE COURT:  Can I see it again?  I didn't catch

20 it.

21    MR. MANZO:  Yes.  Sorry.  And this is not sent by

22 Mr. Caldwell; I believe it's sent by a third party.

23    MR. FISCHER:  It's not even his.

24    THE COURT:  Hold on.

25    MR. MANZO:  So again, we're -- if this -- if your

1    Honor wants to sanitize this in some way or have a limiting

2    instruction, the issue is that we think it is relevant that

3    he's not simply deleting all messages or deleting messages

4    that are not politically correct.  I don't think anyone

5    particularly really even understands this joke.  It doesn't

6    really make any sense to me.

7            THE COURT:  I literally have read it five times

8    and I'm not sure I get it.

9            MR. MANZO:  Yeah.  I don't get it.

10           THE COURT:  But I do get enough that -- I'm not

11   going to let this in.  I mean, the point you want to make

12   about selective deletions, that can easily be made through

13   other things.  The fact is, this has the potential of being

14   highly prejudicial just by virtue of how it's teed up.  And

15   it's not Mr. Caldwell's joke.  I'm not sure that he -- it

16   looks like I guess he did comment:  "Ha, good one."  But --

17   maybe he understands what it means.

18           MR. MANZO:  So can I redact the joke itself and

19   leave Mr. Caldwell's "Ha, good one"?

20           THE COURT:  Mr. Fischer, I don't even know what --

21           MR. FISCHER:  That's fine, your Honor.

22           THE COURT:  Okay.  So the joke comes out and the

23   "Ha, good one" can stay.

24           MR. FISCHER:  So with that said, your Honor, can

25   we move -- if we can move to Page 140, please.  This is

 1    another one, 140.

 2                One page up, please.

 3                This again -- this was sent by somebody to

 4    Mr. Caldwell.  I can go up one page to give the context

 5    here.

 6                So this is in a thread with Mr. Caldwell and an

 7    individual named Joe Godbold.  And this message is sent on

 8    January 6th by Mr. Godbold.  And it's a -- it looks like a

 9    screenshot of a news article of an explosive device found

10    near the U.S. Capitol.

11                THE COURT:  What's the objection?

12                MR. MANZO:  And then the conversation continues

13    where Mr. Godbold says, after sending the news article about

14    the explosive device, says, "How y'all doing, brother?"

15                And Mr. Caldwell responds, but he unsent the

16    message, so we don't know what that response is.

17                So again, our argument is that when there are

18    messages that he is unsending, that they likely have a

19    criminal context or some statement like that.

20                THE COURT:  All right.  Mr. Fischer?

21                MR. FISCHER:  Your Honor, it's the same objection

22    we had to the one the Court would not allow this morning.

23    It's a news article about explosives.  I don't know the

24    truth of the article.  And it's post-January 6th.  And the

25    person sent it to Mr. Caldwell.  So he sent it to him.  He

```
 1    can't help that he's receiving it.  And he's not a -- he's

 2    not a co-conspirator.

 3              I'd have to go back to the page before.  If we

 4    could go to Page 140, at the bottom.

 5              THE COURT:  Can you go back to that?  I just want

 6    to check the timing of all those messages.

 7              MR. MANZO:  Yes.  So he sends the message on

 8    1-6 and then Caldwell responds --

 9              THE COURT:  When was the article sent?  Is that --

10              MR. MANZO:  The article was sent on --

11              THE COURT:  5:18 a.m.

12              MR. MANZO:  This is in UTC time.  So the article

13    is sent on 1-6, 2200 UTC, so that's minus five, so it's

14    about 5:00 p.m.

15              THE COURT:  Okay.

16              MR. MANZO:  And then, going down -- so this is the

17    article.  Then he includes -- Joe Godbold includes, "How

18    y'all doing, brother?"

19              And then later that same day -- and because it's

20    UTC time, even though it's 1-7, it's still on 1-6 that he's

21    responding and then, later, unsending the message the

22    following day, on 1-8.

23              So I do think it's -- you know, our position is

24    that it is relevant to the offense in that he is saying in

25    other places, you know, in his Facebook return and other
```

6111

```
 1    messages, his criminal activity on 1-6, but then here's this
 2    message about what's going on at --
 3              THE COURT:  So -- can you just go back up?  What's
 4    the time of the article being sent?
 5              MR. MANZO:  The article is sent --
 6              THE COURT:  It looked like five hours earlier.
 7    Okay.  It looks like --
 8              MR. MANZO:  And it's not technically an article.
 9    It's just -- I think it's a photo.  It's a screenshot.
10              THE COURT:  Okay.  Can you scroll down, please?
11              Okay.  Look, I'll keep it out.  Again, I've been
12    trying to be very careful about bringing in conduct of
13    others, or alleged conduct of others, here in this case.
14    And, you know, you've got the "How y'all doing, brother"
15    intro, and then Mr. Caldwell deletes what comes after.  It's
16    not clear to me, based upon the timing of this, that
17    whatever Mr. Caldwell would have said would have been in
18    reference to the screenshot of the photograph that preceded
19    it by a couple of hours, I believe.
20              So again, the Government can make the point it
21    needs to make without that screenshot.
22              Next?
23              MR. FISCHER:  Page 144.
24              MR. MANZO:  The Court's indulgence.  I'm just
25    taking notes.
```

```
 1              MR. FISCHER:  This meme about guns.
 2              MR. MANZO:  So I can go to the previous page here.
 3    So this is -- let me just go up here.  Just to explain the
 4    whole sequence, this is a conversation starting on Page 141
 5    here -- or not starting on Page 141, but on 141, where --
 6    and this is right where we left off --
 7              THE COURT:  Right.
 8              MR. MANZO:  -- where Mr. Godbold is saying, "How
 9    y'all doing."  Then we do not know how Mr. Caldwell responds
10    because he unsends the message.
11              And then there's a video.
12              And then there's another unsent message.  And then
13    Mr. Godbold says, "Yeah.  I still feel lost, sad, pissed,
14    betrayed, not sure what else.  Just dreading what is to
15    come.  Fuck Biden and Kamaltoe.  They will never be my
16    president."
17              And then Godbold said, "Live life as thought you,
18    son.  We are survivors."
19              Another line by Joe Godbold.
20              And then Dennis Godbold has a thumbs-up.
21              Then there's a comment by Thomas Caldwell, an
22    unsent message.
23              Another unsent message.
24              And then there's the photo here of -- I don't
25    really get this joke, either, but something about a grill.
```

1            And then there's the photo by Dennis Godbold of

2    the -- "Do not call us guns.  We self-identify as handheld

3    wireless peacekeeping devices.  You must accept us as such

4    or you are a racist bigot."

5            THE COURT:  And does Mr. Caldwell respond to that?

6            MR. MANZO:  Not until 1:11.  And this is sent on

7    the previous day at 1:10.

8            THE COURT:  All right.  So given that there's no

9    apparent response by Mr. Caldwell to it, and the value of it

10   seems pretty limited for the reason the Government wants to

11   include it, I'll keep it out.

12           MR. FISCHER:  And then one page down -- it looks

13   like 145 -- we have got that CNN article again.  If we can

14   go down one page, please.  It's that same CNN article at the

15   top right.

16           MR. MANZO:  So I'll redact this consistent with

17   the Court's earlier instructions.

18           THE COURT:  Okay.

19           MR. MANZO:  And that's this part here.

20           THE COURT:  Right.

21           MR. MANZO:  The summary and the title?

22           THE COURT:  Correct.

23           MR. MANZO:  Okay.

24           MR. FISCHER:  If we can go to 220, towards the

25   bottom.  Right there in the middle.

```
 1          THE COURT:  So this is going back in time?

 2          MR. FISCHER:  Your Honor, this is a message on

 3    12-25.  It was -- I think it's a message that -- I'm not

 4    sure whether it was -- the author says Tom Caldwell at the

 5    bottom.  It's a joke about Gucci shoes.  It's an off-color

 6    joke.  It has no relevance.  I'd ask at a minimum that the

 7    last couple of sentences be redacted.

 8          MR. MANZO:  I think our point here is that

 9    Mr. Caldwell is sending an -- an off-color joke, yes, but

10    again, he's picking and choosing what he's -- sorry.

11          THE COURT:  I know.  Let's keep it out.

12          MR. FISCHER:  And so keep out, your Honor, the

13    last --

14          THE COURT:  The last two --

15          MR. FISCHER:  Where it says, "which reminds me of

16    a joke"?

17          THE COURT:  Right.

18          MR. FISCHER:  Okay.  From there to "Have a

19    happy" -- exclamation point.

20          THE COURT:  I mean, if you want to -- well, keep

21    going.  Go ahead.

22          MR. MANZO:  And just so I'm clear here, I'll

23    redact this portion here, "which reminds me of a joke"?

24          THE COURT:  Up to -- you can -- you know, up to

25    "Get it.  Have a happy."  Or you can even say -- just
```

```
 1    whatever is after the colon, "what to do" -- "what to do" --
 2              MR. MANZO:  Okay.
 3              THE COURT:  "The postmaster general" and then --
 4    these two lines.
 5              MR. MANZO:  Understood.  Page 220.
 6              THE COURT:  Okay.  Anything more?
 7              MR. FISCHER:  And the next, after that's
 8    redacted -- 252, please.
 9              Your Honor, Mr. Caldwell's leisure suit aside,
10    that I think is offensive enough.  But the comment about
11    Justice Roberts.
12              MR. MANZO:  Actually, I don't think that's
13    Mr. Caldwell.  I think that is purporting to be a picture of
14    Justice Roberts with Ms. Maxwell.  And again, our argument
15    here is that he's not deleting everything.  He's just
16    picking and choosing.  So if we want to sanitize that, the
17    Government is open to it.
18              THE COURT:  Can you blow that up?  I can't even
19    see that.  I mean, I recognize --
20              MR. NESTLER:  I think it's not a picture of
21    Justice Roberts.  But --
22              THE COURT:  It doesn't look like him at all.
23              MR. NESTLER:  -- it purports to be.
24              THE COURT:  I can't imagine he'd wear a shirt like
25    that.
```

1          (Laughter.)

2          MR. FISCHER:  I think that shirt may be

3    obstruction of justice.

4          THE COURT:  I'll let that in.  I'll keep that in.

5          MR. FISCHER:  That's fine.

6          Your Honor, 253.  This is the last one.  Right at

7    the top, "The socialists say they have lists."

8          I mean, this came back to that objection that we

9    had about the other lists, which -- it doesn't even apply to

10   that.  It actually applied to the Justice Roberts -- the

11   Epstein meme.

12         THE COURT:  Maybe I'm not even understanding what

13   it means.  Okay.  This is a statement by Mr. Caldwell.  I'm

14   not sure what it means, truth be told.  I'm not sure that

15   anything on its face is really offensive, unlike some of the

16   other things I've kept out.  And, you know, the jury can

17   decide, if it ever looks at this, to infer from it what they

18   want.  I don't know that it has actually anything to do with

19   the prior Epstein meme.

20         All right.  So I'll -- I'll allow the Government

21   to introduce that if it intends to.

22         MR. FISCHER:  Your Honor, finally, this isn't

23   Facebook, but I would point out that the Government has

24   made, through their direct testimony of several witnesses --

25   has strongly suggested that certain individuals who were,

1   quote, "on the board," that they've been charged.  Ranger

2   Doug Smith and Mr. Stamey, they've made multiple

3   allusions -- and they keep talking about on the board, who's

4   on the board, who's off the board.

5           Your Honor, I understand that the Court indicated

6   we can't bring up charging status.  But it would seem to me

7   that we could bring up whether someone has been arrested by

8   the FBI, because that would be a probable cause

9   determination.  Now, they could be arrested and not charged.

10          But they have made several suggestions that we

11  think -- when they're saying "on the board," they're

12  strongly suggesting these individuals have been charged, or

13  at least the jury could certainly take it that way.

14          THE COURT:  Well, I think the better thing to then

15  do is to instruct the jury that they shouldn't speculate

16  about whether any of the people who were on the board have

17  been charged or not.  I'm not going to allow you to -- I

18  don't think it's appropriate to imply to the jury that these

19  people haven't been arrested.  In a case like this, you

20  know, they're usually not going to be arrested unless

21  they're going to be indicted.  So -- or at least that hasn't

22  been the case so far.

23          So I can give that limiting instruction if you'd

24  like.

25          MR. FISCHER:  I'd like better, your Honor, but

1    I'll settle for the limiting instruction.

2            Thank you, your Honor.

3            THE COURT:  Sure.

4            MR. MANZO:  And your Honor, I haven't had a chance

5    to discuss this with Mr. Haller or Mr. Geyer, but if it's

6    possible to take the Facebook custodian out of order at

7    about 3:30 so that we can send him on his way.

8            THE COURT:  Sure.  He's from out of town.  I hope

9    everybody will agree to that.

10           MR. MANZO:  And then just so everyone is aware,

11   I'll circulate a new redacted version of these documents in

12   a minute here, but I just wanted to make people aware I

13   added a second page to the 2002 exhibit.  I don't think it's

14   controversial.

15           THE COURT:  Okay.

16           MR. MANZO:  But I'll circulate these to everyone.

17           THE COURT:  All right.  Does that take care of

18   whatever -- what's going to be introduced this afternoon?

19           MR. FISCHER:  It does for Caldwell, your Honor.

20           MS. HALLER:  Your Honor, I just sent an exhibit to

21   Mr. Nestler for cross that he may want -- just in case he

22   hasn't looked at it yet, if he hasn't received it.

23           MR. NESTLER:  I haven't received it yet, so --

24           MS. HALLER:  You haven't received it yet.

25           MR. NESTLER:  The Court's indulgence.

```
 1                MS. HALLER:  You can look at it here.

 2                (Counsel confer privately.)

 3                MR. MANZO:  We would object to the slides that

 4     Ms. Haller intends to introduce.  I don't believe they go to

 5     complete any of the statements we introduced.  They're from

 6     Kelly Meggs from different days to different people talking

 7     about what he did and how helpful he was.

 8                THE COURT:  Can I see what it is?  Or can you read

 9     it to me?

10                MS. HALLER:  Yes, your Honor.

11                If you can show it, that would be great.

12                Okay.  I got it, Liz.

13                Okay.  So it starts on the 3rd, is the first

14     slide.  "I spoke to the White House tonight, not Trump, but

15     his team.  We have been assigned to" --

16                THE COURT:  Hang on.  Hang on.  Are you intending

17     to show this on the screen?

18                MS. HALLER:  To you.  Oh, you don't have it?  I'm

19     sorry, your Honor.

20                THE COURT:  It's not up.  Is it because it needs

21     to be --

22                MS. HALLER:  I'm plugged in over here, but I --

23                THE COURT:  No, no.  Hang on.  It may just be that

24     it needs to be clicked on.  Hang on.

25                THE LAW CLERK:  Let's see if I can help.  Try
```

 1    that.  I'm not sure how to do this one.

 2              THE COURT:  There we go.

 3              MS. HALLER:  So it's seven slides in total.  The

 4    first message is, "I spoke to the White House tonight.

 5    You're not going to" -- well, your Honor can read it.  May I

 6    scroll?

 7              THE COURT:  Sure.

 8              MS. HALLER:  And then this was a Government

 9    exhibit, but it was in the -- and that's why we would submit

10    that this is for completeness, because it puts the context

11    around that.

12              And specifically as to Slide 6, we would submit

13    that this is relevant also to the whole idea of deletion,

14    because this is sent on the 14th.  And he believes that's

15    why we're not in jail.  Like, he doesn't believe that he did

16    something criminally culpable.

17              And -- so the messages that were alleged to have

18    been deleted in that timeframe -- we would submit this is a

19    direct response to his state of mind at the time.

20              THE COURT:  The problem, Ms. Haller, is that none

21    of these are true rule-of-completeness statements.  I mean,

22    they all are on different dates.  They're not connected to

23    the earlier messages that the Government showed.  You know,

24    whether they're admissible on some other basis I'd have to

25    think about.  But certainly not -- I don't think they're

1   admissible under rule-of-completeness grounds.  They're not

2   even to the same people.

3           MS. HALLER:  No.

4           THE COURT:  Right?

5           MS. HALLER:  Right.  I'm not submitting them as to

6   the same people.

7           It's for the context of the -- of two different

8   ideas:  one, what he was doing inside the Capitol, because

9   it was put out that he was looking for Pelosi and looking to

10  take off her head or -- in that roll thing.

11          This is to respond to that, because it shows his

12  state of mind at that time.

13          THE COURT:  Well, it doesn't.  I mean, the state

14  of mind is what it is when he sent the response to -- I

15  can't remember who it was -- and he responded.  That's when

16  his state of mind is relevant.

17          This is some -- you know, this is the following

18  week.  Let me see.  Hold on.  An email about Pelosi is

19  dated -- or the text message -- yeah.  It says January 6th.

20  The one you're showing me is January 14th.  So we've got

21  something the night of January the 6th versus something

22  that's eight days later.

23          MS. HALLER:  Yes, your Honor.  I don't dispute

24  that.  I will look for messages on the 6th.  But the context

25  here -- the reason I pulled these specific messages is

1    because they relate to -- they're context for the topic, his

2    time at the Capitol, or the fact that he believes that

3    they're not in jail because they were helping people.

4         And, you know, there were a lot of allegations

5    made that he -- you know, in relation to the Pelosi text, I

6    believe --

7         THE COURT:  Well, if it's not admissible as rule

8    of completeness, what other ground would they be admissible

9    under?

10        MS. HALLER:  So the Government Exhibit 7.P.I is

11   the document that those messages are responding to.  That's

12   where it comes from.

13        THE COURT:  No.  It comes --

14        MS. HALLER:  I mean the photo.

15        The original photo that the Government ID'd as

16   7.P.I is from Kelly Meggs's phone, which is where it comes

17   from.  That's where I got these messages, from the

18   Government's production that they got from him.

19        So these messages -- this photo was included in

20   these messages.  That's why he's describing it to this

21   person.

22        THE COURT:  Okay.  That doesn't -- when we first

23   started this out, you were telling me these were for

24   completeness purposes.  They aren't.  They're on different

25   days.  They're to different people.  So it doesn't satisfy

```
 1      that rule, 102.
 2              And so I've now asked you what other ground is
 3      there for the admissibility of -- not 102; it's 103.  Excuse
 4      me.
 5              What other ground is there for the admissibility?
 6      And it can't just be that it was on his phone associated
 7      with this particular message.
 8              MS. HALLER:  Well, this witness has testified to
 9      the fact that he did a full investigation on Kelly Meggs.
10      He would have had these messages, like this picture and the
11      text messages that were sent with this -- I mean, the
12      messages.
13              THE COURT:  Ms. Haller, you're going to have to --
14              MS. HALLER:  Okay.
15              THE COURT:  -- forgive me.  I've asked you what --
16              MS. HALLER:  Okay.  I'm done, your Honor.
17              THE COURT:  No, no.  What the basis -- so what the
18      Rule of Evidence is that lets you get these in.  And it
19      can't just be that it's on the phone.  So I need some basis
20      for you to think that this can get in under a federal rule.
21              MS. HALLER:  So the witness testified and they
22      brought up the news share video.
23              And the same rule on -- well, can I grab the rules
24      and just look and respond to you in a moment?  Because I was
25      thinking --
```

```
1              THE COURT:  Who's going first?  Are you going
2    first?
3              MR. FISCHER:  I am.
4              THE COURT:  All right.  Mr. Fischer is going
5    first.  So let's bring our jurors in.  You can think about
6    it, Ms. Haller, and then, before you get up, maybe we can
7    deal with it.
8              MS. HALLER:  Thank you, your Honor.
9              THE COURT:  But why don't we get started.  The
10   jury has been out for a while.
11             THE COURTROOM DEPUTY:  Jury panel.
12             (Whereupon, the jury entered the courtroom at 2:08
13   p.m. and the following proceedings were had:)
14             THE COURT:  Have a seat, everybody.  Ladies and
15   gentlemen, welcome back.  And please accept my apologies for
16   the delay.  I needed the additional time to make some
17   evidentiary rulings.  And so that's the reason we're getting
18   started a little later than I had hoped.
19             But we are now ready to go.
20             Mr. Fischer?
21             (Witness Kelsey Harris resumes the stand.)
22                      CROSS-EXAMINATION
23   BY MR. FISCHER:
24   Q.  Agent, good afternoon.
25   A.  Good afternoon, sir.
```

1    Q.  I'm going to have Ms. Rohde pull up what's been marked

2    as 2001.T.129, Slide 2.  I believe either you or Mr. Nestler

3    read this slide from Mr. Caldwell where it says, "I want to

4    scuffle."

5              Is that right?

6    A.  Yes, sir.

7    Q.  Sir, through your investigation or through your

8    knowledge of what other people in the FBI or your colleagues

9    in the FBI have investigated, have you learned of any

10   medical issues that Mr. Caldwell had on or about January 6th

11   that might prevent him to scuffle?

12             MR. NESTLER:  Objection.

13             THE COURT:  Basis?

14             MR. NESTLER:  Outside the scope.

15             THE COURT:  Overruled.

16             Go ahead, Mr. Fischer.

17   BY MR. FISCHER:

18   Q.  Go ahead.

19   A.  Personally, no.  I don't know of any medical issues that

20   Mr. Caldwell had.

21   Q.  Okay.  And are you -- you certainly are privy to all of

22   the reports that your colleagues in the FBI make regarding

23   this investigation.  Is that right?

24   A.  I have access to reports.

25   Q.  Okay.  And you haven't seen anything in the reports that

 1   indicates anything regarding Mr. Caldwell's -- any medical

 2   conditions he might have that were existing on or about

 3   January 6th, 2021?

 4            MR. NESTLER:  Objection.  Calls for hearsay.

 5            THE COURT:  He's asking about the presence or

 6   absence of something.  It's not hearsay.

 7            So if you know the answer, sir.

 8            THE WITNESS:  No, sir.  I haven't read every other

 9   agent's reports about Mr. Caldwell.

10   BY MR. FISCHER:

11   Q.  Fair enough.

12            MR. FISCHER:  If we can move to Slide 6, please,

13   Ms. Rohde.

14   BY MR. FISCHER:

15   Q.  Agent, you read this before about 45 ACP with Willie

16   Pete.

17            Do you recall that?

18   A.  Yes, sir.

19            MR. FISCHER:  If we could move to Slide 7, please.

20   BY MR. FISCHER:

21   Q.  You'll see the response from Mr. Godbold was, "LOL."

22            That means laughing out loud, doesn't it?

23   A.  Yes.

24   Q.  Would you agree that it appears the response to

25   Mr. Grimes's comment about an ACP and Willie Pete seems to

1    have been a joke at least in the mind of Mr. Godbold?

2    A.  No, sir.  I wouldn't agree.

3    Q.  Okay.

4            MR. FISCHER:  If we could move to Slide 8.

5    BY MR. FISCHER:

6    Q.  The statement right here, "I'm serious.  Stay strapped

7    or get clapped."

8            Sir, would you agree that statement is suggesting

9    engage in self-defense; in other words, you should be

10   strapped or something is going to happen to you bad?  Or

11   something will happen to you?

12   A.  What I took from the message is, following the LOL

13   comment, Mr. Grimes followed up by saying, "I'm serious" to

14   the previous comment.  You know, so I wouldn't -- you know,

15   that's why I said I wouldn't think that it was suggested as

16   a joke, with the LOL, when he followed up and said that he

17   was serious.

18           MR. FISCHER:  Slide 11, please.

19   BY MR. FISCHER:

20   Q.  Would you agree that Mr. Caldwell and either Mr. or

21   Mrs. Caldwell appear to have any military-style gear on in

22   this picture?

23   A.  Mr. Caldwell, it doesn't appear he does.  I can't

24   tell -- I believe that's a vest.  I don't know if that's

25   a -- it looks like a tactical vest there that Mrs. Caldwell

```
 1   has, but not Mr. Caldwell.
 2   Q.  Okay.
 3           MR. FISCHER:  Slide 13, please.
 4   BY MR. FISCHER:
 5   Q.  So Slide 13 through 24 -- we're just going to move
 6   through this a little bit.  So Slide 13 appears to be Adrian
 7   Grimes sending a message to the group.  Right?
 8   A.  Yes, sir.
 9           MR. FISCHER:  If we can go to Slide 14.
10   BY MR. FISCHER:
11   Q.  It looks like Mr. Godbold responds.  Right?
12   A.  That's correct.
13           MR. FISCHER:  If we can go to Slide 15, please.
14   BY MR. FISCHER:
15   Q.  It appears that Mr. Godbold -- that continues the
16   message, I believe.
17           MR. FISCHER:  Go to 16, please.
18   BY MR. FISCHER:
19   Q.  Mr. Grimes responds.  Correct?
20   A.  Yes, sir.
21           MR. FISCHER:  Go to 17.
22   BY MR. FISCHER:
23   Q.  It looks like Mr. Godbold responds.
24           MR. FISCHER:  Let's go to No. 18.
25
```

```
 1   BY MR. FISCHER:

 2   Q.  It looks like Joe Godbold has a comment and responds.

 3   Correct?

 4   A.  Yes.

 5           MR. FISCHER:  19, please.

 6   BY. FISCHER:

 7   Q.  This is Joe Godbold again.

 8           MR. FISCHER:  Can we go to 20?

 9           THE COURT REPORTER:  Counsel, I'm not getting a

10   response.

11           THE COURT:  I wasn't asking for a response.

12   BY MR. FISCHER:

13   Q.  No. 20:  It looks like Mr. Godbold has another response

14   again.  Is that correct?

15   A.  Yes, sir.

16   Q.  No. 21:  It looks like Adrian Grimes says something

17   here, makes a statement.  Is that right?

18   A.  Yes.

19   Q.  22:  It looks like Mr. Grimes makes another statement

20   here.  Correct?

21   A.  Yes, sir.

22   Q.  No. 23.  Joe Godbold has a statement.  Correct?

23   A.  Yes, sir.

24   Q.  And No. 24:  Dennis Godbold.  Correct?

25   A.  That's correct.
```

1    Q.  Okay.  So we've got about 11 or 12 statements in a row

2    here where Mr. Caldwell is not responding.  Is that correct?

3    A.  That's correct.

4    Q.  This is at 1:43 p.m. on January 6th.  Right?  In that

5    timeframe?

6    A.  That's correct, sir.

7              MR. FISCHER:  Can we go to the next slide.

8    BY MR. FISCHER:

9    Q.  And Mr. Caldwell finally says something and, at 1:44,

10   says, "You should be here."

11             Is that correct?

12   A.  Yes.

13   Q.  Would you agree that that suggests that Mr. Dennis

14   Godbold, Mr. Joe Godbold and Mr. Grimes were not in D.C.?

15   A.  Yes.  I would agree.

16             MR. FISCHER:  Let's go to Slide No. 27 --

17   actually, hang on.  Slide number -- I apologize.  Let's move

18   to Slide No. 29.

19   BY MR. FISCHER:

20   Q.  It looks like Mr. Grimes here says:  "Stack them.  Just

21   seen pictures on Facebook where patriots just took the steps

22   at the Capitol."

23             Is that correct?

24   A.  Yes.

25   Q.  This is taken at 1:45 -- this is sent at 1:45 p.m.  Does

Harris - CROSS - By Mr. Fischer

1    that sound right?

2    A.  Yes, sir.

3    Q.  And you would agree, based on the evidence gathered by

4    the Government, Mr. Caldwell was not even on the Capitol

5    grounds at that time.  Correct?

6    A.  I don't know specifically where Mr. Caldwell was at that

7    time.

8    Q.  Okay.  Fair enough.

9              MR. FISCHER:  Let's go to --

10   BY MR. FISCHER:

11   Q.  Well, wouldn't you agree that there certainly was a

12   picture that was presented to you during your direct

13   examination of Mr. Caldwell being at the peace fountain at

14   2:19 p.m.  Correct?  Do you recall?

15   A.  Yes, sir.

16   Q.  Okay.  Fair enough.

17             MR. FISCHER:  Slide 35, please.

18   BY MR. FISCHER:

19   Q.  This is Mr. Caldwell at 2:06, indicating, "So they are

20   teargassing peaceful protesters."  Correct?

21   A.  Yes, sir.

22   Q.  Did the FBI -- did you or any of your agents ever go out

23   to investigate whether there was actual -- there had been

24   teargas used on protesters during -- I guess on the west

25   side of the Capitol?

1    A.  I don't know if agents did or not.

2    Q.  Okay.  Fair enough.

3            MR. FISCHER:  Slide 39, please.

4    BY MR. FISCHER:

5    Q.  Mr. Caldwell, 2:11 p.m., says:  "We have planted a flag

6    on the Capitol steps."

7            Is that correct?

8    A.  Yes.

9    Q.  You'll note he uses the preposition "we."  Right?

10   A.  That's correct.

11   Q.  But you'd also agree Mr. Caldwell, at 2:19 p.m., has a

12   picture of himself at the peace fountain.  Right?

13   A.  Yes, sir.

14   Q.  So wouldn't you agree that apparently when he says, "We

15   planted a flag," he was not including himself?  Or I guess I

16   should say -- let me withdraw that.

17           When he said the word "we," he's talking about the

18   crowd in general, or a more general group than just he and

19   his wife.  Is that fair to say?

20   A.  I can't get into what his mental state was.  But, you

21   know, I just have the statements as they're made here, which

22   we have a record of, and it just says "we."

23   Q.  Okay.  Fair enough.

24           MR. FISCHER:  Slide 40, please.

25

```
 1    BY MR. FISCHER:
 2    Q.  Mr. Caldwell states, 2:11 p.m.:  "They're teargassing a
 3    group of children.  No shit."
 4              Right?
 5    A.  That's correct, sir.
 6    Q.  Did you or your colleagues ever investigate whether
 7    there were children that had been hit by teargas or had
 8    suffered from teargas being shot into the crowd?
 9    A.  I wouldn't know if that's something other agents may
10    have investigated from the Washington field office or not.
11    Q.  Fair enough.  If you don't know, I understand.
12              MR. FISCHER:  Slide 43, please.
13    BY MR. FISCHER:
14    Q.  Mr. Caldwell at 2:48 p.m.:  "We are surging forward.
15    Doors breached."
16              Correct?
17    A.  Yes, sir.
18              MR. FISCHER:  Then let's go to Slide 46.
19    BY MR. FISCHER:
20    Q.  And here's Mr. Godbold:  "All members are in the tunnels
21    under Capitol.  Seal them in.  Turn on gas."
22              You're familiar with that Facebook message?
23    A.  Yes, sir.
24    Q.  Okay.  And does --
25              MR. FISCHER:  And then let's go to 47 and then 48
```

1    afterwards.  48, please.

2    BY MR. FISCHER:

3    Q.  It says:  "F the curfew, Dennis.  Let's go.  I'll come

4    get you and Joe."

5            Correct?

6    A.  Yes, sir.

7    Q.  So it looks like it -- it's Adrian Grimes saying to

8    Dennis:  I will come pick you up and I will also get Joe

9    Godbold, who's on this message as well.  Correct?

10   A.  Yes.  That appears correct.

11   Q.  So it appears they are -- they are all in some place

12   that -- where Mr. Grimes could potentially pick them up.

13   Right?  At least from the statement.  I know -- I'm not

14   holding you to it, but...

15   A.  I don't know if that means they were in close proximity

16   to one another.  I know people throughout this case lived

17   across, you know, the country and picked each other up on

18   the way to D.C.  I don't know if that means they lived near

19   one another, but it does seem as though they're not at the

20   Capitol and he's saying he could pick them up.

21   Q.  Okay.  Fair enough.

22           MR. FISCHER:  Slide 51, please.

23   BY MR. FISCHER:

24   Q.  Can you read that for the jury, please?  This is from

25   Dennis Godbold.  Right?

Harris - CROSS - By Mr. Fischer

1    A.  Yes, sir.  This is on 1-6 at 2:54 p.m.:  "I'm looking

2    out for what's mine right here in Berryville.  Jail ain't my

3    thing, but I will absolutely protect my family, friends and

4    belongings."

5    Q.  Sir, do you know where Berryville is at?

6    A.  I do not.

7    Q.  Okay.  If I were to tell you Berryville is about --

8    almost two hours from here in the Shenandoah Valley of

9    Virginia, would that sound about right?

10   A.  I'll take your word for it.

11   Q.  Fair enough.

12          Okay.  So it appears that besides -- with the

13   exclusion of Mr. Caldwell, the three people who were on this

14   message seemed to be in or around Berryville from the

15   context of the messages.  Right?

16   A.  At least Mr. Dennis Godbold.

17   Q.  Okay.  Well, there was a message prior to that where

18   someone indicated they could pick them up and -- and go.

19   Right?

20   A.  Yes.  But he didn't specifically say they were close by

21   as -- you know, as we've seen in other -- with Defendants in

22   this case, or other subjects in this case, they pick one

23   another up and they were spread pretty far apart.

24   Q.  Fair enough.

25          MR. FISCHER:  Slide 52, please.

Harris - CROSS - By Mr. Fischer

1    BY MR. FISCHER:

2    Q.  Inside -- Mr. Caldwell says:  "Inside."

3         Is that correct?

4    A.  Yes, sir.

5         MR. FISCHER:  Slide 55, please.

6    BY MR. FISCHER:

7    Q.  And it says -- well, this is -- we --

8         MR. FISCHER:  That's fine.  53 is fine.

9    BY MR. FISCHER:

10   Q.  So obviously, we have a message from Adrian Grimes:

11   "Tom, take that bitch over."

12        Correct?

13   A.  Yes, sir.

14   Q.  This is at 3:06 p.m.  Is that right?

15   A.  That's correct.

16   Q.  All right, sir.  Isn't it true at 3:06 p.m. Mr. Caldwell

17   was off the inaugural balcony and walking back to his car

18   with him and his wife at that time?  Isn't that true?

19   A.  I don't know the specific time he left.  If -- you know,

20   we could look at the videos to see.  I don't want to, you

21   know, pin him to a specific time and put him in a place that

22   I don't know directly of.

23   Q.  Well, isn't it true you have seen a video where

24   Mr. Caldwell and his wife appear to be exiting down a set of

25   steps from the inaugural balcony at around 2:54 p.m.?

1    A.  I believe that's correct.  Yes.

2         MR. FISCHER:  Next -- let's go to 55, please.

3    BY MR. FISCHER:

4    Q.  And here's Mr. Godbold with another classy statement:

5    "Tom, all legislators are down in the tunnels.  Three floors

6    down."

7         Right?

8    A.  Yes, sir.

9    Q.  Okay.  And again, this is at 3:07?

10   A.  That's correct.

11        MR. FISCHER:  Let's go to 56.

12   BY MR. FISCHER:

13   Q.  It says, would you agree:  "Do like we had to do when I

14   was in the Corps" -- I'm assuming Marine Corps -- "start

15   tearing out floors.  Go from top to bottom."

16        Is that what it says?

17   A.  Yes, it is.

18   Q.  Okay.  So, sir, I've brought up this series of --

19   obviously, some of them are distasteful regarding sealing

20   members of Congress in and turning gas on.

21        Sir, you obviously -- you and your agents reviewed

22   those messages at some point.  Correct?

23   A.  Yes, sir.  That's correct.

24   Q.  And in fact, these messages, the FBI, through Agent

25   Palian, had in the FBI's possession actually before

Harris - CROSS - By Mr. Fischer

1    Mr. Caldwell was even arrested in January of 2021.  Right?

2    A.  I don't know that.

3    Q.  Okay.  Well -- and, sir, you would certainly agree that

4    when you came on -- I remember you came on the investigation

5    somewhat later.  Is that correct?

6    A.  Yes, sir.  That's correct.

7    Q.  And certainly, when you came on, these messages were

8    already part of the investigation.  Is that correct?

9    A.  I can't tell you when these messages were obtained.  I

10   haven't been -- aside from the messages we've reviewed today

11   and the exhibits I've reviewed, you know, I wasn't part of

12   investigating Mr. Caldwell.  So I don't know specifically

13   when these messages were obtained.

14   Q.  Okay.  And isn't it true that Mr. Godbold, Dennis

15   Godbold, Mr. Joe Godbold and Mr. Adrian Grimes, they're not

16   on the board the Government keeps referring to?  Correct?

17   A.  Correct.

18   Q.  In fact, isn't it true the FBI never even attempted to

19   question them?

20   A.  I don't know if they've been interviewed or not.

21   Q.  Okay.  Would it surprise you to find out that they

22   haven't been questioned or even attempted to be questioned

23   by your agency?

24   A.  Considering that they haven't been charged or they're

25   not -- they weren't in Washington, D.C., that day and

1    they're not members of the Oath Keepers and have direct

2    connection to the Oath Keepers here, no, it wouldn't

3    surprise me.

4              MR. FISCHER:  The Court's indulgence.

5    BY MR. FISCHER:

6    Q.  Would it surprise you -- or were you aware that your

7    colleague, Agent Palian, after reviewing the messages that

8    I've just gone over, incorrectly concluded that Mr. Caldwell

9    had stormed into the Capitol and led a stack inside the

10   United States Capitol?

11             MR. NESTLER:  Objection.  Calls for hearsay and

12   speculation.

13             THE COURT:  The objection is sustained as the

14   question as been phrased and the way you're seeking to admit

15   it.  So it's sustained.

16             MR. FISCHER:  The Court's indulgence.

17   BY MR. FISCHER:

18   Q.  Were you aware, through your investigation, that the FBI

19   has already questioned Mr. Caldwell regarding these

20   messages?

21   A.  I've never read an interview that we've done of

22   Mr. Caldwell.  So I don't know specifically what questions

23   he was asked by other agents.

24   Q.  Okay.

25             MR. FISCHER:  Ms. Rohde, if we could pull up

1       22.T.27.  Actually, Ms. Rohde, if we could --

2              The Court's indulgence.  I apologize.  I think

3       there are calculus exams that are easier than the

4       Government's exhibit numbers.

5       BY MR. FISCHER:

6       Q.  Agent, if you could read this slide out and the next one

7       down.

8       A.  Yes, sir.  This is a message to someone named Jonathan

9       on 1-6 at 7:38 p.m.:  "Hell, yeah.  Sharon and I rolled with

10      the Oath Keepers and some other militia.  Heard the

11      president.  Then marched to Capitol Hill.  Started

12      addressing the like-minded folks around us.  Cops out of

13      nowhere started throwing flash bang grenades and then

14      teargassed a kids' group.  No shit."

15      Q.  Okay.  Sir, you indicate --

16             MR. FISCHER:  I'm sorry.  Could we go to the next

17      slide, please?

18      BY MR. FISCHER:

19      Q.  Actually, this was the one I was focused on.  Could you

20      read this slide out, please.

21      A.  "Then we heard that Pence fucked us.  We had over a

22      million people here.  Then the lying media said Trump

23      supporters were breaking through barricades.

24             "So I said if we're going to blamed, might as well

25      do it.  So I grabbed up my American flag and said, Let's

                        Harris - CROSS - By Mr. Fischer

1    take the dammed Capitol.  So people started surging forward

2    and climbing the scaffolding outside.  So I said, Let's

3    storm the place and hang the traitors.  Everybody thought

4    that was a good idea, so we did.

5            "They threw some gas at it, but we climbed the

6    steps after breaking two rows of barricades, then got on the

7    parapets, and the people in front of me broke through the

8    doors, and the doors started duking it out with the pigs who

9    broke and ran.  Then we started stealing the cops' riot

10   shields and throwing fire extinguishers through windows.  It

11   was a great time.  I will send you some sequence pictures."

12   Q.  Sir, through your investigation, have you come across a

13   name of Walter Mitty, M-I-T-T-Y?

14   A.  I haven't heard that name before.  No, sir.

15   Q.  And, sir, let's go back to the first part of the slide.

16           MR. FISCHER:  I'm sorry.  Next slide.

17   BY MR. FISCHER:

18   Q.  Sir, you'd agree -- obviously, you talked about before

19   that you can't read what somebody is saying in their mind.

20   Right?

21   A.  Yes, sir.

22   Q.  Well, you would agree that, based on the slide that you

23   just read out, it appears that when -- Mr. Caldwell is

24   saying that it was a spontaneous event where there was

25   teargas that went out and he picked up his American flag and

1    started charging the Capitol, or going up to the Capitol.

2    Right?

3    A.  If I only had this message to read, I could agree with

4    that.  But seeing other messages where Mr. Caldwell has

5    discussed things prior to this, I wouldn't agree.

6    Q.  Okay.  Well, I mean, I've heard -- I believe I heard you

7    the last time you testified a couple of weeks ago indicate

8    you could take Mr. Caldwell at his word.  Right?

9    A.  No, sir.  I don't recall saying that.

10          MR. FISCHER:  If we could go to just the next

11    slide, please, the next -- next one down.

12    BY MR. FISCHER:

13    Q.  Sir, it's not the FBI's position that Mr. Caldwell

14    seriously led a charge up Capitol Hill with an American

15    flag, is it?

16    A.  No, sir.  I don't think we've accused Mr. Caldwell of

17    doing that.

18          MR. FISCHER:  If we could go -- if you could pull

19    up 67.57, please.  If we can go to the very beginning.

20    BY MR. FISCHER:

21    Q.  Sir, you testified about what's up on the screen here,

22    67.57, on direct examination.  Is that correct?

23    A.  Yes, sir.

24    Q.  I'm going to have Ms. Rohde play this in a second, but I

25    want you to pay particular attention to the left part of the

1    screen where the police line seems to break first.

2            MR. FISCHER:  If we could play this video, please,

3    until I say stop, Ms. Rohde.  Thank you.

4            (Whereupon, segments of Government's Exhibit No.

5    67.57 were published in open court.)

6            MR. FISCHER:  Stop it right there.

7    BY MR. FISCHER:

8    Q.  Sir, would you agree that there seems to be some sort of

9    smoke that seems to be coming up in the very area where the

10   crowd starts to first break through police lines?  Did you

11   see that?

12   A.  Can you play it again?

13   Q.  Yeah.  Sure.

14   A.  I wasn't looking for the smoke.

15   Q.  I understand.

16           MR. FISCHER:  Go ahead, please.

17           (Whereupon, segments of Government's Exhibit No.

18   67.57 were published in open court.)

19   BY MR. FISCHER:

20   Q.  Did you --

21   A.  It appeared to me the smoke actually came from the right

22   side first and not the left side where the crowd broke.

23   Q.  Well, sir, certainly the right side, of course, it

24   seemed to come above the inaugural balcony, is where the

25   smoke first came from.  Right?

Harris - CROSS - By Mr. Fischer

1    A.  It appeared to be higher than the crowd.

2    Q.  Okay.

3            MR. FISCHER:  If we could continue to play the

4    video.

5            (Whereupon, segments of Government's Exhibit No.

6    67.57 were published in open court.)

7            MR. FISCHER:  Stop it right there.

8    BY MR. FISCHER:

9    Q.  At this point, there don't appear to be any scuffles or

10   fights with police officers on the inaugural stage, are

11   there, that you can see up to this point?

12   A.  I see some officers there.  My apologies.  I was still

13   looking at the smoke.  I didn't know you were going away

14   from the smoke.

15   Q.  I understand.

16           MR. FISCHER:  We can play it on.

17           (Whereupon, segments of Government's Exhibit No.

18   67.57 were published in open court.)

19           MR. FISCHER:  Let's stop right here.

20   BY MR. FISCHER:

21   Q.  So as you're viewing the top portion here, isn't it true

22   you cannot see any police officers being assaulted on this

23   stage?

24           MR. FISCHER:  We can go ahead and play it.

25           (Whereupon, segments of Government's Exhibit No.

1    67.57 were published in open court.)

2    BY MR. FISCHER:

3    Q.  So I'll say at this point -- you would agree

4    Mr. Caldwell doesn't appear to be assaulting any police

5    officers, does he?

6    A.  No, he does not.

7                (Whereupon, segments of Government's Exhibit No.

8    67.57 were published in open court.)

9    BY MR. FISCHER:

10   Q.  So -- and I'm not talking -- I know there were -- there

11   was an issue going on in the tunnel.  I get that.  But as

12   far as the stage, when Mr. Caldwell was on the stage, there

13   doesn't appear to be any scuffles or fights going on between

14   protestors and the crowd.  Right?

15   A.  Not that I saw from that video.  No, sir.

16   Q.  Okay.  Fair enough.

17                And in fact, you said you reviewed video from the

18   tunnel.  Correct?

19   A.  Yes.

20   Q.  And you also obviously saw the video we just played.

21   Correct?

22   A.  Yes, sir.

23   Q.  And you would agree Mr. Caldwell was not the person who

24   had anything to do with the shield that -- the Government

25   showed a picture of a police shield.  Right?

1    A.  That's correct.

2    Q.  Okay.  In fact, there's absolutely no evidence that

3    Mr. Caldwell on January 6th ever assaulted or accosted a

4    police officer on that date.  Is that correct?

5    A.  I don't have knowledge of him assaulting anyone on

6    January 6th.

7    Q.  Okay.

8             MR. FISCHER:  If we can -- do you have No. 87,

9    please?

10   BY MR. FISCHER:

11   Q.  You are familiar, I believe, with the video of

12   Mr. Caldwell talking about Speaker Pelosi's doorknob?

13   A.  I've seen it before.  Yes, sir.

14   Q.  Well, I've seen it about 15 times, but we're going to

15   see it again.

16            MR. FISCHER:  It's Caldwell 87.  I'm going to play

17   it about three-quarters of the way in.  If we could go ahead

18   and play this exhibit.

19   BY MR. FISCHER:

20   Q.  And if you can listen after you hear someone yell out

21   the word "Georgia."

22            (Whereupon, segments of Defendant Caldwell's

23   Exhibit No. 87 were published in open court.)

24            MR. FISCHER:  Could you turn the volume up,

25   please?  I'm sorry.  We're going to get the volume turned up

1    here a little bit, your Honor.

2    BY MR. FISCHER:

3    Q.  Agent, while she's hooking that up, I believe you

4    indicate -- you referred before -- there was an exhibit

5    regarding Mr. Stamey where he talked about Mr. Caldwell was

6    ex-fil'd.  Is that correct?

7    A.  Yes, sir.  There was a message.

8    Q.  Yeah.  And ex-fil'd is a military term for evacuate a

9    bad situation.  Correct?

10    A.  I don't think it necessarily has to be a bad situation,

11    but it just -- it does mean evacuate.

12    Q.  Okay.  And would you agree that's the opposite of

13    attack?

14    A.  It's the opposite of enter.  So -- like I say, I don't

15    think, you know, either infiltrate or exfiltrate necessarily

16    has to mean battle.  But it could be, I think, a different

17    source of operations.

18    Q.  Fair enough.

19         MR. FISCHER:  And if you want to go ahead and play

20    it.

21    BY MR. FISCHER:

22    Q.  If you could listen after someone yells out the word

23    "Georgia."

24         MR. FISCHER:  Go ahead.

25         (Whereupon, segments of Defendant Caldwell's

1    Exhibit No. 87 were published in open court.)

2    BY MR. FISCHER:

3    Q.  Or if you can read lips, feel free to.

4              MR. FISCHER:  Hang on one second.

5              (Whereupon, segments of Defendant Caldwell's

6    Exhibit No. 87 were published in open court.)

7    BY MR. FISCHER:

8    Q.  Sir, at one point, did you hear Mr. Caldwell say several

9    times:  "Let's go, let's go, let's go"?

10    A.  I was listening for the word "Georgia."

11    Q.  I know you're from Alabama, but we need to --

12    A.  Yeah.  Can you go back?  I was waiting to hear -- I

13    thought you instructed me to listen for --

14    Q.  I understand.

15    A.  -- the word "Georgia."

16    Q.  If you can listen to the word "Let's go."  I apologize.

17    A.  Okay.

18              (Whereupon, segments of Defendant Caldwell's

19    Exhibit No. 87 were published in open court.)

20    BY MR. FISCHER:

21    Q.  Did you hear Mr. Caldwell say:  "Let's go, let's go" and

22    then his wife said:  "Okay, okay"?

23    A.  At the very end, yes.

24    Q.  Okay.  And, sir, this video, the timestamp on this

25    video, it appears to be at 14:51:56, which is 2:51:56.

1    That's the beginning.  Right?  In the bottom left is the

2    timestamp.

3    A.  Yes.  I see it there.

4    Q.  So 2:51:56.  So then they add one minute, which would be

5    2:52:56, and then add 13 seconds, which would be roughly

6    2:53:08 or 09, I guess.  09.  Right?

7    A.  Yes.  I think that math is correct.

8    Q.  Okay.  So the bottom line, it appears, is that at

9    2:53:08 or 09, Mr. and Mrs. Caldwell are getting ready to

10   exit the stage.  That's what it sounds like.  Correct?

11   A.  I heard Mr. Caldwell say:  "Let's go" and Ms. Sharon

12   say:  "Okay."

13   Q.  Okay.  And on the --

14        MR. FISCHER:  If we could go back.  Thank you.  We

15   can disconnect that, please.

16        Ms. Rohde, if we could pull up 67.57, please.

17   BY MR. FISCHER:

18   Q.  Agent -- what's up on the screen, 67.57, the

19   Government's exhibit, this exhibit --

20        MR. FISCHER:  If we could go to the very beginning

21   of that, please, Ms. Rohde.

22   BY MR. FISCHER:

23   Q.  So that's at -- it looked like 2:19 p.m., January 6th.

24   Correct?

25   A.  Yes, sir.  That's correct.

1    Q.  You already agreed Mr. Caldwell is at the peace fountain

2    at 2:19 p.m. per his own picture.  Correct?

3    A.  Yes.

4    Q.  Do you know on this screen -- do you know where the

5    peace fountain is located?  Would it be to the left or the

6    right?

7                THE COURT:  You mean the right side of the screen?

8                MR. FISCHER:  Well, I guess in the picture.

9    BY MR. FISCHER:

10   Q.  Do you know if it would be located -- well, do you know

11   where it's at, I guess I should ask that.

12   A.  Yes.  So the peace fountain -- from the previous photo,

13   where Mr. Caldwell took in front of the peace fountain, that

14   was facing east, which would have been towards the Capitol.

15   So it would have been to the left.

16   Q.  Well, the bottom line is, I think -- if you're looking

17   at this picture, you would agree the peace fountain is to

18   the right over the crowd.

19   A.  Yes.  That's correct.

20   Q.  Okay.  Fair enough.

21                So in other words, there appears to be an entire

22   crowd that would be in front of Mr. Caldwell at 2:19 p.m.

23   Right?

24   A.  Yes.

25                MR. FISCHER:  If we can fast-forward the video to

Harris - CROSS - By Mr. Fischer

1     almost the very end.

2                     (Whereupon, segments of Government's Exhibit No.

3     56.57 were published in open court.)

4                     MR. FISCHER:  So we have a timestamp of 2:52.  Go

5     just a few seconds more.  If we can go to 2:53:08, 09,

6     something like that.

7                     (Whereupon, segments of Government's Exhibit No.

8     56.57 were published in open court.)

9     BY MR. FISCHER:

10    Q.  And so in the bottom middle, there appears to be a

11    closeup picture of Mr. Caldwell in a rectangle.  Is that

12    right?

13    A.  Yes, sir.

14    Q.  And it appears he just made a turn to the right in that

15    picture.

16    A.  Yes.  He was turning.

17    Q.  Okay.  And that matches up virtually perfectly when him

18    and his wife were getting ready to leave the stage at

19    2:53:08 or 09, as you testified before.  Is that right?

20    A.  The video we watched previously with this?

21    Q.  Yes.

22    A.  I don't know if that matches perfectly.  I know, you

23    know, she -- he said:  "Let's go, let's go."  And it sounds

24    like she said, "Okay."

25                     I don't know if, you know, based on the video,

1    because it ended, I don't know if they actually left the

2    stage or if they moved to another area on the stage.

3    Q.  Okay.  Well, sir, I know you've been here for a lot of

4    days of trial watching.  Is that correct?

5    A.  I've been in and out.  I've watched some testimony, not

6    all.

7    Q.  Fair enough.

8          And you heard the testimony of many Capitol police

9    and I guess Metro police officers say that the one thing the

10   protesters could have done that could have helped the

11   Capitol Police, or the police on scene, was to leave the

12   Capitol.  You heard that testimony?

13   A.  I did not.

14   Q.  Okay.

15   A.  I haven't sat through everyone's testimony.

16   Q.  Okay.  Well, you would agree, from what you've seen

17   here, it appears that Mr. and Mrs. Caldwell were leaving the

18   Capitol at around 2:53 and some change.  Right?

19   A.  Like I said before, based off the video when it ended

20   and he said, "Let's go," she said, "Okay" -- I don't know if

21   that meant they left the Capitol or left the stage

22   completely.  I don't know if that means they moved to

23   another part because the video ended.

24          I haven't seen CCTV footage of them in another

25   area around that same time.  So I can't -- I can't, you

1   know, definitively say they left the stage right after that

2   video ended.

3   Q.  All right.

4           MR. FISCHER:  Your Honor, I have no further

5   questions.

6           Agent, thank you.

7           THE WITNESS:  Thank you, sir.

8           THE COURT:  Thank you, Mr. Fischer.

9           Mr. Bright?

10                          CROSS-EXAMINATION

11  BY MR. BRIGHT:

12  Q.  Good afternoon, Agent.  How are you?

13  A.  Good afternoon, sir.

14  Q.  Good to see you again.  I only have a few questions for

15  you.

16          How long have you been personally involved in the

17  investigation of this case?

18  A.  So I began the investigation in -- early on, either late

19  January or sometime in February, with Mr. Harrelson.  So

20  with -- I've been the main agent on that investigation.  And

21  I came here in August of this year to the Washington, D.C.,

22  area to -- onto this investigation.

23  Q.  Would you agree with me that you have a great

24  familiarity with the evidence in this case?

25  A.  I have a great familiarity with evidence around

Harris - CROSS - By Mr. Bright

1    Mr. Harrelson.  I wouldn't say everyone else.

2    Q.  Okay.

3    A.  You know, part of my reason for coming here was because

4    I knew I would have to testify based off the investigation

5    into Mr. Harrelson.  I haven't been intimately involved into

6    a lot of the investigation into the other Defendants.

7    Q.  When you agreed or were asked to take over in terms of

8    testimony today for Whitney Drew, former Agent Whitney Drew,

9    were you already familiar with the evidence that you were

10   going to be testifying to or did you have to familiarize

11   yourself with it?

12   A.  Some of it I was familiar with, because it was involving

13   Mr. Meggs and Mr. Harrelson.  They were Florida residents,

14   which is where I'm from.  But some of the other evidence, I

15   had to review it.

16   Q.  What about -- would that include some of the evidence

17   that Agent Drew testified to the previous week, specifically

18   some of the evidence that was admitted in 67.31, regarding

19   the timeframe leading up to kind of where we stopped off at

20   roughly 3:30 p.m. on January 6th?  Were you familiar with

21   any of that evidence?

22   A.  No, sir.  Only with the evidence I've -- we've reviewed

23   today.  That's the evidence I've reviewed.  I haven't gone

24   back to go through Mrs. Drew's previous testimony or the

25   evidence she introduced.

1    Q.  Are you familiar, then, based on the investigation, of

2    the general timeline of things happening on Capitol Hill on

3    January 6th?

4    A.  I wouldn't hold myself to that.

5    Q.  Okay.  So would it be fair, then, that as the basis of

6    your investigation, you're aware that it's been alleged in

7    this case that what's known as Stack 1 entered the Columbia

8    doors at roughly 2:39 p.m.?

9    A.  I am familiar with that.  Yes.

10   Q.  And you would agree with me, then, also, since you're

11   familiar with that, that what's been alleged as Stack 2 went

12   into the Columbia doors at relatively 3:14 p.m.?

13   A.  I believe that's correct.

14   Q.  Okay.  And you then would reasonably also know that each

15   one of those stacks stayed inside roughly 20 minutes or

16   under.  Correct?

17   A.  I believe that's correct.

18   Q.  So if somebody had previously testified or we had seen

19   timestamps that Stack 1 was not any longer in the Rotunda by

20   2:58 p.m., that would not be unreasonable, would it?

21           MR. NESTLER:  Objection.

22           THE COURT:  Sustained as to form.

23   BY MR. FISCHER:

24   Q.  Are you aware that Stack 1 left the Rotunda at roughly

25   2:58 p.m.?

1    A.  I don't know the exact time they left.  I know we have

2    that somewhere.  If we could -- you know, we could pull it.

3    I'm sure we have the evidence of that.  I don't know

4    specific times.

5    Q.  Are you aware, based on your knowledge of the evidence

6    in this case, that the west side of the Capitol was first

7    breached at roughly 2:13 p.m.?

8    A.  I believe that's correct.

9    Q.  Okay.  And the first breach internally of the Columbia

10    doors was at 2:38 p.m.  Correct?

11    A.  Are you referencing to the east side?

12    Q.  Yes, sir, I am.

13    A.  Yes.

14    Q.  Okay.  So when you started reviewing the evidence or

15    familiarizing yourself with the evidence in this case in

16    preparation for today --

17         MR. BRIGHT:  Could I have Exhibit -- for me right

18    now, Exhibit 67 -- keep going.  Next.  Stop.  Keep going a

19    couple more.  Go back one, please.

20    BY MR. BRIGHT:

21    Q.  This has been previously admitted, Agent Harris, I

22    believe under Government Exhibit 67.32.  This is the first

23    of the slides.

24         Do you recognize this one?

25    A.  Yes.  This appears to be one of the Government's

```
 1    exhibits.
 2    Q.  Okay.  So what --
 3              MR. BRIGHT:  Bring that up for everybody, please.
 4    BY MR. BRIGHT:
 5    Q.  So what I've done here -- and we've kind of selectively
 6    chosen some of these things because I want to show a pattern
 7    here.  You would agree with --
 8              MR. NESTLER:  Objection.  Counsel is testifying.
 9              MR. BRIGHT:  Fair enough.  Withdrawn.
10    BY MR. BRIGHT:
11    Q.  What does this appear to you that Mr. Rhodes is doing
12    and what he's communicating, sir?
13    A.  Would you like me to read the message?
14    Q.  I'm asking you.  What is it that Mr. Rhodes is conveying
15    here?
16    A.  He says:  "Back steps on reflecting pool side opposite
17    the SCOTUS."
18    Q.  And who's that to?
19    A.  The D.C. Op Jan 6, '21 Signal chat.
20    Q.  Arguably to other Oath Keepers?
21    A.  Yes, sir.
22    Q.  Okay.
23              MR. BRIGHT:  Next slide, please.
24    BY MR. BRIGHT:
25    Q.  What is this one, sir?
```

1    A.  "Walking back towards center of building.  Under dome."

2    Q.  Again, to the D.C. Op chat, Jan 6, '21?

3    A.  Yes, sir.

4    Q.  Arguably, he's giving directions to other Oath Keepers,

5    or at least telegraphing his location?

6    A.  Yeah.  It's -- it seems more that he's -- he could be

7    talking about himself, you know.  He doesn't say, I'm

8    walking back.  He just says:  "Walking back towards center

9    of the building."

10            So I don't know if we can say he's giving

11   direction, but it seems as if he's talking about himself.

12   Q.  And it appears that, in the previous slide, that could

13   be the case as well, correct?  Just stating his location?

14   A.  Yes.

15            MR. BRIGHT:  Next.  One more.

16   BY MR. BRIGHT:

17   Q.  Again, 3:01:27 p.m., he is saying:  "Still on the top

18   level."

19            That goes out, again, to the exact same group?

20   A.  That's correct.

21            MR. BRIGHT:  Next slide.

22   BY MR. BRIGHT:

23   Q.  Read this slide for me, please, sir.

24   A.  "On the north side of Capitol.  Actual north.  From

25   Supreme Court, come to the right around side of building."

1    Q.  What time is this sent?

2    A.  This is 3:06:59.

3    Q.  So at the time that this is sent, Mr. Rhodes is

4    communicating via one of the Signal chats.  Correct?

5    A.  Yes, sir.

6    Q.  And the Signal chat goes to the Oath Keepers, many of

7    which were on the ground that day in D.C.  Correct?

8    A.  That's correct.

9    Q.  The time of this is 3:06:59 p.m.  Correct?

10   A.  Yes.

11   Q.  So that's seven minutes after Stack 1 has already left

12   the Rotunda.  Correct?

13   A.  I believe that's correct.

14   Q.  And he in this one --

15         MR. BRIGHT:  Go back, please.

16   BY MR. BRIGHT:

17   Q.  In this one, he's doing both, giving his location.

18   Correct?

19   A.  Yes.

20   Q.  He's also giving directions to others.  Correct?

21   A.  Yes, sir.

22   Q.  And arguably, that would just be to other Oath Keepers?

23   A.  It's to an Oath Keeper chat.

24   Q.  Okay.  And arguably, that could be Oath Keepers that are

25   on the Hill, off the Hill, anywhere.  It's to the entire

1    group, not selective.  Correct?

2    A.  I think it's just to whoever is in that chat group.

3    Q.  Right.  But it's not to a selective person.  It's to the

4    entire group.

5    A.  Correct.

6    Q.  And there were how many Oath Keepers, to your knowledge,

7    in D.C. on that day?

8    A.  I don't know a rough number.  I've seen -- I've seen

9    messages where, you know, Mrs. Watkins has thrown out 30 to

10   40 of us.  I've seen Mr. Whip say it's 25 of us.  So I don't

11   know the exact number, but I've seen, you know, numbers

12   being thrown out.

13   Q.  Okay.  And you're aware that based on your knowledge of

14   this case, which I know is extensive, there were multiple

15   different groupings of Oath Keepers at different events that

16   day.  Correct?

17   A.  Yes.  I know some went to the Ellipse and did, you

18   know -- who said they were working at those.  And then there

19   were people at the Capitol.  There were people in Ballston

20   at the QRF hotel.

21   Q.  Okay.  So you're aware that they were spread out around

22   the city in different units with different assignments,

23   simplistically?

24   A.  Yes.

25          MR. BRIGHT:  Next slide, please.  Go one more,

1    please.

2    BY MR. BRIGHT:

3    Q.  What's the time on this one, sir?

4    A.  This one is 3:25 p.m. on January 6th.

5    Q.  And this is from Mr. Rhodes again to the Oath Keeper

6    group Signal chat of D.C. Op Jan 6, '21.  Correct?

7    A.  Yes, sir.  That's correct.

8    Q.  And what does this one state?

9    A.  "I'm standing on the northeast corner of U.S. Capitol,

10   looking at Supreme Court."

11   Q.  Now, you would say that the description of that location

12   that he's giving is consistent with the photos that have

13   been shown today.  Correct?

14   A.  Yes.

15   Q.  Okay.  He didn't seem to, from your review of the

16   evidence, have been moving around a lot?

17   A.  Right.  The pictures indicate he was on the northeast

18   corner.

19   Q.  And you would agree with me that this, 3:25, is 26

20   minutes after Stack 1 has theoretically left the Rotunda?

21   A.  That sounds about right.

22   Q.  And you would agree with me that it's also now well up

23   to 11 minutes after it's been alleged that Stack 2 had

24   already gone into the building.  Correct?

25   A.  Yes.

1    Q.  And Stewart is now giving his location arguably to the

2    Oath Keeper group that are on this writ large; it's not

3    singularly telling people.  Correct?

4    A.  Yes.  He's giving his location.

5            MR. BRIGHT:  Next, please.

6    BY MR. BRIGHT:

7    Q.  What time is this one?

8    A.  This is 3:27 p.m. on January 6th.

9    Q.  Okay.  And this is arguably now after Stack 2 would have

10   left the Rotunda.  Correct?

11   A.  Yes, sir.

12   Q.  Okay.  So what does it appear, from your experience and

13   your reading of the evidence, that Mr. Rhodes is trying to

14   communicate?

15   A.  Well, just from reading those messages, he's

16   communicating his location and now, based off this message

17   here, some of the Oath Keepers have met up with him.

18   Q.  Okay.  So you would agree with me that it seems that

19   there's a consistent tone to the communications that we've

20   shown you that he's gathering up the Oath Keepers to come to

21   him?

22   A.  He's giving out his location and they're now meeting up

23   with him.

24   Q.  And so they're coming from various parts of the city or

25   other undescribed locations per the Signal chats.  Correct?

Harris - CROSS - By Mr. Bright

1    A.  Aside from the groups that were inside the Capitol, I

2    can't say where the other members that weren't inside came

3    from.

4    Q.  Well, you're aware of who Whip is.  Correct?

5    A.  Yes, sir.

6    Q.  Who's Whip?

7    A.  That's Mr. Greene.

8    Q.  He didn't go in the Rotunda, did he?

9    A.  Not to my knowledge.

10   Q.  Okay.  So people that were not in the Rotunda he also is

11   gathering.  Correct?

12   A.  Yes.  I don't think he directed the message at, like you

13   said before, at particular people.  It was just to the whole

14   chat.

15   Q.  Right.  Right.  I'm just saying based on this singular

16   Signal message, he -- clearly, he is grouping together

17   people around him that -- some of which were not inside the

18   Rotunda, Whip being an example?

19   A.  Yes, that's correct.

20   Q.  Okay.  And that would be consistent with the photos that

21   have been shown today.  Correct?

22   A.  Yes.

23   Q.  Okay.  As a matter of fact, a couple of the photos that

24   were shown have a large congregation of Oath Keepers around

25   Mr. Rhodes.  Is that accurate?

1    A.  Yes.  That's accurate.

2    Q.  Okay.  And they actually -- the Government provided that

3    exhibit and had you read out who each one of them was that

4    you could identify.

5    A.  That's correct.

6            MR. BRIGHT:  Next one, please.

7    BY MR. BRIGHT:

8    Q.  What time is this one?

9    A.  This is at 3:28 p.m. on January 6th.

10   Q.  Okay.  Again, we're now 20 minutes past the time that

11   Stack 2 has left the Rotunda.  Correct?

12   A.  Yes, sir.

13   Q.  And again, it's to the same grouping of people to come

14   and gather around him.  That would be consistent with the

15   evidence that you've reviewed.

16   A.  Well, this one -- I wouldn't say it's to the group of

17   people.  He's directing who he's instructing to come there.

18   He's talking to Mr. Meggs.

19   Q.  The message in this one is clearly directly to Meggs,

20   but it's going out to the full group of the Jan 6 op chat.

21   Correct?

22   A.  Yes.  He posted that in the group.

23   Q.  And on this one, he's finally selectively -- aside from

24   telling who's with him, he's asking for somebody to come to

25   him.

1    A.  Yes, sir.

2    Q.  Okay.

3            MR. BRIGHT:  Next one, please.

4    BY MR. BRIGHT:

5    Q.  Again, consistency.  He's just giving the group writ

6    large his location.  Is that accurate?

7    A.  It seems about right.

8            MR. BRIGHT:  Go ahead.

9    BY MR. BRIGHT:

10    Q.  What time is this one?

11    A.  This is 3:30 p.m. --

12    Q.  Okay.

13    A.  -- on January 6th.

14    Q.  Again, after both stacks have already gone out and --

15    out of the Rotunda?

16    A.  Yes.

17    Q.  Do you recall the time of the picture that we've been

18    shown?

19    A.  Which one are you referring to?

20    Q.  The large group picture that Mr. Rhodes is in on the

21    northeast point with the group around him.  Do you recall

22    relatively what time that picture was taken?

23    A.  There were no timestamps on those pictures.

24    Q.  Okay.  Would it be -- thank you for saying that, because

25    that was part of my point.

1           You've been given a photo, and it's been given to

2    the jury, and you don't know what time it was.  Correct?

3    A.  We know it was after everyone left the building.  They

4    were congregating on that northeast corner.

5    Q.  So since there's no timestamp and you don't definitively

6    know exactly when it was taken, it wouldn't be unreasonable,

7    based on your review of the evidence, to suggest it's

8    contemporaneous with the sending out of these Signal

9    messages.  Is that accurate?

10   A.  I would say so.

11   Q.  Okay.  So now that we've kind of reduced the time of

12   when that photo was taken, it's not unreasonable to suggest

13   that this Signal chat is sent out to the larger D.C. group.

14   Correct?

15   A.  Yes.

16   Q.  Okay.  And would you read that for the jury, please?

17   A.  "Anyone in D.C. who is not tasked with a security

18   detail, come to U.S. Capitol on the Supreme Court side."

19   Q.  And you would agree with me the "yo" is just a typo?

20   A.  Yes.  I think he meant "to."

21   Q.  Yeah.  Fat fingers on a keyboard.

22           So he clearly is still communicating writ large to

23   the larger group of everyone in the District, if you will,

24   perhaps, to come to the Supreme Court where he is.  Is that

25   accurate?

1    A.  Well, I don't think he's at the Supreme Court.  He's at

2    the Capitol.  He's just saying that he's on this side near

3    the Supreme Court.

4    Q.  Sorry.  Right.  I apologize.

5              But the general idea is that he still -- anyone

6    that's not on mission, i.e., anyone not still on a security

7    detail, come up and meet with him?

8    A.  Yes, sir.

9    Q.  He's gathering the Oath Keepers around him.  Correct?

10   A.  That's what it appears.

11   Q.  And that's consistent with the picture that --

12   A.  Yes.

13   Q.  -- you've now agreed with me is contemporaneous in time

14   with this?

15   A.  Yes.  There is a -- you know, like you said, I don't

16   know if the picture is right after, you know, these

17   messages.  It could be 30 minutes later, depending on what

18   time they left the Capitol grounds.  But I would agree with

19   you that it seems as, you know, they've gathered up after

20   everyone has left the building.

21   Q.  Okay.  And -- but based on what you've just said, the

22   picture could have been a few minutes before this was sent,

23   it could have been contemporaneous or it could have been

24   afterwards?

25   A.  Yes.  Based off the time everyone left the Capitol, I

Harris - CROSS - By Mr. Bright

1    wouldn't say it was so far before, because obviously people

2    were still inside, and we've seen some of those folks that

3    were inside gather in that group.

4    Q.  Perfect.

5             MR. BRIGHT:  Next slide, please.

6    BY MR. BRIGHT:

7    Q.  Again, this is another example, relatively the same

8    time, but not unlike the one before it; there's less than a

9    minute between the prior Signal chat and this one at 3:30

10   and 58 seconds.  Correct?

11   A.  Yes.

12   Q.  It's picking up speed, isn't it?  It's -- he's sending

13   these out more quickly, at least at this point.  Is that

14   fair?

15   A.  Yes, sir.

16            MR. BRIGHT:  Next slide, please.

17   BY MR. BRIGHT:

18   Q.  Again, this is about a minute and a quarter later.  He's

19   still communicating his location to the Oath Keepers writ

20   large in the District.  Is that fair?

21   A.  Yes.  To whoever is in this -- this Signal chat.

22   Q.  And those would be almost exclusively Oath Keepers, is

23   that accurate, based on your reading of that?

24   A.  Yes, sir.

25   Q.  Okay.  Real quick question.  It's just a housekeeping

1    question.  I know that there are hundreds of Signal chats.

2    But the ones that have been presented today -- I just wanted

3    to clarify -- you are aware that the OK FLDC Op Jan 6 chat

4    that some of the other Defendants were on, Mr. Rhodes was

5    not a party to that Signal chat.  Correct?

6    A.  I don't know specifically if he was in it or not.

7    Q.  Would it --

8         MR. BRIGHT:  Next slide, please.

9    BY MR. BRIGHT:

10   Q.  So this is not from Mr. Rhodes.  Who is this from?

11   A.  This is from Mr. Greene.

12   Q.  And who is it to, sir?

13   A.  Mr. James.

14   Q.  Now, can you tell whether this is a direct message or is

15   this a text message?  What is this, based on your knowledge

16   of what that T means down there?

17   A.  I believe this is a text message.

18   Q.  Okay.  And it's from Michael Greene to Joshua James.

19   Correct?

20   A.  Yes, sir.

21   Q.  It's contemporaneous in time to the Signal chat messages

22   that Mr. Rhodes is sending out.  Correct?

23   A.  Yes.

24   Q.  Michael Greene tells Joshua James what?

25   A.  "Northeast corner, right of the middle if you're looking

1    at the building."

2    Q.  And that would be consistent with the location of the

3    picture of the Oath Keepers that we've been referencing.

4    Correct?

5    A.  Yes.

6    Q.  Okay.  And this appears Michael Greene is letting Joshua

7    James, another Oath Keeper, know where they're supposed to

8    be meeting.  Correct?  Or where they are.

9    A.  Right.

10    Q.  Would these texts to you be indicative that there had

11    already been a preplanned rendezvous point?  Or are these

12    indicative, from your experience, of the fact that they're

13    just trying to gather at a location that is now set?

14    A.  Based off this message, it would appear -- I don't know

15    if Mr. James is in the D.C. Op Jan 6 chat.  To me, it would

16    seem as though they've gathered and Mr. Greene is letting

17    Mr. James know where he is.

18    Q.  Well, you would agree with me, then, that that's

19    indicative of the fact that there was not, prior to this

20    occurring, a preconceived point that they would all know to

21    gather at?

22    A.  No.  I wouldn't agree with that.  You know, given the

23    situation on the Capitol grounds that day, I think there

24    could have been multiple reasons, if they did have a plan to

25    meet in a certain place, where, you know, they decided to

Harris - CROSS - By Mr. Bright

1    move to a different place, whether it be the officers were

2    clearing out certain spaces, if they had planned to meet

3    there and decided to move.

4              So, you know, I don't know if, you know, it means

5    that they had a lack of a plan.

6    Q.  Well, let me ask this.  Let me make it easier:  In your

7    review of the evidence, have you seen any communications

8    regarding a preset rendezvous point?

9    A.  No, sir.

10             MR. BRIGHT:  Next slide, please.  Next one.

11   BY MR. BRIGHT:

12   Q.  What time is this?

13   A.  This is at -- this is on January 6th at 7:15 p.m.

14   Q.  Okay.  And who is Horse Whisperer?  Do you know?

15   A.  No, sir.  I don't know who that is.

16   Q.  Okay.  And it's to the D.C. Op Jan 6 chat, though.

17   Correct?

18   A.  Yes, sir.

19   Q.  What does it say?

20   A.  "FYI, Congress requested back to Capitol tonight at 7:00

21   p.m. to finish out the electoral process."

22   Q.  To your knowledge, what time did that group of Oath

23   Keepers leave the Capitol grounds?

24   A.  I don't know specifically, but I believe it was before

25   this time that -- before 7:00 p.m.

6172

1    Q.  It would have been dark in D.C. by this point.  Correct?

2    January 6th, 2021, 7:15 p.m.  That's after dark here.

3    Correct?

4    A.  I haven't been here in January yet.  Hopefully I'm not

5    here.  I think I'll be here this upcoming January, but...

6    Q.  I might be here, too.

7         You're aware that the mayor had instituted a

8    curfew on that night.  Correct?

9    A.  Yes, sir.

10   Q.  What time was that curfew?

11   A.  I believe it was 6:00 p.m.

12   Q.  Okay.  So reasonably speaking, even if you don't know

13   the exact time that the Oath Keepers left the Capitol, if

14   they were in compliance with the curfew, it would have been

15   an hour and 15 minutes before this.  Correct?

16   A.  Yes.

17   Q.  That being said, the real appearance of all these text

18   messages that Mr. Rhodes was sending out regarding his

19   location and gathering them up, they didn't go into the

20   Rotunda after that, did they?

21   A.  After they gathered on the northeast corner?

22   Q.  Correct, sir.

23   A.  Not to my knowledge.

24   Q.  Okay.  And after that point, to your knowledge, did they

25   go anywhere else and do anything that could even be

Harris - CROSS - By Mr. Bright

1    construed as illegal otherwise?  Any evidence to show

2    anything like that?

3              MR. NESTLER:  Objection.  Calls for a legal

4    conclusion.

5              THE COURT:  Rephrase the question, please.

6              MR. BRIGHT:  Certainly, sir.

7    BY MR. BRIGHT:

8    Q.  Do you have, based on your investigation, any knowledge

9    of where that grouping of Oath Keepers went after they

10   gathered on the northeast side of the Rotunda?

11   A.  Are you referring to any time that night?

12   Q.  Well, I mean, they certainly left the Capitol Hill.  Did

13   you track them?  Are you aware of anywhere that they went

14   after that?

15   A.  I'm not aware of where they went in regards to the -- I

16   don't believe they went back into the Capitol.  I've seen

17   video of other members, you know, going different places.

18   We reviewed, like, the body cam of Mr. Crowl and Ms. Watkins

19   and the Parkers.  Specifically how everyone else dispersed

20   and got back to where they needed to be, I don't know for

21   sure how that all occurred.

22   Q.  You would agree with me that they dispersed, though?

23   A.  I would think so.

24   Q.  Okay.

25              MR. BRIGHT:  Next slide -- just for me, please.

1    This one.  Go back one, please.

2    BY MR. BRIGHT:

3    Q.  This is actually where a good number of them went.

4    Correct?

5    A.  Yes, sir.

6    Q.  Endless breadsticks at Olive Garden?

7    A.  Yeah.  I was going to say that if you said -- if you

8    said -- you're referring to any -- anyplace after -- during

9    this night.

10   Q.  In your review of the Signal chats, text messages, video

11   footage, everything that was at your disposal, you did not

12   have the occasion to see any orders from Mr. Rhodes for

13   those Oath Keepers to go into the Capitol, did you?

14   A.  I haven't reviewed -- seen any message of him ordering

15   them to go into the Capitol.  No, sir.

16   Q.  And it would be also true that in your review of all of

17   the evidence that I've discussed with you, there is no

18   detailed plan laid out for the Oath Keepers to go into the

19   Rotunda.  Correct?  There's bombastic language, but there's

20   no detailed plan.  Correct?

21   A.  I would say, you know, some of the messages we've seen

22   says "by any means necessary."  You know, so, to me, that

23   would infer --

24          MR. BRIGHT:  Objection.  Nonresponsive, your

25   Honor.

```
 1                THE COURT:  It's an open-ended question.

 2                MR. BRIGHT:  I said, "Correct?  Yes or no."

 3      BY MR. BRIGHT:

 4      Q.  I understand the point that you're making, sir.

 5                I'm asking you, in your review of the evidence, if

 6      you have seen a specific set of plans of what to do on that

 7      day.

 8      A.  No, sir.

 9      Q.  Okay.

10                MR. BRIGHT:  May I have the indulgence of the

11      Court, please?

12                THE COURT:  Yes.

13                MR. BRIGHT:  Thank you for your time, sir.  No

14      further questions.

15                THE WITNESS:  Thank you, sir.

16                MS. HALLER:  I think I'm next, your Honor.

17                THE COURT:  Before you start, Ms. Haller, can you

18      all just get on the phone.

19                (Whereupon, the following proceedings were had at

20      sidebar outside the presence of the jury:)

21                THE COURT:  This is just a scheduling issue.  What

22      time do you all intend to call the Facebook witness?

23                MR. MANZO:  At 3:30.  I think the direct would be

24      half an hour.  We just want to get him out of here at 5:00.

25      I'm sure Mr. Fischer ill have something.  I'm not sure about
```

Harris - CROSS - By Mr. Bright

1    other people.

2             THE COURT:  He's only testifying about

3    Mr. Caldwell's Facebook?  Or more?

4             MR. MANZO:  It could touch on -- well, it's

5    Mr. Caldwell and Mr. Crowl.  So Mr. Crisp might have an

6    interest as well.

7             THE COURT:  All right.  Why don't we go ahead and

8    put a pause on the continued cross-examination of Agent

9    Harris.

10            Is he here, the Facebook rep?

11            MR. MANZO:  Yes.  He's ready.

12            THE COURT:  How long do you think the direct will

13   be?

14            MR. MANZO:  I think half an hour.  I just have to

15   retrieve him from the witness room.

16            THE COURT:  Let's go ahead and take a break.

17   We'll come back and start with him, and then we'll do the

18   cross of him and then we'll return to Agent Harris's

19   cross-examination, if there's time, at the end of the day.

20            (Whereupon, the following proceedings were had in

21   open court:)

22            THE COURT:  Ladies and gentlemen, we're going to

23   take a break here in the action.  It's -- it's about 3:10.

24   We'll resume at 3:25.  We'll see you all shortly.  Thank

25   you, everyone.

```
 1                THE COURTROOM DEPUTY:  All rise.
 2                (Whereupon, the jury exited the courtroom at 3:09
 3     p.m. and the following proceedings were had:)
 4                THE COURT:  Thank you all very much.
 5                Agent Harris, I'll remind you you're not to
 6     discuss your testimony while you're on the break.
 7                THE WITNESS:  Yes, sir.
 8                THE COURT:  Thank you.
 9                (Thereupon a recess was taken, after which the
10     following proceedings were had:)
11                THE COURT:  Please be seated, everyone.  Thank
12     you.
13                THE COURTROOM DEPUTY:  Jury panel.
14                (Whereupon, the jury entered the courtroom at 3:30
15     p.m. and the following proceedings were had:)
16                THE COURT:  Welcome back, everyone.
17                Two things:  I just wanted to give you all an
18     instruction that I had meant to give some time ago.  And
19     that's with respect to the exhibit that we've been referring
20     to as "the board" in which there are a number of images of a
21     number of people.
22                A simple instruction is that you should not
23     speculate as to the -- whether any of those people have been
24     arrested or charged.  So when we refer to those people, you
25     should not speculate as to what their status is with respect
```

 1    to this case or any case at all.  Okay?  That's one.

 2              Two, we're going to go out of order.  We're going

 3    to put a pause on Agent Harris's testimony because we have

 4    an out-of-town witness.  So we're going to bring that person

 5    in and have that person testify.  And perhaps we'll get to

 6    Agent Harris again by the end of the day.

 7              So is the Government ready with its next witness,

 8    Mr. Manzo?

 9              MR. MANZO:  Yes.  We would call Tyler Harmon to

10    the stand.

11              TYLER HARMON, GOVERNMENT WITNESS, SWORN.

12              THE COURT:  Hello, Mr. Harmon.  How are you?

13              THE WITNESS:  Good.  Thank you.

14                        DIRECT EXAMINATION

15    BY MR. MANZO:

16    Q.  Good afternoon, sir.  Could you please introduce

17    yourself to the jury by stating and spelling your name.

18    A.  Yes.  My name is Tyler Harmon.  Spelled T-Y-L-E-R,

19    H-A-R-M-O-N.

20    Q.  What do you do for a living, sir?

21    A.  I'm a custodian of records for Meta Platforms,

22    Incorporated.

23    Q.  How long have you been doing that?

24    A.  Just over four years now.

25    Q.  And what are your duties as a custodian of records for

1    Meta Platforms?

2    A.  My duties involve reviewing legal process that's sent to

3    us for criminal investigations by law enforcement.  We

4    review the legal process and check for facial validity based

5    off Facebook policies or -- I'm sorry -- Meta policies and

6    applicable law.  And then we respond to these legal

7    processes with customer data based off of the language and

8    records that are requested by law enforcement.

9    Q.  Do you testify in court?

10   A.  I do.

11   Q.  How many times have you testified in court?

12   A.  I think this is No. 34 in the last four years.

13   Q.  And did we just meet this morning?

14   A.  We did, yes.

15   Q.  What is Facebook compared to Meta?  How does that

16   interaction work?

17   A.  Meta Platforms, Incorporated, is the umbrella company,

18   the umbrella corporation that owns Facebook, the product.

19   Q.  What is Facebook generally?

20   A.  Facebook is a social media platform where accountholders

21   can come together to share different types of content.

22   Q.  What is Facebook Messenger?

23   A.  Facebook Messenger is a messaging platform that exists

24   outside of Facebook, or exists next to.  It's a messaging

25   platform where one or more accountholders can share private

1   messages and content.

2   Q.  And earlier today, have you reviewed Facebook documents

3   associated with user Tom Caldwell, Government Exhibit

4   2001.T.1, and user Donovan Crowl, Government Exhibit

5   2002.T.61?

6   A.  I have, yes.

7   Q.  And are these business records that Facebook has

8   produced and provided business record certifications for?

9   A.  The exhibits are excerpts of the records that were

10  produced in response to requests from law enforcement.

11  Q.  And just for a point of clarification, are there

12  redactions in those exhibits?

13  A.  There are.  Yes.

14  Q.  Did Facebook put those redactions or did other people

15  put those redactions?

16  A.  Those were not made by Facebook, no.

17          MR. MANZO:  Your Honor, at this point, I'd seek to

18  move into evidence 2001.T.1 and 2002.T.61.

19          MR. FISCHER:  Your Honor, objection.  Can we just

20  get on the phone for a moment?

21          (Whereupon, the following proceedings were had at

22  sidebar outside the presence of the jury:)

23          THE COURT:  Mr. Fischer?

24          MR. FISCHER:  Your Honor, I want to -- I'm going

25  to object right now because I do have some questions as to

1    the records themselves and there's going to be testimony

2    regarding messages.  It was unclear whether messages had to

3    be unsent within ten minutes or so after they were sent, so

4    I think there might be a question as to the reliability of

5    the records.

6         So I would say, your Honor, if I could just have

7    an objection subject to cross-examination.  It would take me

8    two questions after I cross-examine -- do cross-examination

9    to determine whether I would continue the objection.

10        THE COURT:  Okay.  I'll provisionally admit the

11    exhibits subject to further cross-examination.

12        MR. FISCHER:  Thank you, your Honor.

13        (Whereupon, the following proceedings were had in

14    open court:)

15        THE COURT:  2001.T.1 and 2002.T.61 will be

16    provisionally admitted, subject to cross-examination.

17        (Whereupon, Government's Exhibit Nos. 2001.T.1 and

18    2002.T.61 were entered into evidence.)

19    BY MR. MANZO:

20    Q.  Sir, first, can we talk generally about deleting

21    messages versus unsending messages on Facebook?  What is

22    deletion in the Facebook world?

23    A.  So deletion with regard to messages occurs -- can occur

24    only with deleting an entire conversation or an entire

25    thread or removing a message that was sent to you by someone

Harmon - DIRECT - By Mr. Manzo

 1    else.

 2              Unsending a message involves a message that you

 3    sent and you can choose to unsend it for just you or you can

 4    unsend it from everyone in the conversation.

 5              The difference is that deleting the message does

 6    not remove the message from Facebook's records -- it only

 7    removes it from your account -- whereas unsending the

 8    message removes the content from the account but Facebook

 9    still keeps record of the message itself existing as an

10    action.

11    Q.  Okay.  So let's work through this with an example.

12              If you and I were on a thread on Facebook and I

13    deleted that thread and -- would my Facebook account still

14    have a record of that thread?

15    A.  No.

16    Q.  Would your Facebook account have a record of that

17    thread?

18    A.  Yes, as long as I didn't delete that same thread.

19    Q.  Now, if you and I were on a thread and I unsent a

20    message that I had sent previously, would that message

21    appear on my Facebook account?

22    A.  So when you're unsending a message, you have two

23    options.  You can unsend it for you, you being the

24    accountholder, or unsend for everyone, everyone being anyone

25    in the thread.

1           If you unsend the message for just you, then the

2    message would be -- the message content would be removed

3    from your account, but it would still exist in mine.

4           If you were to unsend for everyone, then the

5    message content would be removed from all participants in

6    that thread.

7    Q.  So let's say that we were in a thread together and I

8    wanted to only unsend a couple of messages.  Would I be

9    deleting messages or unsending messages?

10   A.  You would be unsending messages.

11   Q.  So if you wanted to get rid of everything in a thread,

12   you would delete.  Is that fair to say?

13   A.  You would delete the entire thread.  That's correct.

14   Q.  But if you wanted to just get rid of a couple of

15   messages, you would unsend?

16   A.  That's correct.

17   Q.  And is there any time limit on how long a user has to

18   unsend a message?

19   A.  There is not.

20   Q.  And for example, if I sent a message six months ago and

21   I went into Facebook, I could go unsend that message from

22   six months ago?

23   A.  That's correct.

24   Q.  And once a thread is deleted or unsent, does Facebook --

25   let me step back.

```
 1              Once a message is unsent, does Facebook retain
 2    that information?
 3    A.  Facebook can review unsent messages for 14 days.  But
 4    after that, no.
 5    Q.  And if a message thread is deleted, does Facebook retain
 6    that information?
 7    A.  The only way that that information would be retained is
 8    if there was a preservation request submitted for the
 9    account prior to the deletion.
10    Q.  And can you just tell the jury briefly what a
11    preservation request is?
12    A.  Sure.  A preservation request is a request made by law
13    enforcement to basically take a snapshot of an account at
14    any given time.  We take a full snapshot of the entire
15    account, meaning all messages, photos, all content, and
16    then, depending on the legal process that law enforcement
17    submits, we produce that preserved information that they're
18    requesting in the legal process.
19    Q.  Okay.
20              MR. MANZO:  Can we pull up 2001.T.1?  Ms. Rohde,
21    can you zoom me in on the top paragraph there where it says
22    "service" down through "date range"?
23    BY MR. MANZO:
24    Q.  Sir, do you see this exhibit in front of you on your
25    screen?
```

Harmon – DIRECT – By Mr. Manzo

 1    A.  I do.

 2    Q.  Can you tell the jury what is going on in the top

 3    paragraph here?

 4    A.  Yes.  So the top line indicates service:  Facebook,

 5    which indicates that these records are for a Facebook

 6    account.

 7              The target and account identifier, those are

 8    identifiers for the account.

 9              The target always indicates the unique identifier,

10    or UID, for the account.  This is a static number that does

11    not change.

12              The account identifier is the identifier that's

13    provided to us by law enforcement when the request is

14    submitted.

15              Would you like me to keep going down?

16    Q.  Yes.  And the date range.

17    A.  The date range is the date and timestamp that these

18    records are relevant to.

19    Q.  And what's the last four digits of the unique identifier

20    associated with Government Exhibit 2001?

21    A.  The last four digits are 6273.

22    Q.  Okay.

23              MR. MANZO:  Ms. Rohde, can you now zoom in on the

24    second -- on Page 2, in the first paragraph where it says

25    "activity log."

1    BY MR. MANZO:

2    Q.  And looking now at Page 2, where it says "activity log,"

3    could you briefly tell the jury what an activity log is?

4    A.  Yes.  So an activity log is -- or the activity log is --

5    contains information about various types of activity that

6    take place on the account, things such as comments,

7    searches, photos being posted, et cetera.

8    Q.  Now, looking at the object ID in the middle of this

9    page, there's a 15-digit number there ending in 6273.  Does

10   this mean anything to you?

11   A.  Yes.  So the object ID contains three different numbers.

12   One, it contains the UID, or unique identifier, for the

13   accountholder making the -- taking the action.

14          The second number is the unique identifier for the

15   piece of content that this action is associated with.

16          And then the third number is the number -- in this

17   situation, it's a comment, so it's the number comment that

18   exists chronologically.

19   Q.  And so for this comment, this would be the comment zero,

20   or the initiating comment?

21   A.  Correct.

22   Q.  And the 6273 number, did that correspond with the unique

23   identifier on the top of Page 1?

24   A.  That's correct.

25   Q.  And then can you read to the jury where it says

1    "summary" here on Page 2?

2    A.  Yes.  The summary reads:  "Tom Caldwell commented:  Same

3    machines.  Same software.  Same poll workers.  Same postal

4    workers.  Same politicians.  What's going to be different?"

5    Q.  Where it says "Tom Caldwell," does that mean anything to

6    you in terms of the unique identifier ending in 6273?

7    A.  Yes.  So that is the -- that information is the name

8    that's on the account.  When this particular category is

9    generated, it pulls the name as it's listed on the Facebook

10   account for the summary.

11          MR. MANZO:  Ms. Rohde, can we now zoom out and get

12   the whole activity log down to the very bottom of the page,

13   please.

14   BY MR. MANZO:

15   Q.  And when I say whole activity log, is it fair to say

16   that the activity log is more than just this one page?

17   A.  That's correct.

18   Q.  The whole activity log for Page 2 here, can you tell the

19   jury what order these posts are -- or the messages are in?

20   A.  They're in reverse chronological order.

21   Q.  So the message at the bottom of Page 2 here, what's the

22   time and date?

23   A.  The -- I'm sorry.  You're talking about at the bottom?

24   Q.  Yes.

25   A.  The time and date reads December 30th, 2020, at 23:04:40

1     UTC.

2     Q.  What is UTC?

3     A.  UTC stands for universal time coordinated.  It is a time

4     zone that does not change with Daylight Savings Time.  It's

5     comparable to Greenwich Mean Time.

6     Q.  And then -- so the newer comments, or the newer

7     activities, are at the top of this, Page 2.  Is that fair to

8     say?

9     A.  That's correct.

10    Q.  Okay.

11            MR. MANZO:  Can we go to Page 186 on Government's

12    Exhibit 2001.T.1.

13            Ms. Rohde, can you zoom in on the thread down to

14    "The Gang."  Right there.  That's perfect.

15    BY MR. MANZO:

16    Q.  What are we looking at here on Page 186?

17    A.  This is a message thread that exists within the category

18    defined as unified messages, which is what Facebook, or

19    Meta, refers to as Facebook Messenger messages.

20    Q.  So what does it mean at the top when it says "current"?

21    A.  So that category is actually current participants.  And

22    that lists the accountholders that are participants in the

23    conversation or in this thread at that time and date that's

24    listed there.

25    Q.  And the time and date is when Facebook produced these

1      records?

2      A.  Yeah.  It's either at that same time or a little time

3      thereafter, just because it takes time to generate the

4      information.

5      Q.  And what does it mean when it says "participants"?

6      A.  So again, the category is current participants.  So

7      the -- that category lists the date and time for all the

8      participants that are currently in the thread.

9      Q.  And what does "past participants" mean?

10     A.  Those are the participants that were at one point a part

11     of the thread but have since either been removed or left,

12     again, based off of the time and date stamp there.

13     Q.  Looking at the first paragraph after "past

14     participants," what's going on here?

15     A.  So this is a message that is within the thread.

16     Q.  And who's the author of the message?

17     A.  The author of this message is Tom Caldwell.

18     Q.  And what does the body say?

19     A.  The body reads:  "You created the group."

20     Q.  What does that mean?

21     A.  So when a group message is created on Facebook

22     Messenger, after the group is created, after whoever is

23     creating it hits the "submit" button and effectively creates

24     the group conversation, there's an auto-generated message

25     that goes out that says a group has been created.  And

1    that's this message here.

2    Q.  What does the next paragraph say here?

3    A.  The next entry is authored by Tom Caldwell.  And the

4    body is:  "You named the group The Gang."

5    Q.  When was this sent?

6    A.  That was sent on January 7th, 2021, at 00:56:34 UTC.

7    Q.  That would be consistent with Greenwich Mean Time?

8    A.  Correct.

9            MR. MANZO:  Ms. Rohde, can you now zoom in on the

10   bottom half of this page where it says, "Hello patriots" and

11   down?

12   BY MR. MANZO:

13   Q.  What is going on here in the very first stanza or

14   paragraph at the top of the zoomed-in section?

15   A.  This is a message that was sent authored by Joe Godbold.

16   Q.  And what does the message say?

17   A.  The body of the message reads, "Hello, patriots.  Is

18   everyone alive and well?"

19   Q.  And did somebody post a follow-up message after Joe

20   Godbold?

21   A.  There are -- based off this zoom- -- the zoomed-in

22   portion, there are three -- I'm sorry -- four messages that

23   were sent after this.

24   Q.  Who sent each of those messages?  What user sent each of

25   those messages?

1    A.  Each of the four messages were sent or authored by Tom

2    Caldwell.

3    Q.  Are those messages still visible in these Facebook

4    records?

5    A.  They are not.

6    Q.  Why are they not visible?

7    A.  They have been unsent.

8    Q.  What was the time and date that the messages were unsent

9    here on Page 186?

10   A.  The messages were removed within a few seconds of each

11   other, but they all were removed on January 15th, 2021.

12   Q.  Can you tell the jury about the physical mechanisms of

13   how you actually unsend a message if you're operating on a

14   phone?

15   A.  Sure.  So on the phone, when you're in the message

16   thread, you select the message that you're trying to unsend

17   and you long-press on it.  Then there's an option to select

18   more.  And then you select the unsend feature and then it

19   asks if you want to unsend it for you or unsend it for

20   everyone.

21   Q.  And do you have to unsend each message individually?

22   A.  That's correct.

23           MR. MANZO:  Ms. Rohde, can you click out now and

24   go to the next page.  And can you just zoom in on the -- top

25   to bottom.  I guess that doesn't help much.  Can you zoom in

1    on the top half?  Thank you.

2    BY MR. MANZO:

3    Q.  Can you tell the jury what's going on here?  Is there a

4    message from an individual named Lester sent on 1-7-21?

5    A.  There is.

6    Q.  What does that message say?

7    A.  That message reads:  "Shit, man.  I figured you were one

8    that broke the doors down" followed by these little boxes,

9    which either indicate that -- they indicate non-English

10   characters, and that is typically either emojis or, like,

11   Cyrillic characters.

12   Q.  And did an individual post a message after the message

13   about the doors?

14   A.  That's correct.

15   Q.  Who posted a message?

16   A.  The next page was authored by Tom Caldwell.

17   Q.  And is that message visible on the Facebook records?

18   A.  It is not.

19   Q.  Why not?

20   A.  It has been unsent.

21   Q.  And what's the date that it was unsent?

22   A.  January 15th, 2021.

23   Q.  Now, going down now to Page 196, is this still the same

24   conversation that we're in?

25              MR. MANZO:  If you can just scroll down here,

1    Ms. Rohde.  If you can just go to the very bottom of Page

2    196.  I'm sorry.  Yes.

3    BY MR. MANZO:

4    Q.  So is this still the same conversation where Tom

5    Caldwell created the group that he named The Gang?

6    A.  That's correct.

7    Q.  What is going on here at the bottom of Page 196?

8    A.  This is message that was authored by Dennis Godbold.

9    Q.  And what's the time and date of this message?

10   A.  The message was sent on January 7th, 2021, at 20:43:50

11   UTC.

12   Q.  What does the message say?

13   A.  The body reads:  "I can track and read signs in

14   wilderness, make small IEDs to big booms.  Electronics are

15   new to me."

16         MR. MANZO:  Can we go to the next page here, on

17   Page 197?  Ms. Rohde, can you zoom in on the top half of the

18   page.

19   BY MR. MANZO:

20   Q.  Can you read the first message here from Mr. Dennis

21   Godbold?

22   A.  Sure.  Would you like me to read the whole data entry or

23   just the body?

24   Q.  Just the body is fine.

25   A.  Okay.  The body reads:  "I second.  Sharon must be

Harmon - DIRECT - By Mr. Manzo

1    second because she's smarter than all of us and shoots

2    fantabulous."

3    Q.  Is there another message from Mr. Grimes that follows?

4    A.  There is.

5    Q.  Can you read that body?

6    A.  The body reads:  "I agree, Dennis.  I can shoot really

7    well and do the grunt work.  I also have field experience."

8    Q.  Is there followup from Mr. Godbold?

9    A.  There is.

10   Q.  What does it say?

11   A.  The body reads:  "Absolutely.  I grew up on the streets

12   since 13.  I read people and situations extremely fast and

13   always strike first and fast."

14   Q.  And is there another followup from Dennis Godbold?

15   A.  There is.

16   Q.  And what does the body say?

17   A.  The body reads:  "They called me Animal in my heydays.

18   Now I'm just old, ornery."

19             MR. MANZO:  Ms. Rohde, can you now zoom in on the

20   next set of messages after -- perfect.  Thank you.

21   BY MR. MANZO:

22   Q.  What does Mr. Grimes say at the top of this zoomed-in

23   section here on 1-7-21 at 20:50:24 UTC?

24   A.  The body of that message reads:  "Dennis, I've been

25   fighting and reading people for a long time also."

1    Q.  And what is the next message from Mr. Grimes?

2    A.  The body reads:  "I like to grant Tom@TomCaldwell the

3    honorary position of general of our team.  If any of you

4    think different, speak up now.  If no one speaks up, then

5    the next Bible study we will induct Tom as our fearless

6    leader."

7    Q.  And then the @TomCaldwell notation there, is there

8    anything particular about making something an @ on Facebook

9    Messenger?

10   A.  So you can tag people in a message, usually using

11   that -- the @ sign.  However, this does not appear to be an

12   actual tag because, in our records, when a tag occurs, it

13   shows the name of the person that's being tagged followed by

14   their unique identifier for their Facebook account.

15   Q.  Okay.  And can you look at the -- or read the next two

16   bodies for Mr. Godbold and Mr. Grimes later on January 7th,

17   2021?

18   A.  Yes.  So the body of the message authored by Dennis

19   Godbold reads:  "I second the nomination if he will accept.

20   It will be an honor to serve under him."

21          And the message authored by Adrian Grimes reads:

22   "It would be one of the best honors of my life to serve for

23   Tom.  He is a great man and will be a great leader for us as

24   he was for the U.S. Navy."

25   Q.  Okay.

```
 1                MR. MANZO:  Can we go to the bottom of -- or
 2      the -- yeah, the bottom of page -- yes.  Thank you.  Of 187
 3      here.
 4      BY MR. MANZO:
 5      Q.  Does -- what's going on here in this blown-up section?
 6      A.  This is a message authored by -- I'm sorry -- two
 7      messages authored by Joe Godbold.
 8      Q.  And what does it say in the body where it says:  "Joe
 9      sent an attachment"?  What does that mean?
10      A.  So this was an attachment that was sent, meaning that it
11      was a share that was on Facebook.  In this situation, it's a
12      news article.
13      Q.  And what does the news article summary say?
14      A.  The summary reads:  "In a late-night vote, Congress
15      confirmed the Electoral College vote for pro-abortion
16      Democrat presidential candidate Joe Biden.  Members of the
17      House and Senate."
18                MR. MANZO:  Can we go down to Page 199, here, so
19      two pages down.  And zoom in on the top two messages.
20      BY MR. MANZO:
21      Q.  So what's the time and date here from Matt Sear?
22      A.  The message authored by Matt Sear was sent on January
23      8th, 2021, at 16:58:50 UTC.
24      Q.  And what does he say?
25      A.  The body reads:  "Yeah.  I've heard both of those guys
```

Harmon - DIRECT - By Mr. Manzo

1    before.  They're both good."

2    Q.  And then does anyone respond after that?

3    A.  There is another message that is sent by Tom Caldwell

4    after that, but that message has been unsent.

5    Q.  What's the time and date that the message was unsent?

6    A.  The message was unsent at -- January 15th, 2021, at

7    00:49:42 UTC.

8    Q.  Okay.

9            MR. MANZO:  So can we now go back to Page 1 of

10   Government's Exhibit 2001.T.1.

11   BY MR. MANZO:

12   Q.  And what is the date range of this record production

13   from Facebook?

14   A.  The date range is from December 20th, 2020, at midnight

15   UTC to January 17th, 2021, at 11:59:59 UTC.

16   Q.  And have you reviewed all the unsent messages in this

17   document?

18   A.  I have.

19   Q.  How many messages, if any, were unsent on January 8th?

20   A.  There is one that was unsent on January 8th.

21   Q.  And then how many messages were unsent, if any, on

22   January 15th?

23   A.  It was 179.

24   Q.  Okay.

25            MR. MANZO:  Ms. Rohde, can we pull up Government's

```
 1    Exhibit 2002.T.61.

 2              THE COURT:  Mr. Manzo, are you moving to a

 3    different --

 4              MR. MANZO:  Yes.

 5              THE COURT:  -- account?  Can we just get on the

 6    phone real quick?

 7              (Whereupon, the following proceedings were had at

 8    sidebar outside the presence of the jury:)

 9              THE COURT:  I'd like to provide a limiting

10    instruction that any statements made by others in this

11    exhibit we just saw are not being admitted for the truth of

12    those statements, but rather to provide context for the

13    unsent messages.

14              Any objection to that?

15              MR. MANZO:  No, your Honor.

16              MR. FISCHER:  No, your Honor.

17              (Whereupon, the following proceedings were had in

18    open court:)

19              THE COURT:  Ladies and gentlemen, just a quick

20    instruction with respect to the last exhibit.  And I think

21    probably the next one --

22              Right, Mr. Manzo?

23              MR. MANZO:  Yes.

24              THE COURT:  You've seen in those exhibits

25    statements from participants in that chat other than
```

1    Mr. Caldwell.  Those statements are being shown to you not

2    for the truth of what those statements say, but rather to

3    provide context for the unsent messages.  Okay?

4            So you should not consider the statements made by

5    others for their truth, simply for the context of the unsent

6    messages.

7            And that's true for the next exhibit as well.

8            Mr. Manzo?

9            MR. MANZO:  Thank you, your Honor.

10   BY MR. MANZO:

11   Q.  We've now put up in front of you an exhibit which has

12   already been admitted into evidence, Government Exhibit

13   2002.T.61.

14           And do you recognize this as the Facebook business

15   records associated with user Donovan Crowl?

16   A.  Yes.

17           MR. MANZO:  And I'm going to ask you to do the

18   same thing here, Ms. Rohde, and just zoom in on the top

19   paragraph.

20   BY MR. MANZO:

21   Q.  What's the date range of these records that Facebook

22   produced?

23   A.  The date range for these records is December 20th, 2020,

24   at midnight UTC to January 17th, 2021, at 11:59:59 UTC.

25           MR. MANZO:  Can we now zoom in -- or go to Page 4

1    of this exhibit and zoom in on the paragraph beginning with

2    "thread" halfway down.

3    BY MR. MANZO:

4    Q.  What's going on here on Page 4?

5    A.  This is a message thread that has occurred on the

6    account between Tom Caldwell and Donovan Crowl.

7    Q.  What does that mean where it says "current participants"

8    at the top?

9    A.  So those are the accounts that are currently

10   participating in the thread at the date and timestamp listed

11   there.

12   Q.  And that's on or about where -- when Facebook produced

13   the records on 1-17?

14   A.  That's correct.

15          MR. MANZO:  Can we go to Page 10.  And go down to

16   the very bottom of Page 10.

17   BY MR. MANZO:

18   Q.  What's going on here on 1-7-21?

19   A.  This is a message that was authored and sent by Donovan

20   Crowl.  And the body of the message is a photo.

21          MR. MANZO:  Can we go to the next page, please.

22   BY MR. MANZO:

23   Q.  What are we looking at here?

24   A.  This is the photo that was sent as part of the previous

25   message.

1    Q.  What does it say?

2    A.  The text on the photo says:  "Call of duty.

3    Infiltration of D.C."

4            MR. MANZO:  Can we go to the next page now,

5    please.

6    BY MR. MANZO:

7    Q.  What's going on here on 1-7-21?

8    A.  So this is a message that was authored by Tom Caldwell.

9    The body of the message is 11 photos that were sent.

10           MR. MANZO:  Ms. Rohde, can we just go down page by

11   page here for the next ten pages or so.

12   BY MR. MANZO:

13   Q.  Are these the photos that Mr. Caldwell sent, the 11

14   photos?

15   A.  That's correct.

16           MR. MANZO:  I'm going to ask you to stop here.

17   Ms. Rohde, can you please zoom in on the final four

18   messages?

19   BY MR. MANZO:

20   Q.  Can you read this -- the bodies of these messages in --

21   to the jury here from 1-7-2021?

22   A.  Sure.  Do you just want me to read the bodies?

23   Q.  And the author.

24   A.  Okay.  Author:  Tom Caldwell.  The body reads:  "Us

25   storming the castle.  Please share.  Sharon was right with

 1    me.  I am such an instigator.  She was ready for it, man.

 2    Didn't even mind the teargas."

 3              The next message is authored by Tom Caldwell.  The

 4    body reads:  "Proud Boys scuffled with cops and drove them

 5    inside to hide.  Breached the doors.  One guy made it all

 6    the way to the House floor, another to Pelosi's office.  A

 7    good time."

 8              The next message authored by Tom Caldwell.  The

 9    body reads:  "We need to do this at the local level.  Let's

10    storm the Capitol in Ohio.  Tell me when."

11              And the last message authored by Donovan Crowl.

12    The body reads:  "Damned straight.  We are gonna leave about

13    10:30 in the a.m.  You wanna have coffee and share war

14    stories?  Got any Crown?"

15              MR. MANZO:  Then can we go to Page 81 in the

16    Facebook, Page 25, I believe, in the PDF, and zoom in on the

17    portion where it says "Tom Caldwell" and "I'm so proud."

18    And the next paragraph down there.

19    BY MR. MANZO:

20    Q.  Can you tell the jury what's going on here on 1-7-2021?

21    A.  These are two more messages that exist within the same

22    thread.

23    Q.  Can you read the body and the author to the jury?

24    A.  The first message, author:  Tom Caldwell.  The body

25    reads:  "I am so damned proud of you.  Can't wait to hear

 1    the stories."

 2            The second message, author:  Donovan Crowl.  Body

 3    reads:  "Likewise, sir.  How does it feel to be a historic

 4    bad ass?"

 5            MR. MANZO:  Okay.  Ms. Rohde, can you zoom out and

 6    go to the bottom of this page here.

 7    BY MR. MANZO:

 8    Q.  What's going on here with Donovan Crowl sending a

 9    message on 1-7-2021?

10    A.  This is a message authored by Donovan Crowl, the body of

11    which is a photo.

12            MR. MANZO:  Then can we go to the next page,

13    please.

14    BY MR. MANZO:

15    Q.  What is the photo?

16    A.  This is the photo.  The text on the photo reads:  "This

17    generation and their goddamn participation trophies."

18    Q.  Did Tom Caldwell send a photo next at about 1-7-21 at

19    4:02 UTC time?

20    A.  That's correct.

21            MR. MANZO:  Can we go to the next page.

22    BY MR. MANZO:

23    Q.  And is this the photo that's referenced on the previous

24    page?

25    A.  That's correct.

1          MR. MANZO:  Can you zoom in, Ms. Rohde, on the

2    bottom messages here?

3    BY MR. MANZO:

4    Q.  Can you read these to the jury?

5    A.  Yes.  The first message, author:  Tom Caldwell.  The

6    body reads:  "Feels good."

7          The next message, author:  Donovan Crowl.  The

8    body reads:  "Out-fucking-standing."

9          The third message, author:  Donovan Crowl.  Body

10   reads:  "You up and about?"

11         And I'm sorry.  There does -- it appears to be cut

12   off, the fourth message there.  It goes on to the next page.

13         MR. MANZO:  And then -- now on the next page, can

14   you zoom in on the top half of the document here, Page 84 of

15   Government Exhibit 2001.

16   BY MR. MANZO:

17   Q.  What does Mr. Crowl say on 1-7-2021?

18   A.  The message author:  Donovan Crowl.  Body reads:  "Be

19   down in a minute."

20   Q.  And then does Mr. Caldwell -- or user Tom Caldwell --

21   send a series of messages following that message from

22   Mr. Crowl?

23   A.  Yes.  There are three messages that follow.

24   Q.  Are those visible in the Facebook records?

25   A.  They are not.

1    Q.  Why not?

2    A.  Those messages have been unsent by Tom Caldwell.

3    Q.  What is the time and date that these messages were

4    unsent?

5    A.  Those messages were removed on January 14th, 2021, all

6    within a few seconds of each other at 17:28 UTC.

7            MR. MANZO:  Ms. Rohde, can we now zoom in on the

8    bottom half of this page.

9    BY MR. MANZO:

10    Q.  Starting with the second message there sent on 1-8-21 by

11    Tom Caldwell, is that message visible?

12    A.  It is not.

13    Q.  And the following message on 1-8 as well?

14    A.  It is not.

15    Q.  And why isn't it visible?

16    A.  Those messages were unsent by Tom Caldwell.

17    Q.  And then does Donovan Crowl send a message on 1-8-21 at

18    1:58:40 UTC?

19    A.  That's correct.

20    Q.  What does user Donovan Crowl say?

21    A.  The body reads:  "Thank you, sir.  Love the hell out of

22    you, Tom."

23    Q.  Does Tom Caldwell send a message on 1-8-2021?

24    A.  Correct.

25    Q.  What does he say there?

1    A.  The body of this message reads:  "You, too, my dear

2    friend.  We stormed the gates of corruption together,

3    although on opposite sides of the building.  So between that

4    and our first meeting and getting to know you since, I can

5    say we will always be brothers."

6            MR. MANZO:  Ms. Rohde, can we now go to Page 32.

7    Zoom in on the -- perfect.  Thank you.

8    BY MR. MANZO:

9    Q.  What's going on here on Page 32 for a message sent by

10   user Tom Caldwell on 1-11-21?

11   A.  So this is a message that Tom Caldwell authored.  And

12   the body of it is a share, a news article.

13   Q.  And is that a CNN article, it looks like?

14   A.  That's correct.

15   Q.  And then what's the next message down there?

16   A.  Would you like me to read the body?

17   Q.  Yes, please.

18   A.  The message author:  Tom Caldwell.  The body reads:

19   "Read down, past the 'read more' part.  They are reading our

20   emails and just locked up a guy we said in a personal text

21   message he wanted to kill Pelosi.  Watch what you say in

22   texts."

23           MR. MANZO:  Can we go to the next message here.

24   BY MR. MANZO:

25   Q.  What does Mr. Crowl respond, if anything?

1    A.  The author of this message is Donovan Crowl.  And the

2    body reads:  "You" with a -- I'm sorry -- a semicolon with

3    an emoji.  The emojis also -- in this situation, it's a

4    sticker, which is more often than not like a thumbs-up.

5    There's a feature in Facebook Messenger where you can have a

6    unique response specific with that chat, but that can be

7    changed by whoever is in charge of the message thread.

8                MR. MANZO:  And can we go to the next page,

9    briefly.

10   BY MR. MANZO:

11   Q.  Is that the thumbs-up that you were talking about at the

12   very top of the page?

13   A.  That's correct.

14   Q.  Okay.

15               MR. MANZO:  Finally, can we go to the bottom of

16   Page 34.

17   BY MR. MANZO:

18   Q.  Can you read these three messages to the jury here?

19   Does user Tom Caldwell say something at 1:12:21?

20   A.  This message author:  Tom Caldwell.  The body reads:  "I

21   am sending Cap the second part of the password, but it will

22   be spelled backward.  She will not know it.  I gave her

23   first word.  Now will send second word, but in my text I

24   will spell it backwards, so I will rely on you to let her

25   know and give her the final word I gave only to you.  Now

1   you will both have access to this account going forward and

2   you can read the urgent message I have left for you."

3   Q.  Does Donovan Crowl send a message later that same day,

4   1-12-21?

5   A.  Yes.  This message -- the body reads:  "Aye-aye, sir."

6   Q.  And then did Tom Caldwell, user Tom Caldwell, send a

7   message on 1-13-21 at 00:33 hours UTC?

8   A.  Yes.  The body reads:  "Did you use PW to read my

9   message to you?"

10  Q.  Now, we're looking at user Donovan Crowl's account right

11  now.  Correct?

12  A.  That's correct.

13  Q.  This conversation between Donovan Crowl and Thomas

14  Caldwell, is it visible in Thomas Caldwell's account?

15  A.  Not based off of my review of the records.  No.

16  Q.  And why not?

17  A.  That would be because the thread was deleted from Thomas

18  Caldwell's account.

19              MR. MANZO:  No further questions.

20              THE COURT:  Mr. Fischer?

21                      CROSS-EXAMINATION

22  BY MR. FISCHER:

23  Q.  Good afternoon, sir.

24  A.  Good afternoon.

25  Q.  Just some questions regarding -- so with Facebook -- so

Harmon - CROSS - By Mr. Fischer

1    there are two different things.  There's Facebook where you

2    have a Facebook page.  Is that correct?

3    A.  Correct.

4    Q.  And then you have Facebook Messenger, which is like a

5    text message service.  Is that right?

6    A.  Yeah.

7    Q.  Okay.  So Facebook pages are -- just for the record -- I

8    have to do this for the record.  I'm sure it's probably

9    obvious to most people.  But Facebook pages are where you

10   can post pictures and other things to your own, like,

11   personal wall.  Is that correct?

12   A.  Correct.

13   Q.  Okay.  And that can be set to a private or a public

14   setting.  Is that right?

15   A.  Correct.

16   Q.  If it's set to a private setting, the general public,

17   including law enforcement, cannot see it.  Is that correct?

18   A.  That is correct.

19   Q.  Okay.  And the Facebook -- so when someone says -- for

20   example, when you take down photos from Facebook, that means

21   you're taking down photos from a Facebook page or a wall.

22   Is that right?

23   A.  That's correct.

24   Q.  Okay.  And so Facebook Messenger, by contrast, is

25   something where you send text message-like things over your

Harmon - CROSS - By Mr. Fischer

 1    phone or computer between one or more participants.  Is that

 2    right?

 3    A.  That's correct.

 4    Q.  Okay.  And those messages are private.  Correct?

 5    A.  That is correct.

 6    Q.  So even law enforcement cannot see those messages.

 7    Right?

 8    A.  Correct.

 9    Q.  All right.  Sir, a -- I know -- you said you worked at

10    Meta for four years.  Is that correct?

11    A.  That's correct.

12    Q.  Okay.  And isn't it true that at one point the unsend

13    feature you were talking about -- it had a ten-minute time

14    limit on it, didn't it?

15    A.  That is correct.

16    Q.  Okay.  And when did that ten-minute time limit -- when

17    did that change?

18    A.  I don't know the exact date.  I know it was sometime in

19    2018.

20    Q.  Well, first of all, it started -- was that 2018 when it

21    started, the ten-minute limit?

22    A.  That I don't know.

23    Q.  Okay.  Well, I mean -- so first of all, the Facebook

24    Messenger, from what I understand, it came about in around

25    2018.  Correct?

1    A.  I don't know the exact date, no.

2    Q.  You don't know when Facebook Messenger started being

3    used?

4    A.  I do not.  No.

5    Q.  Okay.  Well, was it in use when you started working at

6    Facebook?

7    A.  It was.

8    Q.  Okay.  And was there a ten-minute time limit on the

9    unsend feature when you started working there?

10   A.  I don't recall.

11   Q.  Okay.  When did you start working at Facebook?

12   A.  In May of 2018.

13   Q.  All right.  Well, I mean, you indicate -- you're the

14   custodian of records.  Right?

15   A.  Correct.

16   Q.  And you've held that position for four years?

17   A.  Correct.

18   Q.  And you're telling us you don't recall when the

19   ten-minute time limit for unsending messages ended?

20   A.  That's correct.

21   Q.  Okay.

22            MR. FISCHER:  Your Honor, may we get on the phone

23   for a second?

24            (Whereupon, the following proceedings were had at

25   sidebar outside the presence of the jury:)

Harmon - CROSS - By Mr. Fischer

1             MR. FISCHER:  Your Honor, as to the reliability of

2       the reports, there's a ten-minute time limit that Meta or

3       Facebook had that you had to unsend these messages at some

4       point.

5             He's indicated he does not recall when that policy

6       changed.  And if he cannot tell us when that policy changed,

7       then that casts doubt on the reliability of the records.

8             MR. MANZO:  If Mr. Fischer wants to call a second

9       Facebook custodian, that's fine.  But this is just

10      Mr. Fischer's theory.  The ten-minute time limit was in

11      2018.  I think if you ask him one question about whether it

12      existed in 2020 or 2021, he would say no.

13            So I don't think there's any doubt that these are

14      not the records that they purport to be.

15            THE COURT:  Mr. Fischer, if your theory is that it

16      could be that these were all deleted -- excuse me -- unsent

17      within ten minutes -- is that what you're suggesting?  In

18      other words, that these couldn't have been -- I'm not sure

19      what the theory is behind what you're asking about the

20      ten-minute issue.

21            MR. FISCHER:  Well, your Honor, what I'm saying

22      is, the claim here is that these records, according to the

23      records, were unsent on January 15th UTC time.

24            THE COURT:  Right.

25            MR. FISCHER:  At one point, when he started at

Harmon - CROSS - By Mr. Fischer

1    this company, there was a ten-minute time limit on what you

2    had -- that you could unsend messages after ten minutes.

3    You could not unsend them after ten minutes.  So I think it

4    goes to the issue as to the reliability of the records.  If

5    he can't tell us when the policy -- if they --

6            THE COURT:  But don't the documents suggest that

7    the policy was not in place as of January of 2021?  Because

8    it shows the date and time when it was unsent, and that date

9    and time of being unsent was at least a week after the

10   original messages were sent.

11           MR. FISCHER:  I think what it says, your Honor, is

12   he isn't able to tell us when this policy ended, and if he

13   can't tell us that the policy ended before these -- the

14   messages were allegedly unsent, then that goes to the

15   reliability of the records.

16           THE COURT:  Well, can we ask him whether there

17   was -- whether he knows if there was such a policy in place

18   in January of 2021?

19           MR. FISCHER:  I'll ask him more questions, your

20   Honor.

21           THE COURT:  Okay.

22           (Whereupon, the following proceedings were had in

23   open court:)

24   BY MR. FISCHER:

25   Q.  Sir, so -- I mean, just to be clear, so obviously at

Harmon - CROSS - By Mr. Fischer

1    some point, in order to unsend a message, you had to do so

2    within ten minutes of sending it to somebody.  Is that

3    correct?

4    A.  That's correct.

5    Q.  Okay.  But I think you've just indicated you don't

6    recall when that policy changed.

7    A.  Like I said, sometime in 2018 based off of previous work

8    that I've done.

9    Q.  Well -- previous work that you've done, sir.  I mean,

10   you joined the company in 2018.  Right?

11   A.  Correct.

12   Q.  Okay.  And the ten-minute policy was in place when you

13   joined the company.  Right?

14   A.  I don't know.

15   Q.  Well, do you know whether this policy was in place in

16   2021?

17   A.  To be honest, the policy -- that policy is outside the

18   scope of my role.  I really only deal with the records

19   themselves.

20   Q.  Okay.  So you don't know up or down.  Fair enough?

21   A.  That's fair to say.

22            MR. FISCHER:  Your Honor, can we get back on the

23   phone?

24            THE COURT:  Sure.

25            (Whereupon, the following proceedings were had at

 1     sidebar outside the presence of the jury:)

 2          MR. FISCHER:  Your Honor, he can't testify.  He

 3     said he's verified there was a policy.  It was a ten-minute

 4     policy.  He says he doesn't know.  He cannot confirm whether

 5     the policy was in place in 2021.  It goes to the reliability

 6     of the records.

 7          And, you know, he just said -- I think he just

 8     said that he doesn't even -- I guess, to paraphrase him, he

 9     said that's not really his department.

10          So if he can't testify and give the Court

11     guarantees of trustworthiness that these documents are

12     accurate representations, then the reliability of these

13     records are in question and they should not be allowed in.

14          MR. MANZO:  He said that -- he said the policy

15     changed in 2018.  But this is outside the scope of his

16     employment.  But he has no doubt -- he has testified on

17     direct and throughout -- the business records say that these

18     records are what they purport to be, business records.

19          If -- Mr. Fischer is free to cross and say that,

20     well --

21          THE COURT:  So I mean, if there is -- is there a

22     certification that --

23          MR. MANZO:  Yes.  It was provided.

24          THE COURT:  So there's a business record

25     certification in place in which he -- someone has attested

1    that these are true and authentic and they are what they

2    purport to be and that they were kept in the ordinary course

3    of business.  Correct?

4          So they meet the standard of, you know, business

5    records.  And so they come in absent some reasonable belief

6    that they're not authentic and are not what they purport to

7    be.

8          And, you know, while there is this open question

9    of whether the policy was in place, it's not clear to me

10    that that undermines the authenticity of the records and

11    that what they purport to be is what it is, particularly

12    since the records show -- and he's testified that they show

13    the date of the unsent message and the date when the message

14    was originally sent.

15          And so I'm not sure if -- well, put it this way:

16    It doesn't give me pause in terms of admitting it.  And the

17    argument can be made whether, in fact, they're accurate.

18    But it doesn't give me pause in terms of admitting it, them

19    purporting to be what they are, which is records of Facebook

20    that show the date and times of the message being sent and

21    when it was unsent.

22          MR. FISCHER:  Well, your Honor, we object.  I do

23    think it goes to the reliability and authenticity.  It goes

24    to the reliability of the records.  That's a different

25    issue.  And we have testimony here that there's a policy in

1    place, and he can't tell the Court in 2021 whether that

2    policy still was in place or not.  That's when the records

3    are.

4                THE COURT:  Well, here's the problem.  I mean --

5    and maybe we need more examination.  At least -- he's

6    certified that these are records kept in the ordinary course

7    and that whoever tracks these or whoever creates these

8    records -- I'm sure it's actually automated -- you know,

9    that there is a duty to create accurate records as a matter

10   of course and routine. That's the underlying foundation for

11   a business record.

12               And so just -- so the mere uncertainty as to when

13   the policy was in place doesn't convince me there's any

14   reason to not admit the records based upon the

15   representations -- based upon the certification of the

16   representations.

17               MR. FISCHER:  Well, your Honor, we object.  Thank

18   you.

19               THE COURT:  Okay.

20               (Whereupon, the following proceedings were had in

21   open court:)

22   BY MR. FISCHER:

23   Q.  Sir, the Facebook -- when one unsends a message or

24   deletes a thread, Facebook doesn't notify or put a notice on

25   your phone or computer saying that Facebook itself will,

 1    say, delete records, does it?

 2    A.  Can you rephrase the question?

 3    Q.  Sure.  It wasn't very clear.

 4         The bottom line is, if I try to delete a record

 5    from Facebook or delete a thread off of my Facebook

 6    Messenger, it doesn't pop up on my phone -- Facebook doesn't

 7    have something that pops up on the phone saying, you're

 8    deleting a record from our company?

 9    A.  No.

10    Q.  Okay.

11         MR. FISCHER:  Ms. Rohde, if you could pull up,

12    please, 2001.T.1.  It was the first -- and go to Page 186

13    that is written in the blue, please.  186, please.  If you

14    could blow up the top paragraph there, please.

15    BY MR. FISCHER:

16    Q.  So, sir, you had testified before about this thread

17    here.  Is that correct?

18    A.  That's correct.

19    Q.  And it appears there are about -- I believe about 12,

20    maybe 13 people on this thread.  Does that sound right?

21    A.  That's correct.

22    Q.  So all of the 12 or 13 people that were on this thread

23    would have received messages that were sent by each other.

24    Is that correct?

25    A.  So I can't -- I can't say who received what messages.

1    The only thing that I know, based off the records, is that

2    messages were sent and these were the participants in the

3    conversation.

4    Q.  Okay.  Well, if they're a participant in the

5    conversation -- if, say, for example, Matthew Truong at the

6    top, if he had sent a message, then wouldn't everybody below

7    that receive the message?

8    A.  Again, I can't confirm that messages were received.  I

9    can only confirm that messages were sent because I don't

10   know who would have read the message or who would have even

11   seen it come in from the other side.

12   Q.  I mean -- I beg your pardon, but you're in a -- this is

13   a group of about 12 or 13 people who are on a Facebook

14   Messenger thread.  Correct?

15   A.  Correct.

16   Q.  So when you have a group like this -- if I form a group

17   right now and take 12 people over here and I send the

18   message out, it's going to go to all of them.  Right?

19   A.  The message would be sent to all of them, yes, but I

20   can't confirm that messages are, in fact, received on the

21   other end.

22   Q.  Okay.  Well, I mean -- in other words, everybody on here

23   would have at least -- the person sending the message

24   attempted to send it to everybody.  Right?

25   A.  That's correct.

1    Q.  So then there would be 12 or 13 possible people who

2    could have contacted law enforcement to report something if

3    they thought something illegal was going on.  Is that right?

4    A.  Yeah.  I guess.  I'm not -- there's no way for me to

5    know that, though.

6    Q.  Fair enough.

7              MR. FISCHER:  Ms. Rohde, if you could go to the

8    second Facebook, 2002.T.61.  If we could go to Page 80,

9    please, at the top.  Again, we're looking for Page 80 in the

10   blue.

11             Just below where the thumbs-up is, that message

12   just below the thumbs-up, if you could blow that up.  Just

13   the top one.

14   BY MR. FISCHER:

15   Q.  Sir, it appears to be sent by Tom Caldwell.  Could you

16   read that out for us, please?

17   A.  Sure.  The body of this message reads:  "I do not,

18   unfortunately.  Would love to see you before you go.  I am

19   in very bad shape right now (back mostly).  What time would

20   you like to meet in the a.m. downstairs for some coffee and

21   camaraderie?  Don't think I will be up for going to IHOP or

22   anything.  Anyhow, what time you thinking?"

23   Q.  Okay.  And that appears to be sent -- well, it says

24   January 7th at 1:31 UTC time.  So you track -- subtract five

25   off of that, so that's roughly about -- I believe 7:00 or

```
 1    8:30 on January 6th.  Does that sound right?

 2    A.  I'm sorry.  I don't know the conversion.

 3    Q.  That's fair enough.

 4            MR. FISCHER:  If we could go to Page 83,

 5    Ms. Rohde, please.

 6    BY MR. FISCHER:

 7    Q.  Sir, the person on the left here, were you aware that

 8    that person in the mask there is the guy that the Government

 9    claimed was the mastermind of January 6th?

10    A.  I have no idea.

11            THE COURT:  Sustained.

12            MR. MANZO:  Objection.

13            MR. FISCHER:  Page 84, please.  If we could go

14    about -- if you could blow the whole page up, please, a

15    little bit.

16    BY MR. FISCHER:

17    Q.  Sir, you'll see that -- you'll see down at the bottom it

18    appears that Donovan Crowl sends a message to Tom Caldwell

19    and then it says at the last sentence, it says, "Can you

20    send me that last video again in a text message?"

21            Do you see that, sir?

22    A.  I do.

23            MR. FISCHER:  I'm going to show what's just for

24    the witness, please, No. 53, please.  If you can blow that

25    up.
```

Harmon - CROSS - By Mr. Fischer

1    BY MR. FISCHER:

2    Q.  Sir, I want to show you what's been marked as Exhibit

3    No. 53.

4              MR. MANZO:  Objection to scope.  Personal

5    knowledge.

6              THE COURT:  Well, I understand where this goes.

7    Go ahead.

8    BY MR. FISCHER:

9    Q.  Sir, could you -- can you take a quick glance at that?

10   I'm going to move down the page here for you to take a look

11   at some other messages.  We'll go to the next one.

12             Sir, would you agree these appear to be Facebook

13   messages?

14   A.  I have no idea.

15   Q.  Does the word -- where the cursor is here right now, in

16   the language where it says access.zip data data.com

17   Facebook, does that help you out?

18   A.  I still -- I don't know if these are Facebook messages

19   or not.

20             MR. FISCHER:  I have nothing further, your Honor.

21             THE COURT:  Thank you, Mr. Fischer.

22             Do any other defense counsel have

23   cross-examination?

24             MR. CRISP:  No, your Honor.

25             MR. BRIGHT:  No, sir.

1         THE COURT:  Hearing none, any redirect, Mr. Manzo?

2         MR. MANZO:  Two questions, your Honor.

3         We'll go to 2001.T.1, Page 187, Ms. Rohde.  Just

4    zoom in on the middle two paragraphs where it says, "Pence

5    is a spineless coward."

6                    REDIRECT EXAMINATION

7    BY MR. MANZO:

8    Q.  Can you read these two messages to the jury?

9    A.  Yes.  The first message author is Joe Godbold.  The body

10   reads:  "And Pence is a spineless coward like I thought he

11   would be."

12        The next message is authored by Tom Caldwell.  The

13   body was unsent.

14   Q.  And when was it unsent?

15   A.  It was unsent on January 15, 2021, at 00:58:09 UTC.

16   Q.  When was the message originally sent?

17   A.  The message was sent on January 7th, 2021, at 1:13:27

18   UTC.

19   Q.  Is that more than ten minutes later?

20   A.  Yes.

21        MR. MANZO:  Thank you.  No further questions.

22        THE COURT:  Thank you very much for your time and

23   your testimony, Mr. Harmon.  Have safe travels home.

24        THE WITNESS:  Thank you.

25        THE COURT:  Thank you.  I appreciate it.

```
 1                    (Witness excused.)
 2              THE COURT:  Okay.  Agent Harris -- I just saw him.
 3    He must have stepped out.
 4              MR. NESTLER:  He's on his way back, in your Honor.
 5    Sorry about that.  The Court's indulgence.  We'll be back in
 6    just a minute.
 7              THE COURT:  If you all would like to stand up and
 8    stretch, feel free.
 9              (Thereupon, Witness Kelsey Harris entered the
10    courtroom and the following proceedings were had:)
11              THE COURT:  Special Agent Harris, welcome back.
12              THE WITNESS:  Thank you, sir.
13              THE COURT:  Ms. Haller?
14                        CROSS-EXAMINATION
15    BY MS. HALLER:
16    Q.  Hi, Agent Harris.
17    A.  Good afternoon.
18    Q.  My name is Juli Haller, and I represent Kelly Meggs.
19    A.  Yes, ma'am.
20    Q.  And I recall that you said on direct that you
21    investigated Kenneth Harrelson.  Right?
22    A.  Yes, ma'am.
23    Q.  And you investigated Kelly Meggs.  Is that fair to say?
24    A.  Certain evidence that was part of my first testimony
25    that I gave a few weeks ago.
```

1    Q.  Okay.  And he's a Florida resident.  Right?

2    A.  He is.

3    Q.  And you're from Florida and you were investigating the

4    Florida residents.  Would that be correct?

5    A.  Not really.  So he resides in our Jacksonville AOR, so

6    that is a different office that was in charge of his

7    investigation.

8         I'm part of our Tampa division.

9    Q.  Understood.  Okay.  Thank you for the clarification.

10        As far as chats go, though, I think -- you talked

11   about, like, the D.C. Op 16 chat.  Sorry, this microphone --

12   I'm just getting used to it -- the D.C. Op 16 --

13   A.  Yes, ma'am.

14   Q.  -- chat.

15        And then we also got messages from the Florida

16   Oath Keepers D.C. Op chat.  Correct?

17   A.  Yes.

18   Q.  And you had -- the Government had shown a message that

19   was from Exhibit 67.32 and it was 1.S.159.1157 --

20        MS. HALLER:  If you can pull it up.  It's 67.32,

21   and it's -- it ends in 11157.  So 1.S.159.1157.  Yes.  Thank

22   you.

23   BY MS. HALLER:

24   Q.  Do you recall talking about this message on direct?

25   A.  Yes, ma'am.

1    Q.  So this appears to be sent at 3:28:14.  Correct?

2    A.  Yes, ma'am.

3    Q.  On January 6th.

4         First of all, do you know -- because this is sent

5    to the whole chat.  Right?  D.C. Op chat.  Correct?  So it's

6    not to one person.  Correct?

7    A.  Yes, ma'am.

8    Q.  Do you know which Kelly they're talking about in this

9    message?

10   A.  Well, there's only two Kellys that I know of, which is

11   Mr. Kelly Meggs and Mrs. Kellye SoRelle.  And --

12   Q.  And it's fair --

13   A.  -- they're spelled differently.

14   Q.  Right.  They may -- Kellye SoRelle has it with an "E."

15   Right?

16   A.  Yes.

17   Q.  It's fair to say, though, that sometimes it's not

18   written in a text message the way she spells it.  Would that

19   be correct?

20   A.  I don't know.

21   Q.  Okay.  Kelly and Kellye SoRelle have been, on occasion,

22   confused.  Would you accept that?

23   A.  If they were, I wouldn't say it was by Mr. Rhodes.  As I

24   understand, Mr. Rhodes and Mrs. SoRelle have an intimate

25   relationship, so I would hope Mr. Rhodes knows how to spell

```
 1    her name correctly.

 2    Q.  Well, that's fair, sir.

 3            But let's look at the time of this message.  It

 4    does show 3:28 p.m. on January 6th, right?

 5    A.  Yes, ma'am.  That's correct.

 6    Q.  And you did investigate Kenneth Harrelson, if not Kelly

 7    Meggs.  So it would be fair to say you know that Kelly Meggs

 8    and/or Kenneth Harrelson entered the Capitol at -- do you

 9    recall the time?

10    A.  I do not.

11    Q.  Okay.  Would it be correct -- would you remember that

12    they entered at 2:41, about, so 2:40:40 on CCTV, 2:41, that

13    timeframe?

14    A.  That may be correct.

15    Q.  Those are the people referred to in Stack 1.  Would that

16    be fair?

17    A.  Stack 1, yes, ma'am.  That's correct.

18    Q.  Okay.  Stack 1 is not actually a word in any of the text

19    messages.  Right?  Meaning the word "stack" doesn't come

20    from the Defendants.  Would that be correct?

21    A.  No, no.  We --

22    Q.  Created that?

23    A.  -- gave them that name -- yes.  We referred to them as

24    Stack 1.  We gave them that -- we referred to them as Stack

25    1 because they were the first line in a military stack
```

Harris - CROSS - By Mr. Haller

1    formation to go in, and then there was a second one.  So we

2    called them Stack 1.

3    Q.  Okay.  So you're basing that military assessment -- but

4    you're with the FBI, not the military.  Right?

5    A.  So a lot of military tactics that are used, we train in

6    those same -- a lot of same tactics --

7    Q.  Okay.

8    A.  -- you know, when we have certain formations we use when

9    we conduct arrest and search warrant operations as well.

10   Q.  Okay.  So going back for a minute, this group of

11   individuals that have been labeled as a stack by the

12   Government -- correct? --

13   A.  Yes.

14   Q.  -- this group of individuals, including Kelly Meggs,

15   Kenneth Harrelson, they enter the Capitol at about 2:40.

16   Correct?  Do --

17   A.  Yes, ma'am.

18   Q.  -- you recall that?  2:41 -- in between there.

19        They leave the Capitol within 19 minutes of that

20   entry, at most.  In fact, it appears to be more like 18

21   minutes, but let's assume 19 minutes.  Would that be fair to

22   say?

23   A.  I would say so.  I believe so.

24   Q.  Would it be correct to state that they left the Capitol

25   at 2:58, 2:59 p.m., depending on the individual?

Harris - CROSS - By Mr. Haller

1    A.  I'll have to look at the timestamps.  But I think with,

2    you know, the 19-minute timeframe, that would align.

3    Q.  Okay.  Well, I think on direct you talked about how they

4    were on the landing after they left the Capitol.  Do you

5    recall that?

6    A.  Are you referring to the picture with the whole group or

7    I referred to Kenneth Harrelson leaving when he passed

8    Officer Ryan Salke being on the landing.

9    Q.  Well, let's go -- when -- you talked about -- yes, thank

10   you -- that Kenneth Harrelson left and walked out past Salke

11   as he was leaving.  And then they are on the landing.

12   Correct?

13   A.  Yes, ma'am.

14   Q.  And they stand around and they're on the landing and

15   then, at some point, they're down at the bottom of the

16   stairs with Stewart Rhodes.  Correct?

17   A.  Yes.  Sometime later.  We don't have the timestamp for

18   that photo, so we don't know exactly when that photo was

19   captured.

20   Q.  Okay.  But it's fair to say that they're already outside

21   after 3:00 at the Capitol?

22   A.  As far as the entire group, I'm not sure --

23   Q.  No.  I'm talking about Kelly Meggs, Kenneth Harrelson

24   and the people you've put in -- I'm just going to focus on

25   those two for now, because it depends on the time people

Harris - CROSS - By Mr. Haller

1    left, but the group that has been labeled Stack 1 actually

2    leaves before them and at the same time.

3            So I can tell you Kelly Meggs -- well, it's fair

4    to say, based on what I think you said earlier, that Kelly

5    Meggs departs the Capitol at 2:59 p.m.  Would that be

6    correct?

7    A.  I said Mr. Kenneth Harrelson -- in the video,

8    Mr. Harrelson exited alone.  He wasn't with Mr. Meggs when

9    he exited --

10   Q.  Okay.

11   A.  -- as Officer Salke --

12   Q.  Do you recall the time?

13   A.  I do not.

14   Q.  Okay.

15   A.  If you can pull that video, it's timestamped.  We could

16   see the exact time Mr. Harrelson walked out of the building.

17   Q.  I can show that video, but I don't want to show the

18   Government's video, because I think that's the one you're

19   talking about.

20           MS. HALLER:  Do you know which exhibit he may be

21   referring to?

22           MR. NESTLER:  No.

23   BY MS. HALLER:

24   Q.  Okay.  So talking about the time period -- I think we've

25   already established -- but correct me if I'm wrong -- that

Harris - CROSS - By Mr. Haller

1    they departed by 3:00 p.m.

2    A.  I think that may be fair to say.  I don't have the

3    specific time that -- if you're referring to just Mr. Meggs

4    and Mr. Harrelson, I don't know off the top of my head.

5    Q.  Okay.

6    A.  If you would pull the video, we -- I think they're all

7    timestamped -- we can see specifically what times they

8    exited the building.

9    Q.  Okay.  My entire point of this exercise, before I start

10   pulling video, because it's late in the day -- but my entire

11   point of this exercise is to look at this message that was

12   sent at 3:28 and -- from Stewart Rhodes to Kelly:  "Come to

13   the northeast corner of the building.  On steps."  On steps.

14            And Mr. Meggs is outside in that photo.  And that

15   photo is timestamped that you showed.

16   A.  No, ma'am.  The photo is not timestamped.

17   Q.  So you don't know the time of that photo?

18   A.  We do not.

19   Q.  Do you have --

20   A.  We just know that it is after everyone has exited the

21   building.  That's why all of them are there.  But we don't

22   have the timestamp for that.

23   Q.  Okay.  When you're -- looking at messages, you're

24   looking at them at the time they're sent.  Correct?

25   A.  Yes.

Harris - CROSS - By Mr. Haller

1    Q.  Not necessarily the time they're received?

2    A.  Correct.

3    Q.  So are you familiar -- or is it fair to say that you

4    know that some messages were not delivered until after 7:00

5    p.m. from Mr. Rhodes to Kelly Meggs?

6    A.  You said am I familiar with messages that were delivered

7    later?

8    Q.  Yes.

9    A.  No, ma'am.  I don't have knowledge of messages that were

10   delivered later.

11   Q.  Have you looked -- have you looked at messages between

12   Kelly Meggs and Stewart Rhodes?

13   A.  Yes.

14   Q.  Call me, come -- you know, call me, call me, please?

15   A.  Oh, there's been, you know, lots of messages between

16   Mr. Meggs and Mr. Rhodes.

17   Q.  Okay.  Let me slow down -- let me back up.

18        I'm talking about text messages between Kelly

19   Meggs and Stewart Rhodes.  I'm not talking about the D.C. Op

20   chat or other chats with groups.  I'm simply talking about

21   text messages and I'm asking if you're familiar with the

22   fact that messages on January 6th, in the afternoon of

23   January 6th that were sent by Mr. Rhodes that said to Kelly

24   Meggs to call me -- are you familiar with whether or not

25   they were delivered later to Kelly Meggs?

Harris - CROSS - By Mr. Haller

1    A.  No, because I didn't review those text messages.  I

2    didn't review messages between -- specifically text

3    messages.  Most of what I've testified to have been Signal

4    messages.

5    Q.  Okay.  Are you familiar with the OK Florida D.C. Op Jan

6    6 chat?

7    A.  Yes, ma'am.

8         MS. HALLER:  If I may just for the witness show a

9    page from the D.C. Op chat produced by the Government.  This

10   is produced by the Government.

11        With the Court's indulgence, I'm just going to

12   plug in here for a second.

13        This is for the witness.

14   BY MS. HALLER:

15   Q.  I'm showing you a page from an Excel export of the

16   Signal chat called OK FLDC Op Jan 6.  I've got it focused in

17   on a line at 397.  Do you see that?

18   A.  Yes, ma'am.

19   Q.  Now, is this a chat you've reviewed, the OK Florida D.C.

20   Op chat Jan 6?

21   A.  I have reviewed some messages from this chat.

22   Q.  Okay.  So then you know that, in the Excel format, it

23   doesn't show time received; it shows time sent.  Correct?

24   A.  I think that's the case for all the messages in Signal.

25   Q.  In Signal.  Right.  Okay.

Harris - CROSS - By Mr. Haller

```
 1              A text message or -- when you have messages
 2    exported to PDF on Cellebrite, it will show time received.
 3    Correct?  Not just time sent.  Time -- it will show
 4    delivered and received.
 5    A.  Are you --
 6    Q.  Are you familiar --
 7    A.  -- referring to Signal or are you referring to text
 8    messages?
 9    Q.  Well -- okay.  Let's talk about text messages for a
10    second.
11              Are you aware that when you export to PDF that
12    they show time received and delivered, not just time sent?
13    A.  No, ma'am.  I'm not aware of that.  I'm not an expert in
14    cell extraction.
15    Q.  Okay.  Looking at this sheet, which is an Excel format
16    in PDF, do you see a message from OK Gator 1 --
17              MR. NESTLER:  Object as to form.  This document
18    has not been authenticated.
19              MS. HALLER:  Oh.  Authenticated?  You're not
20    objecting to authentication.  You produced it.
21              MR. NESTLER:  I'm objecting to foundation with
22    this witness.
23              MS. HALLER:  Okay.  Foundation.  He said he's
24    worked on this chat.  Okay.  Never mind.
25              THE COURT:  If you all would like to continue the
```

1   conversation -- there's an objection.  Let's get on the

2   phone, please.

3            (Whereupon, the following proceedings were had at

4   sidebar outside the presence of the jury:)

5            THE COURT:  Ms. Haller, I don't know --

6   Mr. Nestler, I don't know what this is.

7            MR. NESTLER:  Sure.  Maybe this would help.  On

8   direct examination, Agent Harris explained that this version

9   of the Signal chat, OK FLDC Op Jan 6, did not have a Signal

10  backup extraction through Cellebrite.  We only have

11  screenshots from the phone that it was recovered from.

12  That's William Isaacs'.

13           This document that Ms. Haller is showing, which I

14  don't know the exhibit number of, is a spreadsheet that the

15  FBI and my office created based on those screenshots.  So

16  this is not an extraction from a device.  And I don't know

17  if this witness has ever seen this before.

18           And so showing it to him and saying it's a Signal

19  extraction is not appropriate.

20           MS. HALLER:  Okay.  Your Honor, may I respond?

21           I think -- I'm not trying to confuse.  But when he

22  said authenticity, I kind of got confused since they did

23  create this document.

24           But looking at it from a foundation perspective,

25  he has testified that -- he testified about messages from

1    this chat.  He specifically testified about messages from

2    this chat dated 1-6 today.  And I'm just trying to focus in

3    on one particular message which will be evident in a moment.

4    I'm not trying to get into further questions on exporting to

5    PDF or otherwise --

6              THE COURT:  Can I just cut to the chase here?

7              Mr. Nestler, is there any objection if she asks

8    him specifically about what was said at what time in this

9    Signal chat as opposed to showing him a document and trying

10   to get the document in?

11             MR. NESTLER:  No.  Because I'm not sure he'll be

12   able to say that without looking at the message.

13             THE COURT:  No, no.  Of course he's got to look at

14   the document.

15             But what are you trying to show here, Mrs. Haller?

16   It's not clear to me what you're trying to show.

17             MS. HALLER:  Your Honor, I'll take the phone with

18   me.  I didn't realize I could.

19             If you look at the message on Line 397, when it's

20   from OK Gator 1, it is shown at 9:44 a.m.  We are in -- I

21   just want to ask him a few questions about that.

22             THE COURT:  But if he hasn't looked at this

23   document or seen that before, how is he going to answer any

24   questions about it?

25             MS. HALLER:  Mr. Nestler just represented to the

1        Court that they created this document.

2                THE COURT:  Yeah; but "they" as in the Government,

3        not necessarily this witness.

4                MS. HALLER:  This witness just testified to

5        messages sent on 1-6 from this chat.

6                THE COURT:  All right.  If you want to ask him a

7        question about whether he's seen this document or whether he

8        knows what it is, if he answers yes, he answers yes; then

9        we'll deal with it.  But right now it's not clear to me he's

10       ever seen it.

11               So let's start there.

12               MS. HALLER:  Okay.

13               (Whereupon, the following proceedings were had in

14       open court:)

15               THE COURT:  Can we have this marked?  I don't know

16       what the exhibit number is.  KM-60?

17               MS. HALLER:  Yes.  Thank you, your Honor.  We'll

18       mark this as KM-60.

19       BY MS. HALLER:

20       Q.  Just to go back a little bit, can you tell us if you are

21       familiar with the OK FLDC Op Jan 5th chat?

22       A.  I've seen some messages from this chat before.

23       Q.  And it's fair to say you've testified today on direct

24       about some messages on -- from this chat?

25       A.  Yes.

                        Harris - CROSS - By Mr. Haller

1    Q.  And it's fair to say some of the messages you testified

2    about today were sent on January 6th.  Correct?

3    A.  Yes.

4    Q.  Okay.  So --

5         MS. HALLER:  I would like to move this in -- this

6    page.  No?  Okay.  Keep asking.

7         THE COURT:  Ask him if he's seen the document

8    before.

9    BY MS. HALLER:

10   Q.  Have you seen this document before?

11   A.  No, ma'am.

12   Q.  You've never seen this document?

13   A.  No, ma'am.

14   Q.  Okay.  Looking at the title --

15        THE COURT:  Ms. Haller --

16   BY MS. HALLER:

17   Q.  -- do you recognize --

18        THE COURT:  -- if he says he's never seen it,

19   let's move on.  If he hasn't seen it, he hasn't seen it.

20        MS. HALLER:  He just testified to the OK DCFL D.C.

21   [sic] Op, but -- okay.

22        May I ask one more question to explore that?

23        THE COURT:  Sure.

24   BY MS. HALLER:

25   Q.  What format have you seen the OK Florida D.C. Op Jan 6

1    chat in?

2    A.  I've seen it in the format that we have, which is an

3    Excel spreadsheet, that -- it doesn't look like this, and

4    I've used that to compare it to the Government's exhibits

5    before I testified to them to ensure they're accurate, but

6    I've never seen the document here that you've shown.

7    Q.  Okay.  Bear with me.  Maybe I can pull up that document

8    in a second.  Because I can represent to you your office

9    sent us this document based off of the Excel spreadsheet,

10   but I'll get the Excel spreadsheet.

11            MS. HALLER:  No?

12            THE COURT:  I didn't say anything.

13            MS. HALLER:  Okay.

14   BY MS. HALLER:

15   Q.  While I do that, I will move on and ask you another

16   question.

17            MS. HALLER:  Can we pull up KM -- oh, no.  I have

18   it as KM-55.  Okay.  Bear with me.

19   BY MS. HALLER:

20   Q.  Going back a moment -- because I'm going to look for

21   this, but I don't want to take up the Court's time while I

22   do it -- you're aware that these Defendants, Kenneth

23   Harrelson, Kelly Meggs, went to the president's rally on the

24   Mall on January 6th.  Correct?

25   A.  Yes.  I believe they did.

1    Q.  Okay.  And you're aware that they -- so are you aware

2    that they got VIP passes to go to the president's rally on

3    the Mall on January 6th?

4    A.  I've seen passes presented during the trial, so I assume

5    they may have had passes there.

6    Q.  Okay.  So then would you be aware of text messages that

7    they sent prior to the event on January 6th related to doing

8    PSD?  Do you recall that?

9    A.  No, ma'am.

10    Q.  Protective security details.  Are you familiar with

11    that?

12    A.  No, ma'am.  I'm not familiar with that or whatever text

13    messages you're referring to prior to the event.

14    Q.  Okay.  Did you review any of the text messages between

15    Kelly Meggs and Ali Alexander?

16    A.  No, ma'am.

17    Q.  Are you -- did you review any of the permits for Capitol

18    grounds, such as the one with Ali Alexander, for events at

19    the Capitol on January 6th?

20    A.  I did not.

21    Q.  Did your investigation include reviewing any permits for

22    protests at the Capitol on January 6th?

23    A.  Not my investigation.  No, ma'am.

24    Q.  Did your investigation include reviewing any of the --

25    like, the fliers for the events on January 6th?

Harris - CROSS - By Mr. Haller

```
1    A.  No, ma'am.

2    Q.  Did your investigation include any of the speakers

3    speaking at the events?

4    A.  Investigating them?

5    Q.  Yes.

6    A.  Well, I don't believe we have any criminal cases open on

7    any of those speakers, so no.

8    Q.  Did you do any investigation in relation to the events

9    at the Supreme Court on January 5th and/or 6th?

10            MR. NESTLER:  Objection.

11            THE COURT:  Ms. Haller, I think we're sort of

12   going a little bit beyond the scope here.  He's primarily

13   been testifying about 3:30 onward on January 6th.

14            MS. HALLER:  Well -- okay, your Honor.  I will

15   switch over to the time in the Capitol.

16   BY MS. HALLER:

17   Q.  I think you stated on direct that Kelly Meggs, as

18   opposed to Ken Harrelson -- you testified that Kelly Meggs

19   spent most of his time looking for Pelosi.  Do you recall

20   that?

21   A.  No, ma'am.  That's not what I said.

22   Q.  No?

23   A.  No.  I said that he spent most of his time outside of

24   her office.  I didn't say that he was looking for her.

25   Q.  Outside of her office?
```

Harris - CROSS - By Mr. Haller

```
 1    A.  He was in an area that leads to her office on the House

 2    side in the Capitol.

 3    Q.  Okay.  For how long?

 4    A.  Without looking at the video to show start to finish --

 5    Q.  Without looking at the video.

 6    A.  -- when he was in that area, I can't tell you off the

 7    top of my head.

 8    Q.  Okay.  But you're testifying that he spent most of his

 9    time outside of Pelosi's office?

10            THE COURT:  That's not what he said, Ms. Haller.

11    BY MS. HALLER:

12    Q.  Can you please tell me again what you said?

13    A.  What I testified to earlier was that Mr. Meggs was in

14    the part of the Capitol on the House side that leads to the

15    speaker of the House's office.  I didn't say he spent his

16    time looking for the speaker.

17    Q.  So okay.  Mr. Meggs, fair to say, spent -- came in the

18    Columbus doors.  Correct?

19    A.  Yes.

20    Q.  Have you been to the Capitol?

21    A.  I have.

22    Q.  More than once?

23    A.  Just once.

24    Q.  You come in the Columbus doors.  Do you remember that

25    there's a Rotunda that opens off of the Columbus doors?
```

1     A.  Yes.

2     Q.  Okay.  Is it fair to say that Mr. Meggs spent most of

3     his time, the 19 minutes he was inside the Capitol, in the

4     Rotunda?

5     A.  Again, without looking at the video to compare how much

6     time he spent in one area versus the other, I couldn't say

7     definitively where he spent most of his time.

8     Q.  Okay.  Well, that's fair.  I accept that.

9              I can show you the video, but I don't want to take

10    up everyone's time.  But I appreciate that you explained

11    that, because I was a little confused there for a moment.

12    Having watched all the video myself, I didn't understand

13    that.

14             So looking at the message that also came up on

15    direct -- well, let me backtrack a minute.

16             Kelly Meggs did not go into the Capitol armed.  Is

17    that correct?

18    A.  I don't know.

19    Q.  Oh, you don't know?

20    A.  No, ma'am.

21    Q.  Okay.  Are you aware of whether or not he has been

22    alleged to have assaulted anyone?

23    A.  I'm not aware of him assaulting anyone.

24    Q.  Are you aware of him having a weapon?

25    A.  I don't know if he had a weapon or not, no, ma'am.

Harris - CROSS - By Mr. Haller

1    Q.  Are you aware that they kept their guns in Virginia?  I

2    think you did talk about the QRF.

3    A.  Yes, ma'am.  I'm familiar with that.

4    Q.  Okay.  And you have no basis to believe that he brought

5    a gun from Virginia into D.C.  Would that be fair to say?

6    A.  I don't have any information to suggest that he did.

7    Q.  Okay.  So when he was at the Capitol -- and we know he

8    left at or about 2:59 -- he didn't come back to the Capitol

9    as far as you know.  Correct?

10   A.  Not that I know of.

11   Q.  Okay.  So when on January 6th he sends a message that

12   got posted that said, "We aren't quitting; we are

13   reloading," would it be fair to say he didn't actually mean

14   reloading?

15   A.  Can you rephrase that question?

16   Q.  Yes.

17   A.  I'm just trying to make sure I understand you correctly.

18   Q.  Do you recall that there was a text message that

19   Mr. Nestler had you talk about that Kelly Meggs was -- sent,

20   which said:  "We aren't quitting; we are reloading"?  Do you

21   recall that?

22   A.  Yes, ma'am.

23   Q.  Okay.  I'm simply asking if it's fair to say that it's

24   not literal.

25   A.  Yes.  I think that's fair.

```
1     Q.  Okay.

2     A.  Yeah.  I don't think there's any information that he

3     discharged a firearm and used his bullets and needed to

4     reload his gun with bullets.  So yes, I think that's fair to

5     say.

6     Q.  Well, thank you, because that was my point exactly.

7                MS. HALLER:  Thank you for your time.  That's

8     really all I was going to ask you.

9                THE WITNESS:  Thank you.

10               THE COURT:  Thank you, Ms. Haller.

11               All right.  Ladies and gentlemen, it's approaching

12    the 5:00 hour.  Let's break for the day.  We will resume

13    tomorrow at 9:30.

14               Have a good evening.  Same reminders as usual:  No

15    looking at the media; no discussions of the case; no

16    independent research.  We'll see you tomorrow.  Thank you

17    all very much.

18               (Whereupon, the jury exited the courtroom at 4:58

19    p.m. and the following proceedings were had:)

20               THE COURT:  Agent Harris, you can step down.

21    Again, I'll remind you not to discuss your testimony

22    overnight.

23               THE WITNESS:  Yes, sir.

24               THE COURT:  Thank you, sir.

25               (Witness excused.)
```

Harris - CROSS - By Mr. Haller

```
1              THE COURT:  Have a seat, everyone.

2              So after Agent Harris, who do we have?

3              MR. NESTLER:  We have a civilian witness, your

4    Honor, and then we have another FBI agent, and then we

5    expect to rest.  We're hoping to accomplish that late

6    tomorrow, depending on how long the cross of Agent Harris

7    goes and of the other agent tomorrow.  I don't expect cross

8    of the civilian witness to go long.

9              Oh, I'm sorry.  We also have Agent Jenny Banks

10   coming back to do about another half-hour, 45 minutes of

11   cell site data after January 6th.  But we think still we

12   should be able to rest tomorrow, hopefully.

13             THE COURT:  Okay.

14             MR. CRISP:  I was just going to say, Judge, I

15   would expect my cross to be about 30 minutes, depending on

16   how quickly I get through the videos.  So no more than -- so

17   between 20 and 30.

18             THE COURT:  Then, Mr. Geyer, you still have Agent

19   Harris.  Correct?

20             MR. GEYER:  30 minutes or none.  I'll decide

21   overnight.

22             THE COURT:  And the civilian witness, how long do

23   you think your direct will be?

24             MS. RAKOCZY:  Half an hour.

25             MR. NESTLER:  Half an hour.
```

1          THE COURT:  Half an hour.  Okay.

2          Mr. Linder?

3          MR. LINDER:  Supposing the Government does finish

4     at the end of the day tomorrow, can I assume that Thursday

5     we would spend doing all of our motions and hearings and we

6     wouldn't present witnesses till Friday?  I cannot -- do you

7     want us to be ready to go on Thursday?

8          THE COURT:  I do.  I do.  We've got to maximize

9     the time we have.

10          MR. LINDER:  I understand.

11          THE COURT:  I mean, I don't know how long you all

12     think you're going to need for Rule 29s.  I mean -- look, I

13     may just ultimately defer on the issues.  If you want to

14     make your record now, you can do that.  Alternatively, we

15     could continue with the evidence -- or start with openings,

16     continue with the evidence in the defense case and then

17     perhaps we adjourn a little bit early on Friday and you can

18     make your Rule 29 motions then --

19          MR. LINDER:  Okay.

20          THE COURT:  -- and make your record as to whatever

21     arguments you want to make.

22          MR. LINDER:  I just didn't know if, between that

23     and jury instructions, we had time we could occupy.  But I

24     understand the sensitivity of the jury's schedule.

25          THE COURT:  We've got to maximize the time that we

 1    have with these folks, given all the time we've lost.

 2             MR. LINDER:  Okay.

 3             THE COURT:  So -- I mean, that would be my

 4    request, unless there's an objection, which is that, as soon

 5    as they rest, we roll into the openings of those who have

 6    reserved, understanding nobody is -- is forfeiting any kind

 7    of Rule 29 argument or statement.  And then we can adjourn,

 8    you know, a little early on Friday --

 9             MR. LINDER:  Yeah.

10             THE COURT:  -- for you all to do that.  I'd rather

11    proceed in that fashion, if that's acceptable to everybody

12    on the defense side.

13             MR. LINDER:  We just need to consult with Stanley

14    also.

15             THE COURT:  I'm sorry?

16             MR. LINDER:  We need to consult with Stanley also.

17             THE COURT:  Okay.  Well, let's presume we're going

18    to operate in that fashion.

19             Have you all decided the sequence in which you're

20    going to present your defenses?  Is it going to be right

21    down the list or is it going to be in some other fashion?

22             MR. LINDER:  I think it's going to be down the

23    list.  That's the last thing we talked about.  But we're

24    meeting tonight to kind of go through that.

25             MR. CRISP:  Judge, my concern is that -- I can

1    tell you I have witnesses who are going to be arriving at

2    different times just based on trying to accommodate their

3    schedules.  So as much as I would like to put all of mine

4    in, you know, right away --

5              THE COURT:  You're fourth.  So I mean, presumably

6    we wouldn't come close to Ms. Watkins's case in chief.

7              MR. CRISP:  One of my witnesses is already here,

8    and I'm trying to get this person out, so I would like to

9    call them up front.

10             THE COURT:  Okay.

11             MR. CRISP:  What I'm suggesting is, if they're

12   here, I'd get them in and get them out.  I mean, if your

13   Honor wanted me to move expediently --

14             THE COURT:  Well, that's fine by me, as long as

15   everybody is comfortable with -- you know, if we need to hop

16   around a little bit, we'll make clear to the jury who is

17   calling this witness, whose case in chief it is, and that's

18   fine.

19             MR. CRISP:  I want to make sure you're okay with

20   that.

21             THE COURT:  No problem from my end.

22             MR. NESTLER:  And just to be clear, your Honor,

23   from the Government's perspective, we're, of course, also

24   okay with that.  We do want it to be clear, when one

25   Defendant is done putting on their case, that they rest.  In

6250

1    other words, we are not continuing to have dribs and drabs

2    of defense witnesses coming in as time goes on.

3         THE COURT:  No, of course.  Once a Defendant

4    rests, they've rested.  If you've got some witness issue

5    that prevents you from resting, just let us know that.  But

6    the bottom line is, once you rest, you rest.

7         Two things.  I want to talk about the 801

8    statements before we leave, but I also want to confirm that,

9    if we are opening -- if defense counsel are going to open on

10   Thursday morning, or at some point Thursday, I just want to

11   remind you all that opening is limited to what you are

12   presenting in your case in chief and is not a prebuttal-type

13   summation.  And so just please be mindful of that.

14        I'll tell you -- I'll be candid with you:  This is

15   actually the first time I've ever had defense counsel waive.

16   So we're a little bit in an unusual territory here for me

17   personally.  But, you know, let's just be mindful that this

18   is not an opportunity to criticize the case in chief of the

19   Government.  It's a preview of what you're presenting in

20   your case in chief.  Okay?

21        801 statements.  So let's talk about the agent's

22   statement before the grand jury.  Let me just tell you,

23   Mr. Fischer, what my -- what my hesitation is about your

24   request to admit that portion of the grand jury testimony.

25   And I want to leave aside for the moment whether the

1    testimony is an adoptive admission or not.

2            My bigger concern, based upon having read the

3    entirety now of Agent Esposito's grand jury testimony, is

4    that his reference to November and December -- well, let me

5    back up.

6            It seems to me he's primarily been called to

7    testify about two other Defendants, Mr. Minuta and

8    Mr. James, and their actions on January 6th and in the

9    months prior.  Primarily -- I mean, that's not to say that

10   that's exclusively it, but that's it primarily.  I'm not

11   even sure he actually mentions Mr. Caldwell at all.  I

12   didn't look for that with an eye toward that issue.  So

13   that's one.

14           Two is the references to November and December in

15   his testimony refer to Mr. Minuta and Mr. James, and I think

16   arguably other Oath Keepers, providing security.  So in

17   November the security is for, I think, Alex Jones.  And then

18   in December, it's for Michael Flynn.

19           And so the questioning about November and December

20   by the Government has nothing to do with reconnaissance or

21   taking photos in Washington, D.C., which is what I

22   understand your primary reason for wanting to submit this

23   is, to rebut the idea that the photographs Mr. Caldwell was

24   taking were any sort of reconnaissance as opposed to just

25   him snapping pictures.

1             And so that is my concern about this, which is

2    that if we -- if I were to even consider letting this in as

3    an adoptive admission, it would seem to me much, if not the

4    rest of this grand jury testimony, should come in, too, to

5    make sure that it's clear and it doesn't confuse the jury.

6             And my concern is then doing that -- that is,

7    presenting a whole bunch of grand jury testimony -- in here

8    that I think could cause a great deal of confusion in order

9    to provide some context and clarity for this -- you know,

10   these handful of lines that you'd like to have admitted.

11             MR. FISCHER:  Well -- may I sit, your Honor?

12             THE COURT:  Yes.  Of course.

13             MR. FISCHER:  So, your Honor, first of all, it

14   seems to me -- I read the question, and in the context of

15   the Government's -- in the context of their indictment, in

16   the context of their allegations from the beginning -- and

17   this is early on.  This is March 12th, when he's testifying,

18   of 2021.

19             They have clearly been saying from the beginning

20   that the November rally and the December rally, that these

21   were dry runs.  Mr. Nestler made mention of that -- or

22   reference to that in his opening argument.  It's been in

23   detention memos.  It's what they're saying as far as

24   Caldwell goes.

25             And of course, this is on behalf of all the

1    Defendants.

2            THE COURT:  I understand.

3            MR. FISCHER:  This isn't just Caldwell.

4            And I thought the grand juror's question was very

5    clear:  Was any of this going on -- this activity going on

6    on March 14th or December 12th, was it some type of dry run?

7            And he pretty clearly says he has no evidence to

8    back that up.

9            THE COURT:  Right.  But again -- you're right.  I

10   mean, that's what he says.  That's what was asked.

11           But my concern is, even if it's an adoptive

12   admission of some kind and is admissible in that respect, I

13   grant you that it is -- it has some probative value at least

14   to meet that element -- it is -- I mean, again, if you read

15   the full grand jury testimony, it is primarily about

16   Mr. Minuta and Mr. James.  When they are talking about

17   Mr. Minuta and Mr. James and what they did in November and

18   December at those rallies, it is primarily to discuss the

19   fact that those two men participated in personal security

20   details.

21           There's no testimony at all from the agent about

22   reconnaissance activity or anything to that effect prior to

23   the question being asked by the grand juror.

24           And, you know, as we've seen in this case,

25   different agents were assigned different aspects of the

1    investigation.  And it's not clear to me that this agent had

2    any role in investigating this question -- open question of

3    whether this was a reconnaissance mission or something else,

4    so -- or had a dual purpose.  I mean, I suppose that's the

5    other possibility.

6              MR. FISCHER:  Well, your Honor, I agree.  I don't

7    believe there's anything in there where he talks about

8    reconnaissance.  But he's clearly talking -- the question is

9    about the security details; the testimony has taken place

10    that they were there on the 14th, they were there on

11    December 12th, and that he has no evidence that those were

12    dry runs.

13              And, your Honor, I would say this:  I sent -- I

14    know it was in a separate email, but 801 does not require

15    personal knowledge of the declarant.

16              THE COURT:  No.  I'm not suggesting it does.

17              But this is less about his personal knowledge than

18    the absence of personal knowledge.

19              So -- right?  I mean, he's saying:  I don't know;

20    I don't have any evidence.

21              But the problem from my perspective is that it's

22    not clear to me he has any foundation to say one way or

23    another.  And based upon his earlier testimony in that grand

24    jury session -- again, it's fairly limited and discrete to

25    Mr. Minuta and Mr. James and what they did at those rallies,

1    which was provide a personal security detail.  That's really

2    it.

3              It's not as if, for example, you know,

4    Mr. Esposito came in and said, Look, here are all these

5    photographs that Mr. Caldwell took in December and November,

6    and then left the jury with the impression that this was a,

7    you know, dry run or what have you.  That's just not the

8    nature of this testimony.

9              And I think it's --

10             MR. FISCHER:  If I may point out, so the grand

11    juror who asked the question stated -- the grand juror

12    said -- this is on Page 39 of the grand jury testimony --

13    quote:  We see in the photo in front of the Willard Hotel

14    where -- this red, white and blue tag that sort of looks

15    official, but it's not on when he was with Roger Stone.  And

16    I wondered, because of this whole thing being permitted on

17    the Capitol grounds, that someone that seems to have

18    disappeared when he was in the golf cart -- I just wondered

19    what that tag was for and would it have allowed there?

20             And I apologize.  And then -- I'm sorry.  It

21    was -- I apologize.  It was -- I --

22             THE COURT:  That's all right, Mr. Fischer.  I

23    think that question refers to Mr. Minuta on the golf cart,

24    that video that we've already seen.

25             MR. FISCHER:  I'm sorry, your Honor.  It was on

1    Page 38.  The grand juror asked, quote:  I have a

2    few questions.  One is, do you think you have any evidence

3    that these previous marches were a kind of practice that

4    goes from Constitution, you know -- that it was meant -- you

5    didn't testify to this or anything, but I wondered if that's

6    about that.

7          So the grand juror is basically saying, you didn't

8    testify about this.

9          And then the Government basically restates the

10   question:  Do you believe that the rallies -- do you believe

11   that the rallies that occurred in November and December in

12   D.C. were, in fact, some sort of practice run or test run of

13   what was to take place?

14         So the question was:  Do you believe the rallies

15   were a practice run?

16         And he says:  No.

17         THE COURT:  Right.

18         MR. FISCHER:  So I think that's a very clear

19   question and a very clear answer.  And, your Honor, if -- if

20   he didn't really have the basis to make that statement, the

21   Government can call him in to explain.

22         And, your Honor, the Court has said against our

23   clients, our clients are stuck with their statements.  Well,

24   the same rule applies to the Government.  And this is a

25   very -- this is a very important issue because --

1          THE COURT:  No.  I'm not disputing the importance

2     of the issue.  I am --

3          MR. FISCHER:  And I'd point out Agent Palian also

4     testified and suggested a couple of times on his

5     cross-examination that it was a dry run, as well as

6     Mr. Nestler making that representation in opening argument.

7          So the Government has certainly argued it, and

8     then here they are.  And this is two months after

9     Mr. Caldwell -- or almost two months after Mr. Caldwell was

10    arrested.  And other Defendants were also arrested at this

11    point, too.

12          MR. EDWARDS:  Your Honor, may I be heard?

13          THE COURT:  Sure.

14          MR. EDWARDS:  The Court is correct.  Special Agent

15    Esposito came in to the grand jury and testified, as you can

16    see when you read the entirety of the grand jury transcript,

17    about two particular individuals.  There were one or two

18    occasions in which he mentioned, if I remember correctly,

19    Ms. Watkins and Mr. Meggs.

20          He did not mention Mr. Caldwell.

21          As evidence of the Court's reading of this grand

22    jury transcript, you'll note that the superseding indictment

23    that came on March 31st added Mr. Minuta and Mr. James.

24          And so Special Agent Esposito's testimony over the

25    course of that day and another day in the grand jury was

1    specifically focused on meeting an indictment deadline for

2    the two individuals who had been previously arrested by

3    complaint.

4         And so the grand juror's question here appears to

5    have been focused on Special Agent Esposito's testimony

6    about the November and December rally as it pertained to

7    Mr. James and Mr. Minuta, both of whom had attended at least

8    one of those, one of those individuals who attended both

9    rallies in November and December.  And he talked about it

10   during his -- the course of his testimony.

11        And so, you know, one, the Government agrees with

12   the Court's read that this testimony, when put in context,

13   clearly doesn't stand for what Mr. Fischer thinks it does,

14   or at least is arguing that it does.

15        And two, under 403, it would just be confusing to

16   the jury here to then incorporate an entire body's worth of

17   grand jury testimony when it relates to one point that it's

18   the Government's position doesn't -- isn't actually relevant

19   to what Mr. Fischer is saying.

20        THE COURT:  Well, I think it's relevant to the

21   issue.  I think the question is whether it has the potential

22   to create greater confusion than not.

23        Like I said, my concern here is that, to give the

24   statement some actual context -- you know, I would feel --

25   it would not -- to give some testimony some context --

1    there's a fair amount in this grand jury that, it seems to

2    me, would need to come in in order to provide context for

3    it.  And that's my concern.  And I don't think that is

4    something I'd like to do.

5            But let me just -- let me give it further thought

6    overnight and see if there's a way to strike a balance here.

7            But that's my concern because, as I said -- and

8    I'm repeating myself -- the grand jury testimony really is

9    about Mr. James and Mr. Minuta.  The references to November

10   and December are their conduct -- pertaining to their

11   conduct and their providing security.  And, you know, why

12   this grand juror asked the question that he or she asked is

13   a little unclear.  And the extent of this agent's knowledge

14   and ability to even provide testimony is a little unclear.

15           But you are right, Mr. Fischer, that they could

16   call this agent.  Do we know where Agent Esposito is?

17           MR. EDWARDS:  I do not -- not right -- I mean, I

18   think he still works for WFO, your Honor.  But I can get the

19   whereabouts.

20           I would like to just add, before we break on this

21   issue, one, just to kind of elaborate a little bit on the

22   Government's point here -- I think your Honor is referencing

23   this -- it wouldn't just be the entirety of the grand jury

24   testimony that would need to come in for the context of

25   Special Agent Esposito's testimony, but it would have to be

1    the role of the grand jury, indictment deadlines.  Like,

2    that context, it's the Government's position, would have to

3    come in, and it would further confuse the jury here in terms

4    of everything that would have to come in through the door

5    just for this one line.

6            And then I'd just reiterate the Government's

7    original kind of more substantive point.  I know your Honor

8    wasn't addressing that, but the 801 point here in terms

9    of -- this was a question from a grand juror.

10           I understand Mr. Fischer's case law still not to

11   really be addressing the concept of grand jury testimony

12   under 801, but to the extent that he's now referencing

13   801(d)(2)(D), I'd still highlight that in the D.C. Circuit

14   in Footnote 15 now -- not just Footnote 10, but Footnote 15,

15   cites to a couple other past cases and highlights still the

16   open question of whether or not those courts looked at

17   whether or not the United States Attorney's Office approved.

18           And we're kind of really --

19           THE COURT:  Right.  I mean, just for everybody's

20   edification, if it's worthwhile -- worth your while --

21   there's a decision from Judge Huvelle in 2015, so it's more

22   recent than *Morgan* -- 151 F.Supp 3d -- it's 16, from

23   December of 2015 -- in which she does a nice job of

24   summarizing what the state of the law is both nationally and

25   in the District on this question.  And -- so anyway.

1          Let me move from that topic, then.  We have

2    something at 5:15?

3          THE COURTROOM DEPUTY:  Yes.  An arraignment.

4          THE COURT:  They're on Zoom?

5          THE COURTROOM DEPUTY:  Yes.  I'll tell them to

6    wait.

7          THE COURT:  This probably won't take that long,

8    hopefully.

9          On the issue of the statement made by the AUSA

10   during Mr. Caldwell's detention hearing on January 19th,

11   2021, Mr. Fischer seeks to have admitted a statement

12   pertaining to Mr. Caldwell's purported criminal history.

13         Mr. Fischer, I take it that is inaccurate, that

14   there were no pending traffic matters in which Mr. Caldwell

15   was on fugitive status?

16         MR. FISCHER:  That's correct.  He has no criminal

17   history.

18         THE COURT:  And can I just ask, do we have a sense

19   of what the presentence -- the pretrial report showed on

20   this?

21         MR. FISCHER:  Your Honor, I read the transcript.

22   There was no reference to a pretrial services report.

23         THE COURT:  Okay.  Do we know what it reflected?

24         Ms. Rakoczy, do you know?

25         MS. RAKOCZY:  My recollection -- and this is just

1    my recollection, so it could be wrong -- is that there was

2    not -- that information was not on the pretrial report.

3          My recollection -- so this detention hearing was

4    in the Western District of Virginia, was handled by an AUSA

5    in that district who was doing the Government a favor and

6    operating solely on the information that we provided.

7          And my recollection is -- and this could be wrong,

8    but my recollection is that I personally misread the NCIC

9    report.  I either had it for a different Mr. Caldwell or it

10    was -- I was misreading what I had for the correct

11    Mr. Caldwell.  I can't recall.

12          And I recall giving that fact to the AUSA in the

13    Western District.  And I think that is what he based that

14    argument on, if that -- to the best of my recollection, that

15    is what transpired.

16          And so I think it was an error on the part of

17    Government counsel here who was not speaking there.  And I

18    can't recall exactly what I was looking at, but that's my

19    recollection.

20          THE COURT:  Okay.  All right.  Well, I'll admit it

21    for the purpose that Mr. Fischer is seeking to admit it,

22    which is not about the truth of the matter, but about the

23    representation.

24          And this, frankly, is much more in line with the

25    cases in the circuit in which you have an AUSA standing up

 1    and making an affirmative representation, in this case, to a

 2    magistrate judge.

 3            MS. RAKOCZY:  If we could just be heard further on

 4    that, your Honor.

 5            We understand the Court's ruling.

 6            We would submit, then, if that's the argument that

 7    is going to be made from this, that the entirety then of

 8    that transcript, or other factors that were presented in

 9    support of detention, be presented so that the jury is not

10    left with the misapprehension that the Government argued for

11    detention solely on the basis of an erroneous fact.

12            THE COURT:  Well, what I would propose in that

13    case, because I don't want to then open up the entire

14    transcript, is that we just provide this as a statement that

15    an assistant U.S. attorney made to a magistrate judge,

16    unless Mr. Fischer believes it's otherwise important.

17            But, you know, this was a statement made to a

18    magistrate judge.  We don't need to provide the context,

19    that it was a detention hearing, what the consequences of

20    the detention hearing was.  None of that needs to be known

21    to the jury.

22            What really matters is the statement was made to a

23    magistrate judge and when it was made and it was inaccurate.

24            MS. RAKOCZY:  I just think it's a little bit

25    unfair, your Honor, to -- I'm not really sure I completely

1    understand the relevance of the Government making a mistake

2    without sort of placing it in the larger context of all the

3    facts.

4         THE COURT:  Well, let's put it this way:

5    Mr. Fischer has had -- a theory or a theme of his case is

6    that the Government was quick in its move to arrest and

7    indict Mr. Caldwell.  This is further evidence of that,

8    providing inaccuracy to a magistrate judge.

9         I think, on balance, this is probative of that

10   theory.  I don't want to open this up to a whole lot of

11   other stuff from the -- the detention hearing.  You know, I

12   don't think --

13        Mr. Fischer, are you intending to suggest to the

14   jury that this is anything more than just a sort of

15   misrepresentation as opposed to this was -- you know, the

16   Government was precipitous in its request to actually detain

17   Mr. Caldwell?  Because if you're going to go that far, then

18   Ms. Rakoczy may have something to say about it.

19        MR. FISCHER:  Your Honor, I just -- it -- my point

20   was it goes to the reliability of the investigation and --

21        THE COURT:  Right.  If you want to use it for that

22   limited purpose at this point in time, I'll allow it.

23        But if you want to sort of suggest anything more

24   and Mr. Caldwell -- you know, he was detained initially.

25   We -- then he had a bond hearing in front of me.  It was

1    actually -- he was detained twice.  I did it -- it was down

2    in Charlottesville first.  And I affirmed the decision.  You

3    came in, and I reconsidered.  So that was sort of the

4    progression.

5         But the bottom line is, if you want to argue that

6    the Government was precipitous in seeking his detention,

7    then arguably more of this comes in.  But if you want to use

8    it for a more limited purpose, I'll allow it.

9         MR. FISCHER:  And your Honor, I will agree not to

10   call Ms. Rakoczy as a witness.

11        THE COURT:  I wouldn't want to cross-examine her.

12        MR. FISCHER:  And I do appreciate her candor,

13   though.  She's been very candid all along.

14        MS. RAKOCZY:  Your Honor, we may, depending on the

15   context of how it comes out or how it is argued, seek leave

16   to present further evidence of the reasons for detention.

17   And --

18        THE COURT:  But again, it's not -- this isn't --

19   I'm not -- the jury doesn't need to know that this was a

20   reason for detention.  All they need to know on balance to

21   ensure that there's no confusion, undue prejudice to anyone

22   and, frankly, to turn this into a mini-trial about the bona

23   fides of having Mr. Caldwell detained in the first instance,

24   the statement was made to a magistrate judge shortly after

25   he was arrested.  In and out.  I don't think this is, at the

1    end of the day, a big deal.

2            I mean, if the issue, for example, was corrected

3    later -- I don't recall; the Government may want to have

4    that put into evidence to show that -- I don't remember what

5    the representation was by the time it came before me.  And

6    you can go back and take a look at those transcripts.

7            MS. RAKOCZY:  Yes, your Honor.  I will speak with

8    Mr. Fischer, because it's not clear to me if he's

9    envisioning this through a stipulation or what format.  So

10   if it's through a stipulation, maybe we can address those

11   facts.  If not, we'll be prepared with alternate evidence to

12   supplement and avoid any misimpression in the jury's mind.

13           THE COURT:  Okay.  All right.  Then we have

14   Mr. Manzo's statement that was made with respect to an

15   objection that Mr. Fischer -- and this is a sidebar

16   statement that Mr. Manzo made on October 17th.

17           Mr. Fischer had asked a question to the effect of,

18   Aren't you aware that the Government is -- that the purpose

19   of QRF -- and this was where Mr. Fischer's question was:

20   You understand the Government's entire theory was the QRF is

21   for the purpose of attacking the United States Capitol.

22   Right?

23           The witness answered:  That is not my

24   understanding.

25           There was an objection.  I sustained the

 1    objection.

 2              And then Mr. Fischer asked for further -- to be

 3    further heard.

 4              And it was in the course of that that Mr. Manzo

 5    responded to Mr. Fischer and said:  We would disagree with

 6    Mr. Fischer's assertion that the QRF was to attack the

 7    Capitol.  The QRF was available.

 8              I said:  I'm sorry?

 9              Mr. Manzo said:  The QRF was available.  And then

10    there was an attack on the Capitol.

11              And then there was an attack on the Capitol.

12              The Government's response to the request?

13              MR. MANZO:  Your Honor, I just think -- and I'm

14    aware of no case law where a sidebar statement from an AUSA

15    comes in as a party admission.  I think it confuses the jury

16    as to what we're doing during sidebars, and it would have to

17    be explained.

18              I also don't think my statement tends to say much

19    of anything, although I have now learned that it could be

20    used against me in a court of law.

21              So for those reasons, I just don't think it leads

22    the fact-finder in any particular direction.  This is the

23    same argument we've had with about 20 witnesses so far.  It

24    is the Government's theory of the case that the Oath Keepers

25    were looking for an opportunity and took it.

1           And of course, the defense theory is that there

2    was never any specific message saying X, Y and Z.

3           I don't think this statement in a sidebar with my

4    name on it tends to lead a fact-finder in any particular

5    direction.  And I think it would have to be explained, too,

6    what we're doing in sidebars, and I think it has a tendency

7    to confuse and mislead the jury.  Because then we could open

8    ourselves up to other sidebar admissions coming in in

9    general.

10          And I just don't think it's a -- I think -- let me

11   be a little more precise here:  When we're in a sidebar

12   conversation, we're trying to move very quickly, because we

13   have a jury waiting.  We do not have time to prepare a

14   certain statement.  And our statements are meant to move a

15   question and an answer directly and quickly.

16          So I just think that -- it's different than if

17   you're addressing the Court in a formal pleading or even in

18   an opening or closing argument.  I think it's a different

19   standard.  And it would be confusing to the jury to

20   understand what's going on in those experiences when the

21   husher is on.

22          THE COURT:  Okay.  Does the defense want to be

23   further heard on this?

24          MR. FISCHER:  Your Honor, if it was an offhand

25   comment -- and attorneys can make offhand comments, and I

1    understand that maybe they can misspeak.

2          In this case, the Government clearly objected to a

3    line of questioning regarding the purpose of the QRF.  So

4    that's basically one response to my question, which was the

5    QRF -- the purpose of it was to attack the Capitol.

6          And then Mr. Manzo made a statement where he

7    specifically said the QRF was not to attack the Capitol.

8          And then the Court basically sort of said, "I'm

9    sorry" or -- and Mr. Manzo basically repeated the same

10   thing.

11         Your Honor, for Mr. Caldwell -- Mr. Caldwell's

12   entire connection to this conspiracy is by being the QRF

13   coordinator.

14         This -- this is an admission.  This is a statement

15   of a party opponent.  It is not -- I don't think Mr. Manzo

16   was misspeaking when he said that.  It actually lined up

17   that the witness even said -- it was Agent Hilgeman -- said

18   that -- she gave an answer about the QRF was to occupy D.C.

19   It was some sort of a -- kind of -- you know, kind of, I

20   thought, bizarre answer.

21         But the witnesses are denying that.

22         So it seems to me, your Honor, that that is a --

23   that falls under 801 and it's a highly relevant issue.  So

24   we believe it comes in.

25         MR. MANZO:  And we think it's proper testimony for

1    an agent.  And if defense wants to present -- you know, clue

2    in testimony at closing about what an agent said on the

3    stand, I do not think statements by attorneys in a brief,

4    quick sidebar tend to lead a fact-finder in any particular

5    direction.  And I also think it tends to mislead the jury

6    about what sidebars are.  And it also opens the door to a

7    million statements coming in on sidebars during the course

8    of this monthlong trial.

9              I do not feel like going back and looking through

10   those transcripts.  I'm sure the Court doesn't either.

11             THE COURT:  Okay.  I'll give it some thought

12   overnight and then I'll rule in the morning.  Okay?

13             Mr. Crisp?

14             MR. CRISP:  A totally different issue, and since

15   we're all being candid here, 20 seconds.

16             The context comment that I had earlier about

17   *Williamson*:  I split up the research.  It was input from

18   someone else.  The context does matter.  So you'll read the

19   case.  And I didn't want you to think I don't know how to

20   read.  So it's clear --

21             THE COURT:  Mr. Crisp, context always matters.

22             MR. CRISP:  It does.

23             THE COURT:  And you've just demonstrated that.

24             MR. CRISP:  Thank you.  I just didn't want you to

25   think --

```
 1              THE COURT:  I appreciate it.  Thank you,
 2    Mr. Crisp.
 3              Anything else?
 4              So I'll get back to you all tomorrow morning on
 5    the statements against penal interest about these 801
 6    statements.  And then everybody understands the manner in
 7    which we'll proceed over the next few days.  Okay?
 8              MR. CRISP:  We're also going to talk about -- and
 9    the issue we raised, that you said you'll get back to
10    tomorrow, for the limiting instruction as to the
11    co-conspirator statements.
12              THE COURT:  Right.  That's the statement against
13    penal interest.
14              MR. CRISP:  Roger.  Okay.  I didn't hear you say
15    that.  Thank you.
16              THE COURT:  Thank you all.  Don't wait for me.
17    I've got another matter.
18              (Proceedings concluded.)
19
20
21
22
23
24
25
```

6272

1                          **CERTIFICATE**

2

3            I, LISA EDWARDS, RDR, CRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings produced to the

7      best of my ability.

8

9

10           Dated this 1st day of November, 2022.

11

12           /s/ Lisa Edwards, RDR, CRR
             Official Court Reporter
13           United States District Court for the
               District of Columbia
14           333 Constitution Avenue, Northwest
             Washington, D.C. 20001
15           (202) 354-3269

16

17

18

19

20

21

22

23

24

25

6273

**'**

**'21** [3] - 6157:19, 6158:2, 6161:6
**'read** [1] - 6206:19

---

**/**

**/s** [1] - 6272:12

---

**0**

**00:33** [1] - 6208:7
**00:49:42** [1] - 6197:7
**00:56:34** [1] - 6190:6
**00:58:09** [1] - 6223:15
**08077** [1] - 6094:7
**09** [5] - 6149:6, 6149:9, 6151:5, 6151:19

---

**1**

**1** [17] - 6093:6, 6155:7, 6155:19, 6155:24, 6159:11, 6161:20, 6186:23, 6197:9, 6227:15, 6227:17, 6227:18, 6227:24, 6227:25, 6228:2, 6230:1, 6234:16, 6236:20
**1-11-21** [1] - 6206:10
**1-12-21** [1] - 6208:4
**1-13-21** [1] - 6208:7
**1-17** [1] - 6200:13
**1-6** [8] - 6110:8, 6110:13, 6110:20, 6111:1, 6135:1, 6140:9, 6236:2, 6237:5
**1-7** [1] - 6110:20
**1-7-2021** [4] - 6201:21, 6202:20, 6203:9, 6204:17
**1-7-21** [5] - 6192:4, 6194:23, 6200:18, 6201:7, 6203:18
**1-8** [2] - 6110:22, 6205:13
**1-8-2021** [1] - 6205:23
**1-8-21** [2] - 6205:10, 6205:17
**1.S.159.1157** [2] - 6225:19, 6225:21

---

**10** [3] - 6200:15, 6200:16, 6260:14
**100** [1] - 6106:2
**102** [2] - 6123:1, 6123:3
**103** [1] - 6123:3
**105** [1] - 6097:25
**10:30** [1] - 6202:13
**11** [5] - 6127:18, 6130:1, 6161:23, 6201:9, 6201:13
**11157** [1] - 6225:21
**11:59:59** [2] - 6197:15, 6199:24
**12** [6] - 6130:1, 6218:19, 6218:22, 6219:13, 6219:17, 6220:1
**12-25** [1] - 6114:3
**125** [1] - 6098:1
**12th** [3] - 6252:17, 6253:6, 6254:11
**13** [9] - 6128:3, 6128:5, 6128:6, 6149:5, 6194:12, 6218:20, 6218:22, 6219:13, 6220:1
**130** [1] - 6094:6
**14** [3] - 6102:4, 6128:9, 6184:3
**140** [3] - 6108:25, 6109:1, 6110:4
**141** [4] - 6094:6, 6112:4, 6112:5
**144** [1] - 6111:23
**145** [1] - 6113:13
**14:51:56** [1] - 6148:25
**14th** [5] - 6120:14, 6121:20, 6205:5, 6253:6, 6254:10
**15** [7] - 6096:2, 6128:13, 6146:14, 6172:15, 6223:15, 6260:14
**15-digit** [1] - 6186:9
**151** [1] - 6260:22
**15th** [5] - 6191:11, 6192:22, 6197:6, 6197:22, 6212:23
**16** [4] - 6128:17, 6225:11, 6225:12, 6260:22
**16:58:50** [1] - 6196:23
**17** [1] - 6128:21
**17110** [1] - 6094:10
**179** [1] - 6197:23
**17:28** [1] - 6205:6
**17th** [3] - 6197:15,

---

6199:24, 6266:16
**18** [2] - 6128:24, 6228:20
**180** [1] - 6107:10
**186** [5] - 6188:11, 6188:16, 6191:9, 6218:12, 6218:13
**187** [2] - 6196:2, 6223:3
**19** [5] - 6102:4, 6229:5, 6228:19, 6228:21, 6243:3
**19-minute** [1] - 6229:2
**196** [2] - 6192:23, 6193:2, 6193:7
**197** [1] - 6193:17
**199** [1] - 6196:18
**19th** [1] - 6261:10
**1:00** [1] - 6096:4
**1:10** [1] - 6113:7
**1:11** [1] - 6113:6
**1:12:21** [1] - 6207:19
**1:13:27** [1] - 6223:17
**1:28** [1] - 6093:7
**1:31** [1] - 6220:24
**1:43** [1] - 6130:4
**1:44** [1] - 6130:9
**1:45** [2] - 6130:25
**1:58:40** [1] - 6205:18
**1st** [1] - 6272:10

---

**2**

**2** [11] - 6125:2, 6155:11, 6161:23, 6162:9, 6164:11, 6185:24, 6186:2, 6187:1, 6187:18, 6187:21, 6188:7
**20** [7] - 6129:8, 6129:13, 6155:15, 6164:10, 6246:17, 6267:23, 6270:15
**20001** [2] - 6094:18, 6272:14
**2001** [2] - 6185:20, 6204:15
**2001.T.1** [12] - 6095:12, 6105:11, 6107:9, 6180:4, 6180:18, 6181:15, 6181:17, 6184:20, 6188:12, 6197:10, 6218:12, 6223:3
**2001.T.129** [1] - 6125:2
**2002** [1] - 6118:13
**2002.T.61** [8] -

---

6095:12, 6180:5, 6180:18, 6181:15, 6181:18, 6198:1, 6199:13, 6220:8
**20036** [1] - 6094:4
**2015** [2] - 6260:21, 6260:23
**2018** [8] - 6210:19, 6210:20, 6210:25, 6211:12, 6212:11, 6214:7, 6214:10, 6215:15
**202** [2] - 6094:18, 6272:15
**2020** [4] - 6187:25, 6197:14, 6199:23, 6212:12
**2021** [23] - 6126:3, 6138:1, 6172:2, 6190:6, 6191:11, 6192:22, 6193:10, 6195:17, 6196:23, 6197:6, 6197:15, 6199:24, 6205:5, 6212:12, 6213:7, 6213:18, 6214:16, 6215:5, 6217:1, 6223:15, 6223:17, 6252:18, 6261:11
**2022** [2] - 6093:6, 6272:10
**20530** [1] - 6093:21
**20579** [2] - 6093:18
**20:43:50** [1] - 6193:10
**20:50:24** [1] - 6194:23
**20th** [2] - 6197:14, 6199:23
**21** [2] - 6093:10, 6129:16
**21061** [1] - 6094:13
**22** [1] - 6129:19
**22-00015** [1] - 6093:3
**22.T.27** [1] - 6140:1
**220** [2] - 6113:24, 6115:5
**2200** [1] - 6110:13
**23** [1] - 6129:22
**23:04:40** [1] - 6187:25
**24** [2] - 6128:5, 6129:24
**25** [2] - 6160:10, 6202:16
**252** [1] - 6115:8
**253** [1] - 6116:6
**26** [1] - 6161:19
**27** [1] - 6130:16
**29** [3] - 6130:18,

---

6247:18, 6248:7
**29s** [1] - 6247:12
**2:06** [1] - 6131:19
**2:08** [1] - 6124:12
**2:11** [2] - 6132:5, 6133:2
**2:13** [1] - 6156:7
**2:19** [5] - 6131:14, 6132:11, 6149:23, 6150:2, 6150:22
**2:38** [1] - 6156:10
**2:39** [1] - 6155:8
**2:40** [1] - 6228:5
**2:40:40** [1] - 6227:12
**2:41** [3] - 6227:12, 6228:18
**2:48** [1] - 6133:14
**2:51:56** [2] - 6148:25, 6149:4
**2:52** [1] - 6151:4
**2:52:56** [1] - 6149:5
**2:53** [1] - 6152:18
**2:53:08** [4] - 6149:6, 6149:9, 6151:5, 6151:19
**2:54** [2] - 6135:1, 6136:25
**2:58** [3] - 6155:20, 6155:25, 6228:25
**2:59** [3] - 6228:25, 6230:5, 6244:8

---

**3**

**3** [1] - 6105:11
**30** [5] - 6160:9, 6167:17, 6246:15, 6246:17, 6246:20
**303** [1] - 6094:7
**30th** [1] - 6187:25
**31st** [1] - 6257:23
**32** [2] - 6206:6, 6206:9
**3300** [1] - 6093:24
**333** [2] - 6094:17, 6272:14
**34** [2] - 6179:12, 6207:16
**35** [1] - 6131:17
**354-3269** [2] - 6094:18, 6272:15
**38** [1] - 6256:1
**39** [2] - 6132:3, 6255:12
**397** [2] - 6233:17, 6236:19
**3:00** [2] - 6229:21, 6231:1
**3:01:27** [1] - 6158:17

6274

**3:06** [2] - 6136:14, 6136:16
**3:06:59** [2] - 6159:2, 6159:9
**3:07** [1] - 6137:9
**3:09** [1] - 6177:2
**3:10** [1] - 6176:23
**3:14** [1] - 6155:12
**3:25** [3] - 6161:4, 6161:19, 6176:24
**3:27** [1] - 6162:8
**3:28** [3] - 6164:9, 6227:4, 6231:12
**3:28:14** [1] - 6226:1
**3:30** [7] - 6118:7, 6154:20, 6165:11, 6168:9, 6175:23, 6177:14, 6241:13
**3d** [1] - 6260:22
**3rd** [1] - 6119:13

**4**

**4** [2] - 6199:25, 6200:4
**40** [2] - 6132:24, 6160:10
**403** [1] - 6258:15
**4031** [1] - 6094:10
**43** [1] - 6133:12
**45** [2] - 6126:15, 6246:10
**46** [1] - 6133:18
**47** [1] - 6133:25
**48** [2] - 6133:25, 6134:1
**4:02** [1] - 6203:19
**4:58** [1] - 6245:18

**5**

**50** [1] - 6107:9
**51** [2] - 6107:2, 6134:22
**512** [1] - 6096:15
**52** [1] - 6135:25
**53** [3] - 6136:8, 6221:24, 6222:3
**55** [2] - 6136:5, 6137:2
**56** [1] - 6137:11
**56.57** [2] - 6151:3, 6151:8
**58** [1] - 6168:10
**594** [1] - 6096:15
**5:00** [3] - 6110:14, 6175:24, 6245:12
**5:15** [1] - 6261:2

**5:18** [1] - 6110:11
**5th** [2] - 6237:21, 6241:9

**6**

**6** [14] - 6120:12, 6126:12, 6157:19, 6158:2, 6161:6, 6164:20, 6169:3, 6170:15, 6171:16, 6233:6, 6233:16, 6233:20, 6235:9, 6238:25
**601** [2] - 6093:17, 6094:3
**6124** [1] - 6095:6
**6153** [1] - 6095:6
**6178** [1] - 6095:8
**6181** [2] - 6095:12, 6095:12
**6208** [1] - 6095:8
**6224** [1] - 6095:7
**6273** [4] - 6185:21, 6186:9, 6186:22, 6187:6
**67** [1] - 6156:18
**67.31** [1] - 6154:18
**67.32** [3] - 6156:22, 6225:19, 6225:20
**67.57** [10] - 6142:19, 6142:22, 6143:5, 6143:18, 6144:6, 6144:18, 6145:1, 6145:8, 6149:16, 6149:18
**6706** [1] - 6094:17
**6:00** [1] - 6172:11
**6th** [37] - 6109:8, 6109:24, 6121:19, 6121:21, 6121:24, 6125:10, 6126:3, 6130:4, 6146:3, 6146:6, 6149:23, 6154:20, 6155:3, 6161:4, 6162:8, 6164:9, 6165:13, 6171:13, 6172:2, 6221:1, 6221:9, 6226:3, 6227:4, 6232:22, 6232:23, 6238:2, 6239:24, 6240:3, 6240:7, 6240:19, 6240:22, 6240:25, 6241:9, 6241:13, 6244:11, 6246:11, 6251:8

**7**

**7** [1] - 6126:19
**7.P.I** [2] - 6122:10, 6122:16
**700** [1] - 6093:25
**7310** [1] - 6094:13
**75219** [1] - 6093:25
**7:00** [4] - 6171:20, 6171:25, 6220:25, 6232:4
**7:15** [2] - 6171:13, 6172:2
**7:38** [1] - 6140:9
**7:46** [1] - 6103:9
**7th** [5] - 6190:6, 6193:10, 6195:16, 6220:24, 6223:17

**8**

**8** [1] - 6127:4
**80** [2] - 6220:8, 6220:9
**801** [7] - 6250:7, 6250:21, 6254:14, 6260:8, 6260:12, 6269:23, 6271:5
**801(d)(2)(D** [1] - 6260:13
**804(b)(3)(B** [1] - 6100:2
**81** [1] - 6202:15
**83** [1] - 6221:4
**84** [2] - 6204:14, 6221:13
**87** [6] - 6146:8, 6146:16, 6146:23, 6148:1, 6148:6, 6148:19
**875** [2] - 6096:17, 6096:22
**8:30** [1] - 6221:1
**8th** [3] - 6196:23, 6197:19, 6197:20

**9**

**900** [1] - 6094:3
**915** [3] - 6096:17, 6096:21, 6096:22
**950** [1] - 6093:20
**9:30** [1] - 6245:13
**9:44** [1] - 6236:20

**A**

**a.m** [4] - 6110:11, 6202:13, 6220:20, 6236:20
**ability** [2] - 6259:14, 6272:7
**able** [4] - 6101:11, 6213:12, 6236:12, 6246:12
**abortion** [1] - 6196:15
**absence** [2] - 6126:6, 6254:18
**absent** [1] - 6216:5
**absolutely** [3] - 6135:3, 6146:2, 6194:11
**accept** [5] - 6113:3, 6124:15, 6195:19, 6226:22, 6243:8
**acceptable** [1] - 6248:11
**access** [2] - 6125:24, 6208:1
**access.zip** [1] - 6222:16
**accommodate** [1] - 6249:2
**accomplish** [1] - 6246:5
**accomplishing** [1] - 6100:24
**according** [1] - 6212:22
**accosted** [1] - 6146:3
**account** [24] - 6182:7, 6182:8, 6182:13, 6182:16, 6182:21, 6183:3, 6184:9, 6184:13, 6184:15, 6185:6, 6185:7, 6185:8, 6185:10, 6185:12, 6186:6, 6187:8, 6187:10, 6195:14, 6198:5, 6200:6, 6208:1, 6208:10, 6208:14, 6208:18
**accountholder** [2] - 6182:24, 6186:13
**accountholders** [3] - 6179:20, 6179:25, 6188:22
**accounts** [1] - 6200:9
**accurate** [11] - 6163:25, 6164:1,

6165:6, 6166:9, 6166:25, 6168:23, 6215:12, 6216:17, 6217:9, 6239:5, 6272:4
**accused** [1] - 6142:16
**ACP** [2] - 6126:15, 6126:25
**Action** [1] - 6093:3
**action** [4] - 6176:23, 6182:10, 6186:13, 6186:15
**actions** [1] - 6251:8
**activities** [1] - 6188:7
**activity** [13] - 6111:1, 6185:25, 6186:2, 6186:3, 6186:4, 6186:5, 6187:12, 6187:15, 6187:16, 6187:18, 6253:5, 6253:22
**actual** [4] - 6131:23, 6158:24, 6195:12, 6258:24
**add** [4] - 6101:10, 6149:4, 6149:5, 6259:20
**added** [2] - 6118:13, 6257:23
**additional** [1] - 6124:16
**address** [1] - 6266:10
**addressing** [4] - 6140:12, 6260:8, 6260:11, 6268:17
**adjourn** [2] - 6247:17, 6248:7
**admissibility** [3] - 6097:12, 6123:3, 6123:5
**admissible** [7] - 6102:18, 6106:19, 6120:24, 6121:1, 6122:7, 6122:8, 6253:12
**admission** [8] - 6101:17, 6102:20, 6103:6, 6251:1, 6252:3, 6253:12, 6267:15, 6269:14
**admissions** [2] - 6103:12, 6268:8
**admit** [6] - 6139:14, 6181:10, 6217:14, 6250:24, 6262:20, 6262:21
**admitted** [7] -

6154:18, 6156:21, 6181:16, 6198:11, 6199:12, 6252:10, 6261:11

**admitting** [3] - 6098:13, 6216:16, 6216:18

**adoptive** [3] - 6251:1, 6252:3, 6253:11

**Adrian** [6] - 6128:6, 6129:16, 6134:7, 6136:10, 6138:15, 6195:21

**affirmed** [1] - 6265:2

**afternoon** [10] - 6118:18, 6124:24, 6124:25, 6153:12, 6153:13, 6178:16, 6208:23, 6208:24, 6224:17, 6232:22

**AFTERNOON** [1] - 6093:5

**afterwards** [2] - 6134:1, 6167:24

**agency** [1] - 6138:23

**agent** [14] - 6124:24, 6126:15, 6140:6, 6147:3, 6149:18, 6153:6, 6153:20, 6246:4, 6246:7, 6253:21, 6254:1, 6259:16, 6270:1, 6270:2

**Agent** [28] - 6137:24, 6139:7, 6153:12, 6154:8, 6154:17, 6156:21, 6176:8, 6176:18, 6177:5, 6178:3, 6178:6, 6224:2, 6224:11, 6224:16, 6235:8, 6245:20, 6246:2, 6246:6, 6246:9, 6246:18, 6251:3, 6257:3, 6257:14, 6257:24, 6258:5, 6259:16, 6259:25, 6269:17

**agent's** [3] - 6126:9, 6250:21, 6259:13

**agents** [6] - 6131:22, 6132:1, 6133:9, 6137:21, 6139:23, 6253:25

**aggrandizing** [1] - 6105:4

**ago** [5] - 6142:7, 6177:18, 6183:20, 6183:22, 6224:25

**agree** [39] - 6105:23, 6118:9, 6126:24, 6127:2, 6127:8, 6127:20, 6130:13, 6130:15, 6131:3, 6131:11, 6132:11, 6132:14, 6137:13, 6138:3, 6141:18, 6141:22, 6142:3, 6142:5, 6143:8, 6145:3, 6145:23, 6147:12, 6150:17, 6152:16, 6153:23, 6155:10, 6157:7, 6161:19, 6161:22, 6162:18, 6166:19, 6167:18, 6170:18, 6170:22, 6173:22, 6194:6, 6222:12, 6254:6, 6265:9

**agreed** [3] - 6150:1, 6154:7, 6167:13

**agrees** [1] - 6258:11

**ahead** [12] - 6114:21, 6125:16, 6125:18, 6143:16, 6144:24, 6146:17, 6147:19, 6147:24, 6165:8, 6176:7, 6176:16, 6222:7

**ain't** [1] - 6135:2

**al** [1] - 6093:6

**Alabama** [1] - 6148:11

**Alex** [1] - 6251:17

**Alexander** [2] - 6240:15, 6240:18

**ALEXANDRA** [1] - 6093:19

**Ali** [2] - 6240:15, 6240:18

**align** [1] - 6229:2

**alive** [1] - 6190:18

**allegation** [1] - 6102:9

**allegations** [2] - 6122:4, 6252:16

**alleged** [7] - 6103:13, 6111:13, 6120:17, 6155:6, 6155:11, 6161:23, 6243:22

**allegedly** [2] - 6099:3, 6213:14

**alleges** [1] - 6098:20

**allow** [5] - 6109:22, 6116:20, 6117:17, 6264:22, 6265:8

**allowed** [2] - 6215:13, 6255:19

**allusions** [1] - 6117:3

**almost** [4] - 6135:8, 6151:1, 6168:22, 6257:9

**alone** [1] - 6230:8

**alternate** [1] - 6266:11

**alternatively** [1] - 6247:14

**AMERICA** [1] - 6093:3

**American** [3] - 6140:25, 6141:25, 6142:14

**AMIT** [1] - 6093:11

**amount** [1] - 6259:1

**analogy** [1] - 6097:24

**analysis** [2] - 6097:2, 6099:20

**AND** [1] - 6094:9

**Animal** [1] - 6194:17

**answer** [6] - 6126:7, 6236:23, 6256:19, 6268:15, 6269:18, 6269:20

**answered** [1] - 6266:23

**answers** [2] - 6237:8

**anyhow** [1] - 6220:22

**anyplace** [1] - 6174:8

**anyway** [1] - 6260:25

**AOR** [1] - 6225:5

**apart** [1] - 6135:23

**apologies** [2] - 6124:15, 6144:12

**apologize** [6] - 6130:17, 6140:2, 6148:16, 6167:4, 6255:20, 6255:21

**apparent** [1] - 6113:9

**appear** [12] - 6127:21, 6127:23, 6136:24, 6144:9, 6145:4, 6145:13, 6157:11, 6162:12, 6170:14, 6182:21, 6195:11, 6222:12

**appearance** [1] - 6172:17

**aPPEARANCES** [1] - 6093:13

**APPEARANCES** [1] - 6094:1

**appeared** [2] - 6143:21, 6144:1

**applicable** [1] - 6179:6

**applied** [1] - 6116:10

**applies** [1] - 6256:24

**apply** [2] - 6105:7, 6116:9

**appreciate** [4] - 6223:25, 6243:10, 6265:12, 6271:1

**approaching** [1] - 6245:11

**appropriate** [2] - 6117:18, 6235:19

**approved** [1] - 6260:17

**area** [7] - 6143:9, 6152:2, 6152:25, 6153:22, 6242:1, 6242:6, 6243:6

**arguably** [9] - 6106:22, 6157:20, 6158:4, 6159:22, 6159:24, 6162:1, 6162:9, 6251:16, 6265:7

**argue** [2] - 6103:14, 6265:5

**argued** [3] - 6257:7, 6263:10, 6265:15

**arguing** [4] - 6102:20, 6103:5, 6107:12, 6258:14

**argument** [13] - 6096:19, 6104:25, 6106:10, 6109:17, 6115:14, 6216:17, 6248:7, 6252:22, 6257:6, 6262:14, 6263:6, 6267:23, 6268:18

**arguments** [1] - 6247:21

**armed** [1] - 6243:16

**arraignment** [1] - 6261:3

**arrest** [2] - 6228:9, 6264:6

**arrested** [10] - 6117:7, 6117:9, 6117:19, 6117:20, 6138:1, 6177:24, 6257:10, 6258:2, 6265:25

**arriving** [1] - 6249:1

**article** [17] - 6109:9, 6109:13, 6109:23, 6109:24, 6110:9, 6110:10, 6110:12, 6110:17, 6111:4, 6111:5, 6111:8, 6113:13, 6113:14, 6196:12, 6196:13,

6206:12, 6206:13

**aside** [5] - 6115:9, 6138:10, 6163:1, 6164:23, 6250:25

**aspects** [1] - 6253:25

**ass** [1] - 6203:4

**assaulted** [3] - 6144:22, 6146:3, 6243:22

**assaulting** [3] - 6145:4, 6146:5, 6243:23

**assertion** [1] - 6267:6

**assess** [2] - 6098:15, 6099:6

**assessment** [3] - 6097:12, 6098:9, 6228:3

**assigned** [2] - 6119:15, 6253:25

**assignments** [1] - 6160:22

**assistant** [1] - 6263:15

**associated** [5] - 6123:6, 6180:3, 6185:20, 6186:15, 6199:15

**ASSOCIATES** [1] - 6094:9

**assume** [3] - 6228:21, 6240:4, 6247:4

**assuming** [1] - 6137:14

**attached** [1] - 6101:6

**attachment** [2] - 6196:9, 6196:10

**attack** [6] - 6147:13, 6267:6, 6267:10, 6267:11, 6269:5, 6269:7

**attacking** [1] - 6266:21

**attempted** [3] - 6138:18, 6138:22, 6219:24

**attempting** [1] - 6105:3

**attended** [2] - 6258:7, 6258:8

**attention** [3] - 6096:10, 6096:14, 6142:25

**attested** [1] - 6215:25

**attorney** [1] - 6263:15

**Attorney's** [1] - 6260:17
**ATTORNEY'S** [1] - 6093:16
**attorneys** [2] - 6268:25, 6270:3
**attributed** [1] - 6103:13
**August** [1] - 6153:21
**AUSA** [5] - 6261:9, 6262:4, 6262:12, 6262:25, 6267:14
**authentic** [2] - 6216:1, 6216:6
**authenticated** [2] - 6234:18, 6234:19
**authentication** [1] - 6234:20
**authenticity** [3] - 6216:10, 6216:23, 6235:22
**author** [16] - 6114:4, 6189:16, 6189:17, 6201:23, 6201:24, 6202:23, 6202:24, 6203:2, 6204:5, 6204:7, 6204:9, 6204:18, 6206:18, 6207:1, 6207:20, 6223:9
**authored** [18] - 6190:3, 6190:15, 6191:1, 6192:16, 6193:8, 6195:18, 6195:21, 6196:6, 6196:7, 6196:22, 6200:19, 6201:8, 6202:3, 6202:8, 6202:11, 6203:10, 6206:11, 6223:12
**auto** [1] - 6189:24
**auto-generated** [1] - 6189:24
**automated** [1] - 6217:8
**available** [2] - 6267:7, 6267:9
**Avenue** [5] - 6093:20, 6093:24, 6094:3, 6094:17, 6272:14
**avoid** [1] - 6266:12
**aware** [27] - 6118:10, 6118:12, 6139:6, 6139:18, 6155:6, 6155:24, 6156:5, 6160:13, 6160:21, 6163:4, 6169:3, 6172:7, 6173:13, 6173:15, 6221:7,

6234:11, 6234:13, 6239:22, 6240:1, 6240:6, 6243:21, 6243:23, 6243:24, 6244:1, 6266:18, 6267:14
**Aye** [1] - 6208:5
**aye** [1] - 6208:5
**Aye-aye** [1] - 6208:5

## B

**backtrack** [1] - 6243:15
**backup** [1] - 6235:10
**backward** [1] - 6207:22
**backwards** [1] - 6207:24
**bad** [5] - 6127:10, 6147:9, 6147:10, 6203:4, 6220:19
**balance** [3] - 6259:6, 6264:9, 6265:20
**balcony** [3] - 6136:17, 6136:25, 6143:24
**Ballston** [1] - 6160:19
**bang** [1] - 6140:13
**Banks** [1] - 6246:9
**bar** [1] - 6097:13
**BARRETT** [1] - 6093:24
**barricades** [2] - 6140:23, 6141:6
**based** [34] - 6111:16, 6131:3, 6141:22, 6151:25, 6152:19, 6154:4, 6155:1, 6156:5, 6160:13, 6162:16, 6163:15, 6166:7, 6167:21, 6167:25, 6168:23, 6169:15, 6170:14, 6173:8, 6179:4, 6179:7, 6189:12, 6190:21, 6208:15, 6214:7, 6217:14, 6217:15, 6219:1, 6230:4, 6235:15, 6239:9, 6249:2, 6251:2, 6254:23, 6262:13
**basing** [1] - 6228:3
**basis** [8] - 6120:24, 6123:17, 6123:19, 6125:13, 6155:5, 6244:4, 6256:20,

6263:11
**battle** [1] - 6147:16
**bear** [2] - 6239:7, 6239:18
**BEFORE** [1] - 6093:11
**beg** [1] - 6219:12
**began** [1] - 6153:18
**begin** [1] - 6096:7
**beginning** [6] - 6142:19, 6149:1, 6149:20, 6200:1, 6252:16, 6252:19
**behalf** [1] - 6252:25
**behind** [1] - 6212:19
**belief** [1] - 6216:5
**believes** [4] - 6097:3, 6120:14, 6122:2, 6263:16
**belongings** [1] - 6135:4
**below** [3] - 6219:6, 6220:11, 6220:12
**Berryville** [4] - 6135:2, 6135:5, 6135:7, 6135:14
**best** [3] - 6195:22, 6262:14, 6272:7
**betrayed** [1] - 6112:14
**better** [2] - 6117:14, 6117:25
**between** [14] - 6145:13, 6168:9, 6200:6, 6206:3, 6208:13, 6210:1, 6228:18, 6232:11, 6232:15, 6232:18, 6233:2, 6240:14, 6246:17, 6247:22
**beyond** [1] - 6241:12
**Bible** [1] - 6195:5
**Biden** [2] - 6112:15, 6196:16
**big** [3] - 6193:14, 6266:1
**bigger** [1] - 6251:2
**bigot** [1] - 6113:4
**bit** [11] - 6103:20, 6128:6, 6147:1, 6221:15, 6237:20, 6241:12, 6247:17, 6249:16, 6250:16, 6259:21, 6263:24
**bitch** [1] - 6136:11
**bizarre** [1] - 6269:20
**blamed** [1] - 6140:24
**blow** [5] - 6115:18, 6218:14, 6220:12, 6221:14, 6221:24

**blown** [1] - 6196:5
**blown-up** [1] - 6196:5
**blue** [3] - 6218:13, 6220:10, 6255:14
**board** [8] - 6117:1, 6117:3, 6117:4, 6117:11, 6117:16, 6138:16, 6177:20
**bodies** [3] - 6195:16, 6201:20, 6201:22
**body** [46] - 6106:11, 6173:18, 6189:18, 6189:19, 6190:4, 6190:17, 6193:13, 6193:23, 6193:24, 6193:25, 6194:5, 6194:6, 6194:11, 6194:16, 6194:17, 6194:24, 6195:2, 6195:18, 6196:8, 6196:25, 6200:20, 6201:9, 6201:24, 6202:4, 6202:9, 6202:12, 6202:23, 6202:24, 6203:2, 6203:10, 6204:6, 6204:8, 6204:9, 6204:18, 6205:21, 6206:1, 6206:12, 6206:16, 6206:18, 6207:2, 6207:20, 6208:5, 6208:8, 6220:17, 6223:9, 6223:13
**body's** [1] - 6258:16
**bombastic** [1] - 6174:19
**bona** [1] - 6265:22
**bond** [1] - 6264:25
**booms** [1] - 6193:14
**borne** [1] - 6100:16
**bottom** [27] - 6110:4, 6113:25, 6114:5, 6137:15, 6149:1, 6149:8, 6150:16, 6151:10, 6187:12, 6187:21, 6187:23, 6190:10, 6191:25, 6193:1, 6193:7, 6196:1, 6196:2, 6200:16, 6203:6, 6204:2, 6205:8, 6207:15, 6218:4, 6221:17, 6229:15, 6250:6, 6265:5
**boxes** [1] - 6192:8
**Boys** [1] - 6202:4
**Brad** [1] - 6104:16
**BRADFORD** [1] -

6094:5
**brag** [1] - 6097:15
**bragging** [1] - 6097:13
**breach** [1] - 6156:9
**breached** [3] - 6133:15, 6156:7, 6202:5
**breadsticks** [1] - 6174:6
**break** [7] - 6143:1, 6143:10, 6176:16, 6176:23, 6177:6, 6245:12, 6259:20
**breaking** [2] - 6140:23, 6141:6
**brief** [2] - 6101:11, 6270:3
**briefly** [3] - 6184:10, 6186:3, 6207:9
**Bright** [1] - 6153:9
**BRIGHT** [45] - 6093:23, 6093:24, 6153:11, 6156:17, 6156:20, 6157:3, 6157:4, 6157:9, 6157:10, 6157:23, 6157:24, 6158:15, 6158:16, 6158:21, 6158:22, 6159:15, 6159:16, 6160:25, 6161:2, 6162:5, 6162:6, 6164:6, 6164:7, 6165:3, 6165:4, 6165:8, 6165:9, 6168:5, 6168:6, 6168:16, 6168:17, 6169:8, 6169:9, 6171:10, 6171:11, 6173:6, 6173:7, 6173:25, 6174:2, 6174:24, 6175:2, 6175:3, 6175:10, 6175:13, 6222:25
**bring** [6] - 6096:10, 6117:6, 6117:7, 6124:5, 6157:3, 6178:4
**bringing** [1] - 6111:12
**broke** [4] - 6141:7, 6141:9, 6143:22, 6192:8
**brother** [3] - 6109:14, 6110:18, 6111:14
**brothers** [1] - 6206:5
**brought** [4] - 6105:23, 6123:22,

6137:18, 6244:4
**building** [14] -
6101:6, 6101:7,
6158:1, 6158:9,
6158:25, 6161:24,
6166:3, 6167:20,
6170:1, 6206:3,
6230:16, 6231:8,
6231:13, 6231:21
**bullets** [2] - 6245:3,
6245:4
**bunch** [1] - 6252:7
**Burnie** [1] - 6094:13
**business** [9] -
6180:7, 6180:8,
6199:14, 6215:17,
6215:18, 6215:24,
6216:3, 6216:4,
6217:11
**but..** [2] - 6134:14,
6172:5
**button** [1] - 6189:23
**BY** [131] - 6094:15,
6124:23, 6125:17,
6126:10, 6126:14,
6126:20, 6127:5,
6127:19, 6128:4,
6128:10, 6128:14,
6128:18, 6128:22,
6129:1, 6129:6,
6129:12, 6130:8,
6130:19, 6131:10,
6131:18, 6132:4,
6133:1, 6133:13,
6133:19, 6134:2,
6134:23, 6136:1,
6136:6, 6136:9,
6137:3, 6137:12,
6139:5, 6139:17,
6140:5, 6140:18,
6141:17, 6142:12,
6142:20, 6143:7,
6143:19, 6144:8,
6144:20, 6145:2,
6145:9, 6146:10,
6146:19, 6147:2,
6147:21, 6148:2,
6148:7, 6148:20,
6149:17, 6149:22,
6150:9, 6151:9,
6153:11, 6155:23,
6156:20, 6157:4,
6157:10, 6157:24,
6158:16, 6158:22,
6159:16, 6161:2,
6162:6, 6164:7,
6165:4, 6165:9,
6168:6, 6168:17,
6169:9, 6171:11,
6173:7, 6174:2,

6175:3, 6178:15,
6181:19, 6184:23,
6186:1, 6187:14,
6188:15, 6190:12,
6192:2, 6193:3,
6193:19, 6194:21,
6196:4, 6196:20,
6197:11, 6199:10,
6199:20, 6200:3,
6200:17, 6200:22,
6201:6, 6201:12,
6201:19, 6202:19,
6203:7, 6203:14,
6203:22, 6204:3,
6204:16, 6205:9,
6206:8, 6206:24,
6207:10, 6207:17,
6208:22, 6213:24,
6217:22, 6218:15,
6220:14, 6221:6,
6221:16, 6222:1,
6222:8, 6223:7,
6224:15, 6225:23,
6230:23, 6233:14,
6237:19, 6238:9,
6238:16, 6238:24,
6239:14, 6239:19,
6241:16, 6242:11

---

# C

**calculus** [1] - 6140:3
**CALDWELL** [1] -
6094:12
**Caldwell** [125] -
6098:16, 6100:23,
6103:8, 6107:11,
6107:13, 6107:22,
6109:4, 6109:6,
6109:15, 6109:25,
6110:8, 6111:15,
6111:17, 6112:9,
6112:21, 6113:5,
6113:9, 6114:4,
6114:9, 6115:13,
6116:13, 6118:19,
6125:3, 6125:10,
6125:20, 6126:9,
6127:20, 6127:21,
6127:23, 6127:25,
6128:1, 6130:2,
6130:9, 6131:4,
6131:6, 6131:13,
6131:19, 6132:5,
6132:11, 6133:2,
6133:14, 6135:13,
6136:2, 6136:16,
6136:24, 6138:1,
6138:12, 6139:8,
6139:19, 6139:22,

6141:23, 6142:4,
6142:8, 6142:13,
6142:16, 6145:4,
6145:12, 6145:23,
6146:3, 6146:12,
6146:16, 6147:5,
6148:8, 6148:21,
6149:9, 6149:11,
6150:1, 6150:13,
6150:22, 6151:11,
6152:17, 6176:5,
6180:3, 6187:2,
6187:5, 6189:17,
6190:3, 6191:2,
6192:16, 6193:5,
6197:3, 6199:1,
6200:6, 6201:8,
6201:13, 6201:24,
6202:3, 6202:8,
6202:17, 6202:24,
6203:18, 6204:5,
6204:20, 6205:2,
6205:11, 6205:16,
6205:23, 6206:10,
6206:11, 6206:18,
6207:19, 6207:20,
6208:6, 6208:14,
6220:15, 6221:18,
6223:12, 6251:11,
6251:23, 6252:24,
6253:3, 6255:5,
6257:9, 6257:20,
6261:14, 6262:9,
6262:11, 6264:7,
6264:17, 6264:24,
6265:23, 6269:11
**Caldwell's** [16] -
6100:13, 6106:15,
6108:15, 6108:19,
6115:9, 6126:1,
6146:22, 6147:25,
6148:5, 6148:18,
6176:3, 6208:14,
6208:18, 6261:10,
6261:12, 6269:11
**cam** [1] - 6173:18
**camaraderie** [1] -
6220:21
**candid** [3] - 6250:14,
6265:13, 6270:15
**candidate** [1] -
6196:16
**candor** [1] - 6265:12
**cannot** [7] - 6099:5,
6144:22, 6209:17,
6210:6, 6212:6,
6215:4, 6247:6
**Cap** [1] - 6207:21
**Capitol** [70] - 6101:1,
6101:3, 6101:8,

6107:16, 6109:10,
6121:8, 6122:2,
6130:22, 6131:4,
6131:25, 6132:6,
6133:21, 6134:20,
6139:9, 6139:10,
6140:11, 6141:1,
6142:1, 6142:14,
6150:14, 6152:8,
6152:11, 6152:12,
6152:18, 6152:21,
6155:2, 6156:6,
6158:24, 6160:19,
6161:9, 6163:1,
6166:18, 6167:2,
6167:18, 6167:25,
6170:23, 6171:20,
6171:23, 6172:13,
6173:12, 6173:16,
6174:13, 6174:15,
6202:10, 6227:8,
6228:15, 6228:19,
6228:24, 6229:4,
6229:21, 6230:5,
6240:17, 6240:19,
6240:22, 6241:15,
6242:2, 6242:14,
6242:20, 6243:3,
6243:16, 6244:7,
6244:8, 6255:17,
6266:21, 6267:7,
6267:10, 6267:11,
6269:5, 6269:7
**captured** [1] -
6229:19
**car** [3] - 6104:16,
6104:17, 6136:17
**care** [1] - 6118:17
**careful** [1] - 6111:12
**carefully** [1] -
6103:20
**Carolina** [2] -
6098:1, 6098:4
**cart** [2] - 6255:18,
6255:23
**case** [41] - 6096:13,
6096:15, 6099:18,
6100:3, 6100:7,
6102:2, 6104:22,
6111:13, 6117:19,
6117:22, 6118:21,
6134:16, 6135:22,
6153:17, 6153:24,
6155:7, 6156:6,
6156:15, 6158:13,
6160:14, 6178:1,
6233:24, 6245:15,
6247:16, 6249:6,
6249:17, 6249:25,
6250:12, 6250:18,

6250:20, 6253:24,
6260:10, 6263:1,
6263:13, 6264:5,
6267:14, 6267:24,
6269:2, 6270:19
**cases** [11] - 6096:16,
6096:24, 6097:10,
6098:24, 6099:18,
6099:21, 6103:23,
6104:13, 6241:6,
6260:15, 6262:25
**cases'** [1] - 6104:14
**castle** [1] - 6201:25
**casts** [1] - 6212:7
**catch** [2] - 6104:2,
6107:19
**category** [5] -
6187:8, 6188:17,
6188:21, 6189:6,
6189:7
**CCTV** [2] - 6152:24,
6227:12
**cede** [1] - 6099:23
**cell** [2] - 6234:14,
6246:11
**Cellebrite** [2] -
6234:2, 6235:10
**center** [2] - 6158:1,
6158:8
**certain** [6] - 6116:25,
6170:25, 6171:2,
6224:24, 6228:8,
6268:14
**certainly** [10] -
6117:13, 6120:25,
6125:21, 6131:11,
6138:3, 6138:7,
6143:23, 6173:6,
6173:12, 6257:7
**certainty** [1] - 6106:2
**CERTIFICATE** [1] -
6272:1
**certification** [3] -
6215:22, 6215:25,
6217:15
**certifications** [1] -
6180:8
**certified** [1] - 6217:6
**certify** [1] - 6272:4
**cetera** [1] - 6186:7
**chance** [1] - 6118:4
**change** [4] -
6152:18, 6185:11,
6188:4, 6210:17
**changed** [5] -
6207:7, 6212:6,
6214:6, 6215:15
**characters** [2] -
6192:10, 6192:11
**charge** [3] - 6142:14,

6207:7, 6225:6
  **charged** [6] - 6117:1, 6117:9, 6117:12, 6117:17, 6138:24, 6177:24
  **charging** [2] - 6117:6, 6142:1
  **Charlottesville** [1] - 6265:2
  **chase** [1] - 6236:6
  **chat** [40] - 6157:19, 6158:2, 6159:6, 6159:23, 6160:2, 6161:6, 6163:14, 6164:20, 6166:13, 6168:9, 6168:21, 6169:3, 6169:5, 6169:21, 6170:15, 6171:16, 6198:25, 6207:6, 6225:11, 6225:14, 6225:16, 6226:5, 6232:20, 6233:6, 6233:9, 6233:16, 6233:19, 6233:20, 6233:21, 6234:24, 6235:9, 6236:1, 6236:2, 6236:9, 6237:5, 6237:21, 6237:22, 6237:24, 6239:1
  **chats** [6] - 6159:4, 6162:25, 6169:1, 6174:10, 6225:10, 6232:20
  **check** [2] - 6110:6, 6179:4
  **chief** [5] - 6249:6, 6249:17, 6250:12, 6250:18, 6250:20
  **children** [2] - 6133:3, 6133:7
  **choose** [1] - 6182:3
  **choosing** [2] - 6114:10, 6115:16
  **chosen** [1] - 6157:6
  **chronological** [1] - 6187:20
  **chronologically** [1] - 6186:18
  **Cinnaminson** [1] - 6094:7
  **Circuit** [1] - 6260:13
  **circuit** [1] - 6262:25
  **circulate** [2] - 6118:11, 6118:16
  **circumstances** [3] - 6100:2, 6100:4, 6100:9
  **circumstantially** [1] - 6106:15

  **cite** [1] - 6096:21
  **cited** [2] - 6099:18, 6103:24
  **cites** [1] - 6260:15
  **city** [2] - 6160:22, 6162:24
  **civilian** [3] - 6246:3, 6246:8, 6246:22
  **claim** [1] - 6212:22
  **claimed** [1] - 6221:9
  **clapped** [1] - 6127:7
  **clarification** [1] - 6180:11, 6225:9
  **clarify** [1] - 6169:3
  **clarity** [1] - 6252:9
  **classy** [1] - 6137:4
  **clear** [20] - 6100:6, 6104:24, 6111:16, 6114:22, 6213:25, 6216:9, 6218:3, 6236:16, 6237:9, 6249:16, 6249:22, 6249:24, 6252:5, 6253:5, 6254:1, 6254:22, 6256:18, 6256:19, 6266:8, 6270:20
  **clearing** [1] - 6171:2
  **clearly** [12] - 6097:15, 6098:14, 6100:13, 6100:15, 6163:16, 6164:19, 6166:22, 6252:19, 6253:7, 6254:8, 6258:13, 6269:2
  **CLERK** [1] - 6119:25
  **click** [1] - 6191:23
  **clicked** [1] - 6119:24
  **client** [1] - 6098:20
  **clients** [2] - 6256:23
  **climbed** [1] - 6141:5
  **climbing** [1] - 6141:2
  **close** [3] - 6134:15, 6135:20, 6249:6
  **closeup** [1] - 6151:11
  **closing** [3] - 6107:12, 6268:18, 6270:2
  **clue** [1] - 6270:1
  **CNN** [3] - 6113:13, 6113:14, 6206:13
  **co** [5] - 6100:24, 6103:14, 6106:20, 6110:2, 6271:11
  **co-conspirator** [3] - 6106:20, 6110:2, 6271:11
  **co-conspirators** [2] - 6100:24, 6103:14

  **coffee** [2] - 6202:13, 6220:20
  **colleague** [1] - 6139:7
  **colleagues** [3] - 6125:8, 6125:22, 6133:6
  **College** [1] - 6196:15
  **colon** [1] - 6115:1
  **color** [3] - 6107:4, 6114:5, 6114:9
  **Columbia** [5] - 6094:16, 6155:7, 6155:12, 6156:9, 6272:13
  **COLUMBIA** [2] - 6093:1, 6093:17
  **Columbus** [4] - 6102:6, 6242:18, 6242:24, 6242:25
  **comfortable** [1] - 6249:15
  **coming** [8] - 6107:6, 6143:9, 6154:3, 6162:24, 6246:10, 6250:2, 6268:8, 6270:7
  **comment** [17] - 6106:7, 6106:8, 6106:21, 6108:16, 6112:21, 6115:10, 6126:25, 6127:13, 6127:14, 6129:2, 6186:17, 6186:19, 6186:20, 6268:25, 6270:16
  **commented** [1] - 6187:2
  **commenting** [2] - 6105:19, 6106:25
  **comments** [4] - 6099:3, 6186:6, 6188:6, 6268:25
  **common** [1] - 6101:7
  **communicate** [1] - 6162:14
  **communicating** [5] - 6157:12, 6159:4, 6162:16, 6166:22, 6168:19
  **communications** [2] - 6162:19, 6171:7
  **company** [5] - 6179:17, 6213:1, 6214:10, 6214:13, 6218:8
  **comparable** [1] - 6188:5
  **compare** [2] - 6239:4, 6243:5

  **compared** [1] - 6179:15
  **complaint** [1] - 6258:3
  **complete** [2] - 6119:5, 6272:6
  **completely** [2] - 6152:22, 6263:25
  **completeness** [5] - 6120:10, 6120:21, 6121:1, 6122:8, 6122:24
  **compliance** [1] - 6172:14
  **component** [1] - 6097:22
  **components** [1] - 6098:13
  **computer** [2] - 6210:1, 6217:25
  **concept** [1] - 6260:11
  **concern** [8] - 6248:25, 6251:2, 6252:1, 6252:6, 6253:11, 6258:23, 6259:3, 6259:7
  **concluded** [2] - 6139:8, 6271:18
  **conclusion** [1] - 6173:4
  **conditions** [1] - 6126:2
  **conduct** [7] - 6105:4, 6111:12, 6111:13, 6228:9, 6259:10, 6259:11
  **confer** [1] - 6119:2
  **confirm** [5] - 6215:4, 6219:8, 6219:9, 6219:20, 6250:8
  **confirmed** [1] - 6196:15
  **confuse** [4] - 6235:21, 6252:5, 6260:3, 6268:7
  **confused** [3] - 6226:22, 6235:22, 6243:11
  **confuses** [1] - 6267:15
  **confusing** [2] - 6258:15, 6268:19
  **confusion** [3] - 6252:8, 6258:22, 6265:21
  **congregating** [1] - 6166:4
  **congregation** [1] - 6163:24

  **Congress** [3] - 6137:20, 6171:20, 6196:14
  **connected** [1] - 6120:22
  **connection** [2] - 6139:2, 6269:12
  **consequences** [1] - 6263:19
  **consider** [3] - 6099:15, 6199:4, 6252:2
  **considered** [1] - 6103:3
  **considering** [2] - 6099:12, 6138:24
  **consistency** [1] - 6165:5
  **consistent** [9] - 6105:5, 6113:16, 6161:12, 6162:19, 6163:20, 6164:14, 6167:11, 6170:2, 6190:7
  **conspiracy** [3] - 6103:4, 6106:23, 6269:12
  **conspirator** [3] - 6106:20, 6110:2, 6271:11
  **conspirators** [2] - 6100:24, 6103:14
  **constitutes** [1] - 6272:4
  **Constitution** [3] - 6094:17, 6256:4, 6272:14
  **construed** [1] - 6173:1
  **consult** [2] - 6248:13, 6248:16
  **CONT'D** [1] - 6094:1
  **contacted** [1] - 6220:2
  **contains** [3] - 6186:5, 6186:11, 6186:12
  **contemporaneous** [5] - 6104:10, 6166:8, 6167:13, 6167:23, 6169:21
  **content** [7] - 6179:21, 6180:1, 6182:8, 6183:2, 6183:5, 6184:15, 6186:15
  **contention** [1] - 6102:10
  **context** [37] - 6097:16, 6098:8,

6279

6098:24, 6099:12,
6101:14, 6103:15,
6104:24, 6105:7,
6105:18, 6105:24,
6107:14, 6109:4,
6109:19, 6120:10,
6121:7, 6121:24,
6122:1, 6135:15,
6198:12, 6199:3,
6199:5, 6252:9,
6252:14, 6252:15,
6252:16, 6258:12,
6258:24, 6258:25,
6259:2, 6259:24,
6260:2, 6263:18,
6264:2, 6265:15,
6270:16, 6270:18,
6270:21
    **contextualizing** [1] -
6104:23
    **continue** [5] -
6144:3, 6181:9,
6234:25, 6247:15,
6247:16
    **continued** [1] -
6176:8
    **continues** [2] -
6109:12, 6128:15
    **continuing** [1] -
6250:1
    **contrast** [1] -
6209:24
    **controversial** [1] -
6118:14
    **conversation** [13] -
6109:12, 6112:4,
6181:24, 6182:4,
6188:23, 6189:24,
6192:24, 6193:4,
6208:13, 6219:3,
6219:5, 6235:1,
6268:12
    **conversion** [1] -
6221:2
    **conveying** [1] -
6157:14
    **convince** [1] -
6217:13
    **cool** [1] - 6097:18
    **coordinated** [1] -
6188:3
    **coordinator** [1] -
6269:13
    **cops** [2] - 6140:12,
6202:4
    **cops'** [1] - 6141:9
    **corner** [6] - 6161:9,
6161:18, 6166:4,
6169:25, 6172:21,
6231:13

    **corollary** [1] - 6105:7
    **corporation** [1] -
6179:18
    **Corps** [2] - 6137:14
    **Correct** [3] -
6156:10, 6159:9,
6175:2
    **correct** [181] -
6108:4, 6113:22,
6128:12, 6128:19,
6129:3, 6129:14,
6129:20, 6129:22,
6129:24, 6129:25,
6130:2, 6130:3,
6130:6, 6130:11,
6130:23, 6131:5,
6131:14, 6131:20,
6132:7, 6132:10,
6133:5, 6133:16,
6134:5, 6134:9,
6134:10, 6136:3,
6136:12, 6136:15,
6137:1, 6137:10,
6137:22, 6137:23,
6138:5, 6138:6,
6138:8, 6138:16,
6138:17, 6142:22,
6145:18, 6145:21,
6146:1, 6146:4,
6147:6, 6147:9,
6149:7, 6149:10,
6149:24, 6149:25,
6150:2, 6150:19,
6152:4, 6155:13,
6155:16, 6155:17,
6156:8, 6158:13,
6158:20, 6159:4,
6159:7, 6159:8,
6159:12, 6159:13,
6159:18, 6159:20,
6160:1, 6160:5,
6160:16, 6161:6,
6161:7, 6161:13,
6161:24, 6162:3,
6162:10, 6162:25,
6163:4, 6163:11,
6163:19, 6163:21,
6164:5, 6164:11,
6164:21, 6166:2,
6166:14, 6167:9,
6168:10, 6169:5,
6169:19, 6169:22,
6170:4, 6170:8,
6171:17, 6172:1,
6172:3, 6172:8,
6172:15, 6172:22,
6174:4, 6174:19,
6174:20, 6183:13,
6183:16, 6183:23,
6186:21, 6186:24,

6187:17, 6188:9,
6190:8, 6191:22,
6192:14, 6193:6,
6200:14, 6201:15,
6203:20, 6203:25,
6205:19, 6205:24,
6206:14, 6207:13,
6208:11, 6208:12,
6209:2, 6209:3,
6209:11, 6209:12,
6209:15, 6209:17,
6209:18, 6209:23,
6210:3, 6210:4,
6210:5, 6210:8,
6210:10, 6210:11,
6210:15, 6210:25,
6211:15, 6211:17,
6211:20, 6214:3,
6214:4, 6214:11,
6216:3, 6218:17,
6218:18, 6218:21,
6218:24, 6219:14,
6219:15, 6219:25,
6225:4, 6225:16,
6226:1, 6226:5,
6226:6, 6226:19,
6227:5, 6227:11,
6227:14, 6227:17,
6227:20, 6228:12,
6228:16, 6228:24,
6229:12, 6229:16,
6230:6, 6230:25,
6231:24, 6232:2,
6233:23, 6234:3,
6238:2, 6239:24,
6242:18, 6243:17,
6244:9, 6246:19,
6257:14, 6261:16,
6262:10
    **corrected** [1] -
6266:2
    **correctly** [3] -
6227:1, 6244:17,
6257:18
    **correspond** [1] -
6186:22
    **corroborating** [1] -
6100:4
    **corruption** [1] -
6206:2
    **counsel** [8] -
6099:24, 6119:2,
6129:9, 6157:8,
6222:22, 6250:9,
6250:15, 6262:17
    **country** [1] - 6134:17
    **couple** [9] - 6111:19,
6114:7, 6142:7,
6156:19, 6163:23,
6183:8, 6183:14,

6257:4, 6260:15
    **course** [17] - 6096:8,
6106:17, 6106:23,
6143:23, 6216:2,
6217:6, 6217:10,
6236:13, 6249:23,
6250:3, 6252:12,
6252:25, 6257:25,
6258:10, 6267:4,
6268:1, 6270:7
    **court** [21] - 6143:5,
6143:18, 6144:6,
6144:18, 6145:1,
6145:8, 6146:23,
6148:1, 6148:6,
6148:19, 6151:3,
6151:8, 6176:21,
6179:9, 6179:11,
6181:14, 6198:18,
6213:23, 6217:21,
6237:14, 6267:20
    **Court** [30] - 6094:15,
6094:16, 6096:15,
6100:3, 6100:8,
6104:25, 6105:15,
6105:24, 6105:25,
6109:22, 6117:5,
6158:25, 6161:10,
6166:18, 6166:24,
6167:1, 6167:3,
6175:11, 6215:10,
6217:1, 6237:1,
6241:9, 6256:22,
6257:14, 6268:17,
6269:8, 6270:10,
6272:12, 6272:13
    **COURT** [200] -
6093:1, 6096:1,
6096:8, 6096:20,
6096:23, 6097:6,
6099:8, 6099:10,
6100:12, 6100:25,
6101:9, 6102:15,
6103:16, 6103:18,
6104:4, 6104:18,
6104:21, 6105:1,
6105:3, 6105:8,
6105:20, 6106:3,
6106:6, 6106:18,
6107:6, 6107:19,
6107:24, 6108:7,
6108:10, 6108:20,
6108:22, 6109:11,
6109:20, 6110:5,
6110:9, 6110:11,
6110:15, 6111:3,
6111:6, 6111:10,
6112:7, 6113:5,
6113:8, 6113:18,
6113:20, 6113:22,
6114:1, 6114:11,

6114:14, 6114:17,
6114:20, 6114:24,
6115:3, 6115:6,
6115:18, 6115:22,
6115:24, 6116:4,
6116:12, 6117:14,
6118:3, 6118:8,
6118:15, 6118:17,
6119:8, 6119:16,
6119:20, 6119:23,
6120:2, 6120:7,
6120:20, 6121:4,
6121:13, 6122:7,
6122:13, 6122:22,
6123:13, 6123:15,
6123:17, 6124:1,
6124:4, 6124:9,
6124:14, 6125:13,
6125:15, 6126:5,
6129:9, 6129:11,
6139:13, 6150:7,
6153:8, 6155:22,
6173:5, 6175:1,
6175:12, 6175:17,
6175:21, 6176:2,
6176:7, 6176:12,
6176:16, 6176:22,
6177:4, 6177:8,
6177:11, 6177:16,
6178:12, 6180:23,
6181:10, 6181:15,
6198:2, 6198:5,
6198:9, 6198:19,
6198:24, 6208:20,
6212:15, 6212:24,
6213:6, 6213:16,
6213:21, 6214:24,
6215:21, 6215:24,
6217:4, 6217:19,
6221:11, 6222:6,
6222:21, 6223:1,
6223:22, 6223:25,
6224:2, 6224:7,
6224:11, 6224:13,
6234:25, 6235:5,
6236:6, 6236:13,
6236:22, 6237:2,
6237:6, 6237:15,
6238:7, 6238:15,
6238:18, 6238:23,
6239:12, 6241:11,
6242:10, 6245:10,
6245:20, 6245:24,
6246:1, 6246:13,
6246:18, 6246:22,
6247:1, 6247:8,
6247:11, 6247:20,
6247:25, 6248:3,
6248:10, 6248:15,
6248:17, 6249:5,
6249:10, 6249:14,

6280

6249:21, 6250:3, 6252:12, 6253:2, 6253:9, 6254:16, 6255:22, 6256:17, 6257:1, 6257:13, 6258:20, 6260:19, 6261:4, 6261:7, 6261:18, 6261:23, 6262:20, 6263:12, 6264:4, 6264:21, 6265:11, 6265:18, 6266:13, 6268:22, 6270:11, 6270:21, 6270:23, 6271:1, 6271:12, 6271:16

**Court's** [14] - 6096:10, 6096:14, 6111:24, 6113:17, 6118:25, 6139:4, 6139:16, 6140:2, 6224:5, 6233:11, 6239:21, 6257:21, 6258:12, 6263:5

**COURTROOM** [5] - 6124:11, 6177:1, 6177:13, 6261:3, 6261:5

**courtroom** [5] - 6124:12, 6177:2, 6177:14, 6224:10, 6245:18

**courts** [3] - 6097:1, 6098:8, 6260:16

**coward** [2] - 6223:5, 6223:10

**create** [3] - 6217:9, 6235:23, 6258:22

**created** [8] - 6189:19, 6189:21, 6189:22, 6189:25, 6193:5, 6227:22, 6235:15, 6237:1

**creates** [2] - 6189:23, 6217:7

**creating** [1] - 6189:23

**credibility** [1] - 6100:10

**credible** [2] - 6097:20, 6098:21

**Criminal** [1] - 6093:3

**criminal** [13] - 6097:5, 6097:8, 6097:16, 6097:23, 6100:3, 6101:14, 6102:13, 6109:19, 6111:1, 6179:3, 6241:6, 6261:12, 6261:16

**criminally** [1] -

6120:16

**CRISP** [26] - 6094:9, 6094:9, 6096:7, 6096:9, 6096:22, 6096:24, 6097:7, 6099:9, 6099:17, 6104:3, 6104:13, 6104:19, 6104:22, 6105:2, 6105:6, 6222:24, 6246:14, 6248:25, 6249:7, 6249:11, 6249:19, 6270:14, 6270:22, 6270:24, 6271:8, 6271:14

**Crisp** [7] - 6100:1, 6100:21, 6103:24, 6176:5, 6270:13, 6270:21, 6271:2

**Crisp's** [1] - 6101:11

**criticize** [1] - 6250:18

**cross** [17] - 6106:17, 6118:21, 6176:8, 6176:18, 6176:19, 6181:7, 6181:8, 6181:11, 6181:16, 6215:19, 6222:23, 6246:6, 6246:7, 6246:15, 6257:5, 6265:11

**Cross** [1] - 6095:3

**CROSS** [4] - 6124:22, 6153:10, 6208:21, 6224:14

**cross-examination** [9] - 6106:17, 6176:8, 6176:19, 6181:7, 6181:8, 6181:11, 6181:16, 6222:23, 6257:5

**CROSS-EXAMINATION** [4] - 6124:22, 6153:10, 6208:21, 6224:14

**cross-examine** [2] - 6181:8, 6265:11

**crowd** [8] - 6132:18, 6133:8, 6143:10, 6143:22, 6144:1, 6145:14, 6150:18, 6150:22

**Crowl** [22] - 6173:18, 6176:5, 6180:4, 6199:15, 6200:6, 6200:20, 6202:11, 6203:2, 6203:8, 6203:10, 6204:7, 6204:9, 6204:17, 6204:18, 6204:22,

6205:17, 6205:20, 6206:25, 6207:1, 6208:3, 6208:13, 6221:18

**Crowl's** [1] - 6208:10

**Crown** [1] - 6202:14

**CRR** [3] - 6094:15, 6272:3, 6272:12

**culpability** [3] - 6098:5, 6101:14, 6102:13

**culpable** [1] - 6120:16

**curfew** [4] - 6134:3, 6172:8, 6172:10, 6172:14

**current** [4] - 6188:20, 6188:21, 6189:6, 6200:7

**cursor** [1] - 6222:15

**custodian** [5] - 6118:6, 6178:21, 6178:25, 6211:14, 6212:9

**customer** [1] - 6179:7

**cut** [2] - 6204:11, 6236:6

**Cyrillic** [1] - 6192:11

## D

**D.C** [37] - 6093:6, 6093:18, 6093:21, 6094:4, 6094:18, 6106:4, 6130:14, 6134:18, 6138:25, 6153:21, 6157:19, 6158:2, 6159:7, 6160:7, 6161:6, 6166:13, 6166:17, 6170:15, 6171:16, 6172:1, 6201:3, 6225:11, 6225:12, 6225:16, 6226:5, 6232:19, 6233:5, 6233:9, 6233:19, 6238:20, 6238:25, 6244:5, 6251:21, 6256:12, 6260:13, 6269:18, 6272:14

**Dallas** [1] - 6093:25

**dammed** [1] - 6141:1

**damned** [2] - 6202:12, 6202:25

**dark** [2] - 6172:1, 6172:2

**data** [4] - 6179:7, 6193:22, 6222:16,

6246:11

**data.com** [1] - 6222:16

**date** [29] - 6146:4, 6184:22, 6185:16, 6185:17, 6187:22, 6187:25, 6188:23, 6188:25, 6189:7, 6189:12, 6191:8, 6192:21, 6193:9, 6196:21, 6197:5, 6197:12, 6197:14, 6199:21, 6199:23, 6200:10, 6205:3, 6210:18, 6211:1, 6213:8, 6216:13, 6216:20

**Dated** [1] - 6272:10

**dated** [2] - 6121:19, 6236:2

**dates** [1] - 6120:22

**DAVID** [1] - 6094:12

**DAY** [1] - 6093:10

**Daylight** [1] - 6188:4

**days** [6] - 6119:6, 6121:22, 6122:25, 6152:4, 6184:3, 6271:7

**DC** [1] - 6103:2

**DCFL** [1] - 6238:20

**deadline** [1] - 6258:1

**deadlines** [1] - 6260:1

**deal** [6] - 6104:13, 6124:7, 6214:18, 6237:9, 6252:8, 6266:1

**dealing** [1] - 6096:24

**deals** [1] - 6104:22

**dealt** [1] - 6105:21

**dear** [1] - 6206:1

**December** [17] - 6187:25, 6197:14, 6199:23, 6251:4, 6251:14, 6251:18, 6251:19, 6252:20, 6253:6, 6253:18, 6254:11, 6255:5, 6256:11, 6258:6, 6258:9, 6259:10, 6260:23

**decide** [2] - 6116:17, 6246:20

**decided** [3] - 6170:25, 6171:3, 6248:19

**decision** [2] - 6260:21, 6265:2

**declarant** [3] - 6097:8, 6100:11,

6254:15

**DEFENDANT** [5] - 6093:22, 6094:2, 6094:5, 6094:9, 6094:12

**Defendant** [6] - 6146:22, 6147:25, 6148:5, 6148:18, 6249:25, 6250:3

**Defendants** [9] - 6093:7, 6135:21, 6154:6, 6169:4, 6227:20, 6239:22, 6251:7, 6253:1, 6257:10

**defense** [10] - 6127:9, 6222:22, 6247:16, 6248:12, 6250:2, 6250:9, 6250:15, 6268:1, 6268:22, 6270:1

**defenses** [1] - 6248:20

**defer** [1] - 6247:13

**defined** [1] - 6188:18

**definitively** [3] - 6153:1, 6166:5, 6243:7

**delay** [1] - 6124:16

**delete** [6] - 6182:18, 6183:12, 6183:13, 6218:1, 6218:4, 6218:5

**deleted** [6] - 6120:18, 6182:13, 6183:24, 6184:5, 6208:17, 6212:16

**deletes** [3] - 6107:11, 6111:15, 6217:24

**deleting** [10] - 6107:15, 6107:16, 6108:3, 6115:15, 6181:20, 6181:24, 6182:5, 6183:9, 6218:8

**deletion** [4] - 6120:13, 6181:22, 6181:23, 6184:9

**deletions** [1] - 6108:12

**delivered** [6] - 6232:4, 6232:6, 6232:10, 6232:25, 6234:4, 6234:12

**Democrat** [1] - 6196:16

**Democrats** [2] - 6106:13, 6106:16

**demonstrated** [1] -

6270:23
**denied** [1] - 6105:24
**Dennis** [15] -
6112:20, 6113:1,
6129:24, 6130:13,
6134:3, 6134:8,
6134:25, 6135:16,
6138:14, 6193:8,
6193:20, 6194:6,
6194:14, 6194:24,
6195:18
**denying** [1] -
6269:21
**departed** [1] - 6231:1
**department** [1] -
6215:9
**DEPARTMENT** [1] -
6093:20
**departs** [1] - 6230:5
**DEPUTY** [5] -
6124:11, 6177:1,
6177:13, 6261:3,
6261:5
**describing** [1] -
6122:20
**description** [1] -
6161:11
**detail** [3] - 6166:18,
6167:7, 6255:1
**detailed** [4] - 6097:2,
6099:20, 6174:18,
6174:20
**details** [3] - 6240:10,
6253:20, 6254:9
**detain** [1] - 6264:16
**detained** [3] -
6264:24, 6265:1,
6265:23
**detention** [11] -
6252:23, 6261:10,
6262:3, 6263:9,
6263:11, 6263:19,
6263:20, 6264:11,
6265:6, 6265:16,
6265:20
**determination** [2] -
6097:19, 6117:9
**determine** [1] -
6181:9
**device** [3] - 6109:9,
6109:14, 6235:16
**devices** [1] - 6113:3
**difference** [1] -
6182:5
**different** [28] -
6119:6, 6120:22,
6121:7, 6122:24,
6122:25, 6147:16,
6160:15, 6160:22,
6171:1, 6173:17,

6179:21, 6186:11,
6187:4, 6195:4,
6198:3, 6209:1,
6216:24, 6225:6,
6249:2, 6253:25,
6262:9, 6268:16,
6268:18, 6270:14
**differently** [1] -
6226:13
**difficulties** [1] -
6104:23
**digits** [2] - 6185:19,
6185:21
**DIRECT** [1] -
6178:14
**Direct** [1] - 6095:3
**direct** [18] - 6096:13,
6116:24, 6120:19,
6131:12, 6139:1,
6142:22, 6169:14,
6175:23, 6176:12,
6215:17, 6224:20,
6225:24, 6229:3,
6235:8, 6237:23,
6241:17, 6243:15,
6246:23
**directed** [1] -
6163:12
**directing** [1] -
6164:17
**direction** [5] -
6106:1, 6158:11,
6267:22, 6268:5,
6270:5
**directions** [2] -
6158:4, 6159:20
**directly** [3] -
6136:22, 6164:19,
6268:15
**directs** [1] - 6100:3
**disagree** [2] -
6100:20, 6267:5
**disappeared** [1] -
6255:18
**disarm** [1] - 6105:14
**disarming** [1] -
6106:11, 6106:14
**discharged** [1] -
6245:3
**disconnect** [1] -
6149:15
**discrete** [1] -
6254:24
**discuss** [4] - 6118:5,
6177:6, 6245:21,
6253:18
**discussed** [2] -
6142:5, 6174:17
**discussing** [1] -
6099:22

**discussions** [1] -
6245:15
**dispersed** [2] -
6173:19, 6173:22
**disposal** [1] -
6174:11
**dispute** [1] - 6121:23
**disputing** [1] -
6257:1
**distasteful** [1] -
6137:19
**District** [8] -
6094:16, 6094:16,
6166:23, 6168:20,
6260:25, 6262:4,
6262:13, 6272:13
**DISTRICT** [4] -
6093:1, 6093:1,
6093:11, 6093:17
**district** [2] - 6262:5,
6272:13
**division** [1] - 6225:8
**document** [18] -
6122:11, 6197:17,
6204:14, 6234:17,
6235:13, 6235:23,
6236:9, 6236:10,
6236:14, 6236:23,
6237:1, 6237:7,
6238:7, 6238:10,
6238:12, 6239:6,
6239:7, 6239:9
**documents** [4] -
6118:11, 6180:2,
6213:6, 6215:11
**dome** [1] - 6158:1
**done** [7] - 6123:16,
6139:21, 6152:10,
6157:5, 6214:8,
6214:9, 6249:25
**Donovan** [18] -
6180:4, 6199:15,
6200:6, 6200:19,
6202:11, 6203:2,
6203:8, 6203:10,
6204:7, 6204:9,
6204:18, 6205:17,
6205:20, 6207:1,
6208:3, 6208:10,
6208:13, 6221:18
**door** [3] - 6102:3,
6260:4, 6270:6
**doorknob** [1] -
6146:12
**doors** [13] - 6102:6,
6133:15, 6141:8,
6155:8, 6155:12,
6156:10, 6192:8,
6192:13, 6202:5,
6242:18, 6242:24,

6242:25
**doubt** [3] - 6212:7,
6212:13, 6215:16
**Doug** [1] - 6117:2
**down** [40] - 6101:22,
6105:12, 6110:16,
6111:10, 6113:12,
6113:14, 6136:24,
6137:5, 6137:6,
6140:7, 6142:11,
6169:16, 6184:22,
6185:15, 6187:12,
6188:13, 6190:11,
6192:8, 6192:23,
6192:25, 6196:18,
6196:19, 6200:2,
6200:15, 6201:10,
6202:18, 6204:19,
6206:15, 6206:19,
6209:20, 6209:21,
6214:20, 6221:17,
6222:10, 6229:15,
6232:17, 6245:20,
6248:21, 6248:22,
6265:1
**downstairs** [1] -
6220:20
**drabs** [1] - 6250:1
**dreading** [1] -
6112:14
**Drew** [3] - 6154:8,
6154:17
**drew's** [1] - 6154:24
**dribs** [1] - 6250:1
**drive** [1] - 6104:16
**drove** [1] - 6202:4
**drugs** [2] - 6104:16,
6104:17
**dry** [5] - 6252:21,
6253:6, 6254:12,
6255:7, 6257:5
**dual** [1] - 6254:4
**dude** [1] - 6098:1
**due** [1] - 6099:25
**duking** [1] - 6141:8
**Dunn** [1] - 6102:8
**during** [9] - 6106:23,
6131:12, 6131:24,
6174:8, 6240:4,
6258:10, 6261:10,
6267:16, 6270:7
**duties** [2] - 6178:25,
6179:2
**duty** [2] - 6201:2,
6217:9

---

**E**

**early** [4] - 6153:18,

6247:17, 6248:8,
6252:17
**easier** [2] - 6140:3,
6171:6
**easily** [1] - 6108:12
**east** [2] - 6150:14,
6156:11
**edification** [1] -
6260:20
**EDWARD** [1] -
6093:23
**Edwards** [1] -
6272:12
**EDWARDS** [6] -
6093:15, 6094:15,
6257:12, 6257:14,
6259:17, 6272:3
**effect** [2] - 6253:22,
6266:17
**effectively** [1] -
6189:23
**eight** [1] - 6121:22
**either** [6] - 6104:6,
6106:3, 6106:6,
6112:25, 6125:2,
6127:20, 6147:15,
6153:18, 6189:2,
6189:11, 6192:9,
6192:10, 6262:9,
6270:10
**elaborate** [1] -
6259:21
**electoral** [1] -
6171:21
**Electoral** [1] -
6196:15
**electronics** [1] -
6193:14
**element** [1] -
6253:14
**Ellipse** [1] - 6160:17
**ELMER** [1] - 6093:6
**email** [2] - 6121:18,
6254:14
**emails** [1] - 6206:20
**embellishing** [1] -
6098:12
**emoji** [1] - 6207:3
**emojis** [2] - 6192:10,
6207:3
**employment** [1] -
6215:16
**end** [9] - 6104:8,
6148:23, 6151:1,
6176:19, 6178:6,
6219:21, 6247:4,
6249:21, 6266:1
**ended** [8] - 6152:1,
6152:19, 6152:23,
6153:2, 6175:1,

6282

6211:19, 6213:12, 6213:13

**ending** [2] - 6186:9, 6187:6

**endless** [1] - 6174:6

**ends** [1] - 6225:21

**enforcement** [9] - 6179:3, 6179:8, 6180:10, 6184:13, 6184:16, 6185:13, 6209:17, 6210:6, 6220:2

**engage** [1] - 6127:9

**English** [1] - 6192:9

**ensure** [2] - 6239:5, 6265:21

**enter** [2] - 6147:14, 6228:15

**entered** [7] - 6124:12, 6155:7, 6177:14, 6181:18, 6224:9, 6227:8, 6227:12

**entire** [15] - 6102:3, 6150:21, 6159:25, 6160:4, 6181:24, 6183:13, 6184:14, 6229:22, 6231:9, 6231:10, 6258:16, 6263:13, 6266:20, 6269:12

**entirety** [4] - 6251:3, 6257:16, 6259:23, 6263:7

**entry** [3] - 6190:3, 6193:22, 6228:20

**envisioning** [1] - 6266:9

**Epstein** [2] - 6116:11, 6116:19

**equally** [1] - 6105:7

**erroneous** [1] - 6263:11

**error** [1] - 6262:16

**Esposito** [3] - 6255:4, 6257:15, 6259:16

**Esposito's** [4] - 6251:3, 6257:24, 6258:5, 6259:25

**ESQ** [13] - 6093:14, 6093:15, 6093:15, 6093:16, 6093:19, 6093:19, 6093:22, 6093:23, 6093:23, 6094:2, 6094:5, 6094:9, 6094:12

**established** [1] - 6230:25

**et** [2] - 6093:6,

6186:7

**evacuate** [2] - 6147:8, 6147:11

**evening** [2] - 6104:5, 6245:14

**event** [3] - 6141:24, 6240:7, 6240:13

**events** [5] - 6160:15, 6240:18, 6240:25, 6241:3, 6241:8

**EVIDENCE** [1] - 6095:10

**Evidence** [1] - 6123:18

**evidence** [44] - 6098:17, 6100:16, 6102:1, 6102:11, 6104:10, 6131:3, 6146:2, 6153:24, 6153:25, 6154:9, 6154:14, 6154:16, 6154:18, 6154:21, 6154:22, 6154:23, 6154:25, 6156:3, 6156:5, 6156:14, 6156:15, 6161:16, 6162:13, 6164:15, 6166:7, 6171:7, 6173:1, 6174:17, 6175:5, 6180:18, 6181:18, 6199:12, 6224:24, 6247:15, 6247:16, 6253:7, 6254:11, 6254:20, 6256:2, 6257:21, 6264:7, 6265:16, 6266:4, 6266:11

**evident** [1] - 6236:3

**evidentiary** [1] - 6124:17

**ex** [2] - 6147:6, 6147:8

**ex-fil'd** [2] - 6147:6, 6147:8

**exact** [7] - 6156:1, 6158:19, 6160:11, 6172:13, 6210:18, 6211:1, 6230:16

**exactly** [5] - 6105:2, 6166:6, 6229:18, 6245:6, 6262:18

**examination** [13] - 6106:17, 6131:13, 6142:22, 6176:8, 6176:19, 6181:7, 6181:8, 6181:11, 6181:16, 6217:5, 6222:23, 6235:8, 6257:5

**EXAMINATION** [6] -

6124:22, 6153:10, 6178:14, 6208:21, 6223:6, 6224:14

**examine** [2] - 6181:8, 6265:11

**example** [11] - 6098:25, 6100:21, 6100:25, 6163:18, 6168:7, 6182:11, 6183:20, 6209:20, 6219:5, 6255:3, 6266:2

**exams** [1] - 6140:3

**Excel** [6] - 6233:15, 6233:22, 6234:15, 6239:3, 6239:9, 6239:10

**exception** [1] - 6103:1

**excerpts** [1] - 6180:9

**exclamation** [1] - 6114:19

**exclusion** [1] - 6135:13

**exclusively** [2] - 6168:22, 6251:10

**exculpatory** [2] - 6104:15, 6104:20

**excuse** [2] - 6123:3, 6212:16

**excused** [2] - 6224:1, 6245:25

**exercise** [2] - 6231:9, 6231:11

**exfiltrate** [1] - 6147:15

**Exhibit** [30] - 6095:12, 6095:12, 6105:11, 6122:10, 6143:4, 6143:17, 6144:5, 6144:17, 6144:25, 6145:7, 6146:23, 6148:1, 6148:6, 6148:19, 6151:2, 6151:7, 6156:17, 6156:18, 6156:22, 6180:3, 6180:4, 6181:17, 6185:20, 6188:12, 6197:10, 6198:1, 6199:12, 6204:15, 6222:2, 6225:19

**exhibit** [22] - 6103:21, 6103:25, 6107:9, 6118:13, 6118:20, 6120:9, 6140:4, 6146:18, 6147:4, 6149:19, 6164:3, 6177:19, 6184:24, 6198:11,

6198:20, 6199:7, 6199:11, 6200:1, 6230:20, 6235:14, 6237:16

**exhibits** [8] - 6105:8, 6138:11, 6157:1, 6180:9, 6180:12, 6181:11, 6198:24, 6239:4

**EXHIBITS** [1] - 6095:10

**exist** [2] - 6183:3, 6202:21

**existed** [1] - 6212:12

**existing** [2] - 6126:2, 6182:9

**exists** [4] - 6179:23, 6179:24, 6186:18, 6188:17

**exit** [1] - 6102:6, 6149:10

**exited** [6] - 6177:2, 6230:8, 6230:9, 6231:8, 6231:20, 6245:18

**exiting** [1] - 6136:24

**expect** [3] - 6246:5, 6246:7, 6246:15

**expediently** [1] - 6249:13

**experience** [3] - 6162:12, 6170:12, 6194:7

**experiences** [1] - 6268:20

**expert** [1] - 6234:13

**explain** [2] - 6112:3, 6256:21

**explained** [4] - 6235:8, 6243:10, 6267:17, 6268:5

**explore** [1] - 6238:22

**explosive** [2] - 6109:9, 6109:14

**explosives** [1] - 6109:23

**export** [2] - 6233:15, 6234:11

**exported** [1] - 6234:2

**exporting** [1] - 6236:4

**expose** [2] - 6097:4, 6097:8

**exposed** [1] - 6097:22

**exposing** [1] - 6097:16

**extensive** [1] - 6160:14

**extent** [2] - 6259:13,

6260:12

**extinguishers** [1] - 6141:10

**extra** [1] - 6096:2

**extraction** [4] - 6234:14, 6235:10, 6235:16, 6235:19

**extremely** [1] - 6194:12

**eye** [1] - 6251:12

---

**F**

**F.3d** [3] - 6096:17, 6096:21, 6096:22

**F.Supp** [1] - 6260:22

**face** [1] - 6116:15

**Facebook** [80] - 6105:11, 6110:25, 6116:23, 6118:6, 6130:21, 6133:22, 6175:22, 6176:3, 6176:10, 6179:5, 6179:15, 6179:18, 6179:19, 6179:20, 6179:22, 6179:23, 6179:24, 6180:2, 6180:7, 6180:14, 6180:16, 6181:21, 6181:22, 6182:8, 6182:12, 6182:13, 6182:16, 6182:21, 6183:21, 6183:24, 6184:1, 6184:3, 6184:5, 6185:4, 6185:5, 6187:9, 6188:18, 6188:19, 6188:25, 6189:21, 6191:3, 6192:17, 6195:8, 6195:14, 6196:11, 6197:13, 6199:14, 6199:21, 6200:12, 6202:16, 6204:24, 6207:5, 6208:25, 6209:1, 6209:2, 6209:4, 6209:7, 6209:9, 6209:19, 6209:20, 6209:21, 6209:24, 6210:23, 6211:2, 6211:6, 6211:11, 6212:3, 6212:9, 6216:19, 6217:23, 6217:24, 6217:25, 6218:5, 6218:6, 6219:13, 6220:8, 6222:12, 6222:17, 6222:18

**Facebook's** [1] - 6182:6

6283

facial [1] - 6179:4
facing [1] - 6150:14
fact [23] - 6100:12,
6101:16, 6108:13,
6122:2, 6123:9,
6137:24, 6138:18,
6145:17, 6146:2,
6163:23, 6170:12,
6170:19, 6216:17,
6219:20, 6228:20,
6232:22, 6253:19,
6256:12, 6262:12,
6263:11, 6267:22,
6268:4, 6270:4
fact-finder [3] -
6267:22, 6268:4,
6270:4
factors [1] - 6263:8
facts [3] - 6105:5,
6264:3, 6266:11
fair [47] - 6126:11,
6131:8, 6131:16,
6132:2, 6132:19,
6132:23, 6133:11,
6134:21, 6135:11,
6135:24, 6145:16,
6147:18, 6150:20,
6152:7, 6155:5,
6157:9, 6168:14,
6168:20, 6183:12,
6187:15, 6188:7,
6214:20, 6214:21,
6220:6, 6221:3,
6224:23, 6226:12,
6226:17, 6227:2,
6227:7, 6227:16,
6228:21, 6229:20,
6230:3, 6231:2,
6232:3, 6237:23,
6238:1, 6242:17,
6243:2, 6243:8,
6244:5, 6244:13,
6244:23, 6244:25,
6245:4, 6259:1
fairly [1] - 6254:24
falls [1] - 6269:23
familiar [18] -
6133:22, 6146:11,
6154:9, 6154:12,
6154:20, 6155:1,
6155:9, 6155:11,
6232:3, 6232:6,
6232:21, 6232:24,
6233:5, 6234:6,
6237:21, 6240:10,
6240:12, 6244:3
familiarity [2] -
6153:24, 6153:25
familiarize [1] -
6154:10

familiarizing [1] -
6156:15
family [1] - 6135:3
fantabulous [1] -
6194:2
far [11] - 6102:2,
6117:22, 6135:23,
6145:12, 6168:1,
6225:10, 6229:22,
6244:9, 6252:23,
6264:17, 6267:23
fashion [3] -
6248:11, 6248:18,
6248:21
fast [3] - 6150:25,
6194:12, 6194:13
fast-forward [1] -
6150:25
fat [1] - 6166:21
favor [2] - 6105:16,
6262:5
FBI [11] - 6117:8,
6125:8, 6125:9,
6125:22, 6131:22,
6137:24, 6138:18,
6139:18, 6228:4,
6235:15, 6246:4
FBI's [2] - 6137:25,
6142:13
fearless [1] - 6195:5
feature [4] - 6191:18,
6207:5, 6210:13,
6211:9
February [1] -
6153:19
federal [2] - 6100:7,
6123:20
few [10] - 6102:5,
6151:5, 6153:14,
6167:22, 6191:10,
6205:6, 6224:25,
6236:21, 6256:2,
6271:7
fides [1] - 6265:23
field [1] - 6133:10,
6194:7
fighting [1] - 6194:25
fights [2] - 6144:10,
6145:13
figured [1] - 6192:7
fil'd [2] - 6147:6,
6147:8
final [2] - 6201:17,
6207:25
finally [4] - 6116:22,
6130:9, 6164:23,
6207:15
finder [2] - 6267:22,
6268:4, 6270:4
fine [8] - 6108:21,

6116:5, 6136:8,
6193:24, 6212:9,
6249:14, 6249:18
fingers [1] - 6166:21
finish [3] - 6171:21,
6242:4, 6247:3
fire [1] - 6141:10
firearm [1] - 6245:3
first [36] - 6104:7,
6119:13, 6120:4,
6122:22, 6124:1,
6124:2, 6124:5,
6141:15, 6143:1,
6143:10, 6143:22,
6143:25, 6156:6,
6156:9, 6156:22,
6181:20, 6185:24,
6189:13, 6190:13,
6193:20, 6194:13,
6202:24, 6204:5,
6206:4, 6207:23,
6210:20, 6210:23,
6218:12, 6223:9,
6224:24, 6226:4,
6227:25, 6250:15,
6252:13, 6265:2,
6265:23
FISCHER [177] -
6094:12, 6094:12,
6105:10, 6105:22,
6106:4, 6106:8,
6107:2, 6107:23,
6108:21, 6108:24,
6109:21, 6111:23,
6112:1, 6113:12,
6113:24, 6114:2,
6114:12, 6114:15,
6114:18, 6115:7,
6116:2, 6116:5,
6116:22, 6117:25,
6118:19, 6124:3,
6124:23, 6125:17,
6126:10, 6126:12,
6126:14, 6126:19,
6126:20, 6127:4,
6127:5, 6127:18,
6127:19, 6128:3,
6128:4, 6128:9,
6128:10, 6128:13,
6128:14, 6128:17,
6128:18, 6128:21,
6128:22, 6128:24,
6129:1, 6129:5,
6129:8, 6129:12,
6130:7, 6130:8,
6130:16, 6130:19,
6131:9, 6131:10,
6131:17, 6131:18,
6132:3, 6132:4,
6132:24, 6133:1,

6133:12, 6133:13,
6133:18, 6133:19,
6133:25, 6134:2,
6134:22, 6134:23,
6135:25, 6136:1,
6136:5, 6136:6,
6136:8, 6136:9,
6137:2, 6137:3,
6137:11, 6137:12,
6139:4, 6139:5,
6139:16, 6139:17,
6139:25, 6140:5,
6140:16, 6140:18,
6141:16, 6141:17,
6142:10, 6142:12,
6142:18, 6142:20,
6143:2, 6143:6,
6143:7, 6143:16,
6143:19, 6144:3,
6144:7, 6144:8,
6144:16, 6144:19,
6144:20, 6144:24,
6145:2, 6145:9,
6146:8, 6146:10,
6146:16, 6146:19,
6146:24, 6147:2,
6147:19, 6147:21,
6147:24, 6148:2,
6148:4, 6148:7,
6148:20, 6149:14,
6149:17, 6149:20,
6149:22, 6150:8,
6150:9, 6150:25,
6151:4, 6151:9,
6153:4, 6155:23,
6180:19, 6180:24,
6181:12, 6198:16,
6208:22, 6211:22,
6212:1, 6212:21,
6212:25, 6213:11,
6213:19, 6213:24,
6214:22, 6215:2,
6216:22, 6217:17,
6217:22, 6218:11,
6218:15, 6220:7,
6220:14, 6221:4,
6221:6, 6221:13,
6221:16, 6221:23,
6222:1, 6222:8,
6222:20, 6252:11,
6252:13, 6253:3,
6254:6, 6255:10,
6255:25, 6256:18,
6257:3, 6261:16,
6261:21, 6264:19,
6265:9, 6265:12,
6268:24
Fischer [29] -
6108:20, 6109:20,
6124:4, 6124:20,
6125:16, 6153:8,

6175:25, 6180:23,
6208:20, 6212:8,
6212:15, 6215:19,
6222:21, 6250:23,
6255:22, 6258:13,
6258:19, 6259:15,
6261:11, 6261:13,
6262:21, 6263:16,
6264:5, 6264:13,
6266:8, 6266:15,
6266:17, 6267:2,
6267:5
Fischer's [4] -
6212:10, 6260:10,
6266:19, 6267:6
FISHER [1] - 6129:6
five [4] - 6108:7,
6110:13, 6111:6,
6220:24
FL [1] - 6103:2
flag [5] - 6132:5,
6132:15, 6140:25,
6141:25, 6142:15
flash [1] - 6140:13
FLDC [4] - 6169:3,
6233:16, 6235:9,
6237:21
fliers [1] - 6240:25
floor [1] - 6202:6
floors [2] - 6137:5,
6137:15
Florida [8] - 6154:13,
6225:1, 6225:3,
6225:4, 6225:15,
6233:5, 6233:19,
6238:25
Flynn [1] - 6251:18
focus [2] - 6229:24,
6236:2
focused [4] -
6140:19, 6233:16,
6258:1, 6258:5
folks [3] - 6140:12,
6168:2, 6248:1
follow [2] - 6190:19,
6204:23
follow-up [1] -
6190:19
followed [4] -
6127:13, 6127:16,
6192:8, 6195:13
following [23] -
6110:22, 6121:17,
6124:13, 6127:12,
6175:19, 6176:20,
6177:3, 6177:10,
6177:15, 6180:21,
6181:13, 6198:7,
6198:17, 6204:21,
6205:13, 6211:24,

6213:22, 6214:25, 6217:20, 6224:10, 6235:3, 6237:13, 6245:19
**follows** [1] - 6194:3
**followup** [2] - 6194:8, 6194:14
**footage** [2] - 6152:24, 6174:11
**Footnote** [3] - 6260:14
**FOR** [9] - 6093:1, 6093:14, 6093:17, 6093:22, 6094:2, 6094:5, 6094:9, 6094:12, 6095:5
**foregoing** [1] - 6272:4
**forfeiting** [1] - 6248:6
**forgive** [1] - 6123:15
**form** [3] - 6155:22, 6219:16, 6234:17
**formal** [1] - 6268:17
**format** [5] - 6233:22, 6234:15, 6238:25, 6239:2, 6266:9
**formation** [1] - 6228:1
**formations** [1] - 6228:8
**former** [1] - 6154:8
**FORMERFEDSGR OUP.COM** [1] - 6094:6
**forward** [8] - 6101:23, 6101:24, 6102:12, 6104:12, 6133:14, 6141:1, 6150:25, 6208:1
**foundation** [5] - 6217:10, 6234:21, 6234:23, 6235:24, 6254:22
**fountain** [7] - 6131:13, 6132:12, 6150:1, 6150:5, 6150:12, 6150:13, 6150:17
**four** [9] - 6178:24, 6179:12, 6185:19, 6185:21, 6190:22, 6191:1, 6201:17, 6210:10, 6211:16
**fourth** [2] - 6204:12, 6249:5
**frankly** [2] - 6262:24, 6265:22
**free** [3] - 6148:3, 6215:19, 6224:8
**Friday** [3] - 6247:6,

6247:17, 6248:8
**friend** [1] - 6206:2
**friends** [1] - 6135:3
**front** [8] - 6141:7, 6150:13, 6150:22, 6184:24, 6199:11, 6249:9, 6255:13, 6264:25
**Front** [1] - 6094:10
**fuck** [1] - 6112:15
**fucked** [1] - 6140:21
**fucking** [1] - 6204:8
**fugitive** [1] - 6261:15
**full** [6] - 6103:25, 6123:9, 6164:20, 6184:14, 6253:15, 6272:5
**fully** [1] - 6106:17
**furtherance** [1] - 6103:3
**FYI** [1] - 6171:20

**G**

**gaining** [1] - 6106:16
**Gang** [3] - 6188:14, 6190:4, 6193:5
**Garden** [1] - 6174:6
**gas** [3] - 6133:21, 6137:20, 6141:5
**gates** [1] - 6206:2
**gather** [4] - 6164:14, 6168:3, 6170:13, 6170:21
**gathered** [5] - 6131:3, 6167:19, 6170:16, 6172:21, 6173:10
**gathering** [4] - 6162:20, 6163:11, 6167:9, 6172:19
**Gator** [2] - 6234:16, 6236:20
**gear** [1] - 6127:21
**general** [8] - 6115:3, 6132:18, 6155:2, 6167:5, 6195:3, 6209:16, 6268:9
**generally** [2] - 6179:19, 6181:20
**generate** [1] - 6189:3
**generated** [2] - 6187:9, 6189:24
**generation** [1] - 6203:17
**gentlemen** [4] - 6124:15, 6176:22, 6198:19, 6245:11
**Georgia** [4] -

6146:21, 6147:23, 6148:10, 6148:15
**Geyer** [2] - 6118:5, 6246:18
**GEYER** [2] - 6094:5, 6246:20
**given** [6] - 6113:8, 6166:1, 6170:22, 6184:14, 6248:1
**glance** [1] - 6222:9
**Glen** [1] - 6094:13
**Godbold** [40] - 6109:7, 6109:8, 6109:13, 6110:17, 6112:8, 6112:13, 6112:17, 6112:19, 6112:20, 6113:1, 6126:21, 6127:1, 6128:11, 6128:15, 6128:23, 6129:2, 6129:7, 6129:13, 6129:22, 6129:24, 6130:14, 6133:20, 6134:9, 6134:25, 6135:16, 6137:4, 6138:14, 6138:15, 6190:15, 6190:20, 6193:8, 6193:21, 6194:8, 6194:14, 6195:16, 6195:19, 6196:7, 6223:9
**goddamn** [1] - 6203:17
**golf** [2] - 6255:18, 6255:23
**gonna** [1] - 6202:12
**gotta** [1] - 6105:13
**Government** [47] - 6098:13, 6105:11, 6105:23, 6111:20, 6113:10, 6115:17, 6116:20, 6116:23, 6120:8, 6120:23, 6122:10, 6122:15, 6131:4, 6138:16, 6145:24, 6156:22, 6164:2, 6178:7, 6180:3, 6180:4, 6185:20, 6199:12, 6204:15, 6221:8, 6225:18, 6228:12, 6233:9, 6233:10, 6237:2, 6247:3, 6250:19, 6251:20, 6256:9, 6256:21, 6256:24, 6257:7, 6258:11, 6262:5, 6262:17, 6263:10, 6264:1, 6264:6, 6264:16, 6265:6,

6266:3, 6266:18, 6269:2
**GOVERNMENT** [3] - 6093:14, 6095:5, 6178:11
**government** [1] - 6106:12
**government's** [2] - 6095:12, 6095:12
**Government's** [28] - 6106:10, 6122:18, 6140:4, 6143:4, 6143:17, 6144:5, 6144:17, 6144:25, 6145:7, 6149:19, 6151:2, 6151:7, 6156:25, 6181:17, 6188:11, 6197:10, 6197:25, 6230:18, 6239:4, 6249:23, 6252:15, 6258:18, 6259:22, 6260:2, 6260:6, 6266:20, 6267:12, 6267:24
**Governor** [1] - 6094:13
**grab** [1] - 6123:23
**grabbed** [1] - 6140:25
**grand** [27] - 6250:22, 6250:24, 6251:3, 6252:4, 6252:7, 6253:4, 6253:15, 6253:23, 6254:23, 6255:10, 6255:11, 6255:12, 6256:1, 6256:7, 6257:15, 6257:16, 6257:21, 6257:25, 6258:4, 6258:17, 6259:1, 6259:8, 6259:12, 6259:23, 6260:1, 6260:9, 6260:11
**grant** [2] - 6195:2, 6253:13
**great** [10] - 6097:4, 6097:8, 6098:4, 6119:11, 6141:11, 6153:23, 6153:25, 6195:23, 6252:8
**greater** [2] - 6098:5, 6258:22
**Greene** [6] - 6163:7, 6169:11, 6169:18, 6169:24, 6170:6, 6170:16
**Greenwich** [2] - 6188:5, 6190:7
**grenades** [1] - 6140:13

**grew** [1] - 6194:11
**grill** [1] - 6112:25
**Grimes** [16] - 6127:13, 6128:7, 6128:19, 6129:16, 6129:19, 6130:14, 6130:20, 6134:7, 6134:12, 6136:10, 6138:15, 6194:3, 6194:22, 6195:1, 6195:16, 6195:21
**Grimes's** [1] - 6126:25
**ground** [4] - 6122:8, 6123:2, 6123:5, 6159:7
**grounds** [7] - 6121:1, 6131:5, 6167:18, 6170:23, 6171:23, 6240:18, 6255:17
**group** [36] - 6103:2, 6128:7, 6132:18, 6133:3, 6140:14, 6158:19, 6160:1, 6160:2, 6160:4, 6161:6, 6162:2, 6164:16, 6164:20, 6164:22, 6165:5, 6165:20, 6165:21, 6166:13, 6166:23, 6168:3, 6171:22, 6189:19, 6189:21, 6189:22, 6189:24, 6189:25, 6190:4, 6193:5, 6219:13, 6219:16, 6228:10, 6228:14, 6229:6, 6229:22, 6230:1
**grouping** [3] - 6163:16, 6164:13, 6173:9
**groupings** [1] - 6160:15
**groups** [2] - 6163:1, 6232:20
**grunt** [1] - 6194:7
**guarantees** [1] - 6215:11
**Gucci** [1] - 6114:5
**guess** [10] - 6108:16, 6131:24, 6132:15, 6149:6, 6150:8, 6150:11, 6152:9, 6191:25, 6215:8, 6220:4
**gun** [2] - 6244:5, 6245:4
**guns** [3] - 6112:1, 6113:2, 6244:1

6285

**guy** [3] - 6202:5, 6206:20, 6221:8
**guys** [1] - 6196:25

## H

**H-A-R-M-O-N** [1] - 6178:19
**half** [11] - 6175:24, 6176:14, 6190:10, 6192:1, 6193:17, 6204:14, 6205:8, 6246:10, 6246:24, 6246:25, 6247:1
**half-hour** [1] - 6246:10
**halfway** [2] - 6105:12, 6200:2
**HALLER** [54] - 6094:2, 6094:2, 6101:10, 6103:5, 6103:17, 6118:20, 6118:24, 6119:1, 6119:10, 6119:18, 6119:22, 6120:3, 6120:8, 6121:3, 6121:5, 6121:23, 6122:10, 6122:14, 6123:8, 6123:14, 6123:16, 6123:21, 6124:8, 6175:16, 6224:15, 6225:20, 6225:23, 6230:20, 6230:23, 6233:8, 6233:14, 6234:19, 6234:23, 6235:20, 6236:17, 6236:25, 6237:4, 6237:12, 6237:17, 6237:19, 6238:5, 6238:9, 6238:16, 6238:20, 6238:24, 6239:11, 6239:13, 6239:14, 6239:17, 6239:19, 6241:14, 6241:16, 6242:11, 6245:7
**Haller** [15] - 6118:5, 6119:4, 6120:20, 6123:13, 6124:6, 6175:17, 6224:13, 6224:18, 6235:5, 6235:13, 6236:15, 6238:15, 6241:11, 6242:10, 6245:10
**handful** [1] - 6252:10
**handheld** [1] - 6113:2
**handled** [1] - 6262:4
**hang** [7] - 6119:16, 6119:23, 6119:24,

6130:17, 6141:3, 6148:4
**happy** [2] - 6114:19, 6114:25
**Harmon** [5] - 6095:8, 6178:9, 6178:12, 6178:18, 6223:23
**HARMON** [1] - 6178:11
**Harrelson** [17] - 6153:19, 6154:1, 6154:5, 6154:13, 6224:21, 6227:6, 6227:8, 6228:15, 6229:7, 6229:10, 6229:23, 6230:7, 6230:8, 6230:16, 6231:4, 6239:23, 6241:18
**HARRELSON** [1] - 6094:6
**Harris** [15] - 6095:6, 6124:21, 6156:21, 6176:9, 6177:5, 6178:6, 6224:2, 6224:9, 6224:11, 6224:16, 6235:8, 6245:20, 6246:2, 6246:6, 6246:19
**Harris's** [2] - 6176:18, 6178:3
**Harrisburg** [1] - 6094:10
**head** [4] - 6101:21, 6121:10, 6231:4, 6242:7
**heads** [1] - 6099:2
**hear** [6] - 6146:20, 6148:8, 6148:12, 6148:21, 6202:25, 6271:14
**heard** [14] - 6106:12, 6140:10, 6140:21, 6141:14, 6142:6, 6149:11, 6152:8, 6152:12, 6196:25, 6257:12, 6263:3, 6267:3, 6268:23
**hearing** [8] - 6096:4, 6223:1, 6261:10, 6262:3, 6263:19, 6263:20, 6264:11, 6264:25
**hearings** [1] - 6247:5
**hearsay** [3] - 6126:4, 6126:6, 6139:11
**heart** [1] - 6107:10
**held** [1] - 6211:16
**hell** [2] - 6140:9, 6205:21

Hello [2] - 6190:10, 6190:17
**hello** [1] - 6178:12
**help** [5] - 6110:1, 6119:25, 6191:25, 6222:17, 6235:7
**helped** [1] - 6152:10
**helpful** [1] - 6119:7
**helping** [1] - 6122:3
**hereby** [1] - 6272:3
**hesitation** [1] - 6250:23
**heydays** [1] - 6194:17
**hi** [1] - 6224:16
**hide** [1] - 6202:5
**higher** [1] - 6144:1
**highlight** [1] - 6260:13
**highlights** [1] - 6260:15
**highly** [2] - 6108:14, 6269:23
**Highway** [1] - 6094:13
**Hilgeman** [1] - 6269:17
**Hill** [6] - 6140:11, 6142:14, 6155:2, 6159:25, 6173:12
**hill** [1] - 6101:22
**himself** [4] - 6132:12, 6132:15, 6158:7, 6158:11
**hinge** [1] - 6096:11
**hip** [1] - 6103:23
**historic** [1] - 6203:3
**history** [2] - 6261:12, 6261:17
**hit** [1] - 6133:7
**hits** [1] - 6189:23
**hold** [3] - 6107:24, 6121:18, 6155:4
**holding** [1] - 6134:14
**home** [1] - 6223:23
**honest** [1] - 6214:17
**honestly** [1] - 6106:1
**honor** [1] - 6195:20
**Honor** [89] - 6099:5, 6100:1, 6100:21, 6101:10, 6103:5, 6103:17, 6104:3, 6105:10, 6105:13, 6105:15, 6106:5, 6107:2, 6107:4, 6107:8, 6108:1, 6108:21, 6108:24, 6109:21, 6114:2, 6114:12, 6115:9, 6116:6, 6116:22,

6117:5, 6117:25, 6118:2, 6118:4, 6118:19, 6118:20, 6119:10, 6119:19, 6120:5, 6121:23, 6123:16, 6124:8, 6147:1, 6153:4, 6174:25, 6175:16, 6180:17, 6180:19, 6180:24, 6181:6, 6181:12, 6198:15, 6198:16, 6199:9, 6211:22, 6212:1, 6212:21, 6213:11, 6213:20, 6214:22, 6215:2, 6216:22, 6217:17, 6222:20, 6222:24, 6223:2, 6224:4, 6235:20, 6236:17, 6237:17, 6241:14, 6246:4, 6249:13, 6249:22, 6252:11, 6252:13, 6254:6, 6254:13, 6255:25, 6256:19, 6256:22, 6257:12, 6259:18, 6259:22, 6260:7, 6261:21, 6263:4, 6263:25, 6264:19, 6265:9, 6265:14, 6266:7, 6267:13, 6268:24, 6269:11, 6269:22
**HONORABLE** [1] - 6093:11
**honorary** [1] - 6195:3
**honors** [1] - 6195:22
**hooking** [1] - 6147:3
**hop** [1] - 6249:15
**hope** [2] - 6118:8, 6226:25
**hoped** [1] - 6124:18
**hopefully** [3] - 6172:4, 6246:12, 6261:8
**hoping** [1] - 6246:5
**Horse** [1] - 6171:14
**hotel** [1] - 6160:20
**Hotel** [1] - 6255:13
**hour** [9] - 6097:25, 6172:15, 6175:24, 6176:14, 6245:12, 6246:10, 6246:24, 6246:25, 6247:1
**hours** [4] - 6111:6, 6111:19, 6135:8, 6208:7
**House** [6] - 6119:14, 6120:4, 6196:17,

6202:6, 6242:1, 6242:14
**House's** [1] - 6242:15
**housekeeping** [2] - 6107:14, 6168:25
**HUGHES** [1] - 6093:19
**hundreds** [1] - 6169:1
**husher** [1] - 6268:21
**Huvelle** [1] - 6260:21

## I

**i.e** [1] - 6167:6
**ID** [2] - 6186:8, 6186:11
**ID'd** [1] - 6122:15
**idea** [9] - 6096:25, 6098:4, 6101:13, 6120:13, 6141:4, 6167:5, 6221:10, 6222:14, 6251:23
**ideas** [1] - 6121:8
**identifier** [10] - 6185:7, 6185:9, 6185:12, 6185:19, 6186:12, 6186:14, 6186:23, 6187:6, 6195:14
**identifiers** [1] - 6185:8
**identify** [2] - 6113:2, 6164:4
**IEDs** [1] - 6193:14
**ignorance** [1] - 6101:16
**IHOP** [1] - 6220:21
**III** [1] - 6093:6
**ill** [1] - 6175:25
**illegal** [2] - 6173:1, 6220:3
**illustrative** [1] - 6099:21
**images** [1] - 6177:20
**imagine** [1] - 6115:24
**imply** [1] - 6117:18
**importance** [1] - 6257:1
**important** [3] - 6104:11, 6256:25, 6263:16
**impress** [1] - 6097:17
**impression** [1] - 6255:6
**IN** [1] - 6095:10

6286

**inaccuracy** [1] - 6264:8

**inaccurate** [2] - 6261:13, 6263:23

**inaugural** [5] - 6101:4, 6136:17, 6136:25, 6143:24, 6144:10

**include** [5] - 6113:11, 6154:16, 6240:21, 6240:24, 6241:2

**included** [1] - 6122:19

**includes** [2] - 6110:17

**including** [3] - 6132:15, 6209:17, 6228:14

**incorporate** [1] - 6258:16

**Incorporated** [2] - 6178:22, 6179:17

**incorrectly** [1] - 6139:8

**incredible** [1] - 6098:14

**inculpatory** [3] - 6099:14, 6104:15, 6104:19

**independent** [1] - 6245:16

**indicate** [8] - 6100:4, 6140:15, 6142:7, 6147:4, 6161:17, 6192:9, 6211:13

**indicated** [4] - 6117:5, 6135:18, 6212:5, 6214:5

**indicates** [6] - 6101:19, 6102:14, 6126:1, 6185:4, 6185:5, 6185:9

**indicating** [1] - 6131:19

**indicative** [3] - 6170:10, 6170:12, 6170:19

**indicia** [1] - 6100:9

**indict** [1] - 6264:7

**indicted** [1] - 6117:21

**indictment** [4] - 6252:15, 6257:22, 6258:1, 6260:1

**indiscernible** [1] - 6097:5

**individual** [5] - 6097:3, 6109:7, 6192:4, 6192:12,

6228:25

**individually** [1] - 6191:21

**individuals** [7] - 6116:25, 6117:12, 6228:11, 6228:14, 6257:17, 6258:2, 6258:8

**induct** [1] - 6195:5

**indulgence** [8] - 6111:24, 6118:25, 6139:4, 6139:16, 6140:2, 6175:10, 6224:5, 6233:11

**infer** [2] - 6116:17, 6174:23

**infiltrate** [1] - 6147:15

**infiltration** [1] - 6201:3

**information** [13] - 6107:15, 6107:17, 6184:2, 6184:6, 6184:7, 6184:17, 6186:5, 6187:7, 6189:4, 6244:6, 6245:2, 6262:2, 6262:6

**initiating** [1] - 6186:20

**input** [1] - 6270:17

**inside** [14] - 6102:4, 6103:9, 6121:8, 6136:2, 6139:9, 6155:15, 6163:1, 6163:2, 6163:17, 6168:2, 6168:3, 6202:5, 6243:3

**instance** [1] - 6265:23

**instead** [1] - 6103:22

**instigator** [1] - 6202:1

**instituted** [1] - 6172:7

**instruct** [1] - 6117:15

**instructed** [1] - 6148:13

**instructing** [1] - 6164:17

**instruction** [11] - 6103:21, 6104:6, 6104:9, 6108:2, 6117:23, 6118:1, 6177:18, 6177:22, 6198:10, 6198:20, 6271:10

**instructions** [2] - 6113:17, 6247:23

**intend** [1] - 6175:22

**intending** [2] - 6119:16, 6264:13

**intends** [2] - 6116:21, 6119:4

**intent** [1] - 6106:15

**interaction** [1] - 6179:16

**interest** [9] - 6096:6, 6097:1, 6098:23, 6099:7, 6100:18, 6102:25, 6176:6, 6271:5, 6271:13

**internally** [1] - 6156:9

**interview** [1] - 6139:21

**interviewed** [1] - 6138:20

**intimate** [1] - 6226:24

**intimately** [1] - 6154:5

**intro** [1] - 6111:15

**introduce** [3] - 6116:21, 6119:4, 6178:16

**introduced** [4] - 6102:2, 6118:18, 6119:5, 6154:25

**investigate** [3] - 6131:23, 6133:6, 6227:6

**investigated** [4] - 6125:9, 6133:10, 6224:21, 6224:23

**investigating** [4] - 6138:12, 6225:3, 6241:4, 6254:2

**investigation** [24] - 6123:9, 6125:7, 6125:23, 6138:4, 6138:8, 6139:18, 6141:12, 6153:17, 6153:18, 6153:20, 6153:22, 6154:4, 6154:6, 6155:1, 6155:6, 6173:8, 6225:7, 6240:21, 6240:23, 6240:24, 6241:2, 6241:8, 6254:1, 6264:20

**investigations** [1] - 6179:3

**involve** [1] - 6179:2

**involved** [2] - 6153:16, 6154:5

**involves** [1] - 6182:2

**involving** [1] - 6154:12

**Isaacs'** [1] - 6235:12

**issue** [19] - 6096:6, 6104:11, 6108:2, 6145:11, 6175:21, 6212:20, 6213:4, 6216:25, 6250:4, 6251:12, 6256:25, 6257:2, 6258:21, 6259:21, 6261:9, 6266:2, 6269:23, 6270:14, 6271:9

**issues** [4] - 6107:14, 6125:10, 6125:19, 6247:13

**itself** [5] - 6097:21, 6101:13, 6108:18, 6182:9, 6217:25

**J**

**J.C** [1] - 6096:2

**Jacksonville** [1] - 6225:5

**jail** [3] - 6120:15, 6122:3, 6135:2

**James** [14] - 6169:13, 6169:18, 6169:24, 6170:7, 6170:15, 6170:17, 6251:8, 6251:15, 6253:16, 6253:17, 6254:25, 6257:23, 6258:7, 6259:9

**JAMES** [1] - 6093:23

**Jan** [13] - 6157:19, 6158:2, 6161:6, 6164:20, 6169:3, 6170:15, 6171:16, 6233:5, 6233:16, 6233:20, 6235:9, 6237:21, 6238:25

**January** [61] - 6109:8, 6109:24, 6121:19, 6121:20, 6121:21, 6125:10, 6126:3, 6130:4, 6138:1, 6146:3, 6146:6, 6149:23, 6153:19, 6154:20, 6155:3, 6161:4, 6162:8, 6164:9, 6165:13, 6171:13, 6172:2, 6172:4, 6172:5, 6190:6, 6191:11, 6192:22, 6193:10, 6195:16, 6196:22, 6197:6, 6197:15, 6197:19, 6197:20, 6197:22, 6199:24, 6205:5, 6212:23, 6213:7,

6213:18, 6220:24, 6221:1, 6221:9, 6223:15, 6223:17, 6226:3, 6227:4, 6232:22, 6232:23, 6238:2, 6239:24, 6240:3, 6240:7, 6240:19, 6240:22, 6240:25, 6241:9, 6241:13, 6244:11, 6246:11, 6251:8, 6261:10

**Jeff** [1] - 6101:18

**JEFFREY** [1] - 6093:15

**Jenny** [1] - 6246:9

**Jersey** [1] - 6094:7

**job** [1] - 6260:23

**Joe** [16] - 6109:7, 6110:17, 6112:19, 6129:2, 6129:7, 6129:22, 6130:14, 6134:4, 6134:6, 6138:15, 6190:15, 6190:19, 6196:7, 6196:8, 6196:16, 6223:9

**joined** [2] - 6214:10, 6214:13

**joke** [14] - 6107:4, 6108:5, 6108:15, 6108:18, 6108:22, 6112:25, 6114:5, 6114:6, 6114:9, 6114:16, 6114:23, 6127:1, 6127:16

**Jonathan** [1] - 6140:8

**JONATHAN** [1] - 6094:9

**Jones** [1] - 6251:17

**Joshua** [3] - 6169:18, 6169:24, 6170:6

**JR** [2] - 6093:15, 6093:23

**Judge** [2] - 6246:14, 6260:21

**judge** [8] - 6096:7, 6248:25, 6263:2, 6263:15, 6263:18, 6263:23, 6264:8, 6265:24

**JUDGE** [1] - 6093:11

**JULI** [2] - 6094:2, 6094:2

**Juli** [1] - 6224:18

**juror** [7] - 6253:23, 6255:11, 6256:1, 6256:7, 6259:12,

6287

6260:9
  **juror's** [2] - 6253:4,
6258:4
  **jurors** [1] - 6124:5
  **jury** [68] - 6096:2,
6116:16, 6117:13,
6117:15, 6117:18,
6124:10, 6124:11,
6124:12, 6134:24,
6166:2, 6166:16,
6175:20, 6177:2,
6177:13, 6177:14,
6178:17, 6180:22,
6184:10, 6185:2,
6186:3, 6186:25,
6187:19, 6191:12,
6192:3, 6198:8,
6201:21, 6202:20,
6202:23, 6204:4,
6207:18, 6211:25,
6215:1, 6223:8,
6235:4, 6245:18,
6247:23, 6249:16,
6250:22, 6250:24,
6251:3, 6252:4,
6252:5, 6252:7,
6253:15, 6254:24,
6255:6, 6255:12,
6257:15, 6257:16,
6257:22, 6257:25,
6258:16, 6258:17,
6259:1, 6259:8,
6259:23, 6260:1,
6260:3, 6260:11,
6263:9, 6263:21,
6264:14, 6265:19,
6267:15, 6268:7,
6268:13, 6268:19,
6270:5
  **JURY** [1] - 6093:10
  **jury's** [2] - 6247:24,
6266:12
  **Justice** [4] -
6115:11, 6115:14,
6115:21, 6116:10
  **JUSTICE** [1] -
6093:20
  **justice** [1] - 6116:3
  **JUSTIN** [1] - 6093:19

## K

  **Kamaltoe** [1] -
6112:15
  **KATHRYN** [1] -
6093:14
  **keep** [11] - 6111:11,
6113:11, 6114:11,
6114:12, 6114:20,
6116:4, 6117:3,

6156:18, 6185:15,
6238:6
  **Keeper** [4] - 6159:23,
6161:5, 6162:2,
6170:7
  **Keepers** [25] -
6139:1, 6139:2,
6140:10, 6157:20,
6158:4, 6159:6,
6159:22, 6159:24,
6160:6, 6160:15,
6162:17, 6162:20,
6163:24, 6167:9,
6168:19, 6168:22,
6170:3, 6171:23,
6172:13, 6173:9,
6174:13, 6174:18,
6225:16, 6251:16,
6267:24
  **keeps** [2] - 6138:16,
6182:9
  **Kelly** [26] - 6119:6,
6122:16, 6123:9,
6224:18, 6224:23,
6226:8, 6226:11,
6226:21, 6227:6,
6227:7, 6228:14,
6229:23, 6230:3,
6230:4, 6231:12,
6232:5, 6232:12,
6232:18, 6232:23,
6232:25, 6239:23,
6240:15, 6241:17,
6241:18, 6243:16,
6244:19
  **Kellye** [3] - 6226:11,
6226:14, 6226:21
  **Kellys** [1] - 6226:10
  **Kelsey** [3] - 6095:6,
6124:21, 6224:9
  **Ken** [1] - 6241:18
  **Kenneth** [9] -
6224:21, 6227:6,
6227:8, 6228:15,
6229:7, 6229:10,
6229:23, 6230:7,
6239:22
  **kept** [4] - 6116:16,
6216:2, 6217:6,
6244:1
  **keyboard** [1] -
6166:21
  **kids'** [1] - 6140:14
  **kill** [1] - 6206:21
  **kind** [14] - 6107:14,
6154:19, 6157:5,
6166:11, 6235:22,
6248:6, 6248:24,
6253:12, 6256:3,
6259:21, 6260:7,

6260:18, 6269:19
  **KM** [1] - 6239:17
  **KM-55** [1] - 6239:18
  **KM-60** [2] - 6237:16,
6237:18
  **knowledge** [17] -
6125:8, 6146:5,
6156:5, 6160:6,
6160:13, 6163:9,
6169:15, 6171:22,
6172:23, 6172:24,
6173:8, 6222:5,
6232:9, 6254:15,
6254:17, 6254:18,
6259:13
  **known** [2] - 6155:7,
6263:20
  **knows** [3] - 6213:17,
6226:25, 6237:8

## L

  **labeled** [2] -
6228:11, 6230:1
  **lack** [1] - 6171:5
  **ladies** [4] - 6124:14,
6176:22, 6198:19,
6245:11
  **laid** [1] - 6174:18
  **landing** [4] - 6229:4,
6229:8, 6229:11,
6229:14
  **language** [4] -
6103:11, 6174:19,
6179:7, 6222:16
  **large** [6] - 6162:2,
6163:24, 6165:6,
6165:20, 6166:22,
6168:20
  **larger** [3] - 6166:13,
6166:23, 6264:2
  **LASSITER** [1] -
6093:24
  **last** [15] - 6096:20,
6099:8, 6114:7,
6114:13, 6114:14,
6116:6, 6142:7,
6179:12, 6185:19,
6185:21, 6198:20,
6202:11, 6221:19,
6221:20, 6248:23
  **late** [4] - 6153:18,
6196:14, 6231:10,
6246:5
  **late-night** [1] -
6196:14
  **laughing** [1] -
6126:22
  **laughter** [1] - 6116:1

**law** [15] - 6101:16,
6179:3, 6179:6,
6179:8, 6180:10,
6184:12, 6184:16,
6185:13, 6209:17,
6210:6, 6220:2,
6260:10, 6260:24,
6267:14, 6267:20
  **LAW** [2] - 6094:2,
6119:25
  **Lawn** [1] - 6093:24
  **lead** [2] - 6268:4,
6270:4
  **leader** [2] - 6195:6,
6195:23
  **leading** [1] - 6154:19
  **leads** [3] - 6242:1,
6242:14, 6267:21
  **lean** [1] - 6101:13
  **learned** [2] - 6125:9,
6267:19
  **least** [14] - 6100:13,
6117:13, 6117:21,
6127:1, 6134:13,
6135:16, 6158:5,
6168:13, 6213:9,
6217:5, 6219:23,
6253:13, 6258:7,
6258:14
  **leave** [9] - 6108:19,
6151:18, 6152:11,
6171:23, 6202:12,
6228:19, 6250:8,
6250:25, 6265:15
  **leaves** [1] - 6230:2
  **leaving** [3] -
6152:17, 6229:7,
6229:11
  **led** [2] - 6139:9,
6142:14
  **left** [35] - 6096:5,
6105:9, 6112:6,
6136:19, 6142:25,
6143:22, 6149:1,
6150:5, 6150:15,
6152:1, 6152:21,
6153:1, 6155:24,
6156:1, 6159:1,
6161:20, 6162:10,
6164:11, 6166:3,
6167:18, 6167:20,
6167:25, 6172:13,
6173:12, 6189:11,
6208:2, 6221:7,
6228:24, 6229:4,
6229:10, 6230:1,
6244:8, 6255:6,
6263:10
  **legal** [7] - 6105:6,
6173:3, 6179:2,

6179:4, 6179:6,
6184:16, 6184:18
  **legislators** [1] -
6137:5
  **leisure** [1] - 6115:9
  **less** [2] - 6168:8,
6254:17
  **Lester** [1] - 6192:4
  **letting** [3] - 6170:6,
6170:16, 6252:2
  **level** [2] - 6158:18,
6202:9
  **liability** [3] - 6097:9,
6097:16, 6097:23
  **life** [2] - 6112:17,
6195:22
  **like-minded** [1] -
6140:12
  **likely** [1] - 6109:18
  **likewise** [1] - 6203:3
  **limit** [9] - 6183:17,
6210:14, 6210:16,
6210:21, 6211:8,
6211:19, 6212:2,
6212:10, 6213:1
  **limited** [5] - 6113:10,
6250:11, 6254:24,
6264:22, 6265:8
  **limiting** [5] -
6103:21, 6104:6,
6104:9, 6108:1,
6117:23, 6118:1,
6198:9, 6271:10
  **Linder** [1] - 6247:2
  **LINDER** [11] -
6093:22, 6093:24,
6247:3, 6247:10,
6247:19, 6247:22,
6248:2, 6248:9,
6248:13, 6248:16,
6248:22
  **line** [15] - 6100:13,
6101:4, 6112:19,
6143:1, 6149:8,
6150:16, 6185:4,
6218:4, 6227:25,
6233:17, 6250:6,
6260:5, 6262:24,
6265:5, 6269:3
  **Line** [1] - 6236:19
  **lined** [1] - 6269:16
  **lines** [3] - 6115:4,
6143:10, 6252:10
  **lips** [1] - 6148:3
  **LISA** [2] - 6094:15,
6272:3
  **Lisa** [1] - 6272:12
  **list** [2] - 6248:21,
6248:23
  **listed** [3] - 6187:9,

6188:24, 6200:10
**listen** [4] - 6146:20,
6147:22, 6148:13,
6148:16
**listening** [1] -
6148:10
**lists** [4] - 6116:7,
6116:9, 6188:22,
6189:7
**literal** [1] - 6244:24
**literally** [1] - 6108:7
**Live** [1] - 6112:17
**lived** [2] - 6134:16,
6134:18
**living** [1] - 6178:20
**Liz** [1] - 6119:12
**LLC** [2] - 6094:6,
6094:9
**local** [1] - 6202:9
**located** [2] - 6150:5,
6150:10
**location** [13] -
6158:5, 6158:13,
6159:17, 6161:11,
6162:1, 6162:4,
6162:16, 6162:22,
6165:6, 6168:19,
6170:2, 6170:13,
6172:19
**locations** [1] -
6162:25
**locked** [1] - 6206:20
**log** [9] - 6185:25,
6186:2, 6186:3,
6186:4, 6187:12,
6187:15, 6187:16,
6187:18
**LOL** [3] - 6126:21,
6127:12, 6127:16
**long-press** [1] -
6191:17
**look** [29] - 6098:12,
6098:24, 6099:5,
6099:11, 6100:1,
6100:3, 6103:19,
6103:23, 6104:1,
6104:5, 6111:11,
6115:22, 6119:1,
6121:24, 6123:24,
6136:20, 6195:15,
6222:10, 6227:3,
6229:1, 6231:11,
6236:13, 6236:19,
6239:3, 6239:20,
6247:12, 6251:12,
6266:6
**Look** [1] - 6255:4
**looked** [11] -
6101:22, 6101:25,
6102:10, 6102:12,

6111:6, 6118:22,
6149:23, 6232:11,
6236:22, 6260:16
**looking** [35] -
6099:1, 6100:8,
6100:15, 6121:9,
6135:1, 6143:14,
6144:13, 6150:16,
6161:10, 6169:25,
6186:2, 6186:8,
6188:16, 6189:13,
6200:23, 6208:10,
6220:9, 6231:23,
6231:24, 6234:15,
6235:24, 6236:12,
6238:14, 6241:19,
6241:24, 6242:4,
6242:5, 6242:16,
6243:5, 6243:14,
6245:15, 6262:18,
6267:25, 6270:9
**looks** [16] - 6108:16,
6109:8, 6111:7,
6113:12, 6116:17,
6127:25, 6128:11,
6128:23, 6129:2,
6129:13, 6129:16,
6129:19, 6130:20,
6134:7, 6206:13,
6255:14
**lost** [2] - 6112:13,
6248:1
**loud** [1] - 6126:22
**LOUIS** [1] - 6093:16
**love** [2] - 6205:21,
6220:18
**lunch** [1] - 6096:3
**lying** [1] - 6140:22

---

# M

**ma'am** [27] -
6224:19, 6224:22,
6225:13, 6225:25,
6226:2, 6226:7,
6227:5, 6227:17,
6228:17, 6229:13,
6231:16, 6232:9,
6233:7, 6233:18,
6234:13, 6238:11,
6238:13, 6240:9,
6240:12, 6240:16,
6240:23, 6241:1,
6241:21, 6243:20,
6243:25, 6244:3,
6244:22
**machines** [1] -
6187:3
**magistrate** [6] -
6263:2, 6263:15,

6263:18, 6263:23,
6264:8, 6265:24
**main** [1] - 6153:20
**Mall** [2] - 6239:24,
6240:3
**man** [3] - 6192:7,
6195:23, 6202:1
**manner** [1] - 6271:6
**Manzo** [11] - 6178:8,
6198:2, 6198:22,
6198:9, 6223:1,
6266:16, 6267:4,
6267:9, 6269:6,
6269:9, 6269:15
**MANZO** [116] -
6093:16, 6106:10,
6107:8, 6107:21,
6107:25, 6108:9,
6108:18, 6109:12,
6110:7, 6110:10,
6110:12, 6110:16,
6111:5, 6111:8,
6111:24, 6112:2,
6112:8, 6113:6,
6113:16, 6113:19,
6113:21, 6113:23,
6114:8, 6114:22,
6115:2, 6115:5,
6115:12, 6118:4,
6118:10, 6118:16,
6119:3, 6175:23,
6176:4, 6176:11,
6176:14, 6178:9,
6178:15, 6180:17,
6181:19, 6184:20,
6184:23, 6185:23,
6186:1, 6187:11,
6187:14, 6188:11,
6188:15, 6190:9,
6190:12, 6191:23,
6192:2, 6192:25,
6193:3, 6193:16,
6193:19, 6194:19,
6194:21, 6196:1,
6196:4, 6196:18,
6196:20, 6197:9,
6197:11, 6197:25,
6198:4, 6198:15,
6198:23, 6199:9,
6199:10, 6199:17,
6199:20, 6199:25,
6200:3, 6200:15,
6200:17, 6200:21,
6200:22, 6201:4,
6201:6, 6201:10,
6201:12, 6201:16,
6201:19, 6202:15,
6202:19, 6203:5,
6203:7, 6203:12,
6203:14, 6203:21,

6203:22, 6204:1,
6204:3, 6204:13,
6204:16, 6205:7,
6205:9, 6206:6,
6206:8, 6206:23,
6206:24, 6207:8,
6207:10, 6207:15,
6207:17, 6208:19,
6212:8, 6215:14,
6215:23, 6221:12,
6222:4, 6223:2,
6223:7, 6223:21,
6267:13, 6269:25
**Manzo's** [1] -
6266:14
**March** [3] - 6252:17,
6253:6, 6257:23
**marched** [1] -
6140:11
**marches** [1] - 6256:3
**Marine** [1] - 6137:14
**mark** [1] - 6237:18
**marked** [3] - 6125:1,
6222:2, 6237:15
**Maryland** [1] -
6094:13
**mask** [1] - 6221:8
**mastermind** [1] -
6221:9
**matches** [2] -
6151:17, 6151:22
**math** [1] - 6149:7
**Matt** [2] - 6196:21,
6196:22
**matter** [6] - 6106:13,
6163:23, 6217:9,
6262:22, 6270:18,
6271:17
**matters** [3] -
6261:14, 6263:22,
6270:21
**Matthew** [1] - 6219:5
**maximize** [2] -
6247:8, 6247:25
**Maxwell** [1] -
6115:14
**mayor** [1] - 6172:7
**Mean** [2] - 6188:5,
6190:7
**mean** [50] - 6098:3,
6099:10, 6100:14,
6100:19, 6104:1,
6106:18, 6106:21,
6108:11, 6114:20,
6115:19, 6116:8,
6120:21, 6121:13,
6122:14, 6123:11,
6142:6, 6147:11,
6147:16, 6150:7,
6173:12, 6186:10,

6187:5, 6188:20,
6189:5, 6189:9,
6189:20, 6196:9,
6200:7, 6210:23,
6211:13, 6213:25,
6214:9, 6215:21,
6217:4, 6219:12,
6219:22, 6244:13,
6247:11, 6247:12,
6248:3, 6249:5,
6249:12, 6251:9,
6253:10, 6253:14,
6254:4, 6254:9,
6259:17, 6260:19,
6266:2
**meaning** [4] -
6101:24, 6184:15,
6196:10, 6227:19
**means** [11] -
6108:17, 6116:13,
6116:14, 6126:22,
6134:15, 6134:18,
6152:22, 6169:16,
6171:4, 6174:22,
6209:20
**meant** [5] - 6152:21,
6166:20, 6177:18,
6256:4, 6268:14
**mechanisms** [1] -
6191:12
**media** [3] - 6140:22,
6179:20, 6245:15
**medical** [3] -
6125:10, 6125:19,
6126:1
**meet** [7] - 6167:7,
6170:25, 6171:2,
6179:13, 6216:4,
6220:20, 6253:14
**meeting** [5] -
6162:22, 6170:8,
6206:4, 6248:24,
6258:1
**MEGGS** [1] - 6094:2
**Meggs** [38] - 6099:1,
6099:3, 6101:21,
6101:22, 6102:17,
6119:6, 6123:9,
6154:13, 6164:18,
6164:19, 6224:18,
6224:23, 6226:11,
6227:7, 6228:14,
6229:23, 6230:3,
6230:5, 6230:8,
6231:3, 6231:14,
6232:5, 6232:12,
6232:16, 6232:19,
6232:24, 6232:25,
6239:23, 6240:15,
6241:17, 6241:18,

6289

6242:13, 6242:17, 6243:2, 6243:16, 6244:19, 6257:19
**Meggs's** [1] - 6122:16
**MEHTA** [1] - 6093:11
**members** [6] - 6133:20, 6137:20, 6139:1, 6163:2, 6173:17, 6196:16
**meme** [3] - 6112:1, 6116:11, 6116:19
**memos** [1] - 6252:23
**men** [1] - 6253:19
**mental** [1] - 6132:20
**mention** [2] - 6252:21, 6257:20
**mentioned** [1] - 6257:18
**mentions** [1] - 6251:11
**mere** [1] - 6217:12
**message** [169] - 6109:7, 6109:16, 6110:7, 6110:21, 6111:2, 6112:10, 6112:12, 6112:22, 6112:23, 6114:2, 6114:3, 6120:4, 6121:19, 6123:7, 6127:12, 6128:7, 6128:16, 6133:22, 6134:9, 6135:14, 6135:17, 6136:10, 6140:8, 6142:3, 6147:7, 6157:13, 6162:16, 6163:12, 6163:16, 6164:19, 6169:14, 6169:15, 6169:17, 6170:14, 6174:14, 6181:25, 6182:2, 6182:5, 6182:6, 6182:8, 6182:9, 6182:20, 6182:22, 6183:1, 6183:2, 6183:5, 6183:18, 6183:20, 6183:21, 6184:1, 6184:5, 6187:21, 6188:17, 6189:15, 6189:16, 6189:17, 6189:21, 6189:24, 6190:1, 6190:15, 6190:16, 6190:17, 6190:19, 6191:13, 6191:15, 6191:16, 6191:21, 6192:4, 6192:6, 6192:7, 6192:12, 6192:15, 6192:17, 6193:8,

6193:9, 6193:10, 6193:12, 6193:20, 6194:3, 6194:24, 6195:1, 6195:10, 6195:18, 6195:21, 6196:6, 6196:22, 6197:3, 6197:4, 6197:5, 6197:6, 6200:5, 6200:19, 6200:20, 6200:25, 6201:8, 6201:9, 6202:3, 6202:8, 6202:11, 6202:24, 6203:2, 6203:9, 6203:10, 6204:5, 6204:7, 6204:9, 6204:12, 6204:18, 6204:21, 6205:10, 6205:11, 6205:13, 6205:17, 6205:23, 6206:1, 6206:9, 6206:11, 6206:15, 6206:18, 6206:21, 6206:23, 6207:1, 6207:7, 6207:20, 6208:2, 6208:3, 6208:5, 6208:7, 6208:9, 6209:5, 6209:25, 6214:1, 6216:13, 6216:20, 6217:23, 6219:6, 6219:7, 6219:10, 6219:18, 6219:19, 6219:23, 6220:11, 6220:17, 6221:18, 6221:20, 6223:9, 6223:12, 6223:16, 6223:17, 6225:18, 6225:24, 6226:9, 6226:18, 6227:3, 6231:11, 6234:1, 6234:16, 6236:3, 6236:12, 6236:19, 6243:14, 6244:11, 6244:18, 6268:2
**message-like** [1] - 6209:25
**messages** [126] - 6105:17, 6107:10, 6107:15, 6108:3, 6109:18, 6110:6, 6111:1, 6120:17, 6120:23, 6121:24, 6121:25, 6122:11, 6122:17, 6122:19, 6122:20, 6123:10, 6123:11, 6123:12, 6135:15, 6137:22, 6137:24, 6138:7, 6138:9, 6138:10, 6138:13, 6139:7,

6139:20, 6142:4, 6160:9, 6162:15, 6166:9, 6167:17, 6169:21, 6172:18, 6174:10, 6174:21, 6180:1, 6181:2, 6181:21, 6181:23, 6183:8, 6183:9, 6183:10, 6183:15, 6184:3, 6184:15, 6187:19, 6188:18, 6188:19, 6190:22, 6190:24, 6190:25, 6191:1, 6191:3, 6191:8, 6191:10, 6194:20, 6196:7, 6196:19, 6197:16, 6197:19, 6197:21, 6198:13, 6199:3, 6199:6, 6201:18, 6201:20, 6202:21, 6204:2, 6204:21, 6204:23, 6205:2, 6205:3, 6205:5, 6205:16, 6207:18, 6210:4, 6210:6, 6211:19, 6212:3, 6213:2, 6213:10, 6213:14, 6218:23, 6218:25, 6219:2, 6219:8, 6219:9, 6219:20, 6222:11, 6222:13, 6222:18, 6223:8, 6225:15, 6227:19, 6231:23, 6232:4, 6232:6, 6232:9, 6232:14, 6232:15, 6232:18, 6232:21, 6232:22, 6233:1, 6233:2, 6233:3, 6233:4, 6233:21, 6233:24, 6234:1, 6234:8, 6234:9, 6235:25, 6236:1, 6237:5, 6237:22, 6237:24, 6238:1, 6240:6, 6240:13, 6240:14
**messaging** [2] - 6179:23, 6179:24
**Messenger** [12] - 6179:22, 6179:23, 6188:19, 6189:22, 6195:9, 6207:5, 6209:4, 6209:24, 6210:24, 6211:2, 6218:6, 6219:14
**met** [1] - 6162:17
**Meta** [8] - 6178:21, 6179:1, 6179:5, 6179:15, 6179:17,

6188:19, 6210:10, 6212:2
**Metro** [1] - 6152:9
**Michael** [4] - 6169:18, 6169:24, 6170:6, 6251:18
**microphone** [1] - 6225:11
**middle** [5] - 6113:25, 6151:10, 6169:25, 6186:8, 6223:4
**midnight** [2] - 6197:14, 6199:24
**might** [6] - 6125:11, 6126:2, 6140:24, 6172:6, 6176:5, 6181:4
**miles** [1] - 6097:25
**military** [6] - 6127:21, 6147:8, 6227:25, 6228:3, 6228:4, 6228:5
**military-style** [1] - 6127:21
**militia** [1] - 6140:10
**million** [2] - 6140:22, 6270:7
**mind** [12] - 6105:7, 6106:19, 6106:22, 6120:19, 6121:12, 6121:14, 6121:16, 6127:1, 6141:19, 6202:2, 6234:24, 6266:12
**minded** [1] - 6140:12
**mindful** [2] - 6250:13, 6250:17
**mine** [3] - 6135:2, 6183:3, 6249:3
**mini** [1] - 6265:22
**mini-trial** [1] - 6265:22
**minimization** [1] - 6104:15
**minimize** [1] - 6105:3
**minimum** [2] - 6102:18, 6114:6
**minus** [1] - 6110:13
**Minuta** [9] - 6251:7, 6251:15, 6253:16, 6253:17, 6254:25, 6255:23, 6257:23, 6258:7, 6259:9
**minute** [19] - 6118:12, 6149:4, 6168:9, 6168:18, 6204:19, 6210:13, 6210:16, 6210:21, 6211:8, 6211:19,

6212:2, 6212:10, 6212:20, 6213:1, 6214:12, 6215:3, 6224:6, 6228:10, 6243:15
**minutes** [27] - 6096:2, 6102:4, 6102:5, 6102:6, 6102:7, 6155:15, 6159:11, 6161:20, 6161:23, 6164:10, 6167:17, 6167:22, 6172:15, 6181:3, 6212:17, 6213:2, 6213:3, 6214:2, 6223:19, 6228:19, 6228:21, 6243:3, 6246:10, 6246:15, 6246:20
**misapprehension** [1] - 6263:10
**misdemeanor** [1] - 6098:4
**misimpression** [1] - 6266:12
**mislead** [2] - 6268:7, 6270:5
**misread** [1] - 6262:8
**misreading** [1] - 6262:10
**misrepresentation** [1] - 6264:15
**mission** [2] - 6167:6, 6254:3
**misspeak** [1] - 6269:1
**misspeaking** [1] - 6269:16
**mistake** [1] - 6264:1
**mistaken** [1] - 6105:16
**Mitty** [1] - 6141:13
**MITTY** [1] - 6141:13
**mob** [1] - 6101:3
**moment** [7] - 6102:16, 6123:24, 6180:20, 6236:3, 6239:20, 6243:11, 6250:25
**monthlong** [1] - 6270:8
**months** [5] - 6183:20, 6183:22, 6251:9, 6257:8, 6257:9
**more'** [1] - 6206:19
**moreover** [1] - 6098:23
**Morgan** [1] - 6260:22
**morning** [5] -

6290

6109:22, 6179:13, 6250:10, 6270:12, 6271:4

**most** [8] - 6209:9, 6228:20, 6233:3, 6241:19, 6241:23, 6242:8, 6243:2, 6243:7

**mostly** [1] - 6102:4

**mostly)** [1] - 6220:19

**motions** [2] - 6247:5, 6247:18

**motorcycle** [1] - 6097:25

**move** [19] - 6108:25, 6126:12, 6126:19, 6127:4, 6128:5, 6130:17, 6171:1, 6171:3, 6180:18, 6222:10, 6238:5, 6238:19, 6239:15, 6249:13, 6261:1, 6264:6, 6268:12, 6268:14

**moved** [2] - 6152:2, 6152:22

**moving** [2] - 6161:16, 6198:2

**MR** [394] - 6096:7, 6096:9, 6096:22, 6096:24, 6097:7, 6099:9, 6099:17, 6099:25, 6100:20, 6101:2, 6104:3, 6104:13, 6104:19, 6104:22, 6105:2, 6105:6, 6105:10, 6105:22, 6106:4, 6106:8, 6106:10, 6107:2, 6107:8, 6107:21, 6107:23, 6107:25, 6108:9, 6108:18, 6108:21, 6108:24, 6109:12, 6109:21, 6110:7, 6110:10, 6110:12, 6110:16, 6111:5, 6111:8, 6111:23, 6111:24, 6112:1, 6112:2, 6112:8, 6113:6, 6113:12, 6113:16, 6113:19, 6113:21, 6113:23, 6113:24, 6114:2, 6114:8, 6114:12, 6114:15, 6114:18, 6114:22, 6115:2, 6115:5, 6115:7, 6115:12, 6115:20, 6115:23, 6116:2,

6116:5, 6116:22, 6117:25, 6118:4, 6118:10, 6118:16, 6118:19, 6118:23, 6118:25, 6119:3, 6124:3, 6124:23, 6125:12, 6125:14, 6125:17, 6126:4, 6126:10, 6126:12, 6126:14, 6126:19, 6126:20, 6127:4, 6127:5, 6127:18, 6127:19, 6128:3, 6128:4, 6128:9, 6128:10, 6128:13, 6128:14, 6128:17, 6128:18, 6128:21, 6128:22, 6128:24, 6129:1, 6129:5, 6129:8, 6129:12, 6130:7, 6130:8, 6130:16, 6130:19, 6131:9, 6131:10, 6131:17, 6131:18, 6132:3, 6132:4, 6132:24, 6133:1, 6133:12, 6133:13, 6133:18, 6133:19, 6133:25, 6134:2, 6134:22, 6134:23, 6135:25, 6136:1, 6136:5, 6136:6, 6136:8, 6136:9, 6137:2, 6137:3, 6137:11, 6137:12, 6139:4, 6139:5, 6139:11, 6139:16, 6139:17, 6139:25, 6140:5, 6140:16, 6140:18, 6141:16, 6141:17, 6142:10, 6142:12, 6142:18, 6142:20, 6143:2, 6143:6, 6143:7, 6143:16, 6143:19, 6144:3, 6144:7, 6144:8, 6144:16, 6144:19, 6144:20, 6144:24, 6145:2, 6145:9, 6146:8, 6146:10, 6146:16, 6146:19, 6146:24, 6147:2, 6147:19, 6147:21, 6147:24, 6148:2, 6148:4, 6148:7, 6148:20, 6149:14, 6149:17, 6149:20, 6149:22, 6150:8, 6150:9, 6150:25, 6151:4, 6151:9, 6153:4,

6153:11, 6155:21, 6155:23, 6156:17, 6156:20, 6157:3, 6157:4, 6157:8, 6157:9, 6157:10, 6157:23, 6157:24, 6158:15, 6158:16, 6158:21, 6158:22, 6159:15, 6159:16, 6160:25, 6161:2, 6162:5, 6162:6, 6164:6, 6164:7, 6165:3, 6165:4, 6165:8, 6165:9, 6168:5, 6168:6, 6168:16, 6168:17, 6169:8, 6169:9, 6171:10, 6171:11, 6173:3, 6173:6, 6173:7, 6173:25, 6174:2, 6174:24, 6175:2, 6175:3, 6175:10, 6175:13, 6175:23, 6176:4, 6176:11, 6176:14, 6178:9, 6178:15, 6180:17, 6180:19, 6180:24, 6181:12, 6181:19, 6184:20, 6184:23, 6185:23, 6186:1, 6187:11, 6187:14, 6188:11, 6188:15, 6190:9, 6190:12, 6191:23, 6192:2, 6192:25, 6193:3, 6193:16, 6193:19, 6194:19, 6194:21, 6196:1, 6196:4, 6196:18, 6196:20, 6197:9, 6197:11, 6197:25, 6198:4, 6198:15, 6198:16, 6198:23, 6199:9, 6199:10, 6199:17, 6199:20, 6199:25, 6200:3, 6200:15, 6200:17, 6200:21, 6200:22, 6201:4, 6201:6, 6201:10, 6201:12, 6201:16, 6201:19, 6202:15, 6202:19, 6203:5, 6203:7, 6203:12, 6203:14, 6203:21, 6203:22, 6204:1, 6204:3, 6204:13, 6204:16, 6205:7, 6205:9, 6206:6, 6206:8, 6206:23, 6206:24, 6207:8, 6207:10,

6207:15, 6207:17, 6208:19, 6208:22, 6211:22, 6212:1, 6212:8, 6212:21, 6212:25, 6213:11, 6213:19, 6213:24, 6214:22, 6215:2, 6215:14, 6215:23, 6216:22, 6217:17, 6217:22, 6218:11, 6218:15, 6220:7, 6220:14, 6221:4, 6221:6, 6221:12, 6221:13, 6221:16, 6221:23, 6222:1, 6222:4, 6222:8, 6222:20, 6222:24, 6222:25, 6223:2, 6223:7, 6223:21, 6224:4, 6230:22, 6234:17, 6234:21, 6235:7, 6236:11, 6241:10, 6246:3, 6246:14, 6246:20, 6246:25, 6247:3, 6247:10, 6247:19, 6247:22, 6248:2, 6248:9, 6248:13, 6248:16, 6248:22, 6248:25, 6249:7, 6249:11, 6249:19, 6249:22, 6252:11, 6252:13, 6253:3, 6254:6, 6255:10, 6255:25, 6256:18, 6257:3, 6257:12, 6257:14, 6259:17, 6261:16, 6261:21, 6264:19, 6265:9, 6265:12, 6267:13, 6268:24, 6269:25, 6270:14, 6270:22, 6270:24, 6271:8, 6271:14

**MS** [58] - 6101:10, 6103:5, 6103:17, 6118:20, 6118:24, 6119:1, 6119:10, 6119:18, 6119:22, 6120:3, 6120:8, 6121:3, 6121:5, 6121:23, 6122:10, 6122:14, 6123:8, 6123:14, 6123:16, 6123:21, 6124:8, 6175:16, 6224:15, 6225:20, 6225:23, 6230:20, 6230:23, 6233:8, 6233:14, 6234:19, 6234:23, 6235:20, 6236:17,

6236:25, 6237:4, 6237:12, 6237:17, 6237:19, 6238:5, 6238:9, 6238:16, 6238:20, 6238:24, 6239:11, 6239:13, 6239:14, 6239:17, 6239:19, 6241:14, 6241:16, 6242:11, 6245:7, 6246:24, 6261:25, 6263:3, 6263:24, 6265:14, 6266:7

**multiple** [3] - 6117:2, 6160:14, 6170:24

**must** [3] - 6113:3, 6193:25, 6224:3

## N

**name** [11] - 6141:13, 6141:14, 6178:17, 6178:18, 6187:7, 6187:9, 6195:13, 6224:18, 6227:1, 6227:23, 6268:4

**named** [5] - 6109:7, 6140:8, 6190:4, 6192:4, 6193:5

**Nancy's** [1] - 6101:21

**narrow** [2] - 6101:12, 6103:12

**nationally** [1] - 6260:24

**nature** [1] - 6255:8

**Navy** [1] - 6195:24

**NCIC** [1] - 6262:8

**near** [3] - 6109:10, 6134:18, 6167:2

**necessarily** [5] - 6102:11, 6147:10, 6147:15, 6232:1, 6237:3

**necessary** [1] - 6174:22

**need** [14] - 6104:5, 6123:19, 6148:11, 6202:9, 6217:5, 6247:12, 6248:13, 6248:16, 6249:15, 6259:2, 6259:24, 6263:18, 6265:19, 6265:20

**needed** [3] - 6124:16, 6173:20, 6245:3

**needs** [5] - 6101:13, 6111:21, 6119:20, 6119:24, 6263:20

6291

**Nestler** [8] - 6118:21, 6125:2, 6235:6, 6236:7, 6236:25, 6244:19, 6252:21, 6257:6
**NESTLER** [25] - 6093:15, 6099:25, 6100:20, 6101:2, 6115:20, 6115:23, 6118:23, 6118:25, 6125:12, 6125:14, 6126:4, 6139:11, 6155:21, 6157:8, 6173:3, 6224:4, 6230:22, 6234:17, 6234:21, 6235:7, 6236:11, 6241:10, 6246:3, 6246:25, 6249:22
**never** [8] - 6112:15, 6138:18, 6139:21, 6234:24, 6238:12, 6238:18, 6239:6, 6268:2
**new** [2] - 6118:11, 6193:15
**New** [1] - 6094:7
**newer** [2] - 6188:6
**news** [7] - 6109:9, 6109:13, 6109:23, 6123:22, 6196:12, 6196:13, 6206:12
**next** [56] - 6111:22, 6115:7, 6130:7, 6137:2, 6140:6, 6140:16, 6141:16, 6142:10, 6142:11, 6156:18, 6157:23, 6158:15, 6158:21, 6160:25, 6162:5, 6164:6, 6165:3, 6168:5, 6168:16, 6169:8, 6171:10, 6173:25, 6175:16, 6178:7, 6179:24, 6190:2, 6190:3, 6191:24, 6192:16, 6193:16, 6194:20, 6195:1, 6195:5, 6195:15, 6198:21, 6199:7, 6200:21, 6201:4, 6201:11, 6202:3, 6202:8, 6202:18, 6203:12, 6203:18, 6203:21, 6204:7, 6204:12, 6204:13, 6206:16, 6206:23, 6207:8, 6222:11, 6223:12, 6271:7

**nice** [1] - 6260:23
**night** [5] - 6121:21, 6172:8, 6173:11, 6174:9, 6196:14
**nobody** [1] - 6248:6
**nomination** [1] - 6195:19
**non** [1] - 6192:9
**non-English** [1] - 6192:9
**none** [4] - 6120:20, 6223:1, 6246:20, 6263:20
**nonetheless** [1] - 6102:1
**nonresponsive** [1] - 6174:24
**normally** [1] - 6097:10
**north** [2] - 6158:24
**North** [3] - 6094:10, 6098:1, 6098:4
**northeast** [8] - 6161:9, 6161:17, 6165:21, 6166:4, 6169:25, 6172:21, 6173:10, 6231:13
**Northwest** [5] - 6093:17, 6093:20, 6094:3, 6094:17, 6272:14
**Nos** [1] - 6181:17
**notation** [1] - 6195:7
**note** [2] - 6132:9, 6257:22
**notes** [4] - 6100:15, 6104:1, 6111:25, 6272:5
**nothing** [3] - 6107:5, 6222:20, 6251:20
**notice** [2] - 6101:15, 6217:24
**notify** [1] - 6217:24
**notion** [1] - 6099:18
**November** [13] - 6093:6, 6251:4, 6251:14, 6251:17, 6251:19, 6252:20, 6253:17, 6255:5, 6256:11, 6258:6, 6258:9, 6259:9, 6272:10
**nowhere** [1] - 6140:13
**number** [15] - 6130:17, 6160:8, 6160:11, 6174:3, 6177:20, 6177:21, 6185:10, 6186:9, 6186:14, 6186:16,

6186:17, 6186:22, 6235:14, 6237:16
**numbers** [3] - 6140:4, 6160:11, 6186:11

---

# O

**Oak** [1] - 6093:24
**Oath** [29] - 6139:1, 6139:2, 6140:10, 6157:20, 6158:4, 6159:6, 6159:22, 6159:23, 6159:24, 6160:6, 6160:15, 6161:5, 6162:2, 6162:17, 6162:20, 6163:24, 6167:9, 6168:19, 6168:22, 6170:3, 6170:7, 6171:22, 6172:13, 6173:9, 6174:13, 6174:18, 6225:16, 6251:16, 6267:24
**object** [7] - 6119:3, 6180:25, 6186:8, 6186:11, 6216:22, 6217:17, 6234:17
**objected** [1] - 6269:2
**objecting** [2] - 6234:20, 6234:21
**objection** [26] - 6096:12, 6106:6, 6109:11, 6109:21, 6116:8, 6125:12, 6126:4, 6139:11, 6139:13, 6155:21, 6157:8, 6173:3, 6174:24, 6180:19, 6181:7, 6181:9, 6198:14, 6221:12, 6222:4, 6235:1, 6236:7, 6241:10, 6246:15, 6266:25, 6267:1
**obstruction** [1] - 6116:3
**obtained** [2] - 6138:9, 6138:13
**obvious** [1] - 6209:9
**obviously** [9] - 6096:15, 6096:18, 6136:10, 6137:19, 6137:21, 6141:18, 6145:20, 6168:1, 6213:25
**occasion** [2] - 6174:12, 6226:21
**occasions** [1] - 6257:18

**occupy** [2] - 6247:23, 6269:18
**occur** [1] - 6181:23
**occurred** [3] - 6173:21, 6200:5, 6256:11
**occurring** [1] - 6170:20
**occurs** [2] - 6181:23, 6195:12
**October** [1] - 6266:16
**odd** [2] - 6099:10, 6099:14
**OF** [6] - 6093:1, 6093:3, 6093:10, 6093:17, 6093:20, 6094:2
**off-color** [3] - 6107:4, 6114:5, 6114:9
**offense** - 6098:3, 6110:24
**offensive** [2] - 6115:10, 6116:15
**offhand** [2] - 6268:24, 6268:25
**office** [11] - 6097:15, 6133:10, 6202:6, 6225:6, 6235:15, 6239:8, 6241:24, 6241:25, 6242:1, 6242:9, 6242:15
**Office** [1] - 6260:17
**OFFICE** [1] - 6093:16
**Officer** [3] - 6102:8, 6229:8, 6230:11
**officer** [1] - 6146:4
**officers** [6] - 6144:10, 6144:12, 6144:22, 6145:5, 6152:9, 6171:1
**OFFICES** [1] - 6094:2
**official** [2] - 6255:15, 6272:12
**Official** [1] - 6094:15
**often** [1] - 6207:4
**Ohio** [1] - 6202:10
**Ojudun** [2] - 6096:16, 6096:17
**OJUDUN** [1] - 6096:17
**OK** [11] - 6103:2, 6169:3, 6233:5, 6233:16, 6233:19, 6234:16, 6235:9, 6236:20, 6237:21, 6238:20, 6238:25
**old** [1] - 6194:18

**Olive** [1] - 6174:6
**once** [6] - 6183:24, 6184:1, 6242:22, 6242:23, 6250:3, 6250:6
**one** [96] - 6097:11, 6103:2, 6105:16, 6105:17, 6105:25, 6107:11, 6108:16, 6108:19, 6108:23, 6109:1, 6109:2, 6109:4, 6109:22, 6113:12, 6113:14, 6116:6, 6120:1, 6121:8, 6121:20, 6134:16, 6134:19, 6135:22, 6140:6, 6140:19, 6142:11, 6148:4, 6148:8, 6149:4, 6152:9, 6155:15, 6156:19, 6156:24, 6156:25, 6157:25, 6158:15, 6159:4, 6159:14, 6159:17, 6160:25, 6161:3, 6161:4, 6161:8, 6162:7, 6164:3, 6164:6, 6164:8, 6164:16, 6164:19, 6164:23, 6165:3, 6165:10, 6165:19, 6168:8, 6168:9, 6171:10, 6174:1, 6178:1, 6179:25, 6186:12, 6187:16, 6189:10, 6192:7, 6195:4, 6195:22, 6197:20, 6198:21, 6202:5, 6210:1, 6210:12, 6212:11, 6212:25, 6217:23, 6220:13, 6222:11, 6226:6, 6228:1, 6230:18, 6236:3, 6238:22, 6240:18, 6243:6, 6249:7, 6249:24, 6251:13, 6254:22, 6256:2, 6257:17, 6258:8, 6258:11, 6258:17, 6259:21, 6260:5, 6269:4
**ones** [1] - 6169:2
**onward** [1] - 6241:13
**Op** [19] - 6157:19, 6158:2, 6161:6, 6169:3, 6170:15, 6171:16, 6225:11, 6225:12, 6225:16, 6226:5, 6232:19,

6233:5, 6233:9,
6233:16, 6233:20,
6235:9, 6237:21,
6238:21, 6238:25
  **op** [1] - 6164:20
  **open** [29] - 6106:17,
6115:17, 6143:5,
6143:18, 6144:6,
6144:18, 6145:1,
6145:8, 6146:23,
6148:1, 6148:6,
6148:19, 6151:3,
6151:8, 6175:1,
6176:21, 6181:14,
6198:18, 6213:23,
6216:8, 6217:21,
6237:14, 6241:6,
6250:9, 6254:2,
6260:16, 6263:13,
6264:10, 6268:7
  **open-ended** [1] -
6175:1
  **opening** [5] - 6250:9,
6250:11, 6252:22,
6257:6, 6268:18
  **openings** [2] -
6247:15, 6248:5
  **opens** [2] - 6242:25,
6270:6
  **operate** [1] - 6248:18
  **operating** [2] -
6191:13, 6262:6
  **operations** [2] -
6147:17, 6228:9
  **opinion** [1] - 6096:11
  **opponent** [1] -
6269:15
  **opportunity** [3] -
6104:4, 6250:18,
6267:25
  **opposed** [4] -
6236:9, 6241:18,
6251:24, 6264:15
  **opposing** [1] -
6099:24
  **opposite** [4] -
6147:12, 6147:14,
6157:16, 6206:3
  **option** [1] - 6191:17
  **options** [1] - 6182:23
  **order** [7] - 6118:6,
6178:2, 6187:19,
6187:20, 6214:1,
6252:8, 6259:2
  **ordering** [1] -
6174:14
  **orders** [1] - 6174:12
  **ordinary** [2] -
6216:2, 6217:6
  **original** [3] -

6122:15, 6213:10,
6260:7
  **originally** [2] -
6216:14, 6223:16
  **ornery** [1] - 6194:18
  **otherwise** [3] -
6173:1, 6236:5,
6263:16
  **ourselves** [1] -
6268:8
  **out-fucking-
standing** [1] - 6204:8
  **out-of-town** [1] -
6178:4
  **outside** [17] -
6100:17, 6125:14,
6141:2, 6175:20,
6179:24, 6180:22,
6198:8, 6211:25,
6214:17, 6215:1,
6215:15, 6229:20,
6231:14, 6235:4,
6241:23, 6241:25,
6242:9
  **outsider** [1] -
6101:20
  **overnight** [4] -
6245:22, 6246:21,
6259:6, 6270:12
  **overruled** [1] -
6125:15
  **own** [4] - 6099:7,
6102:13, 6150:2,
6209:10
  **owns** [1] - 6179:18

# P

  **P.A** [1] - 6094:12
  **p.m** [45] - 6093:7,
6103:9, 6110:14,
6124:13, 6130:4,
6130:25, 6131:14,
6132:5, 6132:11,
6133:2, 6133:14,
6135:1, 6136:14,
6136:16, 6136:25,
6140:9, 6149:23,
6150:2, 6150:22,
6154:20, 6155:8,
6155:12, 6155:20,
6155:25, 6156:7,
6156:10, 6158:17,
6159:9, 6161:4,
6162:8, 6164:9,
6165:11, 6171:13,
6171:21, 6171:25,
6172:2, 6172:11,
6177:3, 6177:15,
6227:4, 6228:25,

6230:5, 6231:1,
6232:5, 6245:19
  **page** [37] - 6107:9,
6109:2, 6109:4,
6110:3, 6112:2,
6113:12, 6113:14,
6118:13, 6186:9,
6187:12, 6187:16,
6190:10, 6191:24,
6192:16, 6193:16,
6193:18, 6196:2,
6200:21, 6201:4,
6201:10, 6201:11,
6203:6, 6203:12,
6203:21, 6203:24,
6204:12, 6204:13,
6205:8, 6207:8,
6207:12, 6209:2,
6209:21, 6221:14,
6222:10, 6233:9,
6233:15, 6238:6
  **Page** [43] - 6105:11,
6107:2, 6107:9,
6108:25, 6110:4,
6111:23, 6112:4,
6112:5, 6115:5,
6185:24, 6186:2,
6186:23, 6187:1,
6187:18, 6187:21,
6188:7, 6188:11,
6188:16, 6191:9,
6192:23, 6193:1,
6193:7, 6193:17,
6196:18, 6197:9,
6199:25, 6200:4,
6200:15, 6200:16,
6202:15, 6202:16,
6204:14, 6206:6,
6206:9, 6207:16,
6218:12, 6220:8,
6220:9, 6221:4,
6221:13, 6223:3,
6255:12, 6256:1
  **PAGE** [1] - 6095:10
  **pages** [4] - 6196:19,
6201:11, 6209:7,
6209:9
  **Palian** [3] - 6137:25,
6139:7, 6257:3
  **panel** [2] - 6124:11,
6177:13
  **paragraph** [10] -
6184:21, 6185:3,
6185:24, 6189:13,
6190:2, 6190:14,
6199:19, 6200:1,
6202:18, 6218:14
  **paragraphs** [1] -
6223:4
  **parapet** [1] - 6101:4

  **parapets** [1] - 6141:7
  **paraphrase** [1] -
6215:8
  **pardon** [1] - 6219:12
  **Parkers** [1] - 6173:19
  **parlance** [1] - 6101:7
  **parse** [1] - 6101:5
  **parsing** [1] - 6104:22
  **part** [17] - 6101:3,
6113:19, 6138:8,
6138:11, 6141:15,
6142:25, 6152:23,
6154:3, 6165:25,
6189:10, 6200:24,
6206:19, 6207:21,
6224:24, 6225:8,
6242:14, 6262:16
  **participant** [1] -
6219:4
  **participants** [13] -
6183:5, 6188:21,
6188:22, 6189:5,
6189:6, 6189:8,
6189:9, 6189:10,
6189:14, 6198:25,
6200:7, 6210:1,
6219:2
  **participated** [1] -
6253:19
  **participating** [1] -
6200:10
  **participation** [1] -
6203:17
  **particular** [10] -
6123:7, 6142:25,
6163:13, 6187:8,
6195:8, 6236:3,
6257:17, 6267:22,
6268:4, 6270:4
  **particularly** [2] -
6108:5, 6216:11
  **parts** [1] - 6162:24
  **party** [4] - 6107:22,
6169:5, 6267:15,
6269:15
  **passed** [1] - 6229:7
  **passes** [3] - 6240:2,
6240:4, 6240:5
  **password** [1] -
6207:21
  **past** [6] - 6164:10,
6189:9, 6189:13,
6206:19, 6229:10,
6260:15
  **patriots** [3] -
6130:21, 6190:10,
6190:17
  **pattern** [1] - 6157:6
  **pause** [5] - 6102:15,
6176:8, 6178:3,

6216:16, 6216:18
  **pay** [1] - 6142:25
  **PDF** [6] - 6103:25,
6202:16, 6234:2,
6234:11, 6234:16,
6236:5
  **peace** [7] - 6131:13,
6132:12, 6150:1,
6150:5, 6150:12,
6150:13, 6150:17
  **peaceful** [1] -
6131:20
  **peacekeeping** [1] -
6113:3
  **Pelosi** [7] - 6099:2,
6102:10, 6121:9,
6121:18, 6122:5,
6206:21, 6241:19
  **Pelosi's** [4] -
6097:14, 6146:12,
6202:6, 6242:9
  **penal** [8] - 6096:6,
6096:25, 6098:23,
6099:7, 6100:17,
6102:25, 6271:5,
6271:13
  **Pence** [3] - 6140:21,
6223:4, 6223:10
  **pending** [1] -
6261:14
  **Pennsylvania** [4] -
6093:20, 6094:3,
6094:10, 6098:2
  **people** [42] -
6098:18, 6106:14,
6117:16, 6117:19,
6118:12, 6119:6,
6121:2, 6121:6,
6122:3, 6122:25,
6125:8, 6134:16,
6135:13, 6140:22,
6141:1, 6141:7,
6160:19, 6162:3,
6163:10, 6163:13,
6163:14, 6164:13,
6164:17, 6168:1,
6176:1, 6177:21,
6177:23, 6177:24,
6180:14, 6194:12,
6194:25, 6195:10,
6209:9, 6218:20,
6218:22, 6219:13,
6219:17, 6220:1,
6227:15, 6229:24,
6229:25
  **per** [2] - 6150:2,
6162:25
  **percent** [1] - 6106:2
  **perfect** [4] - 6168:4,
6188:14, 6194:20,

6293

6206:7
 **perfectly** [2] -
6151:17, 6151:22
 **perhaps** [4] -
6100:19, 6166:24,
6178:5, 6247:17
 **period** [2] - 6102:17,
6230:24
 **permits** [2] -
6240:17, 6240:21
 **permitted** [1] -
6255:16
 **person** [13] -
6101:14, 6109:25,
6122:21, 6145:23,
6160:3, 6178:4,
6178:5, 6195:13,
6219:23, 6221:7,
6221:8, 6226:6,
6249:8
 **personal** [8] -
6206:20, 6209:11,
6222:4, 6253:19,
6254:15, 6254:17,
6254:18, 6255:1
 **personally** [5] -
6100:23, 6125:19,
6153:16, 6250:17,
6262:8
 **perspective** [3] -
6235:24, 6249:23,
6254:21
 **pertained** [1] -
6258:6
 **pertaining** [2] -
6259:10, 6261:12
 **Pete** [2] - 6126:16,
6126:25
 **PHILLIP** [1] -
6093:22
 **phone** [17] -
6122:16, 6123:6,
6123:19, 6175:18,
6180:20, 6191:14,
6191:15, 6198:6,
6210:1, 6211:22,
6214:23, 6217:25,
6218:6, 6218:7,
6235:2, 6235:11,
6236:17
 **photo** [25] - 6111:9,
6112:24, 6113:1,
6122:14, 6122:15,
6122:19, 6150:12,
6166:1, 6166:12,
6200:20, 6200:24,
6201:2, 6203:11,
6203:15, 6203:16,
6203:18, 6203:23,
6229:18, 6231:14,

6231:15, 6231:16,
6231:17, 6255:13
 **photograph** [1] -
6111:18
 **photographs** [2] -
6251:23, 6255:5
 **photos** [11] -
6161:12, 6163:20,
6163:23, 6184:15,
6186:7, 6201:9,
6201:13, 6201:14,
6209:20, 6209:21,
6251:21
 **phrased** [1] -
6139:14
 **physical** [2] -
6101:6, 6191:12
 **pick** [5] - 6134:8,
6134:12, 6134:20,
6135:18, 6135:22
 **picked** [2] - 6134:17,
6141:25
 **picking** [3] -
6114:10, 6115:16,
6168:12
 **picture** [20] -
6115:13, 6115:20,
6123:10, 6127:22,
6131:12, 6132:12,
6145:25, 6150:2,
6150:8, 6150:17,
6151:11, 6151:15,
6165:17, 6165:20,
6165:22, 6167:11,
6167:16, 6167:22,
6170:3, 6229:6
 **pictures** [6] -
6130:21, 6141:11,
6161:17, 6165:23,
6209:10, 6251:25
 **piece** [1] - 6186:15
 **pigs** [1] - 6141:8
 **pin** [1] - 6136:21
 **pissed** [2] - 6112:13
 **place** [18] - 6134:11,
6136:21, 6141:3,
6170:25, 6171:1,
6186:6, 6213:7,
6213:17, 6214:12,
6214:15, 6215:5,
6215:25, 6216:9,
6217:1, 6217:2,
6217:13, 6254:9,
6256:13
 **places** [2] - 6110:25,
6173:17
 **placing** [1] - 6264:2
 **Plaintiff** [1] - 6093:4
 **plan** [4] - 6170:24,
6171:5, 6174:18,

6174:20
 **planned** [1] - 6171:2
 **plans** [1] - 6175:6
 **planted** [2] - 6132:5,
6132:15
 **platform** [3] -
6179:20, 6179:23,
6179:25
 **Platforms** [3] -
6178:21, 6179:1,
6179:17
 **play** [9] - 6142:24,
6143:2, 6143:12,
6144:3, 6144:16,
6144:24, 6146:16,
6146:18, 6147:19
 **played** [1] - 6145:20
 **pleading** [1] -
6268:17
 **plug** [1] - 6233:12
 **plugged** [1] -
6119:22
 **podium** [1] - 6099:23
 **point** [45] - 6099:8,
6099:23, 6101:11,
6101:20, 6103:12,
6108:11, 6111:20,
6114:8, 6114:19,
6116:23, 6137:22,
6144:9, 6144:11,
6145:3, 6148:8,
6165:21, 6165:25,
6168:13, 6170:11,
6170:20, 6171:8,
6172:1, 6172:24,
6175:4, 6180:11,
6180:17, 6189:10,
6210:12, 6212:4,
6212:25, 6214:1,
6229:15, 6231:9,
6231:11, 6245:6,
6250:10, 6255:10,
6257:3, 6257:11,
6258:17, 6259:22,
6260:7, 6260:8,
6264:19, 6264:22
 **points** [1] - 6107:11
 **police** [11] - 6101:4,
6143:1, 6143:10,
6144:10, 6144:22,
6145:4, 6145:25,
6146:4, 6152:8,
6152:9, 6152:11
 **Police** [1] - 6152:11
 **policies** [2] - 6179:5
 **policy** [20] - 6212:5,
6212:6, 6213:5,
6213:7, 6213:12,
6213:13, 6213:17,
6214:6, 6214:12,

6214:15, 6214:17,
6215:3, 6215:4,
6215:5, 6215:14,
6216:9, 6216:25,
6217:2, 6217:13
 **politically** [1] -
6108:4
 **politicians** [1] -
6187:4
 **poll** [1] - 6187:3
 **pool** [1] - 6157:16
 **pop** [1] - 6218:6
 **pops** [1] - 6218:7
 **portion** [6] -
6114:23, 6144:21,
6190:22, 6202:17,
6250:24
 **position** [6] -
6110:23, 6142:13,
6195:3, 6211:16,
6258:18, 6260:2
 **possession** [1] -
6137:25
 **possibility** [1] -
6254:5
 **possible** [2] -
6118:6, 6220:1
 **post** [4] - 6109:24,
6190:19, 6192:12,
6209:10
 **post-January** [1] -
6109:24
 **postal** [1] - 6187:3
 **posted** [4] - 6164:22,
6186:7, 6192:15,
6244:12
 **postmaster** [1] -
6115:3
 **posts** [1] - 6187:19
 **potential** [2] -
6108:13, 6258:21
 **potentially** [1] -
6134:12
 **power** [2] - 6106:14,
6106:16
 **practice** [3] - 6256:3,
6256:12, 6256:15
 **prebuttal** [1] -
6250:12
 **prebuttal-type** [1] -
6250:12
 **preceded** [1] -
6111:18
 **precipitous** [1] -
6264:16, 6265:6
 **precise** [1] - 6268:11
 **preconceived** [1] -
6170:20
 **predicate** [3] -
6099:1, 6099:6,

6099:15
 **predominant** [1] -
6096:13
 **prejudice** [1] -
6265:21
 **prejudicial** [2] -
6106:24, 6108:14
 **premises** [1] -
6104:14
 **preparation** [1] -
6156:16
 **prepare** [1] - 6268:13
 **prepared** [1] -
6266:11
 **preplanned** [1] -
6170:11
 **preposition** [1] -
6132:9
 **presence** [7] -
6126:5, 6175:20,
6180:22, 6198:8,
6211:25, 6215:1,
6235:4
 **present** [4] - 6247:6,
6248:20, 6265:16,
6270:1
 **presented** [5] -
6131:12, 6169:2,
6240:4, 6263:8,
6263:9
 **presentence** [1] -
6261:19
 **presenting** [3] -
6250:12, 6250:19,
6252:7
 **preservation** [3] -
6184:8, 6184:11,
6184:12
 **preserved** [1] -
6184:17
 **preset** [1] - 6171:8
 **president** [2] -
6112:16, 6140:11
 **president's** [2] -
6239:23, 6240:2
 **presidential** [1] -
6196:16
 **press** [1] - 6191:17
 **presumably** [1] -
6249:5
 **presume** [1] -
6248:17
 **pretrial** [3] - 6261:19,
6261:22, 6262:2
 **pretty** [3] - 6113:10,
6135:23, 6253:7
 **prevent** [1] - 6125:11
 **prevents** [1] - 6250:5
 **preview** [1] -
6250:19

6294

**previous** [13] - 6107:9, 6112:2, 6113:7, 6127:14, 6150:12, 6154:17, 6154:24, 6158:12, 6200:24, 6203:23, 6214:7, 6214:9, 6256:3
**previously** [5] - 6151:20, 6155:18, 6156:21, 6182:20, 6258:2
**primarily** [6] - 6241:12, 6251:6, 6251:9, 6251:10, 6253:15, 6253:18
**primary** [1] - 6251:22
**private** [4] - 6179:25, 6209:13, 6209:16, 6210:4
**privately** [1] - 6119:2
**privy** [1] - 6125:21
**pro** [1] - 6196:15
**pro-abortion** [1] - 6196:15
**probable** [1] - 6117:8
**probative** [3] - 6106:25, 6253:13, 6264:9
**problem** [4] - 6120:20, 6217:4, 6249:21, 6254:21
**proceed** [2] - 6248:11, 6271:7
**Proceedings** [1] - 6271:18
**proceedings** [19] - 6124:13, 6175:19, 6176:20, 6177:3, 6177:10, 6177:15, 6180:21, 6181:13, 6198:7, 6198:17, 6211:24, 6213:22, 6214:25, 6217:20, 6224:10, 6235:3, 6237:13, 6245:19, 6272:6
**process** [5] - 6171:21, 6179:2, 6179:4, 6184:16, 6184:18
**processes** [1] - 6179:7
**produce** [1] - 6184:17
**produced** [9] - 6180:8, 6180:10, 6188:25, 6199:22, 6200:12, 6233:9, 6233:10, 6234:20,

6272:6
**product** [1] - 6179:18
**production** [2] - 6122:18, 6197:12
**progression** [1] - 6265:4
**proper** [1] - 6269:25
**propose** [1] - 6263:12
**protect** [1] - 6135:3
**protective** [1] - 6240:10
**protesters** [3] - 6131:20, 6131:24, 6152:10
**protestors** [1] - 6145:14
**protests** [1] - 6240:22
**Proud** [1] - 6202:4
**proud** [2] - 6202:17, 6202:25
**provide** [10] - 6103:21, 6198:9, 6198:12, 6199:3, 6252:9, 6255:1, 6259:2, 6259:14, 6263:14, 6263:18
**provided** [5] - 6164:2, 6180:8, 6185:13, 6215:23, 6262:6
**providing** [3] - 6251:16, 6259:11, 6264:8
**provision** [1] - 6100:6
**provisionally** [2] - 6181:10, 6181:16
**proximity** [1] - 6134:15
**PSD** [2] - 6240:8
**public** [2] - 6209:13, 6209:16
**published** [12] - 6143:5, 6143:18, 6144:6, 6144:18, 6145:1, 6145:8, 6146:23, 6148:1, 6148:6, 6148:19, 6151:3, 6151:8
**pull** [14] - 6105:10, 6125:1, 6139:25, 6142:18, 6149:16, 6156:2, 6184:20, 6197:25, 6218:11, 6225:20, 6230:15, 6231:6, 6239:7, 6239:17

**pulled** [1] - 6121:25
**pulling** [1] - 6231:10
**pulls** [1] - 6187:9
**purport** [5] - 6212:14, 6215:18, 6216:2, 6216:6, 6216:11
**purported** [1] - 6261:12
**purporting** [2] - 6115:13, 6216:19
**purports** [1] - 6115:23
**purpose** [9] - 6106:21, 6254:4, 6262:21, 6264:22, 6265:8, 6266:18, 6266:21, 6269:3, 6269:5
**purposes** [1] - 6122:24
**pushed** [1] - 6101:3
**put** [16] - 6100:19, 6107:7, 6121:9, 6136:21, 6176:8, 6178:3, 6180:14, 6180:15, 6199:11, 6216:15, 6217:24, 6229:24, 6249:3, 6258:12, 6264:4, 6266:4
**puts** [2] - 6098:7, 6120:10
**putting** [1] - 6249:25
**PUTZI** [1] - 6094:12
**PW** [1] - 6208:8

**Q**

**QRF** [12] - 6160:20, 6244:2, 6266:19, 6266:20, 6267:6, 6267:7, 6267:9, 6269:3, 6269:5, 6269:7, 6269:12, 6269:18
**quarter** [1] - 6168:18
**quarters** [1] - 6146:17
**questioned** [3] - 6138:22, 6139:19
**questioning** [2] - 6251:19, 6269:3
**questions** [16] - 6106:13, 6139:22, 6153:5, 6153:14, 6175:14, 6180:25, 6181:8, 6208:19, 6208:25, 6213:19,

6223:2, 6223:21, 6236:4, 6236:21, 6236:24, 6256:2
**quick** [6] - 6168:25, 6198:6, 6198:19, 6222:9, 6264:6, 6270:4
**quickly** [4] - 6168:13, 6246:16, 6268:12, 6268:15
**quite** [1] - 6100:6
**quitting** [2] - 6244:12, 6244:20
**quote** [3] - 6117:1, 6255:13, 6256:1

**R**

**racist** [1] - 6113:4
**raised** [1] - 6271:9
**Rakoczy** [3] - 6261:24, 6264:18, 6265:10
**RAKOCZY** [7] - 6093:14, 6246:24, 6261:25, 6263:3, 6263:24, 6265:14, 6266:7
**rallies** [6] - 6253:18, 6254:25, 6256:10, 6256:11, 6256:14, 6258:9
**rally** [5] - 6239:23, 6240:2, 6252:20, 6258:6
**ran** [1] - 6141:9
**random** [1] - 6101:20
**range** [7] - 6184:22, 6185:16, 6185:17, 6197:12, 6197:14, 6199:21, 6199:23
**ranger** [1] - 6117:1
**rather** [5] - 6104:9, 6104:12, 6198:12, 6199:2, 6248:10
**RDR** [3] - 6094:15, 6272:3, 6272:12
**read** [45] - 6108:7, 6119:8, 6120:5, 6125:3, 6126:8, 6126:15, 6134:24, 6139:21, 6140:6, 6140:20, 6141:19, 6141:23, 6142:3, 6148:3, 6157:13, 6158:23, 6164:3, 6166:16, 6186:25, 6193:13, 6193:20, 6193:22, 6194:5,

6194:12, 6195:15, 6201:20, 6201:22, 6202:23, 6204:4, 6206:16, 6206:19, 6207:18, 6208:2, 6208:8, 6219:10, 6220:16, 6223:8, 6251:2, 6252:14, 6253:14, 6257:16, 6258:12, 6261:21, 6270:18, 6270:20
**reading** [6] - 6162:13, 6162:15, 6168:23, 6194:25, 6206:19, 6257:21
**reads** [36] - 6187:2, 6187:25, 6189:19, 6190:17, 6192:7, 6193:13, 6193:25, 6194:6, 6194:11, 6194:17, 6194:24, 6195:2, 6195:19, 6195:21, 6196:14, 6196:25, 6201:24, 6202:4, 6202:9, 6202:12, 6202:25, 6203:3, 6203:16, 6204:6, 6204:8, 6204:10, 6204:18, 6205:21, 6206:1, 6206:18, 6207:2, 6207:20, 6208:5, 6208:8, 6220:17, 6223:10
**ready** [8] - 6101:5, 6124:19, 6149:9, 6151:18, 6176:11, 6178:7, 6202:1, 6247:7
**real** [3] - 6168:25, 6172:17, 6198:6
**realize** [1] - 6236:18
**really** [20] - 6098:2, 6098:11, 6102:23, 6103:3, 6108:5, 6108:6, 6112:25, 6116:15, 6194:6, 6214:18, 6215:9, 6225:5, 6245:8, 6255:1, 6256:20, 6259:8, 6260:11, 6260:18, 6263:22, 6263:25
**reason** [10] - 6101:12, 6103:12, 6105:22, 6113:10, 6121:25, 6124:17, 6154:3, 6217:14, 6251:22, 6265:20
**reasonable** [1] -

6295

6216:5
   **reasonably** [2] -
6155:14, 6172:12
   **reasons** [3] -
6170:24, 6265:16,
6267:21
   **rebut** [1] - 6251:23
   **receive** [1] - 6219:7
   **received** [12] -
6118:22, 6118:23,
6118:24, 6218:23,
6218:25, 6219:8,
6219:20, 6232:1,
6233:23, 6234:2,
6234:4, 6234:12
   **RECEIVED** [1] -
6095:10
   **receiving** [1] -
6110:1
   **recent** [1] - 6260:22
   **recess** [1] - 6177:9
   **recognize** [4] -
6115:19, 6156:24,
6199:14, 6238:17
   **recollection** [7] -
6261:25, 6262:1,
6262:3, 6262:7,
6262:8, 6262:14,
6262:19
   **reconnaissance** [5] -
6251:20, 6251:24,
6253:22, 6254:3,
6254:8
   **reconsidered** [1] -
6265:3
   **record** [14] -
6132:22, 6180:8,
6182:9, 6182:14,
6182:16, 6197:12,
6209:7, 6209:8,
6215:24, 6217:11,
6218:4, 6218:8,
6247:14, 6247:20
   **records** [45] -
6178:21, 6178:25,
6179:8, 6180:7,
6180:9, 6181:1,
6181:5, 6182:6,
6185:5, 6185:18,
6189:1, 6191:4,
6192:17, 6195:12,
6199:15, 6199:21,
6199:23, 6200:13,
6204:24, 6208:15,
6211:14, 6212:7,
6212:14, 6212:22,
6212:23, 6213:4,
6213:15, 6214:18,
6215:6, 6215:13,
6215:17, 6215:18,

6216:5, 6216:10,
6216:12, 6216:19,
6216:24, 6217:2,
6217:6, 6217:8,
6217:9, 6217:14,
6218:1, 6219:1
   **recovered** [1] -
6235:11
   **rectangle** [1] -
6151:11
   **red** [1] - 6255:14
   **Red** [1] - 6095:3
   **redact** [3] - 6108:18,
6113:16, 6114:23
   **redacted** [3] -
6114:7, 6115:8,
6118:11
   **redactions** [3] -
6180:12, 6180:14,
6180:15
   **redirect** [1] - 6223:1
   **REDIRECT** [1] -
6223:6
   **reduced** [1] -
6166:11
   **refer** [2] - 6177:24,
6251:15
   **reference** [4] -
6111:18, 6251:4,
6252:22, 6261:22
   **referenced** [2] -
6203:23
   **references** [2] -
6251:14, 6259:9
   **referencing** [4] -
6156:11, 6170:3,
6259:22, 6260:12
   **referred** [5] - 6147:4,
6227:15, 6227:23,
6227:24, 6229:7
   **referring** [11] -
6138:16, 6165:19,
6173:11, 6174:8,
6177:19, 6229:6,
6230:21, 6231:3,
6234:7, 6240:13
   **refers** [2] - 6188:19,
6255:23
   **reflected** [1] -
6261:23
   **reflecting** [1] -
6157:16
   **regard** [2] - 6098:25,
6181:23
   **regarding** [12] -
6106:15, 6125:22,
6126:1, 6137:19,
6139:19, 6147:5,
6154:18, 6171:8,
6172:18, 6181:2,

6208:25, 6269:3
   **regards** [1] - 6173:15
   **reiterate** [1] - 6260:6
   **relate** [1] - 6122:1
   **related** [1] - 6240:7
   **relates** [1] - 6258:17
   **relation** [2] - 6122:5,
6241:8
   **relationship** [1] -
6226:25
   **relatively** [3] -
6155:12, 6165:22,
6168:7
   **relevance** [3] -
6107:5, 6114:6,
6264:1
   **relevant** [8] - 6108:2,
6110:24, 6120:13,
6121:16, 6185:18,
6258:18, 6258:20,
6269:23
   **reliability** [10] -
6181:4, 6212:1,
6212:7, 6213:4,
6213:15, 6215:5,
6215:12, 6216:23,
6216:24, 6264:20
   **reload** [1] - 6245:4
   **reloading** [3] -
6244:13, 6244:14,
6244:20
   **rely** [1] - 6207:24
   **remember** [8] -
6100:14, 6106:3,
6121:15, 6138:4,
6227:11, 6242:24,
6257:18, 6266:4
   **remind** [3] - 6177:5,
6245:21, 6250:11
   **reminders** [1] -
6245:14
   **reminds** [2] -
6114:15, 6114:23
   **remove** [1] - 6182:6
   **removed** [6] -
6183:2, 6183:5,
6189:11, 6191:10,
6191:11, 6205:5
   **removes** [2] -
6182:7, 6182:8
   **removing** [1] -
6181:25
   **rendezvous** [2] -
6170:11, 6171:8
   **rep** [1] - 6176:10
   **repeated** [1] - 6269:9
   **repeating** [1] -
6259:8
   **rephrase** [3] -
6173:5, 6218:2,

6244:15
   **report** [5] - 6220:2,
6261:19, 6261:22,
6262:2, 6262:9
   **REPORTED** [1] -
6094:15
   **REPORTER** [2] -
6097:6, 6129:9
   **Reporter** [2] -
6094:15, 6272:12
   **reports** [5] -
6125:22, 6125:24,
6125:25, 6126:9,
6212:2
   **represent** [2] -
6224:18, 6239:8
   **representation** [4] -
6257:6, 6262:23,
6263:1, 6266:5
   **representations** [3] -
6215:12, 6217:15,
6217:16
   **represented** [1] -
6236:25
   **request** [9] - 6184:8,
6184:11, 6184:12,
6185:13, 6248:4,
6250:24, 6264:16,
6267:12
   **requested** [2] -
6171:20, 6179:8
   **requesting** [1] -
6184:18
   **requests** [1] -
6180:10
   **require** [1] - 6254:14
   **research** [3] -
6101:11, 6245:16,
6270:17
   **reserved** [1] - 6248:6
   **resident** [1] - 6225:1
   **residents** [2] -
6154:13, 6225:4
   **resides** [1] - 6225:5
   **resolve** [2] - 6096:3,
6105:9
   **respect** [6] -
6099:25, 6110:21,
6177:25, 6198:20,
6253:12, 6266:14
   **respond** [7] - 6113:5,
6121:11, 6123:24,
6179:6, 6197:2,
6206:25, 6235:20
   **responded** [2] -
6121:15, 6267:5
   **responding** [4] -
6099:13, 6110:21,
6122:11, 6130:2
   **responds** [8] -

6101:22, 6109:15,
6110:8, 6112:9,
6128:11, 6128:19,
6128:23, 6129:2
   **response** [13] -
6109:16, 6113:9,
6120:19, 6121:14,
6126:21, 6126:24,
6129:10, 6129:11,
6129:13, 6180:10,
6207:6, 6267:12,
6269:4
   **rest** [7] - 6246:5,
6246:12, 6248:5,
6249:25, 6250:6,
6252:4
   **restates** [1] - 6256:9
   **rested** [1] - 6250:4
   **resting** [1] - 6250:5
   **rests** [1] - 6250:4
   **resume** [2] -
6176:24, 6245:12
   **resumes** [1] -
6124:21
   **retain** [2] - 6184:1,
6184:5
   **retained** [1] - 6184:7
   **retrieve** [1] - 6176:15
   **return** [2] - 6110:25,
6176:18
   **reverse** [2] - 6105:1,
6187:20
   **review** [14] -
6154:15, 6161:15,
6166:7, 6171:7,
6174:10, 6174:16,
6175:5, 6179:4,
6184:3, 6208:15,
6233:1, 6233:2,
6240:14, 6240:17
   **reviewed** [13] -
6137:21, 6138:10,
6138:11, 6145:17,
6154:22, 6154:23,
6164:15, 6173:18,
6174:14, 6180:2,
6197:16, 6233:19,
6233:21
   **reviewing** [5] -
6139:7, 6156:14,
6179:2, 6240:21,
6240:24
   **RHODES** [2] -
6093:6, 6093:23
   **Rhodes** [22] -
6157:11, 6157:14,
6159:3, 6161:5,
6162:13, 6163:25,
6165:20, 6169:4,
6169:10, 6169:22,

6296

6172:18, 6174:12,
6226:23, 6226:24,
6226:25, 6229:16,
6231:12, 6232:5,
6232:12, 6232:16,
6232:19, 6232:23
**rid** [2] - 6183:11,
6183:14
**riot** [1] - 6141:9
**rise** [1] - 6177:1
**Ritchie** [1] - 6094:13
**Roberts** [4] -
6115:11, 6115:14,
6115:21, 6116:10
**Roger** [2] - 6255:15,
6271:14
**Rohde** [29] - 6125:1,
6126:13, 6139:25,
6140:1, 6142:24,
6143:3, 6149:16,
6149:21, 6184:20,
6185:23, 6187:11,
6188:13, 6190:9,
6191:23, 6193:1,
6193:17, 6194:19,
6197:25, 6199:18,
6201:10, 6201:17,
6203:5, 6204:1,
6205:7, 6206:6,
6218:11, 6220:7,
6221:5, 6223:3
**role** [3] - 6214:18,
6254:2, 6260:1
**roll** [3] - 6101:22,
6121:10, 6248:5
**rolled** [1] - 6140:9
**rolling** [1] - 6099:2
**Room** [1] - 6094:17
**room** [1] - 6176:15
**Rotunda** [17] -
6102:3, 6102:5,
6155:19, 6155:24,
6159:12, 6161:20,
6162:10, 6163:8,
6163:10, 6163:18,
6164:11, 6165:15,
6172:20, 6173:10,
6174:19, 6242:25,
6243:4
**rough** [1] - 6160:8
**roughly** [7] - 6149:5,
6154:20, 6155:8,
6155:15, 6155:24,
6156:7, 6220:25
**Route** [1] - 6094:6
**routine** [1] - 6217:10
**row** [1] - 6130:1
**rows** [1] - 6141:6
**Rule** [5] - 6100:2,
6123:18, 6247:12,

6247:18, 6248:7
**rule** [10] - 6101:12,
6103:11, 6120:21,
6121:1, 6122:7,
6123:1, 6123:20,
6123:23, 6256:24,
6270:12
**rule-of-
completeness** [2] -
6120:21, 6121:1
**ruled** [1] - 6105:15
**rules** [2] - 6100:7,
6123:23
**ruling** [1] - 6263:5
**rulings** [1] - 6124:17
**run** [6] - 6253:6,
6255:7, 6256:12,
6256:15, 6257:5
**runs** [2] - 6252:21,
6254:12
**rush** [1] - 6104:12
**Ryan** [1] - 6229:8

# S

**sad** [1] - 6112:13
**safe** [1] - 6223:23
**Salke** [3] - 6229:8,
6229:10, 6230:11
**sanitize** [2] - 6108:1,
6115:16
**sat** [1] - 6152:15
**satisfy** [1] - 6122:25
**Savings** [1] - 6188:4
**saw** [5] - 6107:16,
6145:15, 6145:20,
6198:11, 6224:2
**scaffolding** [1] -
6141:2
**scene** [1] - 6152:11
**schedule** [1] -
6247:24
**schedules** [1] -
6249:3
**scheduling** [1] -
6175:21
**scope** [6] - 6100:17,
6125:14, 6214:18,
6215:15, 6222:4,
6241:12
**SCOTUS** [1] -
6157:17
**screen** [7] - 6119:17,
6142:21, 6143:1,
6149:18, 6150:4,
6150:7, 6184:25
**screenshot** [4] -
6109:9, 6111:9,
6111:18, 6111:21

**screenshots** [2] -
6235:11, 6235:15
**scroll** [3] - 6111:10,
6120:6, 6192:25
**scuffle** [2] - 6125:4,
6125:11
**scuffled** [1] - 6202:4
**scuffles** [2] - 6144:9,
6145:13
**seal** [1] - 6133:21
**sealing** [1] - 6137:19
**Sear** [2] - 6196:21,
6196:22
**search** [1] - 6228:9
**searches** [1] -
6186:7
**seat** [2] - 6124:14,
6246:1
**seated** [2] - 6096:1,
6177:11
**second** [20] -
6097:22, 6118:13,
6142:24, 6148:4,
6185:24, 6186:14,
6193:25, 6194:1,
6195:19, 6203:2,
6205:10, 6207:21,
6207:23, 6211:23,
6212:8, 6220:8,
6228:1, 6233:12,
6234:10, 6239:8
**seconds** [6] -
6149:5, 6151:5,
6168:10, 6191:10,
6205:6, 6270:15
**section** [3] -
6190:14, 6194:23,
6196:5
**security** [9] -
6166:17, 6167:6,
6240:10, 6251:16,
6251:17, 6253:19,
6254:9, 6255:1,
6259:11
**see** [33] - 6099:4,
6101:21, 6107:19,
6115:19, 6119:8,
6119:25, 6121:18,
6126:21, 6136:20,
6143:11, 6144:11,
6144:12, 6144:22,
6146:15, 6149:3,
6153:14, 6174:12,
6176:24, 6184:24,
6209:17, 6210:6,
6220:18, 6221:17,
6221:21, 6230:16,
6231:7, 6233:17,
6234:16, 6245:16,
6255:13, 6257:16,

6259:6
**seeing** [1] - 6142:4
**seek** [2] - 6180:17,
6265:15
**seeking** [3] -
6139:14, 6262:21,
6265:6
**seeks** [1] - 6261:11
**seem** [5] - 6117:6,
6134:19, 6161:15,
6170:16, 6252:3
**segments** [12] -
6143:4, 6143:17,
6144:5, 6144:17,
6144:25, 6145:7,
6146:22, 6147:25,
6148:5, 6148:18,
6151:2, 6151:7
**select** [3] - 6191:16,
6191:17, 6191:18
**selective** [3] -
6108:12, 6160:1,
6160:3
**selectively** [2] -
6157:5, 6164:23
**self** [2] - 6113:2,
6127:9
**self-defense** [1] -
6127:9
**self-identify** [1] -
6113:2
**semicolon** [1] -
6207:2
**Senate** [1] - 6196:17
**send** [14] - 6103:25,
6118:7, 6141:11,
6203:18, 6204:21,
6205:17, 6205:23,
6207:23, 6208:3,
6208:6, 6209:25,
6219:17, 6219:24,
6221:20
**sending** [1] -
6109:13, 6114:9,
6128:7, 6166:8,
6168:12, 6169:22,
6172:18, 6203:8,
6207:21, 6214:2,
6219:23
**sends** [3] - 6110:7,
6221:18, 6244:11
**sense** [3] - 6097:19,
6108:6, 6261:18
**sensitivity** [1] -
6247:24
**sent** [73] - 6105:18,
6107:21, 6107:22,
6109:3, 6109:7,
6109:25, 6110:9,
6110:10, 6110:13,

6111:4, 6111:5,
6113:6, 6118:20,
6120:14, 6121:14,
6123:11, 6130:25,
6159:1, 6159:3,
6166:13, 6167:22,
6179:2, 6181:3,
6181:25, 6182:3,
6182:20, 6183:20,
6190:5, 6190:6,
6190:15, 6190:23,
6190:24, 6191:1,
6192:4, 6193:10,
6196:9, 6196:10,
6196:22, 6197:3,
6200:19, 6200:24,
6201:9, 6201:13,
6205:10, 6206:9,
6213:10, 6216:14,
6216:20, 6218:23,
6219:2, 6219:6,
6219:9, 6219:19,
6220:15, 6220:23,
6223:16, 6223:17,
6226:1, 6226:4,
6231:12, 6231:24,
6232:23, 6233:23,
6234:3, 6234:12,
6237:5, 6238:2,
6239:9, 6240:7,
6244:19, 6254:13
**sentence** [1] -
6221:19
**sentences** [1] -
6114:7
**separate** [1] -
6254:14
**sequence** [3] -
6112:4, 6141:11,
6248:19
**series** [2] - 6137:18,
6204:21
**serious** [3] - 6127:6,
6127:13, 6127:17
**seriously** [1] -
6142:14
**serve** [2] - 6195:20,
6195:22
**service** [3] - 6184:22,
6185:4, 6209:5
**services** [1] -
6261:22
**SESSION** [1] -
6093:5
**session** [1] -
6254:24
**set** [6] - 6136:24,
6170:13, 6175:6,
6194:20, 6209:13,
6209:16

**setting** [2] - 6209:14, 6209:16

**settle** [1] - 6118:1

**seven** [2] - 6120:3, 6159:11

**several** [4] - 6100:22, 6116:24, 6117:10, 6148:8

**shape** [1] - 6220:19

**share** [7] - 6123:22, 6179:21, 6179:25, 6196:11, 6201:25, 6202:13, 6206:12

**Sharon** [5] - 6100:25, 6140:9, 6149:11, 6193:25, 6201:25

**sheet** [1] - 6234:15

**Shenandoah** [1] - 6135:8

**SHER** [1] - 6093:19

**shield** [2] - 6145:24, 6145:25

**shields** [1] - 6141:10

**shirt** [2] - 6115:24, 6116:2

**shit** [3] - 6133:3, 6140:14, 6192:7

**shoes** [1] - 6114:5

**shoot** [1] - 6194:6

**shooting** [1] - 6103:23

**shoots** [1] - 6194:1

**shortly** [2] - 6176:24, 6265:24

**shot** [1] - 6133:8

**shout** [1] - 6098:18

**show** [22] - 6119:11, 6119:17, 6157:6, 6173:1, 6216:12, 6216:20, 6221:23, 6222:2, 6227:4, 6230:17, 6233:8, 6233:23, 6234:2, 6234:3, 6234:12, 6236:15, 6236:16, 6242:4, 6243:9, 6266:4

**showed** [4] - 6120:23, 6145:25, 6231:15, 6261:19

**showing** [5] - 6121:20, 6233:15, 6235:13, 6235:18, 6236:9

**shown** [9] - 6161:13, 6162:20, 6163:21, 6163:24, 6165:18, 6199:1, 6225:18, 6236:20, 6239:6

**shows** [4] - 6121:11, 6195:13, 6213:8, 6233:23

**sic** [1] - 6238:21

**side** [17] - 6131:25, 6143:22, 6143:23, 6150:7, 6156:6, 6156:11, 6157:16, 6158:24, 6158:25, 6166:18, 6167:2, 6173:10, 6219:11, 6242:2, 6242:14, 6248:12

**sidebar** [12] - 6175:20, 6180:22, 6198:8, 6211:25, 6215:1, 6235:4, 6266:15, 6267:14, 6268:3, 6268:8, 6268:11, 6270:4

**sidebars** [4] - 6267:16, 6268:6, 6270:6, 6270:7

**sides** [1] - 6206:3

**sign** [1] - 6102:2, 6195:11

**Signal** [23] - 6157:19, 6159:4, 6159:6, 6161:6, 6162:25, 6163:16, 6166:8, 6166:13, 6168:9, 6168:21, 6169:1, 6169:5, 6169:21, 6174:10, 6233:3, 6233:16, 6233:24, 6233:25, 6234:7, 6235:9, 6236:18, 6236:9

**signs** [1] - 6193:13

**similar** [1] - 6097:24

**simple** [1] - 6177:22

**simplistically** [1] - 6160:23

**simply** [4] - 6108:3, 6199:5, 6232:20, 6244:23

**single** [1] - 6104:2

**singular** [1] - 6163:15

**singularly** [1] - 6162:3

**sit** [1] - 6252:11

**site** [1] - 6246:11

**situation** [6] - 6147:9, 6147:10, 6170:23, 6186:17, 6196:11, 6207:3

**situations** [1] - 6194:12

**six** [2] - 6183:20,

6183:22

**slide** [22] - 6119:14, 6125:3, 6130:7, 6130:17, 6136:5, 6140:6, 6140:17, 6140:20, 6141:15, 6141:16, 6141:22, 6142:11, 6157:23, 6158:12, 6158:21, 6158:23, 6160:25, 6168:5, 6168:16, 6169:8, 6171:10, 6173:25

**Slide** [20] - 6120:12, 6125:2, 6126:12, 6126:19, 6127:4, 6127:18, 6128:3, 6128:5, 6128:6, 6128:9, 6128:13, 6130:16, 6130:18, 6131:17, 6132:3, 6132:24, 6133:12, 6133:18, 6134:22, 6135:25

**slides** [3] - 6119:3, 6120:3, 6156:23

**slow** [1] - 6232:17

**small** [1] - 6193:14

**smarter** [1] - 6194:1

**Smith** [1] - 6117:2

**smoke** [6] - 6143:9, 6143:14, 6143:21, 6143:25, 6144:13, 6144:14

**snapping** [1] - 6251:25

**snapshot** [2] - 6184:13, 6184:14

**social** [1] - 6179:20

**socialists** [1] - 6116:7

**software** [1] - 6187:3

**sold** [1] - 6104:15

**solely** [2] - 6262:6, 6263:11

**someone** [10] - 6117:7, 6135:18, 6140:8, 6146:20, 6147:22, 6181:25, 6209:19, 6215:25, 6255:17, 6270:18

**sometime** [4] - 6153:19, 6210:18, 6214:7, 6229:17

**sometimes** [1] - 6226:17

**somewhat** [2] - 6099:21, 6138:5

**somewhere** [1] - 6156:2

**son** [1] - 6112:18

**soon** [1] - 6248:4

**SoRelle** [4] - 6226:11, 6226:14, 6226:21, 6226:24

**sorry** [25] - 6096:20, 6097:6, 6107:21, 6114:10, 6119:19, 6140:16, 6141:16, 6146:25, 6167:4, 6179:5, 6187:23, 6190:22, 6193:2, 6196:6, 6204:11, 6207:2, 6221:2, 6224:5, 6225:11, 6246:9, 6248:15, 6255:20, 6255:25, 6267:8, 6269:9

**sort** [12] - 6105:25, 6143:8, 6241:11, 6251:24, 6255:14, 6256:12, 6264:2, 6264:14, 6264:23, 6265:3, 6269:8, 6269:19

**sound** [4] - 6131:1, 6135:9, 6218:20, 6221:1

**sounds** [3] - 6149:10, 6151:23, 6161:21

**source** [1] - 6147:17

**South** [1] - 6094:6

**spaces** [1] - 6171:2

**Speaker** [1] - 6146:12

**speaker** [2] - 6242:15, 6242:16

**speakers** [2] - 6241:2, 6241:7

**speaking** [3] - 6172:12, 6241:3, 6262:17

**speaks** [1] - 6195:4

**Special** [5] - 6224:11, 6257:14, 6257:24, 6258:5, 6259:25

**specific** [9] - 6100:21, 6121:25, 6136:19, 6136:21, 6156:4, 6175:6, 6207:6, 6231:3, 6268:2

**specifically** [16] - 6100:2, 6120:12, 6131:6, 6135:20, 6138:12, 6139:22, 6154:17, 6169:6, 6171:24, 6173:19,

6231:7, 6233:2, 6236:1, 6236:8, 6258:1, 6269:7

**speculate** [3] - 6117:15, 6177:23, 6177:25

**speculation** [1] - 6139:12

**speed** [1] - 6168:12

**spell** [2] - 6207:24, 6226:25

**spelled** [3] - 6178:18, 6207:22, 6226:13

**spelling** [1] - 6178:17

**spells** [1] - 6226:18

**spend** [1] - 6247:5

**spends** [1] - 6102:6

**spent** [9] - 6102:3, 6241:19, 6241:23, 6242:8, 6242:15, 6242:17, 6243:2, 6243:6, 6243:7

**spineless** [2] - 6223:5, 6223:10

**split** [1] - 6270:17

**spontaneous** [1] - 6141:24

**spread** [2] - 6135:23, 6160:21

**spreadsheet** [4] - 6235:14, 6239:3, 6239:9, 6239:10

**SR** [1] - 6094:12

**Stack** [15] - 6155:7, 6155:11, 6155:19, 6155:24, 6159:11, 6161:20, 6161:23, 6162:9, 6164:11, 6227:15, 6227:18, 6227:24, 6228:2, 6230:1

**stack** [6] - 6130:20, 6139:9, 6227:17, 6227:19, 6227:25, 6228:11

**stacks** [2] - 6155:15, 6165:14

**stage** [12] - 6101:5, 6101:6, 6144:10, 6144:23, 6145:12, 6149:10, 6151:18, 6152:2, 6152:21, 6153:1

**stairs** [1] - 6229:16

**Stamey** [2] - 6117:2, 6147:5

**stamp** [1] - 6189:12

**stand** [8] - 6096:5,

6098:18, 6124:21, 6178:10, 6224:7, 6229:14, 6258:13, 6270:3
  **standard** [2] - 6216:4, 6268:19
  **standing** [3] - 6161:9, 6204:8, 6262:25
  **standpoint** [1] - 6098:22
  **stands** [1] - 6188:3
  **Stanley** [2] - 6248:13, 6248:16
  **stanza** [1] - 6190:13
  **start** [8] - 6137:14, 6175:17, 6176:17, 6211:11, 6231:9, 6237:11, 6242:4, 6247:15
  **started** [16] - 6122:23, 6124:9, 6124:18, 6140:11, 6140:13, 6141:1, 6141:8, 6141:9, 6142:1, 6156:14, 6210:20, 6210:21, 6211:2, 6211:5, 6211:9, 6212:25
  **starting** [3] - 6112:4, 6112:5, 6205:10
  **starts** [2] - 6119:13, 6143:10
  **state** [10] - 6106:19, 6106:22, 6120:19, 6121:12, 6121:13, 6121:16, 6132:20, 6161:8, 6228:24, 6260:24
  **statement** [54] - 6096:6, 6097:7, 6097:13, 6097:20, 6097:21, 6098:10, 6099:1, 6099:6, 6099:7, 6099:11, 6099:15, 6100:10, 6100:17, 6101:13, 6101:23, 6102:12, 6102:17, 6102:21, 6102:25, 6103:3, 6104:19, 6104:20, 6105:21, 6106:15, 6106:20, 6106:23, 6109:19, 6116:13, 6127:6, 6127:8, 6129:17, 6129:19, 6129:22, 6134:13, 6137:4, 6248:7, 6250:22, 6256:20, 6258:24, 6261:9,

6261:11, 6263:14, 6263:17, 6263:22, 6265:24, 6266:14, 6266:16, 6267:14, 6267:18, 6268:3, 6268:14, 6269:6, 6269:14, 6271:12
  **statement's** [1] - 6100:4
  **statements** [30] - 6096:25, 6098:12, 6098:21, 6098:23, 6100:13, 6100:16, 6103:1, 6103:8, 6103:13, 6105:24, 6119:5, 6120:21, 6130:1, 6132:21, 6198:10, 6198:12, 6198:25, 6199:1, 6199:2, 6199:4, 6250:8, 6250:21, 6256:23, 6268:14, 6270:3, 6270:7, 6271:5, 6271:6, 6271:11
  **states** [1] - 6133:2
  **States** [7] - 6094:16, 6096:14, 6096:17, 6139:10, 6260:17, 6266:21, 6272:13
  **STATES** [4] - 6093:1, 6093:3, 6093:11, 6093:16
  **static** [1] - 6185:10
  **stating** [2] - 6158:13, 6178:17
  **status** [3] - 6117:6, 6177:25, 6261:15
  **stay** [2] - 6108:23, 6127:6
  **stayed** [2] - 6155:15
  **stealing** [1] - 6141:9
  **stems** [1] - 6096:18
  **stenographic** [1] - 6272:5
  **step** [2] - 6183:25, 6245:20
  **stepped** [1] - 6224:3
  **steps** [7] - 6130:21, 6132:6, 6136:25, 6141:6, 6157:16, 6231:13
  **Stewart** [5] - 6162:1, 6229:16, 6231:12, 6232:12, 6232:19
  **STEWART** [1] - 6093:6
  **sticker** [1] - 6207:4
  **still** [25] - 6098:9, 6105:8, 6110:20,

6112:13, 6144:12, 6158:17, 6166:22, 6167:5, 6167:6, 6168:2, 6168:19, 6182:9, 6182:13, 6183:3, 6191:3, 6192:23, 6193:4, 6217:2, 6222:18, 6246:11, 6246:18, 6259:18, 6260:10, 6260:15
  **stipulation** [2] - 6266:9, 6266:10
  **Stone** [1] - 6255:15
  **stop** [8] - 6105:13, 6106:16, 6143:3, 6143:6, 6144:7, 6144:19, 6156:18, 6201:16
  **stopped** [1] - 6154:19
  **stories** [2] - 6202:14, 6203:1
  **storm** [4] - 6101:3, 6101:8, 6141:3, 6202:10
  **stormed** [4] - 6100:25, 6101:6, 6139:9, 6206:2
  **storming** [1] - 6201:25
  **straight** [1] - 6202:12
  **strapped** [2] - 6127:6, 6127:10
  **Street** [2] - 6093:17, 6094:10
  **streets** [1] - 6194:11
  **stretch** [1] - 6224:8
  **strike** [2] - 6194:13, 6259:6
  **strongly** [2] - 6116:25, 6117:12
  **stuck** [1] - 6256:23
  **study** [1] - 6195:5
  **stuff** [1] - 6264:11
  **style** [1] - 6127:21
  **subject** [3] - 6181:7, 6181:11, 6181:16
  **subjects** [1] - 6135:22
  **submit** [7] - 6099:17, 6120:9, 6120:12, 6120:18, 6189:23, 6251:22, 6263:6
  **submits** [1] - 6184:17
  **submitted** [2] - 6184:8, 6185:14
  **submitting** [1] - 6121:5

**substantive** [1] - 6260:7
  **subtract** [1] - 6220:24
  **suffered** [1] - 6133:8
  **suggest** [8] - 6099:14, 6102:13, 6166:7, 6166:12, 6213:6, 6244:6, 6264:13, 6264:23
  **suggested** [3] - 6116:25, 6127:15, 6257:4
  **suggesting** [6] - 6102:20, 6117:12, 6127:8, 6212:17, 6249:11, 6254:16
  **suggestions** [1] - 6117:10
  **suggests** [1] - 6130:13
  **suit** [1] - 6115:9
  **Suite** [3] - 6093:25, 6094:3, 6094:7
  **summarizing** [1] - 6260:24
  **summary** [8] - 6098:2, 6098:3, 6113:21, 6187:1, 6187:2, 6187:10, 6196:13, 6196:14
  **summation** [1] - 6250:13
  **superseding** [1] - 6257:22
  **supplement** [1] - 6266:12
  **support** [3] - 6099:18, 6102:11, 6263:9
  **supporters** [1] - 6140:23
  **suppose** [1] - 6254:4
  **supposed** [1] - 6170:7
  **supposing** [1] - 6247:3
  **Supreme** [9] - 6096:15, 6100:8, 6158:25, 6166:10, 6166:18, 6166:24, 6167:1, 6167:3, 6241:9
  **surging** [2] - 6133:14, 6141:1
  **surprise** [3] - 6138:21, 6139:3, 6139:6
  **surrounding** [2] - 6100:2, 6100:9

**survivors** [1] - 6112:18
  **sustained** [5] - 6139:13, 6139:15, 6155:22, 6221:11, 6266:25
  **switch** [1] - 6241:15
  **SWORN** [1] - 6178:11

**T**

  **tactical** [1] - 6127:25
  **tactics** [2] - 6228:5, 6228:6
  **tag** [5] - 6195:10, 6195:12, 6255:14, 6255:19
  **tagged** [1] - 6195:13
  **talks** [2] - 6104:23, 6254:7
  **Tampa** [1] - 6225:8
  **target** [2] - 6185:7, 6185:9
  **TARPLEY** [1] - 6093:23
  **tasked** [1] - 6166:17
  **team** [2] - 6119:15, 6195:3
  **teargas** [5] - 6131:24, 6133:7, 6133:8, 6141:25, 6202:2
  **teargassed** [1] - 6140:14
  **teargassing** [2] - 6131:20, 6133:2
  **tearing** [1] - 6137:15
  **technically** [1] - 6111:8
  **teed** [1] - 6108:14
  **telegraphing** [1] - 6158:5
  **ten** [18] - 6181:3, 6201:11, 6210:13, 6210:16, 6210:21, 6211:8, 6211:19, 6212:2, 6212:10, 6212:17, 6212:20, 6213:1, 6213:2, 6213:3, 6214:2, 6214:12, 6215:3, 6223:19
  **ten-minute** [11] - 6210:13, 6210:16, 6210:21, 6211:8, 6211:19, 6212:2, 6212:10, 6212:20, 6213:1, 6214:12,

6299

6215:3

**tend** [1] - 6270:4

**tendency** [3] -
6097:4, 6097:8,
6268:6

**tends** [3] - 6267:18,
6268:4, 6270:5

**term** [1] - 6147:8

**terms** [7] - 6096:6,
6154:7, 6187:6,
6216:16, 6216:18,
6260:3, 6260:8

**territory** [1] -
6250:16

**test** [1] - 6256:12

**testified** [24] -
6123:8, 6123:21,
6142:7, 6142:21,
6151:19, 6154:17,
6155:18, 6179:11,
6215:16, 6216:12,
6218:16, 6233:3,
6235:25, 6236:1,
6237:4, 6237:23,
6238:1, 6238:20,
6239:5, 6241:18,
6242:13, 6257:4,
6257:15

**testify** [8] - 6154:4,
6178:5, 6179:9,
6215:2, 6215:10,
6251:7, 6256:5,
6256:8

**testifying** [6] -
6154:10, 6157:8,
6176:2, 6241:13,
6242:8, 6252:17

**testimony** [40] -
6106:12, 6116:24,
6152:5, 6152:8,
6152:12, 6152:15,
6154:8, 6154:24,
6177:6, 6178:3,
6181:1, 6216:25,
6223:23, 6224:24,
6245:21, 6250:24,
6251:1, 6251:3,
6251:15, 6252:4,
6252:7, 6253:15,
6253:21, 6254:9,
6254:23, 6255:8,
6255:12, 6257:24,
6258:5, 6258:10,
6258:12, 6258:17,
6258:25, 6259:8,
6259:14, 6259:24,
6259:25, 6260:11,
6269:25, 6270:2

**Texas** [1] - 6093:25

**text** [28] - 6101:24,

6121:19, 6122:5,
6123:11, 6169:15,
6169:17, 6172:17,
6174:10, 6201:2,
6203:16, 6206:20,
6207:23, 6209:5,
6209:25, 6221:20,
6226:18, 6227:18,
6232:18, 6232:21,
6233:1, 6233:2,
6234:1, 6234:7,
6234:9, 6240:6,
6240:12, 6240:14,
6244:18

**texting** [1] - 6101:21

**texts** [2] - 6170:10,
6206:22

**THE** [224] - 6093:1,
6093:11, 6093:14,
6093:17, 6093:22,
6094:2, 6094:5,
6094:9, 6094:12,
6095:5, 6096:1,
6096:8, 6096:20,
6096:23, 6097:6,
6099:8, 6099:10,
6100:12, 6100:25,
6102:9, 6102:15,
6103:16, 6103:18,
6104:4, 6104:18,
6104:21, 6105:1,
6105:3, 6105:8,
6105:20, 6106:3,
6106:6, 6106:18,
6107:6, 6107:19,
6107:24, 6108:7,
6108:10, 6108:20,
6108:22, 6109:11,
6109:20, 6110:5,
6110:9, 6110:11,
6110:15, 6111:3,
6111:6, 6111:10,
6112:7, 6113:5,
6113:8, 6113:18,
6113:20, 6113:22,
6114:1, 6114:11,
6114:14, 6114:17,
6114:20, 6114:24,
6115:3, 6115:6,
6115:18, 6115:22,
6115:24, 6116:4,
6116:12, 6117:14,
6118:3, 6118:8,
6118:15, 6118:17,
6119:8, 6119:16,
6119:20, 6119:23,
6119:25, 6120:2,
6120:7, 6120:20,
6121:4, 6121:13,
6122:7, 6122:13,
6122:22, 6123:13,

6123:15, 6123:17,
6124:1, 6124:4,
6124:9, 6124:11,
6124:14, 6125:13,
6125:15, 6126:5,
6126:8, 6129:9,
6129:11, 6139:13,
6150:7, 6153:7,
6153:8, 6155:22,
6173:5, 6175:1,
6175:12, 6175:15,
6175:17, 6175:21,
6176:2, 6176:7,
6176:12, 6176:16,
6176:22, 6177:1,
6177:4, 6177:7,
6177:8, 6177:11,
6177:13, 6177:16,
6178:12, 6178:13,
6180:23, 6181:10,
6181:15, 6198:2,
6198:5, 6198:9,
6198:19, 6198:24,
6208:20, 6212:15,
6212:24, 6213:6,
6213:16, 6213:21,
6214:24, 6215:21,
6215:24, 6217:4,
6217:19, 6221:11,
6222:6, 6222:21,
6223:1, 6223:22,
6223:24, 6223:25,
6224:2, 6224:7,
6224:11, 6224:12,
6224:13, 6234:25,
6235:5, 6236:6,
6236:13, 6236:22,
6237:2, 6237:6,
6237:15, 6238:7,
6238:15, 6238:18,
6238:23, 6239:12,
6241:11, 6242:10,
6245:9, 6245:10,
6245:20, 6245:23,
6245:24, 6246:1,
6246:13, 6246:18,
6246:22, 6247:1,
6247:8, 6247:11,
6247:20, 6247:25,
6248:3, 6248:10,
6248:15, 6248:17,
6249:5, 6249:10,
6249:14, 6249:21,
6250:3, 6252:12,
6253:2, 6253:9,
6254:16, 6255:22,
6256:17, 6257:1,
6257:13, 6258:20,
6260:19, 6261:3,
6261:4, 6261:5,
6261:7, 6261:18,

6261:23, 6262:20,
6263:12, 6264:4,
6264:21, 6265:11,
6265:18, 6266:13,
6268:22, 6270:11,
6270:21, 6270:23,
6271:1, 6271:12,
6271:16

**theme** [1] - 6264:5

**themselves** [3] -
6096:25, 6181:1,
6214:19

**theoretically** [1] -
6161:20

**theory** [8] - 6212:10,
6212:15, 6212:19,
6264:5, 6264:10,
6266:20, 6267:24,
6268:1

**thereafter** [1] -
6189:3

**Thereupon** [2] -
6177:9, 6224:9

**they've** [6] - 6117:1,
6117:2, 6138:20,
6167:19, 6170:16,
6250:4

**thinking** [3] -
6097:18, 6123:25,
6220:22

**thinks** [1] - 6258:13

**third** [3] - 6107:22,
6186:16, 6204:9

**Thomas** [4] -
6112:21, 6208:13,
6208:14, 6208:17

**thoughtful** [1] -
6104:12

**thousand** [1] -
6105:17

**thread** [34] - 6109:6,
6181:25, 6182:12,
6182:13, 6182:14,
6182:17, 6182:18,
6182:19, 6182:25,
6183:6, 6183:7,
6183:11, 6183:13,
6183:24, 6184:5,
6188:13, 6188:17,
6188:23, 6189:8,
6189:11, 6189:15,
6191:16, 6200:2,
6200:5, 6200:10,
6202:22, 6207:7,
6208:17, 6217:24,
6218:5, 6218:16,
6218:20, 6218:22,
6219:14

**three** [8] - 6102:6,
6135:13, 6137:5,

6146:17, 6186:11,
6190:22, 6204:23,
6207:18

**three-quarters** [1] -
6146:17

**threw** [1] - 6141:5

**throughout** [2] -
6134:16, 6215:17

**throwing** [2] -
6140:13, 6141:10

**thrown** [2] - 6160:9,
6160:12

**thumbs** [5] -
6112:20, 6207:4,
6207:11, 6220:11,
6220:12

**thumbs-up** [5] -
6112:20, 6207:4,
6207:11, 6220:11,
6220:12

**Thursday** [4] -
6247:4, 6247:7,
6250:10

**timeframe** [5] -
6120:18, 6130:5,
6154:19, 6227:13,
6229:2

**timeline** [1] - 6155:2

**timestamp** [8] -
6148:24, 6149:2,
6151:4, 6166:5,
6185:17, 6200:10,
6229:17, 6231:22

**timestamped** [4] -
6230:15, 6231:7,
6231:15, 6231:16

**timestamps** [3] -
6155:19, 6165:23,
6229:1

**timing** [2] - 6110:6,
6111:16

**tired** [1] - 6106:5

**title** [2] - 6113:21,
6238:14

**today** [12] - 6104:7,
6138:10, 6154:8,
6154:23, 6156:16,
6161:13, 6163:21,
6169:2, 6180:2,
6236:2, 6237:23,
6238:2

**together** [4] -
6163:16, 6179:21,
6183:7, 6206:2

**Tom** [39] - 6114:4,
6136:11, 6137:5,
6180:3, 6187:2,
6187:5, 6189:17,
6190:3, 6191:1,
6192:16, 6193:4,

6195:5, 6195:23, 6197:3, 6200:6, 6201:8, 6201:24, 6202:3, 6202:8, 6202:17, 6202:24, 6203:18, 6204:5, 6204:20, 6205:2, 6205:11, 6205:16, 6205:22, 6205:23, 6206:10, 6206:11, 6206:18, 6207:19, 6207:20, 6208:6, 6220:15, 6221:18, 6223:12

**Tom@ TomCaldwell** [1] - 6195:2

**TomCaldwell** [1] - 6195:7

**tomorrow** [9] - 6104:8, 6245:13, 6245:16, 6246:6, 6246:7, 6246:12, 6247:4, 6271:4, 6271:10

**tone** [1] - 6162:19

**tonight** [4] - 6119:14, 6120:4, 6171:20, 6248:24

**took** [5] - 6127:12, 6130:21, 6150:13, 6255:5, 6267:25

**top** [28] - 6105:13, 6113:15, 6116:7, 6137:15, 6144:21, 6158:17, 6184:21, 6185:2, 6185:4, 6186:23, 6188:7, 6188:20, 6190:14, 6191:24, 6192:1, 6193:17, 6194:22, 6196:19, 6199:18, 6200:8, 6204:14, 6207:12, 6218:14, 6219:6, 6220:9, 6220:13, 6231:4, 6242:7

**topic** [2] - 6122:1, 6261:1

**total** [1] - 6120:3

**totally** [1] - 6270:14

**touch** [1] - 6176:4

**toward** [2] - 6101:13, 6251:12

**towards** [5] - 6105:13, 6113:24, 6150:14, 6158:1, 6158:8

**town** [2] - 6118:8, 6178:4

**track** [3] - 6173:13, 6193:13, 6220:24

**tracks** [1] - 6217:7

**traffic** [1] - 6261:14

**train** [1] - 6228:5

**traitors** [1] - 6141:3

**transcript** [7] - 6257:16, 6257:22, 6261:21, 6263:8, 6263:14, 6272:5, 6272:6

**TRANSCRIPT** [1] - 6093:10

**transcripts** [2] - 6266:6, 6270:10

**transpired** [1] - 6262:15

**travels** [1] - 6223:23

**trial** [4] - 6152:4, 6240:4, 6265:22, 6270:8

**TRIAL** [1] - 6093:10

**tried** [2] - 6099:3, 6099:4

**trophies** [1] - 6203:17

**TROY** [1] - 6093:15

**true** [6] - 6097:3, 6097:13, 6098:10, 6098:11, 6101:18, 6103:7, 6103:10, 6120:21, 6136:16, 6136:18, 6136:23, 6138:14, 6138:18, 6144:21, 6174:16, 6199:7, 6210:12, 6216:1, 6272:4, 6272:5

**truly** [3] - 6097:20, 6097:21, 6099:7

**Trump** [2] - 6119:14, 6140:22

**Truong** [1] - 6219:5

**trustworthiness** [5] - 6100:5, 6100:10, 6101:19, 6102:14, 6215:11

**truth** [7] - 6100:14, 6109:24, 6116:14, 6198:11, 6199:2, 6199:5, 6262:22

**try** [4] - 6096:3, 6097:15, 6119:25, 6218:4

**trying** [15] - 6102:6, 6111:12, 6162:13, 6170:13, 6191:16, 6235:21, 6236:2, 6236:4, 6236:9, 6236:15, 6236:16,

6244:17, 6249:2, 6249:8, 6268:12

**tunnel** [2] - 6145:11, 6145:18

**tunnels** [2] - 6133:20, 6137:5

**turn** [4] - 6133:21, 6146:24, 6151:14, 6265:22

**turned** [1] - 6146:25

**turning** [2] - 6137:20, 6151:16

**twice** [1] - 6265:1

**two** [31] - 6102:7, 6114:14, 6115:4, 6121:7, 6135:8, 6141:6, 6177:17, 6178:2, 6181:8, 6182:22, 6195:15, 6196:6, 6196:19, 6202:21, 6223:2, 6223:2, 6223:4, 6223:8, 6226:10, 6229:25, 6250:7, 6251:7, 6251:14, 6253:19, 6257:8, 6257:9, 6257:17, 6258:2, 6258:15

**TYLER** [2] - 6178:11, 6178:18

**Tyler** [3] - 6095:8, 6178:9, 6178:18

**type** [2] - 6250:12, 6253:6

**types** [2] - 6179:21, 6186:5

**typically** [1] - 6192:10

**typo** [1] - 6166:19

## U

**U.S** [7] - 6093:20, 6096:15, 6109:10, 6161:9, 6166:18, 6195:24, 6263:15

**UID** [2] - 6185:10, 6186:12

**ultimately** [1] - 6247:13

**umbrella** [2] - 6179:17, 6179:18

**uncertainty** [1] - 6217:12

**unclear** [3] - 6181:2, 6259:13, 6259:14

**under** [11] - 6121:1, 6122:9, 6123:20, 6133:21, 6155:16,

6156:22, 6158:1, 6195:20, 6258:15, 6260:12, 6269:23

**underlying** [1] - 6217:10

**undermines** [1] - 6216:10

**understood** [2] - 6115:5, 6225:9

**undescribed** [1] - 6162:25

**undue** [1] - 6265:21

**unfair** [1] - 6263:25

**unfortunately** [2] - 6099:19, 6220:18

**unified** [1] - 6188:18

**unique** [8] - 6185:9, 6185:19, 6186:12, 6186:14, 6186:22, 6187:6, 6195:14, 6207:6

**United** [6] - 6096:14, 6096:17, 6139:10, 6260:17, 6266:21, 6272:13

**UNITED** [4] - 6093:1, 6093:3, 6093:11, 6093:16

**united** [1] - 6094:16

**units** [1] - 6160:22

**universal** [1] - 6188:3

**unless** [3] - 6117:20, 6248:4, 6263:16

**unlike** [2] - 6116:15, 6168:8

**unreasonable** [3] - 6155:20, 6166:6, 6166:12

**unsend** [22] - 6182:3, 6182:4, 6182:23, 6182:24, 6183:1, 6183:4, 6183:8, 6183:15, 6183:18, 6183:21, 6191:13, 6191:16, 6191:18, 6191:19, 6191:21, 6210:12, 6211:9, 6212:3, 6213:2, 6213:3, 6214:1

**unsending** [9] - 6109:18, 6110:21, 6181:21, 6182:2, 6182:7, 6182:22, 6183:9, 6183:10, 6211:19

**unsends** [3] - 6107:11, 6112:10, 6217:23

**unsent** [36] - 6109:15, 6112:12, 6112:22, 6112:23, 6181:3, 6182:19, 6183:24, 6184:1, 6184:3, 6191:7, 6191:8, 6192:20, 6192:21, 6197:4, 6197:5, 6197:6, 6197:16, 6197:19, 6197:20, 6197:21, 6198:13, 6199:3, 6199:5, 6205:2, 6205:4, 6205:16, 6212:16, 6212:23, 6213:8, 6213:9, 6213:14, 6216:13, 6216:21, 6223:13, 6223:14, 6223:15

**unusual** [1] - 6250:16

**up** [94] - 6099:8, 6100:13, 6101:4, 6105:10, 6105:24, 6108:14, 6109:2, 6109:4, 6111:3, 6112:3, 6112:20, 6114:24, 6115:18, 6117:6, 6117:7, 6119:20, 6123:22, 6124:6, 6125:1, 6127:13, 6127:16, 6134:8, 6134:12, 6134:17, 6134:20, 6135:18, 6135:23, 6137:18, 6139:25, 6140:25, 6141:25, 6142:1, 6142:14, 6142:19, 6142:21, 6143:9, 6144:11, 6146:24, 6146:25, 6147:3, 6149:16, 6149:18, 6151:17, 6154:19, 6157:3, 6161:22, 6162:17, 6162:20, 6162:22, 6167:7, 6167:19, 6168:12, 6172:19, 6184:20, 6190:19, 6194:11, 6195:4, 6196:5, 6197:25, 6199:11, 6204:10, 6206:20, 6207:4, 6207:11, 6214:20, 6218:6, 6218:7, 6218:11, 6218:14, 6220:11, 6220:12, 6220:21, 6221:14, 6221:25, 6224:7, 6225:20, 6232:17, 6239:7, 6239:17,

6301

6239:21, 6243:10, 6243:14, 6249:9, 6251:5, 6253:8, 6262:25, 6263:13, 6264:10, 6268:8, 6269:16, 6270:17

**upcoming** [1] - 6172:5

**upstairs** [1] - 6103:9

**urgent** [1] - 6208:2

**user** [11] - 6180:3, 6180:4, 6183:17, 6190:24, 6199:15, 6204:20, 6205:20, 6206:10, 6207:19, 6208:6, 6208:10

**uses** [1] - 6132:9

**usual** [1] - 6245:14

**UTC** [23] - 6110:12, 6110:13, 6110:20, 6188:1, 6188:2, 6188:3, 6190:6, 6193:11, 6194:23, 6196:23, 6197:7, 6197:15, 6199:24, 6203:19, 6205:6, 6205:18, 6208:7, 6212:23, 6220:24, 6223:15, 6223:18

---

**V**

**vacuum** [1] - 6099:11

**validity** [1] - 6179:4

**Valley** [1] - 6135:8

**value** [2] - 6113:9, 6253:13

**various** [2] - 6162:24, 6186:5

**verified** [1] - 6215:3

**verify** [1] - 6106:4

**version** [2] - 6118:11, 6235:8

**versus** [6] - 6096:14, 6096:17, 6097:11, 6121:21, 6181:21, 6243:6

**vest** [2] - 6127:24, 6127:25

**via** [1] - 6159:4

**video** [32] - 6112:11, 6123:22, 6136:23, 6143:2, 6144:4, 6145:15, 6145:17, 6145:20, 6146:11, 6148:24, 6148:25, 6150:25, 6151:20, 6151:25, 6152:19,

---

6152:23, 6153:2, 6173:17, 6174:10, 6221:20, 6230:7, 6230:15, 6230:17, 6230:18, 6231:6, 6231:10, 6242:4, 6242:5, 6243:5, 6243:9, 6243:12, 6255:24

**videos** [2] - 6136:20, 6246:16

**viewing** [1] - 6144:21

**VIP** [1] - 6240:2

**Virginia** [4] - 6135:9, 6244:1, 6244:5, 6262:4

**virtually** [1] - 6151:17

**virtue** [1] - 6108:14

**visible** [7] - 6191:3, 6191:6, 6192:17, 6204:24, 6205:11, 6205:15, 6208:14

**volume** [2] - 6146:24, 6146:25

**vote** [2] - 6196:14, 6196:15

**vs** [1] - 6093:5

---

**W**

**wait** [3] - 6202:25, 6261:6, 6271:16

**waiting** [2] - 6148:12, 6268:13

**waive** [1] - 6250:15

**walked** [2] - 6229:10, 6230:16

**walking** [4] - 6136:17, 6158:1, 6158:8

**wall** [2] - 6209:11, 6209:21

**Walter** [1] - 6141:13

**wanna** [1] - 6202:13

**wants** [4] - 6108:1, 6113:10, 6212:8, 6270:1

**war** [1] - 6202:13

**warrant** [1] - 6228:9

**washington** [1] - 6094:4

**Washington** [9] - 6093:6, 6093:18, 6093:21, 6094:18, 6133:10, 6138:25, 6153:21, 6251:21, 6272:14

**watch** [1] - 6206:21

---

**watched** [3] - 6151:20, 6152:5, 6243:12

**watching** [1] - 6152:4

**Watkins** [4] - 6103:2, 6160:9, 6173:18, 6257:19

**WATKINS** [1] - 6094:9

**Watkins's** [1] - 6249:6

**weapon** [2] - 6243:24, 6243:25

**wear** [1] - 6115:24

**week** [3] - 6121:18, 6154:17, 6213:9

**weeks** [2] - 6142:7, 6224:25

**weight** [1] - 6097:11

**welcome** [3] - 6124:15, 6177:16, 6224:11

**west** [2] - 6131:24, 6156:6

**Western** [2] - 6262:4, 6262:13

**WFO** [1] - 6259:18

**whatsoever** [1] - 6107:5

**whereabouts** [1] - 6259:19

**whereas** [1] - 6182:7

**Whip** [4] - 6160:10, 6163:4, 6163:6, 6163:18

**Whisperer** [1] - 6171:14

**White** [2] - 6119:14, 6120:4

**white** [1] - 6255:14

**Whitney** [1] - 6154:8

**whole** [14] - 6102:9, 6112:4, 6120:13, 6163:13, 6187:12, 6187:15, 6187:18, 6193:22, 6221:14, 6226:5, 6229:6, 6252:7, 6255:16, 6264:10

**wife** [5] - 6132:19, 6136:18, 6136:24, 6148:22, 6151:18

**wilderness** [1] - 6193:14

**Willard** [1] - 6255:13

**William** [1] - 6235:12

**Williamson** [5] - 6096:14, 6096:18, 6098:8, 6100:7,

---

6270:17

**Willie** [2] - 6126:15, 6126:25

**windows** [1] - 6141:10

**wireless** [1] - 6113:3

**withdraw** [1] - 6132:16

**withdrawn** [1] - 6157:9

**Witness** [1] - 6224:9

**witness** [25] - 6107:13, 6123:8, 6123:21, 6124:21, 6175:22, 6176:15, 6178:4, 6178:7, 6221:24, 6224:1, 6233:8, 6233:13, 6234:22, 6235:17, 6237:3, 6237:4, 6245:25, 6246:3, 6246:8, 6246:22, 6249:17, 6250:4, 6265:10, 6266:23, 6269:17

**WITNESS** [10] - 6126:8, 6153:7, 6175:15, 6177:7, 6178:11, 6178:13, 6223:24, 6224:12, 6245:9, 6245:23

**witnesses** [7] - 6116:24, 6247:6, 6249:1, 6249:7, 6250:2, 6267:23, 6269:21

**WITNESSES** [1] - 6095:5

**woman** [1] - 6097:17

**wondered** [3] - 6255:16, 6255:18, 6256:5

**word** [16] - 6101:23, 6104:2, 6132:17, 6135:10, 6142:8, 6146:21, 6147:22, 6148:10, 6148:15, 6148:16, 6207:23, 6207:25, 6222:15, 6227:18, 6227:19

**words** [7] - 6099:12, 6101:5, 6127:9, 6150:21, 6212:18, 6219:22, 6250:1

**workers** [2] - 6187:3, 6187:4

**works** [1] - 6259:18

**world** [2] - 6104:8, 6181:22

**worried** [1] - 6098:3

---

**worth** [2] - 6258:16, 6260:20

**worthwhile** [2] - 6103:22, 6260:20

**writ** [4] - 6162:2, 6165:5, 6166:22, 6168:19

**written** [2] - 6218:13, 6226:18

---

**Y**

**y'all** [4] - 6109:14, 6110:18, 6111:14, 6112:9

**year** [1] - 6153:21

**years** [4] - 6178:24, 6179:12, 6210:10, 6211:16

**yell** [1] - 6146:20

**yells** [1] - 6147:22

**yo** [1] - 6166:19

**yourself** [3] - 6154:11, 6156:15, 6178:17

---

**Z**

**zero** [1] - 6186:19

**zone** [1] - 6188:4

**Zoom** [1] - 6261:4

**zoom** [22] - 6184:21, 6185:23, 6187:11, 6188:13, 6190:9, 6190:21, 6191:24, 6191:25, 6193:17, 6194:19, 6196:19, 6199:18, 6199:25, 6200:1, 6201:17, 6202:16, 6203:5, 6204:1, 6204:14, 6205:7, 6206:7, 6223:4

**zoomed** [3] - 6190:14, 6190:21, 6194:22

**zoomed-in** [3] - 6190:14, 6190:21, 6194:22