IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
        vs.                      )    November 18, 2022
                                 )    9:00 a.m.
ELMER STEWART RHODES III, ET AL.,)
                                 )    Day 33
           Defendants.           )    Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL CLOSING ARGUMENT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Stanley Edmund Woodward, Jr.
                                      BRAND WOODWARD LAW
                                      1808 Park Road NW
                                      Washington, D.C. 20010
                                      (202) 996-7447
                                      Email:
                                      stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

9903

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1          P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.

3          All rise.  The Court is now in session; the

4    Honorable Amit P. Mehta now presiding.

5          THE COURT:  Please be seated, everyone.

6    Good morning.

7          COURTROOM DEPUTY:  Good morning, Your Honor.

8    This is Criminal Case No. 22-15, the United States of

9    America versus Defendant No. 1, Elmer Stewart Rhodes III;

10   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;

11   Defendant 4, Jessica Watkins; and Defendant 10, Thomas

12   Edward Caldwell.

13          Kathryn Rakoczy, Jeffrey Nestler, Alexandra

14   Hughes, Troy Edwards, and Louis Manzo for the government.

15          Phillip Linder, James Lee Bright and Edward

16   Tarpley for Defendant Rhodes.

17          Stanley Woodward and Juli Haller for Defendant

18   Meggs.

19          Bradford Geyer for Defendant Harrelson.

20          Jonathan Crisp for Defendant Watkins.

21          And David Fischer for Defendant Caldwell.

22          All five named defendants are present in the

23   courtroom for these proceedings.

24          THE COURT:  Okay.  Good morning, everybody.

25          Before we get started, is there anything we need

```
 1   to discuss?

 2           MS. RAKOCZY:  Not for the government, Your Honor.

 3           MR. BRIGHT:  Not for Mr. Rhodes.

 4           MR. FISCHER:  Not for Mr. Caldwell.

 5           Although, Your Honor, the government did file a

 6   motion in limine.  If I could just have a weekend to

 7   actually respond to that, there are only a couple issues

 8   there.

 9           THE COURT:  Yeah, I wasn't going to discuss it.

10           Let's bring the jury in.

11           COURTROOM DEPUTY:  Jury panel.

12           (Jury entered the courtroom.)

13           THE COURT:  All right.  Good morning, everyone.

14   Please be seated, everyone.

15           So we are ready to get started with the

16   government's summation.  So, Ms. Rakoczy, we are ready when

17   you are.

18           MS. RAKOCZY:  Thank you, Your Honor.

19           "We are not getting through this without a

20   Civil War.  Prepare your mind, body, and spirit."

21           Those were the words of Stewart Rhodes on November

22   5th of 2020, two days after the Presidential election,

23   Defendant Rhodes called for war with all of its horrors and

24   all of its violence to oppose the results of a Presidential

25   election.
```

1              Think about that.

2              For over 200 years prior, our country enjoyed the

3       peaceful and routine transfer of Presidential power.  It was

4       a core tradition and a critical tradition of our democracy.

5              And it was not for lack of closely contested

6       elections.  The prior two centuries saw numerous election

7       results that divided Americans and left many disappointed,

8       disillusioned and angry; and yet time and after time, power

9       was transferred peacefully because Americans respected the

10      rule of law.

11             Not these defendants.

12             The mountain of evidence has shown that in the

13      aftermath of the 2020 Presidential election, these five

14      defendants joined together and agreed to do whatever was

15      necessary, up to and including the use of force to stop the

16      lawful transfer of power from Donald Trump to Joseph Biden.

17             They outfitted this operation with an arsenal of

18      deadly weapons that they transported to this area from the

19      four corners of our nation.  And on January 6th, they seized

20      the opportunity to stop the transfer of power by attacking

21      the United States Capitol, the seat of the very democracy

22      they sought to upend.

23             The defendants' conduct led to these horrifying

24      scenes.

25             United States Capitol police officers cowering at

9907

```
 1   the doors to the Capitol, desperately trying to defend and
 2   protect and secure the building.
 3          The Vice President of the United States fleeing
 4   for his safety with his family and members of his staff.
 5          Members of Congress barricading themselves inside
 6   the House Chamber.  Security officers at the door with guns
 7   drawn as rioters pounded trying to get inside.
 8          On January 6th, our democracy was under attack.
 9   But for these defendants, it was "everything we trained for,
10   everything we trained for."
11          That is why we are here.  That is why these
12   defendants stand charged with seditious conspiracy,
13   obstruction of Congress, and related offenses.
14          What I'd like to do today during my time with you
15   is to talk about three main topics:  The role that these
16   defendants played in this conspiracy, the evidence of what
17   they agreed to do and what they did do, and the charges that
18   they face as a result.
19          Let's begin by talking about the role that these
20   defendants played.
21          You've seen throughout this trial many times the
22   large board that we placed on the easel, Government's
23   Exhibit 1530.  This board was designed to give you a sense
24   of the scope of this conspiracy, the number of players
25   involved, and the ways that these people came together from
```

 1   across the nation to engage in this conspiracy.

 2           We are here today in this trial because these five

 3   defendants were the leaders of that conspiracy.

 4           At the top of the board and the top of the

 5   conspiracy, Defendant Stewart Rhodes, the founder and leader

 6   of the Oath Keepers, the orchestrater of this conspiracy and

 7   the architect of the plan to use any means necessary, up to

 8   and including force, to stop the transfer of power.

 9           You know, ladies and gentlemen, that as early as

10   the days after the election, Stewart Rhodes called upon

11   Roger Stone and others close to President Trump to get him

12   to do something to stop the election results from becoming

13   final.  And as early as November 8, Defendant Rhodes warned,

14   "If the President does not do his duty, then we will still

15   have to do ours.  We will have no choice."

16           Defendant Kelly Meggs, OK Gator 1.  As of

17   December 22nd of 2020, the leader of the Florida chapter of

18   the Oath Keepers, as early as the night of the election, we

19   know that he was saying that he was going to go on a

20   "killing spree" and that Nancy Pelosi was going to be first.

21           You know that Defendant Meggs was tapped by

22   Defendant Rhodes to be a leader of this conspiracy.  Just

23   underneath the operations leader, Michael Greene, was

24   Kelly Meggs, one of the leaders of those on the ground that

25   day.

1          You know, in turn, that Mr. Meggs tapped defendant
2     Kenneth Harrelson, Gator 6, to be the ground team leader for
3     the operation for January 6th.
4          You know that Mr. Meggs told other state team
5     leaders to be in touch with Defendant Harrelson so that they
6     could operate their teams to fit and suit
7     Defendant Harrelson's needs as the ground team lead.
8          You know from the evidence that you have seen,
9     that over the course of the weeks leading up to January 6th,
10    that Defendant Meggs and Defendant Harrelson both led and
11    organized several key planning meetings or GoToMeetings on
12    that virtual site, including one call on December 30th for a
13    Florida D.C. Op planning call, and one on January 2nd for a
14    D.C. planning call.  These were the leadership roles that
15    these defendants played.
16         Jessica Watkins, Captain, or Cap, leader of her
17    own Ohio State Regulars militia.  You heard in her own words
18    on the stand here yesterday that for her, a Biden
19    Administration posed a "existential threat."  You know that
20    to deal with this threat, she participated in this
21    conspiracy and brought her own team of four from Ohio to
22    join in the January 6th operation.
23         And, finally, Defendant Thomas Caldwell, Cag or
24    Cag Spy, someone who in his own words provided materiel or
25    military type support, and intel support to the Oath Keepers

 1   during the November operation during that

 2   Million MAGA March.

 3           You know the Defendant Caldwell was someone who

 4   repeatedly called for force and violence in response to the

 5   election result, in the weeks and months after the election,

 6   calling repeatedly for results like Civil War to oppose the

 7   result.

 8           These are the roles that the defendants played and

 9   there's not that much dispute that these are who the

10   defendants are and that these are the roles that they

11   played.

12           The question for you, ladies and gentlemen, is to

13   what end?  What was the goal and what was the design of this

14   operation?

15           Ladies and gentlemen, the evidence has shown that

16   what these defendants agreed to do was to use any means

17   necessary, up to and including the use of force, to stop the

18   lawful transfer of Presidential power.

19           That is a conspiracy.

20           As the Judge instructed you yesterday, a

21   conspiracy is simply an agreement by two or more persons to

22   join together to accomplish some unlawful purpose.  That

23   unlawful purpose here was using force to stop the lawful

24   transfer of Presidential power.

25           Joining together in that way, to serve that

 1    unlawful purpose of forcibly opposing the transfer of power,

 2    violated three separate conspiracy laws, and we'll talk

 3    about that at the end of my discussion with you here this

 4    morning.

 5            So how do you know that this is what the

 6    defendants engaged in?  Let's talk at the outset about what

 7    the defendants did not or are not charged with doing.

 8            The defendants are not charged with entering into

 9    an agreement ahead of time, ahead of January 6th, to storm

10    the United States Capitol.  That is not the allegation in

11    this case.

12            What they are charged with is using the

13    opportunity to attack the Capitol to further that end of

14    stopping by force the lawful transfer of power.

15            For these defendants, the attack on the Capitol

16    was a means to an end.  That end being to use any means

17    necessary, up to and including force, to stop the lawful

18    transfer of power.

19            So let's talk about the evidence that the

20    defendants joined together in this unlawful agreement.

21            You know that this was the agreement for two main

22    reasons.  You know this through the evidence you've seen of

23    the defendants' words, their statements, their messages,

24    their statements out loud to each other in meetings and

25    calls.  And you know this through the defendants' conduct.

1    Their preparations to use force to stop the transfer of
2    power, their actual use of force on January 6th to halt that
3    proceeding and at least temporarily stop the transfer of
4    power, and their continued plotting after January 6th to use
5    force to stop the transfer of power.
6           Because let's be straight about something, ladies
7    and gentlemen, contrary to what one witness said on the
8    stand, the defendants' words in this case were not the mere
9    rantings and ravings of old men at a barbershop.  These
10   defendants repeatedly called for the violent overthrow of
11   the United States Government and they followed those words
12   up with action.
13          They drove to D.C. to do something about it.  They
14   brought their weapons with them.  And on January 6th, when
15   they saw an opportunity to act, they did, throwing their
16   bodies at the riot that was going on at the Capitol.  That
17   these defendants followed up their calls for violence with
18   actual acts for violence tells you that they meant what they
19   said.  And that is why their words are such powerful
20   evidence of their intent in this case.
21          So let's talk a little bit about those statements
22   and words that you saw over the course of the last few
23   weeks.
24          You know, ladies and gentlemen, that
25   Defendant Stewart Rhodes began advocating for the use of

1    force to stop the transfer of power within days of the

2    election.  You know now that the election in 2020 occurred

3    on November 3rd of 2020.  You know that as early as November

4    5th, Defendant Rhodes was saying, "We must refuse to accept

5    Biden as a legitimate winner.  Prepare for Civil War."

6            November 7th was the day that the Presidential

7    election was called by most major media outlets for Joseph

8    Biden.  You know that that day, Defendant Rhodes took to

9    multiple chats to implore his followers to follow the

10   "Serbian plan," the example that had been set by folks in

11   Serbia who felt that there had been fraudulent election

12   result there.  And you know that that plan as early as

13   November 7th involved storming the seat of government.

14           November 7th, four days after the election, was

15   how early Defendant Rhodes was calling for violence at the

16   seat of our legislature.

17           We've presented evidence to you that some of these

18   defendants were on these chats and privy to these

19   communications that Mr. Rhodes was putting out there as

20   early as the days after the election.  But perhaps the first

21   very concrete moment where you saw evidence that others were

22   joining in and agreeing to these proposals of Mr. Rhodes,

23   was that November 9th GoToMeeting that was recorded by a

24   witness who came in and talked to you named Abdullah

25   Rasheed.

1     You know that that meeting included many attendees

2   but two or three of the most critical were

3   Defendant Jessica Watkins, Defendant Kelly Meggs, and

4   Defendant Kenneth Harrelson.

5     At that meeting, not quite a week after the

6   Presidential election, two days after it was called for

7   President Biden by the media, Mr. Rhodes called upon the

8   Oath Keepers to act like the Founding Fathers.  He told them

9   they found themselves in the same situation as the spring of

10  1775, the eve of the American Revolution.  And he called on

11  his followers to oppose the election results in the same

12  fashion.

13    As early as this November 9th GoToMeeting, he was

14  talking about there being armed Quick Reaction Forces, or

15  QRFs, an armed force component to back up this

16  conspiratorial plan.

17    Now, Abdullah Rasheed came in and testified before

18  you.  He told you that he was on the call, and for him, this

19  was terrifying.  He told you, "The more I listened to the

20  call, it sounded like we were going to war against the

21  United States Government, and I wasn't comfortable so I

22  started recording it."

23    For Mr. Rasheed, "It sounded like we were going to

24  war, we were going to overthrow the United States

25  Government, and start shooting everybody."  Think about

that.  You have heard a lot of statements along these lines

during this trial.  Please do not become numb to these

statements.  Think about what is being actually called for

in these statements.

To Mr. Rasheed, this was testifying.  To

Defendant Kelly Meggs and Jessica Watkins, they asked how

they could get involved and what weapons they could bring.

You heard on that call Jessica Watkins ask about whether

they could bring mace and pepper balls to the operation in

D.C.

You heard Defendant Kelly Meggs talk about

bringing pepper spray, tasers, stun guns.  And it doesn't

hurt to have a lead pipe with a flag on it.

(Audio played)

MS. RAKOCZY:  You know these very words because

you not only saw them on the screen but you heard them

yourselves.

And you know that Defendant Kelly Meggs and

Jessica Watkins agreed to this plan that Rhodes was putting

out there, not only because of what they said on this call

but because of what they did in the weeks that follow.  You

saw evidence that immediately after this call, both

Defendant Watkins and Defendant Meggs started recruiting

others to the cause.

Defendant Watkins told people, "We're going to

1    D.C.  Guns would be outside D.C.  Be prepared to fight hand

2    to hand.  This is the moment we've been waiting for."  Those

3    were all statements she said that very same night of the

4    call.

5            Echoing Ms. Watkins, Defendant Kelly Meggs the

6    next day told those on the "OK FL Hangout" chat, "Anybody

7    not on the call tonight.  We have been issued a call to

8    action for D.C.  This is the moment we signed up for."

9            In weeks after the election, Watkins continued to

10   recruit people to the cause, telling one recruit, recruit

11   Leah, that, "If Biden got the steal, none of us have a

12   chance.  They already have our neck in the noose and just

13   haven't kicked the chair out."

14           Watkins told this recruit that she needed to get

15   prepared to die for the cause.  Again, think about these

16   words and what these people are actually calling to do in

17   response to the election.

18           What did Defendant Kenneth Harrelson think of that

19   call that he was on?  We know that he was on the call

20   because you've seen the GoToMeeting records.  You know that

21   a number of important players in this conspiracy were part

22   of that initial November 9th call, highlighted in the box:

23   Defendant Rhodes, Defendant Meggs, Defendant Watkins,

24   Defendant Harrelson, but also the people who have become the

25   operations leaders for January 6, Michael Greene and

1    Don Siekerman; North Carolina Oath Keeper leaders who played

2    a role in organizing the Quick Reaction Force,

3    George Douglas Smith, or Doug Smith, Ranger Doug and

4    Paul Stamey were on the call.  And other important members

5    of the Florida and North Carolina teams that came here for

6    January 6th were also on that call.

7            We do not have some of the same messages for

8    Defendant Harrelson that we have for Defendant Watkins and

9    Defendant Meggs because, as you heard, Defendant Harrelson

10   deleted almost all of the Signal content on his phone prior

11   to March of 2021.

12           But you know what he thought of it because you

13   know that in response to this call in the weeks following

14   the call, leading up to January 6th, Defendant Harrelson

15   took on more of a leadership role in the organization.  He

16   started going by the moniker Gator 6.  He started organizing

17   GoToMeetings for the Florida Oath Keepers for the D.C.

18   operation in general.  And then you know on January 6th,

19   Defendant Harrelson helped to lead the Oath Keepers into the

20   Capitol chanting "Treason."

21           Now, for Defendant Thomas Caldwell, he was not on

22   that GoToMeeting call, but within a week, Defendant Caldwell

23   was part of and assisted with that first November operation

24   on November 14th for the Million MAGA March.

25           You know that Defendant Caldwell hosted a number

1   of the Oath Keepers who came to town for that event at his

2   farm in Virginia.  You've seen this photograph that it's

3   evidence.  And you know that that was for the November 14th

4   event.

5          You heard the testimony of John Zimmerman, who was

6   a North Carolina Oath Keeper, who stayed at Mr. Caldwell's

7   residence for the event.  Mr. Zimmerman told you all how

8   Stewart Rhodes came out to Mr. Caldwell's farm the night

9   before the event, that Friday night, November 13th, and he

10  addressed those gathered.  And you know that during that

11  meeting, Defendant Rhodes said things and put forward a plan

12  or proposal, very similar to what you heard on that

13  November 9th GoToMeeting call.

14         You know that according to Mr. Zimmerman,

15  Mr. Rhodes called those there to be prepared to take up arms

16  if and when President Trump invoked the Insurrection Act to

17  fight to stay in power, notwithstanding the election result.

18  You know that according to Mr. Zimmerman, Mr. Rhodes told

19  those gathered there that the Oath Keepers would need to be

20  prepared to fight the, "Rogue government or those in

21  Congress who had gone rogue."

22         This is a call for force against the authority of

23  the government.  That is seditious conspiracy.

24         You know that Mr. Caldwell had a mutual

25  understanding or agreement to this proposal being put forth

1  because you know the words he said next and you know the

2  actions he took next.

3            The next day, or that night, Mr. Caldwell wrote to

4  a friend, Adrian Grimes, who it sounds like had been present

5  at the meeting or that nighttime event as well, and he said,

6  "If we can't get the President another term, we are well and

7  truly fucked.  It's kill or be killed, I'm afraid.  I kind

8  of hope there is some shit tomorrow at the Million MAGA

9  event in some ways just so we can get on with it."  Just so

10  we can get on with using force to stop this election result

11  from becoming final.

12            After the operation in D.C. where Mr. Caldwell

13  helped the Oath Keepers to -- with their residence and

14  helped them to attend this event, you know that Mr. Caldwell

15  wrote to Donovan Crowl, one of the Ohio Oath Keepers who

16  came out there with Defendant Watkins, and in his own words,

17  "Next time (and there will be a next time) we will have

18  learned and we will be stronger.  I think there will be real

19  violence for all of us next time.  I know it is not my place

20  but I'm already planning the next D.C. Op."

21            Ladies and gentlemen, that is how you know that in

22  the weeks after the election, these defendants joined

23  together and began their agreement to oppose by force the

24  lawful transfer of Presidential power.

25            You also heard, ladies and gentlemen, that there

9920

 1   were lawful ways to deal with the election.  There were

 2   protests.  There were lawsuits.  And on January 6th, there

 3   was a certification proceeding whose very purpose was to

 4   deal with and resolve objections to the election.

 5           But for these defendants, they felt that they were

 6   above the law, they knew better, they were the ones who were

 7   going to save the day and do the right thing because in

 8   their view they were above the law.  They said that

 9   themselves.

10           Mr. Rhodes talked over and over again using terms

11   echoing the Declaration of Independence, saying things like,

12   "We reserve the right to alter or abolish the government."

13           When Defendant Rhodes took that stand, he seemed

14   indignant to have these words quoted with him -- to him

15   because he noted that these are words that are in the

16   Declaration of Independence; which is, yes, a founding

17   document of our republic, but it was a founding document

18   that we issued when we began a revolution against the

19   government, a revolution that worked out well for us but

20   that is, in fact, a revolution against the government.

21   These were the terms that Mr. Rhodes was calling for in the

22   aftermath of the Presidential election, "reserving the right

23   to alter or abolish the government" based on what he

24   believed was the correct interpretation of the laws.

25           Defendant Kelly Meggs used terms, like, "We are

1    the militia.  We don't have to play by their rules.  We make

2    the rules.  We the people.  And if the people don't like the

3    results of an election, we will take matters into our own

4    hands to change them."  That is what these defendants

5    decided in the weeks after the Presidential election.

6              Now, to be clear, ladies and gentlemen, the

7    government has not alleged here that as early as November,

8    these defendants had their eyes on January 6th, because how

9    could they, they did not know at that point that it would

10   get that far.  They hoped against hope that President Trump

11   or someone would intercede to stop the election results

12   before it had to get that far.

13             But you know that as things transpired and things

14   moved forward into the month of December, it seemed less and

15   less likely that that was going to happen, and it seemed

16   more and more likely that the defendants would have to take

17   matters into their own hands.

18             Because you know that on December 14th, the

19   electors who are part our Electoral College system of

20   getting Presidential elections to happen, met in their

21   various states and they all cast their votes.  You know that

22   a majority of the votes were cast for President Biden, and

23   that this was a next major phase in getting the election

24   result to be finalized.

25             That is when the defendants began to focus on

1    January 6th as what Mr. Rhodes called "a hard constitutional

2    line and limit, a deadline, a date, a finalization."

3              So it's in mid-December that you see Mr. Rhodes

4    start publishing these letters on the Oath Keepers' website

5    President Trump, calling in drastic terms for the President

6    "to stop the election, to call up the military and groups

7    like the Oath Keepers to seize voting machines, to throw out

8    the result, and to hold a new election."

9              Again, think about that.  Mr. Rhodes is calling

10   for the military and the militia to throw out election

11   results because they don't like the results and to hold new

12   elections.

13             Mr. Rhodes was clear in these open letters that if

14   President Trump didn't take action, he and his

15   co-conspirators would.

16             The President didn't take action.  No one did step

17   in to throw out the results of the elections and hold a new

18   one.  And so Mr. Rhodes and his co-conspirators began

19   focusing on the steps they would take to take action

20   themselves.

21             So that is why you know, ladies and gentlemen,

22   that as November transpired into November [sic], this

23   agreement by the defendants to oppose the lawful transfer of

24   power by force began to have this second or more

25   crystallized focus of stopping that certification proceeding

that was scheduled to happen on January 6th, and to prevent
members of Congress from doing their duties that day to
certify the election.

You know that the defendants were prepared to take
matters into their own hands because of what they said
themselves.  Mr. Rhodes in his open letter here to
President Trump warned, "We are in a fight no matter what.
Let's get it done with you as commander in chief."  He said,
"If you fail to do so, we the people will have to fight a
bloody revolution and war to throw off an illegitimate, deep
state/Chinese puppet regime."

Defendant Meggs' co-conspirators started to focus
on January 6th and the events in D.C. as well.  Defendant
Kelly Meggs, on December 23rd, wrote to the "OK FL Hangout"
chat, "We need to surround the Capitol all the way around
with patriots screaming so they hear us inside.  Scare the
hell out of them with about a million surrounding them
should do the tick."  Force and intimidation to stop the
election result.

Mr. Meggs said that the Oath Keepers flag would be
flying on the Capitol Grounds on January 6th.

December 25th, Mr. Rhodes, "The only chance we or
he," President Trump, "has is if we scare the shit out of
them and convince them it will be torches and pitchforks
time if they don't do the right thing."

1          December 31st, Defendant Thomas Caldwell,

2    "It begins for real January 5th and 6th in Washington, D.C.

3    where we mobilize in the streets.  Let them try to certify

4    some crud on Capitol Hill with a million or more patriots in

5    the streets.  This kettle is set to boil ..."

6          A day later, Defendant Caldwell was even more

7    clear when a friend wrote to him that "Trump will win on the

8    6th, or if not I'm going to start a Civil War myself."

9          Defendant Caldwell replied, "I am starting it the

10   night of the 6th if necessary.  I am ready to do force to

11   stop the election results from becoming final.  With or

12   without President Trump, I will take action."

13         In additional statements, Defendant Rhodes and all

14   of his co-defendants and co-conspirators began to make clear

15   that they were going to act with or without President Trump.

16         In a December 23rd open letter to the President,

17   Defendant Rhodes warned, "If you will fail to do your duty,

18   you will leave we the people no choice but to walk in the

19   founders' footsteps.  Like the founding generation, we will

20   take to arms in defense of our God given liberty.  We will

21   declare our independence from the puppet regime and we will

22   fight for liberty."

23         Again, think about this.  He is encouraging his

24   co-conspirators to take up arms like the Founding Fathers to

25   engage in a revolution.

1          You know that these words were not just rhetoric

2     but they were serious.  First of all, because you know that

3     those who were close to them took him seriously.

4          You heard the testimony of Mike Adams, the

5     original leader of the Florida chapter of Oath Keepers.  He

6     told you that for him, these letters indicated that if the

7     President did not declare the Insurrection Act and call up

8     the militias and stand this down, stop this election result,

9     if he didn't do that, then we would have to do that.  And

10    Mr. Adams told you he was concerned about who the "we" was.

11    He did not want to be part of that we so he resigned his

12    position as the leader of the Florida chapter, opening the

13    way for Defendant Kelly Meggs to take control.

14          You also know that, ladies and gentlemen, you know

15    that Mr. Rhodes was serious about these words from what he

16    told you on the stand in his own words.  Now, let's be

17    clear, ladies and gentlemen, defendants have no obligation

18    to testify, they have a constitutional right not to present

19    any evidence and that cannot be held against them.  But when

20    they do take that stand, you can and must assess what they

21    say and you can and must use that to determine whether or

22    not they are guilty of these crimes.

23          When Mr. Rhodes took that stand, he was confronted

24    with this message, a message he sent on December 10th, where

25    he said, "Either Trump gets off his ass and uses the

1  Insurrection Act to defeat the Chi-Com puppet coup, or

2  we will have to wise up in insurrection (rebellion) against

3  the Chi-Com puppet Biden."

4        Mr. Rhodes agreed that that is what he was

5  advocating.  He thought it was better to say that he wasn't

6  planning on doing that until January 21st.  He thought that

7  was some kind of a defense to suggesting that he was calling

8  for people to take up armed rebellion against the

9  government.

10        Think about that, ladies and gentlemen.

11  Mr. Rhodes told you in his own words he was prepared to

12  start a rebellion the day that President Biden took office.

13        We'll talk about, at the end of this trial, that

14  that is exactly what is charged in the conspiracy.  The

15  charges in this case don't end on January 20th.  The

16  defendant is charged with engaging in a conspiracy to use

17  force against the government from the time period of

18  November through January of 2021.

19        Defendant Rhodes admitted on that stand that

20  that's what he was going to do.

21        But what that tells you additionally is that he

22  was serious.  This wasn't rhetoric, this wasn't ranting and

23  raving.  This was deadly serious conspiracy and statements

24  encouraging force and violence against the government to

25  stop the election from becoming final.

1          Now, Mr. Rhodes' own words in realtime showed that

2   he had a much more urgent and much more quick timeline that

3   he was urging his followers to use this force to stop the

4   government, because as we saw for him, January 6th was a

5   hard constitutional line and limit.

6          And you know from what he said that he urged his

7   followers to not wait and to act before or on January 6th.

8          December 21st, he told his followers, "We must

9   push Trump to do his duty.  If he doesn't, we will do ours.

10         "Declare independence.

11         "Defy.

12         "Resist.

13         "Defend.

14         "Conquer or die.

15         "This needs to be our attitude."

16         December 25th, "The President needs to know that

17  if he fails to act, then we will.  He needs to understand

18  that we will have no choice."

19         December 31st, in case there was any doubt at all

20  about what date he was talking about, Mr. Rhodes told the

21  "Old Leadership" chat, "On the 6th, they are going to put

22  the final nail in the coffin of this republic, unless we

23  fight our way out.  With Trump (preferably) or without him,

24  we have no choice," on the 6th.

25         Ladies and gentlemen, you also know that these

1    were real, sincere pleadings, real sincere plans, because

2    you heard from real, live people who were part of this

3    conspiracy, people who agreed to take part in the plan and

4    who pled guilty to participating in this conspiracy.  In

5    this court before this Judge, they admitted that they were

6    part of this conspiracy.

7            You heard, for example, from Jason Dolan, the

8    Florida Oath Keeper, and he told you that what he and his

9    co-conspirators, including these five defendants, agreed to

10   do was to be willing to fight back against an illegitimate

11   government and support what we saw as a rightful President

12   against an illegitimate regime.

13           Mr. Dolan told you that he and his

14   co-conspirators, including these defendants, were prepared,

15   if need be, to take up arms and fight back, because that's

16   what we have been talking about.

17           For Mr. Dolan, he said, "For us it was a feeling

18   like our country was slipping out of our fingers and we

19   needed to defend our country."  Echoing the words of

20   Mr. Rhodes, he said, "Conquer or die."

21           So that is how you know from the defendants' own

22   words that they entered into this agreement to oppose by

23   force the lawful transfer of power and how, over time, they

24   crystallized this goal into the focus on January 6th as a

25   date of action to stop that certification proceeding and to

1    stop members of Congress from doing their duties to certify

2    the election that day.

3            And that's just what they put in writing, ladies

4    and gentlemen.  Keep in mind that the defendants talked over

5    and over again about the need for operational security or

6    op sec.

7            Mr. Rhodes said, on one of the messages, "A lot of

8    it needs to be done in person.  Op sec."

9            He would say things like, "Good topic for a phone

10   call."

11           Thomas Caldwell would refer to "more on that

12   through secure comms."

13           Kelly Meggs would say, in advance of January 6th,

14   on January 3rd, "We will gather and discuss Wednesday (the

15   big one) in person.

16           So you know that there were probably even more

17   precise plans that these defendants were talking about in

18   these secure communications.  But on their face in the

19   messages they did send, they were clearly advocating for the

20   use of force to stop the transfer of power.

21           You know why the defendants were being careful

22   with their words.  You heard from Mr. Rhodes himself, that

23   they were paranoid that law enforcement could be listening

24   at any time.

25           You heard from the Judge, ladies and gentlemen,

1    that an express plan is not something that the government

2    needs to prove here.  What that government needs to show you

3    is evidence that the defendants had some type of agreement,

4    a mutual understanding or meeting of the minds to accomplish

5    a common and unlawful objective, and that's what these words

6    show.

7            But that's not it.  You don't just have to rely on

8    the defendants' words to know their intent for what they

9    wanted to accomplish in this conspiracy, because you have

10   the defendants' conduct.

11           Let's talk first about what they did to prepare to

12   use force on January 6th.

13           You know that the defendants discussed bringing

14   weapons to the D.C. area in support of these plans, both

15   what they called less lethal weapons and firearms.  They

16   talked about bringing pepper balls and mace.  They talked

17   about bringing tasers and stun guns.  They talked about

18   bringing helmets to whack people across the face.  They

19   talked about bringing cattle prods and pieces of wood.

20           These were all the types of weapons that they knew

21   they could bring into the city because they weren't banned.

22   You know they brought some of these weapons in.  Just

23   yesterday Defendant Watkins talked about the bear spray she

24   carried on her vest.  You heard that their discussions they

25   were very savvy to make sure they only brought weapons that

1    had arguably legitimate purposes to bring into the city,

2    because they knew that if those weapons were confiscated,

3    they could not be used in furtherance of the conspiracy.

4         And that's why they made plans to have their real

5    firepower, the guns, on the outside of the city.

6         You heard, ladies and gentlemen, that Defendant

7    Thomas Caldwell played a role in finding and scouting out

8    that location for the QRF, for the Quick Reaction Force, to

9    have their guns at the ready on the outskirts of the city.

10   You know as early as December 22nd, Mr. Caldwell found the

11   Comfort Inn Ballston as the ideal location for this.

12        He wrote to Doug Smith on December 22nd that he

13   booked his room at that hotel.  In his words, "This room

14   gives us a spot to stage materials should things go high

15   order."  He noted it was ten minutes from the Potomac,

16   previewing his later plans to find a boat to try to ferry

17   those weapon across the river.

18        You know that the Comfort Inn Ballston happened to

19   be right on the entrance ramp to I-66, the highway that

20   takes you right into the city.

21        And you know that for these defendants, especially

22   Mr. Caldwell and Doug Smith talking here, that it was

23   important to them how close, how easy the access was of this

24   hotel to the United States Capitol.  You know that that was

25   part of the plan.

1          You know that Defendant Caldwell pulled others

2    into this plan.  You know that he coordinated with a

3    North Carolina leader, one of the QRF leaders from North

4    Carolina, Paul Stamey.  He encouraged him to get a room, and

5    Mr. Stamey did, he booked room 252 for the 5th and 6th.

6          You know that that room 252 had a view overlooking

7    the courtyard and you saw messages where Defendant Caldwell

8    talked about the benefits of having a room on the courtyard

9    so you could keep your eyes on the vehicle.  Why does that

10   matter?  You know that the North Carolina Oath Keepers had a

11   mobile QRF that they had kept their weapons in their

12   vehicles.  You've got to have a room on the courtyard so you

13   can keep your eyes on the vehicle and the guns that you have

14   inside.

15         You know that Defendant Caldwell read in

16   Defendant Watkins to this plan.  You know that he told her

17   that the Comfort Inn was going to be the location; that he

18   told her that Paul Stamey was committed to being the

19   Quick Reaction Force and "bringing in the tools if something

20   goes to hell."

21         Now, you know from a series of communications that

22   you saw on January 2nd of 2021, how these various players of

23   this conspiracy worked together to bring this

24   Quick Reaction Force plan into reality.

25         You know that on the "D.C. Op Jan. 6" planning

1    chat that day, Defendant Kelly Meggs sent a message to the

2    chat that morning of January 2nd, where he referenced a call

3    that had happened the night before.  He said, "Good call

4    last night.  I'll get with the North Carolina team to find

5    out more about the details for the Quick Reaction Force."

6            It appears that he did have that call because that

7    evening, the evening of January 2nd, he sent a message

8    discussing where the Quick Reaction Force rally points would

9    be.  He sent the message that, "One if by land, two if by

10   sea," referring to the Lincoln Memorial for the land rally

11   point, and the Ohio Basin area for the water landing point.

12           Mr. Meggs made clear that there would be a water

13   rally point if the bridges got closed.

14           Immediately in response to that message, who

15   chimes up but Paul Stamey, the North Carolina

16   Quick Reaction Force leader, saying that "his sources in

17   D.C. were working on procuring a boat as we speak."

18           You now know who that source in D.C. is.  It was

19   in Virginia, Thomas Caldwell, who that very same night is

20   sending messages to Paul Stamey telling him he's working on

21   the "Navy angle."  You know that very same night, he's

22   reaching out to others asking for boats.  I believe you have

23   in evidence at least three messages of Mr. Caldwell reaching

24   out to others asking them for boats.

25           And he tells you in these messages what the boats

 1    are for.  "In order to help ferry the weapons into the

 2    waiting arms of our people on the ground in D.C."

 3            He then reports back to Mr. Stamey that he's

 4    working on the plan, "Have no fear, Cag is on the case."

 5            Defendant Caldwell took the stand and testified.

 6    I'm not really sure where to begin in addressing

 7    Defendant Caldwell's testimony.  He said a number of things

 8    that were patently absurd and refused to acknowledge a shred

 9    of responsibility for January 6th.  In his words,

10    "January 6th happened and I had nothing to do with it,"

11    despite planning an armed Quick Reaction Force, despite

12    participating in the riot, despite being on that west side

13    of the Capitol and climbing up through scaffolding, for him

14    it was a "good time."

15            But when you assess what he said and you find that

16    he is incredible on things, you need to ask yourself what

17    that means and what that says about what he was trying to

18    say.

19            Remember what Mr. Caldwell told you about these

20    boat messages.  Mr. Caldwell tried to tell you that when he

21    was sending these messages suggesting that the purpose of

22    the boats was to be able to ferry weapons into the city to

23    those on the ground, he said to you that he was quoting a

24    line from a screenplay he was writing; as though he was

25    having some type of out-of-body experience quoting lines

1    from a screenplay in what is otherwise a very coherent and

2    making sense type of message.

3              Does that make sense to you?  Or does that suggest

4    to you that he is lying to you about what he was doing here?

5    And if he was lying to you about what he was doing here,

6    why?  You have to ask yourselves why.

7              Perhaps it is because the truth is so damning,

8    because the truth is that he was organizing this

9    Quick Reaction Force to have firepower to support a plan to

10   stop an election result from becoming final.

11             You know that Defendant Rhodes was also read into

12   the plans for the QRF; Defendant Rhodes was the architect

13   for the plans for a QRF.  As early as that November 9th

14   GoToMeeting he was talking about how it was going to be

15   necessary to have guns outside the city in support of the

16   plan.

17             And as things led up to January 6th, Defendant

18   Kelly Meggs dutifully reported to him on the planning stages

19   for the Quick Reaction Force, telling him in this message on

20   the 2nd that they, "had a good call last night with Don,"

21   Don Siekerman, the operations loader, they were "working on

22   QRF RP," or rally points.  He was coordinating with the

23   North Carolina team.

24             Not only was Mr. Rhodes told this but he

25   responded, "OK.  We will have a QRF.  The situation calls

1    for it."

2              On January 5th when Defendant Kelly Meggs and the

3    Florida Oath Keepers were dropping off weapons at the QRF,

4    they told Mr. Rhodes, and he said, "Good to go.  See you

5    soon."

6              And yet Mr. Rhodes, when he took the stand and in

7    his interview with law enforcement that you heard about, he

8    tried to distance himself from these plans.  He tried to

9    say, "This was their own little thing.  I had no idea."  He

10    tried to say things like, "I had nothing to do with the

11    North Carolina Oath Keepers anymore."

12              But you know that's not true.  Not only is he

13    being told about the plans for the QRF, including the

14    North Carolina role in those plans, you know that it was

15    Mr. Rhodes who added North Carolina leaders to the planning

16    chat for January 6th.  The "D.C. Op Jan. 6" planning chat.

17    Here in this message, Mr. Rhodes added North Carolina

18    leaders, including Doug Smith and Paul Stamey, and said,

19    "added some of the North Carolina leaders and experienced

20    prior op veterans from North Carolina."

21              Why distance yourself?  Why lie?  Unless the truth

22    is just too damning.

23              Mr. Rhodes was also involved in helping the

24    Arizona team to coordinate their role in the

25    Quick Reaction Force.  You saw messages where Todd Kandaris

1    and Ed Vallejo, two of the Arizona Quick Reaction Force team

2    members, reached out to Mr. Rhodes in advance of

3    January 6th.

4            Kandaris told Mr. Rhodes, "Everyone coming has,

5    "their own technical equipment and knows how to use it,"

6    winky face emoji."

7            You know that Mr. Rhodes then connected Kandaris

8    and Vallejo with Kelly Meggs.  How do you know that?

9    Because there are messages in which on their way to D.C.,

10    the Arizona team reaches out to Mr. Rhodes and says, "How do

11    we get in touch with Kelly Meggs?  We're trying to find the

12    rally point or the rendezvous point."  And Mr. Meggs --

13    Mr. Rhodes writes back with Mr. Meggs' number.

14            And then you know that for this QRF hotel, the

15    Comfort Inn in Ballston, in case this was lost on you

16    because there's been a lot of evidence, you know that there

17    were those three Quick Reaction Force hotel rooms, 252, 253,

18    and 255.  All three were booked or reserved by the

19    North Carolina QRF team leader Paul Stamey.  Mr. Stamey paid

20    for one, room 252.  That's where he and his team stayed.

21    But Kelly Meggs paid for the other two, room 253 and 255,

22    keeping one for his Florida QRF team and giving the other to

23    the Arizona team, the team that Mr. Rhodes connected him

24    with.

25            This level of planning and coordination, ladies

9938

1    and gentlemen, is evidence of the conspiracy here.

2    Individuals from across the nation working together on this

3    plan to bring the firepower power in support of the unlawful

4    goal.  That type of coordination helps to show you that

5    there was an agreement here, that there was a conspiracy.

6          And then as the members of this conspiracy

7    descended upon D.C. for the operation on January 6th, you

8    know that Defendant Kenneth Harrelson and Defendant

9    Jessica Watkins were part of the Quick Reaction Force plan

10   as well, and you know that because Defendant Harrelson on

11   his drive up sent a message to the "OK FL D.C. Op" chat,

12   "Did we get that QRF hotel address yet?"  And Defendant

13   Kelly Meggs wrote back, "DM," or direct message me.  And

14   Defendant Watkins on her drive with the Ohio team asked for

15   the location of the Quick Reaction Force as well.  She said

16   she wanted to have her weapons secured prior to the

17   op tomorrow.

18          And she told you that while she ultimately did not

19   get a response and ultimately left those weapons at Donovan

20   Crowl's cousin's home in Winchester, Virginia, that she

21   would have brought them had she been told because she was

22   part of this plan, she was preparing to bring guns in

23   support of the operation.

24          This level of coordination continues to tell you

25   evidence that there was an agreement here and that there was

1    a conspiracy.

2            You also know that Defendant Rhodes brought his

3    own weapons and purchased his own equipment on the way to

4    D.C.  You heard evidence that just in the days of his drive

5    from Texas to the D.C. area, he purchased more than $20,000

6    worth of firearms-related equipment.  And on that stand, he

7    told you that he brought several of his own firearms that he

8    had from home.

9            You know that there were real guns, that there was

10   an arsenal of weapons at the Quick Reaction Force hotel

11   because you heard that from the testimony of FBI agents and

12   from the human beings who were part of this conspiracy.

13           These screenshots show you various members of the

14   Florida, Ohio, North Carolina, and Arizona teams wheeling on

15   dollies their weapons into and out of the hotel.  You know

16   that these gun cases had real live guns because you saw them

17   in this courtroom, and you heard from the people who brought

18   them.

19           In this middle photograph that depicted Terry

20   Cummings, Jason Dolan, and Defendant Kenneth Harrelson, you

21   saw the rifle that Terry Cummings said he brought, you saw

22   the rifle that Jason Dolan told you that he brought.

23           Dolan told you that in that case at the front of

24   that luggage cart, the largest one, were Defendant

25   Kenneth Harrelson's weapons, and he told you that he

1     believed it was big enough to fit two long guns.

2              You saw in evidence this weapon that

3     co-conspirator Joseph Hackett brought from Florida.

4              And you saw this weapon that co-conspirator David

5     Moerschel from Florida brought.

6              This is just a sampling of the weapons that were

7     at that hotel, that were at the ready to be ferried into the

8     city in the arms of the co-conspirators on the ground.

9              Terry Cummings told you that when he went into the

10    Florida hotel room where they had the Florida weapons,

11    "I had not seen that many weapons in one location since

12    I was in the military."

13             Think about that.  This is the type of firepower

14    that they had at the ready to support the goals of this

15    conspiracy.

16             And you know what those guns were for.  You know

17    at the very least what Defendant Harrelson and

18    Defendant Meggs had been trained for on these weapons.

19             This is the training video that features

20    Defendant Harrelson and Defendant Meggs in the training they

21    took in Florida in September of 2020.  This is what their

22    trainer told them about long guns, rifles like that.

23             (Video played)

24             MS. RAKOCZY:  "Rifles are offensive.  Rifles are

25    lethal."  These are the weapons that the defendants and

1    their co-conspirators chose to bring to Washington, D.C. to

2    be prepared in support of their mission.

3            And you know that the defendants and their

4    co-conspirators were prepared for battle when they got to

5    D.C.  You know that from their own words.

6            When Defendant Kelly Meggs was on his way to D.C.,

7    he sent this message saying, "We are ready.  Should be in

8    D.C. by noon."  What were they ready for?  Mr. Meggs

9    accompanied this message with a link to a video that you've

10   now seen many times that depicted himself and

11   Defendant Harrelson firing those rifles at targets with

12   pictures of humans drawn on them.  "We are ready for

13   battle."

14           The Arizona Quick Reaction Force team members

15   Todd Kandaris and Ed Vallejo told you in their own words

16   that they were ready for it as well.  On the morning of

17   January 6th, Kandaris and Vallejo went on a podcast and

18   talked about why they were in D.C.

19           Mr. Vallejo said that they had, "gotten together

20   with the Oath Keepers, they were in Arlington and they were

21   bivouaced with the Oath Keepers there."  Note that they

22   "unloaded what they could."  You saw those phots of here

23   defendant -- co-conspirator Kandaris and Vallejo wheeling

24   dolly after dolly of totes and apparent rifle bags into that

25   hotel.

1           Mr. Kandaris continued in terms of why they were

2    there and what they were ready to do.  "The people here are

3    experienced.  They're veterans, they're patriots, and they

4    want to be sure that that potential threat of further action

5    is there.  I think it has to be because we are the final

6    check and balance to this process."

7           Echoing the words of Stewart Rhodes there, "the

8    final check and balance."  If the President doesn't act, if

9    the Vice President doesn't act, if Congress doesn't act, we,

10   the, quote/unquote, patriots will.

11          Mr. Kandaris continued that, "There are people

12   here who are prepared, have the will, have the facilities,"

13   or those guns we knew they had, "to do more than taunt."

14          The question for Mr. Vallejo is, "Will there be a

15   shot heard round the world moment?  The possibility

16   certainly exists."

17          You know what that shot heard round the world

18   moment is, that is start of the American Revolution, the

19   moment that Mr. Rhodes chose to commemorate when he founded

20   the Oath Keepers in 2009.

21          That is what Mr, Kandaris is saying about why they

22   are prepared to be there.

23          Ed Vallejo from Arizona was even more blunt.  In

24   Mr. Vallejo's words, "We're going to be told on January 6th,

25   the American people are going to be told today that we have

1    liberty and justice for all or they're going to be told fuck

2    you.  OK.  And if they're told fuck you, then it's going to

3    be the declaration of a guerilla war."

4              A war.  Those are the words of the co-conspirators

5    with the guns in the hotel on the morning of January 6th.

6              And if there is any doubt in your mind as to

7    whether this Quick Reaction Force was meant to support

8    something like what happened at the Capitol on January 6th,

9    watch the video of the Oath Keepers breaching the building

10   and look at what Ed Vallejo is saying at that very moment.

11             (Video played)

12             MS. RAKOCZY:  This video that is in evidence shows

13   the breach of the building, this is at about 2:39 p.m.

14             While Mr. Isaacs is outside the door pushing his

15   way in, Ed Vallejo is saying, "The QRF is standing by."

16   Knowing that rioters are breaching the building, Ed Vallejo

17   is offering the firepower of the Quick Reaction Force.

18   There can be no clearer statement that breaching the

19   building, breaching the Capitol was what these

20   co-conspirators understood was the type of activity that

21   these guns were meant to support.

22             Think about that.

23             You know not only that this was what the

24   defendants were planning from their preparations to use

25   force, but you know from the fact that they actually did use

 1   force on January 6th.

 2             On January 6th when Vice President Trump --

 3   I'm sorry, when Vice President Pence announced that he was

 4   not going to intercede to stop the election, Stewart Rhodes

 5   sent a message to the Oath Keepers.

 6             He said, at 1:25 p.m., "Pence is doing nothing, as

 7   I predicted."

 8             A little bit later he said, "All I see Trump doing

 9   is complaining.  I see no intent by him to do anything.  So

10   the patriots are taking it into their own hands.  They've

11   had enough."

12             Ladies and gentlemen, in light of what Mr. Rhodes

13   had said over and over in the weeks leading up to January

14   6th, his co-conspirators knew exactly what he meant.

15             Frankly, even if Mr. Rhodes' co-conspirators had

16   not seen those statements, they knew from the lack of action

17   by the President and the Vice President, that it was their

18   time to act.

19             And, sure enough, nearly simultaneously with

20   Mr. Rhodes sending these messages, Defendant Watkins,

21   Defendant Meggs and other members of Stack 1 began marching

22   from The Ellipse to the Capitol.

23             In Government's Exhibit 1500, you saw here how

24   around the time, 1:25, 1:26 p.m. -- (video played) --

25   Defendant Watkins yells "Move" at the end of that video.

1          A minute after, Defendant Rhodes then sends the

2    message "All I see Trump doing is complaining.  Patriots

3    have had enough so they're taking matters into their own

4    hands."

5          Around this time, Stack 1 is beginning their march

6    to the Capitol.

7          Defendant Rhodes continues.  "Hey, the founding

8    generation stormed the governor's mansion in Massachusetts

9    and tarred and feathered his tax collectors.  Seized and

10   dumped tea in water.  They didn't fire on them, they street

11   fought.  That's where we are now.  Next comes our

12   Lexington."

13         Think about what Mr. Rhodes is saying there.  He

14   is applauding what is unfolding and beginning to unfold at

15   the Capitol as very similar to what happened when the

16   founding generation stormed the governor's mansion, storming

17   the Capitol like storming the governor's mansion, street

18   fighting, rioting at the Capitol.

19         Mr. Rhodes is endorsing this beginning of the

20   revolution or rebellion.  He is saying "Next will come our

21   Lexington.  After this riot at the Capitol, will come our

22   use of the firepower."  He is making plain his intent in

23   these messages.

24         As they marched, Watkins reported on the situation

25   to those on the Stop the Steal J6 Zello chat.  She told them

1    what she and her co-conspirators were doing.

2         (Audio played)

3         MS. RAKOCZY:  "30 to 40 of us."  Who is she

4    talking about?  We know that she is not with 30 to 40 people

5    at that moment.  She is with maybe a dozen of the other

6    Oath Keepers from her state of Ohio and from Florida.  You

7    heard that from the testimony.  So when she says, there's 30

8    to 40 of us, you know who she's talking about.  She's

9    talking to the people that we have on the board, her

10   co-conspirators from the across the nation who are part of

11   this conspiracy in D.C. that day.  "We're sticking together

12   and sticking to the plan."

13        The plan.  What is the plan if not what they were

14   doing?  Marching to the Capitol to participate in an effort

15   to use force to stop the certification in order to stop the

16   election results from becoming final and to stop the

17   transfer of power.

18        You know that is the plan not just from the

19   circumstantial evidence clearly suggesting that it is, but

20   you know that from the words of the co-conspirators, the

21   real, live people who participated and pled guilty to this

22   conspiracy and came in and testified before you.

23        Graydon Young, one of the Oath Keepers from

24   Florida, told you, "We talked about doing something about

25   the fraud in the election before we went there on the 6th.

And then when the crowd got over the barricade and they went into the building, an opportunity presented itself to do something."

Jason Dolan told you that that was his exact understanding, "That if the President didn't act, then we needed to."

It was the same texts over and over:  "We will do something.  We will do something.  We will do something."  And now here we are in front of the Capitol doors, and they opened.  And it was:  "Let's do something."

As Mr. Dolan observed, Defendant Rhodes had been telling his co-conspirators over and over again in the weeks leading up to January 6th, "he needs to know that if he fails to act, then we will.  We will have no choice."

So when Mr. Rhodes said on January 6th, "Pence is doing nothing as I predicted.  All I see Trump is doing is complaining so the patriots are taking it into his own hands," he didn't need to say anything more.  For him and for his co-conspirators, that was the message, that was go time.  And even if he hadn't said that, they knew from the context, from everything that they had talked about, everything that he had planned, that that was the moment to strike.

But Defendant Rhodes was more explicit.  You know that he did call his co-conspirators to the Capitol.

9948

1          Here he is on the video at about 2:26 p.m. on his

2    phone on the west side of the Capitol, and you know that at

3    that very same moment, he is telling co-conspirators on the

4    "D.C. Op Jan. 6" chat, "Come to the south side of the

5    Capitol, on steps."

6          Defendant Rhodes tried to make that stand and

7    tried to tell you that he was calling people to the Capitol

8    to keep them out of trouble; that he was calling people to

9    the scene of the riot to try to prevent them from rioting.

10          Does that make any sense to you at all?  He said

11    he was trying to call them there to help protect people, to

12    help the protectees that that were marching with that day.

13          Ladies and gentlemen, if you are trying to protect

14    someone from a riot situation, would you bring them to the

15    scene of the riot?  That doesn't make any sense at all.

16          And from that, you have to ask yourself again, why

17    say such ridiculous things if not to try to distance

18    yourself from the truth.  And why try to distance yourself

19    from the truth unless it is just too damning.

20          So Mr. Rhodes called his co-conspirators to the

21    Capitol Grounds.  And then you know at a critical moment, at

22    about 2:32 p.m., he has a call with Michael Greene, the

23    operations leader, and Kelly Meggs.  You know that that call

24    connected, because you heard the testimony of the agents who

25    looked at that those records and you saw the records

1    yourselves.  You saw that the records show that confserver

2    entry that shows that the conference call was connected, to

3    connect in Kelly Meggs to the call with Michael Greene and

4    Defendant Rhodes.

5            Both Mr. Rhodes and Mr. Greene testified about

6    that call, and they both tried to claim to you that they

7    never were able to talk to Kelly Meggs, except they did so

8    in ways that contradicted each other.

9            Do you remember when Mr. Rhodes said that he did

10   connect the call, as the records show, but he couldn't hear

11   Mr. Meggs.  They just kept shouting like, "We can't hear

12   you, we can't hear you."

13           Defendant Greene refused to acknowledge that the

14   call because ever connected.  Remember he said that

15   Mr. Rhodes went away and then he came back, but that

16   Mr. Rhodes -- Mr. Meggs wasn't with him.  He was insistent

17   upon that.  He offered numerous theories about what could

18   have happened when Defendant Rhodes went back to the other

19   line.

20           Focus on that contradiction.  That is a very

21   important contradiction.  Defendant Rhodes and

22   Defendant Meggs both wanted to distance themselves so much

23   from talking to Kelly Meggs in that key moment and yet they

24   did so in ways that contradicted each other.

25           Why try to distance yourself from that moment

9950

1    unless the truth is damning, unless the truth shows your

2    guilt.

3            And you know, ladies and gentlemen, that it was

4    minutes later that Defendant Kelly Meggs led Stack 1 up the

5    steps of the Capitol and inside.

6            2:35 p.m. is about the time when they started

7    marching up those steps, minutes after that phone call.

8            Is it really possible that it is a coincidence

9    that Defendant Meggs and Defendant Rhodes and Michael Greene

10   had this phone call and nothing is said and then

11   Defendant Meggs marches up the steps of the Capitol?

12           And does it make sense that that's what would have

13   happened, given everything you heard about the hierarchical

14   nature of this organization, about the number of former

15   military and law enforcement members, with their religious

16   observance to the hierarchy of the mission and the command.

17   Does it make sense that any of these people would go into

18   the Capitol, breach the building without first checking with

19   the commander?  Ask yourselves that as you assess what

20   happened on that phone call.

21           You also heard from Graydon Young, who told you

22   that Defendant Meggs was on the phone with Defendant Rhodes

23   as they marched to the Capitol.

24           Defendant -- sorry, Graydon Young told you that

25   Kelly Meggs was on the phone.  He was on the phone with

1   Stewart Rhodes, Kelly Meggs said words to the effect of

2   "We're in," and for Graydon Young, he knew that would mean

3   that "we were going to go there and we were going to

4   participate in some form in what was already happening."

5          And they did.  They did participate in what was

6   happening, because you know that when they got to the top of

7   the steps, you know that Kelly Meggs, Kenneth Harrelson,

8   Jessica Watkins, and the other members of Stack 1 joined

9   this crowd that was violently trying to force entry into the

10  building and they breached it.

11         And make no mistake, ladies and gentlemen,

12  contrary to what some of the defendants tried to say on the

13  stand, it was a violent breach of the Capitol.

14         William Isaacs was the first member of Stack 1 to

15  get into the building.  You can see in this video, it will

16  be highlighted, where Mr. Isaacs is in relation to this

17  crowd.  And you will see, through these eyes, what the

18  defendants saw as they tried to breach that building.  Watch

19  how violent it is, watch how much force is used to breach

20  that Capitol.

21         (Video played)

22         MS. RAKOCZY:  At 2:40 p.m., Kelly Meggs led

23  Stack 1 into the Capitol.  As he would later tell a friend,

24  "We busted in."

25         Defendant Kenneth Harrelson marched into the

1    Rotunda next to Jason Dolan.  Jason Dolan told you that he

2    and Mr. Harrelson were chanting the words "treason" as they

3    entered, and as you can hear in the audio here from the

4    video that Defendant Harrelson took on his phone.

5              (Video played)

6              MS. RAKOCZY:  When they entered the Rotunda, the

7    stack, a group of 14 people, divided methodically in half.

8    Think about what the stack did when they entered the

9    building as you are assessing whether you believe there was

10    a conspiracy in this case.

11              The group split in half precisely, with one-half

12    led by Kelly Meggs going south towards the House side of the

13    building, and one-half led by Defendant Watkins going north

14    into the Senate side.

15              Here are Defendant Meggs, Defendant Harrelson and

16    some of their Florida counterparts on the south side of the

17    building, the House side of the building, near the small

18    House Rotunda and Officer Harry Dunn in the background.

19              Later Defendant Meggs would tell someone on

20    Facebook that they were looking for Nancy Pelosi.  When this

21    acquaintance said, "We were hoping to see Nancy's head

22    rolling down the front steps," Mr. Meggs responded, "We

23    looked for her."

24              A throwback to that statement he had made on

25    election night that he was going to on a killing spree "and

1    look for Pelosi first."

2            Defendant Harrelson would later say when you

3    exited the building in a comment that was overheard by

4    Graydon Young, "We should have brought our vests and our gas

5    masks and our weapons.  We could have gone farther."

6            "We could have gone farther."  He lamented that

7    they weren't able to go deeper into the building because

8    they weren't adequately prepared.

9            You heard from Graydon Young that Mr. Harrelson

10   talked about how he felt up the protected vests of the

11   officers as he exited to see whether they could handle a

12   bullet.

13           You have corroboration of that in the CCTV footage

14   from Mr. Harrelson leaving the building.  This is just a

15   screenshot, but when you watch this video, you can see him

16   awkwardly pat the officer as he leaves, corroborating what

17   Graydon Young told you about what Defendant Harrelson said.

18           Meanwhile, Defendant Watkins led the other half of

19   the stack northbound into this hallway; this hallway, at the

20   end of which is the Senate chamber.

21           This is what the group did when they were in that

22   hallway.

23           (Video played)

24           MS. RAKOCZY:  You see Defendant Watkins and

25   Defendant Crowl several rows back from the riot police.

```
 1              (Video played)
 2              MS. RAKOCZY:  And defendant co-conspirator Sandi
 3     Parker's arm.
 4              (Video played)
 5              MS. RAKOCZY:  And there in the background, several
 6     yards away, the entrance to the United States Senate
 7     Chamber.
 8              Watkins yelled, as you heard on another video,
 9     "Push, push, push, get in there; they can't hold us,"
10     encouraging her co-conspirators and the other members of the
11     mob to push against the officers.
12              You heard from Officer Christopher Owens, the
13     officer with the D.C. Metropolitan Police Department, who
14     was part of that line of riot police officers desperately
15     trying to guard the hallway and protect it.  He talked about
16     how he is not a small man, and that he and the fellow
17     officer in that line got picked up and pushed back several
18     times, and how they were only able to repel the rioters with
19     the use of pepper spray.
20              Defendant Watkins later told Montana Siniff, her
21     fiancé, "We were in the thick of it, stormed the Capitol,
22     forced our way into the Senate and House.  Got tear-gassed
23     and muscled the cops back like Spartans."  Muscled those
24     cops like Officer Owens.
25              And this was not a mistake, they didn't just
```

1    wander into that hallway because you know that

2    Defendant Watkins got directions moment before.

3            You saw this video that we played you from inside

4    the Rotunda, and you will hear on this video, moments before

5    she leads people down that Senate hallway, Defendant Watkins

6    being informed, "This is the House side and this is the

7    Senate side."

8            (Video played)

9            MS. RAKOCZY:  When Defendant Watkins described for

10   you during her testimony why she went down that hallway, she

11   described it as "standing up for our country."  That is the

12   problem, ladies and gentlemen.  These defendants think that

13   they are self-anointed to stand up for what they think is

14   the real version of the law, what they think is the real

15   version of the outcome of the election that should happen.

16   This way that they have appointed themselves to be above the

17   law is the reason that they find themselves here today.

18           "We make the rules," as Kelly Meggs said.

19           At roughly the same time that half of Stack 1 was

20   pushing into the House and half of Stack 1 was pushing into

21   the Senate, Defendant Caldwell had joined the throngs

22   assaulting the west side of the Capitol, his words,

23   "assaulting."

24           You see this photo that he took here underneath

25   the scaffolding that he had in his words "fought his way

1    through."

2         Defendant Caldwell tried to tell you that these

3    people who are rioting and hanging from the scaffolding

4    appeared like kids to him on monkey bars.  In his mind, this

5    was a peaceful situation, a "good time," a date night for

6    him and his wife.  That's outrageous, ladies and gentlemen,

7    because you know that Defendant Caldwell contributed to the

8    throngs that pushed their way up through that scaffolding to

9    take the inaugural stage.

10         As of roughly 2:35 p.m., that stage had not been

11   breached by the rioters.  It was the actions of those like

12   Defendant Caldwell who pushed their way up through that

13   scaffolding, that pushed the police back from the stage, and

14   contributed to the Capitol police force being completely and

15   totally overwhelmed by the mob.

16         Here is the photo that Defendant Caldwell took

17   when he got up to that stage and took it over with the other

18   rioters.  He said, "This is the view from the west balcony

19   after we broke through all of the construction and made it

20   upstairs and inside."

21         Mr. Caldwell terrifyingly said, "If we had guns,

22   we could have killed 100 politicians, but they ran off and

23   were spirited away through the underground tunnels like the

24   rats they were."

25         This is what Mr. Caldwell is saying about what

1    they accomplished at the Capitol that day and what they

2    could have accomplished if they would have had their guns.

3           Now, you see in the CCTV footage the way that it

4    looked on that stage after Mr. Caldwell and the other

5    rioters broke up through the scaffolding and took it and

6    pushed the police back.  And you see in this video

7    Mr. Caldwell raising his fist in victory and solidarity with

8    the rioters as they continue to push the police back.

9           (Video played)

10          MS. RAKOCZY:  But for Mr. Caldwell, "January 6th

11   happened and I had nothing to do with it."

12          Ladies and gentlemen, you also heard that at

13   3:15 p.m. a second wave of co-conspirators also breached the

14   Capitol through the exact same doors as Stack 1.  We have

15   not discussed Stack 2 that much during this trial because

16   they are not on trial here today, but please do not make a

17   mistake of thinking that their conduct is insignificant.

18   The fact that a second wave of co-conspirators breached the

19   same doors half an hour later is further evidence of the

20   coordination and planning that is evidence of this

21   conspiracy.

22          You know what Stack 2 tried to do when they

23   breached into the Rotunda area.  You saw the video of

24   co-conspirators Joshua James and Roberto Minuta tried to

25   violently push against the riot police who were trying to

1    hold a line inside and push the rioters out.

2             (Video played)

3             MS. RAKOCZY:  I should say before they got there,

4    you know that these members of Stack 2 knew "they got

5    inside" and that's what's in their heads as you can see in

6    this video before they went there.

7             (Video played)

8             MS. RAKOCZY:  And then when they got to the

9    Rotunda --

10            (Video played)

11            MS. RAKOCZY:  That is these defendants --

12   co-conspirator Joshua James, leader of the Alabama chapter

13   of the Oath Keepers who were part of that January 6th

14   mission that day.  Mr. James was like an equal to

15   Kelly Meggs in the hierarchy of deputy leaders underneath

16   the operations leader Michael Greene.

17            That video is incredibly hard to watch.  The force

18   and vehemence with which Mr. James yells, "Get out of my

19   Capitol.  This is my building."  But it is so important

20   because it so concretely captures this conspiracy.

21            The sense of entitlement that led to flustration,

22   followed by rage, and then violence; that is the story of

23   this conspiracy, ladies and gentlemen.

24            Because let's be clear, these defendants and their

25   co-conspirators did not help that day.  They repeatedly

1    boasted about what they had done.

2          Here's Defendant Watkins and her co-conspirator

3    Donovan Crowl when they got inside the Rotunda.

4          (Video played)

5          MS. RAKOCZY:  You can hear the excitement in

6    Defendant Watkins' voice as she announces what they are

7    doing against the police.

8          Defendant Kelly Meggs, the evening of January 6th,

9    sent a video, the video that Defendant Harrelson shot as he

10   entered the building, to the vetted OK FL Hangout" chat.

11   And in his words, this showed, "Florida OKs take the

12   Capitol."

13         You saw how the defendants and their

14   co-conspirators pushed against the police lines.

15         (Video played)

16         MS. RAKOCZY:  You saw how Jason Dolan here

17   followed by Kenneth Harrelson pushed against that line of

18   riot police officers.  The initial officers who had fallen

19   back and tried continuously to regroup and hold the line on

20   the stairs.

21         There's Mr. Dolan right up at the front of the

22   crowd against the riot police officers.

23         (Video played)

24         MS. RAKOCZY:  Participating in the mob, pushing

25   against the officers, putting on their shields, the crowd

9960

1    yelling, "Push, push," as they go.

2            The crowd -- as co-conspirator William Isaacs

3    tried to force entry just before Stack's 1 breach yelling,

4    "Heave, heave."

5            (Video played)

6            MS. RAKOCZY:  Defendant Watkins in the Senate

7    hallway.

8            (Video played)

9            As Jason Dolan and Graydon Young told you, they

10   did not go in that building to help, and the evidence shows

11   that they didn't.

12           Officer after officer, Harry Dunn, Ryan Salke,

13   came in here and told you that if the defendants had wanted

14   to help, then they shouldn't have breached the building in

15   the first place, they shouldn't have joined with the other

16   rioters who completely overwhelmed and abused the officers

17   who were trying to protect the Capitol that day.

18           The defendants didn't enter the building to help

19   that day.  They entered the building to further their

20   unlawful goal of stopping the transfer of power by any means

21   necessary, including, if need be, force to stop or halt that

22   certification proceeding.

23           You know that this was the defendants' intent not

24   only by their preparations for force, their words, and their

25   use of force on the 6th but by their continued plotting

1    after January 6th.

2             THE COURT:  Ms. Rakoczy, can I interrupt you,

3    I'm sorry?

4             MS. RAKOCZY:  Yes.

5             THE COURT:  We're at about 90 minutes.  Why don't

6    we take our morning break and we can continue.

7             MS. RAKOCZY:  Yes, Your Honor.

8             THE COURT:  It seems like you're transitioning.

9             We will take 15 minutes and we will resume at

10   10:45.  Thank you all very much.

11            COURTROOM DEPUTY:  All rise.

12            (Jury exited the courtroom.)

13            THE COURT:  Okay.  See everybody in 15 minutes.

14   Thank you, all.

15            COURTROOM DEPUTY:  This court stands in recess.

16            (Recess from 10:30 a.m. to 10:46 a.m.)

17            COURTROOM DEPUTY:  All rise.  This Honorable Court

18   is again in session.

19            THE COURT:  Please be seated, everyone.

20   Thank you.

21            Have a seat, everybody.  Thank you.

22            COURTROOM DEPUTY:  Jury panel.

23            (Jury entered the courtroom.)

24            THE COURT:  Okay.  Please have a seat, everyone.

25            Ladies and gentlemen, I should have reminded you

 1    all this morning before we began of the same instruction
 2    I've given throughout which is not to discuss the case yet
 3    even amongst yourselves.  I know you're anxious to do so,
 4    and particularly as the closings have started that desire is
 5    undoubtedly heightened.  But I'll ask you to resist that
 6    temptation.  I promise you will have that opportunity soon
 7    enough.
 8            Ms. Rakoczy.
 9            MS. RAKOCZY:  Thank you, Your Honor.
10            When the defendants and their co-conspirators left
11    the Capitol on the afternoon of January 6th, they met up
12    with each other and with Defendant Rhodes and
13    Michael Greene, and they gathered on the East Plaza of the
14    Capitol just outside the building.
15            The defendants and their co-conspirators looked to
16    Defendant Rhodes for direction, for what to do next.  The
17    answer, "Keep fighting.  This is just the first battle of
18    the war."
19            As Kelly Meggs said while standing on that plaza,
20    according to Jessica Watkins, "We took the castle.  Now we
21    are going to hold our ground."
22            Because this was the first battle in the war, and
23    to be clear, as of that afternoon when these defendants and
24    their co-conspirators are gathered on that slab on the
25    East Plaza, they had won that battle, they had driven

1    Congress from the building, halted the certification

2    proceeding.  In their minds, in that photo, they were

3    winning.  They had won the first battle.

4            The messages sent by Defendant Rhodes and

5    Defendant Watkins, Defendant Meggs, Defendant Harrelson,

6    Defendant Caldwell, and their co-conspirators that afternoon

7    and evening and in the days that followed showed a strong

8    commitment to continuing the fight.

9            Mr. Rhodes wrote that night, "Patriots, it was

10   long day but a day when patriots began to stand.  Stand now

11   or kneel forever.  Honor your oaths.  Remember your legacy."

12           Defendant Meggs, "We aren't quitting.  We're

13   reloading."

14           Co-conspirator Ed Vallejo, "We'll be back at

15   6 a.m. to do it again."

16           And you know from the evidence that he and

17   Todd Kandaris were.  They came into that city the next

18   morning to scout out the enemy position.

19           Defendant Caldwell, "We need to do this at the

20   local level.  Let's storm the Capitol in Ohio.  Tell me

21   when."

22           Defendant Watkins, "We stormed the Capitol,

23   personally.  Got tear gassed and everything.  We won't back

24   down in fear.  We are Americans."

25           You know that the defendants then continued to

make plans to oppose the government by force.  You heard
evidence that Defendant Rhodes continued to make purchases
of firearms-related equipment, more than $17,000 worth in
such purchases in the days and weeks between January 6th and
January 20th.

You know that defendant -- or co-conspirator
Joshua James joined Defendant Rhodes in Texas, bringing with
him, "all available firearms."

You know that Defendant Meggs and Defendant James
[sic] discussed when Florida would deploy to join them, and
that Mr. Meggs said that they "would come when shots were
fired."

You know that Defendant Watkins made a "bug out"
plan to meet out in the mountains with other Oath Keepers to
make plans for fighting like the North Vietnamese, guerilla
war style.

And you know that Defendant Caldwell looked for
firearms parts and discussed plans to continue the fight.

Fortunately, law enforcement stepped in.  Thank
God.  You know that beginning January 17th, three days
before the inauguration, the FBI made the first arrest of a
co-conspirator in this case.  Defendant Watkins and
defendant Crowl were arrested in Ohio on January 17th.
Two days later, Defendant Caldwell was arrested on January
19th.

1          Law enforcement disrupted the co-conspirators'

2    plans.

3          But as the FBI closed in, the co-conspirators took

4    steps to evade arrest and to destroy their evidence of their

5    participation in these crimes.

6          You heard about how on the very night of

7    January 6th, as rumors started to swirl, that the FBI was

8    starting to arrest rioters from the Capitol,

9    Defendant Rhodes and some of the co-conspirators who had

10   gathered at dinner took flight from the city.  They abruptly

11   left the dinner, went back to their hotels and packed their

12   belongings.  You heard the testimony of Michael Greene about

13   how the group met up at a gas station, passed guns from one

14   car to the other to split up the weapons.  Mr. Rhodes gave

15   his phone to Kellye SoRelle and then traveled with someone

16   else to avoid detection and arrest.

17         And then they started deleting the evidence.

18         You know that that very next day or so, January

19   8th of 2021, Defendant Rhodes, using Ms. SoRelle's phone,

20   told people to "Shut the fuck up.  Do not discuss who did

21   what.  Go silent.  Use comms discipline."  And he told

22   people to start deleting the evidence.  "Delete any of your

23   comments regarding who did what."

24         You know that the co-conspirators followed

25   Mr. Rhodes' direction, because you saw evidence of it.  You

1  saw how co-conspirator Joshua James forwarded Mr. Rhodes'

2  message, the message sent using Kellye SoRelle's phone, to

3  another co-conspirator who had come up here for January 6th,

4  Mark Grods.  He accompanied sending Mr. Rhodes' message with

5  the directive, "We need to make sure that all Signal comms

6  about the op has been deleted and burnt."

7      You know that Defendant Caldwell started deleting

8  messages and videos that he had sent on his Facebook

9  account.  You saw this example where he sent an attachment

10  or a video, as he later explained it in the next message, a

11  video that showed co-conspirators and co-defendants

12  Jessica Watkins and Donovan Crowl participating in the riot

13  at the Capitol.

14      He described how it started early on their side of

15  the building, on his side of the building, and then moved to

16  theirs.

17      These messages, the video, incriminated Defendant

18  Caldwell, incriminated Jessica Watkins and Donovan Crowl.

19  These messages are messages that we can only see right now

20  because we got them Defendant Crowl's phone, which

21  downloaded them before Defendant Caldwell started deleting

22  things from Facebook, because you saw the Facebook records

23  that show that these messages and videos that had been

24  shared were unsent or deleted, but not before they had been

25  downloaded or captured by co-conspirator Donovan Crowl's

1    phone.

2          Mr. Caldwell also deleted photos that he sent on

3    Facebook that showed his own participation in the riot that

4    he had sent to Donovan Crowl.  We see them now in this case

5    because they were on Mr. Crowl's Facebook records, not

6    because they were on Mr. Caldwell's.  You heard from the

7    Facebook witness that none of these photos in this chain

8    with Donovan Crowl were in Mr. Caldwell's records because he

9    unsent them.

10         And when did he unsend them?  The night of January

11   14th.

12         What happened on January 14th?  You heard that

13   there was media coverage of Jessica Watkins and

14   Donovan Crowl's participation in the attack on the Capitol.

15   That media coverage, and Jessica Watkins and Donovan Crowl's

16   taking flight and taking refuge at Defendant Caldwell's

17   residence, that's what's happening on January 14th, and that

18   happens to be when Defendant Caldwell unsends all of these

19   messages from the Facebook account.

20         Now, Mr. Fischer made much of the fact that some

21   of these photos were still on Defendant Caldwell's phone at

22   the time that it was seized days later when he was arrested.

23         You know why Defendant Caldwell went to Facebook

24   first to delete these messages, because that was the easiest

25   evidence for law enforcement to gather.

1          As Special Agent John Moore testified to you, to

2    get data from a Facebook account, law enforcement has to get

3    a warrant but then serves it directly on the provider and

4    gets the records directly from the provider.  To get data

5    off of a phone, the FBI has to not only get a warrant but

6    they have to go get the phone.  They have to find it, and

7    they have to go get it, presumably from the person who has

8    it.

9          It's easier to get the data from Facebook, and

10   that's where Caldwell went first to hide his evidence of his

11   and his co-conspirators' participation in these crimes.

12         Defendant Kelly Meggs and Kenneth Harrelson also

13   deleted evidence.  You heard from Special Agent Moore and a

14   little bit from the CART examiner, the digital evidence

15   examiner, Kate Cain, that Defendant Kelly Meggs and

16   Defendant Kenneth Harrelson had deleted significant portions

17   of the Signal data from their phones.

18         We know they were part of these Signal groups.

19   You saw numerous messages that they sent to the various

20   planning and coordination chains in this case.  But you know

21   that Defendant Meggs had no data before sometime in January

22   of 2021 in his Signal app when his phone was seized and

23   Defendant Harrelson had no data from the Signal app before

24   March of 2021 when his phone was seized.

25         And you know from their messages why.

1    Unfortunately for Defendant Harrelson, he was more careful
2    than Defendant Meggs, and Defendant Meggs began his deletion
3    in the January period going backwards.  He missed these
4    messages in February where he and Mr. Harrelson talked about
5    deleting the evidence.
6         Mr. Harrelson asked Mr. Meggs, "Is there any way
7    we can clear out the messages in our chats?  I don't think
8    it would be a bad idea, clear out all the talk of hiding the
9    tools and shit."
10        We know that he did delete messages.
11        Kelly Meggs said, "We can delete the old and start
12   a new.  We can delete the old chains and start a new chain."
13        Mr. Harrelson says, "Let's do that.  As long as
14   you think it deletes everything, I don't want the boys to
15   have anything to look at, if you know what I mean."  He
16   doesn't want the boys, the FBI, to get the evidence.  He
17   doesn't want that evidence to be able to be presented to the
18   grand jury that would ultimately investigate and charge this
19   case.
20        So they deleted their data.
21        You heard, too, that Defendant Jessica Watkins had
22   deleted the Signal application off of her phone by the time
23   it was seized by police.
24        From this deletion, ladies and gentlemen, you can
25   infer a consciousness or awareness of their guilt.  It is

1    also a separate substantive charge of deleting or tampering

2    evidence that four of these five defendants are charged

3    with.

4         So let's turn now to talking about the charges

5    that you have to consider.

6         The first three charges that I want to talk about

7    are the conspiracy charges.  There are three conspiracy

8    counts in the indictment against the defendants, and they

9    all stem from this overarching agreement that the defendants

10   made to use any means necessary, up to and including force,

11   to stop the transfer of power.

12        In doing that, the defendants are alleged to have

13   violated three conspiracy laws.  The first is called

14   seditious conspiracy.  Seditious conspiracy is an agreement

15   to oppose the government by force.  That's the plain spoken

16   way of saying it.  An agreement to oppose the government of

17   the United States by force.

18        Conspiracy to obstruct an official proceeding is

19   very much what it sounds like, it's a conspiracy to disrupt

20   something that's happening that's official, and the Judge

21   instructed you that the certification that was going on at

22   the Capitol on January 6th was, by law, an official

23   proceeding.  So we're alleging that they engaged in

24   conspiracy to obstruct or disrupt that proceeding.

25        And, finally, a conspiracy to impede members of

1    Congress from carrying out their duties.  That is also what
2    it sounds like.  On January 6th, the members of Congress had
3    a job to do, to complete that certification process, and
4    this agreement that the defendants entered into also
5    violated this law because it involved conspiring to
6    interfere with those members of Congress from doing their
7    job on the 6th.
8         There are a couple of different ways that one can
9    violate each of these three laws, and it's spelled out in
10   great detail in the instructions that the Judge read to you
11   yesterday and that you'll have in the back.
12        But just so you have a general idea of the
13   different ways that can be violated that these defendants
14   are charged with having violated these three conspiracy
15   laws.
16        Under seditious conspiracy, which, as I said, is
17   just an agreement to oppose by force the government of the
18   United States, there's two ways that you can do that.  The
19   first is by agreeing to oppose the authority of the
20   government of the United States.
21        By its nature, agreeing to oppose the lawful
22   transfer of force -- the lawful transfer of power by force
23   is agreeing to oppose the authority of the government of the
24   United States.  What could be more central to the authority
25   of the government of the United States than overseeing the

1  results of a presidential election becoming finalized and

2  then transferring power to the new incoming presidential

3  administration.

4          The other way you can violate this crime is by

5  agreeing to prevent, hinder, or delay by force the execution

6  of the laws.  And you heard evidence through this case, and

7  the Judge laid out for you in his instructions, some of

8  those laws that govern the transfer of power in our country.

9          Under the Constitution, the Twelfth Amendment, the

10 Twentieth Amendment and Article II all address the transfer

11 of power.

12         And then under our law, under our U.S. Code,

13 there's a section called Title 3, Sections 15 through 18,

14 and those spell out this certification process, the

15 certification proceeding that's supposed to happen, when

16 it's supposed to happen, where, how.

17         These are laws and aspects of our Constitution

18 that all govern the transfer of power.  And when these

19 defendants agreed to oppose that transfer of power by force,

20 they necessarily agreed to prevent, hinder, or delay the

21 execution of these laws by force.

22         And as the Judge instructed you, the evidence

23 doesn't have to show that they sat down and said, "Let's

24 violate the Twentieth Amendment of the Constitution," or the

25 Twelfth Amendment or Title 3.  What the evidence has to show

1    is that they entered into an agreement, essentially knowing

2    that they were going to prevent, hinder, or delay some of

3    these laws around the transfer of power when they agreed to

4    stop the transfer of power by force.

5              Conspiracy to obstruct an official proceeding has

6    basically just one object that you'll have to deliberate on,

7    which is that they conspired to try to interfere with or

8    delay or prevent this certification proceeding on the 6th

9    from happening.

10             And then with respect to the conspiracy to

11   interfere with the members of Congress, the two things that

12   the defendants are alleged to have done is that they agreed

13   or conspired to prevent the members of Congress from doing

14   their duties, and they agreed or conspired to force them to

15   leave the place of their duties.

16             They're two very similar things, and obviously the

17   riot at the Capitol that day achieved both, right.  It

18   prevented them from doing what they were trying to do and

19   the reason is they had to leave, they had to evacuate

20   because the building was being overrun by rioters.

21             So that's in a nutshell the three conspiracy

22   charges that the defendants are alleged to have violated.

23             The defendants are also charged --

24             Oh, and just a word on the timing of these

25   charges.

1          As I told you when we went through the evidence,

2    in the days after the election, if not the weeks after the

3    election, the defendants came together in this agreement to

4    use force to stop the transfer of power.  That was the

5    seditious conspiracy.

6          But it took time.  As they entered December and

7    became more desperate as it became more likely that the

8    election would be finalized, that's when they began to focus

9    on January 6th and stopping the certification by force if

10   necessary.  So that's why you'll see that in the indictment,

11   Count 1 or the seditious conspiracy count, alleges that this

12   conspiracy took place between November of 2020 and January

13   of 2021, but the two charges that are more focused on

14   stopping what was going on on the 6th, those go from

15   December of 2020 through January of 2021, because that's

16   what the facts and the evidence show.

17          As the Judge instructed you, the government's

18   proof in this case does not need to establish that the

19   conspiracy began or ended at a particular date.  You don't

20   have to find in your deliberations, I think it was

21   November 9th, no, I think it was December 14th, no, I think

22   it was December 22nd that this conspiracy began.

23          What you have to find beyond a reasonable doubt is

24   that there was sufficient evidence to establish that the

25   conspiracy existed within the time period charged.  So for

1    seditious conspiracy, November 2020 through January of 2021.

2    For the other two conspiracy charges, December of 2020

3    through January of 2021.

4         It's also important to think about what the Judge

5    instructed you yesterday, that the defendants each don't

6    have to have joined the conspiracy at the very outset of the

7    conspiracy.  Defendants can join a conspiracy at different

8    times.  And you heard that in the evidence.  Obviously

9    Mr. Rhodes started putting out the plan in the moments after

10   the election.  Other defendants may have joined during or

11   after that GoToMeeting.  Other defendants may have joined as

12   we got into December.

13        What is important and what the government must

14   show is that the defendant knowingly became a member of the

15   conspiracy with the intent to achieve that illegal object,

16   stopping the transfer of power by force.

17        I also just want to remind you of one final

18   principle with respect to the conspiracy charges, which as

19   the Judge instructed you yesterday, a defendant's unlawful

20   intent is not negated by the simultaneous presence of

21   another purpose for the defendant's conduct.

22        This is an important instruction for you to keep

23   in mind because as Mr. Nestler told you in his opening

24   statement and as you heard in the evidence, there were

25   lawful, okay reasons the defendants came here on

1    January 6th.  Attending a protest, fine.  Watching the

2    President's speak, totally lawful.  Escorting VIPs and

3    speakers from The Ellipse to the Capitol, a little strange

4    for these defendants given their lack of background and

5    experience there, but not illegal.

6          Those other purposes do not negate the criminal

7    liability if you find that these defendants also joined

8    together for the unlawful purpose of stopping the transfer

9    of power by force.

10          So those are some of the important principles that

11   we ask you to keep in mind as you begin your deliberations

12   on the conspiracy charges.

13          The defendants are also charged with some offenses

14   for the conduct that they committed on the 6th.  All of the

15   defendants are charged with obstructing Congress.  So we

16   just talked about how they were charged with conspiring to

17   obstruct Congress.  They're also charged with actually

18   obstructing Congress, with actually interfering with the

19   proceeding when they came to the Capitol on the 6th.

20          For those who went in the building, they obviously

21   pushed past officers.  They participated in creating the

22   presence that as the Secret Service agent, Agent Hawa told

23   you, the certification could not begin, the Vice President

24   could not come back until the building was cleared of the

25   rioters.  So even if rioters weren't the first to breach the

1    building, the continued presence of people in the building

2    made it impossible for the certification to come back and to

3    continue.

4         So, too, those outside of the building continued

5    to contribute to the mass of rioters who were overwhelming

6    the police and preventing them from dealing with the rioters

7    inside.  So those inside and outside the building

8    contributed their bodies and contributed in an aiding and

9    abetting way of the other rioters the stopping or halting of

10   that certification proceeding.  So that's how each of the

11   defendants participated in that crime.

12        Three of the defendants, Defendants Meggs,

13   Harrelson, and Watkins, are charged with destruction of

14   property.  Why is that?  You heard testimony and evidence

15   about the east Rotunda doors, the doors through which those

16   three defendants breached the Capitol.  You saw photos of

17   the damage to those doors.  And you heard testimony from

18   Jason McIntyre, an employee of the architect of the Capitol,

19   who told you about some of the damage, how a door handle was

20   pulled off, a door closer damaged, and there was damage to

21   the ornate bronze Columbus Doors that are on the outside of

22   the Rotunda doors from the chemical irritants that were

23   sprayed both by the rioters and by the police that were

24   acting to repel them.  And you heard that the cost of that

25   repair was more than $24,000 to repair that damage.

1          These three defendants, Meggs, Harrelson, and

2    Watkins, joined with the mob that violently forced entry

3    into that building.  Their presence aided and abetted anyone

4    who yanked on the doors, who pulled on the doors, who

5    deployed pepper spray.  In being part of that mob, the

6    defendants aided and abetted the destruction of the property

7    that occurred on those doors.

8          They also joined into the conspiracy to breach the

9    building and to force entry through that door.  And so under

10   the conspiracy theory of liability as well, you'll hear that

11   they were -- you'll find that they were guilty of this

12   crime.

13         You heard from Officer Ryan Salke, who told you

14   how hard he tried to close those doors and keep those

15   closed, and how the constant, incessant actions of the mob,

16   the entire mob, in fighting against him, led to the damage

17   to the doors.

18         And finally for the crimes and conduct on

19   January 6th, Defendant Watkins stands charged with a crime

20   of interfering with officers during a civil disorder, and

21   that is for her conduct in that hallway as she tried to push

22   with the rest of the mob towards the Senate Chamber.  That

23   pushing against that line of riot police officers was

24   interfering with those officers during a civil disorder or

25   the riot that occurred, and that is why she is charged with

1  that crime.

2       Finally, Defendants Rhodes, Meggs, Harrelson, and

3  Caldwell are all charged with obstructing justice for

4  Tampering with Evidence for their conduct in deleting

5  certain digital evidence from their phones or Facebook

6  accounts, as we just discussed.

7       So those are the charges, ladies and gentlemen,

8  that you will be asked to deliberate on for the contact that

9  these defendants engaged in in this case.

10       Ladies and gentlemen, this painting that I have

11 put up before you is one of four paintings that hangs in the

12 Rotunda of the United States Capitol.  It commemorates a

13 moment in 1783 when General George Washington handed over

14 power to the Continental Congress.  It commemorates a moment

15 in our young republic that first marked the routine and

16 peaceful transfer of power, a tradition that we held for the

17 next 200 years until January 6th.

18       What a stark contrast between this scene and this

19 photograph that was taken be Special Agent Michael Palian on

20 the night of January 6th after he and other members of the

21 FBI SWAT team that you see there escorted members of the

22 Senate back to the Senate chamber so they could finally

23 resume their participation in the certification process.

24 You saw this photograph at the very start of this

25 testimony -- this case, this trial, when Special Agent

1    Palian testified.

2          You see here a now heavily fortified presence to

3    ensure that the members of Congress could complete that

4    certification proceeding.  That proceeding, incidentally,

5    was the way our Constitution mandated:  Afford an

6    opportunity to challenge elections.  The Founding Fathers

7    when they put that Constitution together came up with this

8    idea that there should be a way, a lawful way, to object to

9    and resolve and debate challenges to elections.  That exists

10   under our Constitution.

11         That's what Congress was trying to do on the 6th.

12   And, in fact, at the moment that the rioters breached the

13   building, the two Houses of Congress had adjourned to their

14   separate chambers to resolve an objection, to debate, to

15   hear what some people thought was wrong with the election.

16   That process, that lawful way to challenge election results

17   is what these defendants disrespected and disrupted in favor

18   of force, violence, and an unyielding desire to have the

19   election outcome go their way.

20         The evidence has shown for weeks, if not months,

21   prior to January 6th, these defendants banded together and

22   agreed to do whatever was necessary, up to and including

23   using force and violence, to stop that election result from

24   becoming finalized.  And then on January 6th, they struck.

25   They saw the riot unfolding at the Capitol, they threw their

1    bodies to the cause, and they took it.

2          Our democracy is fragile.  It cannot exist without

3    respect for the rule of law, and it will not survive if

4    people who are dissatisfied with the results of an election

5    can use force and violence to change the outcome.  That is

6    what these defendants did.  They conspired to and they did

7    halt the transfer of power on January 6th.

8          That is unacceptable.  That is criminal.  And that

9    is why the only verdict in this case that is consistent with

10   the evidence and demanded by justice is to find each and

11   every one of these defendants guilty of seditious

12   conspiracy, of obstruction of Congress, and of all the

13   counts against them in this indictment.  Thank you.

14          THE COURT:  Okay.  Thank you, Ms. Rakoczy.

15          Mr. Bright.

16          MR. BRIGHT:  May it please the Court, Counsel.

17          THE COURT:  Do you need a minute or two?

18          All right.  Ladies and gentlemen, we will now hear

19   from Mr. Bright, who will be providing summation on behalf

20   of Mr. Rhodes.

21          MR. BRIGHT:  Ready, Your Honor?

22          Good morning, ladies and gentlemen of the jury.

23   I first want to start off by saying thank you for being

24   here.  I understand how long it's been.  I know we didn't

25   expect it to be this long.  As you've heard me say in court

1    before the Judge, I'm not here to do something on a

2    timeline.  We're here to do it right.

3              I hope you don't feel that we've wasted your time,

4    and we are appreciative for the way that you've been

5    attentive and been here for us and for the government.

6              I stand before you today on behalf of Mr. Rhodes

7    in my closing, not on behalf of the other four defendants.

8    I say that because we're different.  We all have different

9    places in this.

10             It's hard to know where to start after

11   eight weeks, after 20 months of this, but I'll reflect back

12   to the beginning of the trial when Mr. Crisp said in his

13   opening on behalf of Ms. Jessica Watkins that, "Some of what

14   you're seeing here is going to be determinative by the lens

15   you choose to look at the evidence, the perspective by which

16   you choose to do this."  We all have a set of eyes, it's

17   been said, but we choose to see good or evil out of them.

18             And it's been pointed out to me by other counsel

19   that one of the interesting things about this case is

20   there's a real irony about how much there is similar between

21   the case that the government is arguing and what we would be

22   arguing.  Nobody can dispute some of the facts at hand in

23   this case, the text messages that you've seen, the Signal

24   messages that you've seen, the chats, the videos, who went

25   in, who didn't go in, those are all agreed facts for the

1    most part.

2            The difference we will ultimately come to in this

3    has to do ultimately with whether or not an agreement was

4    reached, a meeting of the actual minds regarding the charges

5    at hand.

6            Seditious conspiracy, the agreement to oppose by

7    force the authority of the United States Government, an

8    agreement to use by force the execution of law.

9            Conspiracy to obstruct an official proceeding, the

10   certification of the electors, was there an actual meeting

11   of the minds between those five people to do that?  Well,

12   they were on the Hill so the question ultimately does come

13   down to that.  Did some of them go in on their own sua

14   sponte, or was there a meeting of the minds in advance to do

15   so?

16           Obstruction and aiding, conspiracy to prevent an

17   officer from discharging their duties.

18           Again, these are things that are the ultimate

19   decision that we're going to talk about today.

20           Where to start after eight weeks?  I'd say we go

21   back to the beginning.  There are three beginnings that

22   I would argue in this case that we look at, an older, much

23   timely in distance beginning, and that's the foundation of

24   the Oath Keepers, April 19th, 2009.

25           Another beginning that I would suggest that we go

 1  back and we look at, unfortunately, would be the year of

 2  2020.  We'll get to that.  You heard innumerable civilian

 3  witnesses talk about what they saw in 2020, what we all

 4  lived through.

 5          And then where I would suggest we go from there,

 6  through the election, through everything that we've heard

 7  mostly the body of evidence regarding the election, the

 8  January 6th, that's going to be part of 2020.

 9          But then I want to go back to another beginning,

10  and that beginning was the beginning of this trial

11  eight weeks ago and the promises that were made during the

12  government's opening at that time, and we're going to go

13  through some of those promises and we're going to talk about

14  them.

15          Going back to the founding of the Oath Keepers,

16  and I'm not going to spend much time on this, but it's

17  important to note what their mission was, who it was

18  designed for.  Yes, this was a group founded by Mr. Rhodes

19  at Lexington, April 19th, 2009.

20          The government, at times, especially during the

21  opening, has spoken not, necessarily in nefarious terms

22  regarding their intent at the outset, but certainly that it

23  had an inclination for later becoming what is being argued

24  happened on January 6th.

25          Unfortunately, that's just absolutely not

1    accurate.  The foundation, the organization, over the 13

2    years of its existence prior to what we're talking about on

3    January 6th, 2021, did, indeed, engage in the activities

4    that they've said they did.  Ms. Rakoczy just now, in her

5    closing, made an offhand comment regarding why they might

6    have been there on January 6th defending speakers, escorting

7    people back and forth, even though they were not trained to

8    do so.

9             Well, that would be inaccurate, compared to the

10   history of what these men and women were.

11            This is a diverse organization from its very

12   founding, an accepting organization, despite what the media

13   might tell you and others might tell you.  I'll be the first

14   to admit that when I got a phone call back in January and

15   saying, "Will you represent Mr. Rhodes," and unflinchingly

16   my answer immediately was "Yes, I will," because I, too,

17   like every one of those lawyers, we took an oath.

18   Irrespective of what I may or may not or you may or may not

19   believe about them, I took an oath to defend them, and I'm

20   proud I'm standing before you with Mr. Linder and

21   Mr. Tarpley defending Mr. Rhodes.

22            I didn't know anything about the Oath Keepers.

23   I, too, on Wednesday, January 6th, 2021, turned on my TV and

24   I know what I saw.  I didn't agree with it.  But I was happy

25   to get that call.  And I'm thankful I got that call.  And

1    it's been an arduous journey to get here.  The's why I'm

2    thankful you all rode with us.

3           But there are misconceptions that I want to

4    clarify regarding the Oath Keepers.

5           Some of the misconceptions were perpetrated by the

6    media and others in their haste to judge them.  Xenophobic,

7    racist, misogynist.  I know you haven't looked at any media

8    since this started, hopefully, but I know you saw media

9    before this happened.

10           THE COURT:  Mr. Bright, I'm sorry to interrupt.

11    We're sort of moving outside the realm of the evidence at

12    the trial, please.

13           MR. BRIGHT:  Absolutely, Your Honor.

14           You've seen the diversity of the organization.

15    The second in command, Michael Greene, a sapper from the

16    military, African-American man, Vice President of the

17    Oath Keepers, African-American.

18           We have a transgender as one of the defendants

19    here that was knowingly a participant with the organization.

20           This organization over time engaged in activities

21    that have been testified to not just by Mr. Rhodes but by

22    every single civilian witness that you heard from, every one

23    of them.  It's why they chose to become members.

24           Fourteen hurricane relief missions, tornado

25    relief.  Yes, they engaged in political discourse.  Yes,

1  they went to other places where there were riots.  They

2  engaged themselves legally for 13 years in that type of

3  conduct.

4          You heard multiple witnesses talk about

5  Louisville.  Unfortunately, you've seen some rather dramatic

6  video from Louisville.  But they were invited there.

7  Michael Greene was sent there to do risk assessments for

8  businesses that were asking, a Cuban restaurant, a gas

9  station, because there were riots occurring, and they went

10 to these locations to defend them.  They went to Ferguson in

11 2014 by invitation.

12         Now, a lot was made, if you'll recall, when it was

13 stated, well, were you welcome?  Did they ask you to leave?

14 Who invited you?

15         They were invited by local businesses.  In those

16 cases, a Cuban American business, and in Ferguson, a bakery

17 that was owned by an African-American woman.

18         Well, didn't the sheriff ask you to leave?

19 Weren't you there illegally?

20         Mr. Rhodes hired attorneys and when they gave the

21 opinion to the sheriff, he said, okay, come back.  They were

22 welcome at these events.

23         Now, another big deal that was made by the

24 government when you were watching those videos of them in

25 Louisville, oh, yeah, it looks like they're not very

9988

1    welcomed, because rioters didn't want them there.  It's the

2    businesses that wanted them there.

3           So moving that history forward into 2020, the

4    government said, "Well you don't have licensure, you don't

5    have insurance, this isn't what you do for a profession, how

6    can you offer assistance, aid."

7           They weren't body guards.  By their own design and

8    history, they were invited to multiple events to provide

9    exactly the security services that were going on on

10   January 5th and 6th that are being mocked.

11          Earlier in the year before any of this going, they

12   went to a Stop the Steal rally in Atlanta.  You've heard

13   testimony about it.  It was on by Ali Alexander.  You've

14   heard it testified.  Whip told you about it.  They went down

15   and provided security detail per the request of speakers.

16   And when they were leaving, as Mr. Greene testified, to

17   leave through the crowd with Mr. Alexander, they put their

18   hands on their shoulders and walked out, a simple method.

19   I believe Graydon Young called it childish.  What you would

20   do at a sporting event.

21          They then, throughout the fall, provided exactly

22   the same security, PSDs that they had previous years.  What

23   was going on on the 5th and the 6th is not something that

24   back in 2009 they just made up in case someday they'd be

25   sitting in a trial like this.  It was the totality of their

history.  They have a history.  And again, we'll address the

6th.  The history of the Oath Keepers and what they did is a

history of legality, of attention to detail regarding the

laws of where they went.  That has been testified to by

multiple people throughout this whole trial and hasn't been

negated by a single witness.  It's uncontrovertible.

        The next beginning I would argue we look at,

because I think it sets the tone for some of what led up to

January 6th, the year 2020.  I think our whole nation lived

through a very, very troubling 2020 two years ago.

        As you heard, every single civilian witness

testify to, as you heard.  They were living through

lockdowns.  They were watching their children regress.  They

watched on TV the horrible murder of George Floyd.  They

watched their TV and the newscasts of what happened to

Breonna Taylor.

        They also watched the ensuing riots that occurred.

They were riots.  They weren't mostly peaceful.  They were

riots.

        You heard Lee Maddox talk about, from his home in

Cheyenne, how they were watching the chop being set up in

downtown Seattle.  A ten block no-go zone of Antifa, where

people were being murdered, and the city mayor, the mayor of

Seattle, had a stand-down order to allow it to happen.

        Ninety nights straight.

```
1              You heard Mr. Zimmerman talk, they watched the
2     federal courthouse in Portland being attacked and have fire
3     bombs thrown at it nightly, and the Portland mayor had a
4     stand-down order and almost no one was arrested.
5              There were riots, there was looting, there was
6     arson, unfortunately, all over our country, the entirety of
7     2020.  We all lived through it.
8              They had a reaction to it.  They had people
9     wanting to join their group, as you heard on the stand,
10    specifically because what they saw happening.
11             I don't live in D.C. but I have for about two
12    months now.  Thank you for the welcome.  It's a nice city.
13    But I also remember during 2020 what I saw happening here in
14    our Capitol.  I saw St. John Church being set on fire.
15    I saw the White House being attacked, as you heard they
16    witnessed from the stand, to the extent that Donald Trump
17    had to be taken down into the bunker under the White House.
18             MR. NESTLER:  Objection.
19             MR. BRIGHT:  It was testified to.
20             THE COURT:  It's overruled.  Go ahead.
21             The jury's recollection will control.  Go ahead.
22             MR. BRIGHT:  I'm sorry?
23             THE COURT:  I said, the jury's recollection will
24    control.
25             MR. BRIGHT:  Thank you, Honor.
```

1          You heard it, it was testified to.  As a matter of

2     fact, it was specifically testified to by Mr. Rhodes when he

3     waived the Fifth and he took the stand.  It's what he

4     witnessed as the leader of the Oath Keepers, the founder.

5     They saw their country burning.

6          But they didn't take sides in terms of where to go

7     and what to fight.  They went and they protected the

8     property of any business owner in those situations that

9     asked for it.  That was the oath that they took.

10          So let's talk about leading up to the election.

11     It has been testified to by every one of the witnesses that

12     you've heard from that they were deeply unhappy with it.

13     They were upset.  Ms. Watkins, I believe, used the term

14     wormhole for the news sources that she would go down.  A lot

15     of misinformation was going on.  I don't personally know

16     much about it but QAnon has been mentioned.

17          In terms of their reaction to it, yes, things were

18     said.  It was heated rhetoric.  Horribly heated rhetoric.

19     Bombast.  Inappropriate.  But that is not indicative of an

20     agreement, of a meeting of the minds.

21          The government just said a moment ago that the

22     agreement was reached initially in the days after the

23     election to ultimately, I would suppose if their argument

24     holds true, as part of the conspiracy to use force as

25     indicated by the seditious conspiracy charge, to delay the

1    execution of the laws of the United States.

2              I'm not exactly sure how realistically that could

3    actually be true in the timeline, because at the outset,

4    January 6th wasn't even an inkling in anyone's eye.

5              The GoToMeeting on the 9th, when it was convened,

6    nobody yet had an idea that on December 19th, 2020,

7    Donald Trump was going to send out a tweet saying, "Come to

8    D.C. on the 6th, it's going to be wild."

9              The first actual mention, if you'll go back and

10   look at the evidence, of a gathering for January 6th between

11   the Oath Keepers on the Signal chats or otherwise is the

12   21st of December.  We can't go backwards and make that up.

13   They didn't create that as the first time they even

14   mentioned it hoping that somehow I'd be able to tell you

15   that at trial.  It existed beforehand.

16             The Serbian plan, conveniently on the 7th, was

17   posted by Mr. Rhodes.  I would ask you to go back and look

18   at the transcript, please, of the GoToMeeting because it is

19   referenced in there.  Mr. Rhodes posted it once on the 7th

20   of November and said, this is his suggestion.  Go read the

21   text.  This is his suggestion for us.

22             Now, I know it's been argued by the government,

23   and understandably so, that Mr. Rhodes was purporting that

24   these are the steps that we need to follow.  This is where

25   we need to go with this.  I get it that Mr. Rhodes is really

1    smart.  He's probably smarter than me and a lot of people in

2    here, but he's not Nostradamus.  He's not prescient.  He

3    didn't do that knowing that what would happen on the 6th

4    would happen three months later.  No human being is possible

5    of that.

6         But go back to transcript of the GoToMeeting and

7    listen to what he says.  He says, in respect to the Serbian

8    deal, "This is not a one day plan for us."  His exact words.

9    Put it in full context, because he never posts it again.

10   "This is not a one day plan for us."  Look at the details of

11   it.  Nobody burned down a television station.  Nobody

12   attempted to.  Quite the opposite.  It's unfortunate that

13   that exists in time so now the government can come back and

14   try and point out to you that it was pre-planning, but it

15   wasn't.

16        The agents have acknowledged that the GoToMeeting

17   was part of the planning for the Million MAGA March.  It's

18   easy for the government to try and tell you that every step

19   from the day of the election was intended as a buildup for

20   this culmination on the 6th that no one even knew was going

21   to happen.  It wasn't.  Agent Palian, the first government

22   witness, he was willing to concede and testify under oath

23   the compartmentalization of what these dates were for.

24        You've heard every single witness tell you the

25   compartmentalization of what these dates were for, from the

1    GoToMeeting on the 9th, the planning and all of that, was

2    for the 14th of November, the Million MAGA March.  There's

3    no mystery to this.  It is what it is.  It wasn't a dry run

4    for January 6th.

5            But you'll hear a promise made, a promise made by

6    the government during opening.  You'll hear how Rhodes and

7    Meggs and Watkins were together in D.C.  This is in

8    reference to November 14th, the Million MAGA March.  And

9    we're going to get into what they did that day and the QRF

10   and what it meant.

11           But the promise made was that "they were together

12   in D.C. prepared to activate their plan to use force to stop

13   the lawful transfer of presidential power.  The opportunity

14   didn't present itself but the conspirators learned a

15   valuable lesson and formed bonds with each other, shaping

16   their plans moving forward into December and January."

17           They were there to activate their plan to stop the

18   lawful transfer of presidential power?  It was a Saturday.

19   Congress wasn't in session.  There was nothing to do to stop

20   the transfer of power on that day.  They were invited to

21   events to do security.  You've seen pictures of it.

22           To suggest that that was a dry run, an

23   opportunity, is a complete outlier of an argument; it's

24   fallacious at best.

25           And so what happened?  A bunch of people that were

1  really upset about the election came to D.C. to peacefully

2  protest.  Now, I completely understand that when we get to

3  the 6th, the government is going to make a completely

4  different argument about the intent.  But history will show

5  you what actually happened on the 14th of November.

6        Yes, they met the night before at Caldwell's farm.

7  A bunch of people getting together, Caldwell gave out maps.

8  He's familiar with D.C.  But he didn't give out maps to come

9  plan for the 6th.  He didn't give out maps and give details

10  to people and then the next day drive them and lead them

11  here in a caravan.  They came up to march, to protest.

12        One thing I've learned about D.C. since I've been

13  here is there's a lot of marching and protesting in this

14  town compared to where I live.  It seems to be the norm.

15  People come to this city to vent their anger at times, to

16  support political causes at times, to have their voice

17  heard.

18        And on November 14th, 2020, they came up here to

19  see speakers, to protect attendees, and have their voices

20  heard, and that's all that happened.

21        There was a QRF outside of the town that day, a

22  Quick Reaction Force.  Reaction.  The entirety of this case

23  as we've worked on it for 11 months now, and when this case

24  started, the concept of the QRF was presented to you in a

25  really dramatic form.

1          The QRF has been described in opening as a

2    coordinated effort to bring their weapons of war into the

3    District.  No, no one tried to bring weapons into the

4    District.  It's never even been an allegation.  But yet in

5    opening, you were told that.

6          Whether I understand it or not, whether you all

7    understand it or not, the group -- the Oath Keepers and

8    many, many other people in reflection of 2020 had extremely

9    deep-seated fears about the groups that they saw in our

10   cities attacking other people.

11         You heard Michael Greene testify that when he was

12   here coming out of his hotel, he saw what he described, he

13   described, Michael Greene, Whip, as BLM protesters attacking

14   people outside the hotel.

15         You heard every single civilian witness testify

16   under oath that they had fears of being at these protests,

17   of being at the Trump rallies, at being at events where

18   there were speakers and being attacked on the way back.

19   Some of them volunteered to become Oath Keepers in order to

20   help stop that.  Zimmerman, Cummings, Dolan, Young, all four

21   of them testified to exactly the same thing.  Separate from

22   each other.  They didn't get together and make up their

23   testimony.  And they were all four government witnesses.

24         As Agent Palian testified, when he did admit there

25   was a compartmentalization of these events, he also admitted

 1   that as of the date of the Million MAGA March, MMM, there

 2   was no plan in any evidence that they had seen, 10 terabytes

 3   of evidence, as Agent Drew said, "If you printed it out,

 4   it's probably 10,000 pages," not one piece of evidence that

 5   they reviewed showed an actual plan -- and we're going to

 6   keep hitting this as I move forward, and I'm going to try

 7   and be quick, I know you're tired.

 8          But what you will remember out of 13 crosses I did

 9   and 4 directs and redirects, I asked the witnesses exactly

10   the same thing every time to close out, I call it the big

11   three, "No plan to storm the Capitol?"  Well, you saw the

12   slide in the government's presentation.  It's true, that's

13   not what they're charged with.  But I wanted to clarify.

14          "No plan to breach the Rotunda?"  In different

15   words, that is something they're charged with.  10,000

16   pages, according to Drew, and she couldn't point out a plan

17   either.

18          Third, "No plan to stop the certification or delay

19   the certification of the electors?"  We've had 50 witnesses

20   in this case, 50 witnesses.  Not one person has testified to

21   you there was a plan, not one.

22          So the QRF, they leave Caldwell's farm.  They

23   drive to Arlington.  They're in Mr. Zimmerman's van.  What

24   are they there for?  Well, they don't enter the District.

25   They don't do anything illegal.  They had no criminal

 1    intent.  Mr. Zimmerman, I specifically asked him these
 2    things.  They were there, in his words, "in case Antifa went
 3    kinetic, in case another attack happened."
 4           But there was a caveat.  That caveat was true on
 5    the 14th of November, and it carried over to the 12th of
 6    December for the Jericho March, and it carried over again to
 7    January 6th.  There was one caveat to the QRF ever being
 8    used:  The Insurrection Act.  Mr. Rhodes testified to it,
 9    and he's much more knowledgeable than I ever will be on it.
10    As a matter of fact, I believe Agent Palian called him a
11    constitutional scholar.  Not my words.  Government words.
12           It was a condition precedent, meaning if something
13    didn't happen to trigger it, they just sat there.
14    Ultimately we'll talk about what happened on the 6th with
15    Ed Vallejo, "Hey, coach, put me in, I want to bring in the
16    toys," and he was ignored.
17           But on the 14th of November, as you heard
18    Mr. Rhodes testify and others, the QRF sat in Arlington,
19    right next to the cemetery, nothing happened, and they went
20    home.  The QRFs were not an anomaly leading up to
21    January 6th.  They had one in Louisville.  You heard four
22    witnesses testify to that.  They had one in Atlanta.  They
23    had one in Houston where they were doing hurricane relief
24    and were welcomed openly by the mayor of Houston.
25           Nothing happened on the 14th of November, unlike

1    what the government has indicated, it wasn't an opportunity

2    to do anything.

3            Were they upset about the election?  They were.

4    And they were legally doing what they were allowed to do,

5    and they came to D.C. and then they left.

6            As I said with Agent Drew, "So they just went

7    home?"

8            "Yes, they just went home."

9            The rhetoric continues, leading up to another

10   meeting, the 12th of December, that's the Jericho March.

11           Again, there was a QRF, it was outside the city.

12   As you've heard, they were meticulous to not break the law.

13           Now, what's interesting to me is their meticulous

14   nature in not breaking the law is actually now being used

15   against them.  Because you saw the Signal chat where

16   Mr. Rhodes says, "You don't want to get arrested, you don't

17   want this to be used against you."

18           "Well, no, breaking the law, I don't want to do

19   that because I don't want to get arrested.  I don't want to

20   bring these weapons in.  They're illegal."  They were

21   meticulous about following the laws.

22           Go back to the GoToMeeting on November 9th that

23   Mr. Krivenko -- or Abdullah Rasheed, excuse me, his other

24   name, that he recorded.  They're asked about knives.  "What

25   blade length can I bring into the district?"  Mr. Rhodes'

1   response was, "That's a good question, I don't know."

2           Kellye, being Kellye SoRelle, who's on there, who

3   is a lawyer, he asked her to research it and look at it.

4   That is a meticulous request to be -- in terms of weapons in

5   this District abiding by the law.

6           Interspersed between all of those events

7   unfortunately is an enormous amount of political rhetoric,

8   stuff from Mr. Caldwell, Meggs, Ms. Watkins, Mr. Rhodes

9   himself.  I don't agree with a lot of it.  But it's not

10  indicative of a meeting of the minds.

11          Venting not a meeting of the minds.  Expressing

12  hatred and anger is not a meeting of the minds in this

13  country yet.

14          Is it inappropriate?  Yeah, a lot of it.

15          Is it something that we would wish wouldn't be

16  done?  Absolutely.  But all of them talking about the same

17  topic, it's not a meeting of the minds.

18          Moving forward, December 12th, the Jericho March.

19  In opening, the government made you another promise.  But

20  President Trump did not act as Rhodes wanted in reference to

21  December 12th.  And, again, the opportunity for Rhodes and

22  his co-conspirators to activate their troops, to activate

23  their weapons, to stop the transfer of power of the

24  Presidency did not present itself.  No, it didn't, it was

25  another Saturday.  Congress wasn't in session.  There was

1    nothing to do.  There was no opportunity.  It didn't exist.

2          As a matter of fact, kind of the opposite

3    occurred.  USPC McCamley that testified, he saw Rhodes

4    sitting on the northeast point of Capitol Hill after a

5    peaceful march up the Hill from the west, convening at the

6    Supreme Court, and then disbursing.

7          Go back and look at the picture in evidence.

8    7001.T, that's your evidence number, look it up.  That's the

9    picture that McCamley took of Mr. Rhodes missing his

10   opportunity with his troops, their weapons, wanting to stop

11   the peaceful transition of power, if it presented itself.

12         Mr. Rhodes is on camera giving an interview in a

13   T-shirt surrounded by six people.  It's a hell of an

14   opportunity to overthrow the government.  It was completely

15   misrepresented to you in opening what that day was.  Now

16   that you've seen the evidence, you know that was

17   misrepresented to you.

18         As my partner as Mr. Linder said, Proverbs 18:17,

19   "In a lawsuit, the first to speak seems right until someone

20   comes forward for cross-examination."

21         We didn't make you any promises in opening.  All

22   we asked is you be patient, wait, and listen.  Thank you.

23   You have been.  You were misled.

24         I'm not asking you as we move forward into the

25   6th, the 5th to agree with any of the political rhetoric

10002

```
 1    spouted off by these guys.  I don't ask for you to agree
 2    with any of it.  If you do, that's fine.  If you don't,
 3    that's fine.  But what I want to show you is that there was
 4    no meeting of the minds to conspire.  It didn't happen,
 5    50 witnesses.  50, and every one of them have answered to
 6    the big three, "No, no, no, no plan, no plan, no plan."
 7            So now that brings us to the 6th.  Mr. Rhodes has
 8    penned multiple open letters to President Trump.  He's
 9    penned several -- multiple, actually, calls to action.  He
10    penned two more letters to Mr. Trump openly on the
11    Oath Keepers' website after the 6th.
12            You can say what you want about Mr. Rhodes, but
13    one thing I think we can all agree on is he was living in
14    plain sight.  He wasn't hiding his opinions.  He wasn't
15    hiding any plans.  He was as open as daylight to every
16    opinion he had and what he was asking President Trump to do.
17            What is the Insurrection Act?  What was he asking
18    him for?  I'll be the first to admit, I had never heard of
19    it before January.  And I won't go into the legality of it,
20    that's not appropriate.  But what I will tell you is what
21    you have heard.
22            The Insurrection Act of 1807 is a very old,
23    archaic law that's been modified a few times, and it does
24    give any sitting President an extremely broad amount of
25    power under multiple different circumstances, almost without
```

1   judicial check, to do a lot of different things.

2          And so you heard Mr. Rhodes in testimony and lots

3   of other witnesses talk about it, their belief in it, what

4   it could be used for.

5          Mr. Rhodes, with his attorney, Kellye SoRelle --

6   because if you go and look at the one from December 14th and

7   December 23rd, the government used one of them today in

8   their presentation, Stewart Rhodes, his name, right

9   underneath it, Kellye SoRelle, Texas lawyer, former

10  prosecutor.  She helped write it.  That can't be questioned

11  because her name is on it.

12         They're asking the President to invoke a lawful

13  act.  Let's repeat that again:  They are pleading with the

14  current, at the time, sitting President to invoke an

15  otherwise lawful act.

16         Now, we could disagree with why they want that.

17  I'm okay with that.  But it was lawful, a 100 percent

18  lawful --

19              MR. NESTLER:  Objection.

20              MR. BRIGHT:  To ask him to invoke it is lawful.

21              THE COURT:  Overruled.  Go ahead.

22              MR. BRIGHT:  They were asking and pleading with

23  the sitting President to invoke an act he had the power to

24  do.  Again --

25              MR. NESTLER:  Objection.

1          THE COURT:  If you would rephrase it in terms of

2    legality versus what his understanding was.

3          MR. BRIGHT:  Absolutely I'm happy to do it.

4          There was nothing illegal about Mr. Rhodes and his

5    attorney, Ms. Kellye SoRelle, in pleading and advocating

6    with the President to invoke the Insurrection Act.  Nothing.

7    It's not seditious conspiracy.  Their reasoning, again, you

8    can question, but they were living in plain sight.  They

9    were asking the President to do this.  They felt like the

10   election had been stolen.

11         You heard Mr. Rhodes talk about Article II of the

12   Constitution, and it was less of a stealing of an election

13   as he had stated it, than it was unconstitutional.

14   Article II, as stated, and the government put it in their

15   evidence, makes it clear that the legislatures of each

16   state, when it comes to the voting laws, have to approve the

17   laws.

18         We all lived through 2020.  Every single state,

19   and you heard Mr. Rhodes testify to this, every single state

20   in this country, because of COVID, modified their voting

21   laws to one extent or the other.  And if you do look at

22   Article II, it's in the body of the evidence, I actually ask

23   you to go read it, if you are trying to be constitutional,

24   that was unlawful.  The legislatures did not approve

25   drive-through voting.  The legislatures did not approve drop

 1    ballots.  These are things that Ms. SoRelle and Mr. Rhodes

 2    looked at and they said, that's unlawful, that's not

 3    constitutional.  That's a disenfranchisement of the voting

 4    rights of the people that didn't benefit from it.  That was

 5    their opinion.  That was one of the bases of the urging of

 6    the Insurrection Act.

 7            As you also have heard articulated, from several

 8    witnesses on the stand, another reason they wanted

 9    Donald Trump to do it had to do with the chop in Seattle, it

10    had to do with the fact that the Portland federal courthouse

11    was being fire bombed nightly and there were stand-down

12    orders.  If the states won't stop it, let us.  They saw

13    their country burning.

14            73 million Americans voted for the other side and

15    the overwhelming majority just accepted it, and Ms. Rakoczy

16    is right, that's the balance of our democracy.  But a lot of

17    people didn't, a lot of people were very, very viscerally

18    upset.  And in Mr. Rhodes' case, he thought it was

19    unconstitutional.  So he urged the President, in his

20    capacity, to act on a legal doctrine.

21            The specter of that has now been explained.

22            Moving forward to January 5th and January 6th, we

23    walked through that day with Agent Drew.  And I would ask

24    you to go back.  I want you to go back and look at the

25    evidence, the Signal chats, the slides, the wonderful video

1    presented by the government with everybody moving, the

2    montage, and then think -- go back and look at it, and think

3    about the ultimate question that I gave Agent Drew.  The

4    same that every other agent and other civilian witness had

5    been given.  Even after going through all the evidence that

6    she had at her disposal, 10,000 pages, the series of three

7    questions were asked of her.  Did you find a plan to storm

8    the Capitol?  No.

9            Did you find a plan in your review of the evidence

10    to breach the Rotunda?  No.

11            Did you find a plan for -- to stop the

12    certification of the electors?  No.

13            But let's talk about what we've discovered through

14    evidence since that time.  You saw through Agent Drew a

15    collection of text messages and Signal messages from Stewart

16    and others, "Come to the Capitol, I'm on the south side.

17    Whip, where are you?  Whip, I tried to leave you a voice

18    message.  Hey, guys, now I'm on the northeast side."

19            Evidence has been given to you that when all of

20    this started, Mr. Rhodes wasn't on the Hill at all.  He was

21    at a hotel, half mile or so away, with Ms. SoRelle, Dario

22    Aquino, watching TV and eating chicken wings.  That's what

23    they were doing beforehand.

24            Unlike what the government told you during

25    opening, the Oath Keepers were not the tip of the iceberg

1    that led this on that day.  They weren't.

2            Let's go over the timeline.  2:13, that's the time

3    that the west side was breached.

4            2:13, there were no Oath Keepers there.  There

5    were no Oath Keepers on the Capitol at all.

6            2:14, that's when Nancy Pelosi was taken off the

7    dais and removed from the House floor.

8            2:31, you've seen the video, that's when Pence was

9    escorted out of the Senate side.

10            2:38, that's when the first set of Oath Keepers

11    went through the Rotunda on the east side.

12            They left at 2:57.

13            3:15, the second group comes up, Joshua James,

14    Robert Minuta and Ricky Jackson, who testified the other

15    day.  We're going to get to them in a minute.  And then they

16    leave at various times, anywhere between 3:20 to 3:25.

17            No coordination of any sort at all between the two

18    groups.  As a matter of fact, they didn't even know each

19    other was in there from any evidence that I've seen or you

20    heard.

21            But Agent Drew testified about all the stuff that

22    was going on, surveillance video, Signal chats, text

23    messages.  "If you're not on mission, come to me."  Whip

24    posted also.  "Anyone that's not on mission, we need to

25    regroup."

1          It wasn't regroup and redeploy.  It wasn't regroup

2     so we can go in.  It's because at that time they didn't know

3     people had gone in.  There were no orders to go in.  There

4     was no plan to go in.

5          You have heard people say that that did go in.

6     I did not choose, as a defense attorney, for Graydon Young

7     and Dolan to come in and testify.  They did.  Go back and

8     look at the transcripts.  Remember from what you heard what

9     they said.  Graydon Young used the word "spontaneous" twice.

10    "Why did you go in?  It was spontaneous."  There was no

11    meeting of the minds.  There was no plan.  The government's

12    witness told you that.  We can't make that up.  He said it.

13         Jason Dolan, four days in a car with other

14    Oath Keepers.  Four days, two up, two down to Florida.

15    Neither direction, he admitted, was there ever a discussion

16    about any of this.  They were going, according to him, to do

17    personal security details that day.  Not before, during, or

18    after did he say there was a meeting of the minds, there was

19    an agreement, there was an understanding, there was a plan

20    to do any of what happened.

21         Two government witnesses that they brought

22    forward, both of who have pled guilty.

23         And you heard my co-counsel, Mr. Linder, you heard

24    him on cross-examination talk about the factors of how

25    you're sentenced in federal court.  You heard him talk.  And

1    it was in the government's own exhibit, the plea that they

2    entered, where it specifically talks about the fact that the

3    more love you give the government, it's in hopes that at

4    sentencing, you're going to get a reduction in your

5    sentence.  That's how this works.  That's in the sentencing

6    guidelines.  It's called a 5K.  It's a departure.  You earn

7    it by giving help to the government.

8            So if there was anybody in this case motivated to

9    tell you there was a plan, that there was a meeting of the

10   minds, it would have been the two co-conspirators that have

11   already pled guilty that they want their sentences reduced,

12   and they didn't say it.  They said it was spontaneous.

13           As a matter of fact, Jason Dolan made an excuse

14   about how he got in until he was corrected by Mr. Nestler on

15   redirect.  Before we took that break, you'll recall he made

16   the comment that he was wedged in and it funneled him into

17   the Rotunda.  He used the word "wedged."  Go look at it.

18           He also said he didn't really know what was going

19   on that day.  He pled ignorance as to what the electors were

20   actually doing.  Fifteen minutes later, he came back and

21   said he wanted to be heard.  He wanted to be heard.  He

22   wanted the certification of the electors to be heard.

23   That's the government's witness.

24           Graydon Young said the same thing.  But he was

25   more concise.  He said there was never a plan, there was

1    never a meeting of the minds, and it was spontaneous.

2              I'm more worried about the civilian witnesses in

3    this case than I am the government's witnesses, because

4    I don't need to spend time with the government's witnesses.

5              Why?  Every single one of them, and I could go

6    down the list of them if you'd like, every single one of

7    them, as stated earlier, no plan, no plan, no plan.  They

8    cannot substantiate a meeting of the minds for a conspiracy

9    for any sort at all.  It doesn't exist.

10             That's what we talked about right at the beginning

11   of the opening.  The irony of the similarity of the stories

12   that the government is presenting to you and the reality on

13   the ground.  Unfortunately for the defendants, it's a

14   terrible confluence of all the political rhetoric and the

15   things that they were saying and then a very unfortuitous

16   presence on the Hill.

17             It's, again, how you choose to read things.

18   Do you use your eyes to see good or evil?  What lens, what's

19   your perspective?  Was Mr. Rhodes on the northeast corner

20   celebratory about what he was seeing?  What term patriots

21   was he using, because earlier in the day, he keeps using the

22   term patriots for people that are already up there.  He's

23   not referring to the Oath Keepers.  I think that may be the

24   most overused term in this entire trial.  Patriots.

25   I almost don't ever want to hear it again.

1    But early on it's unquestionable that he's using
2    it for the other people, Sic semper tyrannis.  He's not
3    celebrating Oath Keepers being in there.  He hasn't even
4    spoken with any of them yet.  He would be completely unaware
5    at that point, if you go back and you look at the time
6    stamps, they pre-date 2:39, they pre-date 2:15.  They
7    pre-date any Oath Keepers going in, yet it's being presented
8    to you throughout that this is all celebratory about what he
9    got his troops to do.  And it's just not accurate.

10    You also heard from Agent Cain.  I'm deeply
11    thankful that Mr. Crisp brought her, because you know what
12    she did?  As an expert, she confirmed for you what the
13    civilian witnesses have been telling you:  The phones
14    weren't working.

15    Lee Maddox, salt of the earth guy from Wyoming,
16    probably said some of the more memorable comments I'll take
17    out of this trial with me.  Had no reason to lie.  He's not
18    indicted.  There are no charges that can be brought for him.
19    My phone was jammed up.  It wasn't working.  I didn't get a
20    bunch of stuff till three hours later when I got to
21    Virginia.

22    Agent Drew, another government witness, she
23    testified to you that Meggs' phone had a three and a half --
24    excuse me, I apologize -- five and a half hour delay on some
25    of the messages, Signal and texts, coming in.

1          Whip, "When I turned my phone on, some of them

2    weren't working so we used alternate ways of talking."

3          There's a consistency to all of this and now two

4    government witnesses have told you it's true.

5          So what's the amazing thing about that.  Go back

6    now and watch Exhibit 1500.  The montage where Agent Drew

7    testifies when things were coming in, where were people

8    placed.

9          We actually know now that that entire exhibit may

10   be completely incorrect.  The entire exhibit may be

11   completely incorrect because we know now through a

12   government agent that some of those texts via other phones

13   weren't even being received at the time that people were

14   sending them.

15         Respectfully speaking, I would suggest that that

16   leaves that exhibit without even an indicia of accuracy.

17   You get to judge for yourselves now that you, again, have

18   had cross-examination and you have knowledge about what was

19   really happening on the ground that day.

20         I want to clarify one thing.  The government has

21   made it clear to you that people can join a conspiracy much

22   later, it doesn't have to be from its alleged inception on

23   the 5th of November when the Serbian plan was posted or when

24   the venting started.  It could theoretically be as simple as

25   when Dolan and Harrelson walked up the steps on their own,

1    right?  They're just up there, they're watching the

2    anthem -- listening to anthem being sung.  Along comes

3    Stack 2 with Meggs and the others that you've soon on video

4    a thousands times.  And they say, "Hey, guys, let's go in."

5    Well, okay, they join at the last minute.

6            But what's interesting is if you're going to argue

7    that this storming of the Capitol, the entry into the

8    Rotunda, the decision to stop the electors, was somehow a

9    meeting of the minds and planned, well, Dolan and Harrelson

10   just wandered up there on their own.  There was no

11   coordination on that.

12           Stack 1, Stack 2, as it's been alleged, there's no

13   coordination between the two at all.  They're like ships in

14   the night that pass and don't even know each other's there?

15   That's a coordinated Strike Force?

16           Or, if I may, from the government's original

17   statements, they refer to Mr. Rhodes, a general, surveying

18   his troops on the battlefield, talking, watching,

19   coordinating.  That's the worst coordination, I think, any

20   general has ever had.  He doesn't even know where they are.

21   He didn't even know where he was.  Again, go back and look

22   at the entirety of the exhibit that was presented through

23   Agent Drew.  It's very, very clear.

24           So that brings us then potentially, if there's no

25   proof of any meetings of the minds other than, as

1  Ms. Rakoczy said multiple times, circumstantial.  As you

2  heard Graydon Young, the 28th witness for the government, 28

3  witnesses deep and we finally get an explanation of why

4  there is no plan.  28 witnesses deep, we finally get an

5  explanation of why not a single agent or witness can testify

6  that there's a meeting of the minds and a plan, because it's

7  now morphed into implicit.

8          Oh, we just knew.  As Ms. Rakoczy said, the

9  history of the political rhetoric, they just knew what to

10  do.

11          I don't buy that.  I don't buy it, not just

12  because I'm Mr. Rhodes' lawyer, and I am his advocate, and

13  I hope we've done a good job advocating for him, but I say

14  that as a real person, because I don't believe that an

15  implicit, just we understand --

16          MR. NESTLER:  Objection.

17          MR. BRIGHT:  It's argument.

18          THE COURT:  Ladies and gentlemen, you'll ignore

19  what Mr. Bright believes.  It will be up to you to decide

20  what to believe.

21          MR. BRIGHT:  I would argue to you that as detailed

22  through testimony, the reason that you heard the 28th

23  witness finally have to use the word "implicit" is there was

24  no other way for the government to continue to argue that

25  there had been a meeting of minds or an actual plan.

1           The specter of the QRF has been thrown off.  We

2    know those weren't for offensive purposes.  There's not a

3    single witness that told you they were.  The specter of that

4    is gone.  Other than Ed Vallejo sending out multiple little

5    text messages saying, "can I come in, can I come in, hey,

6    guys," guess what you never saw.  Go look and look at the

7    exhibits.  Nobody even responded to them.  He's like the guy

8    that wanted to come in on the fourth quarter, but the coach

9    didn't want him so they don't pay attention to them.  He's

10   an outlier.  He's an outlier.

11           The other person at the QRF, that was Paul Stamey.

12   Remember Paul Stamey?  He was in the QRF on November 14th,

13   2020, for the Million MAGA March.  Mr. Zimmerman testified

14   that the reason that he was in the passenger's seat of his

15   Dodge ProMaster van is because he couldn't walk, he couldn't

16   walk.  That's the other guy that's going to bring tranches

17   of guns into the District?  It's not even a possibility.

18   Occam's razor: What is more likely?  That is not likely.

19           So let's again to get to what all of this could be

20   about.  The phone call.  The phone call.  The 90-second

21   merged call that supposedly happened.  And I don't disagree

22   with the records that the government is getting.  Those are

23   certified business records of a call that supposedly

24   happened.  I can't say that it didn't happen at all.

25           You heard Mr. Greene, who was the first party of

1    that call, give several explanations as to what it could

2    have been.  He also said flat-out, "20 months after the

3    events, I don't remember that call.  I don't remember it.

4    But what I can tell you," he said, "there was no order to go

5    in the building."  What he can tell you is no one said "Go,

6    go, go, do it, now is the time."

7           This isn't a moment like we heard Jessica Watkins

8    on Zello talking out of turn saying, "This is what we

9    trained for."  Whip flat-out said it didn't happen.  Keep in

10    mind who he is.  We called him.  He's also currently under

11    indictment.  And he waived his Fifth to come in and testify

12    that that didn't happen, there was no order.

13           Mr. Rhodes, under indictment in this case, he

14    waived his Fifth to take the stand.  Judge him as you will.

15    He said that never happened.  "I didn't order anyone into

16    that building.  I did not tell anybody to go in and stop the

17    certification of the electors."

18           Again, if you're a battlefield general, who are

19    you going to send in to start the revolution?  Caldwell?

20    Are you going to send your sapper in?

21           Jessica Watkins?  Are you going to send in Lee

22    Maddox, a guy that survived 68 IED explosions and two tours

23    of Iraq.  He's been stabbed and shot twice.  Six foot 8.

24           If you're a real battlefield general and for the

25    first time in 209 years the Capitol's breached, just, as the

 1    government calls it, an opportunity, you're going to call in
 2    your QRF, you're going to come in locked and loaded.  You're
 3    either the Keystone Cops of insurrectionists or there was no
 4    insurrection.  There's no in between on this.  And the
 5    witnesses have told you they did it spontaneously with no
 6    plan and with no orders.
 7         Think about on the back end of what happened, as
 8    we work our way to the end of January 6th.  What did
 9    Jason Dolan tell you?  Another government witness.  What did
10    he tell you that when he and Harrelson approached
11    Mr. Rhodes, who he met for first time that day, what did he
12    tell you?  On redirect, Mr. Nestler got him to say that he
13    overheard Stewart Rhodes, when Harrelson told him he had
14    gone in the -- excuse me, Meggs told him he had gone in the
15    building, Mr. Dolan told you that Rhodes looked at him and
16    said, "That's pretty stupid."
17         So guess who wasn't in this room when that comment
18    was made on the stand?  Michael Greene.
19         Michael Greene, days later, on my subpoena,
20    willingly came in here and waived the Fifth.  And what did
21    he say on the stand?  He's a little saltier, but I think
22    he's honest.  Without knowledge of what Jason Dolan said --
23         MR. NESTLER:  Objection.
24         THE COURT:  Ladies and gentlemen, just ignore
25    Mr. Bright's view of honesty.  That's your decision.

```
 1            MR. BRIGHT:  Thank you, Your Honor.

 2            Michael Greene took the stand.  And when he was

 3    asked, he confirmed, in a saltier way, that when

 4    Stewart Rhodes found out that people had gone in, he looked

 5    at Meggs and said, "That's pretty fucking stupid."

 6            So wouldn't it then be, if two witnesses are

 7    telling you Rhodes is telling Meggs how stupid he is for

 8    doing it, it's counterintuitive, at its very core, it's

 9    counterintuitive to suggest that Stewart ordered Meggs and

10    column 1 in and then told them how fucking stupid they are

11    afterwards.  It doesn't make sense.

12            Again, the irony of the similarity of the stories

13    we're telling.  You get to choose which way you look at it.

14    I'm going to trust all 50 witnesses that told me there was

15    no meeting of the mind and there was no plan.

16            MR. NESTLER:  Objection.

17            THE COURT:  It's overruled.

18            Go ahead, Mr. Bright.

19            MR. BRIGHT:  I'm sorry, sir.

20            THE COURT:  Go ahead, Mr. Bright.

21            MR. BRIGHT:  Perfect.

22            So when we reconvened with Agent Harris, he took

23    over January 6th, 3:30 p.m. on.  That was actually a very

24    simple end to this trial.  Mr. Rhodes, after he did get all

25    the Oath Keepers together that were there, they left, they
```

1    dispersed, they went, they ate dinner.

2            In terms of what the Oath Keepers were doing on

3    that day, I think it's important to note, and the government

4    has actually made it clear that even though they think it's

5    perhaps a bit silly, the Oath Keepers were there for

6    legitimate purposes.

7            And the charge is correct, that there can be mixed

8    purposes and still be a conspiracy.  Again, ask yourselves

9    what's more likely.  Mr. Rhodes had such foresight to

10   establish seven security details for that day.

11           You heard the event planner for Ali Alexander

12   confirm they were supposed to be at Area 8, they were

13   supposed to be doing this.

14           You heard others confirm, Mr. Rhodes said it as

15   well.  He was a speaker that morning at the

16   Latinos for Trump.  I'm not overly familiar with D.C. but if

17   I understand it correctly, there's a smaller Ellipse right

18   in front of the Supreme Court.  That's where that was.

19   Area 7.  These were all pre-planned, legitimate purposes.

20           You heard that there were roving PSDs, roving

21   security details who did not have specific missions, and,

22   yes, they used the term "missions" over and over again.  The

23   overwhelming number of these guys are former Army combat

24   vets, police officers, law enforcement, other things like

25   that.  There has been a consistency in the language that

1    they use, and they used the term "mission."  So it makes

2    perfect sense that both Stewart and Whip said "everyone not

3    still on mission meet to regroup," not to deploy.

4           The mission was not to go into the Capitol that

5    day.  That's been testified to.  They had teams for

6    speakers.  They had teams for Roger Stone, you've heard

7    that.  They had teams of people protecting others.  And, no,

8    they didn't have insurance, they didn't have licenses.  But

9    they were asked by these people to do this.  People reached

10   out to them.  They dispersed, they go home.

11          It's been alleged that the conspiracy continued.

12   Mr. Rhodes, while President Trump was still in office, did

13   continue to argue and urge and advocate the policy for

14   Mr. Trump to invoke the Insurrection Act, because he did see

15   in unconstitutional election.

16          He did it with Jason Alpers at ASOG in Dallas.

17   Typed it out on his phone.  Jason Alpers confirmed for you

18   that he knew people in Trump's inner circle that were

19   talking about the invocation of the Insurrection Act.  He

20   admitted that on the stand.  This is not made up.  It's

21   real.  It was swirling in the inner circles.  And

22   Jason Alpers had knowledge of it.  He told Stewart that.  He

23   choose not to forward to the president the letter that

24   Mr. Rhodes typed out.  But you can read it.  It's in

25   evidence.  The government gave it to you.

1           Mr. Rhodes penned two more open letters to the

2    Trump, 14th and 16th of January.  Those were published on an

3    open website.  Again, he's hiding in plain sight.  He's

4    advocating his beliefs.

5           He goes back to Texas.  You heard him testify the

6    reason that Joshua James came to Texas was not to start a

7    revolution, it was to protect Kellye SoRelle, to be her

8    bodyguard.  He was very proud of telling you he doesn't need

9    one.

10          And then Joshua James goes back to Alabama and

11   that's the last we know.  He took a gun with him that

12   Stewart gave him, absolutely, and that's legal.  That's not

13   nefarious.  That's not an overt act.  It's legal.

14   Mr. Stewart -- excuse me, Mr. Rhodes stayed in Texas and

15   lived about his life until January of this past year, hiding

16   in plain sight.

17          Reaching out to Florida, what did Florida say?

18   There was no continuing revolution.  There was no continuing

19   conspiracy.  What did OK Gator say?  "We're here till shots

20   fired."  Okay, well, that's a condition precedent.

21   "I'm going to do something if something else happens."

22          Ladies and gentlemen, thank you for your time,

23   thank you for your attention to this case.  We're deeply

24   appreciative of it.  I'm sorry it's gone on so long, but,

25   again, it needs to be done right.  Lives are at stake.

1    Human lives.

2            And I would respectfully suggest and argue to you

3    that when you take the time to look at this through the

4    alternative lens and not just what the government is giving

5    you, there is a similarity of stories and they diverge.

6    They diverge with the concept of whether there was a meeting

7    of the minds to enter into any type of plan regarding

8    seditious conspiracy, conspiracy to obstruct a proceeding,

9    conspiracy to prevent an officer from discharging their

10   duties, because otherwise what did Mr. Rhodes do?

11           He stayed outside, he didn't go in, he didn't

12   destroy anything on the Capitol, he didn't have a bullhorn

13   saying, "Go, go, go, go," he didn't push anybody, he didn't

14   touch anybody, he filmed; he took pictures, he sent out

15   reports, "Those are pissed-off patriots."  I'm not sure I

16   would call them patriots when they're storming the Capitol

17   building and climbing up the west side wall, but that's

18   somebody else's choice.  What we do know is when he's

19   sending those reports out, it's not the Oath Keepers that

20   he's talking about.  That's an impossibility because they

21   weren't there.

22           Ladies and gentlemen of the jury, thank you for

23   your time, we're deeply appreciative.  At the end of the

24   day, I would respectfully suggest that the evidence in this

25   case regarding the charges detailed do not rise to beyond a

1    reasonable doubt.  There's quite a doubt, and that being the

2    case, we would ask for you, after deliberation, taking your

3    time, to find Mr. Rhodes not guilty of all counts as

4    alleged.

5            Thank you.

6            THE COURT:  Mr. Bright, thank you.

7            All right.  Ladies and gentlemen, it is now 12:35.

8    We'll take our lunch break now.  We will resume at 1:35.

9    See you shortly.

10           COURTROOM DEPUTY:  All rise.

11           (Jury exited the courtroom.)

12           All right.  Have a seat, everybody.  We'll see

13   everybody in an hour.  Just, defense counsel, looking to

14   avoid the objection, just be mindful of using the word "I"

15   and what you believe.

16           MR. BRIGHT:  I apologize, Your Honor.

17           THE COURT:  That's okay.  You all know how it

18   works.  Just to avoid the objections, stay away from it.

19           MR. NESTLER:  Can I raise one quick issue,

20   Your Honor?

21           THE COURT:  Sure.

22           MR. NESTLER:  There's an issue about the

23   Insurrection Act.  Mr. Bright said very clearly that

24   President Trump's invocation of the Insurrection Act would

25   have been perfectly legal.  That was an argument he was

```
 1   precluded from making.  He was allowed to argue what
 2   Mr. Rhodes thought, but not that it would have been legal.
 3   I did object at one point.  We are going to ask the Court to
 4   issue an instruction that there is no evidence that
 5   President Trump's invocation of the Insurrection Act would
 6   have been legal.  Just not one sentence, we think it's
 7   important.
 8               MR. BRIGHT:  I agree with Mr. Nestler.  That was
 9   an accident on my part.  As I was going through that, my
10   intent had been to phrase that his requests for that were
11   legal, and that's why I think at one point I backed up, so
12   I apologize both to the Court and to the government for that
13   slip.
14               MR. NESTLER:  That's fine.
15               We understood when he revised it.  We do think
16   it's important that the jury knows that there was no
17   evidence that President Trump's invocation of the
18   Insurrection Act would have been legal.
19               THE COURT:  Okay.  Happy to let the jury know
20   that.
21               MR. NESTLER:  Thank you.
22               The other thing, I suppose that Mr. Meggs is going
23   after lunch, Mr. Meggs' counsel, and Mr. Harrelson's
24   counsel.  We have not received any demonstratives or
25   anything that they plan to show in their opening.
```

1          THE COURT:  I'm sorry, for who, Mr. Harrelson?

2          MR. NESTLER:  Mr. Harrelson or Mr. Meggs.  I just

3   wanted to put that on the record.

4          THE COURT:  Well, if there are slides that you

5   intend to show or evidence, please show them to the

6   government over the lunch break.

7          MR. CRISP:  Judge, my understanding is that

8   Mr. Caldwell and I are going, Mr. Fischer and I are going

9   Monday.

10         THE COURT:  We won't get to you.

11         MR. CRISP:  Because I have not planned either

12  because that's because --

13         MR. WOODWARD:  How long is the Court willing to go

14  today?  1:35 until --

15         THE COURT:  Well, I mean, depending upon timing,

16  we could go till 5:00.

17         MR. WOODWARD:  Okay.  I don't want the Court to

18  have to cut me off.

19         THE COURT:  If you're still speaking at 4:30,

20  you'll have been cut off by then.

21         COURTROOM DEPUTY:  The Court stands in recess.

22         (Recess from 12:37 p.m. to 1:35 p.m.)

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__November 18, 2022_____    

       William P. Zaremba, RMR, CRR

**COURTROOM**
**DEPUTY: [9]** 9904/2
9904/7 9905/11
9961/11 9961/15
9961/17 9961/22
10023/10 10025/21
**MR. BRIGHT: [17]**
9905/3 9981/16
9981/21 9986/13
9990/19 9990/22
9990/25 10003/20
10003/22 10004/3
10014/17 10014/21
10018/1 10018/19
10018/21 10023/16
10024/8
**MR. CRISP: [2]**
10025/7 10025/11
**MR. FISCHER: [1]**
9905/4
**MR. NESTLER: [11]**
9990/18 10003/19
10003/25 10014/16
10017/23 10018/16
10023/19 10023/22
10024/14 10024/21
10025/2
**MR. WOODWARD: [2]**
10025/13 10025/17
**MS. RAKOCZY: [23]**
9905/2 9905/18
9915/15 9940/24
9943/12 9946/3
9951/22 9952/6
9953/24 9954/2 9954/5
9955/9 9957/10 9958/3
9958/8 9958/11 9959/5
9959/16 9959/24
9960/6 9961/4 9961/7
9962/9
**THE COURT: [30]**
9904/5 9904/24 9905/9
9905/13 9961/2 9961/5
9961/8 9961/13
9961/19 9961/24
9981/14 9981/17
9986/10 9990/20
9990/23 10003/21
10004/1 10014/18
10017/24 10018/17
10018/20 10023/6
10023/17 10023/21
10024/19 10025/1
10025/4 10025/10
10025/15 10025/19

**$**

**$17,000 [1]** 9964/3
**$20,000 [1]** 9939/5
**$24,000 [1]** 9977/25

**0**

**08077 [1]** 9902/8
**0826 [1]** 9902/14

**1**

**10 [2]** 9904/11 9997/2

10,000 [3] 9997/2
9997/15 10006/6
**100 [2]** 9956/22
10003/17
**10:30 [1]** 9961/16
**10:45 [1]** 9961/10
**10:46 [1]** 9961/16
**10th [1]** 9925/24
**11 [1]** 9995/23
**12:35 [1]** 10023/7
**12:37 [1]** 10025/22
**12th [4]** 9998/5
9999/10 10000/18
10000/21
**13 [3]** 9985/1 9987/2
9997/8
**13th [1]** 9918/9
**14 [1]** 9952/7
**1460 [1]** 9901/12
**14th [17]** 9917/24
9918/3 9921/18
9967/11 9967/12
9967/17 9974/21
9994/2 9994/8 9995/5
9995/18 9998/5
9998/17 9998/25
10003/6 10015/12
10021/2
**15 [5]** 9900/4 9904/8
9961/9 9961/13
9972/13
**1500 [2]** 9944/23
10012/6
**1530 [1]** 9907/23
**16th [1]** 10021/2
**17110 [1]** 9901/15
**1775 [1]** 9914/10
**1783 [1]** 9979/13
**17th [2]** 9964/20
9964/23
**18 [3]** 9900/5 9972/13
10026/7
**1807 [1]** 10002/22
**1808 [1]** 9902/3
**18:17 [1]** 10001/18
**19th [4]** 9964/25
9983/24 9984/19
9992/6
**1:25 [2]** 9944/6
9944/24
**1:26 [1]** 9944/24
**1:35 [3]** 10023/8
10025/14 10025/22

**2**

**20 [2]** 9982/11 10016/2
**200 [2]** 9906/2 9979/17
**20001 [1]** 9903/5
**20010 [1]** 9902/4
**2006 [1]** 9902/8
**2009 [4]** 9942/20
9983/24 9984/19
9988/24
**2014 [1]** 9987/11
**202 [3]** 9900/18 9902/4
9903/5
**2020 [23]** 9905/22
9906/13 9908/17

9974/12 9974/15
9975/1 9975/2 9984/2
9984/3 9984/8 9988/3
9989/9 9989/10 9990/7
9990/13 9992/6
9995/18 9996/8
10004/18 10015/13
**2021 [12]** 9917/11
9926/18 9932/22
9965/19 9968/22
9968/24 9974/13
9974/15 9975/1 9975/3
9985/3 9985/23
**2022 [2]** 9900/5
10026/7
**20579 [1]** 9900/17
**209 [1]** 10016/25
**20th [2]** 9926/15
9964/5
**21061-3065 [1]**
9902/13
**214 [2]** 9901/5 9901/9
**21st [3]** 9926/6 9927/8
9992/12
**22-15 [2]** 9900/4
9904/8
**22nd [4]** 9908/17
9931/10 9931/12
9974/22
**23rd [3]** 9923/14
9924/16 10003/7
**252 [4]** 9932/5 9932/6
9937/17 9937/20
**252-7277 [1]** 9900/18
**252-9900 [1]** 9901/5
**253 [2]** 9937/17
9937/21
**255 [2]** 9937/18
9937/21
**25th [2]** 9923/22
9927/16
**28 [2]** 10014/2 10014/4
**28th [2]** 10014/2
10014/22
**2:13 [2]** 10007/2
10007/4
**2:14 [1]** 10007/6
**2:15 [1]** 10011/6
**2:26 [1]** 9948/1
**2:31 [1]** 10007/8
**2:32 [1]** 9948/22
**2:35 [2]** 9950/6
9956/10
**2:38 [1]** 10007/10
**2:39 [2]** 9943/13
10011/6
**2:40 [1]** 9951/22
**2:57 [1]** 10007/12
**2nd [5]** 9909/13
9932/22 9933/2 9933/7
9935/20

**3**

**30 [3]** 9946/3 9946/4
9946/7
**300 [1]** 9902/13
**3065 [1]** 9902/13

**318 [1]** 9901/12
**31st [2]** 9924/1
9927/19
**3249 [1]** 9903/5
**33 [1]** 9900/7
**3300 [2]** 9901/3 9901/7
**333 [1]** 9903/4
**354-3249 [1]** 9903/5
**3:15 [1]** 10007/13
**3:15 p.m [1]** 9957/13
**3:20 [1]** 10007/16
**3:25 [1]** 10007/16
**3:30 [1]** 10018/23
**3rd [2]** 9913/3 9929/14

**4**

**40 [3]** 9946/3 9946/4
9946/8
**4031 [1]** 9901/15
**410 [1]** 9902/14
**412-4676 [1]** 9901/16
**4676 [1]** 9901/16
**487-1460 [1]** 9901/12
**4:30 [1]** 10025/19

**5**

**50 [4]** 9997/19 9997/20
10002/5 10018/14
**50 witnesses [1]**
10002/5
**5708 [1]** 9902/9
**5:00 [1]** 10025/19
**5K [1]** 10009/6
**5th [10]** 9905/22
9913/4 9924/2 9932/5
9936/2 9988/10
9988/23 10001/25
10005/22 10012/23

**6**

**6 a.m [1]** 9963/15
**601 [1]** 9900/17
**607-5708 [1]** 9902/9
**66 [1]** 9931/19
**68 [1]** 10016/22
**6th [96]** 9906/19
9907/8 9909/3 9909/9
9909/22 9911/9 9912/2
9912/4 9912/14 9917/6
9917/14 9917/18
9920/2 9921/8 9922/1
9923/1 9923/13
9923/21 9924/2 9924/8
9924/10 9927/4 9927/7
9927/21 9927/24
9928/24 9929/13
9930/12 9932/5 9934/9
9934/10 9935/17
9936/16 9937/3 9938/7
9941/17 9942/24
9943/5 9943/8 9944/1
9944/2 9944/14
9946/25 9947/13
9947/15 9957/10
9958/13 9959/8
9960/25 9961/1
9962/11 9964/4 9965/7

9971/7 9973/8 9974/9
9974/14 9976/1
9976/14 9976/19
9978/19 9979/17
9979/20 9980/11
9980/21 9980/24
9981/7 9984/8 9984/24
9985/3 9985/6 9985/23
9988/10 9988/23
9989/2 9989/9 9992/4
9992/8 9992/10 9993/3
9993/20 9994/4 9995/3
9995/9 9998/7 9998/14
9998/21 10001/25
10002/7 10002/11
10005/22 10017/8
10018/23

**7**

**700 [2]** 9901/4 9901/8
**7001.T [1]** 10001/8
**71301 [1]** 9901/11
**717 [1]** 9901/16
**720-7777 [1]** 9901/9
**7277 [1]** 9900/18
**73 [1]** 10005/14
**7310 [1]** 9902/12
**7447 [1]** 9902/4
**75219 [2]** 9901/4
9901/8
**7777 [1]** 9901/9
**787-0826 [1]** 9902/14
**7th [5]** 9913/6 9913/13
9913/14 9992/16
9992/19

**8**

**819 [1]** 9901/11
**856 [1]** 9902/9
**8th [1]** 9965/19

**9**

**90 [1]** 9961/5
**90-second [1]**
10015/20
**9900 [1]** 9901/5
**996-7447 [1]** 9902/4
**9:00 [1]** 9900/6
**9th [9]** 9913/23
9914/13 9916/22
9918/13 9935/13
9974/21 9992/5 9994/1
9999/22

**A**

**a.m [4]** 9900/6 9961/16
9961/16 9963/15
**Abdullah [3]** 9913/24
9914/17 9999/23
**abetted [2]** 9978/3
9978/6
**abetting [1]** 9977/9
**abiding [1]** 10000/5
**able [6]** 9934/22
9949/7 9953/7 9954/18
9969/17 9992/14
**abolish [2]** 9920/12
9920/23

**about [125]** 9906/1
9907/15 9907/19
9911/3 9911/6 9911/19
9912/6 9912/13
9912/21 9914/14
9914/25 9915/3 9915/8
9915/11 9916/15
9922/9 9923/17
9924/23 9925/10
9925/15 9926/10
9926/13 9927/20
9927/20 9928/16
9929/5 9929/17
9930/11 9930/16
9930/17 9930/17
9930/19 9930/23
9932/8 9933/5 9934/17
9934/19 9935/4 9935/5
9935/14 9936/7
9936/13 9940/13
9940/22 9941/18
9942/21 9943/13
9943/22 9945/13
9946/4 9946/8 9946/24
9946/24 9947/21
9948/1 9948/22 9949/5
9949/17 9950/6
9950/13 9950/14
9952/8 9953/10
9953/17 9954/15
9956/25 9959/1 9961/5
9965/6 9965/12 9966/6
9969/4 9970/4 9970/6
9975/4 9976/16
9977/15 9977/19
9982/19 9982/20
9983/19 9984/3
9984/13 9985/2
9985/19 9985/22
9987/4 9988/13
9988/14 9989/20
9990/11 9991/10
9991/16 9995/1 9995/4
9995/12 9996/9
9998/14 9999/3
9999/21 9999/24
10000/16 10002/12
10003/3 10004/4
10004/11 10006/3
10006/13 10007/21
10008/16 10008/24
10009/2 10009/14
10010/2 10010/10
10010/20 10011/8
10012/5 10012/18
10015/20 10017/7
10020/19 10021/15
10022/20 10023/22

**above [4]** 9920/6
9920/8 9955/16
10026/4

**above-titled [1]**
10026/4

**abruptly [1]** 9965/10
**absolutely [5]** 9984/25
9986/13 10000/16
10004/3 10021/12

**abused [1]** 9960/16
**accept [1]** 9913/4
**accepted [1]** 10005/15
**accepting [1]** 9985/12
**access [1]** 9931/23
**accident [1]** 10024/9
**accompanied [2]**
9941/9 9966/4
**accomplish [3]**
9910/22 9930/4 9930/9
**accomplished [2]**
9957/1 9957/2
**according [5]** 9918/14
9918/18 9962/20
9997/16 10008/16
**account [2]** 9966/9
9967/19 9968/2
**accounts [1]** 9979/6
**accuracy [1]** 10012/16
**accurate [2]** 9985/1
10011/9
**achieve [1]** 9975/15
**achieved [1]** 9973/17
**acknowledge [2]**
9934/8 9949/13
**acknowledged [1]**
9993/16
**acquaintance [1]**
9952/21
**across [5]** 9908/1
9930/18 9931/17
9938/2 9946/10
**act [31]** 9912/15
9914/8 9918/16
9924/15 9925/7 9926/1
9927/7 9927/17 9942/8
9942/9 9942/9 9944/18
9947/5 9947/14 9998/8
10000/20 10002/17
10002/22 10003/13
10003/15 10003/23
10004/6 10005/6
10005/20 10020/14
10020/19 10021/13
10023/23 10023/24
10024/5 10024/18
**acting [1]** 9977/24
**action [10]** 9912/12
9916/8 9922/14
9922/16 9922/19
9924/12 9928/25
9942/4 9944/16
10002/9
**actions [3]** 9919/2
9956/11 9978/15
**activate [4]** 9994/12
9994/17 10000/22
10000/22
**activities [2]** 9985/3
9986/20
**activity [1]** 9943/20
**acts [1]** 9912/18
**actual [7]** 9912/2
9912/18 9983/4
9983/10 9992/9 9997/5
10014/25
**actually [15]** 9905/7

9943/25 9976/17
9976/18 9992/3 9995/5
9999/14 10002/9
10004/22 10009/20
10012/9 10018/23
10019/4
**Adams [2]** 9925/4
9925/10
**added [3]** 9936/15
9936/17 9936/19
**additional [1]** 9924/13
**additionally [1]**
9926/21
**address [3]** 9938/12
9972/10 9989/1
**addressed [1]** 9918/10
**addressing [1]** 9934/6
**adequately [1]** 9953/8
**adjourned [1]** 9980/13
**administration [2]**
9909/19 9972/3
**admit [3]** 9985/14
9996/24 10002/18
**admitted [5]** 9926/19
9928/5 9996/25
10008/15 10020/20
**Adrian [1]** 9919/4
**Adrian Grimes [1]**
9919/4
**advance [3]** 9929/13
9937/2 9983/14
**advocate [2]** 10014/12
10020/13
**advocating [6]**
9912/25 9926/5
9929/19 10004/5
10014/13 10021/4
**Afford [1]** 9980/5
**afraid [1]** 9919/7
**African [3]** 9986/16
9986/17 9987/17
**African-American [3]**
9986/16 9986/17
9987/17
**after [39]** 9905/22
9906/8 9908/10 9910/5
9912/4 9913/14
9913/20 9914/5 9914/6
9915/22 9916/9
9919/12 9919/22
9921/5 9941/24 9945/1
9945/21 9950/7
9956/19 9957/4
9960/12 9961/1 9974/2
9974/2 9975/9 9975/11
9979/20 9982/10
9982/11 9983/20
9991/22 10001/4
10002/11 10006/5
10008/18 10016/2
10018/24 10023/2
10024/3
**aftermath [2]** 9906/13
9920/22
**afternoon [3]** 9962/11
9962/23 9963/6
**afterwards [1]**

**again [29]** 9916/15
9920/10 9922/9
9924/23 9929/5
9947/12 9948/16
9961/18 9963/15
9983/18 9989/1 9993/9
9998/6 9999/11
10000/21 10003/13
10003/24 10004/7
10010/17 10010/25
10012/17 10013/21
10015/19 10016/18
10018/12 10019/8
10019/22 10021/3
10021/25
**against [25]** 9914/20
9918/22 9920/18
9920/20 9921/10
9925/19 9926/2 9926/8
9926/17 9926/24
9928/10 9928/12
9954/11 9957/25
9959/7 9959/14
9959/17 9959/22
9959/25 9970/8
9978/16 9978/23
9981/13 9999/15
9999/17
**agent [23]** 9968/1
9968/13 9976/22
9976/22 9979/19
9979/25 9993/21
9996/24 9997/3
9998/10 9999/6
10005/23 10006/3
10006/4 10006/14
10007/21 10011/10
10011/22 10012/6
10012/12 10013/23
10014/5 10018/22
**Agent Cain [1]**
10011/10
**Agent Drew [8]** 9997/3
9999/6 10005/23
10006/14 10007/21
10011/22 10012/6
10013/23
**Agent Harris [1]**
10018/22
**Agent Palian [1]**
9993/21
**agents [3]** 9939/11
9948/24 9993/16
**ago [3]** 9984/11
9989/10 9991/21
**agree [6]** 9985/24
10000/9 10001/25
10002/1 10002/13
10024/8
**agreed [14]** 9906/14
9907/17 9910/16
9915/19 9926/4 9928/3
9928/9 9972/12
9972/20 9973/3
9973/12 9973/14
9980/22 9982/25
**agreeing [5]** 9913/22

**agreement [24]**
9910/21 9911/9
9911/20 9911/21
9918/25 9919/23
9922/23 9928/22
9930/3 9938/5 9938/25
9970/9 9970/14
9970/16 9971/4
9971/17 9973/1 9974/3
9983/3 9983/6 9983/8
9991/20 9991/22
10008/19
**ahead [7]** 9911/9
9911/9 9990/20
9990/21 10003/21
10018/18 10018/20
**aid [1]** 9988/6
**aided [3]** 9903/7
9978/3 9978/6
**aiding [1]** 9977/8
9983/16
**AL [1]** 9900/6
**Alabama [2]** 9958/12
10021/10
**Alexander [3]** 9988/13
9988/17 10019/11
**Alexandra [2]** 9900/15
9904/13
**Alexandria [1]** 9901/11
**Ali [2]** 9988/13
10019/11
**Ali Alexander [2]**
9988/13 10019/11
**all [78]** 9904/2 9904/3
9904/22 9905/13
9905/23 9905/24
9916/3 9917/10 9918/7
9919/19 9921/21
9923/15 9924/13
9925/2 9927/19
9930/20 9937/18
9943/1 9944/8 9945/2
9947/16 9948/10
9948/15 9956/19
9961/10 9961/11
9961/14 9961/17
9962/1 9964/8 9966/5
9967/18 9969/8 9970/9
9972/10 9972/18
9976/14 9979/3
9981/12 9981/18
9982/8 9982/16
9982/25 9984/3 9986/2
9990/6 9990/7 9994/1
9995/20 9996/6
9996/20 9996/23
10000/6 10000/16
10001/21 10002/13
10004/18 10006/5
10006/19 10006/20
10007/5 10007/17
10007/21 10010/9
10010/14 10011/8
10012/3 10013/13
10015/19 10015/24
10018/14 10018/24

**A**

all... [6] 10019/19
10023/3 10023/7
10023/10 10023/12
10023/17

All right [1] 9981/18

allegation [2] 9911/10
9996/4

alleged [8] 9921/7
9970/12 9973/12
9973/22 10012/22
10013/12 10020/11
10023/4

alleges [1] 9974/11

alleging [1] 9970/23

allow [1] 9989/24

allowed [2] 9999/4
10024/1

almost [4] 9917/10
9990/4 10002/25
10010/25

along [2] 9915/1
10013/2

Alpers [3] 10020/16
10020/17 10020/22

already [5] 9916/12
9919/20 9951/4
10009/11 10010/22

also [32] 9916/24
9917/6 9919/25
9925/14 9927/25
9935/11 9936/23
9939/2 9950/21
9957/12 9957/13
9967/2 9968/12 9970/1
9971/1 9971/4 9973/23
9975/4 9975/17 9976/7
9976/13 9976/17
9978/8 9989/17
9990/13 9996/25
10005/7 10007/24
10009/18 10011/10
10016/2 10016/10

alter [2] 9920/12
9920/23

alternate [1] 10012/2

alternative [1] 10022/4

Although [1] 9905/5

am [4] 9924/9 9924/10
10010/3 10014/12

amazing [1] 10012/5

Amendment [4] 9972/9
9972/10 9972/24
9972/25

AMERICA [2] 9900/3
9904/9

American [7] 9914/10
9942/18 9942/25
9986/16 9986/17
9987/16 9987/17

Americans [4] 9906/7
9906/9 9963/24
10005/14

AMIT [2] 9900/9 9904/4

amongst [1] 9962/3

amount [2] 10000/7
10002/24

anger [2] 9995/15

angle [1] 9933/21

angry [1] 9906/8

announced [1] 9944/3

announces [1] 9959/6

anointed [1] 9955/13

anomaly [1] 9998/20

another [14] 9919/6
9954/8 9966/3 9975/21
9983/25 9984/9
9987/23 9998/3 9999/9
10000/19 10000/25
10005/8 10011/22
10017/9

answer [2] 9962/17
9985/16

answered [1] 10002/5

anthem [2] 10013/2
10013/2

Antifa [2] 9989/22
9998/2

anxious [1] 9962/3

any [34] 9908/7
9910/16 9911/16
9925/19 9927/19
9929/24 9943/6
9948/10 9948/15
9950/17 9960/20
9965/22 9969/6
9970/10 9986/7
9988/11 9991/8 9997/2
10001/21 10001/25
10002/2 10002/15
10002/24 10007/17
10007/19 10008/16
10008/20 10010/9
10011/4 10011/7
10013/19 10013/25
10022/7 10024/24

anybody [5] 9916/6
10009/8 10016/16
10022/13 10022/14

anymore [1] 9936/11

anyone [3] 9978/3
10007/24 10016/15

anyone's [1] 9992/4

anything [9] 9902/16
9944/9 9947/18
9969/15 9985/22
9997/25 9999/2
10022/12 10024/25

anywhere [1] 10007/16

apologize [3] 10011/24
10023/16 10024/12

app [2] 9968/22
9968/23

apparent [1] 9941/24

APPEARANCES [4]
9900/13 9900/20
9901/17 9902/15

appeared [1] 9956/4

appears [1] 9933/6

applauding [1]
9945/14

application [1]
9969/22

appointed [1] 9955/16

appreciative [3]

angle [1] 9933/21
10022/23

approached [1]
10017/10

appropriate [1]
10002/20

approve [3] 10004/16
10004/24 10004/25

April [2] 9983/24
9984/19

Aquino [1] 10006/22

archaic [1] 10002/23

architect [3] 9908/7
9935/12 9977/18

arduous [1] 9986/1

are [104] 9904/22
9905/7 9905/15
9905/16 9905/17
9905/19 9907/11
9908/2 9910/8 9910/9
9910/10 9910/10
9911/7 9911/8 9911/12
9912/19 9916/16
9919/6 9920/15
9920/15 9920/25
9921/19 9923/7
9925/22 9927/21
9934/1 9937/9 9940/24
9940/24 9940/25
9941/7 9941/12 9942/2
9942/5 9942/11
9942/12 9942/22
9942/25 9943/4
9943/16 9944/10
9945/11 9946/10
9947/9 9947/17
9948/13 9952/9
9952/15 9955/13
9956/3 9957/16 9959/6
9962/21 9962/24
9963/24 9966/19
9970/2 9970/7 9970/7
9970/12 9971/8
9971/14 9972/17
9973/12 9973/22
9973/23 9974/13
9976/10 9976/13
9976/15 9977/13
9977/21 9979/3 9979/7
9981/4 9982/4 9982/25
9983/18 9983/18
9983/21 9986/3
9988/10 9992/24
9997/24 10003/13
10004/23 10005/1
10006/17 10010/22
10011/18 10013/20
10015/22 10016/18
10016/20 10016/21
10018/6 10018/10
10019/23 10021/25
10022/15 10024/3
10025/4 10025/8
10025/8

area [7] 9906/18
9930/14 9933/11
9939/5 9957/23
10019/12 10019/19

Area 8 [1] 10019/12

aren't [1] 9963/12

arguably [1] 9931/1

argue [8] 9983/22
9989/7 10013/6
10014/21 10014/24
10020/13 10022/2
10024/1

argued [2] 9984/23
9992/22

arguing [2] 9982/21
9982/22

argument [6] 9900/9
9991/23 9994/23
9995/4 10014/17
10023/25

Arizona [7] 9936/24
9937/1 9937/10
9937/23 9939/14
9941/14 9942/23

Arlington [3] 9941/20
9997/23 9998/18

arm [1] 9954/3

armed [4] 9914/14
9914/15 9926/8
9934/11

arms [6] 9918/15
9924/20 9924/24
9928/15 9934/2 9940/8

Army [1] 10019/23

around [4] 9923/15
9944/24 9945/5 9973/3

arrest [4] 9964/21
9965/4 9965/8 9965/16

arrested [6] 9964/23
9964/24 9967/22
9990/4 9999/16
9999/19

arsenal [2] 9906/17
9939/10

arson [1] 9990/6

Article [4] 9972/10
10004/11 10004/14
10004/22

Article II [4] 9972/10
10004/11 10004/14
10004/22

articulated [1] 10005/7

as [153]

ask [17] 9915/8
9934/16 9935/6
9948/16 9950/19
9962/5 9976/11
9987/13 9987/18
9992/17 10002/1
10003/20 10004/22
10005/23 10019/8
10023/2 10024/3

asked [13] 9915/6
9938/14 9969/6 9979/8
9991/9 9997/9 9998/1
9999/24 10000/3
10001/22 10006/7
10018/3 10020/9

asking [9] 9933/22
9933/24 9987/8
10001/24 10002/16

area [7] 9906/18
9930/14 9933/11
10019/12 10019/19

Area 8 [1] 10019/12
10003/12 10003/12
10003/20 10004/9

ASOG [1] 10020/16

aspects [1] 9972/17

ass [1] 9925/25

assaulting [2] 9955/22
9955/23

assess [3] 9925/20
9934/15 9950/19

assessing [1] 9952/9

assessments [1]
9987/7

assistance [1] 9988/6

assisted [1] 9917/23

ASSOCIATES [1]
9901/14

ate [1] 10019/1

Atlanta [1] 9988/12
9998/22

att.net [1] 9901/12

attachment [1] 9966/9

attack [5] 9907/8
9911/13 9911/15
9967/14 9998/3

attacked [3] 9990/2
9990/15 9996/18

attacking [3] 9906/20
9996/10 9996/13

attempted [1] 9993/12

attend [1] 9919/14

attendees [2] 9914/1
9995/19

Attending [1] 9976/1

attention [3] 9989/3
10015/9 10021/23

attentive [1] 9982/5

attitude [1] 9927/15

attorney [3] 10003/5
10004/5 10008/6

ATTORNEY'S [1]
9900/16

attorneys [1] 9987/20

audio [3] 9915/14
9946/2 9952/3

authority [5] 9918/22
9971/19 9971/23
9971/24 9983/7

available [1] 9964/8

Avenue [3] 9901/3
9901/7 9903/4

avoid [3] 9965/16
10023/14 10023/18

awareness [1] 9969/25

away [5] 9949/15
9954/6 9956/23
10006/21 10023/18

awkwardly [1] 9953/16

**B**

back [49] 9914/15
9928/10 9928/15
9934/3 9937/13
9938/13 9949/15
9949/18 9953/25
9954/17 9954/23
9956/13 9957/6 9957/8
9959/19 9963/14
9963/23 9965/11

back... **[31]** 9971/11
9976/24 9977/2
9979/22 9982/11
9983/21 9984/1 9984/9
9984/15 9985/7
9985/14 9987/21
9988/24 9992/9
9992/17 9993/6
9993/13 9996/18
9999/22 10001/7
10005/24 10005/24
10006/2 10008/7
10009/20 10011/5
10012/5 10013/21
10017/7 10021/5
10021/10
**backed [1]** 10024/11
**background [3]**
9952/18 9954/5 9976/4
**backwards [2]** 9969/3
9992/12
**bad [1]** 9969/8
**bags [1]** 9941/24
**bakery [1]** 9987/16
**balance [3]** 9942/6
9942/8 10005/16
**balcony [1]** 9956/18
**ballots [1]** 10005/1
**balls [2]** 9915/9
9930/16
**Ballston [3]** 9931/11
9931/18 9937/15
**banded [1]** 9980/21
**banned [1]** 9930/21
**barbershop [1]** 9912/9
**BARRETT [2]** 9901/3
9903/4
**barricade [1]** 9947/1
**barricading [1]** 9907/5
**bars [1]** 9956/4
**based [1]** 9920/23
**bases [1]** 10005/5
**basically [1]** 9973/6
**Basin [1]** 9933/11
**battle [6]** 9941/4
9941/13 9962/17
9962/22 9962/25
9963/3
**battlefield [3]**
10013/18 10016/18
10016/24
**be [107]** 9904/5
9905/14 9908/20
9908/22 9909/2 9909/5
9912/6 9916/1 9916/1
9918/15 9918/19
9919/7 9919/17
9921/6 9921/24
9923/20 9923/24
9925/11 9925/16
9925/19 9927/15
9928/10 9928/15
9929/8 9929/23 9931/3
9931/19 9932/17
9933/9 9933/12
9934/22 9935/14

9942/4 9942/5 9942/14
9942/22 9942/24
9942/25 9943/1 9943/3
9943/18 9951/16
9955/16 9958/24
9960/21 9961/19
9962/23 9963/14
9967/18 9969/8
9969/17 9969/17
9971/13 9971/24
9974/8 9979/8 9979/19
9980/8 9981/19
9981/25 9982/14
9982/21 9984/1 9984/8
9985/9 9985/13
9988/24 9990/17
9992/3 9992/8 9992/14
9995/14 9997/7 9998/9
9999/17 10000/4
10000/15 10001/22
10002/18 10003/4
10003/10 10004/23
10009/21 10009/21
10009/22 10010/23
10011/4 10011/18
10012/10 10012/10
10012/22 10012/24
10014/19 10015/19
10018/6 10019/7
10019/8 10019/12
10019/13 10021/7
10021/25 10023/14
**bear [1]** 9930/23
**became [3]** 9974/7
9974/7 9975/14
**because [83]** 9906/9
9908/2 9912/6 9915/15
9915/20 9915/21
9916/20 9917/9
9917/12 9919/1 9920/7
9920/15 9921/8
9921/18 9922/11
9923/5 9925/2 9927/4
9928/1 9928/15 9930/9
9930/21 9931/2 9933/6
9935/7 9935/8 9937/9
9937/16 9938/10
9938/21 9939/11
9939/16 9942/5
9948/24 9949/14
9951/6 9953/7 9955/1
9956/7 9957/15
9958/20 9958/24
9962/22 9965/25
9966/20 9966/22
9967/5 9967/6 9967/8
9967/24 9971/5
9973/20 9974/15
9975/23 9982/8
9985/16 9987/9 9988/1
9989/8 9990/10 9992/3
9992/18 9993/9
9999/15 9999/19
10003/6 10003/11
10004/20 10008/2
10010/3 10010/21
10011/11 10012/11

10014/14 10015/15
10020/14 10022/10
10022/20 10025/11
10025/12 10025/12
**become [4]** 9915/2
9916/24 9986/23
9996/19
**becoming [9]** 9908/12
9919/11 9924/11
9926/25 9935/10
9946/16 9972/1
9980/24 9984/23
**been [52]** 9913/10
9913/11 9916/2 9916/7
9919/4 9928/16
9937/16 9938/21
9940/18 9947/11
9956/10 9966/6
9966/23 9966/24
9981/24 9982/4 9982/5
9982/17 9982/18
9985/6 9986/1 9986/21
9989/4 9989/5 9991/11
9991/16 9992/22
9995/12 9996/1 9996/4
10001/23 10002/23
10004/10 10005/21
10006/5 10006/19
10009/10 10011/13
10013/12 10014/25
10015/1 10016/2
10016/23 10019/25
10020/5 10020/11
10023/25 10024/2
10024/6 10024/10
10024/18 10025/20
**before [31]** 9900/9
9904/25 9914/17
9918/9 9921/12 9927/7
9928/5 9933/3 9946/22
9946/25 9955/2 9955/4
9958/3 9958/6 9960/3
9962/1 9964/21
9966/21 9966/24
9968/21 9968/23
9979/11 9982/1 9982/6
9985/20 9986/9
9988/11 9995/6
10002/19 10008/17
10009/15
**beforehand [2]**
9992/15 10006/23
**began [14]** 9912/25
9919/23 9920/18
9921/25 9922/18
9922/24 9924/14
9944/21 9962/1
9963/10 9969/2 9974/8
9974/19 9974/22
**begin [4]** 9907/19
9934/6 9976/11
9976/23
**beginning [13]** 9945/5
9945/14 9945/19
9964/20 9982/12
9983/21 9983/23
9983/25 9984/9

9989/7 10010/10
**beginnings [1]**
9983/21
**begins [1]** 9924/2
**behalf [4]** 9981/19
9982/6 9982/7 9982/13
**being [34]** 9911/16
9914/14 9915/3
9918/25 9929/21
9932/18 9934/12
9936/13 9955/6
9956/14 9973/20
9978/5 9981/23
9984/23 9988/10
9989/21 9989/23
9990/2 9990/14
9990/15 9993/4
9996/16 9996/17
9996/17 9996/18
9998/7 9999/14
10000/2 10005/11
10011/3 10011/7
10012/13 10013/2
10023/1
**beings [1]** 9939/12
**belief [1]** 10003/3
**beliefs [1]** 10021/4
**believe [9]** 9933/22
9952/9 9985/19
9988/19 9991/13
9998/10 10014/14
10014/20 10023/15
**believed [2]** 9920/24
9940/1
**believes [1]** 10014/19
**belongings [1]**
9965/12
**benefit [1]** 10005/4
**benefits [1]** 9932/8
**Berwick [1]** 9902/8
**best [1]** 9994/24
**better [2]** 9920/6
9926/5
**between [11]** 9964/4
9974/12 9979/18
9982/20 9983/11
9992/10 10000/6
10007/16 10007/17
10013/13 10017/4
**beyond [2]** 9974/23
10022/25
**Biden [9]** 9906/16
9909/18 9913/5 9913/8
9914/7 9916/11
9921/22 9926/3
9926/12
**big [5]** 9929/15 9940/1
9987/23 9997/10
10002/6
**bit [4]** 9912/21 9944/8
9964/14 10019/5
**bivouaced [1]** 9941/21
**blade [1]** 9999/25
**BLM [1]** 9996/13
**block [1]** 9989/22
**bloody [1]** 9923/10
**blunt [1]** 9942/23

**board [4]** 9907/22
9907/23 9908/4 9946/9
**boasted [1]** 9959/1
**boat [3]** 9931/16
9933/17 9934/20
**boats [4]** 9933/22
9933/24 9933/25
9934/22
**bodies [3]** 9912/16
9977/8 9981/1
**body [5]** 9905/20
9934/25 9984/7 9988/7
10004/22
**bodyguard [1]** 10021/8
**boil [1]** 9924/5
**Bombast [1]** 9991/19
**bombed [1]** 10005/11
**bombs [1]** 9990/3
**bonds [1]** 9994/15
**booked [3]** 9931/13
9932/5 9937/18
**both [11]** 9909/10
9915/22 9930/14
9949/5 9949/6 9949/22
9973/17 9977/23
10008/22 10020/2
10024/12
**box [1]** 9916/22
**boys [2]** 9969/14
9969/16
**Bradford [3]** 9902/7
9902/10 9904/19
**BRAND [1]** 9902/3
**brandwoodwardlaw.c
om [1]** 9902/5
**breach [10]** 9943/13
9950/18 9951/13
9951/18 9951/19
9960/3 9976/25 9978/8
9997/14 10006/10
**breached [10]** 9951/10
9956/11 9957/13
9957/18 9957/23
9960/14 9977/16
9980/12 10007/3
10016/25
**breaching [4]** 9943/9
9943/16 9943/18
9943/19
**break [5]** 9961/6
9999/12 10009/15
10023/8 10025/6
**breaking [2]** 9999/14
9999/18
**Breonna [1]** 9989/16
**bridges [1]** 9933/13
**BRIGHT [11]** 9901/3
9901/7 9904/15
9981/15 9981/19
9986/10 10014/19
10018/18 10018/20
10023/6 10023/23
**Bright's [1]** 10017/25
**bring [16]** 9905/10
9915/7 9915/9 9930/21
9931/1 9932/23 9938/3
9938/22 9941/1
9948/14 9996/2 9996/3

## B

**bring... [4]** 9998/15
9999/20 9999/25
10015/16

**bringing [8]** 9915/12
9930/13 9930/16
9930/17 9930/18
9930/19 9932/19
9964/7

**brings [2]** 10002/7
10013/24

**broad [1]** 10002/24

**broke [2]** 9956/19
9957/5

**bronze [1]** 9977/21

**brought [16]** 9909/21
9912/14 9930/22
9930/25 9938/21
9939/2 9939/7 9939/17
9939/21 9939/22
9940/3 9940/5 9953/4
10008/21 10011/11
10011/18

**bug [1]** 9964/13

**building [41]** 9907/2
9943/9 9943/13
9943/16 9943/19
9947/2 9950/18
9951/10 9951/15
9951/18 9952/9
9952/13 9952/17
9952/17 9953/3 9953/7
9953/14 9958/19
9959/10 9960/10
9960/14 9960/19
9960/19 9962/14
9963/1 9966/15
9966/15 9973/20
9976/20 9976/24
9977/1 9977/1 9977/4
9977/7 9978/3 9978/9
9980/13 10016/5
10016/16 10017/15
10022/17

**buildup [1]** 9993/19

**bullet [1]** 9953/12

**bullhorn [1]** 10022/12

**bunch [3]** 9994/25
9995/7 10011/20

**bunker [1]** 9990/17

**burned [1]** 9993/11

**Burnie [1]** 9902/13

**burning [2]** 9991/5
10005/13

**burnt [1]** 9966/6

**business [3]** 9987/16
9991/8 10015/23

**businesses [3]** 9987/8
9987/15 9988/2

**busted [1]** 9951/24

**buy [2]** 10014/11
10014/11

## C

**Cag [3]** 9909/23
9909/24 9934/4

**Cain [2]** 9968/15
10011/10

**Caldwell [64]** 9902/11
9904/12 9904/21
9905/4 9909/23 9910/3
9917/21 9917/22
9917/25 9918/24
9919/3 9919/12
9919/14 9924/1 9924/6
9924/9 9929/11 9931/7
9931/10 9931/22
9932/1 9932/7 9932/15
9933/19 9933/23
9934/5 9934/19
9934/20 9955/21
9956/2 9956/7 9956/12
9956/16 9956/21
9956/25 9957/4 9957/7
9957/10 9963/6
9963/19 9964/17
9964/24 9966/7
9966/18 9966/21
9967/2 9967/18
9967/23 9968/10
9979/3 9995/7 10000/8
10016/19 10025/8

**Caldwell's [9]** 9918/6
9918/8 9934/7 9967/6
9967/8 9967/16
9967/21 9995/6
9997/22

**call [52]** 9909/12
9909/13 9909/14
9914/18 9914/20
9915/8 9915/20
9915/22 9916/4 9916/7
9916/7 9916/19
9916/19 9916/22
9917/4 9917/6 9917/13
9917/14 9917/22
9918/13 9918/22
9922/6 9925/7 9929/10
9933/2 9933/3 9933/6
9935/20 9947/25
9948/11 9948/22
9948/23 9949/2 9949/3
9949/6 9949/10
9949/14 9950/7
9950/10 9950/20
9985/14 9985/25
9985/25 9997/10
10015/20 10015/20
10015/21 10015/23
10016/1 10016/3
10017/1 10022/16

**called [19]** 9905/23
9908/10 9910/4
9912/10 9913/7 9914/6
9914/7 9914/10 9915/3
9918/15 9922/1
9930/15 9948/20
9970/13 9972/13
9988/19 9998/10
10009/6 10016/10

**calling [9]** 9910/6
9913/15 9916/16
9920/21 9922/5 9922/9
9926/7 9948/7 9948/8

**calls [5]** 9911/25
9912/17 9935/25

**came [22]** 9907/25
9913/24 9914/17
9917/5 9918/1 9918/8
9919/16 9946/22
9949/15 9960/13
9963/17 9974/3
9975/25 9976/19
9980/7 9995/1 9995/11
9995/18 9999/5
10009/20 10017/20
10021/6

**camera [1]** 10001/12

**can [42]** 9919/9
9919/10 9925/20
9925/21 9932/13
9943/18 9951/15
9952/3 9953/15 9958/5
9959/5 9961/2 9961/6
9966/19 9969/7
9969/11 9969/12
9969/24 9971/8
9971/13 9971/18
9972/4 9975/7 9981/5
9982/22 9988/6
9993/13 9999/25
10002/12 10002/13
10004/8 10008/2
10011/18 10012/21
10014/5 10015/5
10015/5 10016/4
10016/5 10019/7
10020/24 10023/19

**can't [8]** 9919/6
9949/11 9949/12
9954/9 9992/12
10003/10 10008/12
10015/24

**cannot [3]** 9925/19
9981/2 10010/8

**Cap [1]** 9909/16

**capacity [1]** 10005/20

**Capitol [68]** 9906/21
9906/25 9907/1
9911/10 9911/13
9911/15 9912/16
9917/20 9923/15
9923/21 9924/4
9931/24 9934/13
9943/8 9943/19
9944/22 9945/6
9945/15 9945/17
9945/18 9945/21
9946/14 9947/9
9947/25 9948/2 9948/5
9948/7 9948/21 9950/5
9950/11 9950/18
9950/23 9951/13
9951/20 9951/23
9954/21 9955/22
9956/14 9957/1
9957/14 9958/19
9959/12 9960/17
9962/11 9962/14
9963/20 9963/22
9965/8 9966/13
9967/14 9970/22
9973/17 9976/3

**Capitol's [1]** 10016/25

**Captain [1]** 9909/16

**captured [1]** 9966/25

**captures [1]** 9958/20

**car [2]** 9965/14
10008/13

**caravan [1]** 9995/11

**careful [2]** 9929/21
9969/1

**Carolina [17]** 9917/1
9917/5 9918/6 9932/3
9932/4 9932/10 9933/4
9933/15 9935/23
9936/11 9936/14
9936/15 9936/17
9936/19 9936/20
9937/19 9939/14

**carried [3]** 9930/24
9998/5 9998/6

**carrying [1]** 9971/1

**cart [2]** 9939/24
9968/14

**case [37]** 9904/8
9911/11 9912/8
9912/20 9926/15
9927/19 9934/4
9937/15 9939/23
9952/10 9962/2
9964/22 9967/4
9968/20 9969/19
9972/6 9974/18 9979/9
9979/25 9981/9
9982/19 9982/21
9982/23 9983/22
9988/24 9995/22
9995/23 9997/20
9998/2 9998/3
10005/18 10009/8
10010/3 10016/13
10021/23 10022/25
10023/2

**cases [2]** 9939/16
9987/16

**cast [2]** 9921/21
9921/22

**castle [1]** 9962/20

**cattle [1]** 9930/19

**cause [4]** 9915/24
9916/10 9916/15
9981/1

**causes [1]** 9995/16

**caveat [3]** 9998/4
9998/4 9998/7

**CCTV [2]** 9953/13
9957/3

**celebrating [1]**
10011/3

**celebratory [2]**
10010/20 10011/8

**cemetery [1]** 9998/19

**central [1]** 9971/24

**centuries [1]** 9906/6

**certain [1]** 9979/5

**certainly [2]** 9942/16
9984/22

**certification [23]**
9920/3 9922/25
9928/25 9946/15
9960/22 9963/1
9970/21 9971/3
9972/14 9972/15
9973/8 9974/9 9976/23
9977/2 9977/10
9979/23 9980/4
9983/10 9997/18
9997/19 10006/12
10009/22 10016/17

**certified [3]** 9903/3
10015/23

**certify [4]** 9923/3
9924/3 9929/1 10026/2

**CH [1]** 9903/4

**chain [2]** 9967/7
9969/12

**chains [2]** 9968/20
9969/12

**chair [1]** 9916/13

**challenge [2]** 9980/6
9980/16

**challenges [1]** 9980/9

**chamber [5]** 9907/6
9953/20 9954/7
9978/22 9979/22

**chambers [1]** 9980/14

**chance [2]** 9916/12
9923/22

**change [2]** 9921/4
9981/5

**chanting [2]** 9917/20
9952/2

**chapter [4]** 9908/17
9925/5 9925/12
9958/12

**charge [4]** 9969/18
9970/1 9991/25
10019/7

**charged [20]** 9907/12
9911/7 9911/8 9911/12
9926/14 9926/16
9970/2 9971/14
9973/23 9974/25
9976/13 9976/15
9976/16 9976/17
9977/13 9978/19
9978/25 9979/3
9997/13 9997/15

**charges [15]** 9907/17
9926/15 9970/4 9970/6
9970/7 9973/22
9973/25 9974/13
9975/2 9975/18
9976/12 9979/7 9983/4
10011/18 10022/25

**chat [2]** 9916/6
9923/15 9927/21
9933/1 9933/2 9936/16
9936/16 9938/11
9945/25 9948/4

**chat... [2]** 9959/10 9999/15

**chats [7]** 9913/9 9913/18 9969/7 9982/24 9992/11 10005/25 10007/22

**check [3]** 9942/6 9942/8 10003/1

**checking [1]** 9950/18

**chemical [1]** 9977/22

**Cheyenne [1]** 9989/21

**Chi [2]** 9926/1 9926/3

**Chi-Com [2]** 9926/1 9926/3

**chicken [1]** 10006/22

**chief [1]** 9923/8

**childish [1]** 9988/19

**children [1]** 9989/13

**chimes [1]** 9933/15

**Chinese [1]** 9923/11

**choice [6]** 9908/15 9924/18 9927/18 9927/24 9947/14 10022/18

**choose [7]** 9982/15 9982/16 9982/17 10008/6 10010/17 10018/13 10020/23

**chop [2]** 9989/21 10005/9

**chose [3]** 9941/1 9942/19 9986/23

**Christopher [1]** 9954/12

**Church [1]** 9990/14

**Cinnaminson [1]** 9902/8

**circle [1]** 10020/18

**circles [1]** 10020/21

**circumstances [1]** 10002/25

**circumstantial [2]** 9946/19 10014/1

**cities [1]** 9996/10

**city [14]** 9930/21 9931/1 9931/5 9931/9 9931/20 9934/22 9935/15 9940/8 9963/17 9965/10 9989/23 9990/12 9995/15 9999/11

**civil [6]** 9905/20 9910/6 9913/5 9924/8 9978/20 9978/24

**Civil War [4]** 9905/20 9910/6 9913/5 9924/8

**civilian [7]** 9984/2 9986/22 9989/11 9996/15 10006/4 10010/2 10011/13

**claim [1]** 9949/6

**clarify [3]** 9986/4 9997/13 10012/20

**clear [14]** 9921/6 9922/13 9924/7 9924/14 9925/17 9933/12 9958/24

9004/15 10012/21 10013/23 10019/4

**cleared [1]** 9976/24

**clearer [1]** 9943/18

**clearly [3]** 9917/12 9946/19 10023/23

**climbing [2]** 9934/13 10022/17

**close [5]** 9908/11 9925/3 9931/23 9978/14 9997/10

**closed [3]** 9933/13 9965/3 9978/15

**closely [1]** 9906/5

**closer [1]** 9977/20

**closing [3]** 9900/9 9982/7 9985/5

**closings [1]** 9962/4

**co [56]** 9922/15 9922/18 9923/12 9924/14 9924/14 9924/24 9928/9 9928/14 9940/3 9940/4 9940/8 9941/1 9941/4 9941/23 9943/4 9943/20 9944/14 9944/15 9946/1 9946/10 9946/20 9947/12 9947/19 9947/25 9948/3 9948/20 9954/2 9954/10 9957/13 9957/18 9957/24 9958/12 9958/25 9959/2 9959/14 9960/2 9962/10 9962/15 9962/24 9963/6 9963/14 9964/6 9964/22 9965/1 9965/3 9965/9 9965/24 9966/1 9966/3 9966/11 9966/25 9968/11 10000/22 10008/23 10009/10

**co-conspirator [13]** 9940/3 9940/4 9941/23 9954/2 9958/12 9959/2 9960/2 9963/14 9964/6 9964/22 9966/1 9966/3 9966/25

**co-conspirators [38]** 9922/15 9922/18 9923/12 9924/14 9924/24 9928/9 9928/14 9940/8 9941/1 9941/4 9943/4 9943/20 9944/14 9944/15 9946/1 9946/10 9946/20 9947/12 9947/19 9947/25 9948/3 9948/20 9954/10 9957/13 9957/18 9957/24 9958/25 9959/14 9962/10 9962/15 9962/24 9963/6 9965/3 9965/9 9965/24

**co-conspirators' [2]** 9965/1 9968/11

**co-counsel [1]** 10008/23

**co-defendants [2]** 9924/14 9966/11

**coach [2]** 9998/15 10015/8

**Code [1]** 9972/12

**coffin [1]** 9927/22

**coherent [1]** 9935/1

**coincidence [1]** 9950/8

**collection [1]** 10006/15

**collectors [1]** 9945/9

**College [1]** 9921/19

**COLUMBIA [1]** 9900/1

**Columbus [1]** 9977/21

**column [1]** 10018/10

**Com [2]** 9926/1 9926/3

**combat [1]** 10019/23

**come [22]** 9945/20 9945/21 9948/4 9964/11 9966/3 9976/24 9977/2 9983/2 9983/12 9987/21 9992/7 9993/13 9995/8 9995/15 10006/16 10007/23 10008/7 10015/5 10015/5 10015/8 10016/11 10017/2

**comes [5]** 9945/11 10001/20 10004/16 10007/13 10013/2

**Comfort [4]** 9931/11 9931/18 9932/17 9937/15

**Comfort Inn [1]** 9931/18

**comfortable [1]** 9914/21

**coming [4]** 9937/4 9996/12 10011/25 10012/7

**command [2]** 9950/16 9986/15

**commander [2]** 9923/8 9950/19

**commemorate [1]** 9942/19

**commemorates [2]** 9979/12 9979/14

**comment [4]** 9953/3 9985/5 10009/16 10017/17

**comments [2]** 9965/23 10011/16

**commitment [1]** 9963/8

**committed [2]** 9932/18 9976/14

**common [1]** 9930/5

**comms [3]** 9929/12 9965/21 9966/5

**communications [3]** 9913/19 9929/18

**compared [2]** 9985/9 9995/14

**compartmentalization [3]** 9993/23 9993/25 9996/25

**complaining [3]** 9944/9 9945/2 9947/17

**complete [3]** 9971/3 9980/3 9994/23

**completely [8]** 9956/14 9960/16 9995/2 9995/3 10001/14 10011/4 10012/10 10012/11

**component [1]** 9914/15

**computer [1]** 9903/7

**computer-aided [1]** 9903/7

**concede [1]** 9993/22

**concept [2]** 9995/24 10022/6

**concerned [1]** 9925/10

**concise [1]** 10009/25

**concrete [1]** 9913/21

**concretely [1]** 9958/20

**condition [1]** 9998/12 10021/20

**conduct [10]** 9906/23 9911/25 9930/10 9957/17 9975/21 9976/14 9978/18 9978/21 9979/4 9987/3

**conference [1]** 9949/2

**confirm [2]** 10019/12 10019/14

**confirmed [3]** 10011/12 10018/3 10020/17

**confiscated [1]** 9931/2

**confluence [1]** 10010/14

**confronted [1]** 9925/23

**confserver [1]** 9949/1

**Congress [22]** 9907/5 9907/13 9918/21 9923/2 9929/1 9942/9 9963/1 9971/1 9971/2 9971/6 9973/11 9973/13 9976/15 9976/17 9976/18 9979/14 9979/4 9980/3 9980/11 9980/13 9981/12 9994/19 10000/25

**connect [2]** 9949/3 9949/10

**connected [5]** 9937/7 9937/23 9948/24 9949/2 9949/14

**Conquer [2]** 9927/14 9928/20

**consciousness [1]** 9969/25

**consider [1]** 9970/5

**consistency [2]** 10012/3 10019/25

**consistent [1]** 9981/9

**conspiracy [80]** 9907/12 9907/16 9907/24 9908/1 9908/3 9908/5 9908/6 9908/22 9909/21 9910/19 9910/21 9911/2 9916/21 9918/23 9926/14 9926/16 9926/23 9928/3 9928/4 9928/6 9930/9 9931/3 9932/23 9938/1 9938/5 9938/6 9939/6 9939/12 9940/15 9946/11 9946/22 9952/10 9957/21 9958/20 9958/23 9970/7 9970/7 9970/13 9970/14 9970/14 9970/18 9970/19 9970/24 9970/25 9971/14 9971/16 9973/5 9973/10 9973/21 9974/5 9974/11 9974/12 9974/19 9974/22 9974/25 9975/1 9975/2 9975/6 9975/7 9975/7 9975/15 9975/18 9976/12 9978/8 9978/10 9981/12 9983/6 9983/9 9983/16 9991/24 9991/25 10004/7 10010/8 10012/21 10019/8 10020/11 10021/19 10022/8 10022/8 10022/9

**conspirator [13]** 9940/3 9940/4 9941/23 9954/2 9958/12 9959/2 9960/2 9963/14 9964/6 9964/2 9966/1 9966/3 9966/25

**conspiratorial [1]** 9914/16

**conspirators [39]** 9922/15 9922/18 9923/12 9924/14 9924/24 9928/9 9928/14 9940/8 9941/1 9941/4 9943/4 9943/20 9944/14 9944/15 9946/1 9946/10 9946/20 9947/12 9947/19 9947/25 9948/3 9948/20 9954/10 9957/13 9957/18 9957/24 9958/25 9959/14 9962/10 9962/15 9962/24 9963/6 9965/3 9965/9 9965/24 9966/11 9994/14 10000/22 10009/10

**conspirators' [2]** 9965/1 9968/11

**conspire [1]** 10002/4

**conspired [4]** 9973/7 9973/13 9973/14

# C

**conspired... [1]** 9981/6
**conspiring [2]** 9971/5 9976/16
**constant [1]** 9978/15
**Constitution [8]** 9903/4 9972/9 9972/17 9972/24 9980/5 9980/7 9980/10 10004/12
**constitutional [6]** 9922/1 9925/18 9927/5 9998/11 10004/23 10005/3
**construction [1]** 9956/19
**contact [1]** 9979/8
**content [1]** 9917/10
**contested [1]** 9906/5
**context [2]** 9947/21 9993/9
**Continental [1]** 9979/14
**continue [6]** 9957/8 9961/6 9964/18 9977/3 10014/24 10020/13
**continued [13]** 9901/1 9902/1 9903/1 9912/4 9916/9 9942/1 9942/11 9960/25 9963/25 9964/2 9977/1 9977/4 10020/11
**continues [3]** 9938/24 9945/7 9999/9
**continuing [3]** 9963/8 10021/18 10021/18
**continuously [1]** 9959/19
**contradicted [2]** 9949/8 9949/24
**contradiction [2]** 9949/20 9949/21
**contrary [2]** 9912/7 9951/12
**contrast [1]** 9979/18
**contribute [1]** 9977/5
**contributed [4]** 9956/7 9956/14 9977/8 9977/8
**control [3]** 9925/13 9990/21 9990/24
**convened [1]** 9992/5
**conveniently [1]** 9992/16
**convening [1]** 10001/5
**convince [1]** 9923/24
**coordinate [1]** 9936/24
**coordinated [3]** 9932/2 9996/2 10013/15
**coordinating [2]** 9935/22 10013/19
**coordination [9]** 9937/25 9938/4 9938/24 9957/20 9968/20 10007/17 10013/11 10013/13 10013/19
**cops [3]** 9954/23 9954/24 10017/23
**core [2]** 9906/4

**corner [1]** 10010/19
**corners [1]** 9906/19
**correct [3]** 9920/24 10019/7 10026/3
**corrected [1]** 10009/14
**correctly [1]** 10019/17
**corroborating [1]** 9953/16
**corroboration [1]** 9953/13
**cost [1]** 9977/24
**could [30]** 9905/6 9909/6 9915/7 9915/7 9915/9 9921/9 9929/23 9930/21 9931/3 9932/9 9941/22 9949/17 9953/5 9953/6 9953/11 9956/22 9957/2 9976/24 9979/22 9980/3 9992/2 10003/4 10003/16 10010/5 10012/24 10015/19 10016/1 10025/16
**couldn't [4]** 9949/10 9997/16 10015/15 10015/15
**counsel [6]** 9981/16 9982/18 10008/23 10023/13 10024/23 10024/24
**count [2]** 9974/11 9974/11
**counterintuitive [2]** 10018/8 10018/9
**counterparts [1]** 9952/16
**country [10]** 9906/2 9928/18 9928/19 9955/11 9972/8 9990/6 9991/5 10000/13 10004/20 10005/13
**counts [3]** 9970/8 9981/13 10023/3
**coup [1]** 9926/1
**couple [2]** 9905/7 9971/8
**course [2]** 9909/9 9912/22
**court [17]** 9900/1 9903/2 9903/3 9904/3 9928/5 9961/15 9961/17 9981/16 9981/25 10001/6 10008/25 10019/18 10024/3 10024/12 10025/13 10025/17 10025/21
**courthouse [2]** 9990/2 10005/10
**courtroom [6]** 9904/23 9905/12 9939/17 9961/12 9961/23 10023/11
**courtyard [3]** 9932/7 9932/8 9932/12
**cousin's [1]** 9938/20

**coverage [2]** 9967/6 9967/15
**COVID [1]** 10004/20
**cowering [1]** 9906/25
**CR [1]** 9900/4
**create [2]** 9992/13
**creating [1]** 9976/21
**crime [5]** 9972/4 9977/11 9978/12 9978/19 9979/1
**crimes [4]** 9925/22 9965/5 9968/11 9978/18
**criminal [4]** 9904/8 9976/6 9981/8 9997/25
**Crisp [5]** 9901/14 9901/14 9904/20 9982/12 10011/11
**crisplegal.com [1]** 9901/16
**critical [3]** 9906/4 9914/2 9948/21
**cross [3]** 10001/20 10008/24 10012/18
**cross-examination [3]** 10001/20 10008/24 10012/18
**crosses [1]** 9997/8
**crowd [7]** 9947/1 9951/9 9951/17 9959/22 9959/25 9960/2 9988/17
**Crowl [8]** 9919/15 9953/25 9959/3 9964/23 9966/12 9966/18 9967/4 9967/8 9967/15
**CRR [2]** 10026/2 10026/8
**crud [1]** 9924/4
**crystallized [2]** 9922/25 9928/24
**Cuban [2]** 9987/8 9987/16
**culmination [1]** 9993/20
**Cummings [4]** 9939/20 9939/21 9940/9 9996/20
**current [1]** 10003/14
**currently [1]** 10016/10
**cut [2]** 10025/18 10025/20

---

## D

**D.C [42]** 9900/5 9900/17 9902/4 9903/5 9909/13 9909/14 9912/13 9915/10 9916/1 9916/1 9916/8 9917/17 9919/12 9919/20 9923/13 9924/2 9930/14 9932/25 9933/17 9933/18 9934/2

**coverage [2]** 9967/6 9967/15
**9939/4 9939/5 9941/1 9941/5 9941/6 9941/8 9941/18 9946/11 9954/13 9990/11 9992/8 9994/7 9994/12 9995/1 9995/8 9995/12 9999/5 10019/16**
**D.C. [2]** 9938/11 9948/4
**D.C. Op [1]** 9938/11
**D.C. Op Jan. 6 [1]** 9948/4
**dais [1]** 10007/7
**Dallas [3]** 9901/4 9901/8 10020/16
**damage [5]** 9977/17 9977/19 9977/20 9977/25 9978/16
**damaged [1]** 9977/20
**damning [4]** 9935/7 9936/22 9948/19 9950/1
**Dario [1]** 10006/21
**data [7]** 9968/2 9968/4 9968/9 9968/17 9968/21 9968/23 9969/20
**date [10]** 9922/2 9927/20 9928/25 9956/5 9974/19 9997/1 10011/6 10011/6 10011/7 10026/7
**dates [2]** 9993/23 9993/25
**David [3]** 9902/11 9904/21 9940/4
**day [43]** 9900/7 9908/25 9913/6 9913/8 9916/6 9919/3 9920/7 9923/2 9924/6 9926/12 9929/2 9933/1 9946/11 9948/12 9957/1 9958/14 9958/25 9960/17 9960/19 9963/10 9963/10 9965/18 9973/17 9993/8 9993/10 9993/19 9994/9 9994/20 9995/10 9995/21 10001/15 10005/23 10007/1 10007/15 10008/17 10009/19 10010/21 10012/19 10017/11 10019/3 10019/10 10020/5 10022/24
**daylight [1]** 10002/15
**days [17]** 9905/22 9908/10 9913/1 9913/14 9913/20 9914/6 9939/4 9963/7 9964/4 9964/20 9964/24 9967/22 9974/7 9991/22 10008/13 10008/14 10017/19
**deadline [1]** 9922/2

**die [1]** 9906/18
**9926/23**
**deal [5]** 9909/20 9920/19 9920/4 9987/23 9993/8
**dealing [1]** 9977/6
**debate [2]** 9980/9 9980/14
**December [30]** 9908/17 9909/12 9921/14 9921/18 9922/3 9923/14 9923/22 9924/1 9924/16 9925/24 9927/8 9927/16 9927/19 9931/10 9931/12 9974/6 9974/15 9974/21 9974/22 9975/2 9975/12 9992/6 9992/12 9994/16 9998/6 9999/10 10000/18 10000/21 10003/6 10003/7
**December 10th [1]** 9925/24
**December 12th [2]** 10000/18 10000/21
**December 21st [1]** 9927/8
**December 22nd [4]** 9908/17 9931/10 9931/12 9974/22
**December 30th [1]** 9909/12
**December 31st [1]** 9927/19
**decide [1]** 10014/19
**decided [1]** 9921/5
**decision [3]** 9983/19 10013/8 10017/25
**declaration [1]** 9920/11 9920/16 9943/3
**declare [3]** 9924/21 9925/7 9927/10
**deep [4]** 9923/10 9996/9 10014/3 10014/4
**deep-seated [1]** 9996/9
**deeper [1]** 9953/7
**deeply [4]** 9991/12 10011/10 10021/23 10022/23
**defeat [1]** 9926/1
**defend [5]** 9907/1 9927/13 9928/19 9985/19 9987/10
**defendant [185]**
**Defendant Caldwell [20]** 9917/22 9917/25 9924/6 9924/9 9932/1 9932/7 9932/15 9934/5 9955/21 9956/2 9956/7 9956/12 9956/16 9963/6 9963/19 9964/17 9964/24

**Defendant Caldwell...**
**[3]** 9966/7 9966/21
9967/23
**Defendant Caldwell's**
**[3]** 9934/7 9967/16
9967/21
**Defendant Harrelson**
**[16]** 9909/5 9909/10
9917/8 9917/9 9917/14
9938/10 9940/17
9940/20 9941/11
9952/4 9952/15 9953/2
9953/17 9963/5
9968/23 9969/1
**Defendant Harrelson's**
**[1]** 9909/7
**Defendant Jessica**
**Watkins [2]** 9914/3
9969/21
**Defendant Kelly**
**Meggs [1]** 9915/6
**Defendant Meggs [19]**
9908/21 9909/10
9915/23 9916/23
9917/9 9940/18
9940/20 9944/21
9949/22 9950/9
9950/11 9950/22
9952/15 9952/19
9963/5 9963/12
9968/21 9969/2 9969/2
**Defendant Meggs' [1]**
9923/12
**Defendant Rhodes**
**[27]** 9905/23 9908/22
9913/4 9913/8 9913/15
9916/23 9918/11
9920/13 9924/13
9924/17 9935/11
9935/12 9939/2
9947/11 9947/24
9948/6 9949/18
9949/21 9950/9
9950/22 9962/12
9962/16 9963/4 9964/2
9964/7 9965/9 9965/19
**Defendant Stewart**
**Rhodes [2]** 9908/5
9912/25
**Defendant Watkins**
**[21]** 9915/23 9915/25
9916/23 9917/8
9919/16 9932/16
9938/14 9944/20
9944/25 9952/13
9953/18 9953/24
9954/20 9955/2 9955/5
9959/2 9960/6 9963/22
9964/13 9964/22
9978/19
**Defendant Watkins' [1]**
9959/6
**defendant's [2]**
9975/19 9975/21
**defendants [90]**
9900/7 9904/22
9906/11 9906/14

9907/16 9907/20
9908/3 9909/15 9910/8
9910/10 9910/16
9911/6 9911/7 9911/8
9911/15 9911/20
9912/10 9912/17
9913/18 9919/22
9920/5 9921/4 9921/8
9921/16 9921/25
9922/23 9923/4
9924/14 9925/17
9928/9 9928/14 9929/4
9929/17 9929/21
9930/3 9930/13
9931/21 9940/25
9941/3 9943/24
9951/12 9951/18
9955/12 9958/11
9958/24 9959/13
9960/13 9960/18
9962/10 9962/15
9962/23 9963/25
9966/11 9970/2 9970/8
9970/9 9970/12 9971/4
9971/13 9972/19
9973/12 9973/22
9973/23 9974/3 9975/5
9975/7 9975/10
9975/11 9975/25
9976/4 9976/7 9976/13
9976/15 9977/11
9977/12 9977/12
9977/16 9978/1 9978/6
9979/2 9979/9 9980/17
9980/21 9981/6
9981/11 9982/7
9986/18 10010/13
**defendants' [8]**
9906/23 9911/23
9911/25 9912/8
9928/21 9930/8
9930/10 9960/23
**defending [2]** 9985/6
9985/21
**defense [4]** 9924/20
9926/7 10008/6
10023/13
**Defy [1]** 9927/11
**delay [7]** 9972/5
9972/20 9973/2 9973/8
9991/25 9997/18
10011/24
**delete [5]** 9965/22
9967/24 9969/10
9969/11 9969/12
**deleted [8]** 9917/10
9966/6 9966/24 9967/2
9968/13 9968/16
9969/20 9969/22
**deletes [1]** 9969/14
**deleting [7]** 9965/17
9965/22 9966/7
9966/21 9969/5 9970/1
9979/4
**deletion [2]** 9969/2
9969/24
**deliberate [2]** 9973/6

**deliberation [1]**
10023/2
**deliberations [2]**
9974/20 9976/11
**demanded [1]** 9981/10
**democracy [5]** 9906/4
9906/21 9907/8 9981/2
10005/16
**demonstratives [1]**
10024/24
**Department [1]**
9954/13
**departure [1]** 10009/6
**depending [1]**
10025/15
**depicted [2]** 9939/19
9941/10
**deploy [2]** 9964/10
10020/3
**deployed [1]** 9978/5
**deputy [1]** 9958/15
**descended [1]** 9938/7
**described [6]** 9955/9
9955/11 9966/14
9996/1 9996/12
9996/13
**design [2]** 9910/13
9988/7
**designed [2]** 9907/23
9984/18
**desire [2]** 9962/4
9980/18
**desperate [1]** 9974/7
**desperately [2]** 9907/1
9954/14
**despite [4]** 9934/11
9934/11 9934/12
9985/12
**destroy [2]** 9965/4
10022/12
**destruction [2]**
9977/13 9978/6
**detail [3]** 9971/10
9988/15 9989/3
**detailed [2]** 10014/21
10022/25
**details [6]** 9933/5
9993/10 9995/9
10008/17 10019/10
10019/21
**detection [1]** 9965/16
**determinative [1]**
9982/14
**determine [1]** 9925/21
**did [69]** 9905/5
9907/17 9911/7
9912/15 9915/21
9916/18 9921/9
9922/16 9925/7
9925/11 9929/19
9930/11 9932/5 9933/6
9938/12 9938/18
9943/25 9947/25
9949/7 9949/9 9949/24
9951/5 9951/5 9952/8
9953/21 9958/25
9960/10 9965/20

9969/10 9981/6 9981/6
9983/13 9985/3 9985/4
9987/13 9989/2 9994/9
9996/24 9997/8
10000/20 10000/24
10004/24 10004/25
10006/7 10006/9
10006/11 10008/5
10008/6 10008/7
10008/10 10008/18
10011/12 10016/16
10017/5 10017/8
10017/9 10017/11
10017/20 10018/24
10019/21 10020/12
10020/14 10020/16
10021/17 10021/19
10022/10 10024/3
**Did you [1]** 10006/9
**didn't [47]** 9922/14
9922/16 9925/9
9945/10 9947/5
9947/18 9954/25
9960/11 9960/18
9981/24 9982/25
9985/22 9985/24
9987/18 9988/1 9991/6
9992/13 9993/3
9994/14 9995/8 9995/9
9996/22 9998/13
10000/24 10001/7
10001/21 10002/4
10005/4 10005/17
10007/18 10008/2
10009/12 10009/18
10011/19 10013/21
10015/9 10015/24
10016/9 10016/12
10016/15 10020/8
10020/8 10022/11
10022/11 10022/12
10022/13 10022/13
**die [3]** 9916/15
9927/14 9928/20
**difference [1]** 9983/2
**different [9]** 9971/8
9971/13 9975/7 9982/8
9982/8 9995/4 9997/14
10002/25 10003/1
**digital [2]** 9968/14
9979/5
**dinner [3]** 9965/10
9965/11 10019/1
**direct [1]** 9938/13
**direction [3]** 9962/16
9965/25 10008/15
**directions [1]** 9955/2
**directive [1]** 9966/5
**directly [2]** 9968/3
9968/4
**directs [1]** 9997/9
**disagree [2]** 10003/16
10015/21
**disappointed [1]**
9906/7
**disbursing [1]** 10001/6
**discharging [2]**

**discipline [1]** 9965/21
**discourse [1]** 9986/25
**discovered [1]**
10006/13
**discuss [5]** 9905/1
9905/9 9929/14 9962/2
9965/20
**discussed [5]** 9930/13
9957/15 9964/10
9964/18 9979/6
**discussing [1]** 9933/8
**discussion [2]** 9911/3
10008/15
**discussions [1]**
9930/24
**disenfranchisement**
**[1]** 10005/3
**disillusioned [1]**
9906/8
**disorder [2]** 9978/20
9978/24
**dispersed [2]** 10019/1
10020/10
**disposal [1]** 10006/6
**dispute [2]** 9910/9
9982/22
**disrespected [1]**
9980/17
**disrupt [2]** 9970/19
9970/24
**disrupted [2]** 9965/1
9980/17
**dissatisfied [1]** 9981/4
**distance [7]** 9936/8
9936/21 9948/17
9948/18 9949/22
9949/25 9983/23
**district [5]** 9900/1
9900/1 9900/10 9996/3
9996/4 9997/24
9999/25 10000/5
10015/17
**diverge [2]** 10022/5
10022/6
**diverse [1]** 9985/11
**diversity [1]** 9986/14
**divided [2]** 9906/7
9952/7
**DM [1]** 9938/13
**do [95]** 9906/14
9907/14 9907/17
9907/17 9908/12
9908/14 9908/15
9910/16 9911/5
9912/13 9915/12
9916/16 9917/7 9920/7
9923/9 9923/18
9923/25 9924/10
9924/17 9925/9 9925/9
9925/20 9926/20
9927/9 9927/9 9928/10
9934/10 9936/10
9937/8 9937/10 9942/2
9942/13 9944/9 9947/2
9947/7 9947/8 9947/8
9947/10 9949/9
9957/11 9957/16

**do... [54]** 9957/22
9962/3 9962/16
9963/15 9963/19
9965/20 9969/13
9971/3 9971/18
9973/18 9976/6
9980/11 9980/22
9981/17 9982/1 9982/2
9982/16 9983/3
9983/11 9983/14
9985/8 9987/7 9988/5
9988/20 9993/3
9994/19 9994/21
9997/25 9999/2 9999/4
9999/18 10001/1
10002/2 10002/16
10003/1 10003/24
10004/3 10004/9
10004/21 10005/9
10005/9 10005/10
10008/16 10008/20
10010/18 10011/9
10014/10 10016/6
10020/9 10021/21
10022/10 10022/18
10022/25 10024/15
10022/25 10024/15
**Do you [2]** 9981/17
10010/18
**do you know [2]**
9911/5 9937/8
**doctrine [1]** 10005/20
**document [2]** 9920/17
9920/17
**Dodge [1]** 10015/15
**does [10]** 9908/14
9932/9 9935/3 9935/3
9948/10 9950/12
9950/17 9974/18
9983/12 10002/23
**doesn't [14]** 9915/12
9927/9 9942/8 9942/9
9942/9 9948/15
9969/16 9969/17
9972/23 10010/9
10012/22 10013/20
10018/11 10021/8
**doing [26]** 9911/7
9923/2 9926/6 9929/1
9935/4 9935/5 9944/6
9944/8 9945/2 9946/1
9946/14 9946/24
9947/16 9947/16
9959/7 9970/12 9971/6
9973/13 9973/18
9998/23 9999/4
10006/23 10009/20
10018/8 10019/2
10019/13
**Dolan [22]** 9928/7
9928/13 9928/17
9939/20 9939/22
9939/23 9947/4
9947/11 9952/1 9952/1
9959/16 9959/21
9960/9 9996/20
10008/7 10008/13
10009/13 10012/25

10017/15 10017/22
**dollies [1]** 9939/15
**dolly [2]** 9941/24
9941/24
**Don [3]** 9917/1
9935/20 9935/21
**Don Siekerman [2]**
9917/1 9935/21
**don't [38]** 9921/1
9921/2 9922/11
9923/25 9926/15
9930/7 9961/5 9969/7
9969/14 9974/19
9975/5 9982/3 9988/4
9988/4 9990/11
9991/15 9997/24
9997/25 9999/16
9999/16 9999/18
9999/19 9999/19
10000/1 10000/9
10002/1 10002/2
10010/4 10010/25
10013/14 10014/11
10014/11 10014/14
10015/9 10015/21
10016/3 10016/3
10025/17
**Donald [4]** 9906/16
9990/16 9992/7
10005/9
**Donald Trump [4]**
9906/16 9990/16
9992/7 10005/9
**done [7]** 9923/8 9929/8
9959/1 9973/12
10000/16 10014/13
10021/25
**Donovan [10]** 9919/15
9938/19 9959/3
9966/12 9966/18
9966/25 9967/4 9967/8
9967/14 9967/15
**Donovan Crowl [5]**
9919/15 9959/3
9966/12 9967/4 9967/8
**Donovan Crowl's [3]**
9966/25 9967/14
9967/15
**door [5]** 9907/6
9943/14 9977/19
9977/20 9978/9
**doors [14]** 9907/1
9947/9 9957/14
9957/19 9977/15
9977/15 9977/17
9977/21 9977/22
9978/4 9978/4 9978/7
9978/14 9978/17
**doubt [5]** 9927/19
9943/6 9974/23
10023/1 10023/1
**Doug [5]** 9917/3
9917/3 9931/12
9931/22 9936/18
**Doug Smith [4]** 9917/3
9931/12 9931/22
9936/18

**Douglas [1]** 9917/3
**down [16]** 9925/8
9952/22 9955/5
9955/10 9963/24
9972/23 9983/13
9988/14 9989/24
9990/4 9990/17
9991/14 9993/11
10005/11 10008/11
10010/6
**downloaded [2]**
9966/21 9966/25
**downtown [1]** 9989/22
**dozen [1]** 9946/5
**dramatic [2]** 9987/5
9995/25
**drastic [1]** 9922/5
**drawn [2]** 9907/7
9941/12
**Drew [10]** 9997/3
9997/16 9999/6
10005/23 10006/3
10006/14 10007/21
10011/22 10012/6
10013/23
**drive [7]** 9902/8
9938/11 9938/14
9939/4 9995/10
9997/23 10004/25
**drive-through [1]**
10004/25
**driven [1]** 9962/25
**drop [1]** 10004/25
**dropping [1]** 9936/3
**drove [1]** 9912/13
**dry [2]** 9994/3 9994/22
**dumped [1]** 9945/10
**Dunn [2]** 9952/18
9960/12
**during [16]** 9907/14
9910/1 9910/1 9915/2
9918/10 9955/10
9957/15 9975/10
9978/20 9978/24
9984/11 9984/20
9990/13 9994/6
10006/24 10008/17
**duties [7]** 9923/2
9929/1 9971/1 9973/14
9973/15 9983/17
10022/10
**dutifully [1]** 9935/18
**duty [3]** 9908/14
9924/17 9927/9

**E**

**each [13]** 9911/24
9949/8 9949/24
9962/12 9971/9 9975/5
9977/10 9981/10
9994/15 9996/22
10004/15 10007/18
10013/14
**earlier [3]** 9988/11
10010/7 10010/21
**early [13]** 9908/9
9908/13 9908/18
9913/3 9913/12

9914/13 9921/7
9931/10 9935/13
9966/14 10011/1
**earn [1]** 10009/6
**earth [1]** 10011/15
**easel [1]** 9907/22
**easier [1]** 9968/9
**easiest [1]** 9967/24
**east [4]** 9962/13
9962/25 9977/15
10007/11
**East Plaza [2]** 9962/13
9962/25
**easy [2]** 9931/23
9993/18
**eating [1]** 10006/2
**echoing [4]** 9916/5
9920/11 9928/19
9942/7
**Ed [9]** 9937/1 9941/15
9942/23 9943/10
9943/15 9943/16
9963/14 9998/15
10015/4
**Ed Vallejo [9]** 9937/1
9941/15 9942/23
9943/10 9943/15
9943/16 9963/14
9998/15 10015/4
**Edmund [1]** 9902/2
**Edward [2]** 9901/10
9904/12 9904/15
**Edwards [2]** 9900/16
9904/14
**edwardtarpley [1]**
9901/12
**effect [1]** 9951/1
**effort [2]** 9946/14
9996/2
**eight [3]** 9982/11
9983/20 9984/11
**eight weeks [2]**
9982/11 9984/11
**either [4]** 9925/25
9997/17 10017/3
10025/11
**election [64]** 9905/22
9905/25 9906/6
9906/13 9908/10
9908/12 9908/18
9910/5 9910/5 9913/2
9913/2 9913/7 9913/11
9913/14 9913/20
9914/6 9914/11 9916/9
9916/17 9918/17
9919/10 9919/22
9920/1 9920/4 9920/22
9921/3 9921/5 9921/11
9921/23 9922/6 9922/8
9922/10 9923/3
9923/19 9924/11
9925/8 9926/25 9929/2
9935/10 9944/4
9946/16 9946/25
9952/25 9955/15
9972/1 9974/2 9974/3
9974/8 9975/10

9914/13 9921/7
9980/19 9980/23
9981/4 9984/6 9984/7
9991/10 9991/23
9993/19 9995/1 9999/3
10004/10 10004/12
10020/15
**elections [6]** 9906/6
9921/20 9922/12
9922/17 9980/6 9980/9
**Electoral [1]** 9921/19
**electors [8]** 9921/19
9983/10 9997/19
10006/12 10009/19
10009/22 10013/8
10016/17
**Ellipse [3]** 9944/22
9976/3 10019/17
**ELMER [3]** 9900/6
9901/2 9904/9
**else [2]** 9965/16
10021/21
**else's [1]** 10022/18
**Email [9]** 9900/18
9900/19 9901/5 9901/9
9901/12 9901/16
9902/5 9902/9 9902/14
**emoji [1]** 9937/6
**Empire [1]** 9902/13
**employee [1]** 9977/18
**encouraged [1]** 9932/4
**encouraging [3]**
9924/23 9926/24
9954/10
**end [13]** 9910/13
9911/3 9911/13
9911/16 9911/16
9926/13 9926/15
9944/25 9953/20
10017/7 10017/8
10018/24 10022/23
**ended [1]** 9974/19
**endorsing [1]** 9945/19
**enemy [1]** 9963/18
**enforcement [8]**
9929/23 9936/7
9950/15 9964/19
9965/1 9967/25 9968/2
10019/24
**engage [3]** 9908/1
9924/25 9985/3
**engaged [6]** 9911/6
9970/23 9979/9
9986/20 9986/25
9987/2
**engaging [1]** 9926/16
**enjoyed [1]** 9906/2
**enormous [1]** 10000/7
**enough [5]** 9940/1
9944/11 9944/19
9945/3 9962/7
**ensuing [1]** 9989/17
**ensure [1]** 9980/3
**enter [3]** 9960/8
9997/24 10022/7
**entered [12]** 9905/12
9928/22 9952/3 9952/6
9952/8 9959/10

**entered... [6]** 9960/19 9961/23 9971/4 9973/1 9974/6 10009/2

**entering [1]** 9911/8

**entire [4]** 9978/16 10010/24 10012/9 10012/10

**entirety [3]** 9990/6 9995/22 10013/22

**entitlement [1]** 9958/21

**entrance [2]** 9931/19 9954/6

**entry [6]** 9949/2 9951/9 9960/3 9978/2 9978/9 10013/7

**equal [1]** 9958/14

**equipment [4]** 9937/5 9939/3 9939/6 9964/3

**escorted [2]** 9979/21 10007/9

**escorting [2]** 9976/2 9985/6

**especially [2]** 9931/21 9984/20

**essentially [1]** 9973/1

**establish [3]** 9974/18 9974/24 10019/10

**ET [1]** 9900/6

**evacuate [1]** 9973/19

**evade [1]** 9965/4

**eve [1]** 9914/10

**even [23]** 9924/6 9929/16 9942/23 9944/15 9947/20 9962/3 9976/25 9985/7 9992/4 9992/13 9993/20 9996/4 10006/5 10007/18 10011/3 10012/13 10012/16 10013/14 10013/20 10013/21 10015/7 10015/17 10019/4

**evening [4]** 9933/7 9933/7 9959/8 9963/7

**event [9]** 9918/1 9918/4 9918/7 9918/9 9919/5 9919/9 9919/14 9988/20 10019/11

**events [8]** 9923/13 9987/22 9988/8 9994/21 9996/17 9996/25 10000/6 10016/3

**ever [6]** 9949/14 9998/7 9998/9 10008/15 10010/25 10013/20

**every [17]** 9981/11 9985/17 9986/22 9986/22 9989/11 9991/11 9993/18 9993/24 9996/15 9997/10 10002/5 10002/15 10004/18 10004/19 10006/4

**everybody [7]** 9904/24 9914/25 9961/13 9961/21 10006/11 10023/12 10023/13

**everyone [7]** 9904/5 9905/13 9905/14 9937/4 9961/19 9961/24 10020/2

**everything [8]** 9907/9 9907/10 9947/21 9947/22 9950/13 9963/23 9969/14 9984/6

**evidence [74]** 9906/12 9907/16 9909/8 9910/15 9911/19 9911/22 9912/20 9913/17 9913/21 9915/22 9918/3 9925/19 9930/3 9933/23 9937/16 9938/1 9938/25 9939/4 9940/2 9943/12 9946/19 9957/19 9957/20 9960/10 9963/16 9964/2 9965/4 9965/17 9965/22 9965/25 9967/25 9968/10 9968/13 9968/14 9969/5 9969/16 9969/17 9970/2 9972/6 9972/22 9972/25 9974/1 9974/16 9974/24 9975/8 9975/24 9977/14 9979/4 9979/5 9980/20 9981/10 9982/15 9984/7 9986/11 9992/10 9997/2 9997/3 9997/4 10001/7 10001/8 10001/16 10004/15 10004/22 10005/25 10006/5 10006/9 10006/14 10006/19 10007/19 10020/25 10022/24 10024/4 10024/17 10025/5

**evil [2]** 9982/17 10010/18

**exact [3]** 9947/4 9957/14 9993/8

**exactly [7]** 9926/14 9944/14 9988/9 9988/21 9992/2 9996/21 9997/9

**examination [3]** 10001/20 10008/24 10012/18

**examiner [2]** 9968/14 9968/15

**example [3]** 9913/10 9928/7 9966/9

**except [1]** 9949/7

**excitement [1]** 9959/5

**excuse [5]** 9999/23 10009/13 10011/24

**execution [4]** 9972/5 9972/21 9983/8 9992/1

**exhibit [8]** 9907/23 9944/23 10009/1 10012/6 10012/9 10012/10 10012/16 10013/22

**Exhibit 1500 [1]** 10012/6

**exhibits [1]** 10015/7

**exist [3]** 9981/2 10001/1 10010/9

**existed [2]** 9974/25 9992/15

**existence [1]** 9985/2

**existential [1]** 9909/19

**exists [3]** 9942/16 9980/9 9993/13

**exited [4]** 9953/3 9953/11 9961/12 10023/11

**expect [1]** 9981/25

**experience [2]** 9934/25 9976/5

**experienced [2]** 9936/19 9942/3

**expert [1]** 10011/12

**explained [2]** 9966/10 10005/21

**explanation [2]** 10014/3 10014/5

**explanations [1]** 10016/1

**explicit [1]** 9947/24

**explosions [1]** 10016/22

**express [1]** 9930/1

**Expressing [1]** 10000/11

**extent [2]** 9990/16 10004/21

**extremely [2]** 9996/8 10002/24

**eye [1]** 9992/4

**eyes [6]** 9921/8 9932/9 9932/13 9951/17 9982/16 10010/18

**F**

**face [4]** 9907/18 9929/18 9930/18 9937/6

**Facebook [12]** 9952/20 9966/8 9966/22 9966/22 9967/3 9967/5 9967/7 9967/19 9967/23 9968/2 9968/9 9979/5

**facilities [1]** 9942/12

**fact [12]** 9920/20 9943/25 9957/18 9967/20 9980/12 9991/2 9998/10 10001/2 10005/10 10007/18 10009/2 10009/13

**factors [1]** 10008/24

**execution** (columns continuing)

**fail [2]** 9923/9 9924/17

**fails [1]** 9927/17 9947/14

**fall [1]** 9988/21

**fallacious [1]** 9994/24

**fallen [1]** 9959/18

**familiar [2]** 9995/8 10019/16

**family [1]** 9907/4

**far [2]** 9921/10 9921/12

**farm [4]** 9918/2 9918/8 9995/6 9997/22

**farther [2]** 9953/5 9953/6

**fashion [1]** 9914/12

**Fathers [1]** 9914/8 9924/24 9980/6

**favor [1]** 9980/17

**FBI [7]** 9939/11 9964/21 9965/3 9965/7 9968/5 9969/16 9979/21

**fear [2]** 9934/4 9963/24

**fears [2]** 9996/9 9996/16

**feathered [1]** 9945/9

**features [1]** 9940/19

**February [1]** 9969/4

**federal [3]** 9990/2 10005/10 10008/25

**feel [1]** 9982/3

**feeling [1]** 9928/17

**fellow [1]** 9954/16

**felt [4]** 9913/11 9920/5 9953/10 10004/9

**Ferguson [2]** 9987/10 9987/16

**ferried [1]** 9940/7

**ferry [3]** 9931/16 9934/1 9934/22

**few [2]** 9912/22 10002/23

**fiancé [1]** 9954/21

**Fifteen [1]** 10009/20

**Fifth [4]** 9991/3 10016/11 10016/14 10017/20

**fight [12]** 9916/1 9918/17 9918/20 9923/7 9923/9 9924/22 9927/23 9928/10 9928/15 9963/8 9964/18 9991/7

**fighting [4]** 9945/18 9962/17 9964/15 9978/16

**file [1]** 9905/5

**filmed [1]** 10022/14

**final [10]** 9908/13 9919/11 9924/11 9926/25 9927/22 9935/10 9942/5 9942/8 9946/16 9975/17

**finalization [1]** 9922/2

**finalized [4]** 9921/24 9972/1 9974/8 9980/24

**finally [8]** 9909/23 9970/25 9978/18 9979/2 9979/22 10014/3 10014/4 10014/23

**find [15]** 9931/16 9933/4 9934/15 9937/11 9955/17 9968/6 9974/20 9974/23 9976/7 9978/11 9981/10 10006/7 10006/9 10006/11 10023/3

**finding [1]** 9931/7

**fine [4]** 9976/1 10002/2 10002/3 10024/14

**fingers [1]** 9928/18

**fire [4]** 9945/10 9990/2 9990/14 10005/11

**firearms [6]** 9930/15 9939/6 9939/7 9964/3 9964/8 9964/14

**firearms-related [2]** 9939/6 9964/3

**fired [2]** 9964/12 10021/20

**firepower [6]** 9931/5 9935/9 9938/3 9940/13 9943/17 9945/22

**firing [1]** 9941/11

**first [31]** 9908/20 9913/20 9917/23 9925/2 9930/11 9950/18 9951/14 9953/1 9960/15 9962/17 9962/22 9963/3 9964/21 9967/24 9968/10 9970/6 9970/13 9971/19 9976/25 9979/15 9981/23 9985/13 9992/9 9992/13 9993/21 10001/19 10002/18 10007/10 10015/25 10016/25 10017/11

**Fischer [5]** 9902/11 9902/12 9904/21 9967/20 10025/8

**fischerandputzi [1]** 9902/15

**fist [1]** 9957/7

**fit [2]** 9909/6 9940/1

**five [7]** 9904/22 9906/13 9908/2 9928/9 9970/2 9983/11 10011/24

**FL [4]** 9916/6 9923/14 9938/11 9959/10

**flag [3]** 9915/13 9923/20

**flat [2]** 10016/2 10016/9

**flat-out [2]** 10016/2 10016/9

**fleeing [1]** 9907/3

**flight [2]** 9965/10 9967/6

**F**

floor [1]  10007/7
Florida [23]  9908/12
9909/13 9917/5
9917/12 9925/5
9925/12 9928/8 9936/3
9937/22 9939/14
9940/3 9940/5 9940/10
9940/10 9940/21
9946/6 9946/24
9952/16 9959/11
9964/10 10008/14
10021/17 10021/17
Floyd [1]  9989/14
flustration [1]  9958/21
flying [1]  9323/21
focus [6]  9921/25
9922/25 9923/12
9928/24 9949/20
9974/8
focused [1]  9974/13
focusing [1]  9922/19
folks [1]  9913/10
follow [3]  9913/9
9915/21 9992/24
followed [6]  9912/11
9912/17 9958/22
9959/17 9963/7
9965/24
followers [5]  9913/9
9914/11 9927/3 9927/7
9927/8
following [1]  9917/13
9999/21
foot [1]  10016/23
footage [2]  9953/13
9957/3
footsteps [1]  9924/19
force [80]  9906/15
9908/8 9910/4 9910/17
9910/23 9911/14
9911/17 9912/1 9912/2
9912/5 9913/1 9914/15
9917/2 9918/22
9919/10 9919/23
9922/24 9923/18
9924/10 9926/17
9926/24 9927/3
9928/23 9929/20
9930/12 9931/8
9932/19 9932/24
9933/5 9933/8 9933/16
9934/11 9935/9
9935/19 9936/25
9937/1 9937/17 9938/9
9938/15 9939/10
9941/14 9943/7
9943/17 9943/25
9944/1 9946/15 9951/9
9951/19 9956/14
9958/17 9960/3
9960/21 9960/24
9960/25 9964/1
9970/10 9970/15
9970/17 9971/17
9971/22 9971/22
9972/5 9972/19
9972/21 9973/4

9975/16 9976/9 9978/9
9980/18 9980/23
9981/5 9983/7 9983/8
9991/24 9994/12
9995/22 10013/15
forced [2]  9954/22
9978/2
Forces [1]  9914/14
forcibly [1]  9911/1
foregoing [1]  10026/3
foresight [1]  10019/9
forever [1]  9963/11
form [2]  9951/4
9995/25
formed [1]  9994/15
former [3]  9950/14
10003/9 10019/23
FormerFeds [1]  9902/7
formerfedsgroup.com
[1]  9902/10
forth [2]  9918/25
9985/7
fortified [1]  9980/2
Fortunately [1]
9964/19
forward [11]  9918/11
9921/14 9988/3
9994/16 9997/6
10000/18 10001/20
10001/24 10005/22
10008/22 10020/23
forwarded [1]  9966/1
fought [2]  9945/11
9955/25
found [3]  9914/9
9931/10 10018/4
foundation [2]  9983/23
9985/1
founded [2]  9942/19
9984/18
founder [2]  9908/5
9991/4
founders' [1]  9924/19
founding [10]  9914/8
9920/16 9920/17
9924/19 9924/24
9945/7 9945/16 9980/6
9984/15 9985/12
four [11]  9906/19
9909/21 9913/14
9970/2 9979/11 9982/7
9996/20 9996/23
9998/21 10008/13
10008/14
Fourteen [1]  9986/24
fourth [1]  10015/8
fragile [1]  9981/2
Frankly [1]  9944/15
fraud [1]  9946/25
fraudulent [1]  9913/11
Friday [1]  9918/9
friend [3]  9919/4
9924/7 9951/23
front [6]  9901/5/10
9939/23 9947/9
9952/22 9959/21
10019/18

9965/20
fucked [1]  9919/7
fucking [2]  10018/5
10018/10
full [1]  9993/9
funneled [1]  10009/16
further [4]  9911/13
9942/4 9957/19
9960/19
furtherance [1]  9931/3

**G**

gas [3]  9953/4 9965/13
9987/8
gassed [2]  9954/22
9963/23
gather [2]  9929/14
9967/25
gathered [5]  9918/10
9918/19 9962/13
9962/24 9965/10
gathering [1]  9992/10
Gator [4]  9908/16
9909/2 9917/16
10021/19
Gator 6 [2]  9909/2
9917/16
gave [6]  9965/14
9987/20 9995/7
10006/3 10020/25
10021/12
general [7]  9917/18
9971/12 9979/13
10013/17 10013/20
10016/18 10016/24
generation [3]  9924/19
9945/8 9945/16
gentlemen [36]  9908/9
9910/12 9910/15
9912/7 9912/24
9919/21 9919/25
9921/6 9922/21
9925/14 9925/17
9926/10 9927/25
9929/4 9929/25 9931/6
9938/1 9944/12
9948/13 9950/3
9951/11 9955/12
9956/6 9957/12
9958/23 9961/25
9969/24 9979/7
9979/10 9981/18
9981/22 10014/18
10017/24 10021/22
10022/22 10023/7
George [3]  9917/3
9979/13 9989/14
George Douglas [1]
9917/3
get [47]  9904/25
9905/15 9907/7
9908/11 9915/7
9916/14 9919/6 9919/9
9919/10 9921/10
9921/12 9923/8 9932/4
9933/4 9937/11
9938/12 9938/19

9958/18 9968/2 9968/2
9968/4 9968/5 9968/6
9968/7 9968/9 9969/16
9984/2 9985/25 9986/1
9992/25 9994/9 9995/2
9996/22 9999/16
9999/19 10007/15
10009/4 10011/19
10012/17 10014/3
10014/4 10015/19
10018/13 10018/24
10025/10
gets [2]  9925/25
9968/4
getting [5]  9905/19
9921/20 9921/23
9995/7 10015/22
Geyer [2]  9902/7
9904/19
give [7]  9907/23
9995/8 9995/9 9995/9
10002/24 10009/3
10016/1
given [6]  9924/20
9950/13 9962/2 9976/4
10006/5 10006/19
gives [1]  9931/14
giving [4]  9937/22
10001/12 10009/7
10022/4
Glen [1]  9902/13
gmail.com [1]  9901/9
go [71]  9908/19
9931/14 9936/4
9947/19 9950/17
9951/3 9953/7 9960/1
9960/10 9965/21
9968/6 9968/7 9974/14
9980/19 9982/25
9983/13 9983/20
9983/25 9984/5 9984/9
9984/12 9989/22
9990/20 9990/21
9991/6 9991/14 9992/9
9992/12 9992/17
9992/20 9992/25
9993/6 9999/22
10001/7 10002/19
10003/6 10003/21
10004/23 10005/24
10005/24 10006/2
10007/2 10008/2
10008/3 10008/4
10008/5 10008/7
10008/10 10009/17
10010/5 10011/5
10012/5 10013/4
10013/21 10015/6
10016/4 10016/5
10016/6 10016/6
10016/16 10018/18
10018/20 10020/4
10020/10 10022/11
10022/13 10022/13
10022/13 10022/13
10023/13 10025/16
Go ahead [5]  9990/20

10018/18 10018/20
9958/18 10003/21
goal [4]  9910/13
9928/24 9938/4
9960/20
goals [1]  9940/14
God [2]  9924/20
9964/20
goes [3]  9932/20
10021/5 10021/10
going [71]  9905/9
9908/19 9908/20
9912/16 9914/20
9914/23 9914/24
9915/25 9917/16
9920/7 9921/15 9924/8
9924/15 9926/20
9927/21 9932/17
9935/14 9942/24
9942/25 9943/1 9943/2
9944/4 9951/3 9951/3
9952/12 9952/13
9952/25 9962/21
9969/3 9970/21 9973/2
9974/14 9982/14
9983/19 9984/8
9984/12 9984/13
9984/15 9984/16
9988/9 9988/11
9988/23 9991/15
9992/7 9992/8 9993/20
9994/9 9995/3 9997/5
9997/6 10006/5
10007/15 10007/22
10008/16 10009/4
10009/18 10011/7
10013/6 10015/16
10016/19 10016/20
10016/21 10017/1
10017/2 10018/14
10021/21 10024/3
10024/9 10024/22
10025/8 10025/8
gone [9]  9910/21
9953/5 9953/6 10008/3
10015/4 10017/14
10017/14 10018/4
10021/24
good [15]  9904/6
9904/7 9904/24
9905/13 9929/9 9933/3
9934/14 9935/20
9936/4 9956/5 9981/22
9982/17 10000/1
10010/18 10014/13
Good morning [4]
9904/6 9904/24
9905/13 9981/22
got [22]  9916/11
9932/12 9933/13
9941/4 9947/1 9951/6
9954/17 9954/22
9955/2 9956/17 9958/3
9958/4 9958/8 9959/3
9963/23 9966/20
9975/12 9985/14
9985/25 10009/14
10011/9 10011/20

**got... [1]** 10017/12
**GoToMeeting [13]** 9913/23 9914/13 9916/20 9917/22 9918/13 9935/14 9975/11 9992/5 9992/18 9993/6 9993/16 9994/1 9999/22
**GoToMeetings [2]** 9909/11 9917/17
**gotten [1]** 9941/19
**govern [2]** 9972/8 9972/18
**government [70]** 9900/14 9904/14 9905/2 9905/5 9912/11 9913/13 9914/21 9914/25 9918/20 9918/23 9920/12 9920/19 9920/20 9920/23 9921/7 9926/9 9926/17 9926/24 9927/4 9928/11 9930/1 9930/2 9964/1 9970/15 9970/16 9971/17 9971/20 9971/23 9971/25 9975/13 9982/5 9982/21 9983/7 9984/20 9987/24 9988/4 9991/21 9992/22 9993/13 9993/18 9993/21 9994/6 9995/3 9996/23 9998/11 9999/1 10000/19 10001/14 10003/7 10004/14 10006/1 10006/24 10008/21 10009/3 10009/7 10010/12 10011/22 10012/4 10012/12 10012/20 10014/2 10014/24 10015/22 10017/1 10017/9 10019/3 10020/25 10022/4 10024/12 10025/6
**government's [12]** 9905/16 9907/22 9944/23 9974/17 9984/12 9997/12 10008/11 10009/1 10009/23 10010/3 10010/4 10013/16
**Governor [1]** 9902/12
**governor's [3]** 9945/8 9945/16 9945/17
**grand [1]** 9969/18
**Graydon [13]** 9946/23 9950/21 9950/24 9951/2 9953/4 9953/9 9953/17 9960/9 9988/19 10008/6 10008/9 10009/24 10014/2
**Graydon Young [10]** 9950/21 9950/24

**3/4 9909/11 10028/8** 9988/19 10008/6 10008/9 10009/24 10014/2
**great [1]** 9971/10
**Greene [19]** 9908/23 9916/25 9948/22 9949/3 9949/5 9949/13 9950/9 9958/16 9962/13 9965/12 9986/15 9987/7 9988/16 9996/11 9996/13 10015/25 10017/18 10017/19 10018/2
**Grimes [1]** 9919/4
**Grods [1]** 9966/4
**ground [9]** 9908/24 9909/2 9909/7 9934/2 9934/23 9940/8 9962/21 10010/13 10012/19
**Grounds [2]** 9923/21 9948/21
**group [8]** 9952/7 9952/11 9953/21 9965/13 9984/18 9990/9 9996/7 10007/13
**groups [4]** 9922/6 9968/18 9996/9 10007/18
**guard [1]** 9954/15
**guards [1]** 9988/7
**guerilla [2]** 9943/3 9964/15
**guess [2]** 10015/6 10017/17
**guidelines [1]** 10009/6
**guilt [2]** 9950/2 9969/25
**guilty [8]** 9925/22 9928/4 9946/21 9978/11 9981/11 10008/22 10009/11 10023/3
**gun [2]** 9939/16 10021/11
**guns [21]** 9907/6 9915/12 9916/1 9930/17 9931/5 9931/9 9932/13 9935/15 9938/22 9939/9 9939/16 9940/1 9940/16 9940/22 9942/13 9943/5 9943/21 9956/21 9957/2 9965/13 10015/17
**guy [4]** 10011/15 10015/7 10015/16 10016/22
**guys [5]** 10002/1 10006/18 10013/4 10015/6 10019/23

**H**

**Hackett [1]** 9940/3

**9/4 9909/11 [12] 99...**
9913/11 9918/21 9918/24 9919/4 9921/8 9921/12 9927/2 9930/3 9931/1 9932/6 9932/10 9932/11 9933/3 9934/10 9935/20 9936/9 9936/10 9938/21 9939/8 9939/16 9940/10 9940/11 9940/14 9940/18 9941/19 9942/13 9944/11 9944/13 9944/15 9945/3 9947/11 9947/21 9947/22 9950/10 9952/24 9955/21 9955/25 9956/10 9956/21 9957/2 9957/11 9959/1 9959/18 9960/13 9962/25 9962/25 9963/3 9965/9 9966/3 9966/8 9966/23 9966/24 9967/4 9968/16 9968/21 9968/23 9969/21 9971/2 9973/19 9973/19 9980/13 9984/23 9988/22 9989/24 9990/3 9990/8 9990/8 9990/17 9992/6 9996/8 9996/16 9997/2 9997/19 9997/25 9998/21 9998/22 9998/23 10002/16 10002/18 10003/23 10004/10 10004/13 10005/9 10005/10 10006/4 10006/6 10008/3 10011/17 10011/23 10012/18 10013/20 10014/25 10017/13 10017/14 10018/4 10019/9 10020/5 10020/6 10020/7 10020/22 10024/10
**hadn't [1]** 9947/20
**half [11]** 9952/7 9952/11 9952/11 9952/13 9953/18 9955/19 9955/20 9957/19 10006/21 10011/23 10011/24
**Haller [1]** 9904/11
**hallway [9]** 9953/19 9953/19 9953/22 9954/15 9955/1 9955/5 9955/10 9960/7 9978/21
**halt [3]** 9912/2 9960/21 9981/7
**halted [1]** 9963/1
**halting [1]** 9977/9
**hand [4]** 9916/1 9916/2 9982/22 9983/5
**handed [1]** 9979/13

**hand [10] ...**
9977/19
**hands [7]** 9921/4 9921/17 9923/5 9944/10 9945/4 9947/18 9988/18
**hanging [1]** 9956/3
**Hangout [3]** 9916/6 9923/14 9959/10
**hangs [1]** 9979/11
**happen [15]** 9921/15 9921/20 9923/1 9955/15 9972/15 9972/16 9989/24 9993/3 9993/4 9993/21 9998/13 10002/4 10015/24 10016/9 10016/12
**happened [25]** 9931/18 9933/3 9934/10 9943/8 9945/15 9949/18 9950/13 9950/20 9957/11 9967/12 9984/24 9986/9 9989/15 9994/25 9995/5 9995/20 9998/3 9998/14 9998/19 9998/25 10008/20 10015/21 10015/24 10016/15 10017/7
**happening [8]** 9951/4 9951/6 9967/17 9970/20 9973/9 9990/10 9990/13 10012/19
**happens [2]** 9967/18 10021/21
**happy [3]** 9985/24 10004/3 10024/19
**hard [5]** 9922/1 9927/5 9958/17 9978/14 9982/10
**Harrelson [47]** 9902/7 9904/10 9904/19 9909/2 9909/5 9909/10 9914/4 9916/18 9916/24 9917/8 9917/9 9917/14 9917/19 9938/8 9938/10 9939/20 9940/17 9940/20 9941/11 9951/7 9951/25 9952/2 9952/4 9952/15 9953/2 9953/9 9953/14 9953/17 9959/9 9959/17 9963/5 9968/12 9968/16 9968/23 9969/1 9969/4 9969/6 9969/13 9977/13 9978/1 9979/2 10012/25 10013/9 10017/10 10017/13 10025/1 10025/2
**Harrelson's [3]** 9909/7 9939/25 10024/23
**Harris [1]** 10018/22
**Harrisburg [1]** 9901/15

**[2] Har... [2]** 9952/18
9960/12
**Harry Dunn [2]** 9952/18 9960/12
**has [30]** 9906/12 9910/15 9921/7 9923/23 9937/4 9942/5 9948/22 9966/6 9968/2 9968/5 9968/7 9972/25 9973/5 9980/20 9983/3 9984/21 9989/4 9991/1 9991/16 9996/1 9997/20 9999/1 10002/7 10005/21 10006/19 10012/20 10013/20 10015/1 10019/14 10019/25
**hasn't [2]** 9989/5 10011/3
**haste [1]** 9986/6
**hatred [1]** 10000/12
**have [128]**
**haven't [2]** 9916/13 9986/7
**having [3]** 9932/8 9934/25 9971/14
**Hawa [1]** 9976/22
**he [279]**
**he didn't [1]** 10022/11
**he said [19]** 9919/5 9925/25 9927/6 9928/17 9928/20 9933/3 9934/7 9934/15 9934/23 9936/4 9944/6 9944/8 9948/10 9949/14 9956/18 9987/21 10008/12 10009/25 10016/4
**he's [24]** 9933/20 9933/21 9934/3 9993/1 9993/2 9993/2 9995/8 9998/9 10002/8 10010/22 10011/1 10011/2 10011/17 10015/7 10015/9 10015/10 10016/10 10016/23 10017/21 10021/3 10022/18 10022/20
**head [1]** 9952/21
**heads [1]** 9958/5
**hear [13]** 9923/16 9949/10 9949/11 9949/12 9952/3 9955/4 9959/5 9978/10 9980/15 9981/18 9994/5 9994/6 10010/25
**heard [92]** 9909/17 9915/1 9915/8 9915/11 9915/16 9917/9 9918/5 9918/12 9919/25 9925/4 9928/2 9928/7 9929/22 9929/25 9930/24 9931/6 9936/7 9939/4 9939/11 9939/17 9942/15

**heard... [71]** 9942/17
9946/7 9948/24
9950/13 9950/21
9953/9 9954/8 9954/12
9957/12 9964/1 9965/6
9965/12 9967/6
9967/12 9968/13
9969/21 9972/6 9975/8
9975/24 9977/14
9977/17 9977/24
9978/13 9981/25
9984/2 9984/6 9986/22
9987/4 9988/12
9988/14 9989/11
9989/12 9989/20
9990/1 9990/9 9990/15
9991/1 9991/12
9993/24 9995/17
9995/20 9996/11
9996/15 9998/17
9998/21 9999/12
10002/18 10002/21
10003/2 10004/11
10004/19 10005/7
10007/20 10008/5
10008/8 10008/23
10008/23 10008/25
10009/21 10009/21
10009/22 10011/10
10014/2 10014/22
10015/25 10016/7
10019/11 10019/14
10019/20 10020/6
10021/5
**heated [2]** 9991/18
9991/18
**heave [2]** 9960/4
9960/4
**heavily [1]** 9980/2
**heightened [1]** 9962/5
**held [2]** 9925/19
9979/16
**hell [3]** 9923/17
9932/20 10001/13
**helmets [1]** 9930/18
**help [9]** 9934/1
9948/11 9948/12
9958/25 9960/10
9960/14 9960/18
9996/20 10009/7
**helped [4]** 9917/19
9919/13 9919/14
10003/10
**helping [1]** 9936/23
**helps [1]** 9938/4
**her [26]** 9909/16
9909/17 9909/18
9909/21 9930/24
9932/16 9932/18
9938/14 9938/16
9946/1 9946/6 9946/9
9952/23 9954/10
9954/20 9955/10
9959/2 9969/22
9978/21 9985/4
10000/3 10003/11
10006/6 10006/7

**here [48]** 9907/11
9908/2 9909/18
9910/23 9911/3 9917/5
9921/7 9923/6 9930/2
9931/22 9935/4 9935/5
9936/17 9938/1 9938/5
9938/25 9941/22
9942/2 9942/12
9944/23 9947/9 9948/1
9952/3 9952/15
9955/17 9955/24
9956/16 9957/16
9959/16 9960/13
9966/3 9975/25 9980/2
9981/24 9982/1 9982/2
9982/5 9982/14 9986/1
9986/19 9990/13
9993/2 9995/11
9995/13 9995/18
9996/12 10017/20
10021/19
**Here's [1]** 9959/2
**hey [5]** 9945/7 9998/15
10006/18 10013/4
10015/5
**hide [1]** 9968/10
**hiding [5]** 9969/8
10002/14 10002/15
10021/3 10021/15
**hierarchical [1]**
9950/13
**hierarchy [2]** 9950/16
9958/15
**high [1]** 9931/14
**highlighted [2]**
9916/22 9951/16
**highway [2]** 9902/12
9931/19
**Hill [6]** 9924/4 9983/12
10001/4 10001/5
10006/20 10010/16
**him [43]** 9908/11
9914/18 9920/14
9920/14 9924/7 9925/3
9925/6 9927/4 9927/23
9932/4 9933/20
9934/13 9935/18
9935/19 9937/23
9944/9 9947/18
9949/16 9953/15
9956/4 9956/6 9964/8
9978/16 9998/1
9998/10 10002/18
10003/20 10008/16
10008/24 10008/25
10009/16 10011/18
10014/13 10015/9
10016/10 10016/14
10017/12 10017/13
10017/14 10017/15
10021/5 10021/11
10021/12
**himself [1]** 9929/22
9936/8 9941/10
10000/9
**hinder [3]** 9972/5
9972/20 9973/2

**his [98]** 9907/4 9907/4
9907/4 9908/14
9909/24 9913/9
9914/11 9917/10
9918/1 9919/16
9922/14 9922/18
9923/6 9924/14
9924/23 9925/11
9925/16 9925/25
9926/11 9927/3 9927/6
9927/8 9927/9 9928/8
9928/13 9931/13
9931/13 9931/16
9933/16 9934/9 9936/7
9937/20 9937/22
9938/11 9939/2 9939/3
9939/4 9939/7 9941/6
9943/14 9944/14
9945/9 9945/22 9947/4
9947/12 9947/17
9947/19 9947/25
9948/1 9948/20 9952/4
9955/22 9955/25
9955/25 9956/4 9956/6
9957/7 9959/11
9965/15 9966/8
9966/15 9967/3
9968/10 9968/10
9968/11 9968/22
9968/22 9968/24
9969/2 9972/7 9975/23
9982/12 9989/20
9992/20 9992/21
9993/8 9996/12 9998/2
9999/23 10000/22
10001/9 10001/10
10002/14 10003/5
10003/8 10004/2
10004/4 10005/19
10011/9 10013/18
10014/12 10015/14
10016/11 10016/14
10020/17 10021/4
10021/15 10024/10
**history [9]** 9985/10
9988/3 9988/8 9989/1
9989/1 9989/2 9989/3
9995/4 10014/9
**hitting [1]** 9997/6
**hold [7]** 9922/8
9922/11 9922/17
9954/9 9958/1 9959/19
9962/21
**holds [1]** 9991/24
**home [7]** 9938/20
9939/8 9989/20
9998/20 9999/7 9999/8
10020/10
**honest [1]** 10017/22
**honesty [1]** 10017/25
**Honor [13]** 9904/7
9905/2 9905/5 9905/18
9961/7 9962/9 9963/11
9981/21 9986/13
9990/25 10018/1
10023/16 10023/20
**HONORABLE [3]**

**hope [4]** 9919/8
9921/10 9982/3
10014/13
**hoped [1]** 9921/10
**hopefully [1]** 9986/8
**hopes [1]** 10009/3
**hoping [2]** 9952/21
9992/14
**horrible [1]** 9989/14
**Horribly [1]** 9991/18
**horrifying [1]** 9906/23
**horrors [1]** 9905/23
**hosted [1]** 9917/25
**hotel [14]** 9931/13
9931/24 9937/14
9937/17 9938/12
9939/10 9939/15
9940/7 9940/10
9941/25 9943/5
9996/12 9996/14
10006/21
**hotels [1]** 9965/11
**hotmail.com [1]**
9902/15
**hour [3]** 9957/19
10011/24 10023/13
**hours [1]** 10011/20
**House [10]** 9907/6
9952/12 9952/17
9952/18 9954/22
9955/6 9955/20
9990/15 9990/17
10007/7
**Houses [1]** 9980/13
**Houston [2]** 9998/23
9998/24
**how [47]** 9911/5
9913/15 9915/6 9918/7
9919/21 9921/8
9928/21 9928/23
9931/23 9931/23
9932/22 9935/14
9937/5 9937/8 9937/10
9944/23 9951/19
9951/19 9953/10
9954/16 9954/18
9959/13 9959/16
9965/6 9965/13 9966/1
9966/14 9972/16
9976/16 9977/10
9977/19 9978/14
9978/15 9981/24
9982/20 9988/5
9989/21 9992/2 9994/6
10008/24 10009/5
10009/14 10010/17
10018/7 10018/10
10023/17 10025/13
**Hughes [2]** 9900/15
9904/14
**human [3]** 9939/12
9993/4 10022/1
**humans [1]** 9941/12
**hurricane [2]** 9986/22
9998/23
**hurt [1]** 9915/13

**I almost [1]** 10010/25
**I also [1]** 9975/17
**I am [4]** 9924/9
9924/10 10010/3
10014/12
**I apologize [2]**
10011/24 10024/12
**I believe [4]** 9933/22
9988/19 9991/13
9998/10
**I can [1]** 10016/4
**I did [3]** 9997/8
10008/6 10016/16
**I didn't [3]** 9985/24
10011/19 10016/15
**I don't [13]** 9969/7
9990/11 9991/15
10000/9 10002/1
10010/4 10014/11
10014/11 10014/14
10015/21 10016/3
10016/3 10025/17
**I first [1]** 9981/23
**I had [1]** 9940/11
**I have [3]** 9979/10
9990/11 10025/11
**I hope [2]** 9982/3
10014/13
**I know [8]** 9919/19
9962/3 9981/24
9985/24 9986/7 9986/8
9992/22 9997/7
**I mean [2]** 9969/15
10025/15
**I saw [1]** 9990/15
**I say [2]** 9982/8
10014/13
**I should [2]** 9958/3
9961/25
**I think [13]** 9919/18
9942/5 9974/20
9974/21 9974/21
9989/8 9989/9
10002/13 10010/23
10013/19 10017/21
10019/3 10024/11
**I told [1]** 9974/1
**I understand [1]**
9981/24
**I want [5]** 9970/6
9984/9 9986/3 10002/3
10012/20
**I was [1]** 9940/12
**I will [2]** 9924/12
10002/20
**I would [1]** 9983/22
**I'd [3]** 9907/14 9983/20
9992/14
**I'll [6]** 9933/4 9962/5
9982/11 9985/13
10002/18 10011/16
**I'm [31]** 9919/7
9919/20 9924/8 9934/6
9944/3 9961/3 9982/1
9984/16 9985/19
9985/20 9985/25
9986/1 9986/10

**I**

**I'm... [18]** 9990/22
9992/2 9997/6
10001/24 10003/17
10004/3 10006/16
10006/18 10010/2
10011/10 10014/12
10018/14 10018/19
10019/16 10021/21
10021/24 10022/15
10025/1
**I'm going [4]** 9924/8
9997/6 10018/14
10021/21
**I'm not [7]** 9934/6
9982/1 9984/16 9992/2
10001/24 10019/16
10022/15
**I'm sorry [6]** 9944/3
9961/3 9990/22
10018/19 10021/24
10025/1
**I've [4]** 9962/2 9995/12
9995/12 10007/19
**I, [1]** 9985/23
**I, too [1]** 9985/23
**I-66 [1]** 9931/19
**iceberg [1]** 10006/25
**idea [5]** 9936/9 9969/8
9971/12 9980/8 9992/6
**ideal [1]** 9931/11
**IED [1]** 10016/22
**ignorance [1]**
10009/19
**ignore [2]** 10014/18
10017/24
**ignored [1]** 9998/16
**II [4]** 9972/10 10004/11
10004/14 10004/22
**III [3]** 9900/6 9901/2
9904/9
**illegal [5]** 9975/15
9976/5 9997/25
9999/20 10004/4
**illegally [1]** 9987/19
**illegitimate [3]** 9923/10
9928/10 9928/12
**immediately [3]**
9915/22 9933/14
9985/16
**impede [1]** 9970/25
**implicit [3]** 10014/7
10014/15 10014/23
**implore [1]** 9913/9
**important [13]** 9916/21
9917/4 9931/23
9949/21 9958/19
9975/4 9975/13
9975/22 9976/10
9984/17 10019/3
10024/7 10024/16
**impossibility [1]**
10022/20
**impossible [1]** 9977/2
**inaccurate [1]** 9985/9
**inappropriate [2]**
9991/19 10000/14
**inaugural [1]** 9956/9

**inauguration [1]**
9964/21
**inception [1]** 10012/22
**incessant [1]** 9978/15
**incidentally [1]** 9980/4
**inclination [1]** 9984/23
**included [1]** 9914/1
**including [12]** 9906/15
9908/8 9909/12
9910/17 9911/17
9928/9 9928/14
9936/13 9936/18
9960/21 9970/10
9980/22
**incoming [1]** 9972/2
**incorrect [2]** 10012/10
10012/11
**incredible [1]** 9934/16
**incredibly [1]** 9958/17
**incriminated [2]**
9966/17 9966/18
**indeed [1]** 9985/3
**independence [4]**
9920/11 9920/16
9924/21 9927/10
**indicated [3]** 9925/6
9991/25 9999/1
**indicative [2]** 9991/19
10000/10
**indicia [1]** 10012/16
**indicted [1]** 10011/18
**indictment [5]** 9970/8
9974/10 9981/13
10016/11 10016/13
**indignant [1]** 9920/14
**Individuals [1]** 9938/2
**infer [1]** 9969/25
**informed [1]** 9955/6
**initial [2]** 9916/22
9959/18
**initially [1]** 9991/22
**inkling [1]** 9992/4
**Inn [4]** 9931/11
9931/18 9932/17
9937/15
**inner [1]** 10020/18
10020/21
**innumerable [1]**
9984/2
**inside [12]** 9907/5
9907/7 9923/16
9932/14 9950/5 9955/3
9956/20 9958/1 9958/5
9959/3 9977/7 9977/7
**insignificant [1]**
9957/17
**insistent [1]** 9949/16
**instructed [6]** 9910/20
9970/21 9972/22
9974/17 9975/5
9975/19
**instruction [3]** 9962/1
9975/22 10024/4
**instructions [2]**
9971/10 9972/7
**insurance [2]** 9988/5
10020/8
**insurrection [16]**

9916/6 9925/7 9926/1
9926/2 9998/8
10002/17 10002/22
10004/6 10005/6
10017/4 10020/14
10020/19 10023/23
10023/24 10024/5
10024/18
**Insurrection Act [13]**
9918/16 9925/7 9926/1
9998/8 10002/17
10004/6 10005/6
10020/14 10020/19
10023/23 10023/24
10024/5 10024/18
**insurrectionists [1]**
10017/3
**intel [1]** 9909/25
**intend [1]** 10025/5
**intended [1]** 9993/19
**intent [11]** 9912/20
9930/8 9944/9 9945/22
9960/23 9975/15
9975/20 9984/22
9995/4 9998/1
10024/10
**intercede [2]** 9921/11
9944/4
**interesting [3]** 9982/19
9999/13 10013/6
**interfere [3]** 9971/6
9973/7 9973/11
**interfering [3]** 9976/18
9978/20 9978/24
**interpretation [1]**
9920/24
**interrupt [2]** 9961/2
9986/10
**Interspersed [1]**
10000/6
**interview [2]** 9936/7
10001/12
**intimidation [1]**
9923/18
**investigate [1]** 9969/18
**invitation [1]** 9987/11
**invited [5]** 9987/6
9987/14 9987/15
9988/8 9994/20
**invocation [4]**
10020/19 10023/24
10024/5 10024/17
**invoke [6]** 10003/12
10003/14 10003/20
10003/23 10004/6
10020/14
**invoked [1]** 9918/16
**involved [5]** 9907/25
9913/13 9915/7
9936/23 9971/5
**Iraq [1]** 10016/23
**irony [3]** 9982/20
10010/11 10018/12
**Irrespective [1]**
9985/18
**irritants [1]** 9977/22
**is [227]**
**Is there [1]** 9969/6

9951/14 9951/16
9960/2
**isn't [2]** 9988/5
10016/7
**issue [3]** 10023/19
10023/22 10024/4
**issued [2]** 9916/7
9920/18
**issues [1]** 9905/7
**it [253]**
**It begins [1]** 9924/2
**it would be [1]** 9969/8
**it's [62]** 9918/2 9919/7
9922/3 9943/2 9968/9
9970/19 9971/9
9972/16 9975/4
9981/24 9982/10
9982/16 9982/18
9984/16 9986/1
9986/23 9988/1 9989/6
9990/12 9990/20
9991/3 9992/8 9992/22
9993/12 9993/17
9994/23 9996/4 9997/4
9997/12 10000/9
10000/17 10001/13
10004/7 10004/22
10008/2 10009/3
10009/6 10009/6
10010/13 10010/17
10011/1 10011/7
10011/9 10012/4
10013/12 10013/23
10014/6 10014/17
10015/17 10018/8
10018/8 10018/17
10019/3 10019/4
10020/11 10020/20
10020/24 10021/13
10021/24 10022/19
10024/6 10024/16
**its [7]** 9905/23 9905/24
9971/21 9985/2
9985/11 10012/22
10018/8
**itself [4]** 9947/2
9994/14 10000/24
10001/11

**J**

**J6 [1]** 9945/25
**Jackson [1]** 10007/14
**James [12]** 9901/7
9904/15 9957/24
9958/12 9958/14
9958/18 9964/7 9964/9
9966/1 10007/13
10021/6 10021/10
**jammed [1]** 10011/19
**Jan [2]** 9932/25
9936/16
**Jan. [1]** 9948/4
**January [102]** 9906/19
9907/8 9909/3 9909/9
9909/13 9909/22
9911/9 9912/2 9912/4
9912/24 9916/25

9917/18 9920/2 9921/8
9922/1 9923/1 9923/13
9923/21 9924/2 9926/6
9926/15 9926/18
9927/4 9927/7 9928/24
9929/13 9929/14
9930/12 9932/22
9933/2 9933/7 9934/9
9934/10 9935/17
9936/2 9936/16 9937/3
9938/7 9941/17
9942/24 9943/5 9943/8
9944/1 9944/2 9944/13
9947/13 9947/15
9957/10 9958/13
9959/8 9961/1 9962/11
9964/4 9964/5 9964/20
9964/23 9964/24
9965/7 9965/18 9966/3
9967/10 9967/12
9967/17 9968/21
9969/3 9970/22 9971/2
9974/9 9974/12
9974/15 9975/1 9975/3
9976/1 9978/19
9979/17 9979/20
9980/21 9980/24
9981/7 9984/8 9984/24
9984/24 9985/3 9985/6
9985/23 9988/10
9989/9 9992/4 9992/10
9994/4 9994/16 9998/7
9998/21 10002/19
10005/22 10005/22
10017/8 10018/23
10021/2 10021/15
**January 2nd [3]**
9909/13 9932/22
9933/2
**January 5th [4]** 9924/2
9936/2 9988/10
10005/22
**January 6th [64]**
9906/19 9907/8 9909/3
9909/9 9909/22 9911/9
9912/2 9912/4 9912/14
9917/6 9917/14
9917/18 9920/2 9921/8
9922/1 9923/1 9923/13
9923/21 9924/7 9927/7
9928/24 9929/13
9930/12 9934/9
9934/10 9935/17
9936/16 9937/3 9938/7
9941/17 9942/24
9943/5 9944/1 9947/13
9947/15 9957/10
9958/13 9959/8 9961/1
9962/11 9964/4 9965/7
9966/3 9970/22 9971/2
9976/1 9978/19
9979/17 9980/21
9980/24 9981/7 9984/8
9984/24 9985/3 9985/6
9985/23 9989/9
9992/10 9994/4 9998/7
9998/21 10005/22

January 6th... [2] 10017/8 10018/23
Jason [16] 9928/7 9939/20 9939/22 9947/4 9952/1 9952/1 9959/16 9960/9 9977/18 10008/13 10009/13 10017/9 10017/22 10020/16 10020/17 10020/22
Jason Alpers [1] 10020/22
Jason Dolan [10] 9928/7 9939/20 9939/22 9947/4 9952/1 9959/16 10008/13 10009/13 10017/9 10017/22
jcrisp [1] 9901/16
Jeffrey [2] 9900/14 9904/13
jeffrey.nestler [1] 9900/20
Jericho [3] 9998/6 9999/10 10000/18
Jericho March [3] 9998/6 9999/10 10000/18
Jessica [18] 9901/4 9904/11 9909/16 9914/3 9915/6 9915/8 9915/19 9938/9 9951/8 9962/20 9966/12 9966/18 9967/13 9967/15 9969/21 9982/13 10016/7 10016/21
Jessica Watkins [13] 9909/16 9915/6 9915/8 9915/19 9938/9 9951/8 9962/20 9966/12 9966/18 9967/13 9967/15 10016/7 10016/21
jlbrightlaw [1] 9901/9
job [3] 9971/3 9971/7 10014/13
John [3] 9918/5 9968/1 9990/14
Johnston [1] 9901/11
join [7] 9909/22 9910/22 9964/10 9975/7 9990/9 10012/21 10013/5
joined [13] 9906/14 9911/20 9919/22 9951/8 9955/21 9960/15 9964/7 9975/6 9975/10 9975/11 9976/7 9978/2 9978/8
joining [2] 9910/25 9913/22
Jonathan [2] 9901/14 9904/20
Joseph [3] 9906/16 9913/7 9940/3
Joseph Hackett [1]

Joshua [7] 9957/24 9958/12 9964/7 9966/1 10007/13 10021/6 10021/10
Joshua James [7] 9957/24 9958/12 9964/7 9966/1 10007/13 10021/6 10021/10
journey [1] 9986/1
Jr [2] 9901/10 9902/2
judge [16] 9900/10 9910/20 9928/5 9929/25 9970/20 9971/10 9972/7 9972/22 9974/17 9975/4 9975/19 9982/1 9986/6 10012/17 10016/14 10025/7
judicial [1] 10003/1
Juli [1] 9904/17
jury [13] 9900/9 9905/10 9905/11 9905/12 9961/12 9961/22 9961/23 9969/18 9981/22 10022/22 10023/11 10024/16 10024/19
jury's [2] 9990/21 9990/23
just [51] 9905/6 9908/22 9916/12 9919/9 9919/9 9925/1 9929/3 9930/7 9930/22 9936/22 9939/4 9940/6 9946/18 9948/19 9949/11 9953/14 9954/25 9960/3 9962/14 9962/17 9971/12 9971/17 9973/6 9973/24 9975/17 9976/16 9979/6 9984/25 9985/4 9986/21 9988/24 9991/21 9998/13 9999/6 9999/8 10005/15 10011/9 10013/1 10013/10 10014/8 10014/9 10014/11 10014/15 10016/25 10017/24 10022/4 10023/13 10023/14 10023/18 10024/6 10025/2
justice [3] 9943/1 9979/3 9981/10

K

Kandaris [10] 9936/25 9937/4 9937/7 9941/15 9941/17 9941/23 9942/1 9942/11 9942/21 9963/17
Kate [1] 9968/15
Kate Cain [1] 9968/15
Kathryn [2] 9900/14 9904/13

9900/19
keep [10] 9929/4 9932/9 9932/13 9948/8 9962/17 9975/22 9976/11 9978/14 9997/6 10016/9
Keeper [3] 9917/1 9918/6 9928/8
Keepers [47] 9908/6 9908/18 9909/25 9914/8 9917/17 9917/19 9918/1 9918/19 9919/13 9919/15 9922/7 9923/20 9925/5 9932/10 9936/3 9936/11 9941/20 9941/21 9942/20 9943/9 9944/5 9946/6 9946/23 9958/13 9964/14 9983/24 9984/15 9985/22 9986/4 9986/17 9989/2 9991/4 9992/11 9996/7 9996/19 10006/25 10007/4 10007/5 10007/10 10008/14 10010/23 10011/3 10011/7 10018/25 10019/2 10019/5 10022/19
Keepers' [2] 9922/4 10002/11
keeping [1] 9937/22
keeps [1] 10010/21
Kelly [38] 9902/2 9904/10 9908/16 9908/24 9914/3 9915/6 9915/11 9915/18 9916/5 9920/25 9923/14 9925/13 9929/13 9933/1 9935/18 9936/2 9937/8 9937/11 9937/21 9938/13 9938/13 9941/6 9948/23 9949/3 9949/7 9949/23 9950/4 9950/25 9951/1 9951/7 9951/22 9952/12 9955/18 9958/15 9959/8 9962/19 9968/12 9968/15 9969/11
Kelly Meggs [35] 9908/16 9908/24 9914/3 9915/11 9915/18 9916/5 9920/25 9923/14 9925/13 9929/13 9933/1 9935/18 9936/2 9937/8 9937/11 9937/21 9938/13 9941/6 9948/23 9949/3 9949/7 9949/23 9950/4 9950/25 9951/1 9951/7 9951/22 9952/12 9955/18 9958/15

9968/12 9968/15 9969/11
Kellye [8] 9965/15 9966/2 10000/2 10000/2 10003/6 10003/9 10004/5 10021/7
Kellye SoRelle [5] 9965/15 10000/2 10003/5 10003/9 10021/7
Kellye SoRelle's [1] 9966/2
Kenneth [13] 9902/7 9904/10 9909/2 9914/4 9916/18 9938/8 9939/20 9939/25 9951/7 9951/25 9959/17 9968/12 9968/16
Kenneth Harrelson [9] 9909/2 9914/4 9916/18 9938/8 9939/20 9951/7 9951/25 9959/17 9968/16
Kenneth Harrelson's [1] 9939/25
kept [2] 9932/11 9949/11
kettle [1] 9924/5
key [2] 9909/11 9949/23
Keystone [1] 10017/3
kicked [1] 9916/13
kids [1] 9956/4
kill [1] 9919/7
killed [2] 9919/7 9956/22
killing [2] 9908/20 9952/25
kind [3] 9919/7 9926/7 10001/2
kinetic [1] 9998/3
kneel [1] 9963/11
knew [13] 9920/6 9930/20 9931/2 9942/13 9944/14 9944/16 9947/20 9951/2 9958/4 9993/20 10014/8 10014/9 10020/18
knives [1] 9999/24
know [147]
knowing [3] 9943/16 9973/1 9993/3
knowingly [2] 9975/14 9986/19
knowledge [3] 10012/18 10017/22 10020/22
knowledgeable [1] 9998/9
knows [2] 9937/5 10024/16
Krivenko [1] 9999/23

LA [1] 9901/11
lack [3] 9906/5 9944/16 9976/4
ladies [36] 9908/9 9910/12 9910/15 9912/6 9912/24 9919/21 9919/25 9921/6 9922/21 9925/14 9925/17 9926/10 9927/25 9929/3 9929/25 9931/6 9937/25 9944/12 9948/13 9950/3 9951/11 9955/12 9956/6 9957/12 9958/23 9961/25 9969/24 9979/7 9979/10 9981/18 9981/22 10014/18 10017/24 10021/22 10022/22 10023/7
laid [1] 9972/7
lamented [1] 9953/6
land [2] 9933/9 9933/10
landing [1] 9933/11
language [1] 10019/25
large [1] 9907/22
largest [1] 9939/24
LASSITER [1] 9901/3
last [5] 9912/22 9933/4 9935/20 10013/5 10021/11
later [18] 9924/6 9931/16 9944/8 9950/4 9951/23 9952/19 9953/2 9954/20 9957/19 9964/24 9966/10 9967/22 9984/23 9993/4 10009/20 10011/20 10012/22 10017/19
Latinos [1] 10019/16
law [24] 9902/3 9906/10 9920/6 9920/8 9929/23 9936/7 9950/15 9955/14 9955/17 9964/19 9965/1 9967/25 9968/2 9970/22 9971/5 9972/12 9981/3 9983/8 9999/12 9999/14 9999/18 10000/5 10002/23 10019/24
lawful [22] 9906/16 9910/18 9910/23 9911/14 9911/17 9919/24 9920/1 9922/23 9928/23 9971/21 9971/22 9975/25 9976/2 9980/8 9980/16 9994/13 9994/18 10003/12 10003/15 10003/17 10003/18 10003/20
Lawn [2] 9901/3 9901/7

10042

**L**

**laws [16]** 9911/2
9920/24 9970/13
9971/9 9971/15 9972/6
9972/8 9972/17
9972/21 9973/3 9989/4
9992/1 9999/21
10004/16 10004/17
10004/21

**lawsuit [1]** 10001/19

**lawsuits [1]** 9920/2

**lawyer [3]** 10000/3
10003/9 10014/12

**lawyers [1]** 9985/17

**lead [4]** 9909/7
9915/13 9917/19
9995/10

**leader [15]** 9908/5
9908/17 9908/22
9908/23 9909/2
9909/16 9925/5
9925/12 9932/3
9933/16 9937/19
9948/23 9958/12
9958/16 9991/4

**leaders [10]** 9908/3
9908/24 9909/5
9916/25 9917/1 9932/3
9936/15 9936/18
9936/19 9958/15

**leadership [3]** 9909/14
9917/15 9927/21

**leading [7]** 9909/9
9917/14 9944/13
9947/13 9991/10
9998/20 9999/9

**leads [1]** 9955/5

**Leah [1]** 9916/11

**learned [3]** 9919/18
9994/14 9995/12

**least [3]** 9912/3
9933/23 9940/17

**leave [9]** 9924/18
9973/15 9973/19
9987/15 9973/18
9988/17 9997/22
10006/17 10007/16

**leaves [2]** 9953/16
10012/16

**leaving [2]** 9953/14
9988/16

**led [12]** 9906/23
9909/10 9935/17
9950/4 9951/22
9952/12 9952/13
9953/18 9958/21
9978/16 9989/8
10007/1

**Lee [5]** 9901/7 9904/15
9989/20 10011/15
10016/21

**left [7]** 9906/7 9938/19
9962/10 9965/11
9999/5 10007/12
10018/25

**legacy [1]** 9963/11

**legal [8]** 10005/20
10021/12 10021/13

10024/6 10024/11
10024/18

**legality [3]** 9989/3
10002/19 10004/2

**legally [2]** 9987/2
9999/4

**legislature [1]** 9913/16

**legislatures [3]**
10004/15 10004/24
10004/25

**legitimate [4]** 9913/5
9931/1 10019/6
10019/19

**length [1]** 9999/25

**lens [3]** 9982/14
10010/18 10022/4

**less [4]** 9921/14
9921/15 9930/15
10004/12

**lesson [1]** 9994/15

**let [3]** 9924/3 10005/12
10024/19

**let's [21]** 9905/10
9907/19 9911/6
9911/19 9912/6
9912/21 9912/8
9925/16 9930/11
9947/10 9958/24
9963/20 9969/13
9970/4 9972/23
9991/10 10003/13
10006/13 10007/2
10013/4 10015/19

**lethal [2]** 9930/15
9940/25

**letter [3]** 9923/6
9924/16 10020/23

**letters [6]** 9922/4
9922/13 9925/6
10002/8 10002/10
10021/1

**level [3]** 9937/25
9938/24 9963/20

**Lexington [3]** 9945/12
9945/21 9984/19

**liability [2]** 9976/7
9978/10

**liberty [3]** 9924/20
9924/22 9943/1

**licenses [1]** 10020/8

**licensure [1]** 9988/4

**lie [2]** 9936/21
10011/17

**life [1]** 10021/15

**light [1]** 9944/12

**like [39]** 9907/14
9910/6 9914/8 9914/20
9914/23 9919/4
9920/11 9920/25
9921/2 9922/7 9922/11
9924/19 9924/24
9928/18 9929/9
9936/10 9940/22
9943/8 9945/17
9949/11 9954/23
9954/24 9956/4
9956/11 9956/23

9964/15 9970/19
9971/2 9987/11
9987/25 9988/25
10004/9 10010/6
10013/13 10015/7
10016/7 10019/24

**likely [6]** 9921/15
9921/16 9974/7
10015/18 10015/18
10019/9

**limine [1]** 9905/6

**limit [2]** 9922/2 9927/5

**Lincoln [1]** 9933/10

**Linder [6]** 9901/2
9901/3 9904/15
9985/20 10001/18
10008/23

**line [10]** 9922/2 9927/5
9934/24 9949/19
9954/14 9954/17
9958/1 9959/17
9959/19 9978/23

**lines [3]** 9915/1
9934/25 9959/14

**link [1]** 9941/9

**list [1]** 10010/6

**listen [2]** 9993/7
10001/22

**listened [1]** 9914/19

**listening [2]** 9929/23
10013/2

**little [7]** 9912/21
9936/9 9944/8 9968/14
9976/3 10015/4
10017/21

**live [5]** 9928/2 9939/16
9946/21 9990/11
9995/14

**lived [5]** 9984/4 9989/9
9990/7 10004/18
10021/15

**lives [2]** 10021/5
10022/1

**living [3]** 9989/12
10002/13 10004/8

**LLC [2]** 9901/14
9902/7

**loaded [1]** 10017/2

**loader [1]** 9935/21

**local [2]** 9963/20
9987/15

**location [5]** 9931/8
9931/11 9932/17
9938/15 9940/11

**locations [1]** 9987/10

**lockdowns [1]** 9989/13

**locked [1]** 10017/2

**long [8]** 9940/1
9940/22 9963/10
9969/13 9981/24
9981/25 10021/24
10025/13

**look [25]** 9943/10
9953/1 9969/15
9982/15 9983/22
9984/1 9989/7 9992/10
9992/17 9993/10

9964/1 9964/2 9964/15
9966/5 9992/12 9995/3
9996/22 10001/21
10008/12 10018/11

**makes [2]** 10004/15
10020/1

**making [3]** 9935/2
9945/22 10024/1

**man [2]** 9954/16
9986/16

**mandated [1]** 9980/5

**mansion [3]** 9945/8
9945/16 9945/17

**many [7]** 9906/7
9907/21 9914/1
9940/11 9941/10
9996/8 9996/8

**Manzo [2]** 9900/15
9904/14

**maps [3]** 9995/7
9995/8 9995/9

**march [15]** 9910/2
9917/11 9917/24
9945/5 9968/24
9993/17 9994/2 9994/8
9995/11 9997/1 9998/6
9999/10 10000/18
10001/5 10015/13

**marched [3]** 9945/24
9950/23 9951/25

**marches [1]** 9950/11

**marching [5]** 9944/21
9946/14 9948/12
9950/7 9995/13

**Mark [1]** 9966/4

**Mark Grods [1]** 9966/4

**marked [1]** 9979/15

**masks [1]** 9953/5

**mass [1]** 9977/5

**Massachusetts [1]**
9945/8

**materials [1]** 9931/14

**materiel [1]** 9909/24

**matter [8]** 9923/7
9932/10 9991/1
9998/10 10001/2
10007/18 10009/13
10026/4

**matters [4]** 9921/3
9921/17 9923/5 9945/3

**may [11]** 9975/10
9975/11 9981/16
9985/18 9985/18
9985/18 9985/18
10010/23 10012/9
10012/10 10013/16

**maybe [1]** 9946/5

**mayor [4]** 9989/23
9989/23 9990/3
9998/24

**McCamley [2]** 10001/3
10001/9

**McIntyre [1]** 9977/18

**MD [1]** 9902/13

**me [15]** 9938/13

**me... [14]** 9963/20
9981/25 9982/18
9993/1 9998/15
9999/13 9999/23
10007/23 10011/17
10011/24 10017/14
10018/14 10021/14
10025/18
**mean [3]** 9951/2
9969/15 10025/15
**meaning [1]** 9998/12
**means [7]** 9908/7
9910/16 9911/16
9911/16 9934/17
9960/20 9970/10
**meant [5]** 9912/18
9943/7 9943/21
9944/14 9994/10
**Meanwhile [1]** 9953/18
**mechanical [1]** 9903/6
**media [8]** 9913/7
9914/7 9967/13
9967/15 9985/12
9986/6 9986/7 9986/8
**meet [2]** 9964/14
10020/3
**meeting [25]** 9914/1
9914/5 9918/11 9919/5
9930/4 9983/4 9983/10
9983/14 9991/20
9999/10 10000/10
10000/11 10000/12
10000/17 10002/4
10008/11 10008/18
10009/9 10010/1
10010/8 10013/9
10014/6 10014/25
10018/15 10022/6
**meetings [3]** 9909/11
9911/24 10013/25
**Meggs [82]** 9902/2
9904/10 9904/18
9908/16 9908/21
9908/24 9909/1 9909/4
9909/10 9914/3 9915/6
9915/11 9915/18
9915/23 9916/5
9916/23 9917/9
9920/25 9923/14
9923/20 9925/13
9929/13 9933/1
9933/12 9935/18
9936/2 9937/8 9937/11
9937/12 9937/21
9938/13 9940/18
9940/20 9941/6 9941/8
9944/21 9948/23
9949/3 9949/7 9949/11
9949/16 9949/22
9949/23 9950/4 9950/9
9950/11 9950/22
9950/25 9951/1 9951/7
9951/22 9952/12
9952/15 9952/19
9952/22 9955/18
9958/15 9959/8
9962/19 9963/5

**methodically** 9951/11
9964/9
9964/11 9968/12
9968/15 9968/21
9969/2 9969/2 9969/6
9969/11 9977/12
9978/1 9979/2 9994/7
10000/8 10013/3
10017/14 10018/5
10018/7 10018/9
10024/22 10025/2
**Meggs' [4]** 9923/12
9937/13 10011/23
10024/23
**MEHTA [2]** 9900/9
9904/4
**member [2]** 9951/14
9975/14
**members [23]** 9907/4
9907/5 9917/4 9923/2
9929/1 9937/2 9938/6
9939/13 9941/14
9944/21 9950/15
9951/8 9954/10 9958/4
9970/25 9971/2 9971/6
9973/11 9973/13
9979/20 9979/21
9980/3 9986/23
**memorable [1]**
10011/16
**Memorial [1]** 9933/10
**men [2]** 9912/9
9985/10
**mention [1]** 9992/9
**mentioned [2]** 9991/16
9992/14
**mere [1]** 9912/8
**merged [1]** 10015/21
**Merit [1]** 9903/2
**message [21]** 9925/24
9925/24 9933/1 9933/7
9933/9 9933/14 9935/2
9935/19 9936/17
9938/11 9938/13
9941/7 9941/9 9944/5
9945/2 9947/19 9966/2
9966/2 9966/4 9966/10
10006/18
**messages [34]**
9911/23 9917/7 9929/7
9929/19 9932/7
9933/20 9933/23
9933/25 9934/20
9934/21 9936/25
9937/9 9944/20
9945/23 9963/4 9966/8
9966/17 9966/19
9966/19 9966/23
9967/19 9967/24
9968/19 9968/25
9969/4 9969/7 9969/10
9982/23 9982/24
10006/15 10006/15
10007/23 10011/25
10015/5
**met [5]** 9921/20
9962/11 9965/13
9995/6 10017/11
**method [1]** 9988/18

**meticulous [4]**
9999/12 9999/13
9999/21 10000/4
**Metropolitan [1]**
9954/13
**Michael [16]** 9908/23
9916/25 9948/22
9949/3 9950/9 9958/16
9962/13 9965/12
9979/19 9986/15
9987/7 9996/11
9996/13 10017/18
10017/19 10018/2
**Michael Greene [13]**
9908/23 9916/25
9948/22 9950/9
9958/16 9962/13
9965/12 9986/15
9987/7 9996/11
10017/18 10017/19
10018/2
**Michael Palian [1]**
9979/19
**mid [1]** 9922/3
**mid-December [1]**
9922/3
**middle [1]** 9939/19
**might [3]** 9985/5
9985/13 9985/13
**Mike [1]** 9925/4
**Mike Adams [1]** 9925/4
**mile [1]** 10006/21
**military [6]** 9909/25
9922/6 9922/10
9940/12 9950/15
9986/16
**militia [3]** 9909/17
9921/1 9922/10
**militias [1]** 9925/8
**million [11]** 9910/2
9917/24 9919/8
9923/17 9924/4
9993/17 9994/2 9994/8
9997/1 10005/14
10015/13
**Million MAGA [1]**
9919/8
**Million MAGA March
[6]** 9910/2 9917/24
9919/17 9994/2 9994/8
10015/13
**mind [8]** 9905/20
9929/4 9943/6 9956/4
9975/23 9976/11
10016/10 10018/15
**mindful [1]** 10023/14
**minds [21]** 9930/4
9963/2 9983/4 9983/11
9983/14 9991/20
10000/10 10000/11
10000/12 10000/17
10002/4 10008/11
10008/18 10009/10
10010/1 10010/8
10013/9 10013/25
10014/6 10014/25

**Minuta [2]** 9957/24
10007/14
**minute [4]** 9945/1
9981/17 10007/15
10013/5
**minutes [7]** 9931/15
9950/4 9950/7 9961/5
9961/9 9961/13
10009/20
**misconceptions [2]**
9986/3 9986/5
**misinformation [1]**
9991/15
**misled [1]** 10001/23
**misogynist [1]** 9986/7
**misrepresented [2]**
10001/15 10001/17
**missed [1]** 9969/3
**missing [1]** 10001/9
**mission [9]** 9941/2
9950/16 9958/14
9984/17 10007/23
10007/24 10020/1
10020/3 10020/4
**missions [3]** 9986/24
10019/21 10019/22
**mistake [3]** 9951/11
9954/25 9957/17
**mixed [1]** 10019/7
**MMM [1]** 9997/1
**mob [8]** 9954/11
9956/15 9959/24
9978/2 9978/5 9978/15
9978/16 9978/22
**mobile [1]** 9932/11
**mobilize [1]** 9924/3
**mocked [1]** 9988/10
**modified [2]** 10002/23
10004/20
**Moerschel [1]** 9940/5
**moment [19]** 9913/21
9916/2 9916/8 9942/15
9942/18 9942/19
9943/10 9946/5
9947/22 9948/3
9948/21 9949/23
9949/25 9955/2
9979/13 9979/14
9980/12 9991/21
10016/7
**moments [2]** 9955/4
9975/9
**Monday [1]** 10025/9
**moniker [1]** 9917/16
**monkey [1]** 9956/4
**montage [2]** 10006/2
10012/6
**Montana [1]** 9954/20
**month [1]** 9921/14
**months [7]** 9910/5
9980/20 9982/11
9990/12 9993/4
9995/23 10016/2
**Moore [1]** 9968/1
9968/13
**more [34]** 9910/21
9914/19 9917/15

9922/24 9924/4 9924/6
9927/2 9927/2 9929/11
9929/16 9933/5 9939/5
9942/13 9942/23
9947/18 9947/24
9964/3 9969/1 9971/24
9974/7 9974/7 9974/13
9977/25 9998/9
10002/10 10009/3
10009/25 10010/2
10011/16 10015/18
10019/9 10021/1
**morning [14]** 9900/7
9904/6 9904/7 9904/24
9905/13 9911/4 9933/2
9941/16 9943/5 9961/6
9962/1 9963/18
9981/22 10019/15
**morphed [1]** 10014/7
**most [4]** 9913/7 9914/2
9983/1 10010/24
**mostly [2]** 9984/7
9989/18
**motion [1]** 9905/6
**motivated [1]** 10009/8
**mountain [1]** 9906/12
**mountains [1]** 9964/14
**move [3]** 9944/25
9997/6 10001/24
**moved [2]** 9921/14
9966/15
**moving [6]** 9986/11
9988/3 9994/16
10000/18 10005/22
10006/1
**Mr [2]** 9942/21 9964/11
**Mr. [200]**
**Mr. Adams [1]** 9925/10
**Mr. Alexander [1]**
9988/17
**Mr. Bright [8]** 9981/15
9981/19 9986/10
10014/19 10018/18
10018/20 10023/6
10023/23
**Mr. Bright's [1]**
10017/25
**Mr. Caldwell [18]**
9905/4 9918/24 9919/3
9919/12 9919/14
9931/10 9931/22
9933/23 9934/19
9934/20 9956/21
9956/25 9957/4 9957/7
9957/10 9967/2
10000/8 10025/8
**Mr. Caldwell's [4]**
9918/6 9918/8 9967/6
9967/8
**Mr. Crisp [2]** 9982/12
10011/11
**Mr. Crowl's [1]** 9967/5
**Mr. Dolan [5]** 9928/13
9928/17 9947/11
9959/21 10017/15
**Mr. Fischer [2]**
9967/20 10025/8

10043

**Mr. Greene [3]** 9949/5
9988/16 10015/25
**Mr. Harrelson [8]**
9952/2 9953/9 9953/14
9969/4 9969/6 9969/13
10025/1 10025/2
**Mr. Harrelson's [1]**
10024/23
**Mr. Isaacs [2]** 9943/14
9951/16
**Mr. James [2]** 9958/14
9958/18
**Mr. Kandaris [2]**
9942/1 9942/11
**Mr. Krivenko [1]**
9999/23
**Mr. Linder [3]** 9985/20
10001/18 10008/23
**Mr. Meggs [12]** 9909/1
9909/4 9923/20
9933/12 9937/12
9941/8 9949/11
9949/16 9952/22
9969/6 10024/22
10025/2
**Mr. Meggs' [2]** 9937/13
10024/23
**Mr. Nestler [4]** 9975/23
10009/14 10017/12
10024/8
**Mr. Rasheed [2]**
9914/23 9915/5
**Mr. Rhodes [90]**
9905/3 9913/19
9913/22 9914/7
9918/15 9918/18
9920/10 9920/21
9922/1 9922/3 9922/9
9922/13 9922/18
9923/6 9923/22
9925/15 9925/23
9926/4 9926/11
9927/20 9928/20
9929/7 9929/22
9935/24 9936/4 9936/6
9936/15 9936/17
9936/23 9937/2 9937/4
9937/7 9937/10
9937/13 9937/23
9942/19 9944/12
9944/20 9945/13
9945/19 9947/15
9948/20 9949/5 9949/9
9949/15 9949/16
9963/9 9965/14 9975/9
9981/20 9982/6
9984/18 9985/15
9985/21 9986/21
9987/20 9991/2
9992/17 9992/19
9992/23 9992/25
9998/8 9998/18
9999/16 10000/8
10001/9 10001/12
10002/7 10002/12
10003/2 10003/5
10004/4 10004/11

10006/1 10006/12
10006/20 10010/19
10013/17 10016/13
10017/11 10018/24
10019/9 10019/14
10020/12 10020/24
10021/1 10021/14
10022/10 10023/3
10024/2
**Mr. Rhodes' [8]** 9927/1
9944/15 9965/25
9966/1 9966/4 9999/25
10005/18 10014/12
**Mr. Stamey [3]** 9932/5
9934/3 9937/19
**Mr. Stewart [1]**
10021/14
**Mr. Tarpley [1]**
9985/21
**Mr. Trump [2]**
10002/10 10020/14
**Mr. Vallejo [2]** 9941/19
9942/14
**Mr. Vallejo's [1]**
9942/24
**Mr. Zimmerman [6]**
9918/7 9918/14
9918/18 9990/1 9998/1
10015/13
**Mr. Zimmerman's [1]**
9997/23
**Ms. [16]** 9905/16
9916/5 9961/2 9962/8
9965/19 9981/14
9982/13 9985/4
9991/13 10000/8
10004/5 10005/1
10005/15 10006/21
10014/1 10014/8
**Ms. Jessica Watkins
[1]** 9982/13
**Ms. Kellye SoRelle [1]**
10004/5
**Ms. Rakoczy [8]**
9905/16 9961/2 9962/8
9981/14 9985/4
10005/15 10014/1
10014/8
**Ms. SoRelle [2]**
10005/1 10006/21
**Ms. SoRelle's [1]**
9965/19
**Ms. Watkins [3]** 9916/5
9991/13 10000/8
**much [15]** 9910/9
9927/2 9927/2 9949/22
9951/19 9957/15
9961/10 9967/20
9970/19 9982/20
9983/22 9984/16
9991/16 9998/9
10012/21
**multiple [9]** 9913/9
9987/4 9988/8 9989/5
10002/8 10002/9
10002/25 10014/1
10015/4
**murder [1]** 9989/14

**murdered [1]** 9989/21
**muscled [2]** 9954/23
9954/23
**must [5]** 9913/4
9925/20 9925/21
9927/8 9975/13
**mutual [2]** 9918/24
9930/4
**my [17]** 9907/14
9911/3 9919/19
9958/18 9958/19
9982/7 9985/16
9985/23 9998/11
10001/18 10008/23
10011/19 10012/1
10017/19 10024/9
10024/9 10025/7
**myself [1]** 9924/8
**mystery [1]** 9994/3

**N**

**nail [1]** 9927/22
**name [3]** 9999/24
10003/8 10003/11
**named [2]** 9904/22
9913/24
**Nancy [3]** 9908/20
9952/20 10007/6
**Nancy's [1]** 9952/21
**nation [5]** 9906/19
9908/1 9938/2 9946/10
9989/9
**nature [3]** 9950/14
9971/21 9999/14
**Navy [1]** 9933/21
**near [1]** 9952/17
**nearly [1]** 9944/19
**necessarily [2]**
9972/20 9984/21
**necessary [10]**
9906/15 9908/7
9910/17 9911/17
9924/10 9935/15
9960/21 9970/10
9974/10 9980/22
**neck [1]** 9916/12
**need [17]** 9904/25
9918/19 9923/15
9928/15 9929/5
9934/16 9947/18
9960/21 9963/19
9966/5 9974/18
9981/17 9992/24
9992/25 10007/24
10010/4 10021/8
**needed [3]** 9916/14
9928/19 9947/6
**needs [9]** 9909/7
9927/15 9927/16
9927/17 9929/8 9930/2
9930/2 9947/13
10021/25
**nefarious [2]** 9984/21
10021/13
**negate [1]** 9976/6
**negated [2]** 9975/20
9989/6
**Neither [1]** 10008/15

**Nestler [6]** 9899/23
9904/13 9975/23
10009/14 10017/12
10024/8
**never [8]** 9949/7
9993/9 9996/4
10002/18 10009/25
10010/1 10015/6
10016/15
**new [6]** 9922/8
9922/11 9922/17
9969/12 9969/12
9972/2
**news [1]** 9991/14
**newscasts [1]** 9989/15
**next [20]** 9916/6
9919/1 9919/2 9919/3
9919/17 9919/17
9919/19 9919/20
9921/23 9945/11
9945/20 9952/1
9962/16 9963/17
9965/18 9966/10
9979/17 9989/7
9995/10 9998/19
**nice [1]** 9990/12
**night [19]** 9908/18
9916/3 9918/8 9918/9
9919/3 9924/10 9933/3
9933/4 9933/19
9933/21 9935/20
9952/25 9956/5 9963/9
9965/6 9967/10
9979/20 9995/6
10013/14
**nightly [2]** 9990/3
10005/11
**nights [1]** 9989/25
**nighttime [1]** 9919/5
**Ninety [1]** 9989/25
**NJ [1]** 9902/8
**no [76]** 9900/4 9904/8
9904/9 9908/15
9922/16 9923/7
9924/18 9925/17
9927/18 9927/24
9934/4 9936/9 9943/18
9944/9 9947/14
9951/11 9968/21
9968/23 9974/21
9974/21 9989/22
9990/4 9993/4 9993/20
9994/3 9996/3 9996/3
9997/2 9997/11
9997/14 9997/18
9997/25 9999/18
10000/24 10001/1
10002/4 10002/6
10002/6 10002/6
10002/6 10002/6
10002/6 10006/8
10006/10 10006/12
10007/4 10007/5
10007/17 10008/3
10008/4 10008/10
10008/11 10010/7
10010/7 10010/7
10011/17 10011/18

10013/10 10013/12
10013/24 10014/4
10014/24 10016/4
10016/5 10016/12
10017/3 10017/4
10017/5 10017/6
10018/15 10018/15
10020/7 10021/18
10021/18 10024/4
10024/16
**no-go [1]** 9989/21
**nobody [5]** 9982/22
9992/6 9993/11
9993/11 10015/7
**none [2]** 9916/11
9967/7
**noon [1]** 9941/8
**noose [1]** 9916/12
**norm [1]** 9995/14
**north [20]** 9901/15
9917/1 9917/5 9918/6
9932/3 9932/3 9932/10
9933/4 9933/15
9935/23 9936/11
9936/14 9936/15
9936/17 9936/16
9936/20 9937/19
9939/14 9952/13
9964/15
**North Carolina [16]**
9917/1 9917/5 9918/6
9932/3 9932/10 9933/4
9933/15 9935/23
9936/11 9936/14
9936/15 9936/17
9936/19 9936/20
9937/19 9939/14
**northbound [1]**
9953/19
**northeast [3]** 10001/4
10006/18 10010/19
**Nostradamus [1]**
9993/2
**not [143]**
**note [3]** 9941/21
9984/17 10019/3
**noted [2]** 9920/15
9931/15
**nothing [12]** 9934/10
9936/10 9944/6
9947/16 9950/10
9957/11 9994/19
9998/19 9998/25
10001/1 10004/4
10004/6
**notwithstanding [1]**
9918/17
**November [37]** 9900/5
9905/21 9908/13
9910/1 9913/3 9913/3
9913/6 9913/13
9913/14 9913/23
9914/13 9916/22
9917/23 9917/24
9918/3 9918/9 9918/13
9921/7 9922/22
9922/22 9926/18
9935/13 9974/12

**N**

**November... [14]** 9974/21 9975/1
9992/20 9994/2 9994/8
9995/5 9995/18 9998/5
9998/17 9998/25
9999/22 10012/23
10015/12 10026/7
**November 14th [5]**
9917/24 9918/3 9994/8
9995/18 10015/12
**November 7th [3]**
9913/6 9913/13
9913/14
**November 8 [1]**
9908/13
**November 9th [6]**
9913/23 9914/13
9916/22 9918/13
9974/21 9999/22
**now [46]** 9904/3
9904/4 9913/2 9914/17
9917/21 9921/6
9925/16 9927/1
9932/21 9933/18
9941/10 9945/11
9947/9 9957/3 9962/20
9963/10 9966/19
9967/4 9967/20 9970/4
9980/2 9981/18 9985/4
9987/12 9987/23
9990/12 9992/22
9993/13 9995/2
9995/23 9999/13
9999/14 10001/15
10002/7 10003/16
10005/21 10006/18
10012/3 10012/6
10012/9 10012/11
10012/17 10014/7
10016/6 10023/7
10023/8
**numb [1]** 9915/2
**number [8]** 9907/24
9916/21 9917/25
9934/7 9937/13
9950/14 10001/8
10019/23
**numerous [3]** 9906/6
9949/17 9968/19
**nutshell [1]** 9973/21
**NW [3]** 9900/17 9902/3
9903/4

**O**

**Oak [2]** 9901/3 9901/7
**oath [57]** 9908/6
9908/18 9909/25
9914/8 9917/1 9917/17
9917/19 9918/1 9918/6
9918/19 9919/13
9919/15 9922/4 9922/7
9923/20 9925/5 9928/8
9932/10 9936/3
9936/11 9941/20
9941/21 9942/20
9943/9 9944/5 9946/6
9946/23 9958/13

**Occam's [1]** 10015/18
**occurred [5]** 9913/2
9978/7 9978/25
9989/17 10001/3
**occurring [1]** 9987/9
**off [14]** 9923/10
9925/25 9936/3
9956/22 9968/5
9969/22 9977/20
9981/23 10002/1
10007/6 10015/1
10022/15 10025/18
10025/20
**offenses [2]** 9907/13
9976/13
**offensive [2]** 9940/24
10015/2
**offer [1]** 9988/6
**offered [1]** 9949/17
**offering [1]** 9943/17
**offhand [1]** 9985/5
**office [3]** 9900/16
9926/12 10020/12
**officer [11]** 9952/18
9953/16 9954/12
9954/13 9954/17
9954/24 9960/12
9960/12 9978/13
9983/17 10022/9
**Officer Owens [1]**
9954/24
**officers [15]** 9906/25
9907/6 9953/11
9954/11 9954/14
9959/18 9959/18
9959/22 9959/25
9960/16 9976/21
9978/20 9978/23
9978/24 10019/24
**official [6]** 9903/3
9970/18 9970/20
9970/22 9973/5 9983/9
**oh [3]** 9973/24 9987/25
10014/8
**Ohio [9]** 9909/17
9909/21 9919/15
9933/11 9938/14
9939/14 9946/6
9963/20 9964/23
**Ohio State Regulars
[1]** 9909/17
**OK [8]** 9908/16 9916/6
9923/14 9935/25
9938/11 9943/2
9959/10 10021/19
**OK FL Hangout [2]**
9916/6 9923/14
**OK Gator 1 [1]**
9908/16
**okay [12]** 9904/24
9961/13 9961/24
9975/25 9981/14
9987/21 10003/17
10013/5 10021/20
10023/17 10024/19
10025/17
**OKs [1]** 9959/11

**Oath Keeper [1]**
9928/8
**Oath Keepers [46]**
9908/6 9908/18
9909/25 9914/8
9917/17 9917/19
9918/1 9918/19
9919/13 9919/15
9922/7 9923/20 9925/5
9932/10 9936/3
9936/11 9941/20
9942/20 9943/9 9944/5
9946/6 9946/23
9958/13 9964/14
9983/24 9984/15
9985/22 9986/4
9986/17 9989/2 9991/4
9992/11 9996/7
9996/19 10006/25
10007/4 10007/5
10007/10 10008/14
10010/23 10011/3
10011/7 10018/25
10019/2 10019/5
10022/19
**Oath Keepers' [2]**
9922/4 10002/11
**oaths [1]** 9963/11
**object [4]** 9973/6
9975/15 9980/8
10024/3
**objection [8]** 9980/14
9990/18 10003/19
10003/25 10014/16
10017/23 10018/16
10023/14
**objections [2]** 9920/4
10023/18
**objective [1]** 9930/5
**obligation [1]** 9925/17
**observance [1]**
9950/16
**observed [1]** 9947/11
**obstruct [6]** 9970/18
9970/24 9973/5
9976/17 9983/9
10022/8
**obstructing [3]**
9976/15 9976/18
9979/3
**obstruction [3]**
9907/13 9981/12
9983/16
**obviously [1]** 9973/16

**occasions [2]** 9975/6 9976/6
**occurred [5]** 9913/2

**Occam's [1]** 10015/18

**older [1]** 9983/22
**once [1]** 9992/19
**one [58]** 9908/24
9909/12 9909/13
9912/7 9916/10
9919/15 9922/16
9922/18 9929/7
9929/15 9932/3 9933/9
9937/20 9937/22
9939/24 9940/11
9946/23 9952/11
9952/13 9965/13
9971/8 9973/6 9975/17
9979/11 9981/11
9982/19 9985/17
9986/18 9986/22
9990/4 9991/11 9993/8
9993/10 9993/20
9995/12 9996/3 9997/4
9997/20 9997/21
9998/7 9998/21
9998/22 9998/23
10002/5 10002/13
10003/6 10003/7
10004/21 10005/5
10010/5 10010/6
10012/20 10016/5
10021/9 10023/19
10024/3 10024/6
10024/11
**one-half [2]** 9952/11
9952/13
**ones [1]** 9920/6
**only [13]** 9905/7
9915/16 9915/20
9923/22 9930/25
9935/24 9936/12
9943/23 9954/18
9960/24 9966/19
9968/5 9981/9
**op [11]** 9909/13
9919/20 9929/6 9929/8
9932/25 9936/16
9936/20 9938/11
9938/17 9948/4 9966/6
**op has [1]** 9966/6
**Op Jan [1]** 9936/16
**op sec [2]** 9929/6
9929/8
**op tomorrow [1]**
9938/17
**op veterans [1]**
9936/20
**open [7]** 9922/13
9923/6 9924/16
10002/8 10002/15
10021/1 10021/3
**opened [1]** 9947/10
**opening [14]** 9925/12
9975/23 9982/13
9984/12 9984/21
9994/6 9996/1 9996/5
10000/19 10001/15

**Old Leadership [1]**
9927/21

**Occam's**

**officer**

**older**

**Occam's [1]** 10015/18
**occurred [5]** 9913/2
9978/7 9978/25
9989/17 10001/3

**older [1]** 9983/22

**openly [1]** 9998/24
10002/10
**operate [1]** 9909/6
**operation [11]** 9906/17
9909/3 9909/22 9910/1
9910/14 9915/9
9917/18 9917/23
9919/12 9938/7
9938/23
**operational [1]** 9929/5
**operations [2]** 9908/23
9916/25 9935/21
9948/23 9958/16
**opinion [3]** 9987/21
10002/16 10005/5
**opinions [1]** 10002/14
**opportunity [14]**
9906/20 9911/13
9912/15 9947/2 9962/6
9980/6 9994/13
9994/23 9999/1
10000/21 10001/1
10001/10 10001/14
10017/1
**oppose [15]** 9905/24
9910/6 9914/11
9919/23 9922/23
9928/22 9964/1
9970/15 9970/16
9971/17 9971/19
9971/21 9971/23
9972/19 9983/6
**opposing [1]** 9911/1
**opposite [2]** 9993/12
10001/2
**orchestrater [1]**
9908/6
**order [9]** 9931/15
9934/1 9946/15
9989/24 9990/4
9996/19 10016/4
10016/12 10016/15
**ordered [1]** 10018/9
**orders [3]** 10005/12
10008/3 10017/6
**organization [8]**
9917/15 9950/14
9985/1 9985/11
9985/12 9986/14
9986/19 9986/20
**organized [1]** 9909/11
**organizing [3]** 9917/2
9917/16 9935/8
**original [2]** 9925/5
10013/16
**ornate [1]** 9977/21
**other [51]** 9909/4
9911/24 9917/4
9937/21 9937/22
9944/21 9946/5 9949/8
9949/18 9949/24
9951/8 9953/18
9954/10 9956/17
9957/4 9960/15
9962/12 9964/14
9965/14 9972/4 9975/2

**O**

**other... [30]** 9975/10
9975/11 9976/6 9977/9
9979/20 9982/7
9982/18 9987/1
9994/15 9996/8
9996/10 9996/22
9999/23 10003/3
10004/21 10005/14
10006/4 10006/4
10007/14 10007/17
10008/13 10011/2
10012/12 10013/25
10014/24 10015/4
10015/11 10015/16
10019/24 10024/22
**other's [1]** 10013/14
**others [13]** 9908/11
9913/21 9915/24
9932/1 9933/22
9933/24 9985/13
9986/6 9998/18
10006/16 10013/3
10019/14 10020/7
**otherwise [4]** 9935/1
9992/11 10003/15
10022/10
**our [43]** 9906/2 9906/4
9906/19 9907/8
9913/16 9916/12
9920/17 9921/3
9921/19 9924/20
9924/21 9927/15
9927/23 9928/18
9928/18 9928/19
9934/2 9945/11
9945/20 9945/21
9953/4 9953/4 9953/5
9954/22 9955/11
9961/6 9962/21 9969/7
9972/8 9972/12
9972/12 9972/17
9979/15 9980/5
9980/10 9981/2 9989/9
9990/6 9990/14 9996/9
10005/16 10017/8
10023/8
**ours [2]** 9908/15
9927/9
**out [61]** 9911/24
9913/19 9915/20
9916/13 9918/8
9919/16 9920/19
9922/7 9922/10
9922/17 9923/17
9923/23 9927/23
9928/18 9931/7 9933/5
9933/22 9933/24
9934/25 9937/2
9937/10 9939/15
9948/8 9958/1 9958/18
9963/18 9964/13
9964/14 9969/7 9969/8
9971/1 9971/9 9972/7
9972/14 9975/9
9982/17 9982/18
9988/18 9992/7
9993/14 9995/7 9995/8

9997/8 9997/10
9997/16 10007/9
10011/17 10015/4
10016/2 10016/8
10016/9 10018/4
10020/10 10020/17
10020/24 10021/17
10022/14 10022/19
**outcome [3]** 9955/15
9980/19 9981/5
**outfitted [1]** 9906/17
**outlets [1]** 9913/7
**outlier [3]** 9994/23
10015/10 10015/10
**outrageous [1]** 9956/6
**outset [4]** 9911/6
9975/6 9984/22 9992/3
**outside [13]** 9916/1
9931/5 9935/15
9943/14 9962/14
9977/4 9977/7 9977/21
9986/11 9995/21
9996/14 9999/11
10022/11
**outskirts [1]** 9931/9
**over [27]** 9906/2
9909/9 9912/22
9920/10 9920/10
9928/23 9929/4 9929/5
9944/13 9944/13
9947/1 9947/7 9947/7
9947/12 9947/12
9956/17 9979/13
9985/1 9986/20 9990/6
9998/5 9998/6 10007/2
10018/23 10019/22
10019/22 10025/6
**overarching [1]** 9970/9
**overheard [2]** 9953/3
10017/13
**overlooking [1]** 9932/6
**overly [1]** 10019/16
**overruled [3]** 9990/20
10003/21 10018/17
**overrun [1]** 9973/20
**overseeing [1]**
9971/25
**overt [1]** 10021/13
**overthrow [3]** 9912/10
9914/24 10001/14
**overused [1]** 10010/24
**overwhelmed [2]**
9956/15 9960/16
**overwhelming [3]**
9977/5 10005/15
10019/23
**Owens [2]** 9954/12
9954/24
**own [28]** 9909/17
9909/17 9909/21
9909/24 9919/16
9921/3 9921/17 9923/5
9925/16 9926/11
9927/1 9928/21 9936/9
9937/5 9939/3 9939/3
9939/7 9941/5 9941/15
9944/10 9945/3

9983/13 9988/7
10009/1 10012/25
10013/10
**owned [1]** 9987/17
**owner [1]** 9991/8

**P**

**P.A [1]** 9902/12
**p.m [12]** 9943/13
9944/6 9944/24 9948/1
9948/22 9950/6
9951/22 9956/10
9957/13 10018/23
10025/22 10025/22
**PA [1]** 9901/15
**packed [1]** 9965/11
**pages [3]** 9997/4
9997/16 10006/6
**paid [2]** 9937/19
9937/21
**painting [1]** 9979/10
**paintings [1]** 9979/11
**Palian [5]** 9979/19
9980/1 9993/21
9996/24 9998/10
**panel [2]** 9905/11
9961/22
**paranoid [1]** 9929/23
**Park [1]** 9902/3
**Parker's [1]** 9954/3
**part [21]** 9916/21
9917/23 9921/19
9925/11 9928/2 9928/3
9928/6 9931/25 9938/9
9938/22 9939/12
9946/10 9954/14
9958/13 9968/18
9978/5 9983/1 9984/8
9991/24 9993/17
10024/9
**participant [1]** 9986/19
**participate [3]** 9946/14
9951/4 9951/5
**participated [4]**
9909/20 9946/21
9976/21 9977/11
**participating [4]**
9928/4 9934/12
9959/24 9966/12
**participation [5]**
9965/5 9967/3 9967/14
9968/11 9979/23
**particular [1]** 9974/19
**particularly [1]** 9962/4
**partner [1]** 10001/18
**parts [1]** 9964/18
**party [1]** 10015/25
**pass [1]** 10013/14
**passed [1]** 9965/13
**passenger's [1]**
10015/14
**past [2]** 9976/21
10021/15
**pat [1]** 9953/16
**patently [1]** 9934/8
**patient [1]** 10001/22
**patriots [14]** 9923/16

9944/10 9945/2
9947/17 9963/19
9963/10 10010/20
10010/22 10010/24
10022/15 10022/16
**Paul [9]** 9917/4 9932/4
9932/18 9933/15
9933/20 9936/18
9937/19 10015/11
10015/12
**Paul Stamey [7]**
9917/4 9932/18
9933/15 9933/20
9936/18 10015/11
10015/12
**pay [1]** 10015/9
**peaceful [6]** 9906/3
9956/5 9979/16
9989/18 10001/5
10001/11
**peacefully [2]** 9906/9
9995/1
**Pelosi [4]** 9908/20
9952/20 9953/1
10007/6
**Pence [4]** 9944/3
9944/6 9947/15
10007/8
**penned [4]** 10002/8
10002/9 10002/10
10021/1
**people [62]** 9907/25
9915/25 9916/10
9916/16 9916/24
9921/2 9921/2 9923/9
9924/18 9926/8 9928/2
9928/3 9930/18 9934/2
9939/17 9942/2
9942/11 9942/25
9946/4 9946/9 9946/21
9948/7 9948/8 9948/11
9950/17 9952/7 9955/5
9956/3 9965/20
9965/22 9977/1
9980/15 9981/4
9983/11 9985/7 9989/5
9989/23 9990/8 9993/1
9994/25 9995/7
9995/10 9995/15
9996/8 9996/10
9996/14 10001/13
10005/4 10005/17
10005/17 10008/3
10008/5 10010/22
10011/2 10012/7
10012/13 10012/21
10018/4 10020/7
10020/9 10020/9
10020/18
**pepper [5]** 9915/9
9915/12 9930/16
9954/19 9978/5
**per [1]** 9988/15
**percent [1]** 10003/17
**perfect [2]** 10018/21
10020/2
**perfectly [1]** 10023/25

**perhaps [3]** 9913/20
9935/7 10019/5
**period [3]** 9926/17
9969/3 9974/25
**perpetrated [1]** 9986/5
**person [6]** 9929/8
9929/15 9968/7
9997/20 10014/14
10015/11
**personal [1]** 10008/17
**personally [2]** 9963/23
9991/15
**persons [1]** 9910/21
**perspective [2]**
9982/15 10010/19
**phase [1]** 9921/23
**phillip [3]** 9901/2
9901/6 9904/15
**phone [28]** 9917/10
9929/9 9948/2 9950/7
9950/10 9950/20
9950/22 9950/25
9950/25 9952/4
9965/15 9965/19
9966/2 9966/20 9967/1
9967/21 9968/5 9968/6
9968/22 9968/24
9969/22 9985/14
10011/19 10011/23
10012/1 10015/20
10015/20 10020/17
**phones [4]** 9968/17
9979/5 10011/13
10012/12
**photo [3]** 9955/24
9956/16 9963/2
**photograph [4]** 9918/2
9939/19 9979/19
9979/24
**photos [4]** 9967/2
9967/7 9967/21
9977/16
**phots [1]** 9941/22
**phrase [1]** 10024/10
**picked [1]** 9954/17
**picture [2]** 10001/7
10001/9
**pictures [3]** 9941/12
9994/21 10022/14
**piece [1]** 9997/4
**pieces [1]** 9930/19
**pipe [1]** 9915/13
**pissed [1]** 10022/15
**pissed-off [1]**
10022/15
**pitchforks [1]** 9923/24
**place [2]** 9919/19
9960/15 9973/15
9974/12
**placed [2]** 9907/22
10012/8
**places [2]** 9982/9
9987/1
**plain [6]** 9945/22
9970/15 10002/14
10004/8 10021/3
10021/16
**Plaintiff [1]** 9900/4

10047

P

**plan [59]** 9908/10
9913/10 9913/12
9914/16 9915/19
9918/11 9928/3 9930/1
9931/25 9932/2
9932/16 9932/24
9934/4 9935/9 9935/16
9938/3 9938/9 9938/22
9946/12 9946/13
9946/13 9946/18
9964/14 9975/9
9992/16 9993/8
9993/10 9994/12
9994/17 9995/9 9997/2
9997/5 9997/11
9997/14 9997/16
9997/18 9997/21
10002/6 10002/6
10002/6 10006/7
10006/9 10006/11
10008/4 10008/11
10008/19 10009/9
10009/25 10010/7
10010/7 10010/7
10012/23 10014/4
10014/6 10014/25
10017/6 10018/15
10022/7 10024/25

**planned [4]** 9947/22
10013/9 10019/19
10025/11

**planner [1]** 10019/19

**planning [17]** 9909/11
9909/13 9909/14
9919/20 9926/6
9932/25 9934/11
9935/18 9936/15
9936/16 9937/25
9943/24 9957/20
9968/20 9993/14
9993/17 9994/1

**plans [16]** 9928/1
9929/17 9930/14
9931/4 9931/16
9935/12 9935/13
9936/8 9936/13
9936/14 9964/1
9964/15 9964/18
9965/2 9994/16
10002/15

**play [1]** 9921/1

**played [28]** 9907/16
9907/20 9909/15
9910/8 9910/11
9915/14 9917/1 9931/7
9940/23 9943/11
9944/24 9946/2
9951/21 9952/5
9953/23 9954/1 9954/4
9955/3 9955/8 9957/9
9958/2 9958/7 9958/10
9959/4 9959/15
9959/23 9960/5 9960/8

**players [3]** 9907/24
9916/21 9932/22

**plaza [3]** 9962/13
9962/19 9962/25

**pleading [3]** 10003/13
10003/22 10004/5

**pleadings [1]** 9928/1

**please [10]** 9904/5
9905/14 9915/2
9957/16 9961/19
9961/24 9981/16
9986/12 9992/18
10025/5

**pled [5]** 9928/4
9946/21 10008/22
10009/11 10009/19

**plotting [2]** 9912/4
9960/25

**podcast [1]** 9941/17

**point [12]** 9921/9
9933/11 9933/11
9933/13 9937/12
9937/12 9993/14
9997/16 10001/4
10011/5 10024/3
10024/11

**pointed [1]** 9982/18

**points [2]** 9933/8
9935/22

**police [18]** 9906/25
9953/25 9954/13
9954/14 9956/13
9956/14 9957/6 9957/8
9957/25 9959/7
9959/14 9959/18
9959/22 9969/23
9977/6 9977/23
9978/23 10019/24

**policy [1]** 10020/13

**political [6]** 9986/25
9995/16 10000/7
10001/25 10010/14
10014/9

**politicians [1]** 9956/22

**portions [1]** 9968/16

**Portland [3]** 9990/2
9990/3 10005/10

**posed [1]** 9909/19

**position [2]** 9925/12
9963/18

**possibility [2]** 9942/15
10015/17

**possible [2]** 9950/8
9993/4

**posted [4]** 9992/17
9992/19 10007/24
10012/23

**posts [1]** 9993/9

**potential [1]** 9942/4

**potentially [1]**
10013/24

**Potomac [1]** 9931/15

**pounded [1]** 9907/7

**power [44]** 9906/3
9906/8 9906/16
9906/20 9908/8
9910/18 9910/24
9911/1 9911/14
9911/18 9912/2 9912/4
9912/5 9913/1 9918/17
9919/24 9922/24

9938/3 9946/17
9960/20 9970/11
9971/22 9972/2 9972/8
9972/11 9972/18
9972/19 9973/3 9973/4
9974/4 9975/16 9976/9
9979/14 9979/16
9981/7 9994/13
9994/18 9994/20
10000/23 10001/11
10002/25 10003/23
10000/23 10001/11
10002/25 10003/23
**powerful [1]** 9912/19
**pre [5]** 9993/14
10011/6 10011/6
10011/7 10019/19
**pre-date [3]** 10011/6
10011/6 10011/7
**pre-planned [1]**
10019/19
**pre-planning [1]**
9993/14
**precedent [2]** 9998/12
10021/20
**precise [1]** 9929/17
**precisely [1]** 9952/11
**precluded [1]** 10024/1
**predicted [2]** 9944/7
9947/16
**preferably [1]** 9927/23
**preparations [3]**
9912/1 9943/24
9960/24
**prepare [3]** 9905/20
9913/5 9930/11
**prepared [13]** 9916/1
9916/15 9918/15
9918/20 9923/4
9926/11 9928/14
9941/2 9941/4 9942/12
9942/22 9953/8
9994/12
**preparing [1]** 9938/22
**prescient [1]** 9993/2
**presence [6]** 9975/20
9976/22 9977/1 9978/3
9980/2 10010/16
**present [5]** 9904/22
9919/4 9925/18
9994/14 10000/24
**presentation [2]**
9997/12 10003/8
**presented [8]** 9913/17
9947/2 9969/17
9995/24 10001/11
10006/1 10011/7
10013/22
**presenting [1]**
10010/12
**Presidency [1]**
10000/24
**president [45]** 9907/3
9908/11 9908/14
9914/7 9918/16 9919/6
9921/10 9921/22
9922/5 9922/5 9922/14
9922/16 9923/7
9923/23 9924/12

9925/7 9926/12
9927/16 9928/11
9942/8 9942/9 9944/2
9944/3 9944/17
9944/17 9947/5
9976/23 9986/16
10000/20 10002/8
10002/16 10002/24
10003/12 10003/14
10003/23 10004/6
10004/9 10005/19
10020/12 10020/23
10023/24 10024/5
10024/17
**President Biden [2]**
9914/7 9926/12
**President Trump [13]**
9908/11 9918/16
9921/10 9922/5
9922/14 9923/7
9923/23 9924/12
9924/15 10000/20
10002/8 10002/16
10020/12
**President Trump's [2]**
10023/24 10024/5
**President's [1]** 9976/2
**presidential [16]**
9905/22 9905/24
9906/3 9906/13
9910/18 9910/24
9913/6 9914/6 9919/24
9920/22 9921/5
9921/20 9972/1 9972/2
9994/13 9994/18
**presiding [1]** 9904/4
**presumably [1]** 9968/7
**pretty [2]** 10017/16
10018/5
**Prettyman [1]** 9903/4
**prevent [9]** 9923/1
9948/9 9972/5 9972/20
9973/2 9973/8 9973/13
9983/16 10022/9
**prevented [1]** 9973/18
**preventing [1]** 9977/6
**previewing [1]**
9931/16
**previous [1]** 9988/22
**principle [1]** 9975/18
**principles [1]** 9976/10
**printed [1]** 9997/3
**prior [7]** 9906/2 9906/6
9917/10 9936/20
9938/16 9980/21
9985/2
**privy [1]** 9913/18
**probably [4]** 9929/16
9993/1 9997/4
10011/16
**problem [1]** 9955/12
**proceeding [18]**
9912/3 9920/3 9922/25
9928/25 9960/22
9963/2 9970/18
9970/23 9970/24
9972/15 9973/5 9973/8

9925/7 9926/12
9927/16 9928/11
9942/8 9942/9 9944/2
9944/3 9944/17
9944/17 9947/5
9976/23 9986/16
10000/20 10002/8
10002/16 10002/24
10003/12 10003/14
10003/23 10004/6
10004/9 10005/19
10020/12 10020/23
10023/24 10024/5
10024/17
**proceedings [4]**
9900/9 9903/6 9904/23
10026/4
**process [5]** 9942/6
9971/3 9972/14
9979/23 9980/16
**procuring [1]** 9933/17
**prods [1]** 9930/19
**produced [1]** 9903/7
**profession [1]** 9988/5
**ProMaster [1]**
10015/15
**promise [5]** 9962/6
9994/5 9994/5 9994/11
10000/19
**promises [3]** 9984/11
9984/13 10001/21
**proof [2]** 9974/18
10013/25
**property [3]** 9977/14
9978/6 9991/8
**proposal [1]** 9918/12
9918/25
**proposals [1]** 9913/22
**prosecutor [1]**
10003/10
**protect [7]** 9907/2
9948/11 9948/13
9954/15 9960/17
9995/19 10021/7
**protected [2]** 9953/10
9991/7
**protectees [1]** 9948/12
**protecting [1]** 10020/7
**protest [3]** 9976/1
9995/2 9995/11
**protesters [1]** 9996/13
**protesting [1]** 9995/13
**protests [2]** 9920/2
9996/16
**proud [2]** 9985/20
10021/8
**prove [1]** 9930/2
**Proverbs [1]** 10001/18
**provide [1]** 9988/8
**provided [3]** 9909/24
9988/15 9988/21
**provider [1]** 9968/3
9968/4
**providing [1]** 9981/19
**PSDs [2]** 9988/22
10019/20
**published [1]** 10021/2
**publishing [1]** 9922/4
**pulled [3]** 9932/1
9977/20 9978/4
**puppet [4]** 9923/11
9924/21 9926/1 9926/3
**purchased [2]** 9939/3
9939/5
**purchases [2]** 9964/2
9964/4
**purporting [1]** 9992/23
**purpose [7]** 9910/22
9910/23 9911/1 9920/3

10048

**P**

purpose... **[3]** 9934/21
9975/21 9976/8
purposes **[6]** 9931/1
9976/6 10015/2
10019/6 10019/8
10019/19
push **[12]** 9927/9
9954/9 9954/9 9954/9
9954/11 9957/8
9957/25 9958/1 9960/1
9960/1 9978/21
10022/13
pushed **[8]** 9954/17
9956/8 9956/12
9956/13 9957/6
9959/14 9959/17
9976/21
pushing **[5]** 9943/14
9955/20 9955/20
9959/24 9978/23
put **[11]** 9918/11
9918/25 9927/21
9929/3 9979/11 9980/7
9988/17 9993/9
9998/15 10004/14
10025/3
putting **[4]** 9913/19
9915/19 9959/25
9975/9
PUTZI **[1]** 9902/12

**Q**

QAnon **[1]** 9991/16
QRF **[26]** 9931/8
9932/3 9932/11
9935/12 9935/13
9935/22 9935/25
9936/3 9936/13
9937/14 9937/19
9937/22 9938/12
9943/15 9994/9
9995/21 9995/24
9996/1 9997/22 9998/7
9998/18 9999/11
10015/1 10015/11
10015/12 10017/2
QRFs **[2]** 9914/15
9998/20
quarter **[1]** 10015/8
question **[6]** 9910/12
9942/14 9983/12
10000/1 10004/8
10006/3
questioned **[1]**
10003/10
questions **[1]** 10006/7
quick **[24]** 9914/14
9917/2 9927/2 9931/8
9932/19 9932/24
9933/5 9933/8 9933/16
9934/11 9935/9
9935/19 9936/25
9937/1 9937/17 9938/9
9938/15 9939/10
9941/14 9943/7
9943/17 9995/22
9997/7 10023/19

**[12]** 9917/2 9931/8
9932/19 9932/24
9933/8 9933/16 9935/9
9935/19 9936/25
9938/9 9943/17
9995/22
**Quick Reaction Forces
[1]** 9914/14
quite **[3]** 9914/5
9993/12 10023/1
quitting **[1]** 9963/12
quote **[1]** 9942/10
quote/unquote **[1]**
9942/10
quoted **[1]** 9920/14
quoting **[2]** 9934/23
9934/25

**R**

racist **[1]** 9986/7
rage **[1]** 9958/22
raise **[1]** 10023/19
raising **[1]** 9957/7
Rakoczy **[10]** 9900/14
9904/13 9905/16
9961/2 9962/8 9981/14
9985/4 10005/15
10014/1 10014/8
rallies **[1]** 9996/17
rally **[6]** 9933/8
9933/10 9933/13
9935/22 9937/12
9988/12
ramp **[1]** 9931/19
ran **[1]** 9956/22
Ranger **[1]** 9917/3
ranting **[1]** 9926/22
rantings **[1]** 9912/9
Rasheed **[5]** 9913/25
9914/17 9914/23
9915/5 9999/23
rather **[1]** 9987/5
rats **[1]** 9956/24
raving **[1]** 9926/23
ravings **[1]** 9912/9
razor **[1]** 10015/18
reached **[4]** 9937/2
9983/4 9991/22
10020/9
reaches **[1]** 9937/10
reaching **[3]** 9933/22
9933/23 10021/17
reaction **[24]** 9914/14
9917/2 9931/8 9932/19
9932/24 9933/5 9933/8
9933/16 9934/11
9935/9 9935/19
9936/25 9937/1
9937/17 9938/9
9938/15 9939/10
9941/14 9943/7
9943/17 9990/8
9991/17 9995/22
9995/22
read **[7]** 9932/15
9935/11 9971/10
9992/20 10004/23

ready **[12]** 9905/15
9905/16 9924/10
9931/9 9940/7 9940/14
9941/7 9941/8 9941/12
9941/16 9946/2
9981/21
real **[15]** 9919/18
9924/2 9928/1 9928/1
9928/2 9931/4 9939/9
9939/16 9946/21
9955/14 9955/14
9982/20 10014/14
10016/24 10020/21
realistically **[1]** 9992/2
reality **[2]** 9932/24
10010/12
really **[7]** 9934/6
9950/8 9992/25 9995/1
9995/25 10009/18
10012/19
realm **[1]** 9986/11
realtime **[2]** 9903/3
9927/1
reason **[7]** 9955/17
9973/19 10005/8
10011/17 10014/22
10015/14 10021/6
reasonable **[2]**
9974/23 10023/1
reasoning **[1]** 10004/7
reasons **[2]** 9911/22
9975/25
rebellion **[4]** 9926/2
9926/8 9926/12
9945/20
recall **[2]** 9987/12
10009/15
received **[2]** 10012/13
10024/24
recess **[4]** 9961/15
9961/16 10025/21
10025/22
recollection **[2]**
9990/21 9990/23
reconvened **[1]**
10018/22
record **[2]** 10025/3
10026/3
recorded **[3]** 9903/6
9913/23 9999/24
recording **[1]** 9914/22
records **[11]** 9916/20
9948/25 9948/25
9949/1 9949/10
9966/22 9967/5 9967/8
9968/4 10015/22
10015/23
recruit **[4]** 9916/10
9916/10 9916/10
9916/14
recruiting **[1]** 9915/23
redeploy **[1]** 10008/1
redirect **[2]** 10009/15
10017/12
redirects **[1]** 9997/9
reduced **[1]** 10009/11
reduction **[1]** 10009/4

reference **[2]** 9994/8
10000/20
referenced **[2]** 9933/2
9992/19
referring **[1]** 9933/10
10010/23
reflect **[1]** 9982/11
reflection **[1]** 9996/8
refuge **[1]** 9967/16
refuse **[1]** 9913/4
refused **[2]** 9934/8
9949/13
regarding **[9]** 9965/23
9983/4 9984/7 9984/22
9985/5 9986/4 9989/3
10022/7 10022/25
regime **[3]** 9923/11
9924/21 9928/12
Registered **[1]** 9903/2
regress **[1]** 9989/13
regroup **[5]** 9959/19
10007/25 10008/1
10008/1 10020/3
Regulars **[1]** 9909/17
related **[3]** 9907/13
9939/6 9964/3
relation **[1]** 9951/16
relief **[3]** 9986/24
9986/25 9998/23
religious **[1]** 9950/15
reloading **[1]** 9963/13
rely **[1]** 9930/7
remember **[10]**
9934/19 9949/9
9949/14 9963/11
9990/13 9997/8
10008/8 10015/12
10016/3 10016/3
remind **[1]** 9975/17
reminded **[1]** 9961/25
removed **[1]** 10007/7
rendezvous **[1]**
9937/12
repair **[2]** 9977/25
9977/25
repeat **[1]** 10003/13
repeatedly **[4]** 9910/4
9910/6 9912/10
9958/25
repel **[2]** 9954/18
9977/24
rephrase **[1]** 10004/1
replied **[1]** 9924/9
reported **[2]** 9935/18
9945/24
Reporter **[4]** 9903/2
9903/2 9903/3 9903/3
reports **[3]** 9934/3
10022/15 10022/19
represent **[1]** 9985/15
republic **[3]** 9920/17
9927/22 9979/15
request **[2]** 9988/15
10000/4
requests **[1]** 10024/10
research **[1]** 10000/3

reserve **[1]** 9920/12
reserved **[1]** 9937/18
reserving **[1]** 9920/22
residence **[3]** 9918/7
9919/13 9967/17
resigned **[1]** 9925/11
resist **[2]** 9927/12
9962/5
resolve **[1]** 9920/4
9980/9 9980/14
respect **[4]** 9973/10
9975/18 9981/3 9993/7
respected **[1]** 9906/9
respectfully **[3]**
10012/15 10022/2
10022/24
respond **[1]** 9905/7
responded **[2]** 9935/25
9952/22 10015/7
response **[6]** 9910/4
9916/17 9917/13
9933/14 9938/19
10000/1
responsibility **[1]**
9934/9
rest **[1]** 9978/22
restaurant **[1]** 9987/8
result **[12]** 9907/18
9910/5 9910/7 9913/12
9918/17 9919/10
9921/24 9922/8
9923/19 9925/8
9935/10 9980/23
results **[15]** 9905/24
9906/7 9908/12 9910/6
9914/11 9921/3
9921/11 9922/11
9922/11 9922/17
9924/11 9946/16
9972/1 9980/16 9981/4
resume **[3]** 9961/9
9979/23 10023/8
review **[1]** 10006/9
reviewed **[1]** 9997/5
revised **[1]** 10024/15
revolution **[11]**
9914/10 9920/18
9920/19 9920/20
9923/10 9924/25
9942/18 9945/20
10016/19 10021/7
10021/18
rhetoric **[9]** 9925/1
9926/22 9991/18
9991/18 9999/9
10000/7 10001/25
10010/14 10014/9
RHODES **[145]**
Rhodes' **[8]** 9927/1
9944/15 9965/25
9966/1 9966/4 9999/25
10005/18 10014/12
Ricky **[1]** 10007/14
ridiculous **[1]** 9948/17
rifle **[3]** 9939/21
9939/22 9941/24
rifles **[4]** 9940/22
9940/24 9940/24

**R**

**rifles... [1]** 9941/11
**right [23]** 9905/13
9920/7 9920/12
9920/22 9923/25
9925/18 9931/19
9931/20 9959/21
9966/19 9973/17
9981/18 9982/2
9998/19 10001/19
10003/8 10005/16
10010/10 10013/1
10019/17 10021/25
10023/7 10023/12
**rightful [1]** 9928/11
**rights [1]** 10005/4
**riot [17]** 9912/16
9934/12 9945/21
9948/9 9948/14
9948/15 9953/25
9954/14 9957/25
9959/18 9959/22
9966/12 9967/3
9973/17 9978/23
9978/25 9980/25
**rioters [19]** 9907/7
9943/16 9954/18
9956/11 9956/18
9957/5 9957/8 9958/1
9960/16 9965/8
9973/20 9976/25
9976/25 9977/5 9977/6
9977/9 9977/23
9980/12 9988/1
**rioting [3]** 9945/18
9948/9 9956/3
**riots [6]** 9987/1 9987/9
9989/17 9989/18
9989/19 9990/5
**rise [6]** 9904/2 9904/3
9961/11 9961/17
10022/25 10023/10
**risk [1]** 9987/7
**Ritchie [1]** 9902/12
**river [1]** 9931/17
**RMR [2]** 10026/2
10026/8
**Road [1]** 9902/3
**Robert [1]** 10007/14
**Roberto [1]** 9957/24
**Roberto Minuta [1]**
9957/24
**rode [1]** 9986/2
**Roger [1]** 9908/11
10020/6
**Roger Stone [2]**
9908/11 10020/6
**rogue [2]** 9918/20
9918/21
**role [7]** 9907/15
9907/19 9917/2
9917/15 9931/7
9936/14 9936/24
**roles [3]** 9909/14
9910/8 9910/10
**rolling [1]** 9952/22
**room [11]** 9931/13
9931/13 9932/4 9932/5

9937/20 9937/21
9940/10 10017/17
**rooms [1]** 9937/17
**Rotunda [15]** 9952/1
9952/6 9952/18 9955/4
9957/23 9958/9 9959/3
9977/15 9977/22
9979/12 9997/14
10006/10 10007/11
10009/17 10013/8
**roughly [2]** 9955/19
9956/10
**round [2]** 9942/15
9942/17
**routine [2]** 9906/3
9979/15
**roving [2]** 10019/20
10019/20
**rows [1]** 9953/25
**RP [1]** 9935/22
**rule [2]** 9906/10 9981/3
**rules [3]** 9921/1 9921/2
9955/18
**rumors [1]** 9965/7
**run [2]** 9994/3 9994/22
**Ryan [2]** 9960/12
9978/13

**S**

**safety [1]** 9907/4
**said [79]** 9912/7
9912/19 9915/20
9916/3 9918/11 9919/1
9919/5 9920/8 9923/5
9923/8 9923/20
9925/25 9927/6
9928/17 9928/20
9929/7 9933/3 9934/7
9934/15 9934/23
9936/4 9936/18
9938/15 9939/21
9941/19 9944/6 9944/8
9944/13 9947/15
9947/20 9948/10
9949/9 9949/14
9950/10 9951/1
9952/21 9953/17
9955/18 9956/18
9956/21 9962/19
9964/11 9969/11
9971/16 9972/23
9982/12 9982/17
9985/4 9987/21 9988/4
9990/23 9991/18
9991/21 9992/20
9997/3 9999/6
10008/9 10008/12
10009/12 10009/18
10009/21 10009/24
10009/25 10011/16
10014/1 10014/8
10016/2 10016/4
10016/5 10016/9
10016/15 10017/16
10017/22 10018/5
10019/14 10020/2

Salke [2] 9960/14
9978/13
**salt [1]** 10011/15
**saltier [2]** 10017/21
10018/3
**same [18]** 9914/9
9914/11 9916/3 9917/7
9933/19 9933/21
9947/7 9948/3 9955/19
9957/14 9957/19
9962/1 9988/22
9996/21 9997/10
10000/16 10006/4
10009/24
**sampling [1]** 9940/6
**Sandi [1]** 9954/2
**sapper [2]** 9986/15
10016/20
**sat [3]** 9972/23
9998/13 9998/18
**Saturday [1]** 9994/18
10000/25
**save [1]** 9920/7
**savvy [1]** 9930/25
**saw [49]** 9906/6
9912/15 9912/22
9913/21 9915/16
9915/22 9927/4
9928/11 9932/7
9932/22 9936/25
9939/16 9939/21
9939/21 9940/2 9940/4
9941/22 9944/23
9948/25 9949/1
9951/18 9955/3
9957/23 9959/13
9959/16 9965/25
9966/1 9966/9 9966/22
9968/19 9977/16
9979/24 9980/25
9984/3 9985/24 9986/8
9990/10 9990/13
9990/14 9990/15
9991/5 9996/9 9996/12
9997/11 9999/15
10001/3 10005/12
10006/14 10015/6
**say [26]** 9925/21
9926/5 9929/9 9929/13
9934/18 9936/9
9936/10 9947/18
9948/17 9951/12
9953/2 9958/3 9981/25
9982/8 9983/20
10002/12 10008/5
10008/18 10009/12
10013/4 10014/13
10015/24 10017/12
10017/21 10021/17
10021/19
**saying [19]** 9908/19
9913/4 9920/11
9933/16 9941/7
9942/21 9943/10
9943/15 9945/13
9945/20 9956/25
9970/16 9981/23

10010/15 10015/5
10016/8 10022/13
**says [7]** 9934/17
9937/10 9946/7
9969/13 9993/7 9993/7
9999/16
**scaffolding [6]**
9934/13 9955/25
9956/3 9956/8 9956/13
9957/5
**scare [1]** 9923/16
9923/23
**scene [3]** 9948/9
9948/15 9979/18
**scenes [1]** 9906/24
**scheduled [1]** 9923/1
**scholar [1]** 9998/11
**scope [1]** 9907/24
**scout [1]** 9963/18
**scouting [1]** 9931/7
**screaming [1]** 9923/16
**screen [1]** 9915/16
**screenplay [2]** 9934/24
9935/1
**screenshot [1]**
9953/15
**screenshots [1]**
9939/13
**sea [1]** 9933/10
**seat [7]** 9906/21
9913/13 9913/16
9961/21 9961/24
10015/14 10023/12
**seated [4]** 9904/5
9905/14 9961/19
9996/9
**Seattle [3]** 9989/22
9989/24 10005/9
**sec [2]** 9929/6 9929/8
**second [6]** 9922/24
9957/13 9957/18
9986/15 10007/13
10015/20
**Secret [1]** 9976/22
**Secret Service [1]**
9976/22
**section [1]** 9972/13
**Sections [1]** 9972/13
**secure [3]** 9907/2
9929/12 9929/18
**secured [1]** 9938/16
**security [9]** 9907/6
9929/5 9988/9 9988/15
9988/22 9994/21
10008/17 10019/10
10019/21
**seditious [13]** 9907/12
9918/23 9970/14
9970/14 9971/16
9974/5 9974/11 9975/1
9981/11 9983/6
9991/25 10004/7
10022/8
**see [28]** 9922/3 9936/4
9944/8 9944/9 9945/2
9947/16 9951/15
9951/17 9952/21

9953/11 9953/15
9953/24 9955/24
9957/3 9957/6 9958/5
9961/13 9966/19
9967/4 9974/10
9979/21 9980/2
9982/17 9995/19
10010/18 10020/14
10023/9 10023/12
**seeing [2]** 9982/14
10010/20
**seemed [3]** 9920/13
9921/14 9921/15
**seems [3]** 9961/8
9995/14 10001/19
**seen [17]** 9907/21
9909/8 9911/22
9916/20 9918/2
9940/11 9941/10
9944/16 9982/23
9982/24 9986/14
9987/5 9994/21 9997/2
10001/16 10007/8
10007/19
**seize [1]** 9922/7
**seized [6]** 9906/19
9945/9 9967/22
9968/22 9968/24
9969/23
**self [1]** 9955/13
**self-anointed [1]**
9955/13
**semper [1]** 10011/2
**Senate [12]** 9952/14
9953/20 9954/6
9954/22 9955/5 9955/7
9955/21 9960/6
9978/22 9979/22
9979/22 10007/9
**send [5]** 9929/19
9992/7 10016/19
10016/20 10016/21
**sending [7]** 9933/20
9934/21 9944/20
9966/4 10012/14
10015/4 10022/19
**sends [1]** 9945/1
**sense [10]** 9907/23
9935/2 9935/3 9948/10
9948/15 9950/12
9950/17 9958/21
10018/11 10020/2
**sent [17]** 9925/24
9933/1 9933/7 9933/9
9938/11 9941/7 9944/5
9959/9 9963/4 9966/2
9966/8 9966/9 9967/2
9967/4 9968/19 9987/7
10022/14
**sentence [2]** 10009/5
10024/6
**sentenced [1]**
10008/25
**sentences [1]**
10009/11
**sentencing [2]**
10009/4 10009/5
**separate [4]** 9911/2

separate... **[3]** 9970/1
9980/14 9996/21
**September [1]** 9940/21
**Serbia [1]** 9913/11
**Serbian [4]** 9913/10
9992/16 9993/7
10012/23
**series [2]** 9932/21
10006/6
**serious [4]** 9925/2
9925/15 9926/22
9926/23
**seriously [1]** 9925/3
**serve [1]** 9910/25
**serves [1]** 9968/3
**Service [1]** 9976/22
**services [1]** 9988/9
**session [5]** 9900/7
9904/3 9961/18
9994/19 10000/25
**set [6]** 9913/10 9924/5
9982/16 9989/21
9990/14 10007/10
**sets [1]** 9989/8
**seven [1]** 10019/10
**several [8]** 9909/11
9939/7 9953/25 9954/5
9954/17 10002/9
10005/7 10016/1
**shaping [1]** 9994/15
**shared [1]** 9966/24
**she [31]** 9909/20
9916/3 9916/14
9930/23 9938/15
9938/16 9938/18
9938/18 9938/20
9938/21 9938/21
9938/22 9945/25
9946/1 9946/3 9946/4
9946/5 9946/7 9955/5
9955/10 9955/10
9959/6 9978/21
9978/25 9991/14
9997/16 10003/10
10006/6 10011/12
10011/12 10011/22
**she's [2]** 9946/8
9946/8
**sheriff [2]** 9987/18
9987/21
**shields [1]** 9959/25
**ships [1]** 10013/13
**shirt [1]** 10001/13
**shit [3]** 9919/8 9923/23
9969/9
**shooting [1]** 9914/25
**shortly [1]** 10023/9
**shot [4]** 9942/15
9942/17 9959/9
10016/23
**shots [2]** 9964/11
10021/19
**should [8]** 9923/18
9931/14 9941/7 9953/4
9955/15 9958/3
9961/25 9980/8
**shoulders [1]** 9988/18

shoulder **[2]** 9904/4
9960/15
**shouting [1]** 9949/11
**show [16]** 9930/2
9930/6 9938/4 9939/13
9949/1 9949/10
9966/23 9972/23
9972/25 9974/16
9975/14 9995/14
10002/3 10024/25
10025/5 10025/5
**showed [6]** 9927/1
9959/11 9963/7
9966/11 9967/3 9997/5
**shown [3]** 9906/12
9910/15 9980/20
**shows [4]** 9943/12
9949/2 9950/1 9960/10
**shred [1]** 9934/8
**Shut [1]** 9965/20
**sic [3]** 9922/22
9964/10 10011/2
**Sic semper tyrannis
[1]** 10011/2
**side [19]** 9934/12
9948/2 9948/4 9952/12
9952/14 9952/16
9952/17 9955/6 9955/7
9955/22 9966/14
9966/15 10005/14
10006/16 10006/18
10007/3 10007/10
10007/11 10022/17
**sides [1]** 9991/6
**Siekerman [2]** 9917/1
9935/21
**sight [4]** 10002/14
10004/8 10021/3
10021/16
**Signal [14]** 9917/10
9966/5 9968/17
9968/18 9968/22
9968/23 9969/22
9982/23 9992/11
9999/15 10005/25
10006/15 10007/22
10011/25
**signed [1]** 9916/8
**significant [1]** 9968/16
**silent [1]** 9965/21
**silly [1]** 10019/5
**similar [4]** 9918/12
9945/15 9973/16
9982/20
**similarity [3]** 10010/11
10018/12 10022/5
**simple [3]** 9988/18
10012/24 10018/24
**simply [1]** 9910/21
**simultaneous [1]**
9975/20
**simultaneously [1]**
9944/19
**since [4]** 9940/11
9986/8 9995/12
10006/14
**sincere [2]** 9928/1
9928/1

single **[6]** 9913/17
9989/6 9989/11
9993/24 9996/15
10004/18 10004/19
10010/5 10010/6
10014/5 10015/3
**Siniff [1]** 9954/20
**sir [1]** 10018/19
**site [1]** 9909/12
**sitting [5]** 9988/25
10001/4 10002/24
10003/14 10003/23
**situation [5]** 9914/9
9935/25 9945/24
9948/14 9956/5
**situations [1]** 9991/8
**six [2]** 10001/13
10016/23
**slab [1]** 9962/24
**slide [1]** 9997/12
**slides [2]** 10005/25
10025/4
**slip [1]** 10024/13
**slipping [1]** 9928/18
**small [2]** 9952/17
9954/16
**smaller [1]** 10019/17
**smart [1]** 9993/1
**smarter [1]** 9993/1
**Smith [5]** 9917/3
9917/3 9931/12
9931/22 9936/18
**so [76]** 9905/15
9905/16 9909/5 9911/5
9911/19 9912/21
9914/21 9919/9 9919/9
9922/3 9922/18
9922/21 9923/9
9923/16 9925/11
9928/21 9929/16
9932/9 9932/12 9935/7
9944/9 9945/3 9946/7
9947/15 9947/17
9948/20 9949/7
9949/22 9949/24
9958/19 9958/20
9962/3 9965/18
9969/20 9970/4
9970/23 9971/12
9973/21 9974/10
9974/25 9976/10
9976/15 9976/25
9977/4 9977/7 9977/10
9978/9 9979/7 9979/22
9983/12 9983/15
9985/8 9988/3 9991/10
9992/23 9993/13
9994/25 9997/22
9999/6 10002/7
10003/2 10005/19
10006/21 10008/2
10009/8 10012/2
10012/5 10013/24
10015/9 10015/19
10017/17 10018/6
10018/22 10020/1
10021/24 10024/11

sat **[76]** 9913/1
9919/19 9917/9 9919/8
9919/9 9924/4 9926/7
9930/3 9930/22
9934/25 9936/19
9951/4 9951/12
9952/16 9965/9
9967/20 9972/7 9973/2
9976/10 9976/13
9977/19 9980/15
9982/13 9982/22
9983/13 9984/13
9986/5 9987/5 9989/8
9996/19 10011/16
10011/24 10012/1
10012/12
**somebody [1]**
10022/18
**someday [1]** 9988/24
**somehow [2]** 9992/14
10013/8
**someone [7]** 9909/24
9910/3 9921/11
9948/14 9952/19
9965/15 10001/19
**something [20]**
9908/12 9912/6
9912/13 9930/1
9932/19 9943/8
9946/24 9947/3 9947/8
9947/8 9947/8 9947/10
9970/20 9982/1
9988/23 9997/15
9998/12 10000/15
10021/21 10021/21
**sometime [1]** 9968/21
**soon [3]** 9936/5 9962/6
10013/3
**SoRelle [8]** 9965/15
10000/2 10003/5
10003/9 10004/5
10005/1 10006/21
10021/7
**SoRelle's [2]** 9965/19
9966/2
**sorry [8]** 9944/3
9950/24 9961/3
9986/10 9990/22
10018/19 10021/24
10025/1
**sort [3]** 9986/11
10007/17 10010/9
**sought [1]** 9906/22
**sounded [2]** 9914/20
9914/23
**sounds [3]** 9919/4
9970/19 9971/2
**source [1]** 9933/18
**sources [2]** 9933/16
9991/14
**south [4]** 9948/4
9952/12 9952/16
10006/16
**Spartans [1]** 9954/23
**speak [3]** 9933/17
9976/2 10001/19
**speaker [1]** 10019/15
**speakers [6]** 9976/3

sat... **[76]** 9988/15
9995/19 9996/18
10020/6
**speaking [2]** 10012/15
10025/19
**Special [4]** 9968/1
9968/13 9979/19
9979/25
**Special Agent [1]**
9968/1
**Special Agent Moore
[1]** 9968/13
**specific [1]** 10019/21
**specifically [4]**
9990/10 9991/2 9998/1
10009/2
**specter [3]** 10005/21
10015/1 10015/3
**spell [1]** 9972/14
**spelled [1]** 9971/9
**spend [2]** 9984/16
10010/4
**spirit [1]** 9905/20
**spirited [1]** 9956/23
**split [2]** 9952/11
9965/14
**spoken [3]** 9970/15
9984/21 10011/4
**spontaneous [4]**
10008/9 10008/10
10009/12 10010/1
**spontaneously [1]**
10017/5
**sponte [1]** 9983/14
**sporting [1]** 9988/20
**spot [1]** 9931/14
**spouted [1]** 10002/1
**spray [4]** 9915/12
9930/23 9954/19
9978/5
**sprayed [1]** 9977/23
**spree [2]** 9908/20
9952/25
**spring [1]** 9914/9
**Spy [1]** 9909/24
**Sr [1]** 9902/11
**St [1]** 9990/14
**stabbed [1]** 10016/23
**stack [18]** 9944/21
9945/5 9950/4 9951/8
9951/14 9951/23
9952/7 9952/8 9953/19
9955/19 9955/20
9957/14 9957/15
9957/22 9958/4
10013/3 10013/12
10013/12
**Stack 1 [9]** 9944/21
9945/5 9950/4 9951/8
9951/14 9951/23
9955/20 9957/14
10013/12
**Stack 2 [4]** 9957/15
9957/22 9958/4
10013/3
**Stack's [1]** 9960/3
**staff [1]** 9907/4
**stage [1]** 9931/14

**stage... [5]** 9956/9
9956/10 9956/13
9956/17 9957/4
**stages [1]** 9935/18
**stairs [1]** 9959/20
**stake [1]** 10021/25
**Stamey [12]** 9917/4
9932/4 9932/5 9932/18
9933/15 9933/20
9934/3 9936/18
9937/19 9937/19
10015/11 10015/12
**stamps [1]** 10011/6
**stand [30]** 9907/12
9909/18 9912/8
9920/13 9925/8
9925/16 9925/20
9925/23 9926/19
9934/5 9936/6 9939/6
9948/6 9951/13
9955/13 9963/10
9963/10 9982/6
9989/24 9990/4 9990/9
9990/16 9991/3
10005/8 10005/11
10016/14 10017/18
10017/21 10018/2
10020/20
**stand-down [3]**
9989/24 9990/4
10005/11
**standing [4]** 9943/15
9955/11 9962/19
9985/20
**stands [3]** 9961/15
9978/19 10025/21
**stanley [3]** 9902/2
9902/5 9904/17
**stark [1]** 9979/18
**start [14]** 9914/25
9922/4 9924/8 9926/12
9942/18 9965/22
9969/11 9969/12
9979/24 9981/23
9982/10 9983/20
10016/19 10021/6
**started [19]** 9904/25
9905/15 9914/22
9915/23 9917/16
9917/16 9923/12
9950/6 9962/4 9965/7
9965/17 9966/7
9966/14 9966/21
9975/9 9986/8 9995/24
10006/20 10012/24
**starting [2]** 9924/9
9965/8
**state [7]** 9909/4
9909/17 9923/11
9946/6 10004/16
10004/18 10004/19
**state/Chinese [1]**
9923/11
**stated [4]** 9987/13
10004/13 10004/14
10010/7
**statement [3]** 9943/18

**statements [11]**
9911/23 9911/24
9912/21 9915/1 9915/3
9915/4 9916/3 9924/13
9926/23 9944/16
10013/17
**states [23]** 9900/1
9900/3 9900/10 9904/8
9906/21 9906/25
9907/3 9911/10
9912/11 9914/21
9914/24 9921/21
9931/24 9954/6
9970/17 9971/18
9971/20 9971/24
9971/25 9979/12
9983/7 9992/1
10005/12
**station [3]** 9965/13
9987/9 9993/11
**stay [2]** 9918/17
10023/18
**stayed [4]** 9918/6
9937/20 10021/14
10022/11
**steal [3]** 9916/11
9945/25 9988/12
**stealing [1]** 10004/12
**stem [1]** 9970/9
**stenography [1]**
9903/6
**step [2]** 9922/16
9993/18
**stepped [1]** 9964/19
**steps [10]** 9922/19
9948/5 9950/5 9950/7
9950/11 9951/7
9952/22 9965/4
9992/24 10012/25
**STEWART [20]** 9900/6
9901/2 9904/9 9905/21
9908/5 9908/10
9912/25 9918/8 9942/7
9944/4 9951/1 10003/8
10006/15 10017/13
10018/4 10018/9
10020/2 10020/22
10021/12 10021/14
**Stewart Rhodes [9]**
9905/21 9908/10
9918/8 9942/7 9944/4
9951/1 10003/8
10017/13 10018/4
**sticking [2]** 9946/11
9946/12
**still [6]** 9908/14
9967/21 10019/8
10020/3 10020/12
10025/19
**stolen [1]** 10004/10
**Stone [2]** 9908/11
10020/6
**stop [45]** 9906/15
9906/20 9908/8
9908/12 9910/17
9910/23 9911/17
9912/1 9912/3 9912/5

9921/11 9922/6
9923/18 9924/11
9925/8 9926/25 9927/3
9928/25 9929/1
9929/20 9935/10
9944/4 9945/25
9946/15 9946/15
9946/16 9960/21
9970/11 9973/4 9974/4
9980/23 9988/12
9994/12 9994/17
9994/19 9996/20
9997/18 10000/23
10001/10 10005/12
10006/11 10013/8
10016/16
**stopping [8]** 9911/14
9922/25 9960/20
9974/9 9974/14
9975/16 9976/8 9977/9
**stories [3]** 10010/11
10018/12 10022/5
**storm [4]** 9911/9
9963/20 9997/11
10006/7
**stormed [4]** 9945/8
9945/16 9954/21
9963/22
**storming [5]** 9913/13
9945/16 9945/17
10013/7 10022/16
**story [1]** 9958/22
**straight [2]** 9912/6
9989/25
**strange [1]** 9976/3
**street [5]** 9900/17
9901/11 9901/15
9945/10 9945/17
**streets [2]** 9924/3
9924/5
**strike [2]** 9947/23
10013/15
**strong [1]** 9963/7
**stronger [1]** 9919/18
**struck [1]** 9980/24
**stuff [3]** 10000/8
10007/21 10011/20
**stun [2]** 9915/12
9930/17
**stupid [4]** 10017/16
10018/5 10018/7
10018/10
**style [1]** 9964/16
**sua [1]** 9983/13
**subpoena [1]**
10017/19
**substantiate [1]**
10010/8
**substantive [1]** 9970/1
**such [4]** 9912/19
9948/17 9964/4
10019/9
**sufficient [1]** 9974/24
**suggest [8]** 9935/3
9983/25 9984/5
9994/22 10012/15
10018/9 10022/2

**suggesting [3]** 9926/7
9934/21 9946/19
**suggestion [2]**
9992/20 9992/21
**suit [1]** 9909/6
**Suite [3]** 9901/4 9901/8
9902/13
**summation [2]**
9905/16 9981/19
**sung [1]** 10013/2
**support [13]** 9909/25
9909/25 9928/11
9930/14 9935/9
9935/15 9938/3
9938/23 9940/14
9941/2 9943/7 9943/21
9995/16
**suppose [2]** 9991/23
10024/22
**supposed [4]** 9972/15
9972/16 10019/12
10019/13
**supposedly [2]**
10015/21 10015/23
**Supreme [2]** 10001/6
10019/18
**Supreme Court [2]**
10001/6 10019/18
**sure [8]** 9930/25
9934/6 9942/4 9944/19
9966/5 9992/2
10022/15 10023/21
**surround [1]** 9923/15
**surrounded [1]**
10001/13
**surrounding [1]**
9923/17
**surveillance [1]**
10007/22
**surveying [1]** 10013/17
**survive [1]** 9981/3
**survived [1]** 10016/22
**SWAT [1]** 9979/21
**swirl [1]** 9965/7
**swirling [1]** 10020/21
**system [1]** 9921/19

**T**

**T-shirt [1]** 10001/13
**take [25]** 9918/15
9921/3 9921/16
9922/14 9922/16
9922/19 9922/19
9923/4 9924/12
9924/20 9924/24
9925/13 9925/20
9926/8 9928/3 9928/15
9956/9 9959/11 9961/6
9961/9 9991/6
10011/16 10016/14
10022/3 10023/8
**taken [3]** 9979/19
9990/17 10007/6
**takes [1]** 9931/20
**taking [6]** 9944/10
9945/3 9947/17
9967/16 9967/16

**talk [24]** 9907/15
9911/2 9911/6 9911/19
9912/21 9915/11
9926/13 9930/11
9949/7 9969/8 9970/6
9983/19 9984/3
9984/13 9987/4
9989/20 9990/1
9991/10 9998/14
10003/3 10004/11
10006/13 10008/24
10008/25
**talked [17]** 9913/24
9920/10 9929/4
9930/16 9930/16
9930/17 9930/19
9930/23 9932/8
9941/18 9946/24
9947/21 9953/10
9954/15 9969/4
9976/16 10010/10
**talking [19]** 9907/19
9914/14 9927/20
9928/16 9929/17
9931/22 9935/14
9946/4 9946/8 9946/9
9949/23 9970/4 9985/2
10000/16 10012/2
10013/18 10016/8
10019/10 10022/20
**talks [1]** 10009/2
**tampering [2]** 9970/1
9979/4
**tapped [2]** 9908/21
9909/1
**targets [1]** 9941/11
**Tarpley [3]** 9901/10
9904/16 9985/21
**tarred [1]** 9945/9
**tasers [2]** 9915/12
9930/17
**taunt [1]** 9942/13
**tax [1]** 9945/9
**Taylor [1]** 9989/16
**tea [1]** 9914/8
**team [17]** 9909/2
9909/4 9909/7 9909/21
9933/4 9935/23
9936/24 9937/1
9937/10 9937/17
9937/20 9937/22
9937/23 9937/23
9938/14 9941/14
9979/21
**teams [6]** 9909/6
9917/5 9919/13
10020/5 10020/6
10020/7
**tear [2]** 9954/22
9963/23
**tear gassed [1]**
9963/23
**tear-gassed [1]**
9954/22
**technical [1]** 9937/5
**television [1]** 9993/11
**tell [20]** 9934/20

**tell... [19]** 9938/24
9948/7 9951/23
9952/19 9956/2
9963/20 9985/13
9985/13 9992/14
9993/18 9993/24
10002/20 10009/9
10016/4 10016/5
10016/16 10017/9
10017/10 10017/12
**telling [10]** 9916/10
9933/20 9935/19
9947/12 9948/3
10011/13 10018/7
10018/7 10018/13
10021/8
**tells [3]** 9912/18
9926/21 9933/25
**temporarily [1]** 9912/3
**temptation [1]** 9962/6
**ten [2]** 9931/15
9989/22
**terabytes [1]** 9997/2
**term [7]** 9919/6
9991/13 10010/20
10010/22 10010/24
10019/22 10020/1
**terms [11]** 9920/10
9920/21 9920/25
9922/5 9942/1 9984/21
9991/6 9991/17
10000/4 10004/1
10019/2
**terrible [1]** 10010/14
**terrifying [1]** 9914/19
**terrifyingly [1]** 9956/21
**Terry [3]** 9939/19
9939/21 9940/9
**Terry Cummings [2]**
9939/21 9940/9
**testified [24]** 9914/17
9934/5 9946/22 9949/5
9968/1 9980/1 9986/21
9988/14 9988/16
9989/4 9990/19 9991/1
9991/2 9991/11
9996/21 9996/24
9997/20 9998/8
10001/3 10007/14
10007/21 10011/23
10015/13 10020/5
**testifies [1]** 10012/7
**testify [12]** 9925/18
9989/12 9993/22
9996/11 9996/15
9998/18 9998/22
10004/19 10008/7
10014/5 10016/11
10021/5
**testifying [1]** 9915/5
**testimony [15]** 9918/5
9925/4 9934/7 9939/11
9946/7 9948/24
9955/10 9965/12
9977/14 9977/17
9979/25 9988/13
9996/23 10003/2

**Texas [6]** 9939/5
9964/7 10003/9
10021/5 10021/6
10021/14
**text [5]** 9982/23
9992/21 10006/15
10007/22 10015/5
**texts [3]** 9947/7
10011/25 10012/12
**than [12]** 9939/5
9942/13 9964/3 9969/2
9971/25 9977/25
9993/1 9998/9
10004/13 10010/3
10013/25 10015/4
**thank [20]** 9905/18
9961/10 9961/14
9961/20 9961/21
9962/9 9964/19
9981/13 9981/14
9981/23 9990/12
9990/25 10001/22
10018/1 10021/22
10021/23 10022/22
10023/5 10023/6
10024/21
**thank you [15]**
9905/18 9961/14
9961/21 9981/13
9981/14 9981/23
9990/12 10001/22
10018/1 10021/22
10021/23 10022/22
10023/5 10023/6
10024/21
**thankful [3]** 9985/25
9986/2 10011/11
**that [856]**
**that's [71]** 9926/20
9928/15 9929/3 9930/5
9930/7 9931/4 9936/12
9937/20 9945/11
9950/12 9956/6 9958/5
9967/17 9968/10
9970/15 9970/20
9970/20 9972/15
9973/21 9974/8
9974/10 9974/15
9977/10 9980/11
9983/23 9984/8
9984/25 9995/20
9997/12 9999/10
10000/1 10001/8
10001/8 10002/2
10002/3 10002/20
10002/23 10005/2
10005/2 10005/3
10005/16 10006/22
10007/2 10007/6
10007/8 10007/10
10007/24 10009/5
10009/5 10009/23
10010/10 10013/15
10013/19 10015/16
10015/16 10017/16
10017/25 10018/5
10019/18 10020/5

10021/12 10021/13
10021/20 10022/17
10022/20 10023/17
10024/11 10024/14
10025/12
**The's [1]** 9986/1
**their [128]**
**theirs [1]** 9966/16
**thelinderfirm.com [1]**
9901/6
**them [69]** 9912/14
9914/8 9915/16
9915/16 9919/14
9921/4 9923/17
9923/17 9923/24
9923/24 9924/3 9925/3
9925/19 9931/23
9933/24 9938/21
9939/16 9939/18
9940/22 9941/12
9945/10 9945/25
9948/8 9948/9 9948/11
9948/14 9964/10
9966/20 9966/21
9967/4 9967/9 9967/10
9973/14 9973/18
9977/6 9977/24
9981/13 9982/17
9983/13 9984/14
9985/19 9985/19
9986/6 9986/23
9987/10 9987/24
9988/1 9988/2 9995/10
9995/10 9996/19
9996/21 9999/15
10000/16 10002/5
10003/7 10007/15
10010/5 10010/6
10010/7 10011/4
10012/1 10012/14
10015/7 10015/9
10018/10 10020/10
10022/16 10025/5
**themselves [9]** 9907/5
9914/9 9920/9 9922/20
9923/6 9949/22
9955/16 9955/17
9987/2
**then [42]** 9908/14
9917/18 9925/9
9927/17 9934/3 9937/7
9937/14 9938/6 9943/2
9945/1 9947/1 9947/5
9947/14 9948/21
9949/15 9950/10
9958/8 9958/22
9960/14 9963/25
9965/15 9965/17
9966/15 9968/3 9972/2
9972/12 9973/10
9980/24 9984/5 9984/9
9988/21 9995/10
9999/5 10001/6
10006/2 10007/15
10010/15 10013/24
10018/6 10018/10
10021/10 10025/20

10012/24
**theories [1]** 9949/17
**theory [1]** 9978/10
**there [140]**
**there's [18]** 9910/9
9937/16 9946/7
9959/21 9971/18
9972/13 9982/20
9994/2 9995/13
10012/3 10013/12
10013/24 10014/6
10015/2 10017/4
10019/17 10023/1
10023/22
**these [117]** 9904/23
9906/11 9906/13
9906/23 9907/9
9907/11 9907/15
9907/19 9907/25
9908/2 9909/14
9909/15 9910/8 9910/9
9910/10 9910/16
9911/15 9912/9
9912/17 9913/17
9913/18 9913/18
9913/22 9915/1 9915/2
9915/4 9915/15
9916/15 9916/16
9919/22 9920/5
9920/14 9920/15
9920/21 9921/4 9921/8
9922/4 9922/13 9925/1
9925/6 9925/15
9925/22 9927/25
9928/9 9928/14
9929/17 9929/18
9930/5 9930/14
9930/20 9930/22
9931/21 9932/22
9933/25 9934/19
9934/21 9936/8
9939/13 9939/16
9940/18 9940/25
9943/19 9943/21
9944/20 9945/23
9950/17 9951/17
9955/12 9956/2 9958/4
9958/11 9958/24
9962/23 9965/5
9966/17 9966/19
9966/23 9967/7
9967/18 9967/21
9967/24 9968/11
9968/18 9969/3 9970/2
9971/9 9971/13
9971/14 9972/17
9972/18 9972/21
9973/3 9973/24 9976/4
9976/7 9978/1 9979/9
9980/17 9980/21
9981/6 9981/11
9983/18 9985/10
9987/10 9987/22
9992/24 9993/23
9993/25 9996/16
9996/25 9998/1
9999/20 10002/1

10019/23 10020/9
**they [348]**
**they'd [1]** 9988/24
**they're [18]** 9942/3
9942/3 9943/1 9943/2
9945/3 9973/16
9976/17 9987/25
9997/13 9997/15
9997/23 9999/20
9999/24 10003/12
10013/1 10013/1
10013/13 10022/16
**they've [2]** 9944/10
9985/4
**thick [1]** 9954/21
**thing [11]** 9920/7
9923/25 9936/9
9995/12 9996/21
9997/10 10002/13
10009/24 10012/5
10012/20 10024/22
**things [24]** 9918/11
9920/11 9921/13
9921/13 9929/9
9931/14 9934/7
9934/16 9935/17
9936/10 9948/17
9966/22 9973/11
9973/16 9982/19
9983/18 9991/17
9998/2 10003/1
10005/1 10010/15
10010/17 10012/7
10019/24
**think [37]** 9906/1
9914/25 9915/3
9916/15 9916/18
9919/18 9922/9
9924/23 9926/10
9940/13 9942/5
9943/22 9945/13
9952/8 9955/12
9955/13 9955/14
9969/7 9969/14
9974/20 9974/21
9974/21 9975/4 9989/8
9989/9 10002/13
10006/2 10006/2
10010/23 10013/19
10017/7 10017/21
10019/3 10019/4
10024/6 10024/11
10024/15
**thinking [1]** 9957/17
**Third [1]** 9997/18
**this [240]**
**This is [1]** 9904/8
**Thomas [8]** 9902/11
9904/11 9909/23
9917/21 9924/1
9929/11 9931/7
9933/19
**Thomas Caldwell [6]**
9909/23 9917/21
9924/1 9929/11 9931/7
9933/19
**those [58]** 9905/21

**those... [57]** 9908/24
9912/11 9912/21
9916/2 9916/6 9918/10
9918/15 9918/19
9918/20 9925/3 9931/2
9931/17 9934/23
9936/14 9937/17
9938/19 9940/16
9941/11 9941/22
9942/13 9943/4
9944/16 9945/25
9948/25 9950/7
9954/23 9956/11
9971/6 9972/8 9972/14
9974/14 9976/6
9976/10 9976/20
9977/4 9977/7 9977/15
9977/17 9978/7
9978/14 9978/14
9978/24 9979/7
9982/25 9983/11
9984/13 9985/17
9987/15 9987/24
9991/8 10000/6
10012/12 10015/2
10015/22 10021/2
10022/15 10022/19

**though [3]** 9934/24
9985/7 10019/4

**thought [6]** 9917/12
9926/5 9926/6 9980/15
10005/18 10024/2

**thousands [1]** 10013/4

**threat [3]** 9909/19
9909/20 9942/4

**three [23]** 9907/15
9911/2 9914/2 9933/23
9937/17 9937/18
9964/20 9970/6 9970/7
9970/13 9971/9
9971/14 9973/21
9977/12 9977/16
9978/1 9983/21 9993/4
9997/11 10002/6
10006/6 10011/20
10011/23

**threw [1]** 9980/25

**throngs [2]** 9955/21
9956/8

**through [42]** 9905/19
9911/22 9911/25
9926/18 9929/12
9934/13 9951/17
9956/1 9956/8 9956/12
9956/19 9956/23
9957/5 9957/14 9972/6
9972/13 9974/1
9977/15 9978/9 9984/4
9984/6 9984/6 9984/13
9988/17 9989/10
9989/12 9990/7
10004/18 10004/25
10005/23 10006/5
10006/13 10006/14
10007/11 10012/11
10013/22 10014/22

**throughout [5]**
9907/21 9962/2
9988/21 9989/5
10011/8

**throw [4]** 9922/7
9922/10 9922/17
9923/10

**throwback [1]** 9952/24

**throwing [1]** 9912/15

**thrown [2]** 9990/3
10015/1

**tick [1]** 9923/18

**till [3]** 10011/20
10021/19 10025/16

**time [44]** 9906/8
9906/8 9907/14 9911/9
9919/17 9919/17
9919/19 9923/25
9926/17 9928/23
9929/24 9934/14
9944/18 9944/24
9945/5 9947/20 9950/6
9955/19 9956/5
9967/22 9969/22
9974/6 9974/25 9982/3
9984/12 9984/16
9986/20 9992/13
9993/13 9997/10
10003/14 10006/14
10007/2 10008/2
10010/4 10011/5
10012/13 10016/6
10016/25 10017/11
10021/22 10022/3
10022/23 10023/3

**timeline [4]** 9927/2
9982/2 9992/3 10007/2

**timely [1]** 9983/23

**times [11]** 9907/21
9941/10 9954/18
9975/8 9984/20
9995/15 9995/16
10002/23 10007/16
10013/4 10014/1

**timing [2]** 9973/24
10025/15

**tip [1]** 10006/25

**tired [1]** 9997/7

**Title [2]** 9972/13
9972/25

**titled [1]** 10026/4

**today [9]** 9907/14
9908/2 9942/25
9955/17 9957/16
9982/6 9983/19
10003/7 10025/14

**Todd [3]** 9936/25
9941/15 9963/17

**Todd Kandaris [3]**
9936/25 9941/15
9963/17

**together [19]** 9906/14
9907/25 9910/22
9910/25 9911/20
9919/23 9932/23
9938/2 9941/19
9946/11 9974/3 9976/8

**totally [2]** 9956/15
9976/2

**totes [1]** 9941/24

**touch [3]** 9909/5
9937/11 10022/14

**tours [1]** 10016/22

**towards [2]** 9952/12
9978/22

**Towers [1]** 9902/13

**town [3]** 9918/1
9995/14 9995/21

**toys [1]** 9998/16

**tradition [3]** 9906/4
9906/4 9979/16

**trained [5]** 9907/9
9907/10 9940/18
9985/7 10016/9

**trainer [1]** 9940/22

**training [2]** 9940/19
9940/20

**tranches [1]** 10015/16

**transcript [5]** 9900/9
9903/6 9992/18 9993/6
10026/3

**transcription [1]**
9903/7

**transcripts [1]** 10008/8

**transfer [37]** 9906/3
9906/16 9906/20
9908/8 9910/18
9910/24 9911/1
9911/14 9911/18
9912/1 9912/3 9912/5
9913/1 9919/24
9922/23 9928/23
9929/20 9946/17
9960/20 9970/11
9971/22 9971/22
9972/8 9972/10
9972/18 9972/19
9973/3 9973/4 9974/4
9975/16 9976/8
9979/16 9981/7
9994/13 9994/18
9994/20 10000/23

**transferred [1]** 9906/9

**transferring [1]** 9972/2

**transgender [1]**
9986/18

**transition [1]** 10001/11

**transitioning [1]**
9961/8

**transpired [2]** 9921/13
9922/22

**transported [1]**
9906/18

**traveled [1]** 9965/15

**treason [2]** 9917/20
9952/2

**trial [17]** 9900/9
9907/21 9908/2 9915/2
9926/13 9957/15
9957/16 9979/25
9982/12 9984/10
9986/12 9988/25
9989/5 9992/15
10010/24 10011/17

**tried [18]** 9934/20
9936/8 9936/8 9936/10
9948/6 9948/7 9949/6
9951/12 9951/18
9956/2 9957/22
9957/24 9959/19
9960/3 9978/14
9978/21 9996/3
10006/17

**trigger [1]** 9998/13

**troops [4]** 10000/22
10001/10 10011/9
10013/18

**trouble [1]** 9948/8

**troubling [1]** 9989/10

**Troy [2]** 9900/16
9904/14

**true [6]** 9936/12
9991/24 9992/3
9997/12 9998/4
10012/4

**truly [1]** 9919/7

**Trump [30]** 9906/16
9908/11 9918/16
9921/10 9922/5
9922/14 9923/7
9923/23 9924/7
9924/12 9924/15
9925/25 9927/9
9927/23 9944/2 9944/8
9945/2 9947/16
9990/16 9992/7
9996/17 10000/20
10002/8 10002/10
10002/16 10005/9
10019/16 10020/12
10020/14 10021/2

**Trump's [4]** 10020/18
10023/24 10024/5
10024/17

**trust [1]** 10018/14

**truth [7]** 9935/7 9935/8
9936/21 9948/18
9948/19 9950/1 9950/1

**try [10]** 9924/3 9931/16
9948/9 9948/17
9948/18 9949/25
9973/7 9993/14
9993/18 9997/6

**trying [13]** 9907/1
9907/7 9934/17
9937/11 9948/11
9948/13 9951/9
9954/15 9957/25
9960/17 9973/18
9980/11 10004/23

**tunnels [1]** 9956/23

**turn [3]** 9909/1 9970/4
10016/8

**turned [2]** 9985/23
10012/1

**TV [4]** 9985/23 9989/14
9989/15 10006/22

**tweet [1]** 9992/7

**Twelfth [2]** 9972/9
9972/25

**Twentieth [2]** 9972/10

9994/11 9995/7
9996/22 10018/25

**told [67]** 9909/4 9914/8
9914/18 9914/19
9915/25 9916/6
9916/14 9918/7
9918/18 9925/6
9925/10 9925/16
9926/11 9927/8
9927/20 9928/8
9928/13 9932/16
9932/18 9934/19
9935/24 9936/4
9936/13 9937/4
9938/18 9938/21
9939/7 9939/22
9939/23 9939/25
9940/9 9940/22
9941/15 9942/24
9942/25 9943/1 9943/2
9945/25 9946/24
9947/4 9950/21
9950/24 9952/1
9953/17 9954/20
9960/9 9960/13
9965/20 9965/21
9974/1 9975/23
9976/22 9977/19
9978/13 9988/14
9996/5 10006/24
10008/12 10012/4
10015/3 10017/5
10017/13 10017/14
10017/15 10018/10
10018/14 10020/22

**tomorrow [2]** 9919/8
9938/17

**tone [1]** 9989/8

**tonight [1]** 9916/7

**too [6]** 9936/22
9948/19 9969/21
9977/4 9985/16
9985/23

**took [31]** 9913/8
9917/15 9919/2
9920/13 9925/3
9925/23 9926/12
9934/5 9936/6 9940/21
9952/4 9955/24
9956/16 9956/17
9957/5 9962/20 9965/3
9965/10 9974/6
9974/12 9981/1
9985/17 9985/19
9991/3 9991/9 10001/9
10009/15 10018/2
10018/22 10021/11
10022/14

**tools [2]** 9932/19
9969/9

**top [3]** 9908/4 9908/4
9951/6

**topic [2]** 9929/9
10000/17

**topics [1]** 9907/15

**torches [1]** 9923/24

**tornado [1]** 9986/24

10053

**T**

**Twentieth... [1]** 9972/24
**twice [2]** 10008/9
10016/23
**two [31]** 9905/22
9906/6 9910/21
9911/21 9914/2 9914/6
9933/9 9937/1 9937/21
9940/1 9964/24
9971/18 9973/11
9973/16 9974/13
9975/2 9980/13
9981/17 9989/10
9990/11 10002/10
10007/17 10008/14
10008/14 10008/21
10009/10 10012/3
10013/13 10016/22
10018/6 10021/1
**Two days [1]** 9964/24
**TX [2]** 9901/4 9901/8
**type [9]** 9909/25
9930/3 9934/25 9935/2
9938/4 9940/13
9943/20 9987/2
10022/7
**typed [2]** 10020/17
10020/24
**types [1]** 9930/20
**tyrannis [1]** 10011/2

**U**

**U.S [2]** 9900/16
9972/12
**ultimate [2]** 9983/18
10006/3
**ultimately [8]** 9938/18
9938/19 9969/18
9983/2 9983/3 9983/12
9991/23 9998/14
**unacceptable [1]**
9981/8
**unaware [1]** 10011/4
**unconstitutional [3]**
10004/13 10005/19
10020/15
**uncontrovertible [1]**
9989/6
**under [13]** 9907/8
9971/16 9972/9
9972/12 9972/12
9978/9 9980/10
9990/17 9993/22
9996/16 10002/25
10016/10 10016/13
**underground [1]**
9956/23
**underneath [4]**
9908/23 9955/24
9958/15 10003/9
**understand [7]**
9927/17 9981/24
9995/2 9996/6 9996/7
10014/15 10019/17
**understandably [1]**
9992/23
**understanding [6]**

9958/25 9930/4 9967/4
10004/2 10008/19
10025/7
**understood [2]**
9943/20 10024/15
**undoubtedly [1]**
9962/5
**unflinchingly [1]**
9985/15
**unfold [1]** 9945/14
**unfolding [2]** 9945/14
9980/25
**unfortuitous [1]**
10010/16
**unfortunate [1]**
9993/12
**unfortunately [7]**
9969/1 9984/1 9984/25
9987/5 9990/6 10000/7
10010/13
**unhappy [1]** 9991/12
**UNITED [21]** 9900/1
9900/3 9900/10 9904/8
9906/21 9906/25
9907/3 9911/10
9912/11 9914/21
9914/24 9931/24
9954/6 9970/17
9971/18 9971/20
9971/24 9971/25
9979/12 9983/7 9992/1
**United States [16]**
9906/21 9906/25
9907/3 9912/11
9914/21 9914/24
9931/24 9954/6
9970/17 9971/18
9971/20 9971/24
9971/25 9979/12
9983/7 9992/1
**unlawful [11]** 9910/22
9910/23 9911/1
9911/20 9930/5 9938/3
9960/20 9975/19
9976/8 10004/24
10005/2
**unless [5]** 9927/22
9936/21 9948/19
9950/1 9950/1
**unlike [2]** 9998/25
10006/24
**unloaded [1]** 9941/22
**unquestionable [1]**
10011/1
**unquote [1]** 9942/10
**unsend [1]** 9967/10
**unsends [1]** 9967/18
**unsent [2]** 9966/24
9967/9
**until [7]** 9926/6
9976/24 9979/17
10001/19 10009/14
10021/15 10025/14
**unyielding [1]** 9980/18
**up [68]** 9906/15 9908/7
9909/9 9910/17
9911/17 9912/12
9912/17 9914/15

9918/15 9922/6
9924/24 9925/7 9926/2
9926/8 9928/15
9933/15 9934/13
9935/17 9938/11
9944/13 9947/13
9950/4 9950/7 9950/11
9953/10 9954/17
9955/11 9955/13
9956/8 9956/12
9956/17 9957/5
9959/21 9962/11
9965/13 9965/14
9965/20 9966/3
9970/10 9979/11
9980/7 9980/22
9988/24 9989/8
9989/21 9991/10
9992/12 9995/11
9995/18 9996/22
9998/20 9999/9
10001/5 10001/8
10007/13 10008/12
10008/14 10010/22
10011/19 10012/25
10013/1 10013/10
10014/19 10020/20
10022/17 10024/11
**upend [1]** 9906/22
**upon [5]** 9908/10
9914/7 9938/7 9949/17
10025/15
**upset [4]** 9991/13
9995/1 9999/3
10005/18
**upstairs [1]** 9956/20
**urge [1]** 10020/13
**urged [2]** 9927/6
10005/19
**urgent [1]** 9927/2
**urging [2]** 9927/3
10005/5
**us [17]** 9916/11
9919/19 9920/19
9923/16 9928/17
9931/14 9946/3 9946/8
9954/9 9982/5 9986/2
9992/21 9993/8
9993/10 10002/7
10005/12 10013/24
**usdoj.gov [2]** 9900/19
9900/20
**use [31]** 9906/15
9908/7 9910/16
9910/17 9911/16
9912/1 9912/2 9912/4
9912/25 9925/21
9926/16 9927/3
9929/20 9930/12
9937/5 9943/24
9943/25 9945/22
9946/15 9954/19
9960/25 9965/21
9970/10 9974/4 9981/5
9983/8 9991/24
9994/12 10010/18
10014/23 10020/1

9931/3 9951/19
9991/13 9998/8
9999/14 9999/17
10003/4 10003/7
10008/9 10009/17
10012/2 10019/22
10020/1
**uses [1]** 9925/25
**using [11]** 9910/23
9911/12 9919/10
9920/10 9965/19
9966/2 9980/23
10010/21 10010/21
10011/1 10023/14
**USPC [1]** 10001/3

**V**

**Vallejo [14]** 9937/1
9937/8 9941/15
9941/17 9941/19
9941/23 9942/14
9942/23 9943/10
9943/15 9943/16
9963/14 9998/15
9998/23
**Vallejo's [1]** 9942/24
**valuable [1]** 9994/15
**van [2]** 9997/23
10015/15
**various [5]** 9921/21
9932/22 9939/13
9968/19 10007/16
**vehemence [1]**
9958/18
**vehicle [2]** 9932/9
9932/13
**vehicles [1]** 9932/12
**vent [1]** 9995/15
**venting [1]** 10000/11
10012/24
**verdict [1]** 9981/9
**version [2]** 9955/14
9955/15
**versus [2]** 9904/9
10004/2
**very [36]** 9906/21
9913/21 9915/15
9916/3 9918/12 9920/3
9930/25 9933/19
9933/21 9935/1
9940/17 9943/10
9945/15 9948/3
9949/20 9961/10
9965/6 9965/18
9970/19 9973/16
9975/6 9979/24
9985/11 9987/25
9989/10 9989/10
10002/22 10005/17
10005/17 10010/15
10013/23 10013/23
10018/8 10018/23
10021/8 10023/23
**vest [1]** 9930/24
**vests [2]** 9953/4
9953/10
**veterans [2]** 9936/20

**vets [1]** 10019/24
**vetted [1]** 9959/10
**via [1]** 10012/12
**Vice [7]** 9907/3 9942/9
9944/2 9944/3 9944/17
9976/23 9986/16
**victory [1]** 9957/7
**video [44]** 9940/19
9940/23 9941/9 9943/9
9943/11 9943/12
9944/24 9944/25
9948/1 9951/15
9951/21 9952/4 9952/5
9953/15 9953/23
9954/1 9954/4 9954/8
9955/5 9955/4 9955/8
9957/6 9957/9 9957/23
9958/2 9958/6 9958/7
9958/10 9958/17
9959/4 9959/9 9959/9
9959/15 9959/23
9960/5 9960/8 9966/10
9966/11 9966/17
9987/6 10005/25
10007/8 10007/22
10013/3
**videos [4]** 9966/8
9966/23 9982/24
9987/24
**Vietnamese [1]**
9964/15
**view [4]** 9920/8 9932/6
9956/18 10017/25
**violate [3]** 9911/9
9972/4 9972/24
**violated [6]** 9911/2
9970/13 9971/5
9971/13 9971/14
9973/22
**violence [11]** 9905/24
9910/4 9912/17
9912/18 9913/15
9919/19 9926/24
9958/22 9980/18
9980/23 9981/5
**violent [3]** 9912/10
9951/13 9951/19
**violently [3]** 9951/9
9957/25 9978/2
**VIPs [1]** 9976/2
**Virginia [4]** 9918/2
9933/19 9938/20
10011/21
**virtual [1]** 9909/12
**viscerally [1]** 10005/17
**voice [3]** 9959/6
9995/16 10006/17
**voices [1]** 9995/19
**volunteered [1]**
9996/19
**voted [1]** 10005/14
**votes [2]** 9921/21
9921/22
**voting [5]** 9922/7
10004/16 10004/20
10004/25 10005/3
**vs [1]** 9900/5

**wait [2]** 9927/7 10001/22

**waiting [2]** 9916/2 9934/2

**waived [4]** 9991/3 10016/11 10016/14 10017/20

**walk [3]** 9924/18 10015/15 10015/16

**walked [3]** 9988/18 10005/23 10012/25

**wall [1]** 10022/17

**wander [1]** 9955/1

**wandered [1]** 10013/10

**want [26]** 9925/11 9942/4 9969/14 9969/16 9969/17 9970/6 9975/17 9981/23 9984/9 9986/3 9988/1 9998/15 9999/16 9999/17 9999/18 9999/19 9999/19 10002/3 10002/12 10003/16 10005/24 10009/11 10010/25 10012/20 10015/9 10025/17

**wanted [13]** 9930/9 9938/16 9949/22 9960/13 9988/2 9997/13 10000/20 10005/8 10009/21 10009/21 10009/22 10015/8 10025/3

**wanting [2]** 9990/9 10001/10

**war [14]** 9905/20 9905/23 9910/6 9913/5 9914/20 9914/24 9923/10 9924/8 9943/3 9943/4 9962/18 9962/22 9964/16 9996/2

**warned [3]** 9908/13 9923/7 9924/17

**warrant [2]** 9968/3 9968/5

**was [321]**

**Washington [7]** 9900/5 9900/17 9902/4 9903/5 9924/2 9941/1 9979/13

**wasn't [20]** 9905/9 9914/21 9926/5 9926/22 9926/22 9949/16 9992/4 9993/15 9993/21 9994/3 9994/19 9999/1 10000/25 10002/14 10002/14 10006/20 10008/1 10008/1 10011/19 10017/17

**wasted [1]** 9982/3

**watch [6]** 9943/9 9951/18 9951/19 9953/15 9958/17 10012/6

**watched [4]** 9889/24 9989/15 9989/17 9990/1

**watching [7]** 9976/1 9987/24 9989/13 9989/21 10006/22 10013/1 10013/18

**water [3]** 9933/11 9933/12 9945/10

**Watkins [53]** 9901/14 9904/11 9904/20 9909/16 9914/3 9915/6 9915/8 9915/19 9915/23 9915/25 9916/5 9916/9 9916/14 9916/23 9917/8 9919/16 9930/23 9932/16 9938/9 9938/14 9944/20 9944/25 9945/24 9951/8 9952/13 9953/18 9953/24 9954/8 9954/20 9955/2 9955/5 9955/9 9959/2 9960/6 9962/20 9963/5 9963/22 9964/13 9964/22 9966/12 9966/18 9967/13 9967/15 9969/21 9977/13 9978/2 9978/19 9982/13 9991/13 9994/7 10000/8 10016/7 10016/21

**Watkins' [1]** 9959/6

**wave [2]** 9957/13 9957/18

**way [29]** 9910/25 9923/15 9925/13 9927/23 9937/9 9939/3 9941/6 9943/15 9954/22 9955/16 9955/25 9956/8 9956/12 9957/3 9969/6 9970/16 9972/4 9977/9 9980/5 9980/8 9980/8 9980/16 9980/19 9982/4 9996/18 10014/24 10017/8 10018/3 10018/13

**ways [9]** 9907/25 9919/9 9920/1 9949/8 9949/24 9971/8 9971/13 9971/18 10012/2

**we [186]**

**we will [24]** 9908/14 9908/15 9919/17 9919/18 9921/3 9924/19 9924/20 9924/21 9926/2 9927/9 9927/17 9927/18 9929/14 9935/25 9947/7 9947/8 9947/8 9947/14 9947/14 9961/9 9961/9 9981/18 9983/2 10023/8

**we would [1]** 9982/21

**went [27]** 9940/9 9941/17 9946/25 9947/1 9949/15 9949/18 9955/10 9958/6 9965/11 9967/23 9968/10 9974/1 9976/20 9982/24 9987/1 9987/9 9987/10 9988/12 9988/14 9989/4 9991/7 9998/2 9998/19 9999/6 9999/8 10007/11 10019/1

**were [175]**

**weren't [13]** 9930/21 9953/7 9953/8 9976/25 9987/19 9988/7 9989/18 10007/1 10011/14 10012/2 10012/13 10015/2 10022/21

**west [7]** 9934/12 9948/2 9955/22 9956/18 10001/5 10007/3 10022/17

**whack [1]** 9930/18

**what [199]**

**what's [7]** 9958/5 9967/17 9999/13 10010/18 10012/5 10013/6 10019/9

**whatever [2]** 9906/14 9980/22

**wheeling [2]** 9939/14 9941/23

**when [91]** 9905/16 9912/14 9918/16 9920/13 9920/18 9921/25 9924/7 9925/19 9925/23 9934/15 9934/20 9936/2 9936/6 9940/9 9941/4 9941/6 9942/19 9944/2 9944/3 9945/15 9946/7 9947/1 9947/15 9949/9 9949/18 9950/6 9951/6 9952/6 9952/8 9952/20 9953/2 9953/15 9953/21 9955/9 9956/17 9957/22 9958/8 9959/3 9962/10 9962/23 9963/10 9963/21 9964/10 9964/11 9967/10 9967/18 9967/22 9968/22 9968/24 9972/15 9972/18 9973/3 9974/1 9974/8 9976/19 9979/13 9979/25 9980/7 9982/12 9985/14 9987/12 9987/20 9987/24 9988/16 9991/2 9992/5 9995/2 9995/23 9996/11 9996/24 10004/16 10006/19

**where [36]** 9913/21 9919/12 9924/3 9925/24 9932/7 9933/2 9933/8 9934/6 9936/25 9937/20 9940/10 9945/11 9951/16 9966/9 9968/10 9969/4 9972/16 9982/10 9983/20 9984/5 9987/1 9989/4 9989/22 9991/6 9992/24 9995/14 9996/17 9998/23 9999/15 10006/16 10009/2 10012/6 10012/7 10013/20 10013/21 10019/18

**whether [9]** 9915/8 9925/21 9943/7 9952/9 9953/11 9983/3 9996/6 9996/6 10022/6

**which [12]** 9920/16 9937/9 9953/20 9958/18 9962/2 9966/20 9971/16 9973/7 9975/18 9977/15 9982/15 10018/13

**while [4]** 9938/18 9943/14 9962/19 10020/12

**Whip [8]** 9988/14 9996/13 10006/17 10006/17 10007/23 10012/1 10016/9 10020/2

**White [2]** 9990/15 9990/17

**White House [1]** 9990/15

**who [69]** 9909/24 9910/3 9910/9 9913/11 9913/24 9916/24 9917/1 9918/1 9918/5 9918/6 9918/21 9919/4 9919/15 9920/6 9921/19 9925/3 9925/10 9928/2 9928/3 9928/4 9933/14 9933/18 9933/19 9936/15 9939/12 9939/17 9942/12 9946/3 9946/8 9946/10 9946/21 9948/24 9950/21 9954/13 9956/3 9956/12 9957/25 9958/13 9959/18 9960/16 9960/17 9965/9

weapon [3] 9931/17 9940/2 9940/4

**weapons [32]** 9906/18 9912/14 9915/7 9930/14 9930/15 9930/20 9930/22 9930/25 9931/2 9932/11 9934/1 9934/22 9936/3 9938/16 9938/19 9939/3 9939/10 9939/15 9939/25 9940/6 9940/10 9940/11 9940/18 9940/25 9953/5 9965/14 9996/2 9996/3 9999/20 10000/4 10000/23 10001/10

**website [3]** 9922/4 10002/11 10021/3

**wedged [2]** 10009/16 10009/17

**Wednesday [2]** 9929/14 9985/23

**week [2]** 9914/5 9917/22

**weekend [1]** 9905/6

**weeks [16]** 9909/9 9910/5 9912/23 9915/21 9916/9 9917/13 9919/22 9921/5 9944/13 9947/12 9964/4 9974/2 9980/20 9982/11 9983/20 9984/11

**welcome [3]** 9987/13 9987/22 9990/12

**welcomed [2]** 9988/1 9998/24

**well [22]** 9919/5 9919/6 9920/19 9923/13 9938/10 9938/15 9941/16 9978/10 9983/11 9985/9 9987/13 9987/18 9988/4 9997/11 9997/24 9999/18 10013/5 10013/9 10019/15 10021/20 10025/4

we're [22] 9915/25 9937/11 9942/24 9946/11 9951/2 9961/5 9963/12 9970/23 9982/2 9982/8 9983/19 9984/12 9984/13 9985/2 9986/11 9994/9 9997/5 10007/15 10018/13 10021/19 10018/13 10021/23 10022/23

**we've [8]** 9913/17 9916/2 9982/3 9984/6 9995/23 9997/19 10006/13 10014/13

**who...** [27] 9965/20
9965/23 9966/3 9968/7
9976/20 9977/5
9977/19 9978/4 9978/4
9978/4 9978/13 9981/4
9981/19 9982/24
9987/14 10000/2
10007/14 10008/22
10015/25 10016/10
10016/18 10017/11
10017/17 10019/21
10025/1
**who's** [1] 10000/2
**whole** [2] 9989/5
9989/9
**whose** [1] 9920/3
**why** [34] 9907/11
9907/11 9912/19
9922/21 9929/21
9931/4 9932/9 9935/6
9935/6 9936/21
9936/21 9941/18
9942/1 9942/21
9948/16 9948/18
9949/25 9955/10
9961/5 9967/23
9968/25 9974/10
9977/14 9978/25
9981/9 9985/5 9986/1
9986/23 10003/16
10008/10 10010/5
10014/3 10014/5
10024/11
**wife** [1] 9956/6
**wild** [1] 9992/8
**will** [54] 9908/14
9908/15 9919/17
9919/17 9919/18
9919/18 9921/3 9923/9
9923/24 9924/7
9924/12 9924/17
9924/18 9924/19
9924/20 9924/21
9926/2 9927/9 9927/17
9927/18 9929/14
9935/25 9942/10
9942/12 9942/14
9945/20 9945/21
9947/7 9947/8 9947/8
9947/14 9947/14
9951/15 9951/17
9955/4 9961/9 9961/9
9962/6 9979/8 9981/3
9981/18 9981/19
9983/2 9985/15
9985/16 9990/21
9990/23 9995/4 9997/8
9998/9 10002/20
10014/19 10016/14
10023/8
**William** [6] 9902/11
9903/2 9951/14 9960/2
10026/2 10026/8
**willing** [3] 9928/10
9993/22 10025/13
**willingly** [1] 10017/20

**Winchester** [1]
9938/20
**wings** [1] 10006/22
**winky** [1] 9937/6
**winner** [1] 9913/5
**winning** [1] 9963/3
**wise** [1] 9926/2
**wish** [1] 10000/15
**within** [3] 9913/1
9917/22 9974/25
**without** [9] 9905/19
9924/12 9924/15
9927/23 9950/18
9981/2 10002/25
10012/16 10017/22
**witness** [18] 9912/7
9913/24 9967/7
9986/22 9989/6
9989/11 9993/22
9993/24 9996/15
10006/4 10008/12
10009/23 10011/22
10014/2 10014/5
10014/23 10015/3
10017/9
**witnessed** [2] 9990/16
9991/4
**witnesses** [22] 9984/3
9987/4 9991/11
9996/23 9997/9
9997/19 9997/20
9998/22 10002/5
10003/3 10005/8
10008/21 10010/2
10010/3 10010/4
10011/13 10012/4
10014/3 10014/4
10017/5 10018/6
10018/14
**woman** [1] 9987/17
**women** [1] 9985/10
**won** [2] 9962/25
9963/3
**won't** [4] 9963/23
10002/19 10005/12
10025/10
**wonderful** [1]
10005/25
**wood** [1] 9930/19
**Woodward** [3] 9902/2
9902/3 9904/17
**word** [5] 9973/24
10008/9 10009/17
10014/23 10023/14
**words** [43] 9905/21
9909/17 9909/24
9911/23 9912/8
9912/11 9912/19
9912/22 9915/15
9916/16 9919/1
9919/16 9920/14
9920/15 9925/1
9925/15 9925/16
9926/11 9927/1
9928/19 9928/22
9929/22 9930/5 9930/8
9931/13 9934/9 9941/5

9942/24 9943/4
9946/20 9951/1 9952/2
9955/22 9955/25
9959/11 9960/24
9993/8 9997/15 9998/2
9998/11 9998/11
**work** [1] 10017/8
**worked** [3] 9920/19
9932/23 9995/23
**working** [8] 9933/17
9933/20 9934/4
9935/21 9938/2
10011/14 10011/19
10012/2
**works** [2] 10009/5
10023/18
**world** [2] 9942/15
9942/17
**wormhole** [1] 9991/14
**worried** [1] 10010/2
**worst** [1] 10013/19
**worth** [2] 9939/6
9964/3
**would** [56] 9916/1
9918/19 9921/9
9921/11 9921/16
9922/15 9922/19
9923/20 9925/9 9929/9
9929/11 9929/13
9933/8 9933/12
9938/21 9948/14
9950/12 9950/17
9951/2 9951/23
9952/19 9953/2 9957/2
9964/10 9964/11
9969/8 9969/18 9974/8
9982/21 9983/22
9983/25 9984/1 9984/5
9985/9 9988/19 9989/7
9991/14 9991/23
9992/17 9993/3 9993/4
10000/15 10004/1
10005/23 10009/10
10011/4 10012/15
10014/21 10022/2
10022/16 10022/24
10023/2 10023/24
10024/2 10024/5
10024/18
**wouldn't** [2] 10000/15
10018/6
**write** [1] 10003/10
**writes** [1] 9937/13
**writing** [2] 9929/3
9934/24
**wrong** [1] 9980/15
**wrote** [7] 9919/3
9919/15 9923/14
9924/7 9931/12
9938/13 9963/9
**Wyoming** [1] 10011/15

## X

**Xenophobic** [1] 9986/6

## Y

**yanked** [1] 9978/4

**yeah** [3] 9905/9
9987/25 10000/14
**year** [4] 9984/1
9988/11 9989/9
10021/15
**years** [7] 9906/2
9979/17 9985/2 9987/2
9988/22 9989/10
10016/25
**yelled** [1] 9954/8
**yelling** [2] 9960/1
9960/3
**yells** [2] 9944/25
9958/18
**yes** [11] 9920/16
9961/4 9961/7 9984/18
9985/16 9986/25
9986/25 9991/17
9995/6 9999/8
10019/22
**yesterday** [6] 9909/18
9910/20 9930/23
9971/11 9975/5
9975/19
**yet** [10] 9906/8 9936/6
9938/12 9949/23
9962/2 9992/6 9996/4
10000/13 10011/4
10011/7
**you** [491]
**you'd** [1] 10010/6
**you'll** [12] 9971/11
9973/6 9974/10
9978/10 9978/11
9987/12 9992/9 9994/5
9994/6 10009/15
10014/18 10025/20
**you're** [14] 9961/8
9962/3 9982/14 9997/7
10007/23 10008/25
10009/4 10013/6
10016/18 10016/24
10017/1 10017/2
10017/2 10025/19
**you've** [22] 9907/21
9911/22 9916/20
9918/2 9932/12 9941/9
9981/25 9982/4
9982/23 9982/24
9986/14 9987/5
9988/12 9988/13
9991/12 9993/24
9994/21 9999/12
10001/16 10007/18
10013/3 10020/6
**young** [15] 9946/23
9950/21 9950/24
9951/2 9953/4 9953/9
9953/17 9960/9
9979/15 9988/19
9996/20 10008/6
10008/9 10009/24
10014/2
**your** [35] 9904/7
9905/2 9905/5 9905/18
9905/20 9924/17
9932/9 9932/13 9943/6

9963/11 9963/11
9965/22 9974/20
9976/11 9981/21
9982/3 9986/13
10001/8 10006/9
10009/4 10010/18
10010/19 10016/20
10017/2 10017/25
10018/1 10021/22
10021/23 10022/23
10023/2 10023/16
10023/20
**Your Honor** [9] 9904/7
9905/2 9905/5 9905/18
9981/21 9986/13
10018/1 10023/16
10023/20
**yourself** [6] 9934/16
9936/21 9948/16
9948/18 9948/18
9949/25
**yourselves** [7] 9915/17
9935/6 9949/1 9950/19
9962/3 10012/17
10019/8

## Z

**Zaremba** [3] 9903/2
10026/2 10026/8
**Zello** [2] 9945/25
10016/8
**Zimmerman** [8] 9918/5
9918/7 9918/14
9918/18 9990/1
9996/20 9998/1
10015/13
**Zimmerman's** [1]
9997/23
**zone** [1] 9989/22