IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                             )
        Plaintiff,      )
                             )   CR No. 22-15-3
                             )   Washington, D.C.
       vs.              )   May 26, 2023
                             )   1:44 p.m.
KENNETH HARRELSON,         )
                             )
        Defendant.      )
_____)

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:         Kathryn L. Rakoczy
                      Jeffrey S. Nestler
                      Alexandra Hughes
                      Troy Edwards
                      Louis Manzo
                      U.S. ATTORNEY'S OFFICE
                      601 D Street, NW
                      Washington, D.C. 20579
                      (202) 252-7277
                      Email:
                      kathryn.rakoczy@usdoj.gov
                      Email:
                      jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Harrelson:      Bradford L Geyer
                              FORMERFEDSGROUP.COM LCC
                              141 I Route 130 South
                              Suite 303
                              Cinnaminson, NJ 08077
                              (856) 607-5708
                              Email:
                              bradford.geyer
                              @formerfedsgroup.com


Probation Officer:            Sherry Baker

Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S
2            COURTROOM DEPUTY:  Good morning, Your Honor.
3    This is Criminal Case Number 22-15-3, United States of
4    America versus Kenneth Harrelson.
5            Kathryn Rakoczy, Jeffrey Nestler,
6    Alexandra Hughes, Troy Edwards, and Louis Manzo for the
7    government.
8            Bradford Geyer for the defense.
9            Sherry Baker on behalf of the Probation Office.
10           The defendant is appearing in person for these
11   proceedings.
12           THE COURT:  Okay.  Good afternoon, everyone.
13           Mr. Harrelson, good afternoon to you, sir.
14           Okay.  So we're here for sentencing this
15   afternoon.  Everybody, ready to proceed?
16           MS. HUGHES:  Yes, Your Honor.
17           THE COURT:  All right.
18           So for Mr. Geyer and Mr. Harrelson's benefit, let
19   me just preview how we'll proceed this afternoon.
20           I'll go through what I've received and reviewed
21   from the parties.
22           Mr. Geyer, I'll then ask you to confirm that
23   Mr. Harrelson has received and reviewed the Presentence
24   Investigation Report.
25           I will just talk briefly about some of the factual
```

```
1    disputes that have been raised.
2             And then I'll hear argument from the parties about
3    the scope of related contact; that is, the jointly
4    undertaken criminal activity that Mr. Harrelson will be
5    responsible for, and then any Guidelines, application of the
6    Guidelines arguments you'd make to like.  I'll resolve those
7    two issues concerning scope and Guidelines.
8             And then we'll hear allocutions from the parties.
9             And then if Mr. Harrelson wishes to be heard, we
10   will -- I'll be happy to hear from him as well.
11            So with that, let me just start by identifying
12   what I've received; and that is the Presentence
13   Investigation Report, which is 550; the Probation Office's
14   recommendation at 551; the government's memorandum in aid of
15   sentencing at 565 and the reply at 580; Mr. Harrelson's
16   objections to the PSR at 533; the memorandum in aid of
17   sentencing at 566, including the letters of support that
18   were provided; the reply at 579; as well as the additional
19   letters that were filed this morning, I think it was, at
20   602, I received and read those as well.
21            So is there anything else I should have received
22   and reviewed before we proceed?
23            MS. RAKOCZY:  No.
24            THE COURT:  Mr. Geyer?
25            MR. GEYER:  No, Your Honor.
```

1           THE COURT:  All right.

2           So can I just ask you to please confirm that

3     Mr. Harrelson has received and reviewed the PSR, please.

4           MR. GEYER:  Yes, we had some difficulties, but

5     with the Court's help, we were able to get some more time

6     and we met in Lewisburg.  And I met with him today, earlier

7     today, and we've been in close contact.

8           THE COURT:  Okay.  Terrific.  Thank you,

9     Mr. Geyer.

10          So, Mr. Geyer, let me just say at the outset with

11    respect to factual disputes in the report, I'm not going to

12    go over -- really, I'm not going to go over them in much

13    detail, in large part because my sentencing findings and

14    ultimate conclusions won't be driven by what is said in

15    the PSR.

16          I've obviously sat through the trial and other

17    trials, and so I'm going to just touch on a few things, and

18    we'll talk about, just to sort of set the stage, a few of

19    these things.

20          One is you had sort of said that he didn't help

21    organize the Florida Oath Keepers.  You know, I would

22    concede that there's some evidence of that.  But, obviously,

23    he's not at the same level as Mr. Meggs, for example, in

24    terms of his organization and his place in the Florida

25    Oath Keepers.

1           Number of sort of just broad-stroke objections

2    about what the defendants did and didn't do, some of which

3    do -- are inconsistent with the jury's ultimate verdicts,

4    particularly as they relate to Mr. Harrelson.  I appreciate

5    that and understand that and ultimately understand what the

6    differences are among the defendants and what the factual

7    findings are that would support each of the convictions or

8    non-convictions, as the case may be, for Mr. Harrelson.

9           There's a discussion about ground team leader and

10   what that means, and we'll talk about that shortly in

11   relation to the enhancement for leadership role.

12          And there's this issue about whether he disposed

13   of the guns or not.  We should talk about that a little bit,

14   Mr. Geyer.  I'd welcome your input on what the evidence is

15   of that and so I can have that in mind in my thinking.

16          So is there anything else, Mr. Geyer, that you

17   want me to try and address factually?

18          MR. GEYER:  No, Your Honor.  We were pretty

19   comprehensive in our papers.

20          THE COURT:  All right.  Okay.  Great.

21          So let's talk about related conduct and the

22   Guidelines.  So who will be presenting for the government?

23          Mr. Nestler.

24          MR. NESTLER:  Good afternoon, Your Honor.

25          THE COURT:  Good afternoon.

1          MR. NESTLER:  We believe that Mr. Harrelson's

2    relevant conduct is coterminous with the conspiracy.  He was

3    involved with the Oath Keepers organization even prior to

4    November of 2020 and the election.  And Mr. Harrelson, along

5    with Meggs and Hackett and others, attended the firearms

6    training shortly before the election, and he was close with

7    Meggs and, as we'll talk about in a second, was close with

8    Rhodes.

9          Harrelson was on the November 9th GoToMeeting call

10   that we've talked about at other defendants' sentencing

11   hearings and would have heard Rhodes' exhortations to take

12   up arms against the government.

13         And Harrelson followed through on what Rhodes had

14   been requesting of people and followed Kelly Meggs from that

15   point forward.

16         It is true that Harrelson has comparatively few

17   messages compared to Meggs or some others about what

18   Harrelson's own intent was, but there are two important

19   points about that.

20         One is that we know Harrelson deleted and knew how

21   to delete off of Signal, because on the evening of

22   January 6th, after telling other people that he was in an

23   unsecured chat, he deleted messages, and that caused them to

24   be deleted from other people's phones.  And so there's one

25   example of when Harrelson deletes messages.  And we know he

1    ultimately deleted Signal off of his phone, and we didn't

2    recover much data later, and the jury convicted him of

3    1512(c)(1) for that.

4            We don't know what we don't know.  We don't know

5    what information was out there that he would have said that

6    expressed his intent and that the government wasn't able to

7    access because he deleted it.

8            Also, his actions are evidence of his intent.  And

9    so when we see what his actions actually were, there's

10   certainly a reasonable inference to be drawn.  And the Court

11   would find by a preponderance that he shared the same intent

12   of Stewart Rhodes and Kelly Meggs and others of what he was

13   trying to accomplish by joining this conspiracy, which the

14   jury, of course, convicted him of the conspiracy count.

15           When he entered the building alongside Jason Dolan

16   and the rest of Stack 1 --

17           THE COURT:  Mr. Nestler, before you continue, can

18   I ask you a couple questions about your comments?

19           MR. NESTLER:  Sure.

20           THE COURT:  One is, when you say "the conspiracy,"

21   which conspiracy are you referring to?  There's obviously

22   the conspiracy of which he was convicted, but are you

23   referring to more than that?  And if so, are you asking me

24   to make findings of his role and participation in the two

25   conspiracies as to which he was not convicted?

1          MR. NESTLER:  Yes.

2          We believe that the Court can and should make

3    findings by a preponderance that Harrelson was a member of

4    the two other conspiracies, most notably the seditious

5    conspiracy, alongside of Rhodes and Meggs.  Even though the

6    jury did not convict him of that beyond a reasonable doubt,

7    we think Your Honor can find that by a preponderance.

8          THE COURT:  And then the second question concerns

9    Signal, which is -- maybe I'm misrecollecting.  He didn't

10   have Signal on his phone.  But if he had sent a message on

11   Signal from his app and deleted the app in its entirety,

12   would the messages that he had sent not appeared then on

13   Mr. Rhodes' Signal app, for example?  Because we know

14   Mr. Rhodes' Signal app was not deleted.

15         MR. NESTLER:  They would.

16         But Mr. Harrelson was able to -- I don't know,

17   based on the settings, of how he did this, but he was able

18   to delete messages on Signal and caused them to be deleted

19   from other people's phones.

20         So, for instance, when we have the -- one of the

21   Florida Signal chats, we never got anything from

22   Mr. Harrelson's phone on this.  But from someone else's

23   phone, there's an indication that Gator 6, who's Harrelson,

24   sends a couple of messages and then that they were deleted,

25   and so the content of those messages was never able to be

1    recovered.

2           THE COURT:  So if he deletes either the app in its

3    entirety or -- well, let me ask:  If he deletes a message on

4    Signal, is it the case that that message is then deleted on

5    the recipient's end as well?

6           MR. NESTLER:  Sometimes.

7           So the evidence here is, yes, he, Harrelson,

8    deleted a message that he had written on Signal and it

9    caused it to be deleted from other people's phones.  I don't

10   know if that is because of when he hit the deletion button

11   in terms of if it was so quickly after he had sent the

12   message or there was some other setting.  Or we know he

13   had administrative privileges on the chats.  So whether

14   the admin privileges gave him that ability or not, we

15   don't know.

16          THE COURT:  Okay.

17          And then if he -- and the app itself was gone --

18          MR. NESTLER:  Correct.

19          THE COURT:  -- on his phone by the time it was

20   recovered, correct?

21          MR. NESTLER:  No.  He had deleted Signal and then

22   reinstalled Signal.

23          THE COURT:  Okay.  Right.

24          But without -- bottom line is, there were no

25   Signal messages from the time of the alleged conspiracy.

1          MR. NESTLER:  Correct.

2          THE COURT:  So let's just say he swiped the app

3    altogether, say he deleted the app and then reinstalled it.

4          A, would that have gotten rid of his Signal

5    history, to the extent he was sending messages?  And, B,

6    what do we know that -- if that had been done, it would have

7    affected messages on the recipient's end?

8          MR. NESTLER:  So to answer the first question is,

9    the messages that he had sent and received during the time

10   frame of the conspiracy were gone from his phone.  Those

11   were not accessible on his phone.  So he took actions to get

12   rid of them.

13         To answer Your Honor's second question, it's hard

14   to know, based on what he actually did.

15         THE COURT:  Right.

16         I guess what I'm trying to get at, ultimately,

17   which is probably evidence, which is, am I facing a record

18   in which there are very few, if any, actual messages from

19   Mr. Harrelson or a record in which there is ample evidence

20   that -- or some amount of evidence that he actually did send

21   some number of messages but then deleted them?

22         Because, ultimately, what I'm trying to figure out

23   here is the extent to which Mr. Harrelson would have been

24   engaged with and reading the various text messages -- excuse

25   me, the Signal messages that we all have been talking about

1    over the last day and a half and, obviously, that were

2    critical at trial, because we didn't hear -- I mean, I ran

3    through the statement sheet.  It's 150 pages long.  I don't

4    know, 15 to 20 entries per page.  And if you just run a

5    search for either Gator 6 or Harrelson, he comes up on less

6    than two dozen line items and probably even fewer as either

7    a recipient or a sender.

8         MR. NESTLER:  He did not send as many Signal

9    messages as other people in the conspiracy, but we do

10   believe that he was fully plugged into those Signal chains

11   because he was on those groups.

12        And, importantly, I believe the evidence showed

13   that the Oath Keepers, especially in Florida, used

14   GoToMeeting alongside of Signal.

15        THE COURT:  Right.

16        MR. NESTLER:  So they would publicize the

17   GoToMeeting calls and send a link to the GoToMeeting online

18   calls through Signal.  And Harrelson was the administrator

19   on many of those calls, the organizer, administrator of

20   those calls.

21        And so if he was the one running those calls, it

22   was a reasonable inference that he was monitoring the

23   related Signal chats, because as we heard from the

24   cooperators who testified, people would send messages and

25   communicate on Signal and then also orally via the

1    GoToMeeting, and the conversations would sort of flow from

2    Signal GoToMeeting.

3              THE COURT:  Okay.

4              MR. NESTLER:  And there is some evidence of his

5    intent based on some of the words.  So when he enters the

6    building, he is screaming, "Treason," and "This is our

7    fucking house."  That is evidence of his intent, which we

8    were able to, of course, capture.

9              And so we do know that's what he was thinking

10   because he said it out loud when he walked in the building.

11   And we know from Jason Dolan, who was right next to them,

12   who was also screaming, "Treason," the reason that

13   Jason Dolan was doing it was so that people who were working

14   in that building would hear them and be intimidated.  So

15   certainly it's a reasonable inference that Harrelson shared

16   that same intent of when he was screaming, "Treason."

17             THE COURT:  Look, I guess the question I have most

18   directly is with respect to the eight-level enhancement for

19   Mr. Harrelson.

20             And what is the government's belief the proof is

21   that would establish either of his own conduct or that of

22   co-conspirators -- and I suppose if you're going to tell me

23   that Jessica Watkins' conduct at a minimum is attributable

24   to him, but pause for a moment -- that involved causing or

25   threatening to cause physical injury?  And I'm not sure just

1    screaming "Treason" as he walks into the building reaches

2    that level.  You might disagree.  That's one.

3            Two, and if part of the calculus is that he is

4    conspiring with Ms. Watkins for whatever purpose -- and it

5    doesn't ultimately need to be the seditious conspiracy

6    purpose because she, too, was convicted of the lesser

7    conspiracy -- what, if any, evidence is there about his --

8    to the extent he knows or doesn't know Ms. Watkins at all

9    before January 6th?

10            MR. NESTLER:  They're on the same Signal chains

11    from Florida.  So Watkins was explicitly put on those same

12    Signal chains from Florida.

13            And so she and Harrelson were on that Signal chain

14    together.  And Harrelson -- at Kelly Meggs' direction,

15    Harrelson was designated as the ground-team lead, alongside

16    of Watkins being the team lead for Ohio.  So there is

17    certainly evidence that they would have communicated as part

18    of the same group there.

19            THE COURT:  Okay.

20            I'm just looking at the chart that you all

21    presented.  And it looks like she was added to the

22    "OK Florida D.C. Op Jan. 6" not till -- well, her first

23    known message is January 4th of 2021.  She was a part of the

24    "Old Leadership" chat, but he was not.

25            So in any event, I'm asking too many questions at

```
 1   once.  But what's your position on the first question, which
 2   is whether the mere fact that he chants "Treason" when he
 3   walks in rises to the level of threatening to cause physical
 4   injury?
 5              MR. NESTLER:  Yes.
 6              So we can look, starting with what Judge Howell
 7   said and what Judge Friedrich said when they sentenced
 8   defendants and posed this plus-8 enhancement in other cases,
 9   which is threatening language and threatening conduct, even
10   if it's not imminent threat, even if it's not heard by the
11   recipient of the threat, is still a threat and still counts
12   for this enhancement.
13              And so the enhancement applies to somebody who
14   threatens to cause injury.  So not just causing injury and
15   there doesn't need to be -- you don't see any requirement
16   for reasonable injury or reasonably foreseeable.
17              So chanting "Treason" about people who are working
18   in the building, who would obviously have been
19   intimidated -- and there's certainly evidence they were --
20   and we think there's evidence that the person who's making
21   those chants is intending for people to be intimidated.
22   That is a threat.
23              THE COURT:  Again, there's a slight difference
24   here.  And the statute doesn't -- he could have been
25   convicted based on intimidating behavior because at least
```

1    his -- the 372 only requires a person to act by force,

2    intimidation, or threat.

3          The eight-level enhancement requires a threat to

4    cause physical injury, not just to say something generally

5    that could be perceived as threatening.  Maybe there's a

6    distinction; maybe there isn't.

7          And I'm just wrestling with, just on his -- in

8    terms of his conduct, what rises to the level of causing or

9    threatening to cause physical injury, because I don't think

10   he, himself, did.  I don't think you are contending that he,

11   himself, caused physical injury to anybody.

12          MR. NESTLER:  Not personally.

13          THE COURT:  Not personally, right.

14          MR. NESTLER:  No.

15          We believe that through the conspiracy, and he's

16   responsible for the co-conspirators' conduct.

17          THE COURT:  Understood.

18          MR. NESTLER:  But if you're asking him about him

19   personally, yes, what he personally did, we do believe is

20   threatening conduct.

21          And so violently breaching the doors, that's

22   himself.

23          So leaving aside all this co-conspirators, his

24   actions in pushing past police officers who were trying to

25   guard those doors, that is threatening.

1          And if we look at what Judge Howell said in the --
2     I think it was the *Rubenacker* case, she had that same
3     analogy, and she went over it for a couple of pages in the
4     sentencing transcript.
5          The defendants' conduct in terms of his
6     interaction with police officers was threatening.  Even if
7     he didn't actually utter what someone would call a true
8     threat, his conduct itself was threatening.
9          And for -- in the *Reffitt* case that
10    Judge Friedrich sentenced on and imposed this enhancement,
11    Reffitt had made the statements about what he wanted to do
12    Congresspeople inside the building when he was at the
13    Ellipse before he even came to the grounds of the Capitol.
14    And that was still threatening because he had made the
15    statements, and there was no requirement that the person --
16    the intended recipient of the statements actually hear them.
17          THE COURT:  Okay.
18          MR. NESTLER:  And so that is what Harrelson
19    personally did on the way in when he violently breached the
20    doors and then what he was chanting, which shows his intent.
21          And on the way out, we know that he physically
22    touched the police officers who were guarding the door to
23    check on their body armor.  We're not saying that actually
24    injured the police officers, but that also is considered to
25    be threatening.  He is feeling them up for their body armor

1    level of protection and then telling other members of the

2    conspiracy that the officers have a fairly light level of

3    protection.  So that's Harrelson's own actual conduct.

4         But we do believe he's responsible for the other

5    members of the conspiracy, including Watkins, and including

6    people like William Isaacs, who was also convicted of the

7    231 offense and the 1361 offense for damage to the door and

8    to the interfering with officers while entering.

9         Isaacs and Harrelson are certainly part of the

10   same conspiracy, and that would have been foreseeable to

11   Harrelson as Harrelson breached the building.

12        THE COURT:  Right.

13        MR. NESTLER:  There's another small part about

14   Harrelson's intent, which is in March.  He was using Signal

15   to communicate with Jeremy Brown and Stewart Rhodes.  And

16   Jeremy Brown tells Harrelson, after some of the other

17   indictments come out, that he "hopes the deep state feels

18   this pain."

19        And Harrelson, based on his response to that,

20   appears to have agreed with that sentiment.  And this was in

21   response to talking about other people being arrested and

22   indicted for their role in this conspiracy, on their attack

23   on the Capitol.  That is other evidence of Harrelson's

24   intent.

25        And we touched on this in our sentencing memo; but

1    just to step back for a second, Harrelson's use of the QRF

2    and depositing firearms in the QRF is also, we believe, a

3    threat.  So using of the QRF is itself a threatening act,

4    and it was -- that threat was done in order to obstruct the

5    administration of justice.

6              THE COURT:  Okay.

7              MR. NESTLER:  So that is on the scope of the

8    conspiracy.

9              If we talk about some of the other special offense

10   characteristics, Harrelson was a leader in this conspiracy.

11   Again, starting with the November 9th GoToMeeting and his

12   presence there reflects his position within the organization

13   and the hierarchy.  Not everybody in the conspiracy was

14   there.  So the important people, for our purposes here, are

15   Harrelson was there with Rhodes and Meggs and Watkins on

16   that November 9th meeting.  Harrelson is the one who's

17   telling other people what to bring and where.

18             So we heard testimony from Caleb Berry and

19   Jason Dolan on the morning of January 6th that he is

20   communicating -- Meggs is communicating with Harrelson, and

21   Harrelson is the one directing Berry and Dolan on what gear

22   to bring and what to wear and where they're going and what

23   they're doing.

24             THE COURT:  So if we separate a couple of things

25   here, what ultimately is the evidence of control here?

1          I mean, okay, you know, the question is not what

2    his -- well, the ultimate question is what his role is in

3    the conspiracy.  And it is fair to say that his role in the

4    Oath Keepers is a relevant piece of evidence.  It's not

5    dispositive, but it's a relevant piece of evidence, one.

6    Two, the fact that labels like "ground-team leader" are used

7    are also not dispositive.  It may be relevant, of course,

8    but not dispositive.

9          So then if we put those two things to the side,

10   neither of which, in my mind, are sufficient for the

11   enhancement to apply, what actual conduct can we point to or

12   can you point to to establish actual control over someone

13   else, that he asked someone to do something or he directed

14   somebody to do something and then they did it?

15          MR. NESTLER:  Well --

16          THE COURT:  Because we've got plenty of evidence

17   of that for the first three folks who have been sentenced

18   so far.

19          MR. NESTLER:  Right.

20          So the most direct evidence of that is on

21   January 6th itself, which is Harrelson told Dolan and told

22   Berry what to wear, to put on their plate carriers.

23          And you heard from Caleb Berry that he had brought

24   plate carriers with heavy ceramic plates to go inside of

25   them to stop rifle rounds.  He put that on because Harrelson

1    told him to do so.  And then he took it off because

2    Harrelson told him to do so.

3            And then when he and Dolan were at the Capitol,

4    you heard testimony from Jason Dolan that Jason Dolan

5    considered Harrelson to be his superior in the organization

6    and that it was Kenneth Harrelson who -- Dolan didn't use

7    the word 'control," because that's a legal terminology, but

8    that is what Dolan was getting at, that Harrelson was his

9    superior.

10           And Your Honor heard from Harrelson -- I'm sorry,

11   from Dolan and Berry and Young that they all considered

12   Harrelson to be Kelly Meggs' number 2 and that in their

13   minds -- and they were more foot soldiers in the

14   organization and in the conspiracy, which they all admitted

15   to, that it was Harrelson who was able to give them

16   direction.

17           THE COURT:  Okay.  Anything else?

18           MR. NESTLER:  On the other point about control and

19   the leadership role is that -- so I said that Harrelson was

20   leading those GoToMeetings and he was the organizer and the

21   one arranging those.  There are Signal messages where he's

22   telling other people in the organization they need to be

23   using ProtonMail so that it's secure and it's encrypted and

24   that other people can't access it.  So he's telling them how

25   to do their communications, through ProtonMail.

1        And then he is also the administrator of the

2   Rocket.Chat forum.  Again, people play different roles in

3   the conspiracy, obviously.  And he might not be the person

4   who is giving the same level of rhetoric and commands that

5   Rhodes and Meggs and Watkins were, but he's performing his

6   own level of organizing and leadership.

7        And even in March of 2021, he is still the

8   administrator of a Rocket.Chat forum, still communicating

9   directly with Stewart Rhodes.  After Kelly Meggs has been

10  arrested and indicted, it's Kenneth Harrelson who is still

11  communicating with Rhodes, showing his connection to the top

12  level of the organization and to the conspiracy.

13       And then moving on to the obstruction-of-justice

14  enhancement, obviously, the jury found him guilty of

15  1512(c)(1).  But he has additional acts that he took to

16  obstruct the investigation, which we believe points to his

17  consciousness of guilt, which helps the inference about

18  what's he actually intended to do and further supports that

19  enhancement.

20       He hid his AR-15 rifle and the rifle case in which

21  he transported it to D.C. -- or to the D.C. environs.  And

22  he lied at his detention hearing about not having taken any

23  pictures or videos at the Capitol building.

24       And, finally, we believe the terrorism enhancement

25  is also applicable to Harrelson for many of those same

1    reasons.  He did not come home on January 6th and say this

2    was all over for him.  He continued to communicate with

3    Meggs, with Jeremy Brown.  He deleted Signal messages.  He

4    hid his firearm so that the government would not have access

5    to it.  And he continued communicating with Rhodes up until

6    just a day or two before he was arrested.

7             He does not appear to be contrite and did not

8    appear to appreciate the severity of his actions.  We do

9    believe that his actions did constitute terrorism and that

10   an upward departure would be warranted.

11            THE COURT:  Okay.  All right.

12            Mr. Nestler, thank you.

13            Mr. Geyer.

14            MR. GEYER:  Your Honor, I want to reserve most of

15   my comments for the -- during the allocution phase, because

16   really, I think, as it relates to Mr. Harrelson, everybody

17   is doing their job; everybody is protecting members of

18   Congress the best they can.  Everybody's overwhelmed with

19   the information.  There's thousands of hours of video.

20            And sometimes the government can't use a scalpel

21   when it's basically protecting members of Congress, and

22   I think this is one of the unfortunate, truly tragic

23   results, is what happened to poor Kenneth Harrelson.

24            In terms of helping organize the Oath Keepers,

25   very quickly, yes, he did have administration privileges for

1    the Florida group for hosting the GoToMeeting meetings.

2    That's true.

3            It takes you about maybe half a minute or a minute

4    to sign up for that.  On November 9th, it's a matter of

5    public record, that was his birthday, his 40th birthday.  He

6    was celebrating with his wife.  We didn't put that testimony

7    on.  But we all know what his birth date was, and he was

8    spending time with his wife, although it was playing in the

9    background.

10            In terms of ground-team leader, he was on almost

11   no chats.  He was on the Florida chat.  He was added to the

12   D.C. chat on the evening of January 3rd, I believe.  Meggs

13   called him, said that he needed help with security details

14   in Washington, D.C.  And Ken does recall receiving that

15   communication from Meggs that he was ground-team lead.

16            But as the evidence unfolded from that point

17   forward, it never happened.  He had very little

18   communication on that chat.  He really had poor monitoring

19   of it.  That's pretty consistent with -- throughout the

20   entire term.  He's a guy who doesn't have cable television.

21   He's not on social media.  There was a defunct LinkedIn

22   account, as Pretrial Services pointed out.  But he's not the

23   kind of guy who's on LinkedIn.  He had no Facebook accounts.

24   He knew very few of his co-defendants.

25            He went to Washington, D.C.  He was the last

1   person to be picked up.  He didn't drive.  Dolan drove, who

2   the government wants you to believe was somehow reporting to

3   Harrelson, even though Dolan is combat-injured and he's a

4   staff sergeant.  Anybody who understands the military,

5   that's extremely important.  And Harrelson had a tremendous

6   amount of respect for Dolan because of his injuries.

7           When he got to Washington, D.C., didn't even have

8   a room for him.  Some mysterious stranger showed up and gave

9   him a room.  They didn't even think to give him a room.  He

10  didn't even get a free meal.

11          That evening, it was clear that Michael Greene,

12  who has extensive experience in security details, was there.

13  So it was, like, it never came to be.  Nobody ever reported

14  to him.

15          You can -- that's why I'd like to express my

16  profound thanks to the Court for allowing me, indulging the

17  defense that I believe almost exclusively related to

18  Mr. Harrelson.

19          You could see everything.  The jury saw everything

20  about his demeanor, his behavior.  You can't unsee him in a

21  security detail.  Whether or not that was a legitimate

22  exercise, he thought it was.  We all saw that.

23          And the idea that he had a management role because

24  he organized some lists, some mailing lists over a two-month

25  period when management was relinquished to Mr. Meggs or that

```
 1    he had any of this in his wildest imagination -- that's one
 2    of the reasons I'm still here.  I could not get through a
 3    change of plea hearing when I came on this case because of
 4    the state -- everybody is doing their job.  Everybody is
 5    doing -- I hold my colleagues in the highest regard, but
 6    this is one of the peculiar situations that just slipped
 7    through the cracks.
 8            In regards to the September firearms training,
 9    initially, I think it was suspected it was paramilitary
10    training.  That was in any number of indictments.  I spoke
11    to the instructor.  It's perfectly legal.
12            They had another -- they had, like, a balance on
13    the account.  And there was no urgency into actually
14    collecting on that training.  They let it go after
15    January 6th.  So there was nothing that -- there was no
16    connection between that and January 6th.  And the training
17    that actually occurred, it was before January 6th was even
18    contemplated.
19            This is Florida.  This is hard for people in the
20    District or where I'm from, New Jersey, to understand.  But
21    Florida, there's a lot of guns; there's a lot of gun ranges.
22    I don't want to overstate it, but it's more along the
23    continuum towards, like, bowling leagues.  They do all kinds
24    of competitive -- all sorts of stuff at gun ranges all over
25    the place.
```

1          Here in the District, as far as I know, there's

2     not a single private gun range.  So this is hard to

3     understand.  And this is another reason why we presented the

4     visual evidence of his behavior.  The jury saw that.

5          Yes, he followed Meggs.  But as far as he knew, he

6     was following Meggs doing legal things.  The certification

7     of the college, I mean, he did not have that kind of an

8     awareness.

9          You heard Mr. Dolan didn't know the directions,

10    right?

11         Harrelson was No. 3 man on that last detail that I

12    played three or three times.  Thank you for that,

13    Your Honor.

14         He was the third -- he was the anchor guy.  He was

15    leading nothing.

16         He's wearing a shirt.  The government's now trying

17    to say that by instructing people not to put on protective

18    gear, because it's safe, there was no Antifa to be found,

19    that somehow that's evidence of guilt.

20         In terms of -- may I get my cell phone real quick,

21    Your Honor?

22         Regarding the Signal chats, experts in this field

23    have not caught up with Signal or Telegram.  Terms are used

24    interchangeably about deleting.  And this has profound

25    impacts on just regular ordinary Americans who are trying to

