UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Kenneth Harrelson,<br><br>      Defendant. | Case No. 1:22-cr-00015-APM |

## NOTICE OF APPEARANCE

NOTICE is hereby given that Assistant Federal Public Defender, JoNell Thomas, will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

    Federal Public Defender
    411 E. Bonneville Ave. Suite 250
    Las Vegas, NV  8910

Dated this 31st day of July, 2024.

                                              Respectfully submitted,

                                              Rene L. Valladares
                                              Federal Public Defender

                                              */s/ JoNell Thomas*
                                              JoNell Thomas
                                              Assistant Federal Public Defender

## Certificate of Electronic Service

    I hereby certify on the 31st day of July, 2024 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

                                              */s/ Jeremy Kip*
                                              Employee of the Federal Public Defender