UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Kenneth Harrelson,<br><br>        Defendant. | Case No. 1:22-cr-00015-APM<br><br>**Unopposed Motion for Access to Non-Public Docket and Sealed Documents** |

Defendant Kenneth Harrelson, through counsel, moves this Court for an order permitting the Clerk's office to provide copies of the non-public docket sheet and sealed documents to undersigned counsel and counsel for the government, with the exception of documents filed ex parte. Access is necessary for the parties to assemble and review Mr. Harrelson's record for his direct appeal to the United States Court of Appeals for the District of Columbia. *United States v. Harrelson*, D.C. Cir. No. 23-3089.

Undersigned counsel was appointed to represent Mr. Harrelson on appeal. Access to the non-public docket and sealed documents is necessary for counsel to provide constitutionally adequate representation for Mr. Harrelson and so the parties can accurately provide and cite the record on appeal. See Fed. R. App. P. 10(a); *see also, e.g., United States v. Cramer*, No. 1:16-cr-26, 2020 WL 8920386, at *7 (E.D. Tex. Jan. 30, 2020) (noting grant of unopposed motion to permit inspection and copying of nonpublic docket). Accordingly, undersigned counsel requests the Court order the Clerk's office to provide copies of the non-public docket sheet and

sealed documents to undersigned counsel and counsel for the government. A proposed order is attached for the Court's convenience.

Undersigned counsel has contacted counsel for the government, Assistant United States Attorneys Kathryn Rakoczy and Daniel Lenerz, and the government does not oppose this motion.

Dated this 31st day of July, 2024.

        Respectfully submitted,

        Rene L. Valladares
        Federal Public Defender

        */s/ JoNell Thomas*
        JoNell Thomas
        Assistant Federal Public Defender

**Certificate of Electronic Service**

I hereby certify on the 31st day of July, 2024 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

/s/ Jeremy Kip
Employee of the Federal Public
Defender
