UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kenneth Harrelson,<br><br>　　　　Defendant. | Case No. 1:22-cr-00015-APM |

## ORDER

Having considered Defendant's Unopposed Motion for Access to Non-Public Docket and Sealed Documents, the Government's position, and the record in this case, the Court hereby GRANTS the defendant's motion.

It is hereby ORDERED that for the limited purpose of review for appeal, counsel for Mr. Harrelson and for the Government shall be allowed access to the non-public docket sheet and sealed materials in this case, including sealed pleadings and sealed transcripts that are not ex parte; and

It is further ORDERED that the court reporters shall release to appellate counsel the transcripts for sealed proceedings.

It is further ORDERED that any previously issued sealing order remains in effect.

So ORDERED this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　District Judge