```
 1    make heads or tails out of all this data.
 2              And I'm not an expert on Signal, but I know that
 3    Telegram is very similar.
 4              On Telegram, I'll have chats on here.  And for the
 5    record, I'm just going to pick one that's at the top.  I'm
 6    not going to mention it.  I'm on a chat.  Somebody joined
 7    me.  There's 740 chats on there.
 8              Underneath it there's another one, 6,700 chats.
 9              Another one below that, 1.4000.
10              The one below that, 5.1000.  I have no idea or
11    awareness of what's on those.
12              THE COURT:  You need to get off of Telegram.
13              MR. GEYER:  You're absolutely right.  I have the
14    same accessing habit that Mr. Harrelson did perhaps.
15              But if I go on here and I open this one up and it
16    loads -- it could take a moment to load -- and I hit the
17    bottom arrow, that shows up as I just read whatever it is,
18    right?
19              And I can go, and if I withdraw from that chat --
20    depending on who it was that set up that Signal chat, if I
21    withdraw, there's all kinds of different ramifications in
22    terms of what texts that you send are left behind as opposed
23    to on other accounts and which ones are lost.  And if you
24    just delete the whole app, that's what we have.  The most --
25    let me -- I'll continue with going down the list.
```

1          The evidence on the "Treason" chant -- and I think
2    the government would probably stipulate that I probably
3    reviewed more video than anybody in this room, I would bet.
4    I've looked extensively at the "Treason, Treason, Treason"
5    chant, and it is not clear.
6          In H14, at the tail end -- and, by the way, I cut
7    off that video just before the fist bump.  There is a fist
8    bump, but Harrelson didn't see it, so I left it out of that
9    exhibit.  But at the very end, he's walking through the
10   Rotunda.  There's a guy who identified as #cancrusher with a
11   megaphone chanting in a demonic voice -- it's very
12   irritating and disturbing -- "Treason, treason, treason."
13         As he's under it.  Harrelson's mouth is not
14   moving.  There's a photograph where his mouth is open.  That
15   suggests that he was.
16         On his video as he's walking in, he started
17   videotaping outside, Your Honor.  The crowd did close on
18   him.
19         I asked him, "Would you have been able to escape
20   the crowd?"
21         "Yeah, if I would have fought, like, with
22   everything I had to get out, I could have, but I didn't.
23   But it would have been extremely difficult for me to
24   get out."
25         He films.  He thinks -- he thinks he turns it off.

1    He films coming through.  He goes in the Rotunda.  He puts

2    it down.  He turns it off and puts it down.  He turns it on,

3    picks it up, and keeps going.  Turns it off, puts it down.

4    Turns it on, picks it up again.  He does that a third time.

5    And then you see him walking around the Rotunda.

6            The camera never shut off.  So when he went back

7    and he looked -- you know when you're looking at the

8    thumbnails for the photographs, all there was, was the

9    thumbnail from outside the Rotunda.  So the conclusion he

10   drew was that my camera was malfunctioning inside.  At the

11   tail end of that long video was him in the Rotunda.

12           But there's CCTV cameras all over the place.  He's

13   on -- there's people taking pictures of him.  The iconic

14   picture of him and Graydon Young, that was when he met

15   Graydon Young, when Graydon Young his hand, at that split

16   second, beamed all over the universe, and now we're all

17   stuck with that image.

18           He wasn't on Zello.  He knew nothing about that.

19           He was barely aware -- I'm not even sure he was

20   aware that Watkins was there.

21           He's off to the side.  He's not dressed.  He's not

22   wearing any of the protective gear.  Either is Dolan.

23   Either is Tom Burgess, who's a leader, right?  He's bearing

24   penny loafers because he thought he was going out to dinner

25   with Congresspeople.  This is...

1          And H4, this was widely published that they were

2    going to be these license events and we're going to take our

3    voices to the stairs.  But, frankly, Your Honor,

4    Ken Harrelson didn't see that either, okay?

5          But these are just all the things --

6          THE COURT:  Sorry to interrupt you.

7          I just want to make sure that we're confining your

8    arguments just to the two issues I've identified, which is

9    scope and the Guidelines.  And, obviously, I'm not

10   foreclosing you from making additional arguments during your

11   allocution.  So I just want to --

12          MR. GEYER:  I appreciate that, Your Honor.

13          I recognize that the Court has authority to do

14   what it sees fit.  This is the last safety valve in this

15   particular unique case.  The Court was very generous with

16   giving me time in front of the jury.  I believe they saw

17   that.  I believe that's what was reflected in the verdict.

18          You don't believe somebody's -- a jury -- I don't

19   believe the jury could possibly believe that he was feeling

20   an officer for vulnerabilities.  And I don't believe

21   Graydon Young and I don't believe that the jury believed

22   Graydon Young.  I couldn't even read the fever swamp that

23   was in his Facebook texts.

24          And I got or two three into it, and I looked over

25   and I know they saw it.  I don't believe they believe that.

```
 1    In his particular case -- it doesn't apply to anybody
 2    else -- but to him, that was not in his imagination.  So on
 3    special offense characteristics, he was not a leader.
 4    I think that's clear.
 5              The argument over control, I think it's weak.
 6    They didn't even get him a room.  No one fed him.
 7              You know, we all know how the incentives for being
 8    a cooperating witness are.  We know how that works.  And
 9    I think people are -- their recollections are affected with
10    the passage of time.
11              Everything that I see, and I think everything
12    I think the Court saw -- yesterday in the Meggs hearing, his
13    name didn't even come up one time.  There were days, weeks
14    even, where Harrelson's name wouldn't even be mentioned
15    during the trial.  I mean, we were all there.
16              So I object to the imposition of the terrorism
17    enhancements in this one particular unique case.  The guy
18    never voted in a Presidential election in his life.  He
19    voted in one election in 2018.  Wasn't aware that there were
20    two bodies in Congress.  This is a guy that's just never --
21    it's so far outside of his wildest imagination on that day.
22              And pretty much his awareness and his
23    sophistication about everything develops through sitting
24    through that trial.  90 to 95 percent of what he knew about
25    that day, he learned at trial.  That's the tragedy.
```

1          So of course I object to the imposition of that.
2     And I strongly urge the Court to reject that on clear,
3     definable grounds which, frankly, I don't think could be
4     extended to anybody else.
5          If January 6th was in the animal kingdom, he would
6     be like a purple dinosaur with wings.  I mean, he was there
7     literally not to protest it.  He thought he was guarding
8     things.  And then he's right there when everything changes
9     and he responds to the -- we all saw this on video.  In his
10    mind, he was responding.
11         He wouldn't hurt a hair on anyone's head.  He's a
12    peaceful man.  He's a good man.
13         Thank you, Your Honor.
14         THE COURT:  All right.  Thank you, Mr. Geyer.
15         I just want to -- everybody, just give me about
16    five minutes.  I'll be right back.  I just want to take a
17    look at a couple things and I'll be right back.
18         Thank you, all.
19         COURTROOM DEPUTY:  All rise.
20         This court stands in recess.
21         (Recess from 2:26 p.m. to 2:39 p.m.)
22         THE COURT:  All right.  Thank you for your
23    patience, everyone.
24         So with respect to the factual findings I need to
25    make with respect to the jointly undertaken criminal

1    activity, just my findings are with the background of

2    Mr. Harrelson having been convicted of the 372 conviction,

3    which is a conspiracy to prevent an officer from discharging

4    duties through force, intimidation, or threat.

5            I also incorporate my factual findings on the

6    Rule 29 insofar as the facts that relate to Mr. Harrelson

7    and the inferences that are drawn from there as to

8    Mr. Harrelson and his specific convictions, and I'm not

9    going to repeat those here but will discuss them here in

10   broad strokes.

11           So I do think -- I do find by a preponderance of

12   the evidence that Mr. Harrelson is responsible as related

13   conduct for the acts of his co-conspirators who were

14   convicted of 372.  And I'll also find by a preponderance of

15   the evidence that he is responsible for those who were

16   convicted of the 1512(k) violation, even though

17   Mr. Harrelson himself was not convicted of it.  The facts

18   essentially are the same, and I think by the lower standard

19   of proof, it's satisfied.

20           What that means is that Mr. Harrelson is

21   responsible for the conduct of Mr. Meggs and Ms. Watkins and

22   Mr. Minuta, Moerschel, Hackett, and Vallejo, at least for

23   the acts that they committed that were foreseeable to

24   Mr. Harrelson.  And we will talk about what those were in a

25   moment and how those relate to the Guidelines.

1          I also find by a preponderance of the evidence

2     that Mr. Harrelson would have known and understood that the

3     cache of weapons constituting the QRF was meant, at least in

4     part, for offensive purposes and not exclusively for

5     reactive reasons, and I'll explain why in a moment.

6          The actions of these co-conspirators at the

7     Capitol, plus their acts in connection with the QRF were,

8     A, within the scope of the jointly undertaken criminal

9     activity; B, in furtherance of the criminal conspiracy; and,

10    C, reasonably foreseeable in connection with that criminal

11    activity.

12         Let me just start with the QRF and what the

13    evidence is that would show that Mr. Harrelson would have

14    understood that the QRF was there to support potential

15    offensive purposes as it related to the events at the

16    Capitol and the certification proceeding.

17         First, Mr. Harrelson did, in September of 2002,

18    participate in the urban warfare training that was organized

19    by Mr. Meggs.  During that training, the instructor

20    expressly states that long guns were used as offensive

21    weapons; whereas, the pistols were defensive weapons.

22         Mr. Harrelson was on the November 9 GoToMeeting

23    call.  I understand he now says he was otherwise not

24    listening and celebrating his birthday; but that assertion

25    has not -- has actually been tested by cross-examination,

1    and it is not really corroborated by any other evidence

2    other than the fact that the date of the call coincided with

3    his birthday.

4         Importantly, Mr. Rhodes makes clear on that call

5    that -- the purpose of the QRF, what it is on November 14th,

6    and how it would be "legal cover" if he made the call for

7    the QRF to come into D.C. that day.

8         Importantly, Mr. Harrelson then travels to the

9    District of Columbia with a group of Florida Oath Keepers

10   and, in fact, himself, brings a rifle with him.  That's just

11   not the only rifle he would have known about.  He would have

12   certainly known that others among his group also brought

13   rifles, which comprised a large arsenal of weapons, as one

14   witness described as the largest sort of arsenal or cache or

15   collection of weapons he had seen since he was in the

16   military.  As I said, Mr. Harrelson himself contributed to

17   that set of weapons that were posted just across the river.

18        And, importantly, in terms of Mr. Harrelson's

19   knowledge and understanding of the weapons and what function

20   they could have performed that day, is the conduct with

21   respect -- as he's leaving the building.  It is really

22   perplexing to me, Mr. Harrelson, but it is as clear as day

23   on the video that you do pat-down Officer Salke as you're

24   leaving the building.  Officer Salke himself testified and

25   recalled being patted down.

1              And if that weren't enough, you had Mr. Young, who

2    testified that you had told him that you did the pat-down.

3              And Mr. Berry at the second trial said that you

4    had done the pat-down and told them that you had and that

5    you were surprised by how little body protection that they

6    had and that Mr. Young described you as amped at the time.

7    Mr. Berry said that -- I think he said "pumped."  I can't

8    remember if that's the word or not.

9              But in any event, in an excited state in terms of

10   describing what had just transpired and describing that the

11   fact that the officers didn't have the protective gear that

12   you thought they would have had and that there was a

13   discussion about how your efforts would have been more

14   effective -- there was a collective discussion about how the

15   efforts would have been more effective if you had had gas

16   masks and firearms.

17             And then, finally, you know, the firearm that was

18   brought and the weapons case that was brought was not found

19   at the search -- upon the search of your home, suggesting

20   that perhaps it was put somewhere else.  In any event, all

21   of that, I think, by a preponderance of the evidence, gets

22   to a point where you had knowledge of the QRF and its

23   purposes and what function it played as part of the broader

24   conspiracy.

25             Two, I do think it is fair to attribute to you by

1   a preponderance of the evidence -- I think the jury so

2   concluded -- the conduct of others, particularly Ms. Watkins

3   and her use of physical force, because I think it was

4   reasonably foreseeable that that was exactly what was going

5   to happen inside the Capitol that day, even if you,

6   yourself, didn't engage in direct physical force.

7              And here are the facts.

8              As you are approaching the steps with Mr. Dolan,

9   the video is clear that you would have seen a line of police

10  officers there at the bottom of the steps that were trying

11  to prevent people from going up the steps.  You would have

12  seen Mr. Dolan being pushed back by an officer who had a

13  riot shield and Mr. Dolan sort of stumble back.  So you

14  would have seen that interaction; and, therefore, at that

15  point, should have understood that you had no business going

16  up the stairs.

17             You would have seen the police line break.

18  Eventually, those police officers retreated and they went up

19  the stairs, and then you and Mr. Dolan proceeded to go up

20  the stairs.

21             Now, it is absolutely 100 percent true that when

22  the other Oath Keepers arrived, you had not gone to the

23  landing area, but you were instead, I think, either at the

24  top of the stairs or perhaps one step down, as Mr. Geyer

25  likes to point out, singing the National Anthem when you

1    arrive -- when they arrive.

2         But more significantly is that if you look at the

3    News2Share video in Government's Exhibits 1051, it shows

4    Mr. Isaacs immediately behind the -- Officer Salke at the

5    door.  And as the video rolls, the remaining Oath Keepers

6    can be seen walking through the crowd on that landing.

7         And you're the first one.  You're the first one

8    that's walking through that crowd.  You're walking directly

9    to the doors.  You are able to, in my estimation by a

10    preponderance of the evidence, get close enough up to see

11    the police officers at the door and see what is happening

12    and transpiring there.  Nevertheless, you do enter.  And

13    immediately thereafter, you begin recording.

14         And soon thereafter, you're with Mr. Dolan as you

15    enter into the Rotunda.  Your phone captures the words

16    "Treason, treason" being uttered.  I think by a

17    preponderance of the evidence, one of those voices was

18    yours.  The voice is very clear and close to the phone.

19         Mr. Dolan testified that people around him were

20    chanting "Treason," although I think he was equivocal about

21    whether specifically it was you.  But, nevertheless, I think

22    the circumstances certainly support that having been what

23    you said as you entered.

24         And Mr. Dolan testified that he was chanting

25    "Treason" because he was there to intimidate members of

1   Congress for that purpose, and so I think it's reasonable to

2   infer that you shared that same intention.  And, ultimately,

3   I think the jury probably thought the same thing too.

4         The groups did ultimately split, Ms. Watkins with

5   her group; and then you, of course, went with Mr. Meggs down

6   into the small House Rotunda.  There you encountered

7   Officer Dunn.  At a minimum, what that tells me is that you

8   would have understood and foreseen that there would be other

9   officers in the Capitol building at that time, including for

10  the other group that went down the other hallway.

11        Now, you obviously could not have known what was

12  happening in that other hallway.  But the question was

13  whether it was reasonably foreseeable, given what your state

14  of mind was and what you understood at the time and what

15  your purpose was and what the jury found your purpose was.

16        And I think all of that ends up being the case for

17  purposes of the Guidelines determination; in other words,

18  that you would have known and you would have thought it

19  would have been reasonably foreseeable to you that members

20  of your group, who you all came in with, even if you may not

21  have known Ms. Watkins personally, could have encountered

22  police and gotten into a physical confrontation with them.

23        I do think that everybody was in some sense

24  sharing the same purpose, which was to disrupt the

25  proceedings.  It's hard to -- well, if I were to -- this is

41

1    pure speculation on my part as to why you weren't convicted

2    of the 1512(f) or (k) count; that is the conspiracy to

3    interfere.

4            My guess is that the jury wasn't convinced that

5    you actually knew.  At least they weren't convinced by a

6    preponderance -- I mean beyond a reasonable doubt that you

7    knew there were actually proceedings going on.  I would

8    guess that's it if I'm trying to reconcile these verdicts.

9            But, nevertheless, I don't think that that changes

10   my analysis here in terms of the preponderance of the

11   evidence and what you're responsible for.

12           All right.  So those are my factual findings that

13   I think support both the scope of the conduct,

14   Mr. Harrelson's role in the conspiracy, and what was

15   foreseeable to him and what acts others had committed in

16   furtherance of that conspiracy that would have been

17   foreseeable to him.

18           Let me address the one Guidelines issue where I

19   depart from the government, and that is with respect to the

20   role in the offense enhancement.

21           I do not think Mr. Harrelson, by a preponderance

22   of the evidence, rises to a manager or supervisor.  The

23   evidence of that is as follows:

24           One is that he was the organizer on the

25   GoToMeeting call on November 9 and was an organizer on other

```
 1   GoToMeeting calls that fall.  I don't take a lot from that.
 2   It simply means he was facilitating phone calls.  It
 3   certainly doesn't establish any degree of control.  Perhaps
 4   it establishes a degree of responsibility within the
 5   organization.  But the question is not his responsibility
 6   within the organization but, rather, with respect to the
 7   conspiracy.
 8           The government has said that he was between
 9   Mr. Meggs and Mr. Dolan.  There was testimony to that fact
10   by Mr. Dolan.  Mr. Dolan had also identified Mr. Harrelson
11   as the head of the Green Team, whatever that means.  But,
12   again, the question is:  What was Mr. Dolan -- Harrelson's
13   role in the conspiracy, not within the Oath Keepers?
14           And I don't think the fact that Mr. Dolan says
15   that, well, Mr. Harrelson was above me and that Mr. Dolan
16   was the Greene Team leader really is terribly meaningful
17   when it comes to his role in the conspiracy.
18           There is the designation of him as the ground-team
19   leader by Mr. Meggs.  That doesn't actually happen until
20   January 3rd.  And he's identified as somebody who other
21   groups could contact.
22           But, ultimately, the titles don't matter very
23   much.  I mean, they have some weight.  But, ultimately,
24   they're not terribly persuasive to me because at the end of
25   the day, there's not a lot of evidence -- in fact, very
```

1    little -- that Mr. Harrelson directed anybody as the

2    ground-team leader on January the 6th.

3         There is this evidence, the testimony that

4    Mr. Dolan and Mr. Berry were told that they didn't have to

5    wear certain gear by Mr. Harrelson.  But, you know, it is

6    fair to infer that that was sort of a line of communication

7    that came through Mr. Harrelson, fine.  But I don't believe

8    that is anything that establishes the sufficient degree of

9    control that we're looking for and the need -- and certainly

10   that would warrant an enhancement by three levels for such

11   minimal evidence of supervision or management.

12        There are the messages that I think the government

13   relies on with Mr. Rhodes afterwards in which he expresses

14   his contrition, essentially saying that he should have done

15   a better job of monitoring Mr. Meggs.  He's involved with

16   Mr. Rhodes and talking about reforms to the organization and

17   passing on messages to Jeremy Brown.  He gets a message to

18   be an administrator of a new group chat.  Again, I think all

19   of that is certainly evidence to show two things.

20        One, Mr. Harrelson is probably closer to

21   Mr. Rhodes than it appears at first blush, certainly up

22   until then.  But -- and I also suggest that he hasn't

23   completely disconnected himself with the organization after

24   January 6th.  But that's not the question.

25        The question is:  What was his role in the offense

```
1   with which he was convicted and for which he can be held

2   responsible?  And, ultimately, I just don't think that

3   there's a sufficient level of control.

4            Even though there's some evidence that

5   Mr. Harrelson may have a slightly higher position in the

6   hierarchy as others, I don't think that by itself is enough

7   to get the three-level enhancement that the government is

8   seeking with respect to Mr. Harrelson.

9            Before I do the Guidelines calculation, Mr. Geyer,

10  I want to just confirm.  Have you requested -- and you'll

11  forgive me.  I've tried to be very careful in who's asking

12  for what.  But have you asked for any other departures based

13  on any other sections of the Guidelines in your papers that

14  I'm not addressing?

15           Others, for example, have requested, you know, an

16  acceptance-of-responsibility departure.

17           MR. GEYER:  Oh, I think -- did I request that?

18  I frankly don't recall.

19           I would now.

20           THE COURT:  Okay.  Okay.

21           I just want to make sure that I'm addressing

22  everything you asked for, Mr. Geyer.  And so there are a lot

23  of moving parts, and I don't want to miss anything.

24           Look, the acceptance of responsibility Guideline

25  is very narrow for somebody who's gone to trial, as you
```

1  know, Mr. Geyer.  And there really is not much of a record

2  here for the very narrow exception to apply if someone who

3  goes to trial is convicted, and still, under those

4  circumstances, would receive acceptance of responsibility

5  points.

6          And so, you know, obviously I will hear what

7  Mr. Harrelson has to say today and consider that in

8  determining his ultimate sentence.  But in terms of the

9  Guidelines calculation and the warranting the departure, it

10  just doesn't rise to that level.

11          So the Guidelines calculation for Mr. Harrelson

12  then is as follows.

13          Oh, I guess I should address one more thing, and

14  that is the terrorism enhancement or the terrorism

15  departure.

16          It's applicable just because of what he's been

17  convicted of, and certainly it constitutes an offense

18  that -- against the government intended to or calculated to

19  intimidate or coerce government action.

20          The very elements of the offense with which

21  Mr. Harrelson was convicted at a minimum require some

22  evidence of either force, intimidation, or threat.  At a

23  minimum, I think the jury could have decided that

24  Mr. Harrelson engaged in intimidating behavior and did so

25  with others when he was entering the Capitol building that

1    day.

2            And, importantly, this is a conspiracy case.  It's

3    not just one individual on his own going in.  And so

4    consistent with what I've done with others, I think the

5    conduct and the offense rises to the level.  I do think the

6    enhancement applies; however, I'm only going to add a single

7    point to the departure, not the, I think, the additional

8    levels the government is asking for.

9            I think it is, in terms of thinking of his role

10   that day and, importantly, what others' conduct is that day,

11   Mr. Harrelson, in my view, is less culpable; and his conduct

12   falls slightly below that of some of the others who are

13   still yet to be sentenced and will, in my view right now,

14   perhaps have a slightly higher different -- or a different

15   enhancement applied.  So I'll just leave it at that for the

16   present moment.

17           So what that means is that the Base Offense Level

18   under 2J1.2 is a 14.

19           The eight-level enhancement does apply.

20           The substantial interference with administration

21   of justice applies.

22           Mr. Geyer, I have put on the record why I think

23   that applies from the causation issue that we talked about

24   the other day, and I'll ask that that be reflected on this

25   record as well from Mr. Rhodes' sentencing.

1           The offense was extensive in scope, planning, and

2     preparation.  At a minimum, the planning and preparation

3     with respect to the QRF and the bringing of weapons required

4     a fair amount of planning and preparation.  And, of course,

5     the ultimate conduct itself was extensive in scope, given

6     what its purpose was and the number of people that were

7     involved in it.

8           I will add no additional levels for the role in

9     the offense.

10          I will add two levels for obstruction, and that is

11    based upon the deletion of media from his phone.  He was

12    ultimately convicted for that same reason.  And I agree with

13    the jury's determination as we went through the other day.

14    Mr. Harrelson begins the deletions -- or at least a jury can

15    conclude beyond a reasonable doubt and certainly I can

16    conclude by a preponderance of the evidence that he deletes

17    media from his phone after learning of the indictment of

18    others.  There's a clear conversation between him and

19    Mr. Meggs in which they talk about disposing of chats, and

20    he admits to doing so.

21          So with that number of enhancements in place, that

22    results in a total offense level of 30.  Criminal History

23    Category is 1.  That results in a Guidelines Range of 97 to

24    121 months, and a fine of 30,000 to $300,000.

25          So with that, why don't we turn to the

```
1    allocutions, and we'll hear first from the government.
2              MR. NESTLER:  Kenneth Harrelson's role in this
3    offense was significant.  It warrants a significant term of
4    incarceration from this Court, mostly to afford general
5    deterrence to others who would be inclined to take up arms
6    like Mr. Harrelson so willingly did.
7              He was the main point person for the Florida
8    Oath Keepers for weapons and for equipment.  And in message
9    after message, people said to "Talk to Kenny.  Talk to
10   Gator 6 about what weapons to bring and what kind of
11   equipment to deal with."  And that was his major role in
12   terms of this conspiracy.
13             THE COURT:  What messages are you referring to?
14   Because I don't recall such messages other than a handful of
15   messages on -- early in January about ground-team leader and
16   he being a point person.
17             MR. NESTLER:  Those were not the messages that we
18   introduced at trial.
19             So Mr. Harrelson was on Signal chats, was sending
20   messages about -- mostly about equipment and equipment-type
21   things.  And people did say to refer to Harrelson as the
22   person who was most knowledgeable about equipment.
23             THE COURT:  Okay.
24             Have I seen those messages?  Because
25   I don't recall them being introduced at trial.
```

1            MR. NESTLER:  No, they were not introduced
2    at trial.
3            THE COURT:  Okay.
4            MR. NESTLER:  My point here is that that was his
5    role in the -- more of a role in the conspiracy.  Whereas,
6    everyone has, as I mentioned earlier, sort of a different
7    role to play, Harrelson's role appears to be with respect to
8    materials.  That was where his expertise lied, and he was
9    sort of the quartermaster of what kind of things to bring
10   and how to deal with all the different equipment.
11           And I believe that Berry spoke about this as well,
12   that Harrelson was the one who knew about the plate
13   carriers, and Harrelson knew about the different kinds of
14   helmets and plate carriers.  And, of course, when we talked
15   about the rifles, Harrelson was knowledgeable.
16           Harrelson, in addition to his role -- and we
17   understood Your Honor's ruling about the level of control.
18   But his role was really a helper to Kelly Meggs.  He was at
19   Kelly Meggs' right hand.
20           If we look at one of the photographs the
21   government introduced -- which I don't need to show here.
22   I'm sure Your Honor remember is -- right outside of the
23   landing, it's Kelly Meggs talking to Kenneth Harrelson.  And
24   we think that encapsulates the relationship between these
25   two men and the role that Kenneth Harrelson played with

1    respect to this conspiracy.

2             He had an AR-15, semi-automatic rifle, at least

3    one, inside of the rifle case.  Jason Dolan testified to it.

4    And that Kenneth Harrelson's rifle case was bigger than

5    Jason Dolan's.

6             And Your Honor doesn't need to be reminded about

7    what Jason Dolan said about the AR-15 that Jason Dolan,

8    himself, built and that we had displayed here in the

9    courtroom.  So we can reasonably infer that

10   Kenneth Harrelson had at least something that looked like

11   that with him.

12            He transported it from Florida to the QRF hotel.

13   And he -- because of his closeness with Kelly Meggs, he knew

14   what was going on with that QRF hotel and that those guns

15   would be used for an offensive purpose, just like the

16   firearms instructor told him and just like we saw in the

17   videos that he was practicing with prior to the election.

18            When Kenneth Harrelson entered the United States

19   Capitol Building holding up his cell phone and chanting

20   "Treason" -- and Your Honor can see the phone sort of going

21   up and down with the chants, "Treason, treason," and the

22   phone goes up and down -- you can see what it is that

23   Kenneth Harrelson was trying to accomplish, both himself and

24   as part of the larger conspiracy here.  He wanted to

25   intimidate members of Congress and people working in that

building.

And I think it bears repeating what members of
this conspiracy thought, the punishment for treason was, was
death.  And we've introduced evidence about that, excluding
from Defendant Caldwell, that these people thought that the
punishment for treason was death.  And so when they're
walking into the place of work, the citadel of our
democracy, and they're chanting "Treason," what they're
saying is the people who work in that building deserve to be
killed for doing their constitutional duties.

That's as clear as day, and that's what
Kenneth Harrelson was trying to accomplish.  That,
primarily, is likely why the jury convicted him of the 372
offense, as Your Honor just indicated, because he was using
force, intimidation, and threats to prevent officers of the
United States -- those are those Members of Congress who
were trying to do their constitutional duties -- from doing
their job.  And that's why his conduct was calculated to
influence the conduct of government by intimidation.

One more point bears noting.  Your Honor heard
from Officer Harry Dunn and referenced this yesterday;
Your Honor found him credible.  Officer Harry Dunn said that
what was happening to him in the small Rotunda was
intimidating, was threatening, not only with nobody helping
him, but he was scared.  He was outnumbered.  And

```
 1   Kenneth Harrelson directly contributed to that affront on
 2   Officer Dunn and then to Officer Salke as Kenneth Harrelson
 3   left the building.
 4          We do believe a significant sentence of
 5   incarceration is warranted for Kenneth Harrelson's conduct
 6   and to deter others.
 7          Thank you, Your Honor.
 8          THE COURT:  All right.  Thank you, Mr. Nestler.
 9          All right.  Mr. Geyer.
10          MR. GEYER:  Your Honor, if I may, I'd like have
11   Mr. Harrelson make a statement first and then I'll close.
12          Is that okay?
13          THE COURT:  That's fine.
14          Are there people here, family and friends who are
15   here?  If you wish to identify them and introduce them.
16          MR. GEYER:  Yes.
17          We have -- could you stand up and identify
18   yourself for the Court.
19          ANGEL HARRELSON:  I'm his wife, Angel Harrelson.
20          THE COURT:  Welcome.
21          MR. GEYER:  Angel Harrelson.
22          THE COURT:  All right.  Mr. Harrelson, if you
23   would like to come on up, I'm happy to hear from you, sir.
24          THE DEFENDANT:  Your Honor --
25          THE COURT:  Hang on one second.  I'm not quite
```

1  sure why Mrs. Harrelson is in the well of the court.

2        It's okay.  It's understandable.

3        THE DEFENDANT:  Your Honor, I've spent the last

4  830 days in prison.  I got a phone call on the eve of

5  January 3rd and was told by Kelly Meggs that he needed a

6  security job done.  I originally said "no" because

7  I couldn't afford to go, but I was told that Congressmen

8  would be there.  And I was promised free food, a ride, and

9  a room.

10        I threw my weapon in the car because that's what

11  we did where it was permitted.  I would have never brought

12  a firearm, having learned what I did during the trial.  And

13  now with many days to reflect, I realize that it was stupid.

14  But in any event, that will never happen again, I can

15  assure you.

16        Your Honor, I never voted for a President in my

17  life.  I voted once in 2018 in the state elections for

18  Florida.  I don't care about politics.  I didn't care then.

19  I don't really care now.

20        I think my wife probably does a little bit now,

21  but -- because of what we've been through, but that's a

22  whole other issue.  When we lived together, we never

23  discussed or thought about politics.  I got in the wrong car

24  at the wrong time, went to the wrong place with the wrong

25  people.

1          Up to that time, I avoided political rallies.  Not

2     that I felt strongly about it; it just didn't interest me.

3     I was added to a couple of chats on January 3rd.  And I do

4     recall that Meggs said I was a ground-team leader, but I

5     never responded to that message.

6          I didn't think much about it.  When I got into

7     D.C., it was clear that I was no such thing.  Michael Greene

8     was there, who had a lot of experience.  And we all

9     respected him.  And I was told to report to him.  They

10    didn't even have a room for me.  I had to buy my own food.

11    It was so disorganized that I almost left January 5th.  I

12    wish I did.

13         Dolan and I both were dissatisfied with the

14    disorganization, and we got a six-pack of beer and talked

15    and hung out in hotel rooms that night.

16         I know he testified that he was thinking all these

17    things, but he didn't discuss these things with me.  I would

18    never have gone along with anything like that, and I would

19    have talked him out of it and talked him into leaving.

20         He was very troubled that night and was openly

21    upset in discussing military experience and his experience

22    in the Marine Corps.

23         I would have gotten him out of there if I'd have

24    known the events would have transpired the following day.

25         I have no gripes against the government then or

1   now.  Even the situation I am in, I see as my fault, as

2   I should not have been there.  And I should have paid better

3   attention to what was being said into my phone.  But I think

4   over 90 percent, maybe even 95 percent of the terrible

5   things that were said, I heard or read at trial.

6          At times, I myself got furious at what was said.

7   I don't agree with any of it, but I should have paid

8   attention and stopped it.

9          To Officer Harry Dunn, I would like to truly

10  apologize.  When he came up those stairs and he expressed

11  that they were killing his friends and they were carrying

12  his buddies out on stretchers, all I could say was,

13  "Really?"

14         I guess I was in shock.  Now that I know what was

15  going on in the West, I know it sounds hard to believe, but

16  that was the first time I had heard anything about violence.

17  That was the beginning of my wake-up.

18         When we were on the stairs, we didn't know

19  Officer Salke was being attacked.  I learned about that in

20  this trial.  I would like to apologize to Officer Dunn, and

21  I would like to apologize to Officer Salke.

22         I would never attack a police officer under any

23  circumstances.  I didn't know they were being attacked, or

24  I would have tried to stop it.

25         I had no plans to attack them or anyone.

1    I thought I was helping them.

2            I didn't know I was hurting anyone.

3            And I could have done more, and I apologize.

4            I think about that a lot, that I should have done

5    more.  But I do apologize.

6            I know this sounds hard to believe, but it's hard

7    even for me to remember what it was like when I didn't know

8    things about the day.

9            Since I've spent thousands of hours thinking about

10   the day, I swear it's the truth.  I didn't have a clue.

11   That's not to say that I didn't have signs or warnings that

12   I should have paid attention to, but it just didn't

13   register, and I don't know why.

14           I've totally demolished my life.  I am

15   responsible, and my foolish actions have caused immense pain

16   to my wife and our children.

17           I just hope -- excuse me.

18           THE COURT:  Take your time, sir.

19           THE DEFENDANT:  I still have a hard time talking

20   about my family.  I'm not sure why.  I struggle with wanting

21   to stay involved and wanting to just separate them from me

22   because of what I got caught up in.

23           I'm scared for them and I don't know why.  I wish

24   I hadn't done this to them.  But I love them and I'm very

25   proud of them.

1           And to Angel, my queen, I am truly sorry, and I

2    thank you for being there and supporting me.

3           Thank you, Your Honor.

4           THE COURT:  Thank you, Mr. Harrelson.

5           MR. GEYER:  Your Honor, this is on the issue of

6    variance.  This is a tragedy for everybody here today.

7    I would like to thank your clerks, who probably when they're

8    remembering this case, they're thinking about a lot of

9    last-minute filings late at night that were pushing upper

10   limits of page limits.  I apologize for that.

11          I'd be remiss if I didn't thank the U.S. marshals,

12   who've been absolutely phenomenal, and also the

13   Bureau of Prisons, in particular, Lewisburg prison,

14   absolutely quintessentially professional and interacted with

15   Ken in a way that I will be -- well, I have to bring it up

16   now because it profoundly impacted me.

17          When he arrived at Lewisburg, he got his first

18   piece of red meat since being in prison.  He got a

19   hamburger.  And his reaction was to weep.  Took him three

20   days to go outside.  The birds at that particular prison --

21   if you haven't been there, I suggest you go.  It's really

22   amazing.  It's the most beautiful campus you've ever seen.

23   Really -- it's a medium-security prison.  Just phenomenal

24   conditions.  And just the birds were -- it took him that

25   long, three days, to get used to the sound of the birds

1    before he could go outside.

2            I know he's here because of his own actions.  But

3    I also know that, prior to January 6th, this was an American

4    success story.  His mother was a junkie.  I think he met her

5    one time when he was 19.  It didn't go well.

6            His first wife, also a junkie.  We're not sure if

7    she's still alive.  We just don't really know.  We lost

8    track of her in the system.

9            Angel Harrison grew up in the bayou.  She's mixed

10   race.  Her sister married an American cowboy who happens to

11   be African-American.  They have a close-knit family.

12           Angel had lost the family home, I believe it was

13   in Katrina.  And I think she was on her second trailer that

14   got wiped out by a hurricane when she went up to move into

15   an apartment near Fort Benning, which is where Ken was

16   stationed.

17           And they immediately hit it off with a story of

18   their meeting that I can't share because this has a G rating

19   today.  But they truly love each other, and they've put

20   their family together with their kids.

21           And while he was in prison, he was not able to see

22   the face of his kids.  He hasn't actually seen the face of

23   his kids since he's been in prison.  He's not seen the face

24   of his kids since he's been in prison.  He was not allowed

25   to see the face of his wife until trial.

1          There was a love note passed in the opening days,

2    which was inappropriate, totally my fault.  I appreciate the

3    Court cut me some slack on that.  But it speaks to --

4    Ed Tarpley told me that -- I'm not even going to share that.

5          I understand the pressure that the Court is under,

6    and I'm really left with praying for a miracle here.

7          I've looked at this from every angle that I

8    possibly can, and I've concluded that he did not have the

9    requisite intent in terms of what those actions meant.

10          Yes, he went there.

11          Yes, he legally brought a gun.

12          Yes -- you know, we saw the video, but we also saw

13    all of his body language.

14          And I believe that that jury -- I understand the

15    restrictions, the limitations the courts are under in terms

16    of having to respect that verdict.  I get it.  But if there

17    was ever a reason for a downward departure of some kind in

18    terms of a variance -- and there's probably -- in our

19    system, there's probably many people that are deserving of

20    this when it really comes down to it.

21          But while he was in prison, the mentoring that he

22    gave his son resulted in his son going through the military.

23    He's in the military right now, in the U.S. Army.

24          His daughter, for various reasons, has to live at

25    another address, because it's a very difficult, you know,

```
 1    after this -- after you do this, there's -- the carnage is
 2    still ongoing and continuous.
 3              And his youngest daughter is in JROTC.  So if
 4    anything, he shares my deep, profound faith in the strength
 5    of our institutions.  He's an institutional loyalist.
 6              If I may, obviously, there's some things that
 7    I don't entirely agree with, with the Court's findings, you
 8    might expect.  But the thing that I think merits just
 9    another look is the exchange just before going into the mini
10    Rotunda and then while they were in the mini Rotunda.
11              And with the Court's leave, they were very good
12    about -- they came across a new video in April, and it gives
13    you a moment in time which we didn't have.  There was a gap
14    between when Harrelson -- Mr. Harrelson leans in and he asks
15    Officer Harry Dunn, "What's wrong?"
16              Harry Dunn says something along the lines of,
17    "They're killing us.  They're taking us out on stretchers."
18    And you can see Ken, and we showed this to the jury, he
19    says, "Really?"
20              We didn't know what happened right after that.
21    And when you then later on see him doing this with people
22    with Harry Dunn behind his back.
23              And I would just -- what I didn't realize the
24    significance of really until very recently is Ken was not
25    dressed as an Oath Keeper.  He had a completely different --
```

1    he wasn't dressed in the standard uniform, which I think the

2    jury may have -- you know, he wasn't in that stack that came

3    up the stairs.  He was separated from the stack.

4           I don't believe he had the vision, because all the

5    video was at this level.  And he's 5'11".  So you have heads

6    that are straight on.  There's flags draped in front.

7    Somebody said, "They need up top."  He went and looked.

8    That's what I believe happened.

9           And if you have all this other stuff clinking

10   around in your brain, the stuff that's in the fever swamp,

11   ramblings of Mr. Young, that is a totally different meaning

12   than if you're basically divorced from a lot of that.

13         And I think that the -- I remain convinced the

14   jury saw that.  They weren't convinced that he had all of

15   that going on inside his head.  I think -- I'm hoping that

16   the Court and even the government believes that.

17         Just before the mini Rotunda, there's a prayer in

18   the Rotunda.  And you can see Ken join towards the end of

19   the prayer.  What had happened is somebody came in and fell

20   down to their knees.  And I believe it was Mr. Meggs mistook

21   that as somebody who was injured.  So he goes over to

22   investigate, and the person who went down on his knees was

23   just getting down to pray.

24         This other thing that's really hard for people to

25   understand here, when -- Ken had never been to Washington,

```
 1   D.C., before.  This is a majestic city.  These monuments
 2   are -- I mean, we've grown up just -- this is it.  This is
 3   like -- it's a global city.  This is like Paris, you know.
 4   This is like those kind of significant monuments, in our
 5   case, seat of government.
 6           And many people when they went into that Rotunda,
 7   it was the first time they ever had gone in there.  And if
 8   you haven't been there, you've got to go because it
 9   literally takes your breath away.  And you see that in Ken's
10   reaction.
11           So if I may -- this is really quick, too, because
12   I promised to be short, as the government has been.  I
13   appreciate that.
14           THE COURT:  So I'm sorry.  This was an exhibit
15   that was not shown at trial, but this is a video that was
16   turned over after?
17           MR. GEYER:  I sought to get it in.  I believe we
18   did not -- it was not allowed in.  It's just a quick
19   little -- again, it's just context.
20           THE COURT:  Okay.
21           MR. GEYER:  It's a public document.  It's publicly
22   available.
23           Your Honor, I'm having a technical difficulty.
24           There's a -- you'll see they're underneath the
25   Rotunda.  It's a nice, moving prayer.  There's nothing about
```

1    politics or anything about it.  It just captures the majesty

2    of the moment.

3              But this was Ken's mindset.  And this is literally

4    just maybe a couple minutes before he notices a disturbance

5    in the Rotunda.

6              And, unfortunately, my sound is not working, but

7    I'll make this really quick.  Sorry.

8              So we always knew that this was the point in time

9    when we had the first exchange between Ken and Officer Dunn.

10   He's not wearing all the gear.  And as you'll recall from

11   the 302s, which you probably reviewed -- okay.

12             He identified Oath Keepers in the Oath Keeper

13   garb.  Well, Ken is there first, and he's not wearing the

14   Oath Keeper garb.

15             And he says, "Officers down."

16             And Ken's reaction is, "Really?"

17             We didn't know what happened between "Really?" and

18   later on when he's going like this?  But we just got the

19   document which shows us.

20             It was uploaded into Evidence.com in April.  The

21   government made us aware of it.

22             And I'm going to show that to you now.

23             So he puts his hand out like a calming thing.

24             And then I'm going to show you the next video.

25   This is going to be over in a second.  You're going to see

1    him put his hand up.

2                (Video played)

3                MR. GEYER:  All right.  He puts his hand up.

4                And then this is the new video, and the sound

5    doesn't matter.  But we have -- a split second later, we see

6    him spin around.  These are the Oath Keepers in here.  Ken's

7    having this quick conversation with Officer Dunn.  And you

8    can just see him spin around here, and you're going to see

9    what he does.

10               See how his hands are up?

11               Now, we didn't have the benefit of this.

12   Government can't be expected to have access to thousands of

13   videos that are out in the ether space.

14               But on the issue of -- based on everything that

15   the Court's seen, walking as the anchorman on the security

16   detail, head on a swivel, walking sideways, hand on here,

17   they go and they get into the huddle.  They're all huddled

18   together.

19               Turns around.  The group comes to the Northeast.

20   He does a stutter step.  He puts his foot like this.  He's

21   in the middle of lighting a cigarette.  It droops.  He has

22   no idea that this is happening.

23               He lights it.  The protectees go up to the edge.

24   He and Dolan follow.

25               And then you have that very telling conversation,

```
1    which I played a number of times.  I know you remember this
2    one.
3              Harrelson can be heard saying, "They're storming
4    the fucking Capitol.  Whoop-de-fucking-do."  Doesn't sound
5    like somebody who had that in his mind.
6              And then Mr. Dolan says, "I think we should go up
7    there."
8              And what does Ken say?
9              "Huh?"
10             And then Dolan says, "I think we should go up
11   there."
12             And then one final four-second snippet and then I
13   appreciate your indulgence here, Your Honor.  I'm even going
14   to fast-forward on this one, too.  Go way to the end.
15             So I showed you what was in the gap.  Then you
16   have Harrelson.  That's him facing us.  I don't know what's
17   going on there.
18             You're going to see Ken.  You see Ken pushing the
19   protesters back.  His arms are out.  He's straight-arming
20   protesters.
21             I understand that if you have a raft of email
22   changes, terrible email exchanges having to learn, that's a
23   different prism to look at this through than somebody like
24   Ken, who I think the evidence showed, he almost never
25   communicated.
```

1          And there's -- in terms of his intent, in terms

2     of -- I'm not going to eat up a lot of court time trying to

3     explain the context of all that, but there is a context

4     which is perhaps mitigating, but I accept the Court's

5     findings on that.

6          When you factor all that in in terms of -- again,

7     we're talking about variance now.  Accept the Court

8     findings.  But when you start comparing it to other cases in

9     terms of the kinds of violence that other people engaged

10    in -- you have the *Robertson* case, where he was actually --

11    he donned a gas mask.  He approached the Lower West Terrace.

12    He joined an advancing mob or rioters armed with sticks and

13    other paraphernalia.  And he actually drove the guns to D.C.

14         And one of the justifications for that 87-month

15    sentence -- I believe this is Judge Cooper -- he referred to

16    the Guy Reffitt case where has accused, and I believe this

17    is -- the jury was convinced that he was wearing the body

18    armor, unlike Harrelson.  He was -- I believe they accepted

19    that he was carrying a handgun.  He had Flex-Cuffs.  He

20    announced, "We're taking the Capitol before the day is

21    over."  And there's other -- various other facts that make

22    it, in my view at least, I would argue to the Court to

23    consider, a horse of another color.

24         You have the *Kevin Fairlamb* case, who actually

25    climbed the scaffolding, disarmed an officer by grabbing the

1    officer's baton and yelled, "We've fucking disarmed them,

2    and then we stormed the fucking Capitol."

3            He entered the Capitol building through broken

4    glass wielding the police baton before legislature was

5    evacuated.

6            Fairlamb received 41 months.

7            Duke Wilson was in the heat of battle with law

8    enforcement on the Lower West Terrace, struck one officer,

9    launched an object into the line of officers, and attempted

10   to disarm an officer of a riot shield.  In doing so, pushed

11   an officer to the ground.  He received 51 months.

12           I have three more and then I'll be done.

13           David Judd, he threw a firecracker at police and

14   received 36 months.

15           Josh Haynes entered the building at 2:20, remained

16   on the grounds, and caused untold damage until 4:50 when he

17   attacked members of the media.  He received 32 months.

18           Joshua Lee Hernandez, who was one of the people

19   who pushed open the doors to the East Rotunda from the

20   inside, he hit a police officer in the head with a flagpole.

21   He received 24 months.

22           I recognize that overall, looking at the

23   Oath Keepers, that the Court has found that this is unique

24   and particularly egregious conduct.  But in terms of

25   Ken Harrelson, the full scope of what he knew, the scope of

68

1    his conduct, the fact he had partial information, the fact

2    that -- I think the fair interpretation of "in the mini

3    Rotunda" is that he was coming to Officer Dunn's defense.

4    At least in his mind, he was coming to Officer Dunn's

5    defense.  And it's completely consistent, possibly, with

6    Officer Dunn's testimony, because he would not have appeared

7    to Officer Dunn to be wearing the standard uniform of the

8    Oath Keepers.

9           Your Honor, I very much appreciate the time you've

10   devoted to this matter, and I would ask that you -- I don't

11   really have a recommendation.  I'm asking for you to do

12   whatever you can under these circumstances to please get

13   this man back to his home.  All I can tell you is that he

14   will exceed your expectations.

15          Thank you, Your Honor.

16          THE COURT:  Mr. Geyer, thank you.

17          All right.  Let's take a break.  I'll be back,

18   let's say, 15 minutes.

19          Thanks, everybody.

20          COURTROOM DEPUTY:  All rise.

21          This Court stands in recess.

22          (Recess from 3:35 p.m. to 4:04 p.m.)

23          COURTROOM DEPUTY:  All rise.

24          THE COURT:  Okay.  So the Guidelines again,

25   97 to 121.

1            In addition, I must consider all the factors that
2     are set forth in 18 U.S.C. 3553(a) and impose a sentence
3     that's sufficient but not greater than necessary to achieve
4     the objectives of sentencing set forth in the statute.
5            Those include the nature and circumstances of the
6     offense and the history and characteristics of the
7     defendant; the need for the sentence imposed to reflect the
8     seriousness of the offense, to promote respect for the law,
9     and to provide just punishment for the offense; to afford
10    adequate deterrence, to protect the public, and to provide
11    the defendant with any needed educational or vocational
12    training or medical care.  Also should consider the kinds of
13    sentences available and the need to avoid unwarranted
14    disparities.  Also should consider any restitution to the
15    victims.
16            But let me just begin, Mr. Geyer, with the point
17    about disparities in the sentences that you have identified.
18    I agree with you, they certainly have -- those who have been
19    sentenced who have directly caused more and been engaged in
20    personally more violent conduct than Mr. Harrelson, you
21    know, at the same time -- and I won't do it here, but I've
22    said, you know, conspiracy is a different beast.
23            None of these folks have been convicted of
24    conspiracy.  And Mr. Harrelson, the law for decades has
25    recognized that conspiratorial conduct -- that is, you know,

1    acting with others -- presents greater risk than if just one

2    other person is acting.

3         And so while your conduct alone measures up

4    more -- less seriously than others, because the jury found

5    that you acted with others, it heightens the seriousness of

6    the offense and, consequently, heightens the need for the

7    sentence to reflect the seriousness of that offense and to

8    promote respect for the law, to also deter others from

9    engaging in similar behavior and not just entering the

10   Capitol building, but working with others to do so, which is

11   what the jury found.

12        Now, you were convicted of one conspiracy count.

13   You weren't convicted of seditious conspiracy.  You were not

14   convicted of 1512(k) conspiracy.  It was a six-year maximum

15   conspiracy that the jury found you guilty of.  And so that

16   is very much in the forefront of my mind, which I will just

17   note, by the way, at the most recent trial, all of those

18   defendants were actually convicted of the 1512(k)

19   conspiracy.

20        I do not think -- well, let me put it this way:

21   All the facts that I set forth at the beginning, that was

22   the evidence that was presented, to state the obvious.

23        You are a different person here today, and it is

24   difficult for anyone to get a sense of what was in your mind

25   and your heart, in fact, on that day.  We can look at the

1    video, we can hear what other people have said.  But we're

2    ultimately trying to divine only what was in your head, and

3    the jury has made a conclusion about at least some of your

4    intentions, and that's not something I can readily ignore.

5              I'm not going to repeat all of the evidence, but

6    I will say the following, Mr. Harrelson:

7              That what -- I think -- I don't think you are what

8    the government has suggested and they've argued.  I don't

9    think you are a mid-level organizer here.  I am not aware of

10   the text messages, or maybe I'm just not remembering

11   communications about you being the equipment guy.  I

12   don't -- I mean, I looked all the statements that were

13   admitted.  There wasn't anything in that statements list

14   before the sentencing.

15             What distinguishes you from everyone else so far

16   is that there's not a single word on a single communication

17   that anybody would consider extremist, radicalized,

18   encouraging somebody to engage in violence, you know, words

19   like "Civil War," "revolution," thinking about death.  All

20   of that tells me that either you were somebody who was

21   looking at all that and agreed with it silently or, more

22   likely, you weren't looking at it at all.

23             And it is very -- I find it difficult to ascribe

24   to you the degree of intent that I have and believe is true

25   for the others, because, for everybody else so far, we have

1    had an abundant amount of those kind of communications that

2    put a window into the mindset of the person who was

3    convicted.  And that's true for the people who were coming

4    up too.  I mean, they've got plenty of statements, and you

5    just have nothing like that.

6            The one thing, Mr. Harrelson, about your conduct

7    that day that is difficult to get out of my mind and bears

8    on the ultimate sentence is the -- and I think, unlike

9    statements, in a sense, gives a window into your -- what you

10   were doing that day and where you were that day, and that's

11   the pat-down of the officer on the way out.

12           It's clear on the video.  There are two witnesses

13   who corroborated it.  You went out and said it, described

14   your being either jubilant or amped about what just happened

15   and about describing what you just had found out.

16           Maybe you just got caught up in the moment.

17   I don't know.  But it certainly puts into some perspective

18   that, you know, you weren't just there that day because you

19   got swept in.  And the jury concluded otherwise, too.

20           But, again, you know, you're not, in my view,

21   somebody who bears the same degree of responsibility or

22   culpability as others.

23           But, of course, I do have to be mindful of the

24   ultimate sentence and what it means in terms of respect for

25   the law and, of course, in terms of deterring others'

1    behavior.

2              But all that said, you know, Mr. Harrelson, we can

3    go through your background.  You're about 42.  You've had a

4    clearly difficult childhood, nevertheless, have made your

5    way in life, both through obtaining, you know, a vocation as

6    a welder, joining the Army, serving your country honorably

7    for five years.  And even within that time period, facing

8    your own personal challenges that aren't reflected in the

9    Presentence Report; mental health challenges that happened

10   perhaps as a result of your service, perhaps not.  It's not

11   clear to me what the source of that is, but, nevertheless,

12   it seems to be part of the profile.

13             And as I said, battling some inner demons that

14   I think -- I think I get the sense that, with the help of

15   your loving wife, you have managed to overcome and did

16   overcome before all of this happened.  And how you got

17   caught up with the Oath Keepers, I don't know.

18             You know, I am sorry that much of this has gone --

19   how much pain this has caused you and your family and the

20   difficulties it's caused between you and your children, but

21   you should still take a great deal of pride in terms of the

22   children that you have raised.

23             You know, January 6th, Mr. Harrelson, we all sort

24   of understand -- I think we all understand, and you

25   certainly do, I think, now, what it meant, what it means,

74

1    what place it will have in history, and to be -- and to have

2    been a part of that, I'm sure, is something you will regret

3    for the rest of your life.

4            And so, you know, I don't -- you don't need me to

5    tell you how awful that day was or the damage and harm that

6    was caused to the police officers who you heard from.

7    I think you appreciate all of that.

8            I think at the end of the day where I am with you

9    and your conduct, Mr. Harrelson, is to try and right-size it

10   against the other defendants, what they were convicted of,

11   what they actually did, what they did in terms of what they

12   said, who they encouraged, how they facilitated, helped

13   organize, and helped plan what actually transpired on that

14   day.  And if I'm looking at all of those metrics, you were

15   pretty far down on the list.

16           And so when I think about it in those terms and

17   I think about ultimately what I need to do here, given that

18   you were convicted not only of conspiracy but of a couple of

19   20-year felonies, including getting rid of evidence -- and

20   look, I don't know why you're still talking to

21   Stewart Rhodes after all this stuff happened down the road.

22   That bothers me a little bit.  But I suspect -- well, it

23   bothers me a little bit.

24           But in any event, the sentence of the Court is

25   going to be as follows, and I've taken into account,

1    Mr. Harrelson, that I think you've suffered a great deal.

2              It's the judgment of the Court that you will be

3    committed to the Bureau of Prisons for a term of 48 months

4    to run concurrently on Counts 3 and 9, as well as Count 4.

5              You are further sentenced to serve a 24-month term

6    of supervised release as to each of the Counts, 3, 4, and 9,

7    with such terms to run concurrently.  In addition, you'll be

8    ordered to pay a special assessment of $100 per count, for a

9    total of $300.

10             While you are on supervision, you shall abide by

11   the following mandatory conditions, as well as all

12   discretionary conditions recommended by the probation office

13   in Part D of the sentencing options of the Presentence

14   Report which are imposed to establish basic expectations for

15   your conduct.

16             They include not including another federal, state,

17   or local crime; not possessing any controlled substance;

18   refraining from using an unlawful substance -- controlled

19   substance.  Excuse me.

20             You must submit to one drug test within 15 days of

21   placement on supervision and at least two periodic drug

22   tests thereafter as determined by the Court.

23             You shall cooperate in the collection of DNA.

24             I also will order -- may order restitution.

25             Mr. Geyer, I've asked the government to provide me

76

1    with some additional information, both legally and in terms

2    of the facts, before I make a restitution determination.

3            So that will come afterwards, Mr. Harrelson.

4            You will be subject to the following special

5    conditions:  That is, substance abuse testing, to determine

6    if you have used a prohibited substance.  You shall not

7    attempt to obstruct or tamper with the testing methods.

8            Also will be restrictions on who you can contact

9    and what media you can use, Mr. Harrelson.  You shall not

10   associate, communicate, or otherwise interact with any known

11   or unknown member of any terrorist organization or any other

12   known or unknown criminal extremist group or individual.

13   This includes persons who are or claim to be involved with

14   violent acts or advocating for acts of violence and any

15   persons who are located outside the United States without

16   the approval of the probation officer.  If you inadvertently

17   associate, communicate, or otherwise interact with a known

18   terrorist or extremist group or individual, you must

19   immediately report this to the probation officer.

20           You also shall seek approval from the probation

21   officer if you wish to access, view, or use any online

22   social media.  You must not download any social media apps

23   on your phone or computer.  You must not access social media

24   on any devices not approved by the probation office.  Social

25   media includes most social media sites, chat services, and

1    the like.

2            You must not access, view, or use or possess any

3    extremist media.  This includes materials such as

4    literature, video, photos, social media from groups or

5    individuals who promote or -- promote the use of violence to

6    further an ideological or religious cause.  If you

7    inadvertently access, view, or use or possess such material,

8    you must immediately report it to the probation officer.

9            To ensure compliance with the foregoing

10    conditions, you most allow the probation officer to conduct

11    an initial and periodic unannounced searches of any

12    computers subject to computer monitoring.  You must allow

13    the probation officer to install computer-monitoring

14    software on any commuter.  This includes desktops, laptops,

15    mobile devices, smart watches, gaming systems, private

16    servers, or any other high-speed data processing device

17    performing logical or medic or storage functions.

18            The searches shall be conducted to determine

19    whether the computer contains any prohibited data prior to

20    installation of the monitoring software, whether the

21    monitoring software is functioning effectively after its

22    installation, and whether there have been any attempts to

23    circumvent the monitoring software.

24            You must warn other people who use these computers

25    that the computers may be subject to searches pursuant to

1    this condition.  Probation officer may conduct a search

2    pursuant to this condition only when reasonable suspicion

3    exists that there's a violation of a condition of

4    supervision and that the computer or device exists -- excuse

5    me -- contains evidence of this violation.  Any search will

6    be conducted in a reasonable time and reasonable manner.

7            You must not use any devices designed to encrypt,

8    disguise, mask, or anonymize your online activity.  And you

9    shall not use any online gaming services or systems,

10   including mobile device applications, without approval of

11   the probation office.

12           You shall not use any telecommunications

13   application software products, such as Skype, Discord,

14   TeamSpeak, et cetera, that specializes in providing chat and

15   voice calls between computers, tablets, and the like, again,

16   without approval from the Probation Office.

17           You shall provide the probation officer with

18   access to any requested financial information and authorize

19   the release of any financial information.

20           I will authorize that jurisdiction be transferred

21   to the jurisdiction to which you are released, but I will

22   retain jurisdiction over the case.

23           The Court finds you don't have the ability to pay

24   a fine, Mr. Harrelson, and, therefore, it waives the

25   imposition of a fine.

1        You will be ordered potentially to pay restitution

2   to the Architect of the Capitol.  The Court determines and

3   you don't have the ability to pay interest and, therefore,

4   waives interest and penalties on the balance that may accrue

5   on any restitution.

6        The payments to the Court shall be due immediately

7   and is due to the Clerk of the Court of the U.S. District

8   Court for the District of Columbia at 333 Constitution

9   Avenue within 30 days of any change of address.  And if the

10  obligation is not paid, you shall notify the Clerk of the

11  Court of the change until such time as it is paid in full.

12       The probation office is authorized to release the

13  Presentence Investigation Report to all appropriate

14  agencies, which include the probation office in the approved

15  district of residence.

16       You do, Mr. Harrelson, have the right to an

17  appeal, both of your convictions and of your sentence, as

18  well as if you believe you've not received effective

19  assistance from your counsel, either in connection with

20  trial and these proceedings or in contention with

21  sentencing.

22       If you wish to file an appeal, you shall do so

23  within 14 days of the Court entering judgment.  If you

24  cannot afford the cost an appeal, you can ask the Court to

25  file an appeal without cost to you.  If you cannot afford a

1    lawyer for purposes of appeal, you can ask the

2    Court of Appeals to file an appeal -- excuse me -- you can

3    ask the Court of Appeals to appoint a lawyer for you without

4    cost.

5            You also have the right, pursuant to

6    28 United States Code 2255, to challenge your conviction and

7    your sentence within the time frames authorized by that

8    statute.

9            All right.  Let me just say before I conclude,

10   just to make a couple of observations if they're not clear

11   on the record, and that is just the reason for the variance

12   is as follows:

13           One is, I think the eight-point enhancement in

14   Mr. Harrelson's situation, while there's a basis for it,

15   ultimately, the conduct that warrants it was not his.  It

16   results in very harsh Guidelines for conduct that largely is

17   that of a co-conspirator.

18           Although that conduct was foreseeable,

19   Mr. Harrelson himself did not physically assault any

20   officer.  He did not directly threaten any officer with

21   physical harm.  Yes, to the extent he shouted "Treason,"

22   that was threatening, but I don't know that it rises to the

23   level of threatening physical harm.

24           His conduct, as I said, doesn't quite fit the --

25   is not as substantial as others, including those who are

81

1    still yet to be sentenced, in my view.  And, frankly,

2    I think the jury rightly, in their verdicts, reflected that.

3            And, look, at the end of the day, Mr. Harrelson,

4    I think you are genuinely remorseful for your actions and

5    your conduct that day.  I think you are a good man.  I think

6    you have plenty of good in you.  And you are going to leave

7    after you serve your time and pay your debt to go on to be a

8    terrific husband, father, and member of society.

9            Thank you, everybody.

10           Mr. Geyer, I should ask you if you've got any

11   objections you want to put on the record at this time that

12   you haven't already.

13           MR. GEYER:  I haven't reviewed the procedures

14   recently, but I was hoping to be able to take a look at some

15   of the other filings that were made and maybe join one or

16   two of those for appellate purposes.  But that'll be with

17   leave of the Court.  I'll take that up later.

18           And, also, if there's an ability to get him in a

19   facility closest to his house, it's Coleman, which is very

20   close.

21           THE COURT:  Sure.  Happy to make that

22   recommendation.

23           MR. GEYER:  Thank you very much, Your Honor.

24           THE COURT:  All right.  Thank you, all, everyone.

25           Mr. Harrelson, I wish you and your family the

1    best.

2              Thank you, everybody.

3              COURTROOM DEPUTY:  All rise.

4              This Court stands in recess.

5              (Proceedings concluded at 4:23 p.m.)

                  C E R T I F I C A T E

          I, William P. Zaremba, RMR, CRR, certify that

the foregoing is a correct transcript from the record of

proceedings in the above-titled matter.


Date:__June 3, 2023_____     _____

                                  William P. Zaremba, RMR, CRR

ANGEL HARRELSON: [1] 52/19
COURTROOM DEPUTY: [5] 3/2 33/19 68/20 68/23 82/3
MR. GEYER: [16] 4/25 5/4 6/18 23/14 28/13 31/12 44/17 52/10 52/16 52/21 57/5 62/17 62/21 64/3 81/13 81/23
MR. NESTLER: [28] 6/24 7/1 8/19 9/1 9/15 10/6 10/18 10/21 11/1 11/8 12/8 12/16 13/4 14/10 15/5 16/12 16/14 16/18 17/18 18/13 19/7 20/15 20/19 21/18 48/2 48/17 49/1 49/4
MS. HUGHES: [1] 3/16
MS. RAKOCZY: [1] 4/23
THE COURT: [51] 3/12 3/17 4/24 5/1 5/8 6/20 6/25 8/17 8/20 9/8 10/2 10/16 10/19 10/23 11/2 11/15 12/15 13/3 13/17 14/19 15/23 16/13 16/17 17/17 18/12 19/6 19/24 20/16 21/17 23/11 28/12 31/6 33/14 33/22 44/20 48/13 48/23 49/3 52/8 52/13 52/20 52/22 52/25 56/18 57/4 62/14 62/20 68/16 68/24 81/21 81/24
THE DEFENDANT: [3] 52/24 53/3 56/19

## $

$100 [1] 75/8
$300 [1] 75/9
$300,000 [1] 47/24

## ,

'control [1] 21/7

## 0

08077 [1] 2/4

## 1

1.4000 [1] 28/9
100 percent [1] 38/21
1051 [1] 39/3
121 [2] 47/24 68/25
130 [1] 2/3
1361 [1] 18/7
14 [2] 46/18 79/23
141 [1] 2/3
14th [1] 36/5
15 [6] 12/4 22/20 50/2 50/7 68/18 75/20
150 [1] 12/3
1512 [6] 8/3 22/15 34/16 41/2 70/14 70/18
18 U.S.C. 3553 [1] 69/2

1:44 [1] 1/6

## 2

20 [1] 12/4
20-year [1] 74/19
20001 [1] 2/11
2002 [1] 35/17
2018 [2] 32/19 53/17
202 [2] 1/18 2/11
2020 [1] 7/4
2021 [2] 14/23 22/7
2023 [2] 1/5 83/7
20579 [1] 1/17
22-15-3 [2] 1/4 3/3
2255 [1] 80/6
231 [1] 18/7
24 [1] 67/21
24-month [1] 75/5
252-7277 [1] 1/18
26 [1] 1/5
28 United States Code
2255 [1] 80/6
29 [1] 34/6
2:20 [1] 67/15
2:26 p.m [1] 33/21
2:39 p.m [1] 33/21
2J1.2 [1] 46/18

## 3

30 [1] 47/22
30 days [1] 79/9
30,000 [1] 47/24
302s [1] 63/11
303 [1] 2/3
32 [1] 67/17
3249 [1] 2/11
333 [2] 2/10 79/8
354-3249 [1] 2/11
3553 [1] 69/2
36 [1] 67/14
372 [4] 16/1 34/2 34/14 51/13
3:35 p.m [1] 68/22
3rd [4] 24/12 42/20 53/5 54/3

## 4

40th [1] 24/5
41 [1] 67/6
42 [1] 73/3
48 [1] 75/3
4:04 p.m [1] 68/22
4:23 [1] 82/5
4:50 [1] 67/16
4th [1] 14/23

## 5

5'11 [1] 61/5
5.1000 [1] 28/10
51 [1] 67/11
533 [1] 4/16
550 [1] 4/13
551 [1] 4/14
565 [1] 4/15
566 [1] 4/17
5708 [1] 2/4
579 [1] 4/18
580 [1] 4/15

## 6

6,700 [1] 28/8
601 [1] 1/17
602 [1] 4/20
607-5708 [1] 2/4
6th [13] 7/22 14/9 19/19 20/21 23/1 26/15 26/16 26/17 33/5 43/2 43/24 58/3 73/23

## 7

7277 [1] 1/18
740 [1] 28/7

## 8

830 [1] 53/4
856 [1] 2/4
87-month [1] 66/14

## 9

90 [1] 32/24
90 percent [1] 55/4
95 [1] 32/24
95 percent [1] 55/4
97 [1] 47/23
9th [4] 7/9 19/11 19/16 24/4

## A

A, [1] 35/8
A, within [1] 35/8
abide [1] 75/10
ability [4] 10/14 78/23 79/3 81/18
able [11] 5/5 8/6 9/16 9/17 9/25 13/8 21/15 29/19 39/9 58/21 81/14 74/13
about [78] 3/25 4/2 5/18 6/2 6/9 6/10 6/12 6/13 6/21 7/7 7/10 7/17 7/19 8/18 11/25 14/7 15/17 16/18 17/11 18/13 18/21 19/9 21/18 22/17 22/22 24/3 25/20 27/24 30/18 32/23 32/24 33/15 34/24 36/11 37/13 37/14 39/20 43/16 46/23 47/19 48/10 48/15 48/20 48/20 48/22 49/11 49/12 49/13 49/15 49/17 50/6 50/7 51/4 53/18 53/23 54/2 54/6 55/16 55/19 56/4 56/8 56/9 56/20 57/8 60/12 62/25 63/1 66/7 69/17 71/3 71/11 71/19 72/6 72/14 72/15 73/3 74/16 74/17
above [2] 42/15 83/4
above-titled [1] 83/4
absolutely [4] 28/13 38/21 57/12 57/14
abundant [1] 72/1
abuse [1] 76/5
accept [2] 66/4 66/7
acceptance [3] 44/16

accepted [1] 66/18
access [9] 8/7 21/24 23/4 64/12 76/21 76/23 77/2 77/7 78/18
accessible [1] 11/11
accessing [1] 28/14
accomplish [3] 8/13 50/23 51/12
account [3] 24/22 26/13 74/25
accounts [2] 24/23 28/23
accrue [1] 79/4
accused [1] 66/16
achieve [1] 69/3
across [2] 36/17 60/12
act [2] 16/1 19/3
acted [1] 70/5
acting [2] 70/1 70/2
action [1] 45/19
actions [11] 8/8 8/9 11/11 16/24 23/8 23/9 35/6 56/15 58/2 59/9 81/4
activity [5] 4/4 34/1 35/9 35/11 78/8
acts [7] 22/15 34/13 34/23 35/7 41/15 76/14 76/14
actual [4] 11/18 18/3 20/11 20/12
actually [20] 8/9 11/14 11/20 17/7 17/16 17/23 22/18 26/13 26/17 35/25 41/5 41/7 42/19 58/22 66/10 66/13 66/24 70/18 74/11 74/13
add [3] 46/6 47/8 47/10
added [3] 14/21 24/11 54/3
addition [3] 49/16 69/1 75/7
additional [6] 4/18 22/15 31/10 46/7 47/8 76/1
address [5] 6/17 41/18 45/13 59/25 79/9
addressing [2] 44/14 44/21
adequate [1] 69/10
admin [1] 10/14
administration [3] 19/5 23/25 46/20
administrative [1] 10/13
administrator [5] 12/18 12/19 22/1 22/8 43/18
admits [1] 47/20
admitted [2] 21/14 71/13
advancing [1] 66/12
advocating [1] 76/14
affected [2] 11/7 32/9
afford [5] 48/4 53/7 69/9 79/24 79/25

African [1] 58/11
African-American [1] 58/11
after [15] 7/22 10/11 18/16 22/9 26/14 43/23 47/17 48/9 60/1 60/1 60/20 62/16 74/21 77/21 81/7
afternoon [6] 3/12 3/13 3/15 3/19 6/24 6/25
afterwards [2] 43/13 76/3
again [12] 15/23 19/11 22/2 30/4 42/12 43/18 53/14 62/19 66/6 68/24 72/20 78/15
against [4] 7/12 45/18 54/25 74/10
agencies [1] 79/14
agree [4] 47/12 55/7 60/7 69/18
agreed [2] 18/20 71/21
aid [2] 4/14 4/16
aided [1] 2/13
Alexandra [1] 1/15 3/6
Alexandra Hughes [1] 3/6
alive [1] 58/7
all [76] 3/17 5/1 6/20 11/25 14/8 14/20 16/23 21/11 21/14 23/2 23/11 24/7 25/22 26/23 26/24 26/24 28/1 28/21 30/8 30/12 30/16 30/16 31/5 32/7 32/15 33/9 33/14 33/18 33/19 33/22 37/20 40/16 40/20 41/12 43/18 49/10 52/8 52/9 52/22 54/8 54/16 55/12 59/13 61/4 61/9 61/14 63/10 64/3 64/17 66/3 66/6 68/13 68/17 68/20 68/23 69/1 70/17 70/21 71/5 71/12 71/19 71/21 71/22 73/2 73/16 73/23 73/24 74/7 74/14 74/21 75/11 79/13 80/9 81/24 81/24 82/3
All right [3] 5/1 33/22 64/3
alleged [1] 10/25
allocution [2] 23/15 31/11
allocutions [2] 4/8 48/1
allow [2] 77/10 77/12
allowed [2] 58/24 62/18
allowing [1] 25/16
almost [4] 24/10 25/17 54/11 65/24
alone [1] 70/3
along [4] 7/4 26/22 54/18 60/16
alongside [4] 8/15 9/5 12/14 14/15
already [1] 81/12

**A**

**also [27]** 8/8 12/25 13/12 17/24 18/6 19/2 20/7 22/1 22/25 34/5 34/14 35/1 36/12 42/10 43/22 57/12 58/3 58/6 59/12 69/12 69/14 70/8 75/24 76/8 76/20 80/5 81/18
**although [3]** 24/8 39/20 80/18
**altogether [1]** 11/3
**always [1]** 63/8
**am [7]** 11/17 55/1 56/14 57/1 71/9 73/18 74/8
**amazing [1]** 57/22
**AMERICA [2]** 1/3 3/4
**American [3]** 58/3 58/10 58/11
**Americans [1]** 27/25
**AMIT [1]** 1/9
**among [2]** 6/6 36/12
**amount [1]** 11/20 25/6 47/4 72/1
**amped [2]** 37/6 72/14
**ample [1]** 11/19
**analogy [1]** 17/3
**analysis [1]** 41/10
**anchor [1]** 27/14
**anchorman [1]** 64/15
**Angel [5]** 52/19 52/21 57/1 58/9 58/12
**Angel Harrelson [1]** 52/19
**angle [1]** 59/7
**animal [1]** 33/5
**announced [1]** 66/20
**anonymize [1]** 78/8
**another [9]** 18/13 26/12 27/3 28/8 28/9 59/25 60/9 66/23 75/16
**answer [2]** 11/8 11/13
**Anthem [1]** 38/25
**Antifa [1]** 27/18
**any [46]** 4/5 11/18 14/7 14/25 15/15 22/22 26/1 26/10 30/22 36/1 37/9 37/20 42/3 44/12 44/13 53/14 55/7 55/22 69/11 69/14 74/24 75/17 76/10 76/11 76/11 76/14 76/21 76/22 76/24 77/2 77/11 77/14 77/16 77/19 77/22 78/5 78/7 78/9 78/12 78/18 78/19 79/5 79/9 80/19 80/20 81/10
**anybody [7]** 16/11 25/4 29/3 32/1 33/4 43/1 71/17
**anyone [3]** 55/25 56/2 70/24
**anyone's [1]** 33/11
**anything [11]** 4/21 6/16 9/21 21/17 43/8 44/23 54/18 55/16 60/4 63/1 71/13

**apartment [1]** 58/2
**apologize [6]** 55/10 55/20 55/21 56/3 56/5 57/10
**app [9]** 9/11 9/11 9/13 9/14 10/2 10/17 11/2 11/3 28/24
**appeal [6]** 79/17 79/22 79/24 79/25 80/1 80/2
**Appeals [2]** 80/2 80/3
**appear [2]** 23/7 23/8
**APPEARANCES [2]** 1/13 1/20
**appeared [2]** 9/12 68/6
**appearing [1]** 3/10
**appears [3]** 18/20 43/21 49/7
**appellate [1]** 81/16
**applicable [2]** 22/25 45/16
**application [2]** 4/5 78/13
**applications [1]** 78/10
**applied [4]** 46/15
**applies [4]** 15/13 46/6 46/21 46/23
**apply [4]** 20/11 32/1 45/2 46/19
**appoint [1]** 80/3
**appreciate [8]** 6/4 23/8 31/12 59/2 62/13 65/13 68/9 74/7
**approached [1]** 66/11
**approaching [1]** 38/8
**appropriate [1]** 79/13
**approval [4]** 76/16 76/20 78/10 78/16
**approved [2]** 76/24 79/14
**apps [1]** 76/22
**April [2]** 60/12 63/20
**AR [3]** 22/20 50/2 50/7
**AR-15 [3]** 22/20 50/2 50/7
**Architect [1]** 79/2
**are [62]** 6/3 6/6 6/7 7/18 8/8 8/21 8/22 8/23 11/18 15/17 16/10 18/9 19/14 20/6 20/7 20/10 21/21 27/23 27/25 28/22 28/23 31/5 32/8 32/9 32/9 34/1 34/7 34/18 38/7 38/8 39/9 41/12 43/12 44/22 46/12 48/13 51/16 52/14 52/14 59/15 59/19 61/6 62/2 64/6 64/10 64/13 65/19 69/2 70/23 71/7 71/9 72/12 75/5 75/10 75/14 76/13 76/15 78/21 80/25 81/4 81/5 81/6
**area [1]** 38/23
**aren't [1]** 73/8
**argue [1]** 66/22
**argued [1]** 71/8
**argument [2]** 4/2 32/5
**arguments [3]** 4/6 31/8

**armed [1]** 66/12
**arming [1]** 65/19
**armor [3]** 17/23 17/25 66/18
**arms [3]** 7/12 48/5 65/19
**Army [2]** 59/23 73/6
**around [6]** 30/5 39/19 61/10 64/6 64/8 64/19
**arranging [1]** 21/21
**arrested [3]** 18/21 22/10 23/6
**arrive [2]** 39/1 39/1
**arrived [2]** 38/22 57/17
**arrow [1]** 28/17
**arsenal [2]** 36/13 36/14
**as [96]**
**ascribe [1]** 71/23
**aside [1]** 16/23
**ask [10]** 3/22 5/2 8/18 10/3 46/24 68/10 79/24 80/1 80/3 81/10
**asked [5]** 20/13 29/19 44/12 44/22 75/25
**asking [6]** 8/23 14/25 16/18 44/11 46/8 68/11
**asks [1]** 60/14
**assault [1]** 80/19
**assertion [1]** 35/24
**assessment [1]** 75/8
**assistance [1]** 79/19
**associate [2]** 76/10 76/17
**assure [1]** 53/15
**assure you [1]** 53/15
**attack [3]** 18/22 55/22 55/25
**attacked [3]** 55/19 55/23 67/17
**attempt [1]** 76/7
**attempted [1]** 67/9
**attempts [1]** 77/22
**attended [1]** 77/8
**attention [3]** 55/3 55/8 56/12
**ATTORNEY'S [1]** 1/16
**attributable [1]** 13/23
**attribute [1]** 37/25
**authority [1]** 31/13
**authorize [2]** 78/18 78/20
**authorized [2]** 79/12 80/7
**automatic [1]** 50/2
**available [2]** 62/22 69/13
**Avenue [2]** 2/10 79/9
**avoid [1]** 69/13
**avoided [1]** 54/1
**aware [5]** 30/19 30/20 32/19 63/21 71/9
**awareness [3]** 27/8 28/11 32/22
**away [1]** 62/9
**awful [1]** 74/5

**B**

**back [10]** 19/1 30/6 33/16 33/17 38/12 38/13 60/22 65/19 68/13 68/17
**background [3]** 24/9 34/1 73/3
**Baker [2]** 2/7 3/9
**balance [2]** 26/12 79/4
**barely [1]** 30/19
**Barrett [2]** 2/10
**Base [1]** 46/17
**based [8]** 9/17 11/14 13/5 15/25 18/19 44/12 47/11 64/14
**basic [1]** 75/14
**basically [2]** 23/21 61/12
**basis [1]** 80/14
**baton [2]** 67/1 67/4
**battle [1]** 67/7
**battling [1]** 73/13
**bayou [1]** 58/9
**be [76]** 4/4 4/9 4/10 5/14 6/8 6/22 7/24 8/10 9/18 9/25 10/9 13/14 14/5 15/15 15/21 16/5 17/25 20/7 21/5 21/12 21/22 22/3 23/7 25/1 25/13 27/18 31/2 32/14 33/3 33/6 33/16 33/17 36/6 39/6 40/8 43/18 44/1 44/1 46/13 46/24 48/5 49/7 50/6 50/15 51/9 53/8 57/11 57/15 58/11 62/12 63/25 64/12 65/3 67/12 68/7 68/17 72/23 73/12 74/1 74/25 75/2 75/7 76/4 76/6 76/13 77/18 77/25 78/6 78/20 79/1 79/6 81/1 81/7 81/14 81/16
**beamed [1]** 30/16
**bearing [1]** 30/23
**bears [4]** 51/2 51/20 72/7 72/21
**beast [1]** 69/22
**beautiful [1]** 57/22
**because [47]** 5/13 7/21 8/7 9/13 10/10 11/22 12/2 12/11 12/23 13/10 14/6 15/25 16/9 17/14 20/16 20/25 21/1 21/7 23/15 25/6 25/23 26/3 27/18 30/24 38/3 39/25 42/24 45/16 48/17 48/24 50/13 51/14 53/6 53/10 53/21 56/22 57/16 58/22 58/18 59/25 61/4 61/8 61/20 62/17 66/15 66/16 66/18 71/24 79/18
**been [35]** 4/1 5/7 7/14 11/6 11/23 11/25 15/18 15/24 18/10 20/17 22/7 29/19 29/23 34/2 35/25 37/13 37/15 39/22 40/19 41/16 45/16

**55/2 57/12 57/21 58/23 58/24 61/25 62/8 62/12 69/18 69/19 69/23 74/2 77/22**
**been done [1]** 11/6
**beer [1]** 52/14
**before [21]** 1/9 4/22 7/6 8/17 14/9 17/13 23/6 26/17 29/7 44/9 58/1 60/9 61/17 62/1 63/4 66/20 67/4 71/14 73/16 76/2 80/9
**begin [2]** 39/13 69/16
**beginning [1]** 55/17 70/21
**begins [1]** 47/14
**behalf [1]** 3/9
**behavior [6]** 15/25 25/20 27/4 45/24 70/9 73/1
**behind [3]** 28/22 39/4 60/22
**being [16]** 14/16 18/21 32/7 36/25 38/12 39/16 40/16 48/16 48/25 55/3 55/19 55/23 57/2 57/18 71/11 72/14
**belief [1]** 13/20
**believe [39]** 7/1 9/22 12/10 12/12 16/15 16/19 18/4 19/2 22/16 22/24 23/9 24/12 25/2 25/17 31/16 31/17 31/18 31/19 31/19 31/20 31/21 31/25 31/25 43/7 49/11 52/4 55/15 56/6 58/12 59/14 61/4 61/8 61/20 62/17 66/15 66/16 66/18 71/24 79/18
**believed [1]** 31/21
**believes [1]** 61/16
**below [3]** 28/9 28/10 46/12
**benefit [2]** 3/18 64/11
**Benning [1]** 58/15
**Berry [9]** 19/18 19/21 20/22 20/23 21/11 37/3 37/7 43/4 49/11
**best [2]** 23/18 82/1
**bet [1]** 29/3
**better [2]** 43/15 55/2
**between [9]** 26/16 42/8 47/18 49/24 60/14 63/9 63/17 73/20 78/15
**beyond [3]** 9/6 41/6 47/15
**bigger [1]** 50/4
**birds [3]** 57/20 57/24 57/25
**birth [1]** 24/7
**birthday [4]** 24/5 24/5 35/24 36/3
**bit [6]** 6/13 53/20 74/22 74/23
**blush [1]** 43/21
**bodies [1]** 32/20
**body [5]** 17/23 17/25

**B**

body... [3] 37/5 59/15 66/17
both [6] 41/13 50/23 54/13 73/5 76/1 79/17
bothers [2] 74/22 74/23
bottom [3] 10/24 28/17 38/10
bowling [1] 26/23
Bradford [2] 2/2 3/8
bradford.geyer [1] 2/5
brain [1] 61/10
breached [2] 17/19 18/11
breaching [1] 16/21
break [2] 38/17 68/17
breath [1] 62/9
briefly [1] 3/25
bring [5] 19/17 19/22 48/10 49/9 57/15
bringing [1] 47/3
brings [1] 36/10
broad [2] 6/1 34/10
broad-stroke [1] 6/1
broader [1] 37/23
broken [1] 67/3
brought [6] 20/23 36/12 37/18 37/18 53/11 59/11
Brown [4] 18/15 18/16 23/3 43/17
buddies [1] 55/12
building [20] 8/15 13/6 13/10 13/14 14/1 15/18 17/12 18/11 22/23 36/21 36/24 40/9 45/25 50/19 51/1 51/9 52/3 67/3 67/15 70/10
built [1] 50/8
bump [2] 29/7 29/8
Bureau [2] 57/13 75/3
Burgess [1] 30/23
business [1] 38/15
button [1] 10/10
buy [1] 54/10

**C**

cable [1] 24/20
cache [2] 35/3 36/14
calculated [2] 45/18 51/18
calculation [3] 44/9 45/9 45/11
calculus [1] 14/3
Caldwell [1] 51/5
Caleb [2] 19/18 20/23
Caleb Berry [2] 19/18 20/23
call [8] 7/9 17/7 35/23 36/2 36/4 36/6 41/25 53/4
called [1] 24/13
calls [8] 12/17 12/18 12/19 12/20 12/21 42/1 42/2 78/15
calming [1] 63/23
came [9] 17/13 25/13

60/12 61/2 61/19
camera [1] 30/6 30/10
cameras [1] 30/12
campus [1] 57/22
can [35] 5/2 6/15 8/17 9/2 9/7 15/6 20/11 20/12 23/18 25/15 28/19 39/6 44/1 47/14 47/15 50/9 50/20 50/22 51/24 59/8 60/18 61/18 64/8 65/3 68/12 68/13 70/25 71/1 71/4 73/2 76/8 76/9 79/24 80/1 80/2
can't [6] 21/24 23/20 25/20 37/7 58/18 64/12
cancrusher [1] 37/9
cannot [2] 79/24 79/25
Capitol [16] 17/13 18/23 21/3 22/23 35/7 35/16 38/5 40/9 45/25 50/19 65/4 66/20 67/2 67/3 70/10 79/2
Capitol building [4] 40/9 45/25 67/3 70/10
capture [1] 13/8
captures [2] 39/15 63/1
car [2] 53/10 53/23
care [4] 53/18 53/18 53/19 69/12
careful [1] 44/11
carnage [1] 60/1
carriers [4] 20/22 20/24 49/13 49/14
carrying [2] 55/11 66/19
case [21] 3/3 6/8 10/4 17/2 17/9 22/20 26/3 31/15 32/1 32/17 37/18 40/16 46/2 50/3 50/4 57/8 62/5 66/10 66/16 66/24 78/22
cases [2] 15/8 66/8
Category [1] 47/23
caught [4] 27/23 56/22 72/16 73/17
causation [1] 46/23
cause [6] 13/25 15/3 15/14 16/14 16/9 77/6
caused [10] 7/23 9/18 10/9 16/11 56/15 67/16 69/19 73/19 73/20 74/6
causing [3] 13/24 15/14 16/8
CCTV [1] 30/12
celebrating [2] 24/6 35/24
cell [2] 27/20 50/19
cell phone [1] 27/20
ceramic [1] 20/24
certain [1] 43/5
certainly [16] 8/10 13/15 14/17 15/19 18/9 36/12 39/22 42/3 43/9 43/19 43/21 45/17 47/15 69/18 72/17

certification [2] 27/6 35/16
Certified [1] 2/9
certify [1] 83/2
cetera [1] 78/14
CH [1] 2/10
chain [1] 14/13
chains [2] 12/10 14/10 14/12
challenge [1] 80/6
challenges [2] 73/8 73/9
change [3] 26/3 79/9 79/11
changes [3] 33/8 41/9 65/22
chant [2] 29/1 29/5
chanting [7] 15/17 17/20 29/11 39/20 39/24 50/19 51/8
chants [3] 15/2 15/21 50/21
characteristics [3] 19/10 32/3 69/6
chart [1] 14/20
chat [11] 7/23 14/24 24/11 24/12 24/18 28/6 28/19 28/20 43/18 76/25 78/14
chats [11] 9/21 10/13 12/23 24/11 27/22 28/4 28/7 28/8 47/19 48/19 54/3
check [1] 17/23
childhood [1] 73/4
children [3] 56/16 73/20 73/22
cigarette [1] 64/21
Cinnaminson [1] 2/4
circumstances [5] 39/22 45/4 55/23 68/12 69/5
circumvent [1] 77/23
citadel [1] 51/7
city [2] 62/1 62/3
Civil [1] 71/19
Civil War [1] 71/19
claim [1] 76/13
clear [14] 25/11 29/5 32/4 33/2 36/4 36/22 38/9 39/18 47/18 51/11 54/7 72/12 73/11 80/10
clearly [1] 73/4
Clerk [2] 79/7 79/10
clerks [1] 57/7
climbed [1] 66/25
clinking [1] 61/9
close [9] 5/7 7/6 7/7 29/17 39/10 39/18 52/11 58/11 81/20
close-knit [1] 58/11
closeness [1] 50/13
closer [1] 43/20
closest [1] 81/19
clue [1] 56/10
co [7] 13/22 16/16 16/23 24/24 34/13 55/16

co-conspirator [1] 80/17
co-conspirators [4] 13/22 16/23 34/13 35/6
co-conspirators' [1] 16/16
co-defendants [1] 24/24
Code [1] 80/6
coerce [1] 45/19
coincided [1] 36/2
Coleman [1] 81/19
colleagues [1] 26/5
collecting [1] 26/14
collection [2] 36/15 75/23
collective [1] 37/14
college [1] 27/7
color [1] 66/23
COLUMBIA [3] 1/1 36/9 79/8
combat [1] 25/3
combat-injured [1] 25/3
come [6] 18/17 23/1 32/13 36/7 52/23 76/3
comes [4] 12/5 42/17 59/20 64/19
coming [4] 30/1 68/3 68/4 72/3
commands [1] 22/4
comments [2] 8/18 23/15
committed [3] 34/23 41/15 75/3
communicate [5] 12/25 18/15 23/2 76/10 76/17
communicated [2] 14/17 65/25
communicating [5] 19/20 19/20 22/8 22/11 23/5
communication [4] 24/15 24/18 43/6 71/16
communications [3] 21/25 71/11 72/1
commuter [1] 77/14
comparatively [1] 7/16
compared [1] 7/17
comparing [1] 66/8
competitive [1] 26/24
completely [3] 43/23 60/25 68/5
compliance [1] 77/9
comprehensive [1] 6/19
comprised [1] 36/13
computer [6] 2/13 76/23 77/12 77/13 77/19 78/4
computer-aided [1] 2/13
computer-monitoring [1] 77/13
computers [4] 77/12 77/24 77/25 78/15

concede [1] 5/22
concerning [1] 4/7
concerns [1] 9/8
conclude [3] 47/15 47/16 80/9
concluded [4] 38/2 59/8 72/19 82/5
conclusion [2] 30/9 71/3
conclusions [1] 5/14
concurrently [2] 75/4 75/7
condition [3] 78/1 78/2 78/3
conditions [5] 57/24 75/11 75/12 76/5 77/10
conduct [39] 6/21 7/2 13/21 13/23 15/9 16/8 16/16 16/20 17/5 17/8 18/3 20/11 34/13 34/21 36/20 38/2 41/13 46/5 46/10 46/11 47/5 51/18 51/19 52/5 67/24 68/1 69/20 69/25 70/3 72/6 74/9 75/15 77/10 78/1 80/15 80/16 80/18 80/24 81/5
conducted [2] 77/18 78/6
confining [1] 31/7
confirm [3] 3/22 5/2 44/10
confrontation [1] 40/22
Congress [6] 23/18 23/21 32/20 40/1 50/25 51/16
Congressmen [1] 53/7
Congresspeople [2] 17/12 30/25
connection [5] 22/11 26/16 35/7 35/10 79/19
consciousness [1] 22/17
consequently [1] 70/6
consider [6] 45/7 66/23 69/1 69/12 69/14 71/17
considered [3] 17/24 21/5 21/11
consistent [3] 24/19 46/4 68/5
conspiracies [2] 8/25 9/4
conspiracy [47] 7/2 8/13 8/14 8/20 8/21 8/22 9/5 10/25 11/10 12/9 14/5 14/7 16/15 18/2 18/5 18/10 18/22 19/8 19/10 19/13 20/3 21/14 22/3 22/12 34/3 35/9 37/24 41/2 41/14 41/16 42/7 42/13 42/17 46/2 48/12 49/5 50/1 50/24 51/3 69/22 69/24 70/12 70/13 70/14 70/15 70/19 74/18
conspirator [1] 80/17

# C

conspiratorial [1] 69/25
conspirators [4] 13/22 16/23 34/13 35/6
conspirators' [1] 16/16
conspiring [1] 14/4
constitute [1] 23/9
constitutes [1] 45/17
constituting [1] 35/3
Constitution [2] 2/10 79/8
constitutional [2] 51/10 51/17
contact [4] 4/3 5/7 42/21 76/8
contains [2] 77/19 78/5
contemplated [1] 26/18
contending [1] 16/10
content [1] 9/25
contention [1] 79/20
context [3] 62/19 66/3 66/3
continue [2] 8/17 28/25
continued [3] 2/1 23/2 23/5
continuous [1] 60/2
continuum [1] 26/23
contributed [2] 36/16 52/1
contrite [1] 23/7
contrition [1] 43/14
control [8] 19/25 20/12 21/18 32/5 42/3 43/9 44/3 49/17
controlled [2] 75/17 75/18
conversation [3] 47/18 64/7 64/25
conversations [1] 13/1
convict [1] 9/6
convicted [26] 8/2 8/14 8/22 8/25 14/6 15/25 18/6 34/2 34/14 34/16 34/17 41/1 44/1 45/3 45/17 45/21 47/12 51/13 69/23 70/12 70/13 70/14 70/18 72/3 74/10 74/18
conviction [2] 34/2 80/6
convictions [4] 6/7 6/8 34/8 79/17
convinced [5] 41/4 41/5 61/13 61/14 66/17
Cooper [1] 66/15
cooperate [1] 75/23
cooperating [1] 32/8
cooperators [1] 12/24
Corps [1] 54/22
correct [4] 10/18 10/20 11/1 83/3
corroborated [2] 36/1 72/13
cost [3] 79/24 79/25 80/4
could [17] 15/24 16/5 25/19 26/2 28/16 29/22 31/19 33/3 36/20 40/11 40/21 42/21 45/23 52/17 55/12 56/3 58/1
couldn't [3] 31/22 53/7
counsel [1] 79/19
count [5] 8/14 41/2 70/12 75/4 75/8
Count 4 [1] 75/4
country [1] 73/6
counts [3] 15/11 75/4 75/6
Counts 3 [1] 75/4
couple [9] 8/18 9/24 17/3 19/24 33/17 54/3 63/4 74/18 80/10
course [9] 8/14 13/8 20/7 33/1 40/5 47/4 49/14 72/23 72/25
court [37] 1/1 2/8 2/9 8/10 9/2 25/16 31/13 31/15 32/12 33/2 33/20 48/4 52/18 53/1 59/3 59/5 61/16 66/2 66/7 66/22 67/23 68/21 74/24 75/2 75/22 78/23 79/2 79/6 79/7 79/8 79/11 79/23 79/24 80/2 80/3 81/17 82/4
Court's [5] 5/5 60/7 60/11 64/15 66/4
courtroom [1] 50/9
courts [1] 59/15
cover [1] 36/6
cowboy [1] 58/10
CR [1] 1/4
cracks [1] 26/7
credible [1] 51/22
crime [1] 75/17
criminal [8] 3/3 4/4 33/25 35/8 35/9 35/10 47/22 76/12
critical [1] 12/2
cross [1] 35/25
cross-examination [1] 35/25
crowd [4] 29/17 29/20 39/6 39/8
CRR [2] 83/2 83/8
Cuffs [1] 66/19
culpability [1] 72/22
culpable [1] 46/11
cut [2] 29/6 59/3

# D

D.C [13] 1/5 1/17 2/11 22/21 22/21 24/12 24/14 24/25 25/7 36/7 54/7 62/1 66/13
D.C. [1] 14/22
damage [3] 18/7 67/16 74/5
data [4] 8/2 28/1 77/16 77/19
date [3] 24/7 36/2 83/7
daughter [1] 59/24
David [1] 67/13
David Judd [1] 67/13
day [29] 12/1 23/6 32/21 32/25 36/7 36/20 36/22 38/5 42/25 46/1 46/10 46/10 46/24 47/13 51/11 54/24 56/8 56/10 66/20 70/25 72/7 72/10 72/10 72/18 74/5 74/8 74/14 81/3 81/5
days [9] 32/13 53/4 53/13 57/20 57/25 59/1 75/20 79/9 79/23
de [1] 65/4
deal [4] 48/11 49/10 73/21 75/1
death [3] 51/4 51/6 71/19
debt [1] 81/7
decades [1] 69/24
decided [1] 45/23
deep [2] 18/17 60/4
defendant [4] 1/7 2/2 3/10 51/5 69/7 69/11
Defendant Caldwell [1] 51/5
defendants [6] 6/2 6/6 15/8 24/24 70/18 74/10
defendants' [2] 7/10 17/5
defense [4] 3/8 25/17 68/3 68/5
defensive [1] 35/21
definable [1] 33/3
defunct [1] 24/21
degree [5] 42/3 42/4 43/8 71/24 72/21
delete [1] 7/21 9/18 28/24
deleted [16] 7/20 7/23 7/24 8/1 8/7 9/11 9/14 9/18 9/24 10/4 10/8 10/9 10/21 11/3 11/21 23/3
deletes [4] 7/25 10/2 10/3 47/16
deleting [1] 27/24
deletion [2] 10/10 47/11
deletions [1] 47/14
demeanor [1] 25/20
democracy [1] 51/8
demolished [1] 56/14
demonic [1] 29/11
demons [1] 73/13
depart [1] 41/19
departure [6] 23/10 44/16 45/9 45/15 46/7 59/17
departures [1] 44/12
depending [1] 28/20
depositing [1] 19/2
described [3] 36/14 37/6 72/13
describing [3] 37/10 37/10 72/15
deserve [1] 51/9
deserving [1] 44/7
designated [1] 14/15
designation [1] 42/18
designed [1] 78/7
desktops [1] 77/14
detail [4] 5/13 25/21 27/11 64/16
details [2] 24/13 25/12
detention [1] 22/22
deter [2] 52/6 70/8
determination [3] 40/17 47/13 76/2
determine [2] 76/5 77/18
determined [1] 75/22
determines [1] 79/2
determining [1] 45/8
deterrence [2] 48/5 69/10
deterring [1] 72/25
develops [1] 32/23
device [3] 77/16 78/4 78/10
devices [3] 76/24 77/15 78/7
devoted [1] 68/10
did [34] 6/2 9/6 9/17 11/14 11/20 12/8 16/10 16/19 17/19 20/14 23/1 23/7 23/9 23/25 27/7 28/14 29/17 35/17 37/2 40/4 44/17 45/24 48/6 48/21 53/11 53/12 54/12 59/8 62/18 73/15 74/11 74/11 80/19 80/20
didn't [40] 5/20 6/2 8/1 9/9 12/2 17/7 21/6 24/6 25/1 25/7 25/9 25/10 27/9 29/8 29/22 31/4 32/6 32/13 37/11 38/6 43/4 53/18 54/2 54/6 54/10 54/17 55/18 55/23 56/2 56/7 56/10 56/11 56/12 57/11 58/5 60/13 60/20 60/23 63/17 64/11
difference [1] 15/23
differences [1] 6/6
different [12] 22/2 28/21 46/14 46/14 49/6 49/10 49/13 60/25 61/11 65/23 69/22 70/23
difficult [6] 29/23 59/25 70/24 71/23 72/7 73/4
difficulties [2] 5/4 73/20
difficulty [1] 62/23
dinner [1] 30/24
dinosaur [1] 33/6
direct [2] 20/20 38/6
directed [2] 20/13 43/1
directing [1] 19/21
direction [2] 14/14 21/16
directions [1] 27/9
directly [6] 13/18 22/9 39/8 52/1 69/19 80/20
disagree [1] 14/2
disarm [1] 67/10
disarmed [2] 66/25 67/1
discharging [1] 34/3
disconnected [1] 43/23
Discord [1] 78/13
discretionary [1] 75/12
discuss [2] 34/9 54/17
discussed [1] 53/23
discussing [1] 54/21
discussion [3] 6/9 37/13 37/14
disguise [1] 78/8
disorganization [1] 54/14
disorganized [1] 54/11
disparities [2] 69/14 69/17
displayed [1] 50/8
disposed [1] 6/12
disposing [1] 47/19
dispositive [3] 20/5 20/7 20/8
disputes [2] 4/1 5/11
disrupt [1] 40/24
dissatisfied [1] 54/13
distinction [1] 16/6
distinguishes [1] 71/15
district [9] 1/1 1/1 1/10 26/20 27/1 36/9 79/7 79/8 79/15
disturbance [1] 63/4
disturbing [1] 29/12
divine [1] 71/2
divorced [1] 61/12
DNA [1] 75/23
do [41] 6/2 6/3 11/6 12/9 13/9 16/19 17/11 18/4 20/13 20/14 21/1 21/2 21/25 22/18 23/8 26/23 31/13 34/11 34/11 36/23 37/25 39/12 40/23 41/21 44/9 46/5 51/17 52/4 54/3 56/5 60/1 65/4 68/11 69/21 70/10 70/20 72/23 73/25 74/17 79/16 79/22
document [2] 62/21 63/19
does [8] 23/7 24/14 30/4 46/19 53/20 64/9 64/20 65/8
doesn't [13] 14/5 14/8 15/15 15/24 24/20 32/1 42/3 42/19 45/10 50/6 64/5 65/4 80/24
doing [12] 13/13 19/23 23/17 26/4 26/5 27/6 47/20 51/10 51/17 60/21 67/10 72/10
Dolan [38] 8/15 13/11 13/13 19/19 19/21

**D**

Dolan... [33] 20/21 21/3 21/4 21/4 21/6 21/8 21/11 25/1 25/3 25/6 27/9 30/22 38/8 38/12 38/13 38/19 39/14 39/19 39/24 42/9 42/10 42/10 42/12 42/14 42/15 43/4 50/3 50/7 50/7 54/13 64/24 65/6 65/10
Dolan's [1] 50/5
don't [51] 8/4 8/4 8/4 9/16 10/9 10/15 12/3 15/15 16/9 16/10 26/22 31/18 31/18 31/20 31/21 31/25 33/3 41/9 42/1 42/14 42/22 43/7 44/2 44/6 44/18 44/23 47/25 48/14 48/25 49/21 53/18 53/19 55/7 56/13 56/23 58/7 60/7 61/4 65/16 68/10 71/7 71/8 71/12 72/17 73/17 74/4 74/4 74/20 78/23 79/3 80/22
don't know [1] 10/15
done [10] 11/6 19/4 37/4 43/14 46/4 53/6 56/3 56/4 56/24 67/12
donned [1] 66/11
door [4] 17/22 18/7 39/5 39/11
doors [5] 16/21 16/25 17/20 39/9 67/19
doubt [3] 9/6 41/6 47/15
down [21] 28/25 30/2 30/2 30/3 36/23 36/25 37/2 37/4 38/24 40/5 40/10 50/21 50/22 59/20 61/20 61/22 61/23 63/15 72/11 74/15 74/21
download [1] 76/22
downward [1] 59/17
dozen [1] 12/6
draped [1] 61/6
drawn [2] 8/10 34/7
dressed [3] 30/21 60/25 61/1
drew [1] 30/10
drive [1] 25/1
driven [1] 5/14
droops [1] 64/21
drove [2] 25/1 66/13
drug [2] 75/20 75/21
due [2] 79/6 79/7
Duke [1] 67/7
Duke Wilson [1] 67/7
Dunn [12] 40/7 51/21 51/22 52/2 55/9 55/20 60/15 60/16 60/22 63/9 64/7 68/7
Dunn's [3] 68/3 68/4 68/6
during [6] 11/9 23/15 31/10 32/15 35/19

duties [3] 34/4 51/10 51/17

**E**

each [3] 6/7 58/19 75/6
earlier [2] 5/6 49/6
early [1] 48/15
East [1] 67/19
eat [1] 66/2
Ed [1] 59/4
Ed Tarpley [1] 59/4
edge [1] 64/23
educational [1] 69/11
Edwards [2] 1/15 3/6
effective [3] 37/14 37/15 79/18
effectively [1] 77/21
efforts [2] 37/13 37/15
egregious [1] 67/24
eight [4] 13/18 16/3 46/19 80/13
eight-level [3] 13/18 16/3 46/19
eight-point [1] 80/13
either [12] 10/2 12/5 12/6 13/21 30/22 30/23 31/4 38/23 45/22 71/20 72/14 79/19
election [5] 7/4 7/6 32/18 32/19 50/17
elections [1] 53/17
elements [1] 45/20
Ellipse [1] 17/13
else [9] 4/21 6/16 20/13 21/17 32/2 33/4 37/20 71/15 71/25
else's [1] 9/22
email [5] 1/18 1/19 2/5 65/21 65/22
encapsulates [1] 49/24
encountered [2] 40/6 40/21
encouraged [1] 74/12
encouraging [1] 71/18
encrypt [1] 78/7
encrypted [1] 21/23
end [10] 10/5 11/7 29/6 29/9 30/11 42/24 61/18 65/14 74/8 81/3
ends [1] 40/16
enforcement [1] 67/8
engage [2] 38/6 71/18
engaged [4] 11/24 45/24 66/9 69/19
engaging [1] 70/9
enhancement [19] 6/11 13/18 15/8 15/12 15/13 16/3 17/10 20/11 22/14 22/19 22/24 41/20 43/10 44/7 45/14 46/6 46/15 46/19 80/13
enhancements [2] 32/17 47/21
enough [3] 37/1 39/10 44/6
ensure [1] 77/9
enter [1] 39/12 39/15

entered [2] 8/15 25/6 50/18 67/3 67/15
entering [4] 18/8 45/25 70/9 79/23
enters [1] 13/5
entire [1] 24/20
entirely [1] 60/7
entirety [2] 9/11 10/3
entries [1] 12/4
environs [1] 22/21
equipment [7] 48/8 48/11 48/20 48/20 48/22 49/10 71/11
equipment-type [1] 48/20
equivocal [1] 39/20
escape [1] 29/19
especially [1] 12/13
essentially [2] 34/18 43/14
establish [4] 13/21 20/12 42/3 75/14
establishes [2] 42/4 43/8
estimation [1] 39/9
et [1] 78/14
et cetera [1] 78/14
ether [1] 64/13
evacuated [1] 67/5
eve [1] 53/4
even [31] 7/3 9/5 12/6 15/9 15/10 17/6 17/13 22/7 25/3 25/7 25/9 25/10 26/17 30/19 31/22 32/6 32/13 32/14 32/14 34/16 38/5 40/20 44/4 54/10 55/1 55/4 56/7 59/4 61/16 65/13 73/7
evening [3] 7/21 24/12 25/11
event [5] 14/25 37/9 37/20 53/14 74/24
events [3] 31/2 35/15 54/24
Eventually [1] 38/18
ever [4] 25/13 57/22 59/17 62/7
every [1] 59/7
everybody [13] 3/15 19/13 23/16 23/17 26/4 26/4 33/15 40/23 57/6 68/19 71/25 81/9 82/2
Everybody's [1] 23/18
everyone [1] 3/12
everyone's [1] 3/12
everything [9] 25/15 25/19 29/22 32/11 32/11 32/23 33/8 44/22 64/14
evidence [49] 5/22 6/14 8/8 10/7 11/17 11/19 11/20 12/12 13/4 13/7 14/7 14/17 15/19 15/20 18/23 19/25 20/4 20/5 20/16 20/20 24/16 27/4 27/19 29/1 34/12 34/15 35/1 35/13 36/11

41/11 41/22 41/23 42/25 43/3 43/11 43/19 44/4 45/22 47/16 51/4 65/24 70/22 71/5 74/19 78/5
Evidence.com [1] 63/20
exactly [1] 38/4
examination [1] 35/25
example [4] 5/23 7/25 9/13 44/15
exceed [1] 68/14
exception [1] 45/2
exchange [2] 60/9 63/9
exchanges [1] 65/22
excited [1] 37/9
excluding [1] 51/4
exclusively [2] 25/17 35/4
excuse [5] 11/24 56/17 75/19 78/4 80/2
exercise [1] 25/22
exhibit [2] 29/9 62/14
Exhibits [1] 39/3
Exhibits 1051 [1] 39/3
exhortations [1] 7/11
exists [2] 78/3 78/4
expect [1] 60/8
expectations [2] 68/14 75/14
expected [1] 64/12
experience [4] 25/12 54/8 54/21 54/21
expert [1] 28/2
expertise [1] 49/8
experts [1] 27/22
explain [2] 35/5 66/3
explicitly [1] 14/11
express [1] 25/15
expressed [2] 8/6 55/10
expresses [1] 43/13
expressly [1] 35/20
extended [1] 33/4
extensive [3] 25/12 47/1 47/5
extensively [1] 29/4
extent [4] 11/5 11/23 14/8 80/21
extremely [2] 25/5 29/23
extremist [4] 71/17 76/12 76/18 77/3

**F**

face [4] 58/22 58/22 58/23 58/25
Facebook [2] 24/23 31/23
facilitated [1] 74/12
facilitating [1] 42/2
facility [1] 81/19
facing [3] 11/17 65/16 73/7
fact [11] 15/2 20/6 36/2 36/10 37/11 42/9 42/14 42/25 68/1 68/1 70/25

factor [1] 66/6
factors [1] 69/1
facts [6] 34/6 34/17 38/7 66/21 70/21 76/2
factual [6] 3/25 5/11 6/6 33/24 34/5 41/12
factually [1] 6/17
fair [5] 20/3 37/25 43/6 47/4 68/2
Fairlamb [2] 66/24 66/25
fairly [1] 18/2
faith [1] 60/4
fall [1] 42/1
falls [1] 46/12
family [7] 52/14 56/20 58/11 58/12 58/20 73/19 81/25
far [7] 20/18 27/1 27/5 32/21 71/15 71/25 74/15
fast [1] 65/14
fast-forward [1] 65/14
father [1] 81/8
fault [2] 55/1 59/2
fed [1] 32/6
federal [1] 75/16
feeling [2] 17/25 31/19
feels [1] 18/17
fell [1] 61/19
felonies [1] 74/19
felt [1] 54/2
fever [2] 31/22 61/10
few [5] 5/17 5/18 7/16 11/18 24/24
fewer [1] 12/6
field [1] 27/22
figure [1] 11/22
file [3] 79/22 79/25 80/2
filed [1] 4/19
filings [1] 57/9 81/15
films [1] 29/25 30/1
final [1] 65/12
finally [2] 22/24 37/17
financial [2] 78/18 78/19
find [6] 8/11 9/7 34/11 34/14 35/1 71/23
findings [1] 5/13 6/7 8/24 9/3 33/24 34/1 34/5 41/12 60/7 66/5 66/8
finds [1] 78/23
fine [5] 43/7 47/24 52/13 78/24 78/25
firearm [3] 23/4 37/17 53/12
firearms [5] 7/5 19/2 26/8 37/16 50/16
firecracker [1] 67/13
first [6] 11/8 14/22 15/1 20/17 35/17 39/7 39/7 43/21 48/1 52/11 55/16 57/17 58/6 62/7 63/9 63/13
fist [2] 29/7 29/7
fit [3] 31/14 80/24

**F**

further [1] 42/18 26/4
77/6
furtherance [2] 35/9
41/16

five [2] 33/16 73/7
flagpole [1] 67/20
flags [1] 61/6
Flex [1] 66/19
Flex-Cuffs [1] 66/19
Florida [15] 5/21 5/24
9/21 12/13 14/11 14/12
14/22 24/1 24/11 26/19
26/21 36/9 48/7 50/12
53/18
flow [1] 13/1
folks [2] 20/17 69/23
follow [1] 64/24
followed [3] 7/13 7/14
27/5
following [5] 27/6
54/24 71/6 75/11 76/4
follows [4] 41/23 45/12
74/25 80/12
food [2] 53/8 54/10
foolish [1] 56/15
foot [2] 21/13 64/20
force [6] 16/1 34/4 38/3
38/6 45/22 51/15
foreclosing [1] 31/10
forefront [1] 70/16
foregoing [2] 77/9 83/3
foreseeable [10] 15/16
18/10 34/23 35/10 38/4
40/13 40/19 41/15
41/17 80/18
foreseen [1] 40/8
forgive [1] 44/11
formerfedsgroup.com
  [2] 2/2 2/6
Fort [1] 58/15
Fort Benning [1] 58/15
forth [3] 69/2 69/4
70/21
forum [2] 22/2 22/8
forward [3] 7/15 24/17
65/14
fought [1] 29/21
found [10] 22/14 27/18
37/18 40/15 51/22
67/23 70/4 70/11 70/15
72/15
four [1] 65/12
four-second [1] 65/12
frame [1] 11/10
frames [1] 80/7
frankly [4] 31/3 33/3
44/18 81/1
free [2] 25/10 53/8
Friedrich [2] 15/7
17/10
friends [2] 52/14 55/11
front [2] 31/16 61/6
fucking [5] 13/7 65/4
65/4 67/1 67/2
full [2] 67/25 79/11
fully [1] 12/10
function [2] 36/19
37/23
functioning [1] 77/21
functions [1] 77/17
furious [1] 55/6

**G**

gaming [2] 77/15 78/9
gap [2] 60/13 65/15
garb [2] 63/13 63/14
gas [2] 37/15 66/11
Gator [3] 9/23 12/5
48/10
Gator 6 [3] 9/23 12/5
48/10
gave [3] 10/14 25/8
59/22
gear [6] 19/21 27/18
30/22 37/11 43/5 63/10
general [1] 48/4
generally [1] 16/4
generous [1] 31/15
genuinely [1] 81/4
get [21] 5/5 11/11
11/16 25/10 26/2 27/20
28/12 29/22 29/24 32/6
39/10 44/7 57/25 59/16
62/17 64/17 68/12
70/24 72/7 73/14 81/18
get out [1] 29/24
gets [2] 37/21 43/17
getting [3] 21/8 61/23
74/19
Geyer [21] 2/2 3/8 3/18
3/22 4/24 5/9 5/10 6/14
6/16 23/13 33/14 38/24
44/9 44/22 45/1 46/22
52/9 68/16 69/16 75/25
81/10
give [3] 21/15 25/9
33/15
given [3] 40/13 47/5
74/17
gives [2] 60/12 72/9
giving [2] 22/4 31/16
glass [1] 67/4
global [1] 62/3
go [21] 3/20 5/12 5/12
20/24 26/14 28/15
28/19 38/19 53/7 57/20
57/21 58/1 58/5 62/8
64/17 64/23 65/6 65/10
65/14 73/3 81/7
goes [4] 30/1 45/3
50/22 61/21
going [39] 5/11 5/12
5/17 13/22 19/22 28/5
28/6 28/25 30/3 30/24
31/2 31/2 34/9 38/4
38/11 38/15 41/7 46/3
46/6 50/14 50/20 55/15
59/4 59/22 60/9 61/15
63/18 63/22 63/24
63/25 63/25 64/8 65/13
65/17 65/18 66/2 71/5
74/25 81/6
gone [7] 10/17 11/10
28/12 44/25 54/18 62/7
73/18

good [21] 3/2 3/2 3/7
6/24 6/25 33/12 60/11
81/5 81/6
got [20] 9/21 20/16
25/7 31/24 53/4 53/23
54/6 54/14 55/6 56/22
57/17 57/18 58/14 62/8
63/18 72/4 72/16 72/19
73/16 81/10
GoToMeeting [11] 7/9
12/14 12/17 12/17 13/1
13/2 19/11 24/1 35/22
41/25 42/1
GoToMeetings [1]
21/20
gotten [3] 11/4 40/22
54/23
government [27] 1/14
3/7 6/22 7/12 8/6 23/4
23/20 25/2 29/2 41/19
42/8 43/12 44/7 45/18
45/19 46/8 48/1 49/21
51/19 54/25 61/16 62/5
62/12 63/21 64/12 71/8
75/25
government's [4] 4/14
13/20 27/16 39/3
grabbing [1] 66/25
Graydon [5] 30/14
30/15 30/15 31/21
31/22
Graydon Young [3]
30/14 31/21 31/22
great [3] 6/20 73/21
75/1
greater [2] 69/3 70/1
Green [1] 42/11
Green Team [1] 42/11
Greene [3] 25/11 42/16
54/7
Greene Team [1] 42/16
grew [1] 58/9
gripes [1] 54/25
ground [10] 6/9 14/15
20/6 24/10 24/15 42/18
43/2 48/15 54/4 67/16
ground-team [8] 14/15
20/6 24/10 24/15 42/18
43/2 48/15 54/4
grounds [3] 17/13 33/3
67/16
group [11] 14/18 24/1
36/9 36/12 40/5 40/10
40/20 43/18 64/19
76/12 76/18
groups [4] 12/11 40/4
42/21 77/4
grown [1] 62/2
guard [1] 16/25
guarding [2] 17/22
33/7
guess [6] 11/16 13/17
41/4 41/8 45/13 55/14
Guideline [1] 44/24
Guidelines [15] 4/5 4/6
4/7 6/22 31/9 34/25
40/17 41/18 44/9 44/13
45/9 45/11 47/23 68/24

guilt [2] 22/17 27/19
guilty [2] 22/14 70/15
gun [4] 26/21 26/24
27/2 59/11
guns [6] 6/13 26/21
35/20 50/14 66/13
guy [8] 24/20 24/23
27/14 29/10 32/17
32/20 66/16 71/11
Guy Reffitt [1] 66/16

**H**

H14 [1] 29/6
H4 [1] 31/1
habit [1] 28/14
Hackett [2] 7/5 34/22
had [61] 5/4 5/20 7/13
9/10 9/12 10/8 10/11
10/13 10/21 11/6 11/9
17/2 17/11 17/14 20/23
24/17 24/18 24/23 25/5
25/23 26/1 26/12 26/12
29/22 36/15 37/1 37/2
37/4 37/4 37/6 37/10
37/12 37/15 37/15
37/22 38/12 38/15
38/22 41/15 42/10 50/2
50/8 50/10 54/8 54/10
55/16 55/25 58/12
60/25 61/4 61/14 61/19
61/25 62/7 63/9 65/5
66/19 68/1 72/1 72/15
73/3
had administrative [1]
10/13
hadn't [1] 56/24
hair [1] 33/11
half [2] 12/1 24/3
hallway [2] 40/10
40/12
hamburger [1] 57/19
hand [6] 30/15 49/19
63/23 64/1 64/3 64/16
hand up [1] 64/1
handful [1] 48/14
handgun [1] 66/19
hands [1] 64/10
Hang [1] 52/25
happen [3] 38/5 42/19
53/14
happened [10] 23/23
24/17 60/20 61/8 61/19
63/17 72/14 73/9 73/16
74/21
happening [4] 39/11
40/12 51/23 64/22
happens [1] 58/10
happy [3] 4/10 52/23
81/21
hard [9] 11/13 26/19
27/2 40/25 55/15 56/6
56/6 56/19 61/24
harm [3] 74/5 80/21
80/23
HARRELSON [132]
Harrelson's [19] 3/18
4/15 7/1 7/18 9/22 18/3

18/4 18/23 19/1 29/13
32/14 36/18 41/14
42/12 48/2 49/7 50/4
52/5 80/14
Harrison [1] 58/9
Harry [6] 51/21 51/22
55/9 60/15 60/16 60/22
Harry Dunn [3] 51/22
60/16 60/22
harsh [1] 80/16
has [24] 3/23 5/3 7/16
22/9 22/15 25/12 27/24
31/13 35/25 35/25 42/8
45/7 49/6 58/18 59/24
62/12 64/21 66/16
67/23 69/24 71/3 71/8
73/18 73/19
hasn't [2] 43/22 58/22
have [127]
haven't [4] 57/21 62/8
81/12 81/13
having [8] 22/22 34/2
39/22 53/12 59/16
62/23 64/7 65/22
Haynes [1] 67/15
he [263]
He didn't [1] 25/1
he said [2] 13/10 37/7
he's [38] 5/23 16/15
18/4 21/21 21/24 22/5
24/20 24/21 24/22 25/3
27/16 29/9 29/13 29/16
30/12 30/21 30/21
30/21 30/23 33/8 33/11
33/12 36/21 42/20
43/15 45/16 58/2 58/23
58/23 58/24 59/23 60/5
61/5 63/10 63/13 63/18
64/20 65/19
head [6] 33/11 42/11
61/15 64/16 67/20 71/2
heads [2] 28/1 61/5
health [1] 73/9
hear [10] 4/2 4/8 4/10
12/2 13/14 17/16 45/6
48/1 52/23 71/1
heard [14] 4/9 7/11
12/23 15/10 19/18
20/23 21/4 21/10 27/9
51/20 55/5 55/16 65/3
74/6
hearing [3] 22/22 26/3
32/12
hearings [1] 7/11
heart [1] 70/25
heat [1] 67/7
heavy [1] 20/24
heightens [2] 70/5
71/23
held [1] 44/1
helmets [1] 49/14
help [4] 5/5 5/20 24/13
73/14
helped [2] 74/12 74/13
helper [1] 49/18
helping [3] 23/24
51/24 56/1
helps [1] 22/17

**H**

**her [7]** 14/22 38/3 40/5 58/4 58/8 58/10 58/13
**here [34]** 3/14 10/7 11/23 15/24 19/14 19/25 19/25 26/2 27/1 28/4 28/15 34/9 34/9 38/7 41/10 45/2 49/4 49/21 50/8 50/24 52/14 52/15 57/6 58/2 59/6 61/25 64/6 64/8 64/16 65/13 69/21 70/23 71/9 74/17
**Hernandez [1]** 67/18
**hid [2]** 22/20 23/4
**hierarchy [2]** 19/13 44/6
**high [1]** 77/16
**high-speed [1]** 77/16
**higher [2]** 44/5 46/14
**highest [1]** 26/5
**him [54]** 4/10 5/6 8/2 8/14 9/6 10/14 13/24 16/18 16/18 21/1 21/2 22/14 23/2 24/13 25/8 25/9 25/9 25/14 25/20 29/18 29/19 30/5 30/11 30/13 30/14 32/2 32/6 32/6 36/10 37/2 39/19 41/15 41/17 42/18 47/18 50/11 50/16 51/13 51/22 51/23 51/25 54/9 54/9 54/19 54/19 54/23 57/19 57/24 60/21 64/1 64/6 64/8 65/16 81/18
**himself [11]** 16/10 16/11 16/22 34/17 36/10 36/16 36/24 43/23 50/8 50/23 80/19
**his [122]**
**history [4]** 11/5 47/22 69/6 74/1
**hit [4]** 10/10 28/16 58/17 67/20
**hold [1]** 26/5
**holding [1]** 50/19
**home [4]** 23/1 37/19 58/12 68/13
**Honor [32]** 3/2 3/16 4/25 6/18 6/24 9/7 21/10 23/14 27/13 27/21 29/17 31/3 31/12 33/13 49/22 50/6 50/20 51/14 51/20 51/22 52/7 52/10 52/24 53/3 53/16 57/3 57/5 62/23 65/13 68/9 68/15 81/23
**Honor's [2]** 11/13 49/17
**HONORABLE [1]** 1/9
**honorably [1]** 73/6
**hope [1]** 56/17
**hopes [1]** 18/17
**hoping [2]** 61/15 81/14
**horse [1]** 66/23
**hosting [1]** 24/1
**hotel [3]** 50/12 50/14

**hours [2]** 23/19 56/9
**house [3]** 13/7 40/6 81/19
**how [17]** 3/19 7/20 9/17 21/24 32/7 32/8 34/25 36/6 37/5 37/13 37/14 49/10 64/10 73/16 73/19 74/5 74/12
**Howell [2]** 15/6 17/1
**however [1]** 46/6
**huddle [1]** 64/17
**huddled [1]** 64/17
**Hughes [2]** 1/15 3/6
**Huh [1]** 65/9
**hung [1]** 54/15
**hurricane [1]** 58/14
**hurt [1]** 33/11
**hurting [1]** 56/2
**husband [1]** 81/8

**I**

**I also [5]** 34/5 35/1 43/22 58/3 75/24
**I am [5]** 55/1 56/14 57/1 71/9 73/18
**I apologize [1]** 56/3
**I believe [11]** 12/12 24/12 25/17 31/16 49/11 58/12 61/8 61/20 66/15 66/16 66/18
**I can [6]** 6/15 28/19 47/15 53/14 68/13 71/4
**I can't [1]** 58/18
**I couldn't [2]** 31/22 53/7
**I did [1]** 54/12
**I didn't [3]** 29/22 53/18 60/23
**I didn't know [2]** 55/23 56/2
**I don't [22]** 16/9 16/10 31/18 31/20 31/21 31/25 33/3 41/9 42/1 42/14 43/7 44/6 49/21 53/18 53/19 55/7 60/7 61/4 68/10 71/8 72/17 74/4
**I don't recall [2]** 48/14 48/25
**I frankly [1]** 44/18
**I guess [4]** 11/16 13/17 45/13 55/14
**I have [8]** 13/17 28/10 28/13 46/22 54/25 57/15 67/12 71/24
**I just [4]** 28/17 31/7 44/2 44/21
**I know [9]** 27/1 28/2 31/25 54/16 55/14 55/15 56/6 58/2 65/1
**I mean [7]** 12/2 20/1 27/7 32/15 33/6 71/12 72/4
**I should [7]** 45/13 55/2 55/2 55/7 56/4 56/12 62/1
**I think [57]** 4/19 17/2

32/4 32/5 32/9 32/11 32/12 34/18 37/7 37/21 38/1 38/3 38/23 39/16 39/20 39/21 40/16 41/13 43/12 43/18 44/17 45/23 46/4 46/7 46/9 46/22 51/2 53/20 55/3 56/4 58/4 58/13 60/8 61/1 61/13 61/15 65/6 65/10 65/24 68/2 71/7 72/8 73/14 73/14 73/24 74/7 74/8 74/17 80/13 81/2 81/4 81/5 81/5
**I thought [1]** 56/1
**I understand [4]** 35/23 59/5 59/14 65/21
**I want [2]** 23/14 44/10
**I was [6]** 53/8 54/4 54/7 54/9 56/1 56/2
**I will [9]** 3/25 45/6 47/8 47/10 57/15 70/16 71/6 78/20 78/21
**I would [3]** 55/21 55/24 57/7
**I'd [5]** 6/14 25/15 52/10 54/23 57/11
**I'll [18]** 3/20 3/22 4/2 4/6 4/10 28/4 28/25 33/16 33/17 34/14 35/5 46/15 46/24 52/11 63/7 67/12 68/17 81/17
**I'm [45]** 5/11 5/12 5/17 9/9 11/16 11/22 13/25 14/20 14/25 16/7 21/10 26/2 26/20 28/2 28/5 28/5 28/6 30/19 31/9 34/8 41/8 44/14 44/21 46/6 49/22 52/19 52/23 52/25 56/20 56/23 56/24 59/4 59/6 61/15 62/14 62/23 63/22 63/24 65/13 66/2 68/11 71/5 71/10 74/2 74/14
**I'm going [1]** 63/24
**I'm just [2]** 28/5 71/10
**I'm not [10]** 5/11 5/12 30/19 31/9 34/8 44/14 52/25 59/4 66/2 71/5
**I'm not sure [2]** 13/25 56/20
**I'm sorry [2]** 21/10 62/14
**I've [15]** 3/20 4/12 5/16 29/4 31/8 44/11 46/4 53/3 56/9 56/14 59/7 59/8 69/21 74/25 75/25
**iconic [1]** 30/13
**idea [3]** 25/23 28/10 64/22
**identified [6]** 29/10 31/8 42/10 42/20 63/12 69/17
**identify [2]** 52/15 52/17
**identifying [1]** 4/11
**ideological [1]** 77/6
**ignore [1]** 71/4

**imagination [1]** 26/1 32/2 32/21
**immediately [6]** 39/4 39/13 58/17 76/19 77/8 79/6
**immense [1]** 56/15
**imminent [1]** 15/10
**impacted [1]** 57/16
**impacts [1]** 27/25
**important [3]** 7/18 19/14 25/5
**importantly [6]** 12/12 36/4 36/8 36/18 46/2 46/10
**impose [1]** 69/2
**imposed [3]** 17/10 69/7 75/14
**imposition [3]** 32/16 33/1 78/25
**inadvertently [2]** 76/16 77/7
**inappropriate [1]** 59/2
**incarceration [2]** 48/4 52/5
**incentives [1]** 32/7
**inclined [1]** 48/5
**include [3]** 69/5 75/16 79/14
**includes [4]** 76/13 76/25 77/3 77/14
**including [8]** 4/17 18/5 18/5 40/9 74/19 75/16 78/10 80/25
**inconsistent [1]** 6/3
**incorporate [1]** 34/5
**indicated [1]** 51/14
**indication [1]** 9/23
**indicted [2]** 18/22 22/10
**indictment [1]** 47/17
**indictments [2]** 18/17 26/10
**individual [3]** 46/3 76/12 76/18
**individuals [1]** 77/5
**indulgence [1]** 65/13
**indulging [1]** 25/16
**infer [3]** 40/2 43/6 50/9
**inference [1]** 8/10
**inferences [1]** 34/7
**influence [1]** 51/19
**information [6]** 8/5 23/19 68/1 76/1 78/18 78/19
**initial [1]** 77/11
**initially [1]** 26/9
**injured [1]** 17/24 25/3 61/21
**injuries [1]** 25/6
**injury [8]** 13/25 15/4 15/14 15/14 15/16 16/4 16/9 16/11
**inner [1]** 73/13
**input [1]** 6/14
**inside [7]** 17/12 20/24 30/13 35/13 50/3 61/15

**insofar [1]** 34/6
**install [1]** 77/13
**installation [2]** 77/20 77/22
**instance [1]** 9/20
**instead [1]** 38/23
**institutional [1]** 60/5
**institutions [1]** 60/5
**instructing [1]** 27/17
**instructor [3]** 26/11 35/19 50/16
**intended [3]** 17/16 22/18 45/18
**intending [1]** 15/21
**intent [13]** 7/18 8/6 8/8 8/11 13/5 13/7 13/16 17/20 18/14 18/24 59/9 66/1 71/24
**intention [1]** 40/2
**intentions [1]** 71/4
**interact [2]** 76/10 76/17
**interacted [1]** 57/14
**interaction [2]** 17/6 38/14
**interchangeably [1]** 27/24
**interest [3]** 54/2 79/3 79/4
**interfere [1]** 41/3
**interference [1]** 46/20
**interfering [1]** 18/8
**interpretation [1]** 68/2
**interrupt [1]** 31/6
**intimidate [3]** 39/25 45/19 50/25
**intimidated [3]** 13/14 15/19 15/21
**intimidating [3]** 15/25 45/24 51/24
**intimidation [5]** 16/2 34/4 45/22 51/15 51/19
**introduce [1]** 52/15
**introduced [5]** 48/18 48/25 49/1 49/21 51/4
**investigate [1]** 61/22
**investigation [4]** 3/24 4/13 22/16 79/13
**involved [7]** 7/3 13/24 43/15 47/7 56/21 76/13
**irritating [1]** 29/12
**is [214]**
**is there [2]** 4/21 14/2
**Isaacs [3]** 18/6 18/9 39/4
**isn't [1]** 16/6
**issue [6]** 6/12 41/18 46/23 53/22 57/5 64/14
**issues [2]** 4/7 31/8
**it [166]**
**it's [44]** 11/13 12/3 13/15 15/10 15/10 20/4 20/5 21/23 21/23 22/10 23/21 24/4 26/11 26/22 27/18 29/11 32/5 32/21 34/19 40/1 40/25 45/16 46/2 49/23 53/2 53/2

**I**

it's... [18]  56/6 56/10
57/21 57/22 57/23
59/25 62/3 62/18 62/19
62/21 62/21 62/25 68/5
72/12 72/10 73/20 75/2
81/19
items [1]  12/6
its [5]  9/11 10/2 37/22
47/6 77/21
itself [6]  10/17 17/8
19/3 20/21 44/6 47/5

**J**

Jan. [1]  14/22
January [20]  7/22 14/9
14/23 19/19 20/21 23/1
24/12 26/15 26/16
26/17 33/5 42/20 43/2
43/24 48/15 53/5 54/3
54/11 58/3 73/23
January 3rd [4]  24/12
42/20 53/5 54/3
January 4th [1]  14/23
January 5th [1]  54/11
January 6th [11]  7/22
14/9 20/21 21/1 26/15
26/16 26/17 33/5 43/24
58/3 73/23
Jason [10]  8/15 13/11
13/13 19/19 21/4 21/4
50/3 50/5 50/7 50/7
Jason Dolan [9]  8/15
13/11 13/13 19/19 21/4
21/4 50/3 50/5 50/7
Jeffrey [2]  1/14 3/5
Jeffrey Nestler [1]  3/5
jeffrey.nestler [1]  1/20
Jeremy [4]  18/15 18/16
23/3 43/17
Jeremy Brown [4]
18/15 18/16 23/3 43/17
Jersey [1]  26/20
Jessica [1]  13/23
job [5]  23/17 26/4
43/15 51/18 53/6
join [2]  61/18 81/15
joined [2]  28/6 66/12
joining [2]  8/13 73/6
jointly [3]  4/3 33/25
35/8
Josh [1]  67/15
Josh Haynes [1]  67/15
Joshua [1]  67/18
Joshua Lee
Hernandez [1]  67/18
JROTC [1]  60/3
jubilant [1]  72/14
Judd [1]  67/13
JUDGE [6]  1/10 15/6
15/7 17/1 17/10 66/15
Judge Cooper [1]
66/15
Judge Friedrich [2]
15/7 17/10
Judge Howell [2]  15/6
17/1
judgment [2]  75/2

June [1]  83/7
junkie [2]  58/4 58/6
jurisdiction [3]  78/20
78/21 78/22
jury [28]  8/2 8/14 9/6
22/14 25/19 27/4 31/16
31/18 31/19 31/21 38/1
40/3 40/15 41/4 45/23
47/14 51/13 59/14
60/18 61/2 61/14 66/17
70/4 70/11 70/15 71/3
72/19 81/2
jury's [2]  6/3 47/13
just [80]  3/19 3/25 4/11
5/2 5/10 5/17 5/18 6/1
11/2 12/4 13/25 14/20
15/14 16/4 16/7 16/7
19/1 23/6 26/6 27/25
28/5 28/17 28/24 29/7
31/5 31/7 31/8 31/11
32/20 33/15 33/15
33/16 34/1 35/12 36/10
36/17 37/10 44/2 44/10
44/21 45/10 45/16 46/3
46/15 50/15 50/16
51/14 54/2 56/12 56/17
56/21 57/23 57/24 58/7
60/8 60/9 60/23 61/17
61/23 62/2 62/18 62/19
63/1 63/4 63/18 64/8
69/9 69/16 70/1 70/9
70/16 71/10 72/5 72/14
72/15 72/16 72/18 80/9
80/10 80/11
justice [3]  19/5 22/13
46/21
justifications [1]  66/14

**K**

Kathryn [2]  1/14 3/5
Kathryn Rakoczy [1]
3/5
kathryn.rakoczy [1]
1/19
Katrina [1]  58/13
Keeper [3]  60/25 63/12
63/14
Keepers [16]  5/21 5/25
7/3 12/13 20/4 23/24
36/9 38/22 39/5 42/13
48/8 63/12 64/6 67/23
68/8 73/17
keeps [1]  30/3
Kelly [10]  7/14 8/12
14/14 21/12 22/9 49/18
49/19 49/23 50/13 53/5
Kelly Meggs [7]  7/14
8/12 22/9 49/18 49/23
50/13 53/5
Kelly Meggs' [1]  14/14
21/12 49/19
Ken [15]  24/14 31/4
57/15 58/15 60/18
60/24 61/18 61/25 63/9
63/13 65/8 65/18 65/18
65/24 67/25

Ken's [4]  62/9 63/3
63/16 64/6
KENNETH [16]  1/6 3/4
21/6 22/10 23/23 48/2
49/23 49/25 50/4 50/10
50/18 50/23 51/12 52/1
52/2 52/5
Kenneth Harrelson
[12]  3/4 21/6 22/10
23/23 49/23 49/25
50/10 50/18 50/23
51/12 52/1 52/2
Kenneth Harrelson's
[3]  48/2 50/4 52/5
Kenny [1]  48/9
Kevin [1]  66/24
Kevin Fairlamb [1]
66/24
kids [4]  58/20 58/22
58/23 58/24
killed [1]  51/10
killing [2]  55/11 60/17
kind [7]  24/23 27/7
48/10 49/9 59/17 62/4
72/1
kinds [5]  26/23 28/21
49/13 66/9 69/12
kingdom [1]  33/5
knees [2]  61/20 61/22
knew [12]  7/20 24/24
27/5 30/18 32/24 41/5
41/7 49/12 49/13 50/13
63/8 67/25
knit [1]  58/11
know [69]  5/21 7/20
7/25 8/4 8/4 8/4 9/13
9/16 10/10 10/12 10/15
11/6 11/14 12/4 13/9
13/11 14/8 17/21 20/1
24/7 27/1 27/9 28/2
30/7 31/25 32/7 32/7
32/8 37/17 43/5 44/15
45/1 45/6 54/16 55/14
55/15 55/18 55/23 56/2
56/6 56/7 56/13 56/23
58/2 58/3 58/7 59/12
59/25 60/20 61/2 62/3
63/17 65/1 65/16 69/21
69/22 69/25 71/18
72/17 72/18 72/20 73/2
73/5 73/17 73/18 73/23
74/4 74/20 80/22
knowledge [2]  36/19
37/22
knowledgeable [2]
48/22 49/15
known [11]  14/23 35/2
36/11 36/12 40/11
40/18 40/21 54/24
76/10 76/12 76/17
knows [1]  14/8

**L**

labels [1]  20/6
landing [3]  38/23 39/6
49/23
language [2]  15/9

laptops [1]  77/14
large [2]  5/13 36/13
largely [1]  80/16
larger [1]  50/24
largest [1]  36/14
last [6]  12/1 24/25
27/11 31/14 53/3 57/9
last-minute [1]  57/9
late [1]  57/9
later [5]  8/2 60/21
63/18 64/5 81/17
launched [1]  67/9
law [5]  67/7 69/8 69/24
70/8 72/25
lawyer [2]  80/1 80/3
LCC [1]  2/2
lead [3]  14/15 14/16
24/15
leader [11]  6/9 19/10
20/6 24/10 30/23 32/3
42/16 42/19 43/2 48/15
54/4
leadership [4]  6/11
14/24 21/19 22/6
leading [2]  21/20 27/15
leagues [1]  26/23
leans [1]  60/14
learn [1]  65/22
learned [3]  32/25 53/12
55/19
learning [1]  47/17
least [11]  15/25 34/22
35/3 41/5 47/14 50/2
50/10 66/22 68/4 71/3
75/21
leave [4]  46/15 60/11
81/6 81/17
leaving [4]  16/23 36/21
36/24 54/19
Lee [1]  67/18
left [5]  28/22 29/8 52/3
54/11 59/6
legal [4]  21/7 26/11
27/6 36/6
legally [2]  59/11 76/1
legislature [1]  67/4
legitimate [1]  25/21
less [3]  12/5 46/11
70/4
lesser [1]  14/6
let [11]  3/18 4/11 5/10
10/3 26/14 28/25 35/12
40/18 70/16 70/20 80/9
let's [4]  6/21 11/2
68/17 68/18
letters [2]  4/17 4/19
level [22]  5/23 13/18
14/2 15/3 16/3 16/8
18/1 18/2 22/4 22/6
22/12 44/3 44/7 45/10
45/5 46/17 46/19 47/22
49/17 61/5 71/9 80/23
levels [4]  43/10 46/8
47/8 47/10
Lewisburg [3]  5/6
57/13 57/17
license [1]  31/2

life [5]  32/18 53/17
56/14 73/5 74/3
light [1]  18/2
lighting [1]  64/21
lights [1]  64/23
like [34]  4/6 14/21 18/6
20/6 25/13 25/15 26/12
26/23 29/21 33/6 48/6
50/10 50/15 50/16
52/10 52/23 54/18 55/9
55/20 55/21 56/7 57/7
62/3 62/3 62/4 63/18
63/23 64/20 65/5 65/23
71/19 72/5 77/1 78/15
likely [2]  51/13 71/22
likes [1]  38/25
limitations [1]  59/15
limits [2]  57/10 57/10
line [6]  10/24 12/6 38/9
38/17 43/6 67/9
lines [1]  60/16
link [1]  12/17
LinkedIn [2]  24/21
24/23
list [3]  28/25 71/13
74/15
listening [1]  35/24
lists [2]  25/24 25/24
literally [3]  33/7 62/9
63/3
literature [1]  77/4
little [8]  6/13 24/17
37/5 43/1 53/20 62/19
74/22 74/23
live [1]  59/24
lived [1]  53/22
load [1]  28/16
loads [1]  28/16
loafers [1]  30/24
local [1]  75/17
located [1]  76/15
logical [1]  77/17
long [4]  12/3 30/11
35/20 57/25
look [13]  13/17 15/6
17/1 33/17 39/2 44/24
49/20 60/9 65/23 70/25
74/20 81/3 81/14
looked [7]  29/4 30/7
31/24 50/10 59/7 61/7
71/12
looking [7]  14/20 30/7
43/9 67/22 71/21 71/22
74/14
looks [1]  14/21
lost [3]  28/23 58/7
58/12
lot [10]  26/21 26/21
42/1 42/25 44/22 54/8
56/4 57/8 61/12 66/2
loud [1]  13/10
Louis [2]  1/16 3/6
Louis Manzo [1]  3/6
love [5]  56/24 58/19
59/1
loving [1]  73/15
lower [3]  34/18 66/11

**L**

lower... [1] 67/8
**Lower West Terrace**
**[2]** 66/11 67/8
loyalist [1] 60/5

**M**

made [7] 17/11 17/14
36/6 63/21 71/3 73/4
81/15
mailing [1] 25/24
main [1] 48/7
majestic [1] 62/1
majesty [1] 63/1
major [1] 48/11
make [13] 4/6 8/24 9/2
28/1 31/7 33/25 44/21
52/11 63/7 66/21 76/2
80/10 81/21
makes [1] 36/4
making [2] 15/20 31/10
malfunctioning [1]
30/10
man [5] 27/11 33/12
33/12 68/13 81/5
managed [1] 73/15
management [3] 25/23
25/25 43/11
manager [1] 41/22
mandatory [1] 75/11
manner [1] 78/6
many [7] 12/8 12/19
14/25 22/25 53/13
59/19 62/6
Manzo [2] 1/16 3/6
March [2] 18/14 22/7
Marine [1] 54/22
married [1] 58/10
marshals [1] 57/11
mask [2] 66/11 78/8
masks [1] 37/16
material [1] 77/7
materials [2] 49/8 77/3
matter [5] 24/4 42/22
64/5 68/10 83/4
maximum [1] 70/14
may [14] 1/5 6/8 20/7
27/20 40/20 44/5 52/10
60/6 61/2 62/11 75/24
77/25 78/1 79/4
maybe [9] 9/9 16/5
16/6 24/3 55/4 63/4
71/10 72/16 81/15
me [43] 3/19 4/11 5/10
6/17 8/23 10/3 11/25
13/22 25/16 28/7 28/25
29/23 31/16 33/15
35/12 36/22 40/7 41/18
42/15 42/24 44/11 54/2
54/10 54/17 56/7 56/17
56/21 57/2 57/16 59/3
59/4 69/16 70/20 71/20
73/11 74/4 74/22 74/23
75/19 75/25 78/5 80/2
80/9
meal [1] 25/10
mean [10] 12/2 20/1
27/7 32/15 33/6 41/6

meaning [1] 61/11
meaningful [1] 42/16
means [7] 6/10 34/20
42/2 42/11 46/17 72/24
73/25
meant [3] 35/3 59/9
73/25
measures [1] 70/3
meat [1] 57/18
mechanical [1] 2/12
media [12] 24/21 47/11
47/17 67/17 76/9 76/22
76/22 76/23 76/25
76/25 77/3 77/4
medic [1] 77/17
medical [1] 69/12
medium [1] 57/23
medium-security [1]
57/23
meeting [2] 19/16
58/18
meetings [1] 24/1
megaphone [1] 29/11
Meggs [31] 5/23 7/5
7/7 7/14 7/17 8/12 9/5
19/15 19/20 22/5 22/9
23/3 24/12 24/15 25/25
27/5 27/6 32/12 34/21
35/19 40/5 42/9 42/19
43/15 47/19 49/18
49/23 50/13 53/5 54/4
61/20
Meggs' [3] 14/14 21/12
49/19
MEHTA [1] 1/9
member [3] 9/3 76/11
81/8
members [10] 18/1
18/5 23/17 23/21 39/25
40/19 50/25 51/2 51/16
67/17
memo [1] 18/25
memorandum [2] 4/14
4/16
men [1] 49/25
mental [1] 73/9
mention [1] 28/6
mentioned [2] 32/14
49/6
mentoring [1] 59/21
mere [1] 15/2
Merit [1] 2/8
merits [1] 60/8
message [9] 9/10
10/3 10/4 10/8 10/12
14/23 43/17 48/8 48/9
54/5
messages [28] 7/17
7/23 7/25 9/12 9/18
9/24 9/25 10/25 11/5
11/7 11/9 11/18 11/21
11/24 11/25 12/9 12/24
21/21 23/3 43/12 43/17
48/13 48/14 48/15
48/17 48/20 48/24
mouth [1] 5/6 5/6 30/14

methods [1] 76/7
metrics [1] 74/14
Michael [2] 25/11 54/7
Michael Greene [2]
25/11 54/7
mid [1] 71/9
mid-level [1] 71/9
middle [1] 64/21
might [3] 14/2 22/3
60/8
military [5] 25/4 36/16
54/21 59/22 59/23
mind [9] 6/15 20/10
33/10 40/14 65/5 68/4
70/16 70/24 72/7
mindful [1] 72/23
minds [1] 21/13
mindset [2] 63/3 72/2
mini [4] 60/9 60/10
61/17 68/2
minimal [1] 43/11
minimum [5] 13/23
40/7 45/21 45/23 47/2
minute [1] 24/3 24/3
57/9
minutes [1] 33/16 63/4
68/18
miracle [1] 59/6
misrecollecting [1] 9/9
miss [1] 44/23
mistook [1] 61/20
mitigating [1] 66/4
mixed [1] 58/9
mob [1] 66/12
mobile [2] 77/15 78/10
Moerschel [1] 34/22
moment [8] 13/24
28/16 34/25 35/5 46/16
60/13 63/22 72/16
monitoring [8] 12/22
24/18 43/15 77/12
77/13 77/20 77/21
77/23
month [3] 25/24 66/14
75/5
months [7] 47/24 67/6
67/11 67/14 67/17
67/21 75/3
monuments [2] 62/1
62/4
more [18] 5/5 8/23
21/13 26/22 29/3 37/13
37/15 39/2 45/13 49/5
51/20 56/3 56/5 67/12
69/19 69/20 70/4 71/21
morning [3] 3/2 4/19
19/19
most [10] 9/4 13/17
20/20 23/14 28/24
48/22 57/22 70/17
76/25 77/10
mostly [2] 48/4 48/20
mother [1] 58/4
mouth [2] 29/13 29/14
move [1] 58/14
moving [4] 22/13 29/14

Mr. [136]
Mr. Berry [3] 37/3 37/7
43/4
Mr. Dolan [16] 27/9
38/8 38/12 38/13 38/19
39/14 39/19 39/24 42/9
42/10 42/10 42/12
42/14 42/15 43/4 65/6
Mr. Geyer [19] 3/18
3/22 4/24 5/9 5/10 6/14
6/16 23/13 33/14 38/24
44/9 44/22 45/1 46/22
52/9 68/16 69/16 75/25
81/10
Mr. Harrelson [65]
3/13 3/23 4/4 4/9 5/3
6/4 6/8 7/4 9/16 11/19
11/23 13/19 23/16
25/18 28/14 34/2 34/6
34/8 34/12 34/17 34/20
34/24 35/2 35/13 35/17
35/22 36/8 36/16 36/22
41/21 42/10 42/15 43/1
43/5 43/7 43/20 44/5
44/8 45/7 45/11 45/21
45/24 46/11 47/14 48/6
48/19 52/11 52/22 57/4
60/14 69/20 69/24 71/6
72/6 73/2 73/23 74/9
75/1 76/3 76/9 78/24
79/16 80/19 81/3 81/25
Mr. Harrelson's [7]
3/18 4/15 7/1 9/22
36/18 41/14 80/14
Mr. Isaacs [1] 39/4
Mr. Meggs [10] 5/23
25/25 34/21 35/19 40/5
42/9 42/19 43/15 47/19
61/20
Mr. Minuta [1] 34/22
Mr. Nestler [4] 6/23
8/17 23/12 52/8
Mr. Rhodes [4] 36/4
43/13 43/16 43/21
Mr. Rhodes' [3] 9/13
9/14 46/25
Mr. Young [3] 37/1
37/6 61/11
Mrs. [1] 53/1
Mrs. Harrelson [1]
53/1
Ms. [6] 14/4 14/8 34/21
38/2 40/4 40/21
Ms. Watkins [6] 14/4
14/8 34/21 38/2 40/4
40/21
much [11] 5/12 8/2
32/22 42/23 45/1 54/6
68/9 70/16 73/18 73/19
81/23
must [10] 69/1 75/20
76/18 76/22 76/23 77/2
77/8 77/12 77/24 78/7
my [38] 5/13 6/15
20/10 23/15 25/15 26/5
27/20 30/10 34/1 34/5
39/9 41/1 41/4 41/10

92/25 46/11 46/13 49/4
53/10 53/16 53/20
54/10 55/1 55/3 55/17
56/14 56/15 56/16
56/20 57/1 59/2 60/4
63/6 66/22 70/16 72/7
72/20 81/1
myself [1] 55/6
mysterious [1] 25/8

**N**

name [2] 32/13 32/14
narrow [2] 44/25 45/2
National [1] 38/25
nature [1] 69/5
near [1] 58/15
necessary [1] 69/3
need [14] 14/5 15/15
21/22 28/12 33/24 43/9
49/21 50/6 61/7 69/7
69/13 70/6 74/4 74/17
needed [2] 24/13 53/5
69/11
neither [1] 20/10
Nestler [6] 1/14 3/5
6/23 8/17 23/12 52/8
never [16] 9/21 9/25
24/17 25/13 30/6 32/18
32/20 53/11 53/14
53/16 53/22 54/5 54/18
55/22 61/25 65/24
nevertheless [5] 39/12
39/21 41/9 73/4 73/11
new [4] 26/20 43/18
60/12 64/4
New Jersey [1] 26/20
News2Share [1] 39/3
next [2] 13/11 63/24
nice [1] 62/25
night [3] 54/15 54/20
57/9
NJ [1] 2/4
no [23] 1/4 4/23 4/25
6/18 10/21 10/24 16/14
17/15 24/11 24/23
26/13 26/15 27/18
28/10 32/6 38/15 47/8
49/1 53/6 54/7 54/25
55/25 64/22
No. [1] 27/11
No. 3 [1] 27/11
nobody [2] 25/13
51/24
non [1] 6/8
non-convictions [1]
6/8
None [1] 69/23
Northeast [1] 64/19
not [127]
notably [1] 9/4
note [2] 59/1 70/17
nothing [5] 26/15
27/15 30/18 62/25 72/5
notices [1] 63/4
notify [1] 79/10
noting [1] 51/20
November [8] 7/4 7/9
19/11 19/16 24/4 35/22

**N**

November... [2] 36/5 41/25
November 14th [1] 36/5
November 9 [1] 41/25
November 9th [2] 7/9 24/4
now [19] 27/16 30/16 35/23 38/21 40/11 44/19 46/13 53/13 53/19 55/20 55/1 55/14 57/16 59/23 63/22 64/11 66/7 70/12 73/25
number [8] 3/3 6/1 11/21 21/12 26/10 47/6 47/21 65/1
number 2 [1] 21/12
NW [2] 1/17 2/10

**O**

Oath [19] 5/21 5/25 7/3 12/13 20/4 23/24 36/9 38/22 39/5 42/13 48/8 60/25 63/12 63/12 63/14 64/6 67/23 68/8 73/17
Oath Keeper [3] 60/25 63/12 63/14
Oath Keepers [16] 5/21 5/25 7/3 12/13 20/4 23/24 36/9 38/22 39/5 42/13 48/8 63/12 64/6 67/23 68/8 73/17
object [3] 32/16 33/1 67/9
objections [1] 4/16 6/1 81/11
objectives [1] 69/4
obligation [1] 79/10
observations [1] 80/10
obstruct [3] 19/4 22/16 76/7
obstruction [2] 22/13 47/10
obtaining [1] 73/5
obvious [1] 70/22
obviously [11] 5/16 5/22 8/21 12/1 15/18 22/3 22/14 31/9 40/11 45/6 60/6
occurred [1] 26/17
off [11] 7/21 8/1 21/1 28/12 29/7 29/25 30/2 30/3 30/6 30/21 58/17
offense [20] 18/7 18/7 19/9 32/3 41/20 43/25 45/17 45/20 46/5 46/17 47/1 47/9 47/22 48/3 51/14 69/6 69/8 69/9 70/6 70/7
offensive [1] 35/4 35/15 35/20 50/15
office [8] 1/16 3/9 75/12 76/24 78/11 78/16 79/12 79/14
Office's [1] 4/13
officer [40] 2/7 31/20

ought [2] 36/24 36/2 39/1 40/7 51/21 51/22 52/2 52/2 55/9 55/19 55/20 55/21 55/22 60/15 63/9 64/7 66/25 67/8 67/10 67/11 67/20 68/3 68/4 68/6 68/7 72/11 76/16 76/19 76/21 77/7 77/10 77/13 78/1 78/17 80/20 80/20
Officer Dunn [6] 40/7 52/2 55/20 63/9 64/7 68/7
Officer Dunn's [3] 68/3 68/4 68/6
Officer Harry Dunn [3] 51/21 55/9 60/15
Officer Salke [6] 36/23 36/24 39/4 52/2 55/19 55/21
officer's [1] 67/1
officers [15] 16/24 17/6 17/22 17/24 18/2 18/8 37/11 38/10 38/18 39/11 40/9 51/15 63/15 67/9 74/6
Official [1] 2/9
Oh [2] 44/17 45/13
Ohio [1] 14/16
OK [1] 14/22
OK Florida D.C. Op Jan. 6 [1] 14/22
okay [23] 3/12 3/14 5/8 6/20 10/16 10/23 13/3 14/19 17/17 19/6 20/1 21/17 23/11 31/4 44/20 44/20 48/23 49/3 52/12 53/2 62/20 63/11 68/24
Old [1] 14/24
Old Leadership [1] 14/24
once [2] 15/1 53/17
one [51] 5/20 7/20 7/24 8/20 9/20 12/21 14/2 19/16 19/21 20/5 21/21 23/22 26/1 26/6 28/5 28/8 28/9 28/10 28/15 32/6 32/13 32/17 32/19 36/13 38/24 39/7 39/7 39/17 41/18 41/24 43/20 45/13 46/3 49/12 49/20 50/3 51/20 52/25 58/5 65/2 65/12 65/14 66/14 67/8 67/18 70/1 70/12 72/6 75/20 80/13 81/15
ones [1] 28/23
ongoing [1] 60/2
online [4] 12/17 76/21 78/8 78/9
only [7] 16/1 36/11 46/6 51/24 71/2 74/18 78/2
Op [1] 14/22
open [3] 28/15 29/14 67/19
opening [1] 59/1
openly [1] 54/20

opposed [1] 25/2
options [1] 75/13
orally [1] 12/25
order [3] 19/4 75/24 75/24
ordered [2] 75/8 79/1
ordinary [1] 27/25
organization [12] 5/24 7/3 19/12 21/5 21/14 21/22 22/12 42/5 42/6 43/16 43/23 76/11
organize [3] 5/21 23/24 74/13
organized [2] 25/24 35/18
organizer [5] 12/19 21/20 41/24 41/25 71/9
organizing [1] 22/6
originally [1] 53/6
other [52] 5/16 7/10 7/22 7/24 9/4 9/19 10/9 10/12 12/9 15/8 18/1 18/4 18/16 18/21 18/23 19/9 19/17 21/18 21/22 21/24 28/23 36/1 36/2 38/22 40/8 40/10 40/10 40/12 40/17 41/25 42/20 44/12 44/13 46/24 47/13 48/14 53/22 58/19 61/9 61/24 66/8 66/9 66/13 66/21 66/21 70/2 71/1 74/10 76/11 77/16 77/24 81/15
others [22] 7/5 7/17 8/12 36/12 38/2 41/15 44/6 44/15 45/25 46/4 46/12 47/18 48/5 52/6 70/1 70/4 70/5 70/8 70/10 71/25 72/22 80/25
others' [2] 46/10 72/25
otherwise [4] 35/23 72/19 76/10 76/17
our [10] 6/19 13/6 18/25 19/14 31/2 51/7 56/16 59/18 60/5 62/4
out [25] 8/5 11/22 13/10 17/21 18/17 24/22 28/1 29/8 29/22 29/24 30/24 38/25 54/15 54/19 54/23 55/12 58/14 60/17 63/23 64/13 65/19 72/7 72/11 72/13 72/15
outnumbered [1] 51/25
outset [1] 5/10
outside [7] 29/17 30/9 32/21 49/22 57/20 58/1 76/15
over [18] 5/12 5/12 12/1 17/3 20/12 23/2 25/24 26/24 30/12 30/16 31/24 32/5 55/4 61/21 62/16 63/25 66/21 78/22
overall [1] 67/22

overcome [2] 72/23 73/16
overstate [1] 26/22
overwhelmed [1] 23/18
own [8] 7/18 13/21 18/3 22/6 46/3 54/10 58/2 73/8

**P**

p.m [6] 1/6 33/21 33/21 68/22 68/22 82/5
pack [1] 54/14
page [2] 12/4 57/10
pages [2] 12/3 17/3
paid [5] 55/2 55/7 56/12 79/10 79/11
pain [3] 18/18 56/15 73/19
papers [2] 6/19 44/13
paramilitary [1] 26/9
paraphernalia [1] 66/13
Paris [1] 62/3
part [13] 5/13 14/3 14/17 14/23 18/9 18/13 35/4 37/23 41/1 50/24 73/12 74/2 75/13
Part D [1] 75/13
partial [1] 68/1
participate [1] 35/18
participation [1] 8/24
particular [5] 31/15 32/1 32/17 57/13 57/20
particularly [3] 6/4 38/2 67/24
parties [3] 3/21 4/2 4/8
parts [1] 44/23
passage [1] 32/10
passed [1] 59/1
passing [1] 43/17
past [1] 16/24
pat [4] 36/23 37/2 37/4 72/11
pat-down [4] 36/23 37/2 37/4 72/11
patience [1] 33/23
patted [1] 36/25
pause [1] 13/24
pay [5] 75/8 78/23 79/1 79/3 81/7
payments [1] 79/6
peaceful [1] 33/12
peculiar [1] 26/6
penalties [1] 79/4
penny [1] 30/24
people [37] 7/14 7/22 12/9 12/24 13/13 15/17 15/21 18/6 18/21 19/14 19/17 21/22 21/24 22/2 26/19 27/17 30/13 32/9 38/11 39/19 47/6 48/9 48/21 50/25 51/5 51/9 52/14 53/25 59/19 60/21 61/24 62/6 66/9 67/18 71/1 72/3 77/24
people's [3] 7/24 9/19 10/9

open [2] 12/4 75/8
perceived [1] 16/5
percent [4] 32/24 38/21 55/4 55/4
perfectly [1] 26/11
performed [1] 36/20
performing [2] 22/5 77/17
perhaps [8] 28/14 37/20 38/24 42/3 46/14 66/4 73/10 73/10
period [2] 25/25 73/7
periodic [2] 75/21 77/11
permitted [1] 53/11
perplexing [1] 36/22
person [13] 3/10 15/20 16/1 17/15 22/3 25/1 48/7 48/16 48/22 61/22 70/2 70/23 72/2
personal [1] 73/8
personally [7] 16/12 16/13 16/19 16/19 17/19 40/21 69/20
persons [2] 76/13 76/15
perspective [1] 72/17
persuasive [1] 42/24
phase [1] 23/15
phenomenal [2] 57/12 57/23
phone [19] 8/1 9/10 9/22 9/23 10/19 11/10 11/11 27/20 39/15 39/18 42/2 47/11 47/17 50/19 50/20 50/22 53/4 55/3 76/23
phones [3] 7/24 9/19 10/9
photograph [1] 29/14
photographs [2] 30/8 49/20
photos [1] 77/4
physical [10] 13/25 15/3 16/4 16/9 16/11 38/3 38/6 40/22 80/21 80/23
physically [2] 17/21 80/19
pick [1] 28/5
picked [1] 25/1
picks [2] 30/3 30/4
picture [1] 30/14
pictures [2] 22/23 30/13
piece [3] 20/4 20/5 57/18
pistols [1] 35/21
place [7] 5/24 26/25 30/12 47/21 51/7 53/24 74/1
placement [1] 75/21
Plaintiff [1] 1/4
plan [1] 74/13
planning [3] 47/1 47/2 47/4
plans [1] 55/25
plate [4] 20/22 20/24

**P**

plate... [2] 49/12 49/14
plates [1] 20/24
play [2] 22/2 49/7
played [5] 27/12 37/23 49/25 64/2 65/1
playing [1] 24/8
plea [1] 26/3
please [3] 5/2 5/3 68/12
plenty [3] 20/16 72/4 81/6
plugged [1] 12/10
plus [2] 15/8 35/7
plus-8 [1] 15/8
point [16] 7/15 20/11 20/12 21/18 24/16 37/22 38/15 38/25 46/7 48/7 48/16 49/4 51/20 63/8 69/16 80/13
pointed [1] 24/22
points [3] 7/19 22/16 45/5
police [14] 16/24 17/6 17/22 17/24 38/9 38/17 38/18 39/11 40/22 55/22 67/4 67/13 67/20 74/6
political [1] 54/1
politics [3] 53/18 53/23 63/1
poor [2] 23/23 24/18
posed [1] 15/8
position [3] 15/1 19/12 44/5
possess [2] 77/2 77/7
possessing [1] 75/17
possibly [3] 31/19 59/8 68/5
posted [1] 36/17
potential [1] 35/14
potentially [1] 79/1
practicing [1] 50/17
pray [1] 61/23
prayer [3] 61/17 61/19 62/25
praying [1] 59/6
preparation [3] 47/2 47/2 47/4
preponderance [14] 8/11 9/3 9/7 34/11 34/14 35/1 37/21 38/1 39/10 39/17 41/6 41/10 41/21 47/16
presence [1] 19/12
present [1] 46/16
presented [3] 14/21 27/3 70/22
Presentence [5] 3/23 4/12 73/9 75/13 79/13
presenting [1] 6/22
presents [1] 70/1
President [1] 53/16
Presidential [1] 32/18
pressure [1] 59/5
Pretrial [1] 24/22
pretty [4] 6/18 24/19 32/22 74/15

prevent [3] 34/3 38/11 51/15
preview [1] 3/19
pride [1] 73/21
primarily [1] 51/13
prior [4] 7/3 50/17 58/3 77/19
prism [1] 65/23
prison [9] 53/4 57/13 57/18 57/20 57/23 58/21 58/23 58/24 59/21
Prisons [2] 57/13 75/3
private [2] 27/2 77/15
privileges [3] 10/13 10/14 23/25
probably [11] 11/17 12/6 29/2 29/2 40/3 43/20 53/20 57/7 59/18 59/19 63/11
probation [17] 2/7 3/9 4/13 75/12 76/16 76/19 76/20 76/24 77/8 77/10 77/13 78/1 78/11 78/16 78/17 79/12 79/14
procedures [1] 81/13
proceed [3] 3/15 3/19 4/22
proceeded [1] 38/19
proceeding [1] 35/16
proceedings [8] 1/9 2/12 3/11 40/25 41/7 79/20 82/5 83/4
processing [1] 77/16
produced [1] 2/13
products [1] 78/13
professional [1] 57/14
profile [1] 73/12
profound [3] 25/16 27/24 60/4
profoundly [1] 57/16
prohibited [2] 76/6 77/19
promised [2] 53/8 62/12
promote [4] 69/8 70/8 77/5 77/5
proof [2] 13/20 34/19
protect [1] 69/10
protectees [1] 64/23
protecting [1] 23/17 23/21
protection [1] 18/1 18/3 37/5
protective [1] 27/17 30/22 37/11
protest [1] 33/7
protesters [2] 65/19 65/20
ProtonMail [2] 21/23 21/25
proud [1] 56/25
provide [4] 69/9 69/10 75/25 78/17
provided [1] 4/18
providing [1] 78/14
PSR [1] 4/16 5/3 5/15

69/10
publicize [1] 12/16
publicly [1] 62/21
published [1] 31/1
pumped [1] 37/7
punishment [1] 51/3 51/6 69/9
pure [1] 41/1
purple [1] 33/6
purpose [9] 14/4 14/6 36/5 40/1 40/15 40/15 40/24 47/6 50/15
purposes [7] 19/14 35/4 35/15 37/23 40/17 80/1 81/16
pursuant [3] 77/25 78/2 80/5
pushed [3] 38/12 67/10 67/19
pushing [3] 16/24 57/9 65/18
put [13] 14/11 20/19 20/22 20/25 24/6 27/17 37/20 46/22 58/19 64/1 70/20 72/2 81/11
puts [7] 30/1 30/2 30/3 63/23 64/3 64/20 72/17

**Q**

QRF [13] 19/1 19/2 19/3 35/3 35/7 35/12 35/14 36/5 36/7 37/22 47/3 50/12 50/14
quartermaster [1] 49/9
queen [1] 57/1
question [12] 9/8 11/8 11/13 13/17 15/1 20/1 20/2 40/12 42/5 42/12 43/24 43/25
questions [2] 8/18 14/25
quick [5] 27/20 62/11 62/18 63/7 64/7
quickly [2] 10/11 23/25
quintessentially [1] 57/14
quite [2] 52/25 80/24

**R**

race [1] 58/10
radicalized [1] 71/17
raft [1] 65/21
raised [2] 4/1 73/22
Rakoczy [2] 1/14 3/5
rallies [1] 54/1
ramblings [1] 61/11
ramifications [1] 28/21
ran [1] 12/2
range [2] 27/2 47/23
ranges [2] 26/21 26/24
rather [1] 42/6
rating [1] 58/18
reaches [1] 14/1
reaction [3] 57/19 62/10 63/16
reactive [1] 35/5
read [4] 4/20 28/17

readily [1] 71/4
reading [1] 5/21
ready [1] 3/15
real [1] 27/20
realize [2] 53/13 60/23
really [23] 5/12 23/16 24/18 36/1 36/21 42/16 45/1 49/18 53/19 55/13 57/21 57/23 58/7 59/6 59/20 60/19 60/24 61/24 62/11 63/7 63/16 63/17 68/11
Realtime [1] 2/9
reason [5] 13/12 27/3 47/12 59/17 80/11
reasonable [11] 8/10 9/6 12/22 13/15 15/16 40/1 41/6 47/15 78/2 78/6 78/6
reasonably [6] 15/16 35/10 38/4 40/13 40/19 50/9
reasons [4] 23/1 26/2 35/5 59/24
recall [6] 24/14 44/18 48/14 48/25 54/4 63/10
recalled [1] 36/25
receive [1] 45/4
received [13] 3/20 3/23 4/12 4/20 4/21 5/3 11/9 67/6 67/11 67/14 67/17 67/21 79/18
receiving [1] 24/14
recent [1] 70/17
recently [2] 60/24 81/14
recess [5] 33/20 33/21 68/21 68/22 82/4
recipient [3] 12/7 15/11 17/16
recipient's [2] 10/5 11/7
recognize [2] 31/13 67/22
recognized [1] 69/25
recollections [1] 32/9
recommendation [3] 4/14 68/11 81/22
recommended [1] 75/12
reconcile [1] 41/8
record [10] 11/17 11/19 24/5 28/5 45/1 46/22 46/25 80/11 81/11 83/3
recorded [1] 2/12
recording [1] 39/13
recover [1] 8/2
recovered [1] 10/1 10/20
red [1] 57/18
refer [1] 48/21
referenced [1] 51/21
referred [1] 66/15
referring [3] 8/21 8/23 48/13
Reffitt [3] 17/9 17/11

reflect [3] 53/13 69/7 70/7
reflected [4] 31/17 46/24 73/8 81/2
reflects [1] 19/12
reforms [1] 43/16
refraining [1] 75/18
regard [1] 26/5
Regarding [1] 27/22
regards [1] 26/8
register [1] 56/13
Registered [1] 2/8
regret [1] 74/2
regular [1] 27/25
reinstalled [2] 10/22 11/3
reject [1] 33/2
relate [6] 6/4 34/6 34/25
related [6] 4/3 6/21 12/23 25/17 34/12 35/15
relates [1] 23/16
relation [1] 6/11
relationship [1] 49/24
release [3] 75/6 78/19 79/12
released [1] 78/21
relevant [4] 7/2 20/4 20/5 20/7
relies [1] 43/13
religious [1] 77/6
relinquished [1] 25/25
remain [1] 61/13
remained [1] 67/15
remaining [1] 39/5
remember [4] 37/8 49/22 56/7 65/1
remembering [2] 57/8 71/10
reminded [1] 50/6
remiss [1] 57/11
remorseful [1] 74/4
repeat [2] 34/9 71/5
repeating [1] 51/2
reply [2] 4/15 4/18
report [9] 3/24 4/13 5/11 54/9 73/9 75/14 76/19 77/8 79/13
reported [1] 25/13
Reporter [2] 2/8 2/8 2/9 2/9
reporting [1] 25/2
request [1] 44/17
requested [3] 44/10 44/15 78/18
requesting [1] 7/14
require [1] 45/21
required [1] 47/3
requirement [2] 15/15 17/15
requires [2] 16/1 16/3
requisite [1] 59/9
reserve [1] 23/14
residence [1] 79/15
resolve [1] 4/6
respect [16] 5/11 13/18

**R**

respect... [14] 25/6 33/24 33/25 36/21 41/19 42/6 44/8 47/3 49/7 50/1 59/16 69/8 70/8 72/24
respected [1] 54/9
responded [1] 54/5
responding [1] 33/10
responds [1] 33/9
response [2] 18/19 18/21
responsibility [6] 42/4 42/5 44/16 44/24 45/4 72/21
responsible [9] 4/5 16/16 18/4 34/12 34/15 34/21 41/11 44/2 56/15
rest [2] 8/16 74/3
restitution [5] 69/14 75/24 76/2 79/1 79/5
restrictions [2] 59/15 76/8
result [1] 73/10
resulted [1] 59/22
results [4] 23/23 47/22 47/23 80/16
retain [1] 78/22
retreated [1] 38/18
reviewed [7] 3/20 3/23 4/22 5/3 29/3 63/11 81/13
revolution [1] 71/19
rhetoric [1] 22/4
Rhodes [15] 7/8 7/13 8/12 9/5 18/15 19/15 22/5 22/9 22/11 23/5 36/4 43/13 43/16 43/21 74/21
Rhodes' [4] 7/11 9/13 9/14 46/25
rid [3] 11/4 11/12 74/19
ride [1] 53/8
rifle [8] 20/25 22/20 22/20 36/10 36/11 50/2 50/3 50/4
rifles [2] 36/13 49/15
right [36] 3/17 5/1 6/20 10/23 11/15 12/15 13/11 16/13 18/12 20/19 23/11 27/10 28/13 28/18 30/23 33/8 33/14 33/16 33/17 33/22 41/12 46/13 49/19 49/22 52/8 52/9 52/22 59/23 60/20 64/3 68/17 74/9 79/16 80/5 80/9 81/24
right-size [1] 74/9
rightly [1] 81/2
riot [2] 38/13 67/10
rioters [1] 66/12
rise [5] 33/19 45/10 68/20 68/23 82/3
rises [5] 15/3 16/8 41/22 46/5 80/22
risk [1] 70/1
river [1] 36/17

road [1] 74/21
Robertson [1] 66/10
Rocket.Chat [2] 22/2 22/8
role [23] 6/11 8/24 18/22 20/2 20/3 21/19 25/23 41/14 41/20 42/13 42/17 43/25 46/9 47/8 48/2 48/11 49/5 49/5 49/7 49/7 49/16 49/18 49/25
roles [1] 22/2
rolls [1] 39/5
room [7] 25/8 25/9 25/9 29/3 32/6 53/9 54/10
rooms [1] 54/15
Rotunda [17] 29/10 30/1 30/5 30/9 30/11 39/15 40/6 51/23 60/10 60/10 61/17 61/18 62/6 62/25 63/5 67/19 68/3
rounds [1] 20/25
Route [1] 2/3
Rubenacker [1] 17/2
Rule [1] 34/6
Rule 29 [1] 34/6
ruling [1] 49/17
run [3] 12/4 75/4 75/7
running [1] 12/21

**S**

safe [1] 27/18
safety [1] 31/14
said [31] 5/14 5/20 8/5 13/10 15/7 15/7 17/1 21/19 24/13 36/16 37/3 37/7 37/7 39/23 42/8 48/9 50/7 51/22 53/6 54/4 55/3 55/5 55/6 61/7 69/22 71/1 72/13 73/2 73/13 74/12 80/24
Salke [6] 36/23 36/24 39/4 52/2 55/19 55/21
same [18] 5/23 8/11 13/16 14/10 14/11 14/18 17/2 18/10 22/4 22/25 28/14 34/18 40/2 40/3 40/24 47/12 69/21 72/21
sat [1] 5/16
satisfied [1] 34/19
saw [11] 25/19 25/22 27/4 31/16 31/25 32/12 33/9 50/16 59/12 59/12 61/14
say [16] 5/10 8/20 11/2 11/3 16/4 20/3 23/1 27/17 45/7 48/21 55/12 56/11 65/8 68/18 71/6 80/9
saying [4] 17/23 43/14 51/9 65/3
says [7] 35/23 42/14 60/16 60/19 63/15 65/6 65/10
scaffolding [1] 66/25

scared [2] 51/25 56/23
scope [10] 4/3 4/7 19/7 31/9 35/8 41/13 47/1 47/5 67/25 67/25
screaming [4] 13/6 13/12 13/16 14/1
search [5] 12/5 37/19 37/19 78/1 78/5
searches [3] 77/11 77/18 77/25
seat [1] 62/5
second [11] 7/7 9/8 11/13 19/1 30/16 37/3 52/25 58/13 63/25 64/5 65/12
sections [1] 44/13
secure [1] 21/23
security [2] 24/13 25/12 25/21 53/6 57/23 64/15
seditious [3] 9/4 14/5 70/13
see [26] 8/9 15/15 25/19 29/8 30/5 31/4 32/11 39/10 39/11 50/20 50/22 55/1 58/21 58/25 60/18 60/21 61/18 62/9 62/24 63/25 64/5 64/8 64/8 64/10 65/18 65/18
seek [1] 76/20
seeking [1] 44/8
seems [1] 73/12
seen [11] 36/15 38/9 38/12 38/14 38/17 39/6 48/24 57/22 58/22 58/23 64/15
sees [1] 31/14
semi [1] 50/2
semi-automatic [1] 50/2
send [5] 11/20 12/8 12/17 12/24 28/22
sender [1] 12/7
sending [2] 11/5 48/19
sends [1] 9/24
sense [4] 40/23 70/24 72/9 73/14
sent [4] 9/10 9/12 10/11 11/9
sentence [11] 45/8 52/4 66/15 69/2 69/7 70/7 72/8 72/24 74/24 79/17 80/7
sentences [2] 69/13 69/17
sentencing [13] 1/9 3/14 4/15 4/17 5/13 7/10 17/4 18/25 46/25 69/4 71/14 75/13 79/21
sentiment [1] 18/20
separate [2] 19/24 56/21
separated [1] 61/3

sergeant [1] 25/4
seriously [1] 70/4
seriousness [3] 69/8 70/5 70/7
serve [2] 75/5 81/7
servers [1] 77/16
service [1] 73/10
services [3] 24/22 76/25 78/9
serving [1] 73/6
set [6] 5/18 28/20 36/17 69/2 69/4 70/21
setting [1] 10/12
settings [1] 9/17
severity [1] 23/8
shall [12] 75/10 75/23 76/6 76/9 76/20 77/18 78/9 78/12 78/17 79/6 79/10 79/22
share [2] 58/18 59/4
shared [3] 8/11 13/15 40/2
shares [1] 60/4
sharing [1] 40/24
she [8] 14/6 14/13 14/21 14/23 17/2 17/3 53/13 58/14
she's [2] 58/7 58/9
sheet [1] 12/3
Sherry [2] 2/7 3/9
shield [2] 38/13 67/10
shirt [1] 27/16
shock [1] 55/14
short [1] 62/12
shortly [2] 6/10 7/6
should [17] 4/21 6/13 9/2 38/15 43/14 45/13 55/2 55/2 55/7 56/4 56/12 65/6 65/10 69/12 69/14 73/21 81/10
shouted [1] 80/21
show [5] 35/13 43/19 49/21 63/22 63/24
showed [5] 12/12 25/8 60/18 65/15 65/24
showing [1] 22/11
shown [1] 62/15
shows [4] 17/20 28/17 39/3 63/19
shut [1] 30/6
side [2] 20/9 30/21
sideways [1] 64/16
sign [1] 24/4
Signal [34] 7/21 8/1 9/9 9/10 9/11 9/13 9/14 9/18 9/21 10/4 10/8 10/21 10/22 10/25 11/4 11/25 12/8 12/10 12/14 12/18 12/23 12/25 13/2 14/10 14/12 14/13 18/14 21/21 23/3 27/22 27/23 28/22 28/20 48/19
Signal app [2] 9/13 9/14
significance [1] 60/24
significant [4] 48/3

significantly [1] 39/2
signs [1] 56/11
silently [1] 71/21
similar [2] 28/3 70/9
simply [1] 42/2
since [5] 36/15 56/9 57/18 58/23 58/24
singing [1] 38/25
single [4] 27/2 46/6 71/16 71/16
sir [3] 3/13 52/23 56/18
sister [1] 58/10
sites [1] 76/25
sitting [1] 32/23
situation [2] 55/1 80/14
situations [1] 26/6
six [2] 54/14 70/14
six-pack [1] 54/14
six-year [1] 70/14
size [1] 74/9
Skype [1] 78/13
slack [1] 59/3
slight [1] 15/23
slightly [3] 44/5 46/12 46/14
slipped [1] 26/6
small [3] 18/13 40/6 51/23
smart [1] 77/15
snippet [1] 65/12
so [106]
so far [1] 20/18
so I think [1] 40/1
So this is [1] 27/2
social [7] 24/21 76/22 76/22 76/23 76/24 76/25 77/4
society [1] 81/8
software [5] 77/14 77/20 77/21 77/23 78/13
soldiers [1] 21/13
some [29] 3/25 5/4 5/5 5/22 6/2 7/17 10/12 11/20 11/21 13/4 13/5 18/16 19/9 25/8 25/24 25/24 40/23 42/23 44/4 45/21 46/12 59/3 59/17 60/6 71/3 72/17 73/13 76/1 81/14
somebody [13] 15/13 20/14 28/6 42/20 44/25 61/7 61/19 61/21 65/5 65/23 71/18 71/20 72/21
somebody's [1] 31/18
somehow [2] 25/2 27/19
someone [5] 9/22 17/7 20/12 20/13 45/2
something [7] 16/4 20/13 20/14 50/10 60/16 71/4 74/2
sometimes [2] 10/6 23/20
somewhere [1] 37/20

son [2] 59/22 59/22
soon [1] 39/14
sophistication [1] 32/23
sorry [6] 21/10 31/6 57/1 62/14 63/7 73/18
sort [11] 5/18 5/20 6/1 13/1 36/14 38/13 43/6 49/6 49/9 50/20 73/23
sorts [1] 26/24
sought [1] 62/17
sound [4] 57/25 63/6 64/4 65/4
sounds [2] 55/15 56/6
source [1] 73/11
South [1] 2/3
space [1] 64/13
speaks [1] 59/3
special [4] 19/9 32/3 75/8 76/4
specializes [1] 78/14
specific [1] 34/8
specifically [1] 39/21
speculation [1] 41/1
speed [1] 77/16
spending [1] 24/8
spent [2] 53/3 56/9
spin [2] 64/6 64/8
split [3] 30/15 40/4 64/5
spoke [2] 26/10 49/11
stack [3] 8/16 61/2 61/3
Stack 1 [1] 8/16
staff [1] 25/4
stage [1] 5/18
stairs [8] 31/3 38/16 38/19 38/20 38/24 55/10 55/18 61/3
stand [1] 52/17
standard [3] 34/18 61/1 68/7
stands [3] 33/20 68/21 82/4
start [3] 4/11 35/12 66/8
started [1] 29/16
starting [2] 15/6 19/11
state [7] 18/17 26/4 37/9 40/13 53/17 70/22 75/16
statement [2] 12/3 52/11
statements [7] 17/11 17/15 17/16 71/12 71/13 72/4 72/9
states [9] 1/1 1/3 1/10 3/3 35/20 50/18 51/6 76/15 80/6
stationed [1] 58/16
statute [3] 15/24 69/4 80/8
stay [1] 56/21
stenography [1] 2/12
step [3] 19/1 38/24 64/20
steps [3] 38/8 38/10

Stewart [4] 8/12 18/15 22/9 74/21
Stewart Rhodes [4] 8/12 18/15 22/9 74/21
sticks [1] 66/12
still [15] 15/11 15/11 17/14 22/7 22/8 22/10 26/2 45/3 46/13 56/19 58/7 60/2 73/21 74/20 81/1
stipulate [1] 29/2
stop [2] 20/25 55/24
stopped [1] 55/8
storage [1] 77/17
stormed [1] 67/2
storming [1] 65/3
story [2] 58/4 58/17
straight [2] 61/6 65/19
straight-arming [1] 65/19
stranger [1] 25/8
Street [1] 1/17
strength [1] 60/4
stretchers [2] 55/12 60/17
stroke [1] 6/1
strokes [1] 34/10
strongly [2] 33/2 54/2
struck [1] 67/8
struggle [1] 56/20
stuck [1] 30/17
stuff [4] 26/24 61/9 61/10 74/21
stumble [1] 38/13
stupid [1] 53/13
stutter [1] 64/20
subject [3] 76/4 77/12 77/25
submit [1] 75/20
substance [5] 75/17 75/18 75/19 76/5 76/6
substantial [2] 46/20 80/25
success [1] 58/4
such [8] 43/10 48/14 54/7 75/7 77/3 77/7 78/13 79/11
suffered [1] 75/1
sufficient [4] 20/10 43/8 44/3 69/3
suggest [2] 43/22 57/21
suggested [1] 71/8
suggesting [1] 37/19
suggests [1] 29/15
Suite [1] 2/3
superior [2] 21/5 21/9
supervised [1] 75/6
supervision [4] 43/11 75/10 75/21 78/4
supervisor [1] 41/22
support [5] 4/17 6/7 35/14 39/22 41/13
supporting [1] 57/2
supports [1] 22/18
suppose [1] 13/22
sure [11] 8/19 13/25

53/1 56/20 58/6 74/2 81/21
surprised [1] 37/5
suspect [1] 74/22
suspected [1] 26/9
suspicion [1] 78/2
swamp [2] 31/22 61/10
swear [1] 56/10
swept [1] 72/19
swiped [1] 11/2
swivel [1] 64/16
system [2] 58/8 59/19
systems [2] 77/15 78/9

**T**

tablets [1] 78/15
tail [2] 29/6 30/11
tails [1] 28/1
take [11] 7/11 28/16 31/2 33/16 42/1 48/5 56/18 68/17 73/21 81/14 81/17
taken [2] 22/22 74/25
takes [2] 24/3 62/9
taking [3] 30/13 60/17 66/20
talk [11] 3/25 5/18 6/10 6/13 6/21 7/7 19/9 34/24 47/19 48/9 48/9 81/23 81/24 82/2
talked [6] 7/10 46/23 49/14 54/14 54/19 54/19
talking [7] 11/25 18/21 43/16 49/23 56/19 66/7 74/20
tamper [1] 76/7
Tarpley [1] 59/4
team [12] 6/9 14/15 14/16 20/6 24/10 24/15 42/11 42/16 42/18 43/2 48/15 54/4
TeamSpeak [1] 78/14
technical [1] 62/23
telecommunications [1] 78/12
Telegram [4] 27/23 28/3 28/4 28/12
television [1] 24/20
tell [3] 13/22 68/13 74/5
telling [6] 7/22 18/1 19/17 21/22 21/24 64/25
tells [3] 18/16 40/7 71/20
term [4] 24/20 48/3 75/3 75/5
terminology [1] 21/7
terms [30] 5/24 10/11 16/8 17/5 23/24 24/10 27/20 27/23 28/22 36/18 37/9 41/10 45/8 46/9 48/12 59/9 59/15 59/18 66/1 66/1 66/6 66/9 67/24 72/24 72/25 73/21 74/11 74/16 75/7 76/1

terrible [1] 55/4 65/22
terribly [2] 42/16 42/24
terrific [2] 5/8 81/8
terrorism [5] 22/24 23/9 32/16 45/14 45/14
terrorist [2] 76/11 76/18
test [1] 75/20
tested [1] 35/25
testified [7] 12/24 36/24 37/2 39/19 39/24 50/3 54/16
testimony [6] 19/18 21/4 24/6 42/9 43/3 68/6
testing [2] 76/5 76/7
tests [1] 75/22
text [2] 11/24 71/10
texts [2] 28/22 31/23
than [13] 8/23 12/6 29/3 36/2 43/21 48/14 50/4 61/12 65/23 69/3 69/20 70/1 70/4
thank [20] 5/8 23/12 27/12 33/13 33/14 33/18 33/22 52/7 52/8 57/2 57/3 57/4 57/7 57/11 68/15 68/16 81/9 81/23 81/24 82/2
thank you [17] 5/8 23/12 27/12 33/13 33/14 33/22 52/7 52/8 57/2 57/3 57/4 68/15 68/16 81/9 81/23 81/24 82/2
thanks [2] 25/16 68/19
that [513]
that'll [1] 81/16
that's [38] 13/9 14/2 16/21 18/3 21/7 24/2 24/19 25/5 25/15 26/1 32/4 32/20 32/25 36/10 37/8 39/8 41/8 43/24 51/11 51/11 51/18 52/13 51/10 53/21 56/11 61/8 61/10 61/24 65/16 65/22 69/3 71/4 72/3 72/10
their [19] 17/23 17/25 18/22 18/22 20/22 21/12 21/25 23/17 26/4 32/9 35/7 51/10 51/17 51/18 58/18 58/20 58/20 61/20 81/2
them [26] 5/12 7/23 9/18 11/12 11/21 13/11 13/14 17/16 17/25 20/25 21/15 21/24 34/9 37/4 40/22 48/25 52/15 52/15 52/16 56/1 56/21 56/23 56/24 56/24 56/25 67/1
then [46] 3/22 4/2 4/5 4/8 4/9 9/8 9/12 9/24 10/4 10/17 10/21 11/3 11/21 12/25 17/20 18/1

20/14 21/1 21/3
22/1 22/13 30/5 33/8 36/8 37/17 38/19 40/5 43/22 45/12 52/2 52/11 53/18 54/25 60/10 60/21 63/24 64/4 64/25 65/6 65/10 65/12 65/12 65/15 67/2 67/12
there [72] 4/21 6/16 7/18 8/5 10/12 10/24 11/18 11/19 13/4 14/7 14/16 14/18 15/15 16/6 17/15 19/12 19/14 19/15 21/21 24/21 25/12 26/13 26/15 26/15 27/18 28/7 29/7 30/8 30/20 32/13 32/15 32/19 33/6 33/8 34/7 35/14 37/12 37/14 38/10 39/12 39/25 40/6 40/8 41/7 42/9 42/18 43/3 43/12 44/22 46/5 52/14 53/8 54/8 54/23 55/2 57/2 57/21 59/1 59/10 59/16 60/13 62/7 62/8 63/13 65/7 65/11 65/17 66/3 71/13 72/12 72/18 77/22
there's [41] 5/22 6/9 6/12 7/24 8/9 8/21 9/23 15/19 15/20 15/23 16/5 18/13 23/19 26/21 26/21 27/1 28/7 28/8 28/21 29/10 29/14 30/12 30/13 42/25 44/3 44/4 47/18 59/18 59/19 60/1 60/6 61/6 61/17 71/16 78/3 80/14 81/18
thereafter [2] 39/13 39/14 75/22
therefore [3] 38/14 78/24 79/3
these [16] 3/10 5/19 31/2 31/5 35/6 41/8 49/24 51/5 54/6 54/17 62/1 64/6 68/12 69/23 77/24 79/20
they [59] 6/4 9/15 9/24 12/16 14/17 15/7 15/19 20/14 21/11 21/13 21/14 21/22 23/18 25/9 26/12 26/12 26/14 26/23 31/1 31/16 31/25 31/25 32/6 34/23 36/20 37/5 37/12 38/18 39/1 41/5 42/23 43/4 47/19 49/1 54/9 55/11 55/11 55/23 58/11 58/17 58/19 60/10 60/11 60/12 61/7 61/14 62/6 62/7 64/17 64/17 66/18 69/18 74/10 74/11 74/11 74/11 74/12 74/12 75/16
they're [15] 14/10 19/22 19/23 42/24 51/6 51/8 51/8 57/7 57/8

**T**

**they're...** [6] 60/17 60/17 62/24 64/17 65/3 80/10

**they've** [3] 58/19 71/8 72/4

**thing** [7] 40/3 45/13 54/7 60/8 61/24 63/23 72/6

**things** [16] 5/17 5/19 19/24 20/9 27/6 31/5 33/8 33/17 43/19 48/21 49/9 54/17 54/17 55/5 56/8 60/6

**think** [82] 4/19 9/7 15/20 16/9 16/10 17/2 23/16 23/22 25/9 26/9 29/1 32/4 32/5 32/9 32/11 32/12 33/3 34/11 34/18 37/7 37/21 37/25 38/1 38/3 38/23 39/16 39/20 39/21 40/1 40/3 40/16 40/23 41/9 41/13 41/21 42/14 43/12 43/18 44/2 44/6 44/17 45/23 46/4 46/5 46/7 46/9 46/22 49/24 51/2 53/20 54/6 55/3 56/4 58/4 58/13 60/8 61/1 61/13 61/15 65/6 65/10 65/24 68/2 70/20 71/7 71/7 71/9 72/8 73/14 73/14 73/24 73/25 74/7 74/8 74/16 74/17 75/1 80/13 81/2 81/4 81/5 81/5

**thinking** [7] 6/15 13/9 46/9 54/16 56/9 57/8 71/19

**thinks** [2] 29/25 29/25

**third** [2] 27/14 30/4

**this** [110]

**This is** [1] 3/3

**those** [41] 4/6 4/20 9/25 11/10 12/10 12/11 12/19 12/20 12/21 14/11 15/21 16/25 20/9 21/20 21/21 22/25 28/11 34/9 34/15 34/24 34/25 38/18 39/17 41/12 45/3 48/17 48/24 50/14 51/16 51/16 55/10 59/9 62/4 69/5 69/18 70/17 72/1 74/14 74/16 80/25 81/16

**though** [4] 9/5 25/3 34/16 44/4

**thought** [10] 25/22 30/24 33/7 37/12 40/3 40/18 51/3 51/5 53/23 56/1

**thousands** [3] 23/19 56/9 64/12

**threat** [11] 15/10 15/11 15/11 15/22 16/2 16/3 17/8 19/3 19/4 34/4 45/22

**threaten** [1] 80/20

15/3 15/9 15/9 16/5 16/9 16/20 16/25 17/6 17/8 17/14 17/25 19/3 51/24 80/22 80/23

**threatens** [1] 15/14

**threats** [1] 51/15

**three** [9] 20/17 27/12 27/12 31/24 43/10 44/7 57/19 57/25 67/12

**three-level** [1] 44/7

**threw** [2] 53/10 67/13

**through** [24] 3/20 5/16 7/13 12/3 12/18 16/15 21/25 26/2 26/7 29/9 30/1 32/23 32/24 34/4 39/6 39/8 43/7 47/13 53/21 59/22 65/23 67/3 73/3 73/5

**throughout** [1] 24/19

**thumbnail** [1] 30/9

**thumbnails** [1] 30/8

**till** [1] 14/22

**time** [30] 5/5 10/19 10/25 11/9 24/8 30/4 31/16 32/10 32/13 37/6 40/9 40/14 53/24 54/1 55/16 56/18 56/19 58/5 60/13 62/7 63/8 66/2 68/9 69/21 73/7 78/6 79/11 80/7 81/7 81/11

**times** [3] 27/12 55/6 65/1

**titled** [1] 83/4

**titles** [1] 42/22

**today** [6] 5/6 5/7 45/7 57/6 58/19 70/23

**together** [4] 14/14 53/22 58/20 64/18

**told** [12] 20/21 20/21 21/1 21/2 37/2 37/4 43/4 50/16 53/5 53/7 54/9 59/4

**Tom** [1] 30/23

**Tom Burgess** [1] 30/23

**too** [7] 14/6 14/25 40/3 62/11 65/14 72/4 72/19

**took** [5] 11/11 21/1 22/15 57/19 57/24

**top** [4] 22/11 28/5 38/24 61/7

**total** [2] 47/22 75/9

**totally** [3] 56/14 59/2 61/11

**touch** [1] 5/17

**touched** [1] 17/22 18/25

**towards** [2] 26/23 61/18

**track** [1] 58/8

**tragedy** [2] 32/25 57/6

**tragic** [1] 23/22

**trailer** [1] 58/13

**training** [8] 7/6 26/8 26/10 26/14 26/16 35/18 35/19 69/12

**transcript** [4] 1/9 2/12

**transcription** [1] 2/13

**transferred** [1] 78/20

**transpired** [3] 37/10 54/24 74/13

**transpiring** [1] 39/12

**transported** [2] 22/21 50/12

**travels** [1] 36/8

**treason** [24] 13/6 13/12 13/16 14/1 15/2 15/17 29/1 29/4 29/4 29/4 29/12 29/12 29/12 39/16 39/16 39/20 39/25 50/20 50/21 50/21 51/3 51/6 51/8 80/21

**tremendous** [1] 25/5

**trial** [18] 5/16 12/2 32/15 32/24 32/25 37/3 44/25 45/3 48/18 48/25 49/2 53/12 55/5 55/20 58/25 62/15 70/17 79/20

**trials** [1] 5/17

**tried** [2] 44/11 55/24

**troubled** [1] 54/20

**Troy** [2] 1/15 3/6

**Troy Edwards** [1] 3/6

**true** [6] 7/16 17/7 24/2 38/21 71/24 72/3

**truly** [4] 23/22 55/9 57/1 58/19

**truth** [1] 56/10

**try** [2] 6/17 74/9

**trying** [13] 8/13 11/16 11/22 16/24 27/16 27/25 38/10 41/8 50/23 51/12 51/17 66/2 71/2

**turn** [1] 47/25

**turned** [1] 62/16

**turns** [6] 29/25 30/2 30/2 30/3 30/4 64/19

**two** [20] 4/7 7/18 8/24 9/4 12/6 14/3 20/6 20/9 23/6 25/24 31/8 31/24 32/20 37/25 43/19 47/10 49/25 72/12 75/21 81/16

**two-month** [1] 25/24

**type** [1] 48/20

**U**

**U.S** [3] 1/16 57/11 79/7

**U.S.** [1] 59/23

**U.S. Army** [1] 59/23

**U.S.C.** [1] 69/2

**ultimate** [7] 5/14 6/3 20/2 45/8 47/5 72/8 72/24

**ultimately** [15] 6/5 8/1 11/16 11/22 14/5 19/25 40/2 40/4 42/22 42/23 44/2 47/12 71/2 74/17 80/15

**unannounced** [1] 77/11

**under** [7] 29/13 45/3

68/12

**underneath** [2] 28/8 62/24

**understand** [11] 6/5 6/5 26/20 27/3 35/23 59/5 59/14 61/25 65/21 73/24 73/24

**understandable** [1] 53/2

**understanding** [1] 36/19

**understands** [1] 25/4

**understood** [7] 16/17 35/2 35/14 38/15 40/8 40/14 49/17

**undertaken** [3] 4/4 33/25 35/8

**unfolded** [1] 24/16

**unfortunate** [1] 23/22

**unfortunately** [1] 63/6

**uniform** [1] 61/1 68/7

**unique** [3] 31/15 32/17 67/23

**UNITED** [8] 1/1 1/3 1/10 3/3 50/18 51/16 76/15 80/6

**United States** [3] 50/18 51/16 76/15

**United States of** [1] 3/3

**universe** [1] 30/16

**unknown** [2] 76/11 76/12

**unlawful** [1] 75/18

**unlike** [2] 66/18 72/8

**unsecured** [1] 7/23

**unsee** [1] 25/20

**until** [7] 23/5 42/19 43/22 58/25 60/24 67/16 79/11

**untold** [1] 67/16

**unwarranted** [1] 69/13

**up** [49] 7/12 12/5 17/25 23/5 24/4 25/1 25/8 27/23 28/15 28/17 28/20 30/3 30/4 32/13 38/11 38/16 38/18 38/19 39/10 40/16 43/21 48/5 50/19 50/21 50/22 52/17 52/23 54/1 55/10 55/11 56/22 57/15 58/9 58/14 61/3 61/7 62/2 64/1 64/3 64/10 64/23 65/6 65/10 66/2 70/3 72/4 72/16 73/17 81/17

**uploaded** [1] 63/20

**upon** [2] 37/19 47/11

**upper** [1] 57/9

**upset** [1] 54/21

**upward** [1] 23/10

**urban** [1] 35/18

**urge** [1] 33/2

**urgency** [1] 26/13

**us** [5] 60/17 60/17 63/19 63/21 65/16

**usdoj.gov** [2] 1/19

**use** [13] 19/1 21/6 23/20 38/3 76/9 76/21 77/2 77/5 77/7 77/24 78/7 78/9 78/12

**used** [7] 12/13 20/6 27/23 35/20 50/15 57/25 76/6

**using** [5] 18/14 19/3 21/23 51/14 75/18

**utter** [1] 17/7

**uttered** [1] 39/16

**V**

**Vallejo** [1] 34/22

**valve** [1] 31/14

**variance** [4] 57/6 59/18 66/7 80/11

**various** [3] 11/24 59/24 66/21

**verdict** [2] 31/17 59/16

**verdicts** [3] 6/3 41/8 81/2

**versus** [1] 3/4

**very** [27] 11/18 23/25 24/17 24/24 28/3 29/9 29/11 31/15 39/18 42/22 42/25 44/11 44/25 45/2 45/20 54/20 56/24 59/25 60/11 60/24 64/25 68/9 70/16 71/23 80/16 81/19 81/23

**via** [1] 12/25

**victims** [1] 69/15

**video** [20] 23/19 29/3 29/7 29/16 30/11 33/9 36/23 38/9 39/3 39/5 59/12 60/12 61/5 62/15 63/24 64/2 64/4 71/1 72/12 77/4

**videos** [3] 22/23 50/17 64/13

**videotaping** [1] 29/17

**view** [8] 46/11 46/13 66/22 72/20 76/21 77/2 77/7 81/1

**violation** [3] 34/16 78/3 78/5

**violence** [5] 55/16 66/9 71/18 76/14 77/5

**violent** [2] 69/20 76/14

**violently** [2] 16/21 17/19

**vision** [1] 61/4

**visual** [1] 27/4

**vocation** [1] 73/5

**vocational** [1] 69/11

**voice** [3] 29/11 39/18 78/15

**voices** [1] 31/3 39/17

**voted** [4] 32/18 32/19 53/16 53/17

**vs** [1] 1/5

**vulnerabilities** [1] 31/20

**W**

wake [1] 55/17
wake-up [1] 55/17
walked [1] 13/10
walking [9] 29/9 29/16
30/5 39/6 39/8 39/8
51/7 64/15 64/16
walks [2] 14/1 15/3
want [11] 6/17 23/14
26/22 31/7 31/11 33/15
33/16 44/10 44/21
44/23 81/11
wanted [2] 17/11 50/24
wanting [2] 56/20
56/21
wants [1] 25/2
War [1] 71/19
warfare [1] 35/18
warn [1] 77/24
warnings [1] 56/11
warrant [1] 43/10
warranted [2] 23/10
52/5
warranting [1] 45/9
warrants [2] 48/3
80/15
was [272]
Washington [7] 1/5
1/17 2/11 24/14 24/25
25/7 61/25
wasn't [7] 8/6 30/18
32/19 41/4 61/1 61/2
71/13
watches [1] 77/15
Watkins [12] 14/4 14/8
14/11 14/16 18/5 19/15
22/5 30/20 34/21 38/2
40/4 40/21
Watkins' [1] 13/23
way [9] 17/19 17/21
29/6 57/15 65/14 70/17
70/20 72/11 73/5
we [101]
we believe [6] 7/1 9/2
16/15 19/2 22/16 22/24
we'll [6] 3/19 4/8 5/18
6/10 7/7 48/1
we're [10] 3/14 17/23
30/16 31/2 31/7 43/9
58/6 66/7 66/20 71/1
we've [7] 5/7 7/10
20/16 51/4 53/21 62/2
67/1
weak [1] 32/5
weapon [1] 53/10
weapons [11] 35/3
35/21 35/21 36/13
36/15 36/17 36/19
37/18 47/3 48/8 48/10
wear [2] 19/22 20/22
43/5
wearing [6] 27/16
30/22 63/10 63/13
66/17 68/7
weeks [1] 32/13
weep [1] 57/19
weight [1] 42/23
welcome [2] 6/14

welder [1] 73/6
well [21] 4/10 4/18
4/20 10/3 10/5 14/22
20/2 20/15 40/25 42/15
46/25 49/11 53/1 57/15
58/5 63/13 70/20 74/22
75/4 75/11 79/18
went [14] 17/3 24/25
30/6 38/18 40/5 40/10
47/13 53/24 58/14
59/10 61/7 61/22 62/6
72/13
while [7] 18/8 58/21
59/21 60/10 70/3 75/10
80/14
who [62] 6/22 12/24
13/11 13/12 13/13
15/13 15/17 15/18
16/24 17/22 18/6 20/17
21/6 21/15 22/4 22/10
24/20 25/1 25/4 25/12
27/25 28/20 29/10
34/13 34/15 37/1 38/12
40/20 42/20 45/2 46/12
48/5 48/22 49/12 51/9
51/16 52/14 54/8 57/7
58/10 61/21 61/22 65/5
65/24 66/24 67/18
67/19 69/18 69/19
71/20 72/2 72/3 72/13
72/21 74/6 74/12 76/8
76/13 76/15 77/5 77/24
80/25
who's [7] 9/23 15/20
19/16 24/23 30/23
44/11 44/25
who've [1] 57/12
whole [2] 28/24 53/22
Whoop [1] 65/4
Whoop-de-fucking-do
[1] 65/4
why [13] 25/15 27/3
35/5 41/1 46/22 47/25
51/13 51/18 53/1 56/13
56/20 56/23 74/20
widely [1] 31/1
wielding [1] 67/4
wife [8] 24/6 24/8
52/19 53/20 56/16 58/6
58/25 73/15
wildest [2] 26/1 32/21
will [26] 3/25 4/4 4/10
6/22 34/9 34/24 45/6
46/13 47/8 47/10 53/14
57/15 68/14 70/16 71/6
74/1 74/2 75/2 75/24
76/3 76/4 76/8 78/5
78/20 78/21 79/1
William [4] 2/8 18/6
83/2 83/8
William Isaacs [1] 18/6
willingly [1] 48/6
Wilson [1] 67/7
window [2] 72/2 72/9
wings [1] 33/6
wiped [1] 58/14
wish [6] 52/15 54/12
56/23 76/21 79/22
81/25
wishes [1] 4/9

withdraw [2] 27/28
28/21
within [10] 19/12 35/8
42/4 42/6 42/13 73/7
75/20 79/9 79/23 80/7
without [6] 10/24
76/15 78/10 78/16
79/25 80/3
witness [2] 32/8 36/14
witnesses [1] 72/12
won't [2] 5/14 69/21
word [3] 21/7 37/8
71/16
words [4] 13/5 39/15
40/17 71/18
work [2] 51/7 51/9
working [5] 13/13
15/17 50/25 63/6 70/10
works [1] 32/8
would [70] 5/21 6/7
7/11 8/5 8/11 9/12 9/15
11/4 11/6 11/23 12/16
12/24 13/1 13/14 13/21
14/17 15/18 17/7 18/10
23/4 23/10 29/2 29/3
29/19 29/21 29/23 33/5
35/2 35/13 35/13 36/6
36/11 36/11 37/12
37/13 37/15 38/9 38/11
38/14 38/17 40/8 40/8
40/18 40/18 40/19 41/7
41/16 43/10 44/19 45/4
48/5 50/15 52/23 53/8
53/11 54/17 54/18
54/23 54/24 55/9 55/20
55/21 55/22 59/25 57/7
60/23 66/22 68/6 68/10
71/17
wouldn't [2] 32/14
33/11
wrestling [1] 16/7
written [1] 10/8
wrong [5] 53/23 53/24
53/24 53/24 60/15

**Y**

Yeah [1] 29/21
year [2] 70/14 74/19
years [1] 73/7
yelled [1] 67/1
yes [13] 3/16 5/4 9/1
10/7 15/5 16/19 23/25
27/5 52/16 59/10 59/11
59/12 80/21
yesterday [2] 32/12
51/21
yet [2] 46/13 81/1
you [253]
you know [1] 20/1
you'd [1] 4/6
you'll [4] 44/10 62/24
63/10 75/7
you're [17] 13/22 16/7
28/13 30/7 36/23 39/7
39/7 39/8 39/14 41/11
61/12 63/25 64/8 65/18
72/20 73/3 74/20
you've [2] 57/22 62/8

**within [10]**... (second header) most 1/20 18/14 20/1/24 [2] age 698
most 1/20 18/14 20/1/24
20/21 21/14 22/16
22/17 22/20 28/23 31/8
33/3 34/3 36/13 40/24
43/13 44/1 44/1 45/20
47/19 49/21 58/15 59/2
60/13 61/1 63/11 63/19
65/1 66/4 70/10 70/16
75/14 78/21 79/14
81/19

who [62] ...

most 73/3 75/1 79/18
81/10
Young [9] 21/11 30/14
30/15 30/15 31/21
31/22 37/1 37/6 61/11
youngest [1] 60/3
your [85]
Your Honor [32] 3/2
3/16 4/25 6/18 6/24 9/7
21/10 23/14 27/13
27/21 29/17 31/3 31/12
33/13 49/22 50/6 50/20
51/14 51/20 51/22 52/7
52/10 52/24 53/3 53/16
57/3 57/5 62/23 65/13
68/9 68/15 81/23
Your Honor's [2] 11/13
49/17
yours [1] 39/18
yourself [2] 38/6 52/18

**Z**

Zaremba [3] 2/8 83/2
83/8
Zello [1] 30/18

whether [9] 6/12 10/13
15/2 25/21 39/21 40/13
77/19 77/20 77/22
which [49] 4/13 6/2
8/13 8/21 8/22 8/25 9/9
11/17 11/17 11/18
11/19 11/23 13/7 15/1

where [15] 19/17 19/22
21/21 26/20 29/14
32/14 37/22 41/18 49/8
53/11 58/15 66/10
66/16 72/10 74/8
whereas [2] 35/21 49/5

were [64] 4/18 4/19 5/5
6/18 8/9 9/24 10/24
11/10 11/11 12/1 13/8
13/13 14/13 15/19
16/24 17/22 21/3 21/13
22/5 31/1 32/13 32/15
32/19 34/13 34/15
34/23 34/24 35/7 35/20
35/21 36/17 37/5 38/10
38/23 39/19 40/25 41/7
43/4 47/6 48/17 49/1
51/17 54/13 55/5 55/11
55/11 55/18 55/23 57/9
57/24 60/10 60/11
70/12 70/13 70/18
71/12 71/20 72/3 72/10
72/10 74/10 74/14
74/18 81/15
weren't [7] 37/1 41/1
41/5 61/14 70/13 71/22
72/18
West [3] 55/15 66/11
67/8
what [126]
what's [5] 15/1 22/18
28/11 60/15 65/16
whatever [4] 14/4
28/17 42/11 68/12
when [52] 7/25 8/9
8/15 8/20 9/20 10/10
13/5 13/10 13/16 15/2
15/7 17/12 17/19 21/3
25/7 25/17 25/25 26/3
30/6 30/7 30/14 30/15
33/8 38/21 38/25 39/1
42/17 45/25 49/14
50/18 51/6 53/22 54/6
55/10 55/18 56/7 57/7
57/17 58/5 58/14 59/20
60/14 60/21 61/25 62/6
63/9 63/18 66/6 66/8
67/16 74/16 78/